United States District Court
Southern District of Texas
**ENTERED**
March 31, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAMELOT EVENT DRIVEN FUND, A SERIES OF FRANK FUNDS TRUST, *et al*, | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-957 |
| ALTA MESA RESOURCES, INC.; fka SILVER RUN ACQUISITION CORPORATION II, *et al*, | § | |
| Defendants. | § | |

**ORDER**

Pending before the Court are eight motions to dismiss Plaintiffs' complaint under Federal Rule of Civil Procedure 12(b)(6). The motions (Dkt. 116, 119, 120, 125, 126, 127, 128, 129) are **DENIED**. An opinion will follow.

SIGNED at Houston, Texas, this 31st day of March, 2021.

George C. Hanks Jr

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE