United States District Court
Southern District of Texas
**ENTERED**
June 10, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION

CASE NO. 4:19-CV-00957

## SCHEDULING ORDER

The disposition of this case will be controlled by the following schedule:

1. April 30, 2021 — **RULE 26(f) CONFERENCE**

2. May 14, 2021 — **ANSWER TO COMPLAINT**

3. July 30, 2021 — **MOTION TO CERTIFY CLASS** Lead Plaintiffs will file a motion and supporting memorandum by this date. No pre-motion conference is required.

4. October 20, 2021 — **COMPLETION OF DEPOSITIONS IN CONNECTION WITH CLASS CERTIFICATION** Any depositions in connection with class certification must be complete by this date.

5. November 18, 2021 — **OPPOSITIONS TO CLASS CERTIFICATION MOTION** Any oppositions to class certification motions must be filed by this date.

6. December 15, 2021 — **MOTIONS FOR LEAVE TO AMEND PLEADINGS AND ADD NEW PARTIES** Party requesting joinder will furnish a copy of this scheduling order to new parties and non-moving parties reserve their rights to oppose motion.

| | | |
|---|---|---|
| 7. | January 17, 2022 | **REPLIES TO CLASS CERTIFICATION OPPOSITIONS** Lead Plaintiffs will file their reply to any oppositions to class certification. |
| 8. | February 7, 2022 | **SUBSTANTIAL COMPLETION OF PARTY DOCUMENT DISCOVERY** Document requests seeking broad categories of documents are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline. |
| 9. | July 1, 2022 | **COMPLETION OF FACT DISCOVERY** Fact discovery must be completed. Written discovery and document requests are not timely if they are served at a time where the recipient would not be required under the Federal Rules of Civil Procedure to respond until after this deadline. |
| 10. | August 18, 2022 | **EXPERT REPORTS DUE** |
| 11. | October 1, 2022 | **REBUTTAL EXPERT REPORTS DUE** |
| 12. | November 11, 2022 | **EXPERT DISCOVERY CUT-OFF** |
| 13. | On or Before February 6, 2023 | **SUMMARY JUDGMENT AND DAUBERT MOTIONS** |
| 14. | 35 Days After Filing of Summary Judgment / Daubert Motion | **OPPOSITIONS TO SUMMARY JUDGMENT AND DAUBERT MOTIONS** |
| 15. | 30 Days After Filing of Opp. to Summary Judgment / Daubert Motion | **REPLIES IN FURTHER SUPPORT OF SUMMARY JUDGMENT AND DAUBERT MOTIONS** |

Estimated Trial Time: TBD

SIGNED at Houston, Texas, this __10th__ day of ____June____, 2021.

_George C. Hanks Jr._
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE