United States District Court
Southern District of Texas
**ENTERED**
January 05, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 |

# FIRST AMENDED SCHEDULING ORDER

The disposition of this case will be controlled by the following schedule:

1. N/A — **RULE 26(f) CONFERENCE**

2. N/A — **ANSWER TO COMPLAINT**

3. N/A — **MOTION TO CERTIFY CLASS** Lead Plaintiffs will file a motion and supporting memorandum by this date. No pre-motion conference is required.

4. N/A — **COMPLETION OF DEPOSITIONS IN CONNECTION WITH CLASS CERTIFICATION** Any depositions in connection with class certification must be complete by this date.

5. January 18, 2022 — **OPPOSITIONS TO CLASS CERTIFICATION MOTION** Any oppositions to class certification motions must be filed by this date.

6. March 16, 2022 — **REPLIES TO CLASS CERTIFICATION OPPOSITIONS** Lead Plaintiffs will file their reply to any oppositions to class certification.

| | | |
|---|---|---|
| 7. | April 15, 2022 | **MOTIONS FOR LEAVE TO AMEND PLEADINGS AND ADD NEW PARTIES** Party requesting joinder will furnish a copy of this scheduling order to new parties and non-moving parties reserve their rights to oppose motion. |
| 8. | June 7, 2022 | **SUBSTANTIAL COMPLETION OF DOCUMENT DISCOVERY** Document requests seeking broad categories of documents are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline. |
| 9. | November 1, 2022 | **COMPLETION OF FACT DISCOVERY** Fact discovery must be completed. Written discovery and document requests are not timely if they are served at a time where the recipient would not be required funder the Federal Rules of Civil Procedure to respond until after this deadline. |
| 10. | December 16, 2022 | **EXPERTS REPORTS DUE** |
| 11. | February 15, 2023 | **REBUTTAL EXPERT REPORTS DUE** |
| 12. | March 24, 2023 | **EXPERT DISCOVERY CUT-OFF** |
| 13. | June 13, 2023 | **SUMMARY JUDGMENT AND DAUBERT MOTIONS** |
| 14. | July 18, 2023 | **OPPOSITIONS TO SUMMARY JUDGMENT AND DAUBERT MOTIONS** |

15. August 17, 2023  **REPLIES IN FURTHER SUPPORT OF SUMMARY JUDGMENT AND DAUBERT MOTIONS**

Estimated Trial Time: TBD

SIGNED at Houston, Texas, this  5th  day of  January  , 20 22

*[signature: George C. Hanks Jr.]*

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE