# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |
| ALYESKA MASTER FUND, L.P., ALYESKA MASTER FUND 2, L.P., and ALYESKA MASTER FUND D, .P., <br><br>Plaintiffs,<br><br>v.<br><br>ALTA MESA RESOURCES, INC., f/k/a SILVER RUN ACQUISITION CORPORATION II RIVERSTONE HOLDINGS LLC; ARM ENERGY HOLDINGS LLC; BAYOU CITY ENERGY MANAGEMENT, LLC; HPS INVESTMENT PARTNERS, LLC; JAMES T. HACKETT, HARLAN H. CHAPPELLE, WILLIAM GUTERMUTH, JEFFREY H. TEPPER, DIANA J. WALTERS; MICHAEL E. ELLIS; RONALD SMITH; DON DIMITRIEVICH; PIERRE F. LAPEYRE, JR.; DAVID M. LEUSCHEN; WILLIAM W. MCMULLEN; DONALD SINCLAIR; STEPHEN COATS; and THOMAS J. WALKER,<br><br>Defendants. | Civil Action No. 4:22-cv-01189<br><br>Judge George C. Hanks, Jr. |

1

| | |
|---|---|
| ORBIS GLOBAL EQUITY LE FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL EQUITY FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL BALANCED FUND (AUSTRALIA REGISTERED), ORBIS SICAV, ORBIS INSTITUTIONAL GLOBAL EQUITY L.P., ORBIS GLOBAL EQUITY FUND LIMITED, ORBIS INSTITUTIONAL FUNDS LIMITED, ALLAN GRAY AUSTRALIA BALANCED FUND, ORBIS OEIC, and ORBIS INSTITUTIONAL U.S. EQUITY L.P., <br><br>                    Plaintiffs, <br><br>          v. <br><br> ALTA MESA RESOURCES, INC., f/k/a SILVER RUN ACQUISITION CORPORATION II; RIVERSTONE HOLDINGS LLC; ARM ENERGY HOLDINGS LLC; BAYOU CITY ENERGY MANAGEMENT, LLC; HPS INVESTMENT PARTNERS, LLC; JAMES T. HACKETT, HARLAN H. CHAPPELLE, WILLIAM GUTERMUTH, JEFFREY H. TEPPER, DIANA J. WALTERS; MICHAEL E. ELLIS; RONALD SMITH; DON DIMITRIEVICH; PIERRE F. LAPEYRE, JR.; DAVID M. LEUSCHEN; WILLIAM W. MCMULLEN; DONALD SINCLAIR; STEPHEN COATS; and THOMAS J. WALKER, <br><br>                    Defendants. | Civil Action No. 4:22-cv-02590 <br><br> Judge George C. Hanks, Jr. |

2

# [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS COUNTS III-VIII

The Court having considered Defendants Alta Mesa Resources, Inc., f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; ARM Energy Holdings LLC; Bayou City Energy Management, LLC; HPS Investment Partners, LLC; James T. Hackett, Harlan H. Chappelle, William Gutermuth, Jeffrey H. Tepper, Diana J. Walters; Michael E. Ellis; Ronald Smith; Don Dimitrievich; Pierre F. Lapeyre, Jr.; David M. Leuschen; William W. McMullen; Donald Sinclair; Stephen Coats; and Thomas J. Walker (collectively "Defendants") Motion to Dismiss Counts III-VIII ("Motion"), IT IS HEREBY ORDERED THAT Defendants' Motion is GRANTED.  The Court finds that Counts III, IV, and V are time barred, Counts VI, VII, and VIII are preempted by the Securities Litigation Uniform Standards Act of 1998 ("SLUSA"), and the "holder" claims alleged in Counts VI and VII of the Orbis Complaint are not cognizable under Texas law.  The Alyeska Plaintiffs' Complaint is, with respect to Counts III, IV, V, VI, and VII, DISMISSED WITH PREJUDICE and the Orbis Plaintiffs' Complaint is, with respect to Counts III, IV, V, VI, VII, and VIII DISMISSED WITH PREJUDICE.

 

| | |
|---|---|
| _____ | _____ |
| Date | The Honorable George C. Hanks, Jr<br>United States District Judge |