# **<u>EXHIBIT 1</u>**

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, DC 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL |
| --- |
| OMB Number: 3235-0287 |
| Estimated average burden hours per response: 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

**1. Name and Address of Reporting Person***
BAYOU CITY ENERGY MANAGEMENT LLC
(Last) (First) (Middle)
C/O ALTA MESA RESOURCES, INC
15021 KATY FREEWAY, SUITE 400
(Street)
HOUSTON  TX  77094
(City) (State) (Zip)

**2. Issuer Name and Ticker or Trading Symbol**
Alta Mesa Resources, Inc. /DE [ AMR ]

**3. Date of Earliest Transaction (Month/Day/Year)**
09/05/2018

**4. If Amendment, Date of Original Filed (Month/Day/Year)**

**5. Relationship of Reporting Person(s) to Issuer**
(Check all applicable)
X Director       X 10% Owner
  Officer (give title below)   Other (specify below)

**6. Individual or Joint/Group Filing (Check Applicable Line)**
  Form filed by One Reporting Person
X Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 09/05/2018 | 09/05/2018 | P | | 74,000 | A | $4.8(6) | 3,896,800 | I | Through BCE AMR Holdings LLC(4)(5) |
| Class A Common Stock | 09/06/2018 | 09/06/2018 | P | | 211,000 | A | $4.72(7) | 4,107,800 | I | Through BCE AMR Holdings LLC(4)(5) |
| Class A Common Stock | 09/07/2018 | 09/07/2018 | P | | 26,100 | A | $4.65(8) | 4,133,900 | I | Through BCE AMR Holdings LLC(4)(5) |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class C Common Stock(1) | (1) | | | | | | | 08/08/2018 | (1) | Class A Common Stock | 81,305,340 | | 81,305,340 | I | Please see footnotes (2)(3)(4)(5) |

**1. Name and Address of Reporting Person***
BAYOU CITY ENERGY MANAGEMENT LLC
(Last) (First) (Middle)
C/O ALTA MESA RESOURCES, INC
15021 KATY FREEWAY, SUITE 400
(Street)
HOUSTON  TX  77094
(City) (State) (Zip)

**1. Name and Address of Reporting Person***
McMullen William Wallace
(Last) (First) (Middle)
C/O ALTA MESA RESOURCES, INC
15021 KATY FREEWAY, SUITE 400

| | | | |
|---|---|---|---|
| (Street) | | | |
| HOUSTON | TX | 77094 | |
| (City) | (State) | (Zip) | |

**Explanation of Responses:**

1. Common units of SRII Opco, LP and an equal number of shares of Class C Common Stock of Alta Mesa Resources, Inc. (the "Company"), are convertible, as a unit, into an equal number of shares of Class A Common Stock of the Company and have no expiration date.

2. BCE-AMH Holdings, LLC, a Delaware limited liability company, holds 13,717,224 shares of Class C Common Stock on account of its proportionate share of (a) 142,268,993 common units of SRII Opco, LP and an equal number of shares of Class C Common Stock of the Company and (b) 51,194,824 Earn-Out Shares, in each case, beneficially owned by High Mesa Holdings, LP.

3. BCE-MESA Holdings, LLC, a Delaware limited liability company, holds 67,588,116 shares of Class C Common Stock on account of its proportionate share of (a) 142,268,993 common units of SRII Opco, LP and an equal number of shares of Class C Common Stock of the Company and (b) 51,194,824 Earn-Out Shares, in each case, beneficially owned by High Mesa, LP.

4. Each of BCE-AMH Holdings, LLC and BCE-MESA Holdings, LLC (collectively, the "BCE Holders"), and BCE-AMR Holdings LLC ("BCE-AMR"), are managed, directly or indirectly, by Bayou City Energy Management LLC ("BCEM"). William W. McMullen is the Managing Partner of BCEM. Each of BCEM (by virtue of its relationship with the BCE Holders and BCE-AMR) and McMullen (by virtue of his relationship with BCEM) may be deemed to indirectly beneficially own (as the term is defined in Rule 13d-3 under the Act) the Class C Common Stock which the BCE Holders beneficially own and the Class A Common Stock which BCE-AMR owns. McMullen disclaims beneficial ownership of such Class A Common Stock and Class C Common Stock except to the extent of his pecuniary interest therein.

5. (Continued from footnote 4) McMullen (by virtue of his relationship to BCEM) may be deemed to indirectly beneficially own (as the term is defined in Rule 13d-3 under the Act) the Class A Common Stock and the Class C Common Stock which BCEM beneficially owns. McMullen disclaims beneficial ownership of such Class A Common Stock and Class C Common Stock except to the extent of his pecuniary interest therein.

6. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $4.77 to $4.81, inclusive.

7. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $4.67 to $4.74, inclusive.

8. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $4.63 to $4.65, inclusive.

**Remarks:**

| | |
|---|---|
| /s/ William W. McMullen, Managing Director, Bayou City Energy Management LLC | 09/07/2018 |
| /s/ William W. McMullen | 09/07/2018 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

FORM 4

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, DC 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

**OMB APPROVAL**
OMB Number: 3235-0287
Estimated average burden hours per response: 0.5

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

**1. Name and Address of Reporting Person**
BAYOU CITY ENERGY MANAGEMENT LLC
(Last) (First) (Middle)
C/O ALTA MESA RESOURCES, INC
15021 KATY FREEWAY, SUITE 400
(Street)
HOUSTON, TX 77094
(City) (State) (Zip)

**2. Issuer Name and Ticker or Trading Symbol**
Alta Mesa Resources, Inc. /DE [ AMR ]

**3. Date of Earliest Transaction (Month/Day/Year)**
08/29/2018

**4. If Amendment, Date of Original Filed (Month/Day/Year)**

**5. Relationship of Reporting Person(s) to Issuer** (Check all applicable)
X Director    X 10% Owner
☐ Officer (give title below)    ☐ Other (specify below)

**6. Individual or Joint/Group Filing (Check Applicable Line)**
☐ Form filed by One Reporting Person
X Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 08/29/2018 | 08/29/2018 | P | | 78,000 | A | $4.9(6) | 3,578,800 | I | Through BCE AMR Holdings LLC(4)(5) |
| Class A Common Stock | 08/30/2018 | 08/30/2018 | P | | 244,000 | A | $4.89(6) | 3,822,800 | I | Through BCE AMR Holdings LLC(4)(5) |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class C Common Stock(1) | (1) | | | | | | | 08/08/2018 | (1) | Class A Common Stock | 81,305,340 | | 81,305,340 | I | Please see footnotes(2)(3)(4)(5) |

**1. Name and Address of Reporting Person**
BAYOU CITY ENERGY MANAGEMENT LLC
(Last) (First) (Middle)
C/O ALTA MESA RESOURCES, INC
15021 KATY FREEWAY, SUITE 400
(Street)
HOUSTON, TX 77094
(City) (State) (Zip)

**1. Name and Address of Reporting Person**
McMullen William Wallace
(Last) (First) (Middle)
C/O ALTA MESA RESOURCES, INC
15021 KATY FREEWAY, SUITE 400
(Street)
HOUSTON, TX 77094
(City) (State) (Zip)

**Explanation of Responses:**

1 Common un ts of SRII Opco, LP and an equal number of shares of Class C Common S ock of Riviera Resources, Inc (the "Company") are convertible, together, into an equal number of shares of Class A Common S ock of the Company and have no exp ra on da e

2 BCE-AMH Hold ngs, LLC, a Delawa e l m ed l ab l y company, holds 13,717,224 sha es of Class C Common S ock on accoun of ts p opo ona e sha e of (a) 142,268,993 common un ts of SRII Opco, LP and an equal numbe of sha es of Class C Common S ock of the Company and (b) 51,194,824 Ea n-Ou Sha es, n each case, benef c ally owned by H gh Mesa Hold ngs, LP

3 BCE-MESA Hold ngs, LLC, a Delawa e l m ed l ab l y company, holds 67,588,116 sha es of Class C Common S ock on accoun of ts p opo ona e sha e of (a) 142,268,993 common un ts of SRII Opco, LP and an equal numbe of sha es of Class C Common S ock of the Company and (b) 51,194,824 Ea n-Ou Sha es, n each case, benef c ally owned by H gh Mesa, LP

4 Each of BCE-AMH Hold ngs, LLC and BCE-MESA Hold ngs, LLC (collec vely, the "BCE Holde s"), and BCE-AMR Hold ngs LLC ("BCE-AMR"), a e managed, d ec ly o nd ec ly, by Bayou C y Ene gy Managemen LLC ("BCEM") W ll am W McMullen s he Manag ng Pa ne of BCEM Each of BCEM (by v ue of ts ela onsh p w h he BCE Holde s and BCE-AMR) and M McMullen (by v ue of h s ela onsh p w h BCEM) may be deemed o nd ec ly benef c ally own (as ha e m s def ned n Rule 13d-3 unde he Ac ) he Class C Common S ock wh ch he BCE Holde s benef c ally own and he Class A Common S ock wh ch BCE-AMR owns M McMullen d scla ms benef c al owne sh p of such Class A Common S ock and Class C Common S ock excep o he ex en of h s pecun a y n e es he e n

5 (Con nued f om foo no e 4) M McMullen (by v ue of h s ela onsh p o BCEM) may be deemed o nd ec ly benef c ally own (as ha e m s def ned n Rule 13d-3 unde he Ac ) he Class A Common S ock and he Class C Common S ock wh ch BCEM benef c ally owns M McMullen d scla ms benef c al owne sh p of such Class A Common S ock and Class C Common S ock excep o he ex en of h s pecun a y n e es he e n

6 The p ce epo ed n Column 4 s a we gh ed ave age p ce These sha es we e sold n mul ple ansac ons a p ces ang ng f om $4 86 o $4 90, nclus ve

**Remarks:**

|  |  |  |
|---|---|---|
|  | /s/ William W McMullen, Managing Director, Bayou City Energy Management LLC | 08/3 /20 8 |
|  | /s/ William W McMullen | 08/3 /20 8 |
|  | ** Signature of Reporting Person | Date |

Reminder Report on a separate line for each class of securities beneficially owned directly or indirectly
* f the form is filed by more than one reporting person see nstruction 4 (b)(v)
** ntentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U S C 1001 and 15 U S C 78ff(a)
Note File three copies of this Form one of which must be manually signed f space is insufficient see nstruction 6 for procedure
**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington DC 20549

OMB APPROVAL
OMB Number: 3235-0287
Estimated average burden hours per response: 0.5

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| BAYOU CITY ENERGY MANAGEMENT LLC | Alta Mesa Resources, Inc /DE [ AMR ] | X Director    X 10% Owner |
| (Last)  (First)  (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 08/17/2018 | ☐ Officer (give title below)   ☐ Other (specify below) |
| C/O ALTA MESA RESOURCES, INC | | |
| 15021 KATY FREEWAY, SUITE 400 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (Street) | | ☐ Form filed by One Reporting Person |
| HOUSTON   TX   77094 | | X Form filed by More than One Reporting Person |
| (City)  (State)  (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 08/17/2018 | 08/17/2018 | P | | 1,381,800 | A | $4.34 | 1,381,800 | I | Through BCE AMR Holdings LLC(1)(5) |
| Class A Common Stock | 08/20/2018 | 08/20/2018 | P | | 950,000 | A | $4.25 | 2,331,800 | I | Through BCE AMR Holdings LLC(1)(5) |
| Class A Common Stock | 08/21/2018 | 08/21/2018 | P | | 1,069,000 | A | $4.14 | 3,400,800 | I | Through BCE AMR Holdings LLC(1)(5) |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class C Common Stock(1) | (1) | | | | | | | 08/08/2018 | (1) | Class A Common Stock | 81,305,340 | | 81,305,340 | I | Please see footnotes(2)(3)(4)(5) |

| 1. Name and Address of Reporting Person* |
|---|
| BAYOU CITY ENERGY MANAGEMENT LLC |
| (Last)  (First)  (Middle) |
| C/O ALTA MESA RESOURCES, INC |
| 15021 KATY FREEWAY, SUITE 400 |
| (Street) |
| HOUSTON   TX   77094 |
| (City)  (State)  (Zip) |

| 1. Name and Address of Reporting Person* |
|---|
| McMullen William Wallace |
| (Last)  (First)  (Middle) |
| C/O ALTA MESA RESOURCES, INC |
| 15021 KATY FREEWAY, SUITE 400 |

| | | |
|---|---|---|
| (Street) | | |
| HOUSTON | TX | 77094 |
| (City) | (State) | (Zip) |

**Explanation of Responses:**

1. Common units of SRII Opco, LP and an equal number of shares of Class C Common Stock of Alta Mesa Resources, Inc. (the "Company"), are convertible, as a unit, into an equal number of shares of Class A Common Stock of the Company and have no expiration date.

2. BCE-AMH Holdings, LLC, a Delaware limited liability company, holds 13,717,224 shares of Class C Common Stock on account of its proportionate share of (a) 142,268,993 common units of SRII Opco, LP and an equal number of shares of Class C Common Stock of the Company and (b) 51,194,824 Earn-Out Shares, in each case, beneficially owned by High Mesa Holdings, LP.

3. BCE-MESA Holdings, LLC, a Delaware limited liability company, holds 67,588,116 shares of Class C Common Stock on account of its proportionate share of (a) 142,268,993 common units of SRII Opco, LP and an equal number of shares of Class C Common Stock of the Company and (b) 51,194,824 Earn-Out Shares, in each case, beneficially owned by High Mesa, LP.

4. Each of BCE-AMH Holdings, LLC and BCE-MESA Holdings, LLC (collectively, the "BCE Holders"), and BCE-AMR Holdings LLC ("BCE-AMR"), are managed, directly or indirectly, by Bayou City Energy Management LLC ("BCEM"). William W. McMullen is the Managing Partner of BCEM. Each of BCEM (by virtue of its relationship with the BCE Holders and BCE-AMR) and Mr. McMullen (by virtue of his relationship with BCEM) may be deemed to indirectly beneficially own (as that term is defined in Rule 13d-3 under the Act) the Class C Common Stock which the BCE Holders beneficially own and the Class A Common Stock which BCE-AMR owns. Mr. McMullen disclaims beneficial ownership of such Class A Common Stock and Class C Common Stock except to the extent of his pecuniary interest therein.

5. (Continued from footnote 4) Mr. McMullen (by virtue of his relationship to BCEM) may be deemed to indirectly beneficially own (as that term is defined in Rule 13d-3 under the Act) the Class A Common Stock and the Class C Common Stock which BCEM beneficially owns. Mr. McMullen disclaims beneficial ownership of such Class A Common Stock and Class C Common Stock except to the extent of his pecuniary interest therein.

**Remarks:**

| | |
|---|---|
| /s/ William W. McMullen, Managing Director, Bayou City Energy Management LLC | 08/2_/20_8 |
| /s/ William W. McMullen | 08/2_/20_8 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|   |   |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>**CLASS ACTION** |

### [PROPOSED] ORDER

Having considered (a) Defendants William W. McMullen and Bayou City Energy Management LLC's Motion to Dismiss Counts I, II and IV of the Second Corrected Consolidated Amended Complaint; and (b) all papers timely filed in support of or in opposition to that Motion, the Court is of the opinion that the Motion should be **GRANTED**.

Accordingly, **IT IS ORDERED THAT** Defendants William W. McMullen and Bayou City Energy Management LLC's Motion to Dismiss Counts I, II and IV of the Second Corrected Consolidated Amended Complaint is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Second Corrected Consolidated Amended Complaint is **DISMISSED WITH PREJUDICE** as to William McMullen and Bayou City Energy Management LLC.

Signed on _____, 2020.

HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE