# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | § § § Civil Action No. 4:19-cv-00957 § § CLASS ACTION § § Hon. George C. Hanks, Jr. § § § |

**LEAD PLAINTIFFS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT HPS INVESTMENT PARTNERS, LLC**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, the Local Rules for the United States District Court for the Southern District of Texas, and any other applicable rules or governing law (collectively, the "Applicable Rules"), Lead Plaintiffs FNY Partners Fund LP, FNY Managed Accounts, LLC, Paul J. Burbach and United Association National Pension Fund (f/k/a Plumbers and Pipefitters National Pension Fund) (collectively, "Lead Plaintiffs") hereby request that Defendant HPS Investment Partners, LLC ("HPS") produce for inspection and copying at the offices of Entwistle & Cappucci LLP, 500 West 2nd Street, Suite 1900, Austin, TX 78701, the following documents that are in HPS's actual or constructive possession, custody, or control, or in the actual or constructive possession, custody, or control of the agents, representatives, employees, attorneys, accountants, auditors, or any other person or entity under the HPS's direction or control, within thirty (30) days from the date of service of this request.

**I.   DOCUMENTS REQUESTED**

REQUEST FOR PRODUCTION NO. 83:

A copy of HPS's production volumes 5 and 6 (*i.e.* HPS_00051014 through HPS_00073711).

REQUEST FOR PRODUCTION NO. 84:

A copy of the subpoena or request for production pursuant to which HPS produced volumes 5 and 6, as well as any formal or informal written objections and correspondence relating to the subpoena or request for production.

REQUEST FOR PRODUCTION NO. 85:

To the extent not produced in response to Request for Production No. 84, above, documents sufficient to identify the matter or matters in which volumes 5 and 6 have been produced.

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle
(Texas Bar No. 24038131)
Attorney-in-charge

- 1 -

- 2 -

**ENTWISTLE & CAPPUCCI LLP**
500 West 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (512) 710-5960

-and-

Joshua K. Porter (*pro hac vice*)
Brendan J. Brodeur (*pro hac vice*)
Andrew M. Sher (*pro hac vice*)
**ENTWISTLE & CAPPUCCI LLP**
230 Park Avenue, 3rd Floor
New York, New York 10169
Telephone: (212) 894-7200

*Court-Appointed Co-Lead Counsel*

Ira A. Schochet (*pro hac vice*)
David Schwartz (*pro hac vice*)
David Saldamando (*pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0650

*Counsel for Plaintiff Camelot Event Driven Fund, A Series of Frank Funds Trust*

*/s/ Trig Smith*
Trig Smith (*pro hac vice*)
Sean McGuire (*pro hac vice*)
Lonnie Browne (*pro hac vice*)
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058

*Court-Appointed Co-Lead Counsel*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this November 8, 2022, a copy of the foregoing document was served by electronic mail to the designated counsel of record in the above-captioned action.

                        */s/ Andrew J. Entwistle*
                        Andrew J. Entwistle