UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: ALTA MESA RESOURCES, INC. SECURITIES LITIGATION CAMELOT EVENT DRIVEN FUND, A SERIES OF FRANK FUNDS TRUST, et al. | § § § § | |
| Plaintiff(s), | § | CIVIL ACTION NO. 4:19–cv–00957 |
| | § | |
| ALTA MESA RESOURCES, INC., et al. | § § § | |
| Defendant. | § | |

## NOTICE OF SETTING

A Discovery Hearing has been set in this matter for 11:00 AM on 1/25/2023. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1616538693?pwd=c0NNNGlSWEMwMzJnRFRseWpIODJUZz09*
Meeting phone number: 1–669–254–5252
Meeting ID: 161 653 8693
Meeting Password: 528063

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 1/20/2023                              Byron Thomas
                                             cm4147@txs.uscourts.gov
                                             Case Manager to
                                             U.S. District Judge George C. Hanks, Jr.