## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE ALTA MESA RESOURCES, INC.
SECURITIES LITIGATION

CASE NO. 4:19-CV-00957
(CONSOLIDATED)

JUDGE GEORGE C. HANKS, JR.

## STIPULATION PERMITTING ADDITIONAL DEPOSITIONS

Court-appointed Lead Plaintiffs and Class Representatives, FNY Partners Fund LP,
FNY Managed Accounts, LLC, Paul J. Burbach, and United Association National Pension
Fund (f/k/a Plumbers and Pipefitters National Pension Fund) (collectively, "Lead
Plaintiffs"), along with Class Representative Camelot Event Driven Fund, a series of Frank
Funds Trust, (together with Lead Plaintiffs, "Class Plaintiffs"), along with the Alyeska
Plaintiffs [1] and the Orbis Plaintiffs [2] (together with Class Plaintiffs, "Plaintiffs") and
defendants James T. Hackett, Thomas J. Walker, Jeffrey H. Tepper, Diana J. Walters,
Stephen Coats, Harlan H. Chappelle, Michael E. Ellis, Ronald Smith, David M. Leuschen,
Pierre F. Lapeyre Jr., William W. McMullen, Don Dimitrievich, Donald Sinclair,
Riverstone Holdings LLC ("Riverstone"), Bayou City Energy LLC ("Bayou City"), HPS

[1] The "Alyeska Plaintiffs" are Alyeska Master Fund, L.P., Alyeska Master Fund 2, L.P., and Alyeska
Master Fund 3, L.P., plaintiffs in case no. 4:22-cv-01189 (the "Alyeska Action"). On November 30, 2022,
the Court consolidated the Alyeska Action with case no. 4:19-cv-00957.

[2] The "Orbis Plaintiffs" are Orbis Global Equity LE Fund (Australia Registered), Orbis Global Equity Fund
(Australia Registered), Orbis Global Balanced Fund (Australia Registered), Orbis SICAV, Orbis
Institutional Global Equity L.P., Orbis Global Equity Fund Limited, Orbis Institutional Funds Limited,
Allan Gray Australia Balanced Fund, Orbis OEIC and Orbis Institutional U.S. Equity L.P., plaintiffs in case
no. 4:22-cv-02590 (the "Orbis Action"). On November 30, 2022, the Court consolidated the Orbis Action
with case no. 4:19-cv-00957.

Investment Partners, LLC ("HPS"), and ARM Energy Holdings LLC ("ARM") ("Defendants" and, collectively with Plaintiffs, the "Parties"), by and through their respective counsel, hereby enter into this Stipulation allowing Plaintiffs to take more than the ten depositions per side prescribed by Fed. R. Civ. P. 30(a)(2)(A)(i).

### Proceedings Governed.

1.      This Stipulation applies to the class action captioned above and styled *In Re Alta Mesa Resources, Inc. Securities Litigation* Case No. 4:19-cv-00957 (S.D. Tex.) and all actions consolidated therewith, including the Alyeska Action and Orbis Action.

### Deposition Event Limitations.

2.      The Parties agree that Plaintiffs may depose the 38 fact witnesses identified in the separate schedule that Plaintiffs provided to Defendants (the "Deponent Schedule") but which will not be filed with the Court to protect the privacy of the witnesses.

3.      The Parties further agree that Defendants may depose (a) any of the 38 witnesses on the Deponent Schedule that Plaintiffs do not depose; (b) any of the individuals identified in Plaintiffs' initial disclosures or complaints; (c) witnesses from any third party that has produced, or has been or might in the future be requested to produce, documents in this litigation; (d) witnesses from any other third parties who audited or assisted in valuation work relating to the transaction or parties at issue; and (e) witnesses from the Alyeska Plaintiffs and Orbis Plaintiffs.

4.      The Parties will endeavor to depose each witness only once. To that end, any party may ask questions at the deposition of any witnesses following the conclusion of the

noticing or subpoenaing party's examination without service of an additional notice or subpoena.

5.      Plaintiffs will depose Defendants Coats and/or Walker after March 15, 2023, but before the close of fact discovery, for up to four hours each, if Plaintiffs still deem such testimony necessary notwithstanding the benefit of the intervening depositions.

6.      Defendant ARM Energy's deposition pursuant to Rule 30(b)(6) shall be conducted concurrently with the individual depositions of its two designated corporate representatives over a period of two days, total (not necessarily consecutive).

7.      The parties reserve all rights to seek leave of Court to depose additional witnesses beyond those currently contemplated by the Parties as outlined above.  Each party reserves all rights to oppose any such request in whole or in part.

Dated: January 23, 2023                           Respectfully Submitted,

_/s/ Andrew J. Entwistle_                          _/s/ Trig Smith_
Andrew J. Entwistle                               Trig Smith (*pro hac vice*)
Texas Bar No. 24038131                            Sean McGuire (*pro hac vice*)
Attorney-in-Charge                                Lonnie Browne (*pro hac vice*)
**ENTWISTLE & CAPPUCCI LLP**                       **ROBBINS GELLER RUDMAN**
500 W. 2nd Street, Suite 1900                     **& DOWD LLP**
Austin, TX 78701                                  655 West Broadway, Suite 1900
Telephone:  (512) 710-5960                        San Diego, CA 92101
                                                  Telephone: (619) 231-1058
-and-
                                                  *Court-Appointed Co-Lead Counsel*
Brendan J. Brodeur (*pro hac vice*)
Andrew M. Sher (*pro hac vice*)
**ENTWISTLE & CAPPUCCI LLP**                       _/s/ Jules P. Slim_
230 Park Avenue, 3rd Floor                        Jules P. Slim
New York, NY 10169                                State Bar No. 00793026
Telephone:  (212) 894-7200                        Attorney and Counselor

*Court-Appointed Co-Lead Counsel*

Ira A. Schochet (*pro hac vice*)
David Saldamando (*pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone:  (212) 907-0650

*Counsel for Plaintiff Camelot Event
Driven Fund, A Series of Frank Funds
Trust*

PO Box 140307
Irving, TX 75014-0307
Tel.: (214) 350-5183
Fax: (214) 350-5184
jslim@slimlawfirm.com

Lawrence M. Rolnick (*pro hac vice*
forthcoming)
Marc B. Kramer (*pro hac vice*
forthcoming)
Steven M. Hecht (*pro hac vice*
forthcoming)
Matthew A. Peller (*pro hac vice* pending)
**ROLNICK KRAMER SADIGHI LLP**
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 597-2800
lrolnick@rksllp.com
mkramer@rksllp.com
shecht@rksllp.com
mpeller@rksllp.com

*Counsel for Alyeska Master Fund, L.P.,
Alyeska Master Fund 2, L.P., Alyeska
Master Fund 3, L.P., Orbis Global Equity
Le Fund (Australia Registered), Orbis
Global Equity Fund (Australia
Registered), Orbis Global Balanced Fund
(Australia Registered), Orbis SICAV,
Orbis Institutional Global Equity L.P.,
Orbis Global Equity Fund Limited, Orbis
Institutional Funds Limited, Allan Gray
Australia Balanced Fund, Orbis Oeic,
and Orbis Institutional U.S. Equity L.P*

/s/ David A. Baay
David A. Baay
Fed ID No. 598715
Attorney-in-Charge
**EVERSHEDS SUTHERLAND (US)
LLP**
1001 Fannin Street, Suite 3700
Houston, TX 77002
Telephone: (713) 470-6112

/s/ Karl S. Stern
Karl S. Stern
Texas State Bar No. 19175665
Attorney-in-Charge
**QUINN, EMANUEL, URQUHART &
SULLIVAN, LLP**
711 Louisiana Street, Suite 500
Houston, TX 77002
Telephone: (713) 221-7000

4

-and-

Bruce M. Bettigole (*pro hac vice*)
Adam Pollet (*pro hac vice*)
**EVERSHEDS SUTHERLAND (US)
LLP**
700 Sixth Street N.W., Suite 700
Washington, DC 20001
Telephone: (202) 383-0100

*Counsel for ARM Energy Holdings, LLC*

-and-

Christopher D. Porter
Michael B. Carlinsky
Jacob B. Waldman
Courtney C. Whang
**QUINN, EMANUEL, URQUHART &
SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

*Counsel for Defendants HPS Investment
Partners, LLC and Donald Dimitrievich*

/s/ *J. Christian Word*
J. Christian Word (*pro hac vice*)
Attorney-in-Charge
Matthew J. Peters (*pro hac vice*)
Emani Verlynne Walks (*pro hac vice*)
Laura Elizabeth Bladow
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Telephone:  (202) 637-2200

-and-

Heather Ann Waller (*pro hac vice*)
**LATHAM & WATKINS LLP**
330 N. Wabash Avenue
Suite 2800
Chicago, IL 60611
Telephone:  (312)876-7700

Herman H. Yue
Texas Bar No. 24099071
**LATHAM & WATKINS LLP**
811 Main Street, Suite 3700
Houston, TX 77002
Telephone:  (713) 546-7443

/s/ *Kenneth Alan Young*
Kenneth Alan Young
Attorney-in-Charge
**KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS
INTERNATIONAL LLP**
Texas Bar No. 24088699
609 Main Street
Houston, TX 77002
Telephone:  (713) 836-3600

-and-

Stefan Atkinson (*pro hac vice*)
**KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS
INTERNATIONAL LLP**
601 Lexington Avenue
New York, NY 10022
Telephone:  (212) 446-4800

*Counsel for Bayou City Energy
Management LLC and William McMullen*

*Counsel for Riverstone Holdings LLC,*
*Alta Mesa Resources, Inc., Harlan H.*
*Chappelle, Stephen S. Coats, Michael E.*
*Ellis, William D. Gutermuth, James T.*
*Hackett, Pierre F. Lepeyre, Jr., David M.*
*Leuschen, Donald R. Sinclair,Ronald J.*
*Smith, Jeffrey H. Tepper,*
*Thomas J. Walker, and Diana J. Walters*


*/s/ John E. Schreiber*
John E. Schreiber (*pro hac vice*)
Aaron C. O'Dell (*pro hac vice*)
**WINSTON & STRAWN LLP**
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone:  (213)615-1700

-and-

Katherine A. Preston
**WINSTON & STRAWN LLP**
800 Captiol Street
Suite 2400
Houston, TX 77002-2925
Telephone:  (713)651-2699

*Counsel for Harlan H. Chappelle and*
*Michael E. Ellis*

6

## CERTIFICATE OF SERVICE

I certify that on January 23, 2023, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.


*/s/ Andrew J. Entwistle*
Andrew J. Entwistle