# HEARING MINUTES

Cause No:         4:19-CV-957

Style:            Camelot Event Driven Fund, A Series of Frank Funds Trust v. Alta Mesa Resources, Inc. f/k/a Silver Run Acquisition Corporation II et al

Hearing Type:     Discovery hearing

**Appearances:**

| Counsel | Representing |
|---|---|
| Andrew M. Sher | FNY plaintiffs; Paul Burbach |
| Andrew J. Entwistle | FNY plaintiffs; Paul Burbach |
| Ira A. Schochet | Camelot Event Driven Fund |
| Christopher Darnell Porter | Don Dimitrievich; HPS Investment Partners, LLC |
| Courtney C. Whang | Don Dimitrievich; HPS Investment Partners, LLC |
| James Christian Word | Alta Mesa Resources, Inc. and certain of its current and former officers and directors; Riverstone Holdings, Inc. |
| Trig R. Smith | Plumbers and Pipefitters National Pension Fund |
| David Saldamando | Camelot Event Driven Fund |
| Joshua K. Porter | FNY plaintiffs; Paul Burbach |
| Callie Danielle Crispin | FNY plaintiffs; Paul Burbach |
| Nicholas Michael Brown | Bayou City Energy Management; William McMullen |
| Matthew A. Peller | Alyeska and Orbis Plaintiffs |

Date:  January 25, 2023                              Court reporter:  ERO
Time: 11:02 a.m.—11:46 a.m.                          Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

> The Court held a discovery hearing regarding docket entry 267. The Court took the matter under advisement. The Court will hold another hearing **on January 27, 2023 at 9:00 a.m.**