UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAMELOT EVENT DRIVEN FUND, A SERIES OF FRANK FUNDS TRUST, *et al.*, <br>     Plaintiffs, <br><br> VS. <br><br> ALTA MESA RESOURCES, INC., *et al.*, <br>     Defendants. | § § § § § § § § § § § | CIVIL ACTION NO. 4:19-CV-00957 |

**NOTICE OF ZOOM LINK**

A Discovery Hearing is set for **January 27, 2023 at 9:00 AM.** The hearing will be conducted using the ZoomGov.com videoconferencing program. Join the hearing on zoomgov.com by clicking or copying and pasting the following link:

Judge George C. Hanks, Jr. is inviting you to a scheduled ZoomGov meeting.

Join ZoomGov Meeting
https://www.zoomgov.com/j/1616538693?pwd=c0NNNGlSWEMwMzJnRFRseWpIODJUZz09

Meeting ID: 161 653 8693
Passcode: 528063
Dial-in: 1-669-254-5252


Nathan K. Ochsner, Clerk of Court

Date:   January 26, 2023              *B. Thomas*, Case Manager to
United States Judge George C. Hanks, Jr.