| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|

IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION

*versus*

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Emily Couture<br>Quinn Emanuel Urquhart & Sullivan<br>300 West 6th St, Suite 2010<br>Austin, Texas 78701<br>(737) 667-6100; emilycouture@quinnemanuel.com<br>Texas - 24125185 |
|---|---|

| Name of party applicant seeks to appear for: | HPS Investment Partners, LLC and Don Dimitrievich |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __   No __ ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/16/2023 | Signed: | /s/ Emily Couture |
|---|---|---|

The state bar reports that the applicant's status is:

Dated: _____   Clerk's signature

**Order**   **This lawyer is admitted *pro hac vice*.**

Dated: _____   _____
United States District Judge