UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 (CONSOLIDATED)<br><br>JUDGE GEORGE C. HANKS, JR.<br><br>THIS DOCUMENT RELATES TO:<br>CASE NO. 4:22-CV-01189<br>CASE NO. 4:22-CV-02590 |

### [PROPOSED] ORDER DENYING MOTIONS TO DISMISS

Before the Court are the following motions to dismiss (the "Motions"), relating to *Alyeska Master Fund, L.P. v. Alta Mesa Resources, Inc.*, Case No. 4:22-cv-01189, and *Orbis Global Equity LE Fund (Australia Registered) v. Alta Mesa Resources, Inc.*, Case No. 4:22-cv-02590, both of which have been consolidated into *In re Alta Mesa Resources, Inc. Securities Litigation*, Case No. 4:19-cv-00957:  (i) Defendants' Motion to Dismiss (ECF No. 265); (ii) the Motion of Donald Dimitrievich to Dismiss Plaintiffs' Complaint and Incorporated Memorandum of Law (ECF No. 264); (iii) William McMullen's Motion to Dismiss Plaintiffs' Claims Against William McMullen (ECF No. 266); and (iv) the Joint Motion of HPS Investment Partners, LLC, Bayou City Energy Management, LLC, and ARM Energy Holdings LLC to Dismiss Plaintiffs' Section 20(a) Claims and Incorporated Memorandum of Law (ECF No. 263).

After careful consideration of the pleadings, the entire record, the Motions and opposition thereto, the replies in further support of the Motions, and the applicable law, the Court **DENIES** the Motions in their entirety.

SIGNED at Houston, Texas on _____ __, 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE