United States District Court
Southern District of Texas

**ENTERED**
February 22, 2023
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|

IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION

*versus*

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Emily Couture<br>Quinn Emanuel Urquhart & Sullivan<br>300 West 6th St, Suite 2010<br>Austin, Texas 78701<br>(737) 667-6100; emilycouture@quinnemanuel.com<br>Texas - 24125185 |
|---|---|

| Name of party applicant seeks to appear for: | HPS Investment Partners, LLC and Don Dimitrievich |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/16/2023 | Signed: | /s/ Emily Couture |
|---|---|---|

| The state bar reports that the applicant's status is: **Active** |
|---|
| Dated: 02/22/2023   Clerk's signature   *[signature]* |

### Order

Dated:  February 22, 2023

This lawyer is admitted *pro hac vice*.

_____
George C. Hanks Jr.
United States District Judge