March 2, 2023

VIA ECF
The Honorable George C. Hanks, Jr.
United States District Judge
United States Courthouse
515 Rusk Street, Room 6202
Houston, Texas 77002

      Re: *In re Alta Mesa Resources, Inc. Securities Litigation*, Case No. 4:19-cv-00957 (consolidated) (Civil Action Nos. 4:22-cv-01189 & 4:22-cv-02590)

Dear Judge Hanks:

      Defendants in the above-referenced consolidated actions and Alyeska Master Fund, L.P., Alyeska Master Fund 2, L.P., and Alyeska Master Fund 3, L.P. (collectively, "Alyeska Plaintiffs"), and Plaintiffs Orbis Global Equity LE Fund, Orbis Global Equity Fund, Orbis Global Balanced Fund, Orbis SICAV, Orbis Institutional Global Equity L.P., Orbis Global Equity Fund Limited, Orbis Institutional Funds Limited, Allan Gray Australia Balanced Fund, Orbis OEIC, and Orbis Institutional U.S. Equity L.P. (collectively, "Orbis Plaintiffs") jointly submit this letter.

      The parties respectfully request that the Court hold oral argument on Defendants' motions to dismiss (ECF Nos. 263, 264, 265, and 266) on **March 30, 2023** (or any day the week of March 27, 2023), or at the Court's earliest convenience. The parties respectfully ask to appear in-person for the hearing.

      At a discovery hearing on January 27, 2023, Your Honor granted HPS Investment Partners, LLC's request for oral argument on motions to dismiss the actions brought by the Alyeska and Orbis Plaintiffs.[1] Your Honor also requested that the parties file a joint letter to schedule the hearing at the close of briefing.[2] In accordance with the Joint Scheduling Stipulation (ECF No. 279), the parties will complete briefing on these motions on March 14, 2023—more than two weeks in advance of the requested hearing date.[3] We greatly appreciate the Court's attention to this request.

---

[1] Minute Entry, ECF No. 276 ("The Court will hold oral argument on the motions to dismiss discussed in docket entry 261."); Discovery Hr'g Tr. 8:17, Feb. 9, 2023 ("Bottom line is oral argument is granted.").

[2] Minute Entry, ECF No. 276 ("The parties will file a joint letter requesting oral argument after they have completed their briefing."); Discovery Hr'g Tr. 8:21-24, Feb. 9, 2023 ("Once you feel that the briefing is completed, then the letter requesting oral argument at a time that would be convenient for the parties, and then we'll set it for that time.").

[3] Joint Scheduling Stipulation Regarding Briefing Schedule, ECF No. 279.

Respectfully submitted,

/s/ *J. Christian Word*
J. Christian Word
Attorney-in-Charge
D.C. Bar No. 461346
S.D. Tex. Bar No. 3398485
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington DC 2004
Tel.: (202) 637-2200
Fax: (202) 637-2201
Christian.Word@lw.com

*Counsel for Defendants Alta Mesa Resources, Inc., f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; James T. Hackett, Harlan H. Chappelle, William Gutermuth, Jeffrey H. Tepper, Diana J. Walters; Michael E. Ellis; Ronald Smith; Pierre F. Lapeyre, Jr.; David M. Leuschen; Donald Sinclair; Stephen Coats; and Thomas J. Walker*

Walter M. Berger
TX Bar No. 00798063
Attorney-in-Charge
Katherine A. Preston
TX Bar No. 24088255
**WINSTON & STRAWN LLP**
800 Capitol Street, Suite 2400
Houston, TX 77002-2925
Tel.: (713) 615-2699
Fax: (713) 651-2700
cberger@winston.com
kpreston@winston.com

Of Counsel:
John E. Schreiber (pro hac vice)
CA Bar No. 261558
Aaron C. O'Dell (pro hac vice)
CA Bar No. 281851
**WINSTON & STRAWN LLP**
333 S. Grand Ave., 38th Floor
Los Angeles, CA 90071
Tel.: (213) 615-1700
Fax: (213) 615-1750
jschreiber@winston.com

acodell@winston.com
Co-Counsel for Harlan H. Chappelle,
Michael E. Ellis

*/s/ Kenneth A. Young*
Kenneth A. Young
Attorney-in-Charge
Texas Bar No. 25088699
S.D. Tex. No. 2506614
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
609 Main Street
Houston, Texas 77002
Tel.: (713) 836-3600
Fax: (713) 836-3601
kenneth.young@kirkland.com

*Counsel for Bayou City Energy Management, LLC and William W. McMullen*

*/s/ Karl S. Stern*
Karl S. Stern
Attorney-in-Charge
Texas Bar No. 19175665
Federal Bar No. 04870
**QUINN, EMANUEL, URQUHART & SULLIVAN, LLP**
711 Louisiana Street, Suite 500
Houston, Texas 77002
Tel.: (713) 221-7000
Fax: (713) 221-7100
karlstern@quinnemanuel.com

*Counsel for HPS Investment Partners, LLC and Don Dimitrievich*

*/s/ Bruce M. Bettigole*
Bruce M. Bettigole (*pro hac vice forthcoming*)
Attorney-in-Charge
**EVERSHEDS SUTHERLAND LLP**
700 6th Street NW
Suite 700
Washington, D.C. 20001
Tel.: (202) 383-0100
Fax: (713) 221-7100
brucebettigole@eversheds-sutherland.com

*Counsel for ARM Energy Holdings LLC*

*/s/ Matthew A. Peller*
Matthew A. Peller
**ROLNICK KRAMER SADIGHI LLP**
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 597-2800
mpeller@rksllp.com

*Attorney in Charge for the Alyeska and Orbis Plaintiffs*

Jules P. Slim
TX Bar No. 00793026
Attorney and Counselor
PO Box 140307
Irving, TX 75014-0307
Tel.: (214) 350-5183
Fax: (214) 350-5184
jslim@slimlawfirm.com

*Counsel for the Alyeska and Orbis Plaintiffs*