| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|

| In re ALTA MESA RESOURCES, INC. SECURITIES LITIGATION |
|---|
| *versus* |
|  |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Roberto J. Borgert<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004-1304<br>(202) 637-2200; roberto.borgert@lw.com<br>District of Columbia (No. 1618903)<br>(See attached addendum for federal court admissions.) |
| Name of party applicant seeks to appear for: | Alta Mesa Resources, Inc , f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; James T  Hackett, Harlan H  Chappelle, William Gutermuth, Jeffrey H  Tepper, Diana J  Walters; Michael E  Ellis; Ronald Smith; Pierre F  Lapeyre, Jr ; David M  Leuschen; Donald Sinclair; Stephen Coats; and Thomas J  Walker |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/6/2023 | Signed: /s/ Roberto J. Borgert |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

### Order

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                                   United States District Judge

## ADDENDUM TO MOTION FOR ADMISSION PRO HAC VICE OF ROBERTO J. BORGERT

Case No. 4:22-cv-01189

**Federal Court Admissions:**

| | |
|---|---|
| U.S. Court of Appeals for the 1st Circuit | 30 September 2020 |
| U.S. Court of Appeals for the 9th Circuit | 06 September 2022 |
| U.S. District Court – District of Columbia | 06 August 2021 |