UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|

In re ALTA MESA RESOURCES, INC. SECURITIES LITIGATION

*versus*

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Stephen T. Nasko<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004-1304<br>(202) 637-2200; stephen.nasko@lw.com<br>District of Columbia (No. 1779366) |

| Name of party applicant seeks to appear for: | Alta Mesa Resources, Inc , f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; James T  Hackett, Harlan H  Chappelle, William Gutermuth, Jeffrey H  Tepper, Diana J  Walters; Michael E  Ellis; Ronald Smith; Pierre F  Lapeyre, Jr ; David M  Leuschen; Donald Sinclair; Stephen Coats; and Thomas J  Walker |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/6/2023 | Signed: | /s/ Stephen T. Nasko |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____    _____
United States District Judge