# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Camelot Event Driven Fund, A Series of Frank Funds Trust, et al.

                Plaintiff,

v.                                      Case No.: 4:19−cv−00957

                                         Judge George C Hanks, Jr

Alta Mesa Resources, Inc., et al.

                Defendant.

TYPE OF CASE:                             Civil

## NOTICE OF HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      NOTICE of Setting as to [263] Joint MOTION to Dismiss *Plaintiffs' Section 20(a) Claims and Incorporated Memorandum of Law*, [264] MOTION to Dismiss *Plaintiffs' Complaint and Incorporated Memorandum of Law*, [265] MOTI ON to Dismiss *Alyeska and Orbis Plaintiffs' Complaints*, [266] MOTION to Dismiss *Plaintiffs' Claims Against William McMullen*. Parties notified. Motion Hearing set for 3/28/2023 at 09:30 AM in Courtroom 9C before Judge Ge orge C Hanks Jr, filed. (bthomas, 4)

**PLACE**
HOUSTON DIVISION
United States District Court
515 Rusk Ave

Houston, TX
77002

March 8, 2023

                                                         s/ Nathan Ochsner, Clerk, Clerk
                                                             s/ 4 bthomas, Deputy Clerk