United States District Court
Southern District of Texas

**ENTERED**
March 08, 2023

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | | Case Number | 4:19-cv-00957 |
|---|---|---|---|---|
| In re ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | | | | |
| *versus* | | | | |
| | | | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Eunice M. Kabuga<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004-1304<br>(202) 637-2200; eunice.kabuga@lw.com<br>District of Columbia (No. 1672242)<br>Maryland (No. 2211280259) |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Alta Mesa Resources, Inc , f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; James T  Hackett, Harlan H  Chappelle, William Gutermuth, Jeffrey H  Tepper, Diana J  Walters; Michael E  Ellis; Ronald Smith; Pierre F  Lapeyre, Jr ; David M  Leuschen; Donald Sinclair; Stephen Coats; and Thomas J  Walker |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/6/2023 | Signed: | /s/ Eunice M. Kabuga |
|---|---|---|

| | |
|---|---|
| The state bar reports that the applicant's status is: **Active** | |
| Dated: 03/08/2023 | Clerk's signature   *Ryan Thomas* |

| | |
|---|---|
| **Order** | **This lawyer is admitted *pro hac vice*.** |

Dated: ___March 08, 2023___          ___George C. Hanks Jr___
                                       United States District Judge