United States District Court
Southern District of Texas

**ENTERED**
March 08, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|

In re ALTA MESA RESOURCES, INC. SECURITIES LITIGATION

*versus*

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Henry Zaytoun<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004-1304<br>(202) 637-2200; henry.zaytoun@lw.com<br>District of Columbia (No. 1672976) |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Alta Mesa Resources, Inc , f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; James T Hackett, Harlan H Chappelle, William Gutermuth, Jeffrey H Tepper, Diana J Walters; Michael E Ellis; Ronald Smith; Pierre F Lapeyre, Jr ; David M Leuschen; Donald Sinclair; Stephen Coats; and Thomas J Walker |

Has applicant been sanctioned by any bar association or court?    Yes _____    No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/6/2023 | Signed: /s/ Henry Zaytoun |
|---|---|

The state bar reports that the applicant's status is: **Active**

Dated: 03/08/2023     Clerk's signature *[signature]*

## Order

Dated: March 08, 2023

*[signature]* George C. Hanks Jr
United States District Judge

This lawyer is admitted *pro hac vice*.