United States District Court
Southern District of Texas
**ENTERED**
March 08, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|
| In re ALTA MESA RESOURCES, INC. SECURITIES LITIGATION ||||
| *versus* ||||
|  ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jansen M. VanderMeulen<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004-1304<br>(202) 637-2200; jansen.vandermeulen@lw.com<br>District of Columbia (No. 1672242)<br>(See attached addendum for federal court admissions.) |
|---|---|

| Name of party applicant seeks to appear for: | Alta Mesa Resources, Inc , f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; James T Hackett, Harlan H Chappelle, William Gutermuth, Jeffrey H Tepper, Diana J Walters; Michael E Ellis; Ronald Smith; Pierre F Lapeyre, Jr ; David M Leuschen; Donald Sinclair; Stephen Coats; and Thomas J Walker |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/6/2023 | Signed: /s/ Jansen M. VanderMeulen |
|---|---|

The state bar reports that the applicant's status is: **Active**

Dated: 03/08/2023          Clerk's signature _____

## Order

This lawyer is admitted *pro hac vice*.

Dated: March 08, 2023

_____
United States District Judge

## ADDENDUM TO MOTION FOR ADMISSION PRO HAC VICE
## OF JANSEN M. VANDERMEULEN

### Case No. 4:22-cv-01189

**Federal Court Admissions:**

U.S. Court of Appeals for the 9th Circuit                    16 July 2020