United States District Court
Southern District of Texas

**ENTERED**
March 08, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|

In re ALTA MESA RESOURCES, INC. SECURITIES LITIGATION

*versus*

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Roberto J. Borgert<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004-1304<br>(202) 637-2200; roberto.borgert@lw.com<br>District of Columbia (No. 1618903)<br>(See attached addendum for federal court admissions.) |
|---|---|
| Name of party applicant seeks to appear for: | Alta Mesa Resources, Inc , f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; James T Hackett, Harlan H Chappelle, William Gutermuth, Jeffrey H Tepper, Diana J Walters; Michael E Ellis; Ronald Smith; Pierre F Lapeyre, Jr ; David M Leuschen; Donald Sinclair; Stephen Coats; and Thomas J Walker |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/6/2023 | Signed: | /s/ Roberto J. Borgert |
|---|---|---|

| The state bar reports that the applicant's status is: **Active** |
|---|
| Dated: 03/08/2023    Clerk's signature    *By: [signature]* |

## Order

This lawyer is admitted *pro hac vice*.

Dated: March 08, 2023

*/s/ George C. Hanks Jr.*
United States District Judge

## ADDENDUM TO MOTION FOR ADMISSION PRO HAC VICE OF ROBERTO J. BORGERT

Case No. 4:22-cv-01189

**Federal Court Admissions:**

| | |
|---|---|
| U.S. Court of Appeals for the 1st Circuit | 30 September 2020 |
| U.S. Court of Appeals for the 9th Circuit | 06 September 2022 |
| U.S. District Court – District of Columbia | 06 August 2021 |