United States District Court
Southern District of Texas

**ENTERED**
March 08, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|

| In re ALTA MESA RESOURCES, INC. SECURITIES LITIGATION |
|---|
| *versus* |
|  |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Wesley J. Horton<br>LATHAM & WATKINS LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626-1925<br>(714) 540-1235; wesley.horton@lw.com<br>California (No. 307567)<br>(See attached addendum for federal court admissions.) |
|---|---|

| Name of party applicant seeks to appear for: | Alta Mesa Resources, Inc., f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; James T. Hackett, Harlan H. Chappelle, William Gutermuth, Jeffrey H. Tepper, Diana J. Walters; Michael E. Ellis; Ronald Smith; Pierre F. Lapeyre, Jr.; David M. Leuschen; Donald Sinclair; Stephen Coats; and Thomas J. Walker |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/8/2023 | Signed: | /s/ Wesley J. Horton |
|---|---|---|

| The state bar reports that the applicant's status is: **Active** |
|---|
| Dated: 03/08/2023     Clerk's signature [signature] |

### Order

This lawyer is admitted *pro hac vice*.

Dated: March 08, 2023

[signature: George C. Hanks Jr.]
United States District Judge

## ADDENDUM TO MOTION FOR ADMISSION PRO HAC VICE
## OF WESLEY J. HORTON

### Case No. 4:19-cv-00957

**Federal Court Admissions:**

| | |
|---|---|
| U.S. Court of Appeals for the 9th Circuit | 07 May 2020 |
| U.S. District Court - Central District of California | 15 December 2015 |
| U.S. District Court - Northern District of California | 24 November 2021 |