UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|

| In re Alta Mesa Resources, Inc. Securities Litigation |
|---|
| *versus* |
| |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | John M. Kelley<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058; JKelley@rgrdlaw.com<br>California - 339965<br>Southern District of California - N/A |
|---|---|

| Name of party applicant seeks to appear for: | Co-Lead Plaintiff United Association National Pension Fund<br>(f/k/a/ Plumbers and Pipefitters National Pension Fund) |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No   ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated:   3/9/2023 | Signed: |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____

United States District Judge