# HEARING MINUTES

Cause No:   4:19-CV-957

Style:   Camelot Event Driven Fund, A Series of Frank Funds Trust v. Alta Mesa Resources, Inc. f/k/a Silver Run Acquisition Corporation II et al

Hearing Type:   Motion hearing

**Appearances:**

| Counsel | Representing |
|---|---|
| Christopher Darnell Porter | Don Dimitrievich; HPS Investment Partners, LLC |
| Courtney C. Whang | Don Dimitrievich; HPS Investment Partners, LLC |
| Matthew A. Peller | Alyeska Plaintiffs; Orbis Plaintiffs |
| Joshua K. Porter | FNY plaintiffs; Paul Burbach |
| James Christian Word | Alta Mesa Resources, Inc. and certain of its current and former officers and directors; Riverstone Holdings, Inc. |
| Kenneth Alan Young | Bayou City Energy Management; William McMullen |
| Katherine A. Preston | Harlan H. Chappelle; Michael E. Ellis |

Date: March 28, 2023  
Time: 10:33 a.m.—11:41 a.m.

Court reporter: ERO  
Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

The Court heard oral argument on Defendants' motions to dismiss and took the motions under advisement.

The parties will confer regarding outstanding discovery matters as discussed on the record and will notify the Court of a convenient date on which to hold a discovery hearing.