United States District Court
Southern District of Texas

**ENTERED**
April 06, 2023
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|

In re ALTA MESA RESOURCES, INC. SECURITIES LITIGATION

*versus*

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ashley Gebicke<br>LATHAM & WATKINS LLP<br>12670 High Bluff Drive<br>San Diego, CA 92130<br>(858) 523-5400; ashley.gebicke@lw.com<br>California (No. 330300)<br>(See attached addendum for federal court admissions.) |
|---|---|

| Name of party applicant seeks to appear for: | Alta Mesa Resources, Inc., f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; James T. Hackett, Harlan H. Chappelle, William Gutermuth, Jeffrey H. Tepper, Diana J. Walters; Michael E. Ellis; Ronald Smith; Pierre F. Lapeyre, Jr.; David M. Leuschen; Donald Sinclair; Stephen Coats; and Thomas J. Walker |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/30/2023 | Signed: /s/ Ashley Gebicke |
|---|---|

| The state bar reports that the applicant's status is: Active | |
|---|---|
| Dated: 4/6/2023 | Clerk's signature    B. Thomas |

**Order**

Dated: 4/6/2023

This lawyer is admitted *pro hac vice*.

_George C. Hanks Jr._
United States District Judge

## ADDENDUM TO MOTION FOR ADMISSION PRO HAC VICE
## OF ASHLEY GEBICKE

### Case No. 4:19-cv-00957

**Federal Court Admissions:**

U.S. Court of Federal Claims                                   14 February 2022