# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |

## [PLAINTIFFS' PROPOSED] THIRD AMENDED SCHEDULING ORDER

The disposition of the above-captioned consolidated class action and the two individual actions consolidated therewith will be controlled by the following schedule:

1. N/A             **RULE 26(F) CONFERENCE**

2. N/A             **ANSWER TO COMPLAINT**

3. N/A             **MOTION TO CERTIFY CLASS**

4. N/A             **COMPLETION OF DEPOSITIONS IN CONNECTION WITH CLASS CERTIFICATION**

5. N/A             **OPPOSITIONS TO CLASS CERTIFICATION MOTION**

6. N/A             **REPLIES TO CLASS CERTIFICATION OPPOSITIONS**

7. N/A             **MOTIONS FOR LEAVE TO AMEND PLEADINGS AND ADD NEW PARTIES**

8. N/A — **SUBSTANTIAL COMPLETION OF DOCUMENT DISCOVERY**

9. N/A — **REQUEST(S) FOR PRE-MOTION CONFERENCE FOR MOTIONS TO DISMISS *ORBIS* AND *ALYESKA* COMPLAINTS**

10. N/A — **RESPONSE(S) TO REQUEST(S) FOR PRE-MOTION CONFERENCE**

11. N/A — **COMMENCEMENT OF MERITS DEPOSITIONS**

12. June 29, 2023 — **COMPLETION OF FACT DISCOVERY (other than RFAs)** Fact discovery must be completed, other than requests for admission. Document requests and interrogatories are not timely if they are served at a time where the recipient would not be required under the Federal Rules of Civil Procedure to respond until after this deadline.

13. July 6, 2023 — **LAST DATE TO SERVE REQUESTS FOR ADMISSION** Each side (*i.e.* all Plaintiffs on the one side and all Defendants on the other) may collectively serve up to 100 requests for admission.

14. July 27, 2023 — **EXPERT REPORTS DUE**

15. September 21, 2023 — **REBUTTAL EXPERT REPORTS DUE**

16. October 26, 2023 — **EXPERT DISCOVERY CUT-OFF**

17. December 14, 2023 — **SUMMARY JUDGMENT AND DAUBERT MOTIONS**

18. February 1, 2024      **OPPOSITIONS TO SUMMARY JUDGMENT AND DAUBERT MOTIONS**

19. March 7, 2024      **REPLIES IN FURTHER SUPPORT OF SUMMARY JUDGMENT AND DAUBERT MOTIONS**

20. _____      **PRETRIAL CONFERENCE**

21. _____      **TRIAL**

Estimated Trial Time: TBD

SIGNED at Houston, Texas, this \_\_\_\_\_ day of _____, 20\_\_\_\_.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE