# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |

**[DEFENDANTS' PROPOSED] THIRD AMENDED SCHEDULING ORDER**

The disposition of the above-captioned consolidated class action and the two individual actions consolidated therewith will be controlled by the following schedule:

1. N/A  **RULE 26(F) CONFERENCE**

2. N/A  **ANSWER TO COMPLAINT**

3. N/A  **MOTION TO CERTIFY CLASS**

4. N/A  **COMPLETION OF DEPOSITIONS IN CONNECTION WITH CLASS CERTIFICATION**

5. N/A  **OPPOSITIONS TO CLASS CERTIFICATION MOTION**

6. N/A  **REPLIES TO CLASS CERTIFICATION OPPOSITIONS**

7. N/A  **MOTIONS FOR LEAVE TO AMEND PLEADINGS AND ADD NEW PARTIES**

| | | |
|---|---|---|
| 8. | N/A | **SUBSTANTIAL COMPLETION OF DOCUMENT DISCOVERY** |
| 9. | N/A | **REQUEST(S) FOR PRE-MOTION CONFERENCE FOR MOTIONS TO DISMISS *ORBIS* AND *ALYESKA* COMPLAINTS** |
| 10. | N/A | **RESPONSE(S) TO REQUEST(S) FOR PRE-MOTION CONFERENCE** |
| 11. | N/A | **COMMENCEMENT OF MERITS DEPOSITIONS** |
| 12. | June 29, 2023 | **COMPLETION OF FACT DISCOVERY (other than RFAs)**  Fact discovery must be completed, other than requests for admission. Written discovery and document requests, apart from requests for admission, are not timely if they are served at a time where the recipient would not be required under the Federal Rules of Civil Procedure to respond until after this deadline. |
| 13. | July 6, 2023 | **LAST DATE TO SERVE FACT-RELATED REQUESTS FOR ADMISSION** |
| 14. | July 27, 2023 | **EXPERT REPORTS DUE** |
| 15. | September 21, 2023 | **REBUTTAL EXPERT REPORTS DUE** |
| 16. | October 26, 2023 | **EXPERT DISCOVERY CUT-OFF** |
| 17. | October 30, 2023 | **LAST DATE TO SERVE EXPERT-RELATED REQUESTS FOR ADMISSION** |

| | | |
|---|---|---|
| 18. | December 14, 2023 | **SUMMARY JUDGMENT AND/OR DAUBERT MOTIONS[1]** |
| 19. | February 1, 2024 | **OPPOSITIONS TO SUMMARY JUDGMENT AND/OR DAUBERT MOTIONS** |
| 20. | March 7, 2024 | **REPLIES IN FURTHER SUPPORT OF SUMMARY JUDGMENT AND/OR DAUBERT MOTIONS** |

Estimated Trial Time: TBD

SIGNED at Houston, Texas, this _____ day of _____, 20____.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Each Party reserves the right to file separate motion for summary judgment prior to December 14, 2023.  In the event a Party will file such a motion for summary judgment, the moving Party and opposing Parties shall meet and confer and negotiate in good faith a separate briefing schedule for the motion, and each Party shall not unreasonably withhold agreement on a stipulated briefing schedule for the motion.  Absent a stipulated agreement or Court Order providing otherwise, the briefing schedule for motions for summary judgment filed prior to December 14, 2023 shall comply with Local Rules 7.3 and 7.4.