## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: ALTA MESA RESOURCES, INC. SECURITIES LITIGATION CAMELOT EVENT DRIVEN FUND, A SERIES OF FRANK FUNDS TRUST, et al. | § § § |
| Plaintiff(s), | § |
| | §     CIVIL ACTION NO. 4:19−cv−00957 |
| | § |
| ALTA MESA RESOURCES, INC., et al. | § § |
| Defendant. | § |

## <u>NOTICE OF SETTING</u>

A Status Conference has been set in this matter for 11:30 AM on 5/8/2023. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1614801413?pwd=UFJ5RGVyTmE3MHNCWVNENk9hZ1dTQT09*
Meeting phone number: 1−669−254−5252
Meeting ID: 161 480 1413
Meeting Password: 575048

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 5/3/2023

Byron Thomas
cm4147@txs.uscourts.gov
Case Manager to
U.S. District Judge George C. Hanks, Jr.