# HEARING MINUTES

Cause No:      4:19-CV-957

Style:         Camelot Event Driven Fund, A Series of Frank Funds Trust v. Alta Mesa Resources, Inc. f/k/a Silver Run Acquisition Corporation II et al

Hearing Type:  Status conference

**Appearances:**

| Counsel | Representing |
|---|---|
| Christopher Darnell Porter | Don Dimitrievich; HPS Investment Partners, LLC |
| Melanie Guzman | Don Dimitrievich; HPS Investment Partners, LLC |
| Matthew A. Peller | Alyeska Plaintiffs; Orbis Plaintiffs |
| Joshua K. Porter | FNY plaintiffs; Paul Burbach |
| Andrew J. Entwistle | FNY plaintiffs; Paul Burbach |
| James Christian Word | Alta Mesa Resources, Inc. and certain of its current and former officers and directors; Riverstone Holdings, Inc. |
| Kenneth Alan Young | Bayou City Energy Management; William McMullen |
| Katherine A. Preston | Harlan H. Chappelle; Michael E. Ellis |
| Andrew M. Sher | FNY plaintiffs; Paul Burbach |
| Callie Danielle Crispin | FNY plaintiffs; Paul Burbach |
| Ira A. Schochet | Camelot Event Driven Fund |
| Walter Moreau Berger | Harlan H. Chappelle; Michael E. Ellis |

| | |
|---|---|
| Matthew J. Peters | Alta Mesa Resources, Inc. and certain of its current and former officers and directors; Riverstone Holdings, Inc. |
| Heather Ann Waller | Alta Mesa Resources, Inc. and certain of its current and former officers and directors; Riverstone Holdings, Inc. |
| Lonnie A. Browne | Plumbers and Pipefitters National Pension Fund |
| Adam Pollet | ARM Energy Holdings |
| Nicholas Michael Brown | Bayou City Energy Management; William McMullen |
| Jacob J. Waldman | Don Dimitrievich; HPS Investment Partners, LLC |

Date: May 8, 2023  
Time: 11:45 a.m.—12:51 p.m.

Court reporter: ERO  
Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

The Court held a status conference at which the Court and the parties discussed docket entries 323, 324, and 326.

The Court declined to implement the proposal set forth in docket entry 323 that Plaintiffs be allowed to file one omnibus response to all of the defendants' motions for summary judgment. The defendants may file their motions for summary judgment separately, and they may file their motions without filing pre-motion conference letters. When filing a motion for summary judgment, the movant will include the briefing schedule for the motion.

The parties will meet and confer regarding requests for admissions as discussed on the record. Defendants will submit their requests for admissions to Plaintiffs, and Plaintiffs will either answer them or request a conference with the Court. The Court declined to implement the proposal set forth in docket entry 323 that the deadline for expert-related requests for admissions be set after the parties have engaged in expert discovery.

The parties will submit an agreed proposed scheduling order.

The parties will provide the video and/or transcript from the deposition of Harlan Chappelle to the Court at the earliest practicable time. After the Court has examined the deposition, the Court will hold another hearing to discuss the issues raised in docket entry 326.