**Exhibit A**

Start and End Time:  00:05:46 - 00:05:58
Page and Line Range:  10:3-10:7
Media Clip Duration:  00:00:11

Start and End Time:  00:08:07 - 00:08:42
Page and Line Range:  11:18-12:5
Media Clip Duration:  00:00:34

Start and End Time:  00:08:34 - 00:10:23
Page and Line Range:  12:1-12:20
Media Clip Duration:  00:01:49

Start and End Time:  00:02:13 - 00:04:00
Page and Line Range:  122:1-122:6
Media Clip Duration:  00:01:47

Start and End Time:  00:50:42 - 00:51:12
Page and Line Range:  147:13-147:16
Media Clip Duration:  00:00:30

Start and End Time:  00:59:28 - 01:00:21
Page and Line Range:  183:20-183:23
Media Clip Duration:  00:00:53

Total Duration - 00:05:46