**Exhibit B**

Start and End Time:  00:21:54 - 00:22:24
Page and Line Range:  19:12-19:18
Media Clip Duration:  00:00:29

Start and End Time:  00:07:09 - 00:07:24
Page and Line Range:  38:24-39:2
Media Clip Duration:  00:00:14

Start and End Time:  00:08:25 - 00:08:54
Page and Line Range:  39:17-39:23
Media Clip Duration:  00:00:28

Start and End Time:  00:12:45 - 00:12:54
Page and Line Range:  41:17-41:19
Media Clip Duration:  00:00:08

Start and End Time:  00:22:56 - 00:23:18
Page and Line Range:  46:11-46:14
Media Clip Duration:  00:00:22

Start and End Time:  00:37:32 - 00:37:42
Page and Line Range:  53:15-53:17
Media Clip Duration:  00:00:09

Start and End Time:  00:43:57 - 00:44:05
Page and Line Range:  57:15-57:16
Media Clip Duration:  00:00:08

Start and End Time:  00:17:43 - 00:18:16
Page and Line Range:  72:24-73:3
Media Clip Duration:  00:00:32

Start and End Time:  00:01:53 - 00:02:12
Page and Line Range:  85:6-85:9
Media Clip Duration:  00:00:18

Start and End Time:  00:02:13 - 00:02:24
Page and Line Range:  85:11-85:13
Media Clip Duration:  00:00:10

Start and End Time:  00:35:16 - 00:35:32
Page and Line Range:  110:3-110:6
Media Clip Duration:  00:00:15

Start and End Time:  00:38:46 - 00:38:55
Page and Line Range:  112:13-112:14
Media Clip Duration:  00:00:08

Start and End Time:  00:01:09 - 00:01:16
Page and Line Range:  90:22-90:23
Media Clip Duration:  00:00:07

Start and End Time:  00:04:16 - 00:04:24
Page and Line Range:  92:14-92:16
Media Clip Duration:  00:00:07

Start and End Time:  00:39:42 - 00:40:01
Page and Line Range:  141:16-141:20
Media Clip Duration:  00:00:18

Start and End Time:  00:41:51 - 00:42:08
Page and Line Range:  142:25-143:3
Media Clip Duration:  00:00:16

Start and End Time:  00:47:20 - 00:47:49
Page and Line Range:  177:6-177:12
Media Clip Duration:  00:00:29

Start and End Time:  00:49:31 - 00:49:47
Page and Line Range:  178:17-178:22
Media Clip Duration:  00:00:15

Start and End Time:  00:26:39 - 00:27:06
Page and Line Range:  202:14-202:16
Media Clip Duration:  00:00:27

Start and End Time:  00:31:18 - 00:31:26
Page and Line Range:  205:6-205:8
Media Clip Duration:  00:00:07

Start and End Time:  00:54:31 - 00:54:41
Page and Line Range:  218:1-218:5
Media Clip Duration:  00:00:09

Total Duration - 00:05:50