| | |
|---|---|
| **ENTWISTLE & CAPPUCCI LLP** | **ROBBINS GELLER RUDMAN & DOWD LLP** |
| 500 W. 2ND STREET, SUITE 1900-16 | 655 WEST BROADWAY, SUITE 1900 |
| AUSTIN, TEXAS 78701 | SAN DIEGO, CALIFORNIA 92101 |
| TELEPHONE: (512) 710-5960 | TELEPHONE: (619) 231-1058 |
| FACSIMILE: (212) 894-7272 | FACSIMILE: (619) 231-7423 |

May 19, 2023

<u>VIA ECF</u>
The Honorable George C. Hanks, Jr.
United States District Judge
United States Courthouse
515 Rusk Street, Room 6206
Houston, Texas 77002

     Re: *In re Alta Mesa Resources, Inc. Securities Litigation*, Case No. 19-CV-00957 (consolidated)

Dear Judge Hanks:

     Pursuant to Your Honor's instruction at the May 8, 2023 conference (*see* ECF 327), the parties have conferred and agreed to a proposed third amended scheduling order, submitted herewith as Exhibit 1.

                                    Respectfully submitted,

| | |
|---|---|
| */s/ Andrew J. Entwistle* | */s/ Trig Smith* |
| Andrew J. Entwistle | Trig Smith (*pro hac vice*) |
| Texas Bar No. 24038131 | **ROBBINS GELLER RUDMAN** |
| **ENTWISTLE & CAPPUCCI LLP** | **& DOWD LLP** |
| *Court-Appointed Class Counsel* | *Court-Appointed Class Counsel* |