# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |

## [PROPOSED] THIRD AMENDED SCHEDULING ORDER

The disposition of the above-captioned consolidated class action and the two individual actions consolidated therewith will be controlled by the following schedule:

1. N/A        **RULE 26(F) CONFERENCE**

2. N/A        **ANSWER TO COMPLAINT**

3. N/A        **MOTION TO CERTIFY CLASS**

4. N/A        **COMPLETION OF DEPOSITIONS IN CONNECTION WITH CLASS CERTIFICATION**

5. N/A        **OPPOSITIONS TO CLASS CERTIFICATION MOTION**

6. N/A        **REPLIES TO CLASS CERTIFICATION OPPOSITIONS**

7. N/A        **MOTIONS FOR LEAVE TO AMEND PLEADINGS AND ADD NEW PARTIES**

8. N/A  **SUBSTANTIAL COMPLETION OF DOCUMENT DISCOVERY**

9. N/A  **REQUEST(S) FOR PRE-MOTION CONFERENCE FOR MOTIONS TO DISMISS *ORBIS* AND *ALYESKA* COMPLAINTS**

10. N/A  **RESPONSE(S) TO REQUEST(S) FOR PRE-MOTION CONFERENCE**

11. N/A  **COMMENCEMENT OF MERITS DEPOSITIONS**

12. June 29, 2023  **COMPLETION OF FACT DISCOVERY (other than RFAs)**  Written discovery and document requests are not timely if they are served at a time where the recipient would not be required under the Federal Rules of Civil Procedure to respond until after this deadline.  The parties will follow the meet and confer protocol regarding requests for admission outlined by the Court at the May 8, 2023 conference.

13. June 29, 2023  **LAST DATE TO SERVE FACT-RELATED REQUESTS FOR ADMISSION**

14. July 27, 2023  **EXPERT REPORTS DUE**

15. September 21, 2023  **REBUTTAL EXPERT REPORTS DUE**

16. October 26, 2023  **EXPERT DISCOVERY CUT-OFF**  Expert-related requests for admission are not timely if they are served at a time where the recipient would not be required under the Federal Rules of Civil Procedure to respond until after this deadline.  The parties will follow the meet and confer protocol

| | |
|---|---|
| | regarding expert-related requests for admission outlined by the Court at the May 8, 2023 conference. |
| 17. On or before December 14, 2023 | **SUMMARY JUDGMENT AND/OR DAUBERT MOTIONS** Briefing shall follow schedule set forth in the Local Rules unless otherwise stipulated. |

Estimated Trial Time: TBD

SIGNED at Houston, Texas, this _____ day of _____, 20____.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE