| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|

IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION

*versus*

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Tanvi K. Shah<br>Eversheds Sutherland (US) LLP<br>12255 El Camino Real<br>San Diego, CA 92130<br>858-252-4983 / tanvishah@eversheds-sutherland.us<br>CA Bar: 329391 |
|---|---|

| Name of party applicant seeks to appear for: | Defendant ARM Energy Holdings LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/25/2023 | Signed: | /s/ Tanvi K. Shah |
|---|---|---|

The state bar reports that the applicant's status is: See attached Certificate of Good Standing

Dated: _____   Clerk's signature

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____   _____
United States District Judge

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

May 16, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, TANVI KETAN SHAH, #329391 was admitted to the practice of law in this state by the Supreme Court of California on December 11, 2019 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Michael Sanchez
Custodian of Records