United States District Court
Southern District of Texas

**ENTERED**
June 02, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|
| | IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | | |
| | *versus* | | |
| | | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Tanvi K. Shah<br>Eversheds Sutherland (US) LLP<br>12255 El Camino Real<br>San Diego, CA 92130<br>858-252-4983 / tanvishah@eversheds-sutherland.us<br>CA Bar: 329391 |

| Name of party applicant seeks to appear for: | Defendant ARM Energy Holdings LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/25/2023 | Signed: | /s/ Tanvi K. Shah |
|---|---|---|

The state bar reports that the applicant's status is: **Active**

Dated: 06/02/2023   Clerk's signature  *[signature]*

### Order

This lawyer is admitted *pro hac vice*.

Dated: June 02, 2023

*/s/ George C. Hanks Jr.*
United States District Judge