| | |
|---|---|
| **ENTWISTLE & CAPPUCCI LLP**<br>500 WEST 2ND STREET, SUITE 1900<br>AUSTIN, TEXAS 78701<br>TELEPHONE: (512) 710-5960<br>FACSIMILE: (212) 894-7272 | **ROBBINS GELLER RUDMAN & DOWD LLP**<br>655 WEST BROADWAY, SUITE 1900<br>SAN DIEGO, CALIFORNIA 92101<br>TELEPHONE: (619) 231-1058<br>FACSIMILE: (619) 231-7423 |

June 6, 2023

VIA ECF
The Honorable George C. Hanks, Jr.
United States District Judge
United States Courthouse
515 Rusk Street, Room 6206
Houston, Texas 77002

      Re:    *In re Alta Mesa Resources, Inc. Securities Litigation,*
              C.A. No. 19-cv-00957 (S.D. Tex.)

Dear Judge Hanks:

      We write to briefly confirm that, as Your Honor directed at the Status Conference held on May 8, 2023: (1) the parties submitted a Joint Proposed Third Amended Scheduling Order (ECF No. 336); and (2) regarding the need for the continuation of former CEO Defendant Chappelle's deposition, counsel delivered a hard copy of the video and transcript of the first day of the deposition. Please let us know if Your Honor requires any further information or materials.

                                            Respectfully,

      */s/ Andrew J. Entwistle*                           */s/ Trig Smith*