| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|

IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION

*versus*

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Arhtur F. Foerster<br>Latham & Watkins LLP<br>330 North Wabash Ave., Suite 2800<br>Chicago, IL 60611<br>(312) 876-7700<br>arthur.foerster@lw.com<br>IL 6271201<br>(See attached addendum for Federal Court admissions) |
| Name of party applicant seeks to appear for: | Counsel for Alta Mesa Resources, Inc., f/k/a Silver Run Acquisition Corporation II, Riverstone Holdings LLC, Harlan H. Chappelle, Stephen S. Coats, Michael E. Ellis, William D. Gutermuth, James T. Hackett, Pierre F. Lapeyre, Jr., David M. Leuschen, Donald R. Sinclair, Ronald J. Smith, Jeffrey H. Tepper, Thomas J. Walker, and Diana J. Walters |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 6/12/2023 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____     _____
United States District Judge

**ADDENDUM TO MOTION AND ORDER FOR ADMISSION PRO HAC VICE**
**ARTHUR F. FOERSTER'S FEDERAL COURT ADMISSIONS**

| Court | Date |
|---|---|
| U.S. Court Of Appeals for the Eighth Circuit | August 27, 2003 |
| U.S. District Court for the Central District of Illinois | August 31, 2001 |
| U.S. District Court for the Northern District of Illinois – General Bar | December 15, 2010 |
| U.S. District Court for the Eastern District of Wisconsin | September 19, 2008 |
| U.S. District Court for the Western District of Wisconsin | July 20, 2012 |