June 16, 2023

**VIA ECF**
The Honorable George C. Hanks Jr.
United States District Judge
United States Courthouse
515 Rusk Street, Room 6206
Houston, Texas 77002

      Re: *In re Alta Mesa Resources, Inc. Securities Litigation*, Case No. 19-CV-00957

Dear Judge Hanks:

      The Defendants submit this letter regarding Defendants' request for a 30-day extension of time to serve their answers to the complaints filed by the Alyeska and Orbis Plaintiffs (the "Direct Action Plaintiffs"). Defendants provided a draft of this letter to Direct Action Plaintiffs at 12:05 PM on Thursday, June 15, 2023. Direct Action Plaintiffs did not provide Defendants with a draft of their position. Defendants understand that Direct Action Plaintiffs will file their position separately. The Parties respectfully request a conference this week to resolve this issue in advance of Defendants' current answer date on Wednesday, June 21, 2023.

**I.    DEFENDANTS' POSITION**

      The Direct Action Plaintiffs' complaints are lengthy: Alyeska's complaint is 85 pages, contains 377 paragraphs, and 7 counts; Orbis' complaint is 109 pages, contains 465 paragraphs, and 8 counts. While the themes and subject matter of these Complaints are substantially similar to the Class Action, the allegations themselves are different and providing detailed answers to each paragraph as required by the Federal Rules requires considerable legal analysis and review by each of the 19 Defendants. The Direct Action Plaintiffs also challenge different statements and raise different claims than the Class Action. Pursuant to F.R.C.P. 12(a)(4)(A), Defendants' current answer date is June 21, 2023—14 days after this Court's denial of their motions to dismiss "without prejudice to being reasserted as motions for summary judgment." *See* ECF No. 343. Defendants simply require more time to complete the required work. Rather than agree to this request as a matter of professional courtesy (indeed, counsel for the Direct Action Plaintiffs could not articulate any prejudice by the requested extension), the Direct Action Plaintiffs refused unless Defendants agreed to their request to deconsolidate their cases from the Class Action, to extend the agreed-upon case schedule for two months, and to excuse their willful failure to comply with their discovery obligations (which include failing to appear for properly noticed depositions, to serve initial disclosures, and to produce documents). Understandably, Defendants were unwilling to agree; especially since the Direct Action Plaintiffs have actively been taking discovery from Defendants and third-parties for more than six months. Defendants thus respectfully seek relief from the Court and request an additional 30 days until July 21, 2023 to answer both complaints.[1]

---

[1] On June 14, 2023, counsel Christian Word and Heather Waller conferred via email and telephone with Matt Peller, counsel for the Direct Action Plaintiffs.

II. **CLASS PLAINTIFFS' POSITION**

The Class Plaintiffs take no position regarding defendants' deadline to answer the individual action complaints.

Respectfully submitted,

/s/ *J. Christian Word*
J. Christian Word
Attorney in Charge
D.C. Bar No. 461346
S.D. Tex. Bar No. 3398485
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington DC 20004
Tel.: (202) 637-2200
Fax: (202) 637-2201
Christian.Word@lw.com

Of Counsel:
Heather A. Waller (*pro hac vice*)
IL Bar No. 6302537
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700
Fax: (312) 993-9767
Heather.Waller@lw.com

Matthew Peters (*pro hac vice*)
D.C. Bar No. 1015700
Laura Bladow (pro hac vice)
D.C. Bar No. 1740343
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington DC 20004
Tel.: (202) 637-2200
Fax: (202) 637-2201
Matthew.Peters@lw.com
Laura.Bladow@lw.com

Ashley Gebicke (*pro hac vice*)
CA Bar No. 330300
**LATHAM & WATKINS LLP**
12670 High Bluff Drive
San Diego, CA 92130
Tel.: (858) 523-5400

Fax: (585) 523-5450
Ashley.Gebicke@lw.com

*Counsel for Defendants Riverstone Holdings LLC; Harlan H. Chappelle; Stephen Coats; Michael E. Ellis; William Gutermuth; James T. Hackett; Pierre F. Lapeyre, Jr.; David M. Leuschen; Donald Sinclair; Ronald Smith; Jeffrey H. Tepper; Thomas J. Walker; and Diana J. Walters*

Walter M. Berger
TX Bar No. 00798063
Attorney-in-Charge
**WINSTON & STRAWN LLP**
800 Capitol Street, Suite 2400
Houston, TX 77002-2925
Tel.: (713) 615-2699
Fax: (713) 651-2700
cberger@winston.com

Of Counsel:
Katherine A. Preston
TX Bar No. 24088255
**WINSTON & STRAWN LLP**
800 Capitol Street, Suite 2400
Houston, TX 77002-2925
Tel.: (713) 615-2699
Fax: (713) 651-2700 kpreston@winston.com

John E. Schreiber (*pro hac vice*)
CA Bar No. 261558
**WINSTON & STRAWN LLP**
333 S. Grand Ave., 38th Floor
Los Angeles, CA 90071
Tel.: (213) 615-1700
Fax: (213) 615-1750
JSchreiber@winston.com

*Co-Counsel for Harlan H. Chappelle, Michael E. Ellis*

/s/ *Karl S. Stern*
Karl S. Stern
TX Bar No. 19175665
Federal Bar No. 04870

3

Attorney-in-Charge
**QUINN, EMANUEL, URQUHART & SULLIVAN, LLP**
711 Louisiana Street, Suite 500
Houston, TX 77002
(713) 221-7000
karlstern@quinnemanuel.com

Of Counsel:
Christopher D. Porter
**QUINN, EMANUEL, URQUHART & SULLIVAN, LLP**
711 Louisiana Street, Suite 500
Houston, TX 77002
(713) 221-7000
chrisporter@quinnemanuel.com

Michael B. Carlinsky (*pro hac vice*)
Jacob J. Waldman (*pro hac vice*)
Courtney C. Whang (*pro hac vice*)
**QUINN, EMANUEL, URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
michaelcarlinsky@quinnemanuel.com
jacobwaldman@quinnemanuel.com
courtneywhang@quinnemanuel.com

*Counsel for HPS Investment Partners, Donald Dimitrievich*

/s/ *David A. Baay*
David A. Baay
Fed. ID No. 598715
Attorney-in-Charge
**EVERSHEDS SUTHERLAND (US) LLP**
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Tel.: (713) 470-6112
Fax: (713) 654-1301
davidbaay@eversheds-sutherland.com

Of Counsel:
Bruce M. Bettigole (pro hac vice)
Adam Pollet (pro hac vice)

**EVERSHEDS SUTHERLAND (US) LLP**
700 Sixth Street N.W., Suite 700
Washington, DC 20001
Telephone: (202) 383-0100
Fax: (202) 637-3593
brucebettigole@evershedssutherland.com
adampollet@eversheds-sutherland.com

*Counsel for ARM Energy Holdings, LLC*

/s/ *Kenneth A. Young*
Kenneth A. Young
Attorney-in-Charge
Texas Bar No. 24088699
S.D. Tex. No. 2506614
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
609 Main Street
Houston, Texas 77002
Tel.: (713) 836-3600
Fax: (713) 836-3601
kenneth.young@kirkland.com

Of Counsel:
Nick Brown
Texas Bar No. 24092182
S.D. Tex. ID 2725667
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
609 Main Street
Houston, Texas 77002
Tel.: (713) 836-3600
Fax: (713) 836-3601
nick.brown@kirkland.com

*Counsel for Bayou City Energy Management LLC, William W. McMullen*