| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|

IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION

*versus*

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Amy Hood<br>Quinn Emanuel Urquhart & Sullivan<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br>(212) 849-7186; amyhood@quinnemanuel.com<br>New York - 6034383 |
|---|---|

| Name of party applicant seeks to appear for: | HPS Investment Partners, LLC and Don Dimitrievich |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 6/20/2023 | Signed: | /s/ Amy Hood |
|---|---|---|

The state bar reports that the applicant's status is:

Dated:          Clerk's signature

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
United States District Judge