UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 19-cv-00957 |
|---|---|---|---|

In re Alta Mesa Resources, Inc. Securities Litigation

*versus*

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Michael J. Hampson<br>Rolnick Kramer Sadighi LLP<br>300 Executive Drive, Suite 275<br>West Orange, New Jersey<br>212-597-2800; mhampson@rksllp.com<br>NJ - 030812006; NY - 4699120<br>DNJ - N/A; SDNY - MH3386; EDNY - MH3386; DDC - N/A |
| Name of party applicant seeks to appear for: | Alyeska Master Fund, L.P., Alyeska Master Fund 2, L.P., Alyeska Master Fund 3, L.P., Orbis Global Equity LE Fund (Australia Registered), Orbis Global Equity Fund (Australia Registered), Orbis Global Balanced Fund (Australia Registered), Orbis SICAV, Orbis Institutional Global Equity L.P., Orbis Global Equity Fund Limited, Orbis Institutional Funds Limited, Allan Gray Australia Balanced Fund, Orbis OEIC, and Orbis Institutional U.S. Equity L.P. |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

Dated: 6/15/2023   Signed: *[signature]*

The state bar reports that the applicant's status is:

Dated:   Clerk's signature

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____   _____
United States District Judge