United States District Court
Southern District of Texas

**ENTERED**
June 26, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT　　　　　　SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 19-cv-00957 |
|---|---|---|---|
| | In re Alta Mesa Resources, Inc. Securities Litigation | | |
| | *versus* | | |
| | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Michael J. Hampson<br>Rolnick Kramer Sadighi LLP<br>300 Executive Drive, Suite 275<br>West Orange, New Jersey<br>212-597-2800; mhampson@rksllp.com<br>NJ - 030812006; NY - 4699120<br>DNJ - N/A; SDNY - MH3386; EDNY - MH3386; DDC - N/A |
|---|---|

| Name of party applicant seeks to appear for: | Alyeska Master Fund, L.P., Alyeska Master Fund 2, L.P., Alyeska Master Fund 3, L.P., Orbis Global Equity LE Fund (Australia Registered), Orbis Global Equity Fund (Australia Registered), Orbis Global Balanced Fund (Australia Registered), Orbis SICAV, Orbis Institutional Global Equity L.P., Orbis Global Equity Fund Limited, Orbis Institutional Funds Limited, Allan Gray Australia Balanced Fund, Orbis OEIC, and Orbis Institutional U.S. Equity L.P. |
|---|---|

Has applicant been sanctioned by any bar association or court?　Yes _____　No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | 6/15/2023 | Signed: | [signature] |
|---|---|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 6/23/2023 | Clerk's signature　B. Thomas |

**Order**　　　　　　　　　　This lawyer is admitted *pro hac vice*.

Dated: June 23, 2023　　　　　　_George C. Hanks Jr._
　　　　　　　　　　　　　　　United States District Judge