# HEARING MINUTES

Cause No:   4:19-CV-957

Style:   Camelot Event Driven Fund, A Series of Frank Funds Trust v. Alta Mesa Resources, Inc. f/k/a Silver Run Acquisition Corporation II et al

Hearing Type:   Discovery hearing

**Appearances:**

| Counsel | Representing |
|---|---|
| Christopher Darnell Porter | Don Dimitrievich; HPS Investment Partners, LLC |
| Matthew A. Peller | Alyeska Plaintiffs; Orbis Plaintiffs |
| Andrew J. Entwistle | FNY plaintiffs; Paul Burbach |
| James Christian Word | Alta Mesa Resources, Inc. and certain of its current and former officers and directors; Riverstone Holdings, Inc. |
| Heather Ann Waller | Alta Mesa Resources, Inc. and certain of its current and former officers and directors; Riverstone Holdings, Inc. |

Date:  June 23, 2023  
Time: 12:21 p.m.—1:31 p.m.

Court reporter:  ERO  
Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

The Court held a discovery hearing regarding docket entries 339, 341, 342, 345, 346, and 348.

Going forward, if a deposition is properly noticed, the deponent must appear unless the Court has entered a protective order. Defendants may file a motion for costs against the opt-out plaintiffs as discussed on the record **on or before July 14, 2023**. The opt-out plaintiffs may file a response **within 21 days** of the date on which Defendants file their motion. Defendants may file a reply **within seven days** of the date on which the opt-out plaintiffs file their response.

The Court will sign and enter docket entry 336-1.

The Court adjourned the hearing and will resume it at a later date.