# HEARING MINUTES

Cause No:       4:19-CV-957

Style:          Camelot Event Driven Fund, A Series of Frank Funds Trust v. Alta Mesa Resources, Inc. f/k/a Silver Run Acquisition Corporation II et al

Hearing Type:   Discovery hearing

**Appearances:**

| Counsel | Representing |
|---|---|
| Christopher Darnell Porter | Don Dimitrievich; HPS Investment Partners, LLC |
| Matthew A. Peller | Alyeska Plaintiffs; Orbis Plaintiffs |
| Andrew J. Entwistle | FNY plaintiffs; Paul Burbach |
| James Christian Word | Alta Mesa Resources, Inc. and certain of its current and former officers and directors; Riverstone Holdings, Inc. |
| Heather Ann Waller | Alta Mesa Resources, Inc. and certain of its current and former officers and directors; Riverstone Holdings, Inc. |

Date:  June 26, 2023                    Court reporter:  ERO/Malone
Time: 5:17 p.m.—6:14 p.m.               Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

The Court reconvened the discovery hearing that began on June 23, 2023.

The Rule 30(b)(6) deposition for the opt-out plaintiffs will be taken on July 17, 2023 or July 18, 2023 in the United States, not in Bermuda.

Lead plaintiffs may depose Defendant Harlan Chappelle for 1.5 additional hours. The opt-out plaintiffs may depose Defendant Chappelle for one hour. After using this time, the plaintiffs will contact the Court as discussed on the record if they need additional time.

Docket call is set for **April 12, 2024**. The case will go to trial in May of 2024. The parties will submit a joint proposed docket control order with the docket call and trial dates **on or before July 7, 2023**.

The parties will confer regarding the Rule 30(b)(6) deposition of Defendant Alta Mesa Resources, Inc. and will file a joint discovery letter if they require the Court's assistance.