# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957 <br><br> Judge George C. Hanks, Jr. |

### [PROPOSED] FOURTH AMENDED SCHEDULING ORDER

The disposition of the above-captioned consolidated class action and the two individual actions consolidated therewith will be controlled by the following schedule:

1. N/A      **RULE 26(F) CONFERENCE**

2. N/A      **ANSWER TO COMPLAINT**

3. N/A      **MOTION TO CERTIFY CLASS**

4. N/A      **COMPLETION OF DEPOSITIONS IN CONNECTION WITH CLASS CERTIFICATION**

5. N/A      **OPPOSITIONS TO CLASS CERTIFICATION MOTION**

6. N/A      **REPLIES TO CLASS CERTIFICATION OPPOSITIONS**

7. N/A      **MOTIONS FOR LEAVE TO AMEND PLEADINGS AND ADD NEW PARTIES**

8.  N/A                          **SUBSTANTIAL COMPLETION OF DOCUMENT DISCOVERY**

9.  N/A                          **REQUEST(S) FOR PRE-MOTION CONFERENCE FOR MOTIONS TO DISMISS** *ORBIS* **AND** *ALYESKA* **COMPLAINTS**

10. N/A                          **RESPONSE(S) TO REQUEST(S) FOR PRE-MOTION CONFERENCE**

11. N/A                          **COMMENCEMENT OF MERITS DEPOSITIONS**

12. June 29, 2023               **COMPLETION OF FACT DISCOVERY (other than RFAs)**   Written discovery and document requests are not timely if they are served at a time where the recipient would not be required under the Federal Rules of Civil Procedure to respond until after this deadline.  The parties will follow the meet and confer protocol regarding requests for admission outlined by the Court at the May 8, 2023 conference.   The conclusion of fact discovery does not affect the parties' rights to enforce or seek relief from the Court with respect to timely served discovery requests.

13. July 18, 2023              **LAST DATE TO SERVE UPDATED RESPONSES TO CONTENTION INTERROGATORIES**   Each party may supplement its responses to contention interrogatories to include evidence obtained during any deposition of an adverse party occurring after this date.

14. July 31, 2023              **LAST DATE TO SERVE FACT-RELATED REQUESTS FOR ADMISSION AND TO COMPLETE DEPOSITIONS PROPERLY NOTICED PRIOR TO THE END OF FACT**

**DISCOVERY**  The parties have scheduled certain depositions that were properly noticed prior to the close of fact discovery to occur in July 2023.  All such depositions shall be treated as if they occurred prior to the close of fact discovery for purposes of the parties' discovery rights with respect to those depositions, including requests made in connection with new information identified during such depositions.   No additional depositions are permitted.

15. August 31, 2023 — **EXPERT REPORTS DUE**

16. October 19, 2023 — **REBUTTAL EXPERT REPORTS DUE**

17. November 16, 2023 — **EXPERT DISCOVERY CUT-OFF**   Expert-related requests for admission are not timely if they are served at a time where the recipient would not be required under the Federal Rules of Civil Procedure to respond until after this deadline.  The parties will follow the meet and confer protocol regarding expert-related requests for admission outlined by the Court at the May 8, 2023 conference.

18. On or before December 22, 2023 — **SUMMARY JUDGMENT AND/OR DAUBERT MOTIONS** Briefing shall follow schedule set forth in the Local Rules unless otherwise stipulated.

19. April 12, 2024 at 3:30 p.m. — **DOCKET CALL** Case to be set on the Court's May trial calendar.

Estimated Trial Time: TBD

SIGNED at Houston, Texas, this _____ day of _____, 20____.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

3