| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|
| | In re Alta Mesa Resources, Inc. Securities Litigation | | |
| | *versus* | | |
| | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Roman Martinez<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>(202) 637-2200; Roman.Martinez@lw.com<br>District of Columbia Bar No. 1001100<br>(See attached addendum for Federal Court admissions.) |
|---|---|

| Name of party applicant seeks to appear for: | Counsel for Alta Mesa Resources, Inc., f/k/a Silver Run Acquisition Corporation II, Riverstone Holdings LLC, Harlan H. Chappelle, Stephen S. Coats, Michael E. Ellis, William D. Gutermuth, James T. Hackett, Pierre F. Lapeyre, Jr., David M. Leuschen, Donald R. Sinclair, Ronald J. Smith, Jeffrey H. Tepper, Thomas J. Walker, and Diana J. Walters |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/7/2023 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**         **This lawyer is admitted *pro hac vice*.**

Dated: _____         _____
                                                                    United States District Judge

**Addendum to Motion and Order for Admission Pro Hac Vice**
**Roman Martinez's Federal Court Admissions**

| Jurisdiction | Admission Date | Bar Number |
| --- | --- | --- |
| U.S. Supreme Court | November 26, 2012 | 285247 |
| U.S. Court of Appeals for the First Circuit | September 29, 2020 | |
| U.S. Court of Appeals for the Second Circuit | June 11, 2013 | |
| U.S. Court of Appeals for the Third Circuit | September 23, 2011 | |
| U.S. Court of Appeals for the Fourth Circuit | March 6, 2020 | |
| U.S. Court of Appeals for the Fifth Circuit | August 18, 2021 | |
| U.S. Court of Appeals for the Sixth Circuit | July 18, 2017 | |
| U.S. Court of Appeals for the Seventh Circuit | May 31, 2019 | |
| U.S. Court of Appeals for the Eighth Circuit | October 29, 2021 | |
| U.S. Court of Appeals for the Ninth Circuit | June 11, 2013 | |
| U.S. Court of Appeals for the Eleventh Circuit | June 13, 2017 | |
| U.S. Court of Appeals for the D.C. Circuit | October 15, 2010 | |
| U.S. Court of Appeals for the Federal Circuit | September 13, 2011 | |
| U.S. Court of Federal Claims | January 27, 2020 | |
| U.S. District Court for the District of Columbia | February 19, 2019 | 1001100 |