| | |
|---|---|
| **ENTWISTLE & CAPPUCCI LLP** | **ROBBINS GELLER RUDMAN & DOWD LLP** |
| 500 W. 2ND STREET, SUITE 1900 | 655 WEST BROADWAY, SUITE 1900 |
| AUSTIN, TEXAS 78701 | SAN DIEGO, CALIFORNIA 92101 |
| TELEPHONE: (512) 710-5960 | TELEPHONE: (619) 231-1058 |
| FACSIMILE: (212) 894-7272 | FACSIMILE: (619) 231-7423 |

July 10, 2023

<u>VIA ECF</u>
The Honorable George C. Hanks, Jr.
United States District Judge
United States Courthouse
515 Rusk Street, Room 6206
Houston, Texas 77002

    Re:  *In re Alta Mesa Resources, Inc. Sec. Litig.* No. 19-CV-00957 (consolidated)

Dear Judge Hanks:

  Pursuant to Your Honor's instruction at the June 26, 2023 status conference (ECF No. 366), attached is Plaintiffs' Notice of Continuation of Remote Deposition of Harlan H. Chappelle indicating that the deposition will continue on July 28, 2023 at 9:30 a.m.

            Respectfully submitted,

| | |
|---|---|
| */s/ Andrew J. Entwistle* | */s/ Trig Smith* |
| Andrew J. Entwistle | Trig Smith (*pro hac vice*) |
| Texas Bar No. 24038131 | **ROBBINS GELLER RUDMAN** |
| Attorney-in-Charge | **& DOWD LLP** |
| **ENTWISTLE & CAPPUCCI LLP** | 655 West Broadway, Suite 1900 |
| 500 W. 2nd Street, Suite 1900-16 | San Diego, CA 92101 |
| Austin, TX 78701 | (619) 231-1058 |
| (512) 710-5960 | TrigS@rgrdlaw.com |
| aentwistle@entwistle-law.com | |
| *Court-Appointed Class Counsel* | *Court-Appointed Class Counsel* |

CC:  All counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |

## PLAINTIFFS' NOTICE OF CONTINUNATION OF REMOTE DEPOSITION OF HARLAN H. CHAPPELLE

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, and the Court's direction at the June 26, 2023 status conference (ECF No. 366), Lead Plaintiffs FNY Partners Fund LP, FNY Managed Accounts, LLC, Paul J. Burbach and United Association National Pension Fund (f/k/a Plumbers and Pipefitters National Pension Fund) and Plaintiff Camelot Event Driven Fund (collectively, "Plaintiffs") will continue the deposition of Defendant Chappelle on July 28, 2023 beginning at 9:30 AM Central Time. The continued deposition will be conducted by remote means and will follow the practices and procedures set forth in the Stipulation Concerning Remote Deposition Practices and Protocols entered by the parties on November 5, 2021. The continued deposition will be recorded by stenographic and audio-videographic means. The continued deposition will be taken before a court reporter or other person authorized to administer oaths and will be conducted in accordance with the Federal Rules of Civil Procedure. You and your attorneys are invited to attend and cross-examine the witness.

Dated: July 10, 2023

/s/ Andrew J. Entwistle
Andrew J. Entwistle
(Texas Bar No. 24038131)
Attorney-in-charge
**ENTWISTLE & CAPPUCCI LLP**
500 West 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (512) 710-5960

-and-

Joshua K. Porter (*pro hac vice*)
Brendan J. Brodeur (*pro hac vice*)
Andrew M. Sher (*pro hac vice*)
**ENTWISTLE & CAPPUCCI LLP**
230 Park Avenue, 3rd Floor
New York, New York 10169
Telephone: (212) 894-7200

*Court-Appointed Co-Lead Counsel*

/s/ Trig Smith
Trig Smith (*pro hac vice*)
Sean McGuire (*pro hac vice*)
Lonnie Browne (*pro hac vice*)
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058

*Court-Appointed Co-Lead Counsel*

Ira A. Schochet (*pro hac vice*)
David Schwartz (*pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0650

*Counsel for Plaintiff Camelot Event Driven Fund, A Series of Frank Funds Trust*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this July 10, 2023, a copy of the foregoing document was served by electronic mail to the designated counsel of record in the above-captioned action.

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle