United States District Court
Southern District of Texas
**ENTERED**
July 10, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|

In re Alta Mesa Resources, Inc. Securities Litigation

*versus*

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Roman Martinez<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>(202) 637-2200; Roman.Martinez@lw.com<br>District of Columbia Bar No. 1001100<br>(See attached addendum for Federal Court admissions.) |
|---|---|

| Name of party applicant seeks to appear for: | Counsel for Alta Mesa Resources, Inc., f/k/a Silver Run Acquisition Corporation II, Riverstone Holdings LLC, Harlan H. Chappelle, Stephen S. Coats, Michael E. Ellis, William D. Gutermuth, James T. Hackett, Pierre F. Lapeyre, Jr., David M. Leuschen, Donald R. Sinclair, Ronald J. Smith, Jeffrey H. Tepper, Thomas J. Walker, and Diana J. Walters |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/7/2023 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: **Active** |
|---|
| Dated: 07/10/2023    Clerk's signature [signature] |

### Order

This lawyer is admitted *pro hac vice*.

Dated: July 10, 2023

_____
United States District Judge