# EXHIBIT A

## Veritext, LLC - Midwest Region

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



Bill To:  Amy Hood
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY, 10010

| | |
|---|---|
| **Invoice #:** | **6677047** |
| **Invoice Date:** | **6/30/2023** |
| **Balance Due:** | **$455.65** |

| **Case: Alta Mesa Resources, Inc. Securities Litigation v.  (4:19CV00957)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5973369   |   Job Date: 6/23/2023   |   Delivery: Normal                   Billing Matter #: 09063-00005

Location:            San Francisco, CA

Billing Atty:       Amy Hood

Scheduling Atty:   Ashley Gebicke | Latham & Watkins LLP

| Witness: Adam  Karr | Quantity | Price | Amount |
|---|---|---|---|
| Statement on Record/Cert of Non-Appearance (CNA) | 1.00 | $300.00 | $300.00 |
| Exhibits | 3.00 | $0.55 | $1.65 |
| Veritext Exhibit Package (ACE) | 1.00 | $52.00 | $52.00 |
| Litigation Package - Secure File Suite | 1.00 | $50.00 | $50.00 |
| Logistics & Processing | 1.00 | $19.00 | $19.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $33.00 | $33.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$455.65** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$455.65** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #: 6677047**
**Invoice Date: 6/30/2023**
**Balance Due: $455.65**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - Midwest Region

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Emily Couture |
| | Quinn Emanuel Urquhart & Sullivan, LLP |
| | 300 W. 6th Street |
| | Suite 2010 |
| | Austin, TX, 78701 |

| **Invoice #:** | **6677490** |
| **Invoice Date:** | **6/30/2023** |
| **Balance Due:** | **$402.00** |

| **Case: Alta Mesa Resources, Inc. Securities Litigation v.  (4:19CV00957)** | **Proceeding Type: Depositions** |

Job #: 5973390   |   Job Date: 6/26/2023   |   Delivery: Normal                  Billing Matter #: 09063-00005

| Location: | San Francisco, CA |
| Billing Atty: | Emily Couture |
| Scheduling Atty: | Ashley Gebicke | Latham & Watkins LLP |

| Witness: Alec  Cutler - attempted | Quantity | Price | Amount |
|---|---|---|---|
| Statement on Record/Cert of Non-Appearance (CNA) | 1.00 | $300.00 | $300.00 |
| Litigation Package - Secure File Suite | 1.00 | $50.00 | $50.00 |
| Logistics & Processing | 1.00 | $19.00 | $19.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $33.00 | $33.00 |

| Notes: | | **Invoice Total:** | **$402.00** |
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$402.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #: 6677490**
**Invoice Date:** 6/30/2023
**Balance Due: $402.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - Midwest Region

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Courtney C. Whang Esq | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | **Invoice #:** | **6678546** |
| | 51 Madison Avenue, 22nd Floor | **Invoice Date:** | **6/30/2023** |
| | New York, NY, 10010 | **Balance Due:** | **$207.45** |

| **Case: Alta Mesa Resources, Inc. Securities Litigation v.  (4:19CV00957)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5973319   |   Job Date: 6/23/2023   |   Delivery: Normal                Billing Matter #: 09063-00005

| Location: | Chicago, IL |
|---|---|
| Billing Atty: | Courtney C. Whang Esq |
| Scheduling Atty: | Laura Bladow | Latham & Watkins LLP |

| **Witness: Maurice  Taylor** | **Quantity** | **Price** | **Amount** |
|---|---|---|---|
| Transcript Services - Certified Transcript | 14.00 | $3.40 | $47.60 |
| Transcript - Supplemental Surcharges* | 14.00 | $0.30 | $4.20 |
| Exhibits | 3.00 | $0.55 | $1.65 |
| Veritext Exhibit Package (ACE) | 1.00 | $52.00 | $52.00 |
| Litigation Package - Secure File Suite | 1.00 | $50.00 | $50.00 |
| Logistics & Processing | 1.00 | $19.00 | $19.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $33.00 | $33.00 |

| Notes:   *Supplemental Surcharges Include: Video Proceeding, Virtual Proceeding | **Invoice Total:** | **$207.45** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$207.45** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #: 6678546**
**Invoice Date: 6/30/2023**
**Balance Due: $207.45**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - Midwest Region

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Kenneth Young | | Invoice #: | **6678544** |
|---|---|---|---|---|
| | Kirkland & Ellis LLP | | **Invoice Date:** | **6/30/2023** |
| | 609 Main Street | | **Balance Due:** | **$77.35** |
| | Suite 4700 | | | |
| | Houston, TX, 77002 | | | |

| **Case: Alta Mesa Resources, Inc. Securities Litigation v.  (4:19CV00957)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5973319    |    Job Date: 6/23/2023   |   Delivery: Normal

| Location: | Chicago, IL |
|---|---|
| Billing Atty: | Kenneth Young |
| Scheduling Atty: | Laura Bladow | Latham & Watkins LLP |

| **Witness: Maurice  Taylor** | **Quantity** | **Price** | **Amount** |
|---|---|---|---|
| Transcript Services - Certified Transcript | 14.00 | $3.40 | $47.60 |
| Transcript - Supplemental Surcharges* | 14.00 | $0.30 | $4.20 |
| Rough Draft | 14.00 | $1.75 | $24.50 |
| Exhibits | 3.00 | $0.35 | $1.05 |
| Veritext Exhibit Package (ACE) | 1.00 | $0.00 | $0.00 |
| Litigation Package - Secure File Suite | 1.00 | $0.00 | $0.00 |
| Logistics & Processing | 1.00 | $0.00 | $0.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $0.00 | $0.00 |

| Notes: | *Supplemental Surcharges Include: Video Proceeding, Virtual Proceeding | **Invoice Total:** | **$77.35** |
|---|---|---|---|
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$77.35** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #: 6678544**
**Invoice Date: 6/30/2023**
**Balance Due: $77.35**

Pay by Credit Card: www.veritext.com

42715

# Veritext, LLC - Midwest Region

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Kenneth Young | | |
|---|---|---|---|
| | Kirkland & Ellis LLP | **Invoice #:** | **6677049** |
| | 609 Main Street | **Invoice Date:** | **6/30/2023** |
| | Suite 4700 | **Balance Due:** | **$301.05** |
| | Houston, TX, 77002 | | |

| **Case: Alta Mesa Resources, Inc. Securities Litigation v.  (4:19CV00957)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5973369   |   Job Date: 6/23/2023   |   Delivery: Normal

| Location: | San Francisco, CA |
|---|---|
| Billing Atty: | Kenneth Young |
| Scheduling Atty: | Ashley Gebicke | Latham & Watkins LLP |

| Witness: Adam  Karr | Quantity | Price | Amount |
|---|---|---|---|
| Statement on Record/Cert of Non-Appearance (CNA) | 1.00 | $300.00 | $300.00 |
| Exhibits | 3.00 | $0.35 | $1.05 |
| Veritext Exhibit Package (ACE) | 1.00 | $0.00 | $0.00 |
| Litigation Package - Secure File Suite | 1.00 | $0.00 | $0.00 |
| Logistics & Processing | 1.00 | $0.00 | $0.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $0.00 | $0.00 |

| Notes: | **Invoice Total:** | **$301.05** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$301.05** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 6677049
**Invoice Date:** 6/30/2023
**Balance Due:** $301.05

Pay by Credit Card: www.veritext.com

42715

## Veritext, LLC - Midwest Region

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Sydney Corry | | Invoice #: | **6677492** |
|---|---|---|---|---|
| | Kirkland & Ellis LLP | | **Invoice Date:** | **6/30/2023** |
| | 609 Main Street | | **Balance Due:** | **$0.00** |
| | Suite 4700 | | | |
| | Houston, TX, 77002 | | | |

| **Case: Alta Mesa Resources, Inc. Securities Litigation v.  (4:19CV00957)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5973390   |   Job Date: 6/26/2023   |   Delivery: Normal

| Location: | San Francisco, CA |
|---|---|
| Billing Atty: | Sydney Corry |
| Scheduling Atty: | Ashley Gebicke \| Latham & Watkins LLP |

| Witness: Alec  Cutler - attempted | Quantity | Price | Amount |
|---|---|---|---|
| Statement on Record/Cert of Non-Appearance (CNA) | 1.00 | $300.00 | $300.00 |
| Litigation Package - Secure File Suite | 1.00 | $0.00 | $0.00 |
| Logistics & Processing | 1.00 | $0.00 | $0.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $0.00 | $0.00 |

| Notes: | | **Invoice Total:** | **$300.00** |
|---|---|---|---|
| | | **Payment:** | **($300.00)** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #: 6677492**
**Invoice Date: 6/30/2023**
**Balance Due: $0.00**

Pay by Credit Card: www.veritext.com

## Veritext, LLC - Midwest Region
Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Laura Bladow | | |
|---|---|---|---|
| | Latham & Watkins LLP | **Invoice #:** | **6651677** |
| | 555 Eleventh Street, NW | **Invoice Date:** | **6/22/2023** |
| | Suite 1000 | **Balance Due:** | **$655.72** |
| | Washington, DC, 20004 | | |

| **Case: Alta Mesa Resources, Inc. Securities Litigation v.  (4:19CV00957)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5923016   |   Job Date: 6/13/2023   |   Delivery: Expedited

| Location: | Chicago, IL |
|---|---|
| Billing Atty: | Laura Bladow |
| Scheduling Atty: | | Latham & Watkins LLP |

| Witness: Statement on the Record | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 12.00 | $4.10 | $49.20 |
| Transcript Services - Priority Request | 12.00 | $3.01 | $36.12 |
| Transcript - Supplemental Surcharges* | 12.00 | $0.20 | $2.40 |
| Attendance - Hourly | 2.00 | $75.00 | $150.00 |
| In Person Coverage Fee | 1.00 | $75.00 | $75.00 |
| Exhibits | 12.00 | $0.50 | $6.00 |
| Litigation Package - Secure File Suite | 1.00 | $50.00 | $50.00 |
| Logistics & Processing | 1.00 | $39.00 | $39.00 |
| Veritext Virtual Primary Participants | 1.00 | $215.00 | $215.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $33.00 | $33.00 |

| Notes: | *Supplemental Surcharges Include: Video Proceeding, Virtual Proceeding | | |
|---|---|---|---|
| | | **Invoice Total:** | **$655.72** |
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$655.72** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Remit to: | Pay By ACH (Include invoice numbers): | **Invoice #: 6651677** |
|---|---|---|
| Veritext | **A/C Name:**Veritext | **Invoice Date: 6/22/2023** |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Balance Due: $655.72** |
| Chicago IL 60694-1303 | **Bank Addr:**311 W. Monroe Chicago, IL 60606 | |
| Fed. Tax ID: 20-3132569 | **Account No:**4353454 **ABA:**071000288 | |
| | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

## Veritext, LLC - Midwest Region

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: Laura Bladow | **Invoice #:** | **6645717** |
| Latham & Watkins LLP | **Invoice Date:** | **6/22/2023** |
| 555 Eleventh Street, NW | **Balance Due:** | **$817.50** |
| Suite 1000 | | |
| Washington, DC, 20004 | | |

| **Case: Alta Mesa Resources, Inc. Securities Litigation v.  (4:19CV00957)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5923016   |   Job Date: 6/13/2023   |   Delivery: Normal

Location:          Chicago, IL

Billing Atty:      Laura Bladow

Scheduling Atty:     | Latham & Watkins LLP

| Witness: Statement on the Record | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $394.00 | $394.00 |
| Video - Additional Hours | 0.50 | $208.00 | $104.00 |
| Video - Media and Cloud Services | 1.00 | $42.00 | $42.00 |
| Concierge Tech Support | 1.50 | $185.00 | $277.50 |

| Notes: | Invoice Total: | $817.50 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $817.50 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #: 6645717**
**Invoice Date: 6/22/2023**
**Balance Due: $817.50**

Pay by Credit Card: www.veritext.com

## Veritext, LLC - Midwest Region

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Ashley Gebicke | | |
|---|---|---|---|
| | Latham & Watkins LLP | **Invoice #:** | **6674120** |
| | 12670 High Bluff Drive | **Invoice Date:** | **6/30/2023** |
| | San Diego, CA, 92130 | **Balance Due:** | **$0.00** |

| **Case: Alta Mesa Resources, Inc. Securities Litigation v.  (4:19CV00957)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5923024   |   Job Date: 6/15/2023   |   Delivery: Normal

| Location: | San Francisco, CA |
|---|---|
| Billing Atty: | Ashley Gebicke |
| Scheduling Atty: | | Latham & Watkins LLP |

| Witness: CNA | Quantity | Price | Amount |
|---|---|---|---|
| Statement on Record/Cert of Non-Appearance (CNA) | 1.00 | $425.00 | $425.00 |
| Attendance - Half Day | 1.00 | $75.00 | $75.00 |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Exhibits | 13.00 | $0.50 | $6.50 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Logistics & Processing | 1.00 | $39.00 | $39.00 |
| Veritext Virtual Primary Participants | 1.00 | $215.00 | $215.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $33.00 | $33.00 |

| Notes: | **Invoice Total:** | **$1,383.50** |
|---|---|---|
| | **Payment:** | **($1,383.50)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #: 6674120**
**Invoice Date:** 6/30/2023
**Balance Due: $0.00**

Pay by Credit Card: www.veritext.com

## Veritext, LLC - Midwest Region

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: Kristina "Kristi" Barr | **Invoice #:** | **6646187** |
| Latham & Watkins LLP | **Invoice Date:** | **6/26/2023** |
| 811 Main Street | **Balance Due:** | **$0.00** |
| Suite 3700 | | |
| Houston, TX, 77002 | | |

| Case: Alta Mesa Resources, Inc. Securities Litigation v.  (4:19CV00957) | Proceeding Type: Depositions |
|---|---|

Job #: 5923024   |   Job Date: 6/15/2023   |   Delivery: Normal

Location:         San Francisco, CA

Billing Atty:     Kristina "Kristi" Barr

Scheduling Atty:   | Latham & Watkins LLP

| Witness: CNA | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $394.00 | $394.00 |
| Concierge Tech Support | 1.00 | $185.00 | $185.00 |
| Equipment Rental | 1.00 | $75.00 | $75.00 |

| Notes: | |
|---|---|
| | **Invoice Total:** **$654.00** |
| | **Payment:** **($654.00)** |
| | **Credit:** **$0.00** |
| | **Interest:** **$0.00** |
| | **Balance Due:** **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #: 6646187**
**Invoice Date: 6/26/2023**
**Balance Due: $0.00**

Pay by Credit Card: www.veritext.com

42695

## Veritext, LLC - Midwest Region

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Laura Bladow | | |
|---|---|---|---|
| | Latham & Watkins LLP | **Invoice #:** | **6683369** |
| | 555 Eleventh Street, NW | **Invoice Date:** | **7/7/2023** |
| | Suite 1000 | **Balance Due:** | **$973.00** |
| | Washington, DC, 20004 | | |

| **Case: Alta Mesa Resources, Inc. Securities Litigation v.  (4:19CV00957)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5973293    |    Job Date: 6/20/2023   |   Delivery: Normal          Matter No: 037159-0248/ 062816-0011/ 062816-0012

| Location: | Chicago, IL |
|---|---|
| Billing Atty: | Laura Bladow |
| Scheduling Atty: | Laura Bladow | Latham & Watkins LLP |

| Witness: Randy  Mitchell - attempted | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 15.00 | $4.10 | $61.50 |
| Transcript - Supplemental Surcharges* | 15.00 | $0.20 | $3.00 |
| Attendance - Hourly | 2.00 | $75.00 | $150.00 |
| In Person Coverage Fee | 1.00 | $75.00 | $75.00 |
| Exhibits | 3.00 | $0.50 | $1.50 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Logistics & Processing | 1.00 | $39.00 | $39.00 |
| Veritext Virtual Primary Participants | 1.00 | $215.00 | $215.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $33.00 | $33.00 |

| Notes:    *Supplemental Surcharges Include: Video Proceeding | **Invoice Total:** | **$973.00** |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | **Balance Due:** | **$973.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #: 6683369**
**Invoice Date:** 7/7/2023
**Balance Due: $973.00**

Pay by Credit Card: www.veritext.com

42695

## Veritext, LLC - Midwest Region

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Chantel Christian<br>Latham & Watkins LLP<br>811 Main Street<br>Suite 3700<br>Houston, TX, 77002 | **Invoice #:** **6654576**<br>**Invoice Date:** **6/30/2023**<br>**Balance Due:** **$0.00** |

| **Case: Alta Mesa Resources, Inc. Securities Litigation v.  (4:19CV00957)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5973293    |    Job Date: 6/20/2023   |   Delivery: Normal          Matter No: 037159-0248/ 062816-0011/ 062816-0012

| | |
|---|---|
| Location: | Chicago, IL |
| Billing Atty: | Chantel Christian |
| Scheduling Atty: | Laura Bladow | Latham & Watkins LLP |

| Witness: Randy  Mitchell - attempted | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $394.00 | $394.00 |
| Concierge Tech Support | 1.00 | $185.00 | $185.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$579.00** |
| | **Payment:** | **($579.00)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:**Veritext<br>**Bank Name:**BMO Harris Bank<br>**Bank Addr:**311 W. Monroe Chicago, IL 60606<br>**Account No:**4353454 **ABA:**071000288<br>**Swift:** HATRUS44 | **Invoice #: 6654576**<br>**Invoice Date:** 6/30/2023<br>**Balance Due:** $0.00 |
|---|---|---|

Pay by Credit Card: www.veritext.com

## Veritext, LLC - Midwest Region
Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Laura Bladow | | | |
|---|---|---|---|---|
| | Latham & Watkins LLP | | **Invoice #:** | **6678543** |
| | 555 Eleventh Street, NW | | **Invoice Date:** | **6/30/2023** |
| | Suite 1000 | | **Balance Due:** | **$0.00** |
| | Washington, DC, 20004 | | | |

| Case: Alta Mesa Resources, Inc. Securities Litigation v.  (4:19CV00957) | Proceeding Type: Depositions |
|---|---|

Job #: 5973319   |   Job Date: 6/23/2023   |   Delivery: Expedited          Matter No: 037159-0248/ 062816-0011/ 062816-0012

| Location: | Chicago, IL |
|---|---|
| Billing Atty: | Laura Bladow |
| Scheduling Atty: | Laura Bladow | Latham & Watkins LLP |

| Witness: Maurice  Taylor | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 14.00 | $4.10 | $57.40 |
| Transcript Services - Priority Request | 14.00 | $3.01 | $42.14 |
| Transcript - Supplemental Surcharges* | 14.00 | $0.20 | $2.80 |
| Attendance - Hourly | 2.00 | $75.00 | $150.00 |
| In Person Coverage Fee | 1.00 | $75.00 | $75.00 |
| Exhibits | 3.00 | $0.50 | $1.50 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Litigation Package - Secure File Suite | 1.00 | $50.00 | $50.00 |
| Logistics & Processing | 1.00 | $39.00 | $39.00 |
| Veritext Virtual Primary Participants | 1.00 | $215.00 | $215.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $33.00 | $33.00 |

Notes:

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #: 6678543**
**Invoice Date: 6/30/2023**
**Balance Due: $0.00**

Pay by Credit Card: www.veritext.com

42695

## Veritext, LLC - Midwest Region

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| *Supplemental Surcharges Include: Video Proceeding | **Invoice Total:** $1,060.84 |
| | **Payment:** ($1,060.84) |
| | **Credit:** $0.00 |
| | **Interest:** $0.00 |
| | **Balance Due:** $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #: 6678543**
**Invoice Date: 6/30/2023**
**Balance Due: $0.00**

Pay by Credit Card: www.veritext.com

42695

# Veritext, LLC - Midwest Region

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To:  Laura Bladow | |

Bill To:  Laura Bladow
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC, 20004

| | |
|---:|---:|
| **Invoice #:** | **6671594** |
| **Invoice Date:** | **6/27/2023** |
| **Balance Due:** | **$0.00** |

| | |
|---|---|
| **Case: Alta Mesa Resources, Inc. Securities Litigation v.  (4:19CV00957)** | **Proceeding Type: Depositions** |

Job #: 5973319   |   Job Date: 6/23/2023   |   Delivery: Normal          Matter No: 037159-0248/ 062816-0011/ 062816-0012

| | |
|---|---|
| Location: | Chicago, IL |
| Billing Atty: | Laura Bladow |
| Scheduling Atty: | Laura Bladow | Latham & Watkins LLP |

| Witness: Maurice  Taylor | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $394.00 | $394.00 |
| Concierge Tech Support | 1.00 | $185.00 | $185.00 |
| Equipment Rental | 1.00 | $75.00 | $75.00 |

| Notes: | | |
|---|---:|---:|
| | **Invoice Total:** | **$654.00** |
| | **Payment:** | **($654.00)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #: 6671594**
**Invoice Date: 6/27/2023**
**Balance Due: $0.00**

Pay by Credit Card: www.veritext.com

42695

## Veritext, LLC - Midwest Region
Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Ashley Gebicke | | Invoice #: | **6677046** |
| | Latham & Watkins LLP | | Invoice Date: | **6/30/2023** |
| | 12670 High Bluff Drive | | Balance Due: | **$0.00** |
| | San Diego, CA, 92130 | | | |

| **Case: Alta Mesa Resources, Inc. Securities Litigation v. (4:19CV00957)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5973369   |   Job Date: 6/23/2023   |   Delivery: Expedited          Matter No: 037159-0248/ 062816-0011/ 062816-0012

| Location: | San Francisco, CA |
| Billing Atty: | Ashley Gebicke |
| Scheduling Atty: | Ashley Gebicke | Latham & Watkins LLP |

| **Witness: Adam  Karr** | **Quantity** | **Price** | **Amount** |
|---|---|---|---|
| Statement on Record/Cert of Non-Appearance (CNA) | 1.00 | $425.00 | $425.00 |
| Realtime Services | 12.00 | $2.10 | $25.20 |
| Realtime Services - Remote Connection | 1.00 | $125.00 | $125.00 |
| Attendance - Half Day | 1.00 | $75.00 | $75.00 |
| Exhibits | 3.00 | $0.50 | $1.50 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Litigation Package - Secure File Suite | 1.00 | $50.00 | $50.00 |
| Logistics & Processing | 1.00 | $39.00 | $39.00 |
| Veritext Virtual Primary Participants | 1.00 | $215.00 | $215.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $33.00 | $33.00 |

Notes:

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #: 6677046**
**Invoice Date: 6/30/2023**
**Balance Due: $0.00**

Pay by Credit Card: www.veritext.com

## Veritext, LLC - Midwest Region

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Invoice Total:** | **$1,383.70** |
| **Payment:** | **($1,383.70)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #: 6677046**
**Invoice Date: 6/30/2023**
**Balance Due: $0.00**

Pay by Credit Card: www.veritext.com

42695

## Veritext, LLC - Midwest Region

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Chantel Christian |
| --- | --- |
| | Latham & Watkins LLP |
| | 811 Main Street |
| | Suite 3700 |
| | Houston, TX, 77002 |

| | |
| --- | --- |
| **Invoice #:** | **6664228** |
| **Invoice Date:** | **7/13/2023** |
| **Balance Due:** | **$654.00** |

| **Case: Alta Mesa Resources, Inc. Securities Litigation v.  (4:19CV00957)** | **Proceeding Type: Depositions** |
| --- | --- |

Job #: 5973369   |   Job Date: 6/23/2023   |   Delivery: Normal          Matter No: 037159-0248/ 062816-0011/ 062816-0012

| Location: | San Francisco, CA |
| --- | --- |
| Billing Atty: | Chantel Christian |
| Scheduling Atty: | Ashley Gebicke | Latham & Watkins LLP |

| Witness: Adam  Karr | Quantity | Price | Amount |
| --- | --- | --- | --- |
| Video - Initial Services | 1.00 | $394.00 | $394.00 |
| Concierge Tech Support | 1.00 | $185.00 | $185.00 |
| Equipment Rental | 1.00 | $75.00 | $75.00 |

| Notes: | Witness No-Show | **Invoice Total:** | **$654.00** |
| --- | --- | --- | --- |
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$654.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:** 6664228 |
| --- | --- | --- |
| Veritext | **A/C Name:**Veritext | **Invoice Date:** 7/13/2023 |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Balance Due:** $654.00 |
| Chicago IL 60694-1303 | **Bank Addr:**311 W. Monroe Chicago, IL 60606 | |
| Fed. Tax ID: 20-3132569 | **Account No:**4353454 **ABA:**071000288 | |
| | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

**Veritext, LLC - Midwest Region**
Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Jansen VanderMeulen Esq
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC, 20004

| | |
|---|---|
| **Invoice #:** | **6677489** |
| **Invoice Date:** | **6/30/2023** |
| **Balance Due:** | **$0.00** |

| **Case: Alta Mesa Resources, Inc. Securities Litigation v.  (4:19CV00957)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5973390   |   Job Date: 6/26/2023   |   Delivery: Expedited          Matter No: 037159-0248/ 062816-0011/ 062816-0012

Location:          San Francisco, CA

Billing Atty:      Jansen VanderMeulen Esq

Scheduling Atty:   Ashley Gebicke | Latham & Watkins LLP

| Witness: Alec  Cutler - attempted | Quantity | Price | Amount |
|---|---|---|---|
| Statement on Record/Cert of Non-Appearance (CNA) | 1.00 | $425.00 | $425.00 |
| Rough Draft | 18.00 | $2.00 | $36.00 |
| Realtime Services | 18.00 | $2.10 | $37.80 |
| Realtime Services - Remote Connection | 1.00 | $125.00 | $125.00 |
| Attendance - Half Day | 1.00 | $75.00 | $75.00 |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Litigation Package - Secure File Suite | 1.00 | $50.00 | $50.00 |
| Logistics & Processing | 1.00 | $39.00 | $39.00 |
| Veritext Virtual Primary Participants | 1.00 | $215.00 | $215.00 |
| Equipment Rental | 1.00 | $0.00 | $0.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $33.00 | $33.00 |

Notes:

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #: 6677489**
**Invoice Date: 6/30/2023**
**Balance Due: $0.00**

42695

## Veritext, LLC - Midwest Region

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Invoice Total:** | **$1,625.80** |
| **Payment:** | **($1,625.80)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #: 6677489**
**Invoice Date: 6/30/2023**
**Balance Due: $0.00**

Pay by Credit Card: www.veritext.com

42695

## Veritext, LLC - Midwest Region

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Ashley Gebicke<br>Latham & Watkins LLP<br>811 Main Street<br>Suite 3700<br>Houston, TX, 77002 | **Invoice #:** **6667110**<br>**Invoice Date:** **6/29/2023**<br>**Balance Due:** **$0.00** |

| Case: Alta Mesa Resources, Inc. Securities Litigation v.  (4:19CV00957) | Proceeding Type: Depositions |
|---|---|

Job #: 5973390   |   Job Date: 6/26/2023   |   Delivery: Normal                Matter No: 037159-0248/ 062816-0011/ 062816-0012

| | |
|---|---|
| Location: | San Francisco, CA |
| Billing Atty: | Ashley Gebicke |
| Scheduling Atty: | Ashley Gebicke | Latham & Watkins LLP |

| Witness: Alec  Cutler - attempted | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $394.00 | $394.00 |
| Concierge Tech Support | 2.00 | $185.00 | $370.00 |
| Equipment Rental | 1.00 | $75.00 | $75.00 |

| Notes:   Witness no-show; minimum fee applied for services. | **Invoice Total:** | **$839.00** |
|---|---|---|
| | **Payment:** | **($839.00)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #: 6667110**
**Invoice Date: 6/29/2023**
**Balance Due: $0.00**

Pay by Credit Card: www.veritext.com

42695

## Veritext, LLC - Midwest Region

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Christian Word<br>Latham & Watkins LLP<br>82 Wall Street, Suite 610<br>New York , NY, 10003 | **Invoice #:** **6703592**<br>**Invoice Date:** **7/13/2023**<br>**Balance Due:** **$1,379.00** |

| **Case: Alta Mesa Resources, Inc. Securities Litigation v.  (4:19CV00957)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5973412   |   Job Date: 6/27/2023   |   Delivery: Normal          Matter No: 037159-0248/ 062816-0011/ 062816-0012

Location:           San Francisco, CA

Billing Atty:        Christian Word

Scheduling Atty:   Ashley Gebicke | Latham & Watkins LLP

| Witness: Matt Adams | Quantity | Price | Amount |
|---|---|---|---|
| Statement on Record/Cert of Non-Appearance (CNA) | 1.00 | $425.00 | $425.00 |
| Attendance - Half Day | 1.00 | $75.00 | $75.00 |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Exhibits | 4.00 | $0.50 | $2.00 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Logistics & Processing | 1.00 | $39.00 | $39.00 |
| Veritext Virtual Primary Participants | 1.00 | $215.00 | $215.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $33.00 | $33.00 |

| Notes: | **Invoice Total:** | **$1,379.00** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,379.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| | | |
|---|---|---|
| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:**Veritext<br>**Bank Name:**BMO Harris Bank<br>**Bank Addr:**311 W. Monroe Chicago, IL 60606<br>**Account No:**4353454 **ABA:**071000288<br>**Swift:** HATRUS44 | **Invoice #:** 6703592<br>**Invoice Date:** 7/13/2023<br>**Balance Due:** $1,379.00 |

Pay by Credit Card: www.veritext.com

## Veritext, LLC - Midwest Region

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Chantel Christian |
| | Latham & Watkins LLP |
| | 811 Main Street |
| | Suite 3700 |
| | Houston, TX, 77002 |

| **Invoice #:** | **6677518** |
|---|---|
| **Invoice Date:** | **6/30/2023** |
| **Balance Due:** | **$0.00** |

| **Case: Alta Mesa Resources, Inc. Securities Litigation v.  (4:19CV00957)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5973412     |     Job Date: 6/27/2023   |   Delivery: Normal          Matter No: 037159-0248/ 062816-0011/ 062816-0012

| Location: | San Francisco, CA |
| Billing Atty: | Chantel Christian |
| Scheduling Atty: | Ashley Gebicke | Latham & Watkins LLP |

| **Witness: Matt Adams** | **Quantity** | **Price** | **Amount** |
|---|---|---|---|
| Video - Initial Services | 1.00 | $394.00 | $394.00 |
| Concierge Tech Support | 1.00 | $185.00 | $185.00 |

| Notes: | **Invoice Total:** | **$579.00** |
|---|---|---|
| | **Payment:** | **($579.00)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #: 6677518** |
|---|---|---|
| Veritext | **A/C Name:**Veritext | **Invoice Date:** 6/30/2023 |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Balance Due:** $0.00 |
| Chicago IL 60694-1303 | **Bank Addr:**311 W. Monroe Chicago, IL 60606 | |
| Fed. Tax ID: 20-3132569 | **Account No:**4353454 **ABA:**071000288 | |
| | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

42695