United States District Court
Southern District of Texas
**ENTERED**
July 17, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|

IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION

*versus*

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Silpa Maruri<br>Quinn Emanuel Urquhart & Sullivan<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br>(212) 849-7211; silpamaruri@quinnemanuel.com<br>New York - 5034152 |
|---|---|

| Name of party applicant seeks to appear for: | HPS Investment Partners, LLC and Don Dimitrievich |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/13/2023 | Signed: | /s/ Silpa Maruri |
|---|---|---|

The state bar reports that the applicant's status is:   Active

Dated: 7/14/2023   Clerk's signature: [signature]

**Order**

This lawyer is admitted *pro hac vice*.

Dated: July 14, 2023

[signature]
United States District Judge