# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**20230608-203**

Joseph R Sparacio
Rolnick Kramer Sadighi LLP
1251 Avenue of the Americas
New York, NY 10020

United States Courts
Southern District of Texas
F I L E D

JUL 17 2023

Nathan Ochsner, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

---

Date: Thursday, June 8, 2023
Case Number: 4:19-cv-00957
Document Number: 343 (14 pages)
Notice Number: 20230608-203
Notice: The attached order has been entered.

---

