# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

JUL 18 2023

Nathan Ochsner, Clerk of Court

20230707-6

Joseph R Sparacio
Rolnick Kramer Sadighi LLP
1251 Avenue of the Americas
New York, NY 10020

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

---

Date: Friday, July 7, 2023
Case Number: 4:19-cv-00957
Document Number: 372 (1 page)
Notice Number: 20230707-6
Notice: The attached order has been entered.

US POSTAGE — PITNEY BOWES
ZIP 77002 $ 000.60
02 1W
0001374615 JUL 07 2023

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED

JUL 18 2023

Nathan Ochsner, Clerk of Court

NIXIE        100  DE  1          0007/13/23

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 77208101010          *0655-08078-07-45