# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

20230707-4

Adam Pollet
Eversheds Sutherland (US) LLP
700 Sixth Street, NW
Ste 700
Washington, DC 20001

United States Courts
Southern District of Texas
FILED
JUL 18 2023
Nathan Ochsner, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Friday, July 7, 2023
Case Number: 4:19-cv-00957
Document Number: 372 (1 page)
Notice Number: 20230707-4
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
**FILED**
JUL 18 2023
Nathan Ochsner, Clerk of Court

NIXIE     108  DE  1       0007/13/23

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

US POSTAGE inui PITNEY BOWES
ZIP 77002
02 1W
0001374615 JUL. 07 20
$ 000.60