Tanvi Shah
**Eversheds Sutherland (US) LLP**
12255 El Camino Real, Suite 100
San Diego, CA 92130-2006

D: +1 212.389.5077
F: +1.858.252.6503

tanvishah@
eversheds-sutherland.com

EVERSHEDS SUTHERLAND

July 18, 2023

Honorable George C. Hanks, Jr.
United States District Court
Southern District of Texas
Houston Division
515 Rusk St., Room 6202
Houston, TX 77002

      Re:    *In re Alta Mesa Resources Inc. Securities Litigation*, Case No. 4:19-cv-00957
            Supplement to Defendants' Motion for Sanctions, Award of Fees and Costs
            (ECF Nos. 392 and 393)

Dear Judge Hanks:

We write on behalf of Defendant ARM Energy Holdings, LLC (ARM Energy) to supplement Defendants' Motion for Sanctions filed by HPS Investment Partners, LLC and Don Dimitrievich on Friday, July 14, 2023 (ECF Nos. 392 and 393) (the Motion). The Motion inadvertently omitted the costs and Veritext invoices on behalf of ARM Energy from Appendix A (ECF No. 392) and Exhibit A of the Declaration of Christopher Porter In Support of Defendants' Motion (ECF No. 393), respectively. Enclosed herewith is a supplement to Appendix A, detailing ARM Energy's costs along with the underlying Veritext invoices.

Counsel to HPS Investment Partners, LLC and Don Dimitrievich does not object to our filing of this supplement.

Sincerely,

**EVERSHEDS SUTHERLAND (US) LLP**

By: */s/David A. Baay*
David A. Baay

David A. Baay
Fed. ID No. 598715
Attorney-in-Charge
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6112
Fax: (713) 654-1301
davidbaay@eversheds-sutherland.com

Of Counsel:
Bruce M. Bettigole (*pro hac vice*)
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, New York 10036

Eversheds Sutherland (US) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland.  For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

EVERSHEDS
SUTHERLAND

Telephone:  (212) 389-5000
Facsimile:  (212) 389-5099
brucebettigole@eversheds-sutherland.com

Adam Pollet (*pro hac vice*)
Andrea Gordon (*pro hac vice*)
700 Sixth Street N.W., Suite 700
Washington, DC 20001
Telephone: (202) 383-0100
Fax: (202) 637-3593
adampollet@eversheds-sutherland.com
andreagordon@eversheds-sutherland.com

*Attorneys for ARM Energy Holdings LLC*

cc: All counsel of record (via ECF)

# EXHIBIT A

## COSTS INCURRED BY EVERSHEDS SUTHERLAND FOR VIDEOGRAPHY & REPORTING SERVICES

| Job Number | Date | Deposition | Invoice | Total |
|---|---|---|---|---|
| 5973369 | June 23, 2023 | A. Karr | Invoice for reporter attached, for $1,383.70. Videographer invoice not yet available, but estimated at $650.00. | $455.65 |
| 5973319 | June 23, 2023 | M. Taylor | Invoices for both reporter & videographer attached. | $207.45 |
| 5973390 | June 26, 2023 | A. Cutler | Invoices for both reporter & videographer are attached. | $402 |
| 5973412 | June 27, 2023 | M. Adams | Invoice for videographer attached, for $579. Reporter invoice not yet available, but estimated at $1,300.00. | $204.30 |
| **Total** | | | | **$1,269.40** |

**Veritext, LLC - Midwest Region**

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Dane Sowers<br>Eversheds Sutherland<br>600 Congress Avenue<br>One American Center, Suite 2000<br>Austin, TX, 78701 | **Invoice #:** | **6677048** |
|---|---|---|---|
| | | **Invoice Date:** | **6/30/2023** |
| | | **Balance Due:** | **$455.65** |

| Case: Alta Mesa Resources, Inc. Securities Litigation v.  (4:19CV00957) | Proceeding Type: Depositions |
|---|---|

Job #: 5973369   |   Job Date: 6/23/2023   |   Delivery: Normal

| Location: | San Francisco, CA |
|---|---|
| Billing Atty: | Dane Sowers |
| Scheduling Atty: | Ashley Gebicke | Latham & Watkins LLP |

| Witness: Adam Karr | Amount |
|---|---|
| Statement on Record/Cert of Non-Appearance (CNA) | $300.00 |
| Exhibits | $1.65 |
| Logistics, Processing & Electronic Files | $154.00 |

| Notes: | **Invoice Total:** | **$455.65** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$455.65** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:** Veritext<br>**Bank Name:** BMO Harris Bank<br>**Bank Addr:** 311 W. Monroe Chicago, IL 60606<br>**Account No:** 4353454 **ABA:** 071000288<br>**Swift:** HATRUS44 | **Invoice #:** 6677048<br>**Invoice Date:** 6/30/2023<br>**Balance Due:** $455.65 |
|---|---|---|

Pay by Credit Card: www.veritext.com

**Veritext, LLC - Midwest Region**

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Tanvi Shah<br>Eversheds Sutherland<br>1114 Avenue of the Americas<br>40th Floor<br>New York, NY, 10036 | | Invoice #: | **6678545** |
|---|---|---|---|---|
| | | | Invoice Date: | **6/30/2023** |
| | | | Balance Due: | **$207.45** |

| Case: Alta Mesa Resources, Inc. Securities Litigation v.  (4:19CV00957) | Proceeding Type: Depositions |
|---|---|

Job #: 5973319   |   Job Date: 6/23/2023   |   Delivery: Normal

| Location: | Chicago, IL |
|---|---|
| Billing Atty: | Tanvi Shah |
| Scheduling Atty: | Laura Bladow | Latham & Watkins LLP |

| Witness: Maurice  Taylor | Amount |
|---|---|
| Transcript Services | $51.80 |
| Exhibits | $1.65 |
| Logistics, Processing & Electronics Files | $154.00 |

| Notes: | | Invoice Total: | $207.45 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $207.45 |

TERMS:    Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:** Veritext<br>**Bank Name:** BMO Harris Bank<br>**Bank Addr:** 311 W. Monroe Chicago, IL 60606<br>**Account No:** 4353454 **ABA:** 071000288<br>**Swift:** HATRUS44 | **Invoice #:** 6678545<br>**Invoice Date:** 6/30/2023<br>**Balance Due:** $207.45 |
|---|---|---|

Pay by Credit Card: www.veritext.com

**Veritext, LLC - Midwest Region**

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Dane Sowers<br>Eversheds Sutherland<br>600 Congress Avenue<br>One American Center, Suite 2000<br>Austin, TX, 78701 | Invoice #: | **6677491** |
|---|---|---|---|
| | | Invoice Date: | **6/30/2023** |
| | | Balance Due: | **$402.00** |

**Case: Alta Mesa Resources, Inc. Securities Litigation v.  (4:19CV00957)**   **Proceeding Type: Depositions**

Job #: 5973390   |   Job Date: 6/26/2023   |   Delivery: Normal

| Location: | San Francisco, CA |
|---|---|
| Billing Atty: | Dane Sowers |
| Scheduling Atty: | Ashley Gebicke \| Latham & Watkins LLP |

| Witness: Alec  Cutler - attempted | Amount |
|---|---:|
| Statement on Record/Cert of Non-Appearance (CNA) | $300.00 |
| Logistics, Processing & Electronic Files | $102.00 |

| Notes: | Invoice Total: | $402.00 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $402.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:** Veritext<br>**Bank Name:** BMO Harris Bank<br>**Bank Addr:** 311 W. Monroe Chicago, IL 60606<br>**Account No:** 4353454 **ABA:** 071000288<br>**Swift:** HATRUS44 | **Invoice #:** 6677491<br>**Invoice Date:** 6/30/2023<br>**Balance Due:** $402.00 |
|---|---|---|

Pay by Credit Card: www.veritext.com

111966

**Veritext, LLC - Midwest Region**

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Adam Pollet<br>Eversheds Sutherland<br>700 6th Street NW<br>Suite 700<br>Washington, DC, 20001 | | Invoice #: | **6703593** |
|---|---|---|---|---|
| | | | Invoice Date: | **7/13/2023** |
| | | | Balance Due: | **$204.30** |

| Case: Alta Mesa Resources, Inc. Securities Litigation v.  (4:19CV00957) | **Proceeding Type: Depositions** |
|---|---|

Job #: 5973412     |     Job Date: 6/27/2023     |     Delivery: Normal

Location:            San Francisco, CA
Billing Atty:         Adam Pollet
Scheduling Atty:   Ashley Gebicke | Latham & Watkins LLP

| **Witness: Matt Adams** | **Amount** |
|---|---:|
| Transcript Services | $48.10 |
| Exhibits | $2.20 |
| Logistics, Processing & Electronics Files | $154.00 |

| Notes: | | Invoice Total: | $204.30 |
|---|---|---|---:|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $204.30 |

TERMS:    Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:** Veritext<br>**Bank Name:** BMO Harris Bank<br>**Bank Addr:** 311 W. Monroe Chicago, IL 60606<br>**Account No:** 4353454 **ABA:** 071000288<br>**Swift:** HATRUS44 | **Invoice #:** 6703593<br>**Invoice Date:** 7/13/2023<br>**Balance Due:** $204.30 |
|---|---|---|

Pay by Credit Card: www.veritext.com

111966