quinn emanuel trial lawyers | houston

Pennzoil Place, 711 Louisiana Street, Suite 500, Houston, Texas 77002-2721 | TEL (713) 221-7000 FAX (713) 221-7100

August 2, 2023

WRITER'S DIRECT DIAL NO.
**(713) 221-7007**

WRITER'S EMAIL ADDRESS
**chrisporter@quinnemanuel.com**

**VIA ECF**

Hon. George C. Hanks, Jr.
United States District Judge
Southern District of Texas
515 Rusk St., Room 6202
Houston, TX 77002

Re: In re Alta Mesa Securities Litigation, 4:19-cv-00957-GCH (consolidated)

Dear Judge Hanks:

We write to report that Defendants in the above-captioned actions, and Plaintiffs in the actions titled *Alyeska Master Fund, L.P. v. Alta Mesa Resources, Inc.*, et al., 4:22-cv-01189 (S.D. Tex.) and *Orbis Global Equity LE Fund (Australia Registered) v. Alta Mesa Resources, Inc.*, et al., 4:22-cv-02590 (S.D. Tex.) have reached a resolution of Defendants' Motion for Sanctions, Award of Fees and Costs (the "Motion") (ECF Nos. 392, 393).

Defendants therefore respectfully request to withdraw the Motion.

We are available to address this matter at the Court's convenience.

Respectfully submitted,

*/s/ Christopher Porter*

Christopher Porter

cc: All counsel (via ECF)

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART