| | |
|---|---|
| **ENTWISTLE & CAPPUCCI LLP**<br>500 West 2nd Street, Suite 1900<br>Austin, Texas  78701<br>Telephone: 512/710-5960<br>212/894-7272 (fax) | **ROBBINS GELLER RUDMAN & DOWD LLP**<br>655 West Broadway, Suite 1900<br>San Diego, California  92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax) |

August 15, 2023

<u>VIA ECF</u>

The Honorable George C. Hanks, Jr.
United States District Judge
  for the Southern District of Texas
515 Rusk Street, Room 6206
Houston, Texas  77002

Re: *In re Alta Mesa Resources, Inc. Securities Litigation*,
No. 19-CV-00957 (S.D. Tex.) (consolidated)

Dear Judge Hanks:

We write to provide a proposed agenda for the two open discovery issues for tomorrow's hearing (with docket references for the relevant letters to the Court) and a short slide deck addressing both issues attached hereto as Exhibit 1.

**Proposed Agenda**

1. Hearing to address certain defendants' objection to the validly served subpoena on the AMH Litigation Trustee for production of the deposition testimony defendants gave in the related Bankruptcy adversarial proceeding.  The Trustee does not object to the production and lead plaintiffs attended the depositions.  (Relevant Letters: ECFs 390, 398, 400, 404, and 405); and

2. Hearing to address defendant Alta Mesa Resources' refusal to produce a prepared 30(b)(6) witness and related refusal to answer interrogatories.  (Relevant Letter: ECF 386).

Respectfully submitted,

| | |
|---|---|
| s/ *Andrew J. Entwistle*<br>Andrew J. Entwistle<br>**ENTWISTLE & CAPPUCCI LLP**<br>500 W. 2nd Street, Suite 1900-16<br>Austin, TX 78701<br>Telephone:  512/710-5960<br>aentwistle@entwistle-law.com | s/ *Trig R. Smith*<br>Trig R. Smith<br>**ROBBINS GELLER RUDMAN & DOWD LLP**<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone:  619/231-1058<br>trigs@rgrdlaw.com |

Co-Lead Counsel for Lead Plaintiffs and the Class

Attachment

4887-8040-7160.v1