| | |
|---|---|
| **ENTWISTLE & CAPPUCCI LLP**<br>500 W. 2ND STREET, SUITE 1900-16<br>AUSTIN, TEXAS 78701<br>TELEPHONE: (512) 710-5960<br>FACSIMILE: (212) 894-7272 | **ROBBINS GELLER RUDMAN & DOWD LLP**<br>655 WEST BROADWAY, SUITE 1900<br>SAN DIEGO, CALIFORNIA 92101<br>TELEPHONE: (619) 231-1058<br>FACSIMILE: (619) 231-7423 |

August 16, 2023

<u>VIA EMAIL</u>

The Honorable George C. Hanks, Jr.
United States District Judge
United States Courthouse
515 Rusk Street, Room 6206
Houston, Texas 77002

      Re:  *In re Alta Mesa Resources, Inc. Sec. Litig.* No. 19-CV-00957 (consolidated)

Dear Judge Hanks:

    Following a discussion with counsel for Alta Mesa Resources, Inc., Class Plaintiffs withdraw their motion with respect to Interrogatory Nos. 15 and 16.

                    Respectfully submitted,

| | |
|---|---|
| <u>/s/ Andrew J. Entwistle</u><br>Andrew J. Entwistle<br>Texas Bar No. 24038131<br>Attorney-in-Charge<br>**ENTWISTLE & CAPPUCCI LLP**<br>500 W. 2nd Street, Suite 1900-16<br>Austin, TX 78701<br>(512) 710-5960<br>aentwistle@entwistle-law.com<br><br>*Court-Appointed Class Counsel* | <u>/s/ Trig Smith</u><br>Trig Smith (*pro hac vice*)<br>**ROBBINS GELLER RUDMAN & DOWD LLP**<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br>TrigS@rgrdlaw.com<br><br>*Court-Appointed Class Counsel* |

cc.    ECF
        All counsel