# HEARING MINUTES

Cause No:     4:19-CV-957

Style:        Camelot Event Driven Fund, A Series of Frank Funds Trust v. Alta Mesa Resources, Inc. f/k/a Silver Run Acquisition Corporation II et al

Hearing Type: Discovery hearing

**Appearances:**

| Counsel | Representing |
|---|---|
| Christopher Darnell Porter | Don Dimitrievich; HPS Investment Partners, LLC |
| Matthew A. Peller | Alyeska Plaintiffs; Orbis Plaintiffs |
| Andrew J. Entwistle | FNY plaintiffs; Paul Burbach |
| Joshua K. Porter | FNY plaintiffs; Paul Burbach |
| James Christian Word | Alta Mesa Resources, Inc. and certain of its current and former officers and directors; Riverstone Holdings, Inc. |
| Emily Couture | Don Dimitrievich; HPS Investment Partners, LLC |
| Nicholas Michael Brown | Bayou City Energy Management; William McMullen |
| Ira A. Schochet | Camelot Event Driven Fund |
| Andrew M. Sher | FNY plaintiffs; Paul Burbach |
| Courtney C. Whang | Don Dimitrievich; HPS Investment Partners, LLC |
| Jacob J. Waldman | Don Dimitrievich; HPS Investment Partners, LLC |

| | |
|---|---|
| Lonnie A. Browne | Plumbers and Pipefitters National Pension Fund |
| Adam Pollet | ARM Energy Holdings |
| Callie Danielle Crispin | FNY plaintiffs; Paul Burbach |
| Amy Hood | Don Dimitrievich; HPS Investment Partners, LLC |

Date:  August 16, 2023   Court reporter:  ERO
Time: 10:25 a.m.—10:51 a.m.   Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

The Court held a discovery hearing regarding docket entries 386, 390, 398, 400, 404, 405, and 407.

The Court overruled the objections of Defendants Don Dimitrievich, Jim Hackett, David Leuschen, Randy Limbacher, and William McMullen to the subpoena that counsel for the lead plaintiffs served on the Trustee of the AMH Litigation Trust in bankruptcy case number 21-3423. The discovery materials at issue were the transcripts discussed in docket entry 390.

Counsel for the lead plaintiffs will provide: (1) the transcript of the deposition of the Rule 30(b)(6) representative for Defendant Alta Mesa Resources, Inc.; (2) the lead plaintiffs' interrogatories to Defendant Alta Mesa Resources, Inc.; and (3) Alta Mesa Resources, Inc.'s responses to the lead plaintiffs' interrogatories. The Court adjourned the hearing to review those discovery materials.