# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: ALTA MESA RESOURCES, INC. SECURITIES LITIGATION CAMELOT EVENT DRIVEN FUND, A SERIES OF FRANK FUNDS TRUST, et al. | § § § § § § § § § | |
|     Plaintiff(s), | | |
| | | CIVIL ACTION NO. 4:19–cv–00957 |
| ALTA MESA RESOURCES, INC., et al. | | |
|     Defendant. | | |

## NOTICE OF SETTING

A Discovery Hearing has been set in this matter for 02:00 PM on 8/29/2023. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1616898642?pwd=dHJpRGZtdlVONHVUeDB6cFRPNWwvUT09*
Meeting phone number: 1–669–254–5252
Meeting ID: 161 689 8642
Meeting Password: 104068

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 8/23/2023

Byron Thomas
cm4147@txs.uscourts.gov
Case Manager to
U.S. District Judge George C. Hanks, Jr.