# HEARING MINUTES

Cause No:     4:19-CV-957

Style:        Camelot Event Driven Fund, A Series of Frank Funds Trust v. Alta Mesa Resources, Inc. f/k/a Silver Run Acquisition Corporation II et al

Hearing Type: Discovery hearing

**Appearances:**

| Counsel | Representing |
|---|---|
| Christopher Darnell Porter | Don Dimitrievich; HPS Investment Partners, LLC |
| Matthew A. Peller | Alyeska Plaintiffs; Orbis Plaintiffs |
| Andrew J. Entwistle | FNY plaintiffs; Paul Burbach |
| Joshua K. Porter | FNY plaintiffs; Paul Burbach |
| James Christian Word | Alta Mesa Resources, Inc. and certain of its current and former officers and directors; Riverstone Holdings, Inc. |
| Ira A. Schochet | Camelot Event Driven Fund |
| Courtney C. Whang | Don Dimitrievich; HPS Investment Partners, LLC |
| Lonnie A. Browne | Plumbers and Pipefitters National Pension Fund |
| Adam Pollet | ARM Energy Holdings |
| Heather Ann Waller | Alta Mesa Resources, Inc. and certain of its current and former officers and directors; Riverstone Holdings, Inc. |
| Kenneth Alan Young | Bayou City Energy Management; |

William McMullen

| | |
|---|---|
| Date: August 29, 2023 | Court reporter: ERO |
| Time: 2:00 p.m.—3:33 p.m. | Law Clerk: L. McKinney |

At the hearing, the following rulings were made as stated on the record:

The Court resumed the discovery hearing that began on August 16, 2023. The Court and the parties discussed the deposition of the Rule 30(b)(6) representative for Defendant Alta Mesa Resources, Inc. The lead plaintiffs and Defendant Alta Mesa Resources, Inc. will discuss Alta Mesa Resources, Inc.'s responses to the lead plaintiffs' interrogatories and will notify the Court if they are unable to reach an agreement.