# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | No. 4:19-cv-00957 |
| ALYESKA MASTER FUND, L.P., ALYESKA MASTER FUND 2, L.P., and ALYESKA MASTER FUND 3, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> ALTA MESA RESOURCES, INC., *et al.* <br><br> Defendants. | Judge George C. Hanks, Jr. <br><br> No. 4:22-cv-01189 |
| ORBIS GLOBAL EQUITY LE FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL EQUITY FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL BALANCED FUND (AUSTRALIA REGISTERED), ORBIS SICAV, ORBIS INSTITUTIONAL GLOBAL EQUITY L.P., ORBIS GLOBAL EQUITY FUND LIMITED, ORBIS INSTITUTIONAL FUNDS LIMITED, ALLAN GRAY AUSTRALIA BALANCED FUND, ORBIS OEIC, and ORBIS INSTITUTIONAL U.S. EQUITY L.P., <br><br> Plaintiffs, <br><br> v. <br><br> ALTA MESA RESOURCES, INC., *et al.*, <br><br> Defendants. | No. 4:22-cv-2590 |

# WILLIAM MCMULLEN'S MOTION FOR LEAVE TO FILE UNDER SEAL HIS MOTION FOR SUMMARY JUDGMENT

William McMullen ("Mr. McMullen") respectfully requests leave to file an unredacted copy of his Motion for Summary Judgment (the "Motion") under seal. The Alyeska and Orbis Plaintiffs (as defined in the Motion) support the relief sought in this motion to seal. Only Class Plaintiffs oppose this relief.

The Motion quotes and references excerpts of deposition transcripts and other documents that have been designated "Confidential" or "Confidential Attorney Eyes Only" (the "Protected Materials") under the Stipulation and Protective Order (Dkt. 190). Mr. McMullen seeks leave from the Court to file the Motion under seal and to file a public, redacted version of the Motion. Mr. McMullen also requests the Court's leave to file the following exhibits to the Motion under seal because they contain information designated confidential in this matter: Exhibits A, D, and F–M (the "Confidential Exhibits").

## I. BACKGROUND

### A. The Protective Order

The Court entered the Stipulation and Protective Order (the "Protective Order") on August 7, 2021.[1] The Protective Order permits parties and non-parties who produce documents in this action to designate such materials as "Confidential" or "Confidential Attorney Eyes Only," limits the permissible disclosure of such materials, and requires that if such materials are filed with the Court that they be "filed only under seal on CM/ECF if

---

[1] Dkt. 190.

filed electronically."[2] To the extent another party wishes to challenge the designations of the filed materials, that party can file a motion to unseal the filing.[3]

The Protective Order provides for a "Confidential" designation that may be applied to a document that "contains information that is proprietary, commercially sensitive, or composed of trade secrets or commercial information that is not publicly known, or other information required by law or agreement to be kept confidential."[4] The Protective Order reserves the "Confidential Attorney Eyes Only" designation for material that is "extremely sensitive and contains one of the following categories of information: (i) third-party financial account information; (ii) personal social security numbers, personal bank account numbers or personal credit card numbers; and (iii) a party's current operational or strategic plans regarding its operations, potential mergers, acquisitions, sales or investments."[5]

B.  **The Parties' Meet-and-Confer Efforts**

When a party files designated materials under seal (as required by Paragraph 24 of the Protective Order), the parties must "meet-and-confer" before, or within five (5) business days of, the filing "to discuss whether any or all of the documents require being submitted under seal, or should remain under seal."[6] If the parties "are unable to reach agreement, the party objecting to the filing under seal may file a motion to unseal."[7]

---

[2]  Protective Order ¶¶ 4, 24.
[3]  *Id.*, ¶ 14.
[4]  *Id.*, ¶ 4.
[5]  *Id.*
[6]  *Id.* ¶¶ 14, 24
[7]  *Id.* ¶ 14.

3

On August 29, 2023, pursuant to the Protective Order, counsel for Mr. McMullen notified all parties of his intent to file portions of the Motion (and its accompanying Exhibits) under seal. Mr. McMullen's counsel listed the specific exhibits he intend to file under seal, all of which have been designated "Confidential" or "Confidential Attorney Eyes Only" under the Protective Order. Class Plaintiffs responded that they opposed the forthcoming motion to seal and that it was their position that nothing produced in this matter (including any testimony) is confidential. Counsel for the Alyeska and Orbis Plaintiffs responded with their support for this motion to seal. No Defendants oppose the relief sought in this motion.

## II. ARGUMENT

Under the Protective Order, "[i]f any party submits Confidential Discovery Material or Confidential Attorney Eyes Only Discovery Material to the Court, the submission ***must*** be filed only ***under seal*** on CM/ECF if filed electronically."[8] There is no dispute that the Confidential Exhibits attached to the Motion, and portions of the Motion that refer to those exhibits, contain material designated by certain parties as "Confidential" or "Confidential Attorney Eyes Only" under the Protective Order.[9] The Protective Order therefore requires that they be filed under seal. Mr. McMullen therefore requests that the Court grant this motion to seal and order the Protected Materials to remain sealed.

---

[8] Protective Order, ¶ 24 (emphasis added).
[9] *See id.* ¶ 4.

### III. CONCLUSION

For the reasons set forth herein, Mr. McMullen requests that the Court issue an order, granting this motion and such other relief as may be just and proper.

DATED: August 31, 2023

/s/ Kenneth A. Young
Kenneth A. Young (*Attorney-in-Charge*)
Texas Bar No. 25088699 S.D. Tex. ID 2506614
Nick Brown
Texas Bar No. 24092182 S.D. Tex. ID 2725667
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
609 Main Street
Houston, Texas 77002
Phone: (713) 836-3600
Fax: (713) 836-3601
Emails: kenneth.young@kirkland.com
nick.brown@kirkland.com

*Counsel for Bayou City Energy Management, LLC and William McMullen*

### CERTIFICATE OF SERVICE

I certify that the foregoing document was served on all counsel of record via the Court's electronic filing system on August 31, 2023.

/s/ Kenneth A. Young
Kenneth A. Young