# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | No. 4:19-cv-00957 |
| ALYESKA MASTER FUND, L.P., ALYESKA MASTER FUND 2, L.P., and ALYESKA MASTER FUND 3, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> ALTA MESA RESOURCES, INC., *et al.* <br><br> Defendants. | Judge George C. Hanks, Jr. <br><br> No. 4:22-cv-01189 |
| ORBIS GLOBAL EQUITY LE FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL EQUITY FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL BALANCED FUND (AUSTRALIA REGISTERED), ORBIS SICAV, ORBIS INSTITUTIONAL GLOBAL EQUITY L.P., ORBIS GLOBAL EQUITY FUND LIMITED, ORBIS INSTITUTIONAL FUNDS LIMITED, ALLAN GRAY AUSTRALIA BALANCED FUND, ORBIS OEIC, and ORBIS INSTITUTIONAL U.S. EQUITY L.P., <br><br> Plaintiffs, <br><br> v. <br><br> ALTA MESA RESOURCES, INC., *et al.*, <br><br> Defendants. | No. 4:22-cv-2590 |

# DECLARATION OF KENNETH A. YOUNG

I, Kenneth A. Young, declare as follows:

1. I am an active member in good standing of the bar of the State of Texas and am admitted to practice before this Court. I am a partner at the law firm of Kirkland & Ellis LLP and am counsel for Defendant William McMullen ("Mr. McMullen").

2. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

3. I submit this declaration in support of William McMullen's Motion for Summary Judgment.

4. Attached hereto as **Exhibit A** is a true and correct excerpt of the June 6, 2023, Deposition Transcript of William McMullen.

5. Attached hereto as **Exhibit B** is a true and correct copy of William W. McMullen's May 9, 2022, Responses and Objections to Lead Plaintiffs' First Set of Interrogatories to the Individual Defendants.

6. Attached hereto as **Exhibit C** is a true and correct copy of Bayou City Energy Management, LLC's May 18, 2023, Responses and Objections to Class Plaintiffs' First Set of Interrogatories.

7. Attached hereto as **Exhibit D** is a true and correct copy of document labeled BCEM_0032913.

8. Attached hereto as **Exhibit E** is a true and correct copy of Plaintiffs' Summary of Alleged Misstatements.

9. Attached hereto as **Exhibit F** is a true and correct excerpt of the July 13, 2023, Deposition Transcript of Jonathan Berger.

10. Attached hereto as **Exhibit G** is a true and correct excerpt of the November 11, 2021, Deposition Transcript of Paul Burbach.

11. Attached hereto as **Exhibit H** is a true and correct excerpt of the November 15, 2021, Deposition Transcript of Shawn Fischman.

12. Attached hereto as **Exhibit I** is a true and correct excerpt of the November 16, 2021, Deposition Transcript of Toni Inscoe.

13. Attached hereto as **Exhibit J** is a true and correct excerpt of the December 7, 2021, Deposition Transcript of Eugene Khmelnik.

14. Attached hereto as **Exhibit K** is a true and correct excerpt of the November 16, 2021, Deposition Transcript of Thomas Kirchner.

15. Attached hereto as **Exhibit L** is a true and correct excerpt of the July 11, 2023, Deposition Transcript of Randy Mitchell.

16. Attached hereto as **Exhibit M** is a true and correct excerpt of the November 24, 2021, Deposition Transcript of Alexander Shamash.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of August 2023, in Houston, Texas.

_/s/ Kenneth Young_
Kenneth A. Young