# **<u>Exhibit A</u>**
# (Submitted Under Seal)