# **<u>Exhibit F</u>**
## (Submitted Under Seal)