# **<u>Exhibit I</u>**
(Submitted Under Seal)