# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>**CLASS ACTION**<br><br>[Lead Case] |
| ALYESKA MASTER FUND, L.P., ALYESKA MASTER FUND 2, L.P., and ALYESKA MASTER FUND 3, L.P.,<br><br>                Plaintiffs,<br><br>                v.<br><br>ALTA MESA RESOURCES, INC., f/k/a SILVER RUN ACQUISITION CORPORATION II; RIVERSTONE HOLDINGS LLC; ARM ENERGY HOLDINGS LLC; BAYOU CITY ENERGY MANAGEMENT, LLC; HPS INVESTMENT PARTNERS, LLC; JAMES T. HACKETT, HARLAN H. CHAPPELLE, WILLIAM GUTERMUTH, JEFFREY H. TEPPER, DIANA J. WALTERS; MICHAEL E. ELLIS; RONALD SMITH; DON DIMITRIEVICH; PIERRE F. LAPEYRE, JR.; DAVID M. LEUSCHEN; WILLIAM W. MCMULLEN; DONALD SINCLAIR; STEPHEN COATS; and THOMAS J. WALKER,<br><br>                Defendants. | Civil Action No. 4:22-cv-001189<br><br>[Consolidated Case] |

| | |
|---|---|
| ORBIS GLOBAL EQUITY LE FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL EQUITY FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL BALANCED FUND (AUSTRALIA REGISTERED), ORBIS SICAV, ORBIS INSTITUTIONAL GLOBAL EQUITY L.P., ORBIS GLOBAL EQUITY FUND LIMITED, ORBIS INSTITUTIONAL FUNDS LIMITED, ALLAN GRAY AUSTRALIA BALANCED FUND, ORBIS OEIC, and ORBIS INSTITUTIONAL U.S. EQUITY L.P., <br><br>          Plaintiffs, <br><br>     v. <br><br> ALTA MESA RESOURCES, INC., f/k/a SILVER RUN ACQUISITION CORPORATION II; RIVERSTONE HOLDINGS LLC; ARM ENERGY HOLDINGS LLC; BAYOU CITY ENERGY MANAGEMENT, LLC; HPS INVESTMENT PARTNERS, LLC; JAMES T. HACKETT, HARLAN H. CHAPPELLE, WILLIAM GUTERMUTH, JEFFREY H. TEPPER, DIANA J. WALTERS; MICHAEL E. ELLIS; RONALD SMITH; DON DIMITRIEVICH; PIERRE F. LAPEYRE, JR.; DAVID M. LEUSCHEN; WILLIAM W. MCMULLEN; DONALD SINCLAIR; STEPHEN COATS; and THOMAS J. WALKER, <br><br>          Defendants. | Civil Action No. 4:22-cv-02590 <br><br> [Consolidated Case] |

## DECLARATION OF CHRISTOPHER PORTER IN SUPPORT OF DEFENDANT DONALD DIMITRIEVICH'S SUMMARY JUDGMENT MOTION

I, Christopher Porter, declare as follows:

1. I am a Partner at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants Donald Dimitrievich and HPS Investment Partners, LLC in this action. I am a member of the Bar of the State of Texas and am admitted to practice before this Court. I respectfully submit this declaration in support of Defendant Donald Dimitrievich's Motion for Summary Judgment, and to put certain relevant documents before the Court. On information and belief, I understand the facts in this declaration to be true.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcript of Donald Dimitrievich's March 7, 2023 deposition.

3. Attached hereto as **Exhibit B** is a true and correct copy of Alta Mesa Resources, Inc.'s Form 10-K, filed on March 29, 2018.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Schedule 13D for HPS Investment Partners, LLC relating to holdings in Alta Mesa Resources, Inc. dated March 11, 2018.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Amended Schedule 13D for HPS Investment Partners, LLC relating to holdings in Alta Mesa Resources, Inc. dated June 9, 2018.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 31, 2023 in Houston, Texas

Dated: August 31, 2023

                                             /s/ *Christopher Porter*
                                             By: Christopher Porter