| | |
|---|---|
| **ENTWISTLE & CAPPUCCI LLP** | **ROBBINS GELLER RUDMAN & DOWD LLP** |
| 500 W. 2ND STREET, SUITE 1900-16 | 655 WEST BROADWAY, SUITE 1900 |
| AUSTIN, TEXAS 78701 | SAN DIEGO, CALIFORNIA 92101 |
| TELEPHONE: (512) 710-5960 | TELEPHONE: (619) 231-1058 |
| FACSIMILE: (212) 894-7272 | FACSIMILE: (619) 231-7423 |

September 12, 2023

<u>VIA ECF</u>
The Honorable George C. Hanks, Jr.
United States District Judge
United States Courthouse
515 Rusk Street, Room 6206
Houston, Texas 77002

  Re: *In re Alta Mesa Resources, Inc. Securities Litigation*, Case No. 19-CV-00957

Dear Judge Hanks:

  On August 31, 3023, Board Defendants Donald Dimitrievich and William McMullen, and Control Entity Defendants HPS Investment Partners, LLC, Bayou City Energy Management, LLC, and ARM Energy Holdings, LLC, filed three separate motions for summary judgment (ECF Nos. 422, 423 and 427, collectively the "<u>Motions</u>" and "<u>Moving Defendants</u>").[1]  Pursuant to Local Rule 7.3 and Rule 6.C.4 of Your Honor's Court Procedures, Class Plaintiffs' opposition to the Motions is due on or before September 21, 2023.

  In the interests of judicial efficiency, Class Plaintiffs propose to file a single brief not to exceed 75 pages rather than file three separate oppositions of up to 25 pages each.  Of course, Class Plaintiffs will endeavor to file an opposition of fewer than 75 pages.  Class Plaintiffs also expect to file a single declaration and an omnibus Fed. R. Civ. P. 56 statement of facts and related exhibits.  The Moving Defendants object to this request, insisting the Class Plaintiffs file three separate briefs of no more than 25 pages each. The Moving Defendants also object to Class Plaintiffs filing an omnibus Rule 56 statement of facts.

  Class Plaintiffs respectfully ask that the Court enter the attached order providing for the relief requested herein at its earliest convenience, given the impending briefing deadline.

---

[1] The Motions also seek summary judgment on certain of the Opt-Out Plaintiffs' claims, as does a separate motion for summary judgment against just the Opt-Out Plaintiffs (ECF No. 424).  Class Plaintiffs' opposition will be separate from those filed by the Opt-Out Plaintiffs.

Respectfully submitted,

| | |
|---|---|
| */s/ Andrew J. Entwistle* | */s/ Trig Smith* |
| Andrew J. Entwistle | Trig Smith (*pro hac vice*) |
| Texas Bar No. 24038131 | Lonnie Browne (*pro hac vice*) |
| Attorney-in-Charge | Sean McGuire (*pro hac vice*) |
| **ENTWISTLE & CAPPUCCI LLP** | **ROBBINS GELLER RUDMAN & DOWD LLP** |
| 500 W. 2nd Street, Suite 1900-16 | 655 West Broadway, Suite 1900 |
| Austin, TX 78701 | San Diego, CA 92101 |
| (512) 710-5960 | (619) 231-1058 |
| aentwistle@entwistle-law.com | TrigS@rgrdlaw.com |
| | LBrown@rgrdlaw.com |
| -and- | SMcGuire@rgrdlaw.com |
| | |
| Joshua K. Porter (*pro hac vice*) | *Court-Appointed Class Counsel* |
| Brendan J. Brodeur (*pro hac vice*) | |
| Andrew M. Sher (*pro hac vice*) | |
| **ENTWISTLE & CAPPUCCI LLP** | |
| 230 Park Avenue, 3rd Floor | |
| New York, NY 10169 | |
| (212) 894-7200 | |
| jporter@entwistle-law.com | |
| bbrodeur@entwistle-law.com | |
| asher@entwistle-law.com | |
| | |
| *Court-Appointed Class Counsel* | |

CC:   Byron Thomas (via e-mail)
      All Counsel (via ECF)