UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |

**[PROPOSED] ORDER GRANTING LEAVE FOR CLASS PLAINTIFFS TO FILE CONSOLIDATED OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT**

The Court herby Orders that Class Plaintiffs in the above-captioned class action are permitted to file a single, consolidated opposition brief to the August 31, 2023 motions for summary judgment (ECF Nos. 422, 423, 427) not to exceed seventy-five (75) pages, together with an omnibus declaration in opposition and Fed. R. Civ. P. 56 Statement of Facts and related exhibits.

Nothing in this Order shall otherwise modify the Local Rules, this Court's Procedures, or the Fourth Amended Scheduling Order (ECF No. 376).

SIGNED at Houston, Texas, this _____ day of _____, 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE