UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION § § § § § § § § § § | CIVIL ACTION NO. 4:19-CV-957 |

## ORDER

Pending before the Court in this consolidated securities class action is Class Plaintiffs' self-styled "motion for leave to file a consolidated opposition of up to 75 pages in response to Defendants' three motions for summary judgment and a separate consolidated statement of facts and set of exhibits." The Court has considered Class Plaintiffs' motion and the response and reply briefs (Dkt. 436; Dkt. 437; Dkt. 438), and Class Plaintiffs' motion (Dkt. 436) is respectfully **DENIED**.

SIGNED at Houston, Texas on September 14, 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE