## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 (CONSOLIDATED) <br><br> JUDGE GEORGE C. HANKS, JR. <br><br> THIS DOCUMENT RELATES TO: <br><br> CASE NO. 4:22-CV-01189 <br> CASE NO. 4:22-CV-02590 |

### JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANTS McMULLEN'S AND DIMITRIEVICH'S MOTION FOR SUMMARY JUDGMENT AS TO OPT-OUT PLAINTIFFS' STATE LAW AND SECTION 18 CLAIMS

TO THE HONORABLE COURT:

WHEREAS, on August 31, 2023, Defendants' Don Dimitrievich and William McMullen filed a Motion for Summary Judgment and Incorporated Memorandum of Law as to Opt-Out Plaintiffs' State Law and Section 18 Claims (the "Opt-Out Motion") (ECF No. 424);

WHEREAS, the Opt-Out Motion is made by Defendants Dimitrievich and McMullen against the following Plaintiffs:  Plaintiffs Alyeska Master Fund, L.P., Alyeska Master Fund 2, L.P., Alyeska Master Fund 3, L.P., Orbis Global Equity LE Fund (Australia Registered), Orbis Global Equity Fund (Australia Registered), Orbis Global Balanced Fund (Australia Registered), Orbis SICAV, Orbis Institutional Global Equity L.P., Orbis Global Equity Fund Limited, Orbis Institutional Funds Limited, Allan Gray Australia Balanced

1

Fund, Orbis OEIC, and Orbis Institutional U.S. Equity L.P (the "Opt-Out Plaintiffs," and, together with Defendants Dimitrievich and McMullen, the "Relevant Parties");

WHEREAS, following the filing of the Opt-Out Motion, counsel for the Relevant Parties have met and conferred regarding an appropriate briefing schedule for the Opposition to the Motion and the Reply thereto, and have agreed that:

- the Opposition to the Motion shall be due on **Tuesday, September 26, 2023**; and

- the Reply thereto shall be due on **Friday, October 6, 2023**.

THEREFORE, having met and conferred, the Relevant Parties have agreed and now respectfully propose that the Court extend the Opt-Out Plaintiffs' deadline to file an Opposition to the Opt-Out Motion to **Tuesday, September 26, 2023**, and similarly extend the deadline for Defendants Dimitrievich and McMullen to file their Reply thereto to **Friday, October 6, 2023**.

Dated:  September 21, 2023

/s/ Karl S. Stern
Karl S. Stern (attorney in charge)
Texas State Bar No. 19175665
Federal Bar No. 04870
Email: karlstern@quinnemanuel.com

Christopher D. Porter
Texas State Bar No. 24070437
Federal Bar No. 1052367
Email:
chrisporter@quinnemanuel.com

2

**QUINN, EMANUEL, URQUHART & SULLIVAN, LLP**

711 Louisiana Street, Suite 500
Houston, TX 77002
Telephone:      (713) 221-7000
Facsimile:      (713) 221-7100

*Attorneys for Defendant Don Dimitrievich*

*/s/ Kenneth A. Young*
Kenneth A. Young (Attorney-in-Charge)
Texas Bar No. 25088699
S.D. Tex. ID 2506614

Nick Brown
Texas Bar No. 24092182
S.D. Tex. ID 2725667

**KIRKLAND & ELLIS LLP**

609 Main Street
Houston, Texas 77002
Telephone:      (713) 836-3600
Facsimile:      (713) 836-3601
Email:
kenneth.young@kirkland.com
nick.brown@kirkland.com

*Attorneys for Defendant William McMullen*

*/s/ Lawrence M. Rolnick*
Lawrence M. Rolnick (*pro hac vice*)
Sheila A. Sadighi (*pro hac vice*)
Matthew Peller (*pro hac vice*)
Joseph R. Sparacio (*pro hac vice*)

**ROLNICK KRAMER SADIGHI LLP**

3

1251 Avenue of the Americas
New York, New York 10020
(212) 597-2800
lrolnick@rksllp.com
ssadighi@rksllp.com
mpeller@rksllp.com
jsparacio@rksllp.com

*Attorneys for the Opt-Out Plaintiffs*

Jules P. Slim
TX Bar No. 00793026

Attorney and Counselor
PO Box 140307
Irving, TX 75014-0307
Tel.: (214) 350-5183
Fax: (214) 350-5184
jslim@slimlawfirm.com

*Counsel for the Opt-Out Plaintiffs*

SO ORDERED:

_____
Judge George C. Hanks, Jr.
United States District Judge