UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 |

**CLASS PLAINTIFFS' UNOPPOSED MOTION TO SEAL THEIR MEMORANDA OF LAW IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (DKT. 445, 446, 449) AND DECLARATION AND EXHIBITS SUBMITTED THEREWITH (DKT. 444)**

Class Plaintiffs in the above-captioned action respectfully request leave to file under seal unredacted copies of their Memoranda of Law in (1) Opposition to Defendants HPS Investment Partners, LLC's, ARM Energy Holdings LLC's, and Bayou City Energy Management LLC's Motion for Summary Judgment (Dkt. 445); (2) Opposition to Defendant Donald Dimitrievich's Motion for Summary Judgment (Dkt. 446); and (3) Opposition to Defendant William McMullen's Motion for Summary Judgment (Dkt. 449); and the transmittal declaration of Andrew J. Entwistle[1] in support of those oppositions together with the exhibits thereto (Dkt. 444) (collectively, the "Opposition Papers"). The Defendants do not object to the relief sought in this motion.

---

[1] Declaration Of Andrew J. Entwistle In Support Of Class Plaintiffs' Oppositions To Motions For Summary Judgment By (A) Defendants HPS Investment Partners, LLC, ARM Energy Holdings LLC, and Bayou City Energy Management LLC; (B) Defendant Donald Dimitrievich; And (C) Defendant William McMullen ("Entwistle Declaration").

As grounds for this motion, Class Plaintiffs state as follows:

1.     On August 17, 2021, the Court entered the Stipulation and Protective Order ("PO"), which governs the handling of confidential information exchanged in discovery in this matter.

2.     According to Paragraph 24 of the PO, "[i]f any party submits Confidential Discovery Material or Confidential Attorney Eyes Only Discovery Material to the Court, the submission ***must*** be filed only under seal on CM/ECF if filed electronically[.]" PO at ¶ 24 (emphasis added).

3.     The Opposition Papers contain, describe and refer to non-public documents and information that has been designated by the parties and nonparties as Confidential Discovery Material and (variously) Confidential Attorney Eyes Only Discovery Material, pursuant to the PO.

4.     On September 20, 2023, prior to filing of their Opposition Papers, Class Plaintiffs asked counsel for all defendants and counsel for the Direct Action Plaintiffs by email if they opposed to the filing of the Opposition Papers, and counsel for all parties stated by email that they have no objections.

5.     Today, Class Plaintiffs filed the Opposition Papers under seal. Class Plaintiffs will file public, redacted versions of the Opposition Papers within five (5) business days.

6. Class Plaintiffs are bound by the provisions of the agreed-upon Protective Order that this Court ordered on August 17, 2021, and therefore must seek leave to file their Opposition Papers under seal.[2]

THEREFORE, Class Plaintiffs request that the Court grant their request for leave to file under seal unredacted copies of their Memoranda of Law in (1) Opposition to Defendants HPS Investment Partners, LLC's, ARM Energy Holdings LLC's, and Bayou City Energy Management LLC's Motion for Summary Judgment (Dkt. 445); (2) Opposition to Defendant Donald Dimitrievich's Motion for Summary Judgment (Dkt. 446); and (3) Opposition to Defendant William McMullen's Motion for Summary Judgment (Dkt. 449), as well as the Entwistle Declaration and exhibits thereto (Dkt. 444).

---

[2] Class Plaintiffs note that under Paragraph 14 of the Protective Order, any party may seek a meet and confer within five days of filing of documents under seal to discuss whether any or all of the documents require being submitted under seal, or should remain under seal, in accordance with the law governing the sealing of documents. If the parties are unable to reach agreement, any party objecting to the filing under seal may file a motion to unseal.

Dated: September 21, 2023                                    Respectfully submitted,

*/s/ Andrew Entwistle*                                       */s/ Trig Smith*
Andrew J. Entwistle (attorney-in-charge)                     Trig Smith (*pro hac vice*)
State Bar No. 24038131                                       Sean McGuire (*pro hac vice*)
Callie Crispin                                               Lonnie Browne (*pro hac vice*)
State Bar No. 24104231                                       John Kelley (*pro hac vice*)
Sal H. Lee (*pro hac vice*)

**ENTWISTLE & CAPPUCCI LLP**                                 **ROBBINS GELLER RUDMAN & DOWD LLP**
500 West 2nd Street, Suite 1900                              655 West Broadway, Suite 1900
Austin, TX 78701                                             San Diego, CA 92101
Telephone: (512) 710-5960                                    Telephone: (619) 231-1058
Facsimile: (212) 894-7278                                    Facsimile: (619) 231-7423

-and-                                                        *Court-Appointed Co-Lead Counsel*

Joshua K. Porter (*pro hac vice*)
Brendan J. Brodeur (*pro hac vice*)
Andrew M. Sher (*pro hac vice*)
**ENTWISTLE & CAPPUCCI LLP**
230 Park Avenue, 3rd Floor
New York, NY 10169
Telephone: (212) 894-7200
Facsimile: (212) 894-7278

*Court-Appointed Co-Lead Counsel*

Ira A. Schochet (*pro hac vice*)
David Saldamando (*pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Plaintiff Camelot Event Driven Fund, A Series of Frank Funds Trust*

## CERTIFICATE OF SERVICE

I certify that this motion has been served on counsel of record via the Court's ECF system on September 21, 2023.

                                                    */s/ Andrew J. Entwistle*
                                                    Andrew J. Entwistle

## CERTIFICATE OF CONFERENCE

I certify that on September 20, 2023, counsel for Class Plaintiffs conferred with counsel for all parties regarding the substance of this Motion. No parties opposed.

                                                    */s/ Andrew J. Entwistle*
                                                    Andrew J. Entwistle