UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 |

**[PROPOSED] ORDER GRANTING
CLASS PLAINTIFFS' UNOPPOSED MOTION TO SEAL**

The Court has considered Class Plaintiffs' Unopposed Motion to Seal Their Memoranda of Law in Opposition to Defendants' Motions for Summary Judgment (Dkt. 445, 446 and 449) and Declaration and Exhibits Submitted Therewith (Dkt. 444), dated September 21, 2023 (the "Seal Motion"). For good cause shown, the Seal Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to place Class Plaintiffs' oppositions (Dkt. 445, 446 and 449) and accompanying declaration and exhibits (Dkt. 444) under seal, without further order of the Court.

Signed this ___ day of _____, 2023

_____
HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE