| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** <br> 711 LOUISIANA STREET, SUITE 500 <br> HOUSTON, TEXAS 77002 | **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** <br> 609 MAIN STREET <br> HOUSTON, TEXAS 77002 | **EVERSHEDS SUTHERLAND (US) LLP** <br> 1001 FANNIN STREET, SUITE 3700 <br> HOUSTON, TEXAS 77002 |
|---|---|---|

September 22, 2023

**VIA ECF**

The Honorable George C. Hanks, Jr.
United States District Judge
United States Courthouse
515 Ruck Street, Room 6206
Houston, Texas 77002

      Re: *In re Alta Mesa Resources, Inc. Securities Litigation*, Case No. 19-CV-00957

Dear Judge Hanks:

      Defendants HPS Investment Partners, Don Dimitrievich, Bayou City Energy, William McMullen, and ARM Energy Holdings (together, the "Moving Defendants") filed Motions for Summary Judgment (Dkts. 422, 423, 424, and 427) on August 31, 2023.

      Moving Defendants previously requested a hearing on these motions during the June 26, 2023 hearing, and Your Honor responded that it was "not a problem" to "give a hearing" on these motions, whenever requested. 6/26/23 Tr., Dkt. 371 at 32-33. Moving Defendants now respectfully request that the Court hold oral argument on Defendants' Motions for Summary Judgment (Dkts. 422, 423, 424, and 427) the week of **October 16-20, 2023** or **October 23-26, 2023**, or at the Court's convenience. The parties additionally respectfully request to appear in-person for the hearing.

      Briefing on the Motions at Dkts. 422, 423, and 427 will be complete on September 28, 2023. Briefing on the Motion at Dkt. 424 will be complete on October 6, 2023. Additionally, the Opt-Out Plaintiffs have indicated that they are available on the above-requested dates for a hearing. Moving Defendants asked for Class Plaintiffs' availability multiple times, but Class Plaintiffs have refused to indicate whether or not they are available on the above-requested dates.

Respectfully submitted,

*/s/* Karl S. Stern
Karl S. Stern (attorney in charge) (SBN 19175665)
Christopher D. Porter (SBN 24070437)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/* Kenneth Alan Young
Kenneth Alan Young
Attorney-in-Charge
Nick Brown
**KIRKLAND & ELLIS LLP**

| | |
|---|---|
| 711 Louisiana Street, Suite 500<br>Houston, TX 77002<br>Telephone: (713) 221-7000<br>Facsimile: (713) 221-7100<br>Email: karlstern@quinnemanuel.com<br>chrisporter@quinnemanuel.com | **KIRKLAND & ELLIS**<br>**INTERNATIONAL LLP**<br>Texas Bar No. 24088699<br>609 Main Street<br>Houston, TX 77002<br>Telephone: (713) 836-3600 |
| -AND- | -AND- |
| Michael B. Carlinsky (*pro hac vice*)<br>Jacob J. Waldman (*pro hac vice*)<br>Courtney C. Whang (*pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>Email: michaelcarlinsky@quinnemanuel.com<br>jacobwaldman@quinnemanuel.com<br>courtneywhang@quinnemanuel.com<br>*Counsel to HPS Investment Partners, LLC and Don Dimitrievich* | Stefan Atkinson (*pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS**<br>**INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 446-4800<br><br>*Counsel for Bayou City Energy Management LLC and William McMullen* |

*/s/* David A. Baay
David A. Baay
Fed ID No. 598715
Attorney-in-Charge
**EVERSHEDS SUTHERLAND (US) LLP**
1001 Fannin Street, Suite 3700
Houston, TX 77002
Telephone: (713) 470-6112

-AND-

Bruce M. Bettigole (*pro hac vice*)
Adam Pollet (*pro hac vice*)
Andrea Gordon (*pro hac vice*)
**EVERSHEDS SUTHERLAND (US) LLP**
700 Sixth Street N.W., Suite 700
Washington, DC 20001
Telephone: (202) 383-0100

*Counsel for ARM Energy Holdings, LLC*