# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>**CLASS ACTION**<br><br>[Lead Case] |
| ALYESKA MASTER FUND, L.P., ALYESKA MASTER FUND 2, L.P., and ALYESKA MASTER FUND 3, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ALTA MESA RESOURCES, INC., f/k/a SILVER RUN ACQUISITION CORPORATION II; RIVERSTONE HOLDINGS LLC; ARM ENERGY HOLDINGS LLC; BAYOU CITY ENERGYMANAGEMENT, LLC; HPS INVESTMENT PARTNERS, LLC; JAMES T. HACKETT, HARLAN H. CHAPPELLE, WILLIAM GUTERMUTH, JEFFREY H. TEPPER, DIANA J. WALTERS; MICHAEL E. ELLIS; RONALD SMITH; DON DIMITRIEVICH; PIERRE F. LAPEYRE, JR.; DAVID M. LEUSCHEN; WILLIAM W. MCMULLEN; DONALD SINCLAIR; STEPHEN COATS; and THOMAS J. WALKER,<br><br>Defendants. | Civil Action No. 4:22-cv-001189<br><br>[Consolidated Case] |

| | |
|---|---|
| ORBIS GLOBAL EQUITY LE FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL EQUITY FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL BALANCED FUND (AUSTRALIA REGISTERED), ORBIS SICAV, ORBIS INSTITUTIONAL GLOBAL EQUITY L.P., ORBIS GLOBAL EQUITY FUND LIMITED, ORBIS INSTITUTIONAL FUNDS LIMITED, ALLAN GRAY AUSTRALIA BALANCED FUND, ORBIS OEIC, and ORBIS INSTITUTIONAL U.S. EQUITY L.P.,<br><br>          Plaintiffs,<br><br>   v.<br><br>ALTA MESA RESOURCES, INC., f/k/a SILVER RUN ACQUISITION CORPORATION II; RIVERSTONE HOLDINGS LLC; ARM ENERGY HOLDINGS LLC; BAYOU CITY ENERGYMANAGEMENT, LLC; HPS INVESTMENT PARTNERS, LLC; JAMES T. HACKETT, HARLAN H. CHAPPELLE, WILLIAM GUTERMUTH, JEFFREY H. TEPPER, DIANA J. WALTERS; MICHAEL E. ELLIS; RONALD SMITH; DON DIMITRIEVICH; PIERRE F. LAPEYRE, JR.; DAVID M. LEUSCHEN; WILLIAM W. MCMULLEN; DONALD SINCLAIR; STEPHEN COATS; and THOMAS J. WALKER,<br><br>          Defendants. | Civil Action No. 4:22-cv-02590<br><br>[Consolidated Case] |

**REPLY MEMORANDUM OF LAW ON BEHALF OF
HPS INVESTMENT PARTNERS, LLC AND DONALD DIMITRIEVICH
<u>TO SEAL PORTIONS OF THEIR MOTIONS FOR SUMMARY JUDGMENT</u>
Dkt Nos. 422, 423, 424**

Defendants HPS Investment Partners, LLC ("HPS") and Donald Dimitrievich respectfully submit this Reply Memorandum of Law in support of their Motion to Seal Portions of their Motions for Summary Judgment, Dkt. Nos. 422, 423, 424 (the "Briefs"), and accompanying declarations and exhibits.

## ARGUMENT

As described in the Moving Brief, Defendants here intended to, and did, meet and confer with Plaintiffs after filing the Briefs concerning the documents that Defendants filed under seal. Mot. 2-3. The parties were unable to reach agreement during the meet-and-confer. Plaintiffs then filed an opposition to this Motion, despite the requirement in the SPO that they "file a motion to unseal" the documents filed under seal. ECF No. 441; *see also* SPO ¶¶ 14, 24.

Nonetheless, HPS and Mr. Dimitrievich agree to unseal the specific documents docketed as ECF Nos. 422-2, 423-2, 423-6, 424-3, and 424-15, which comprise certain deposition excerpts and interrogatory responses. By doing so, however, HPS and Mr. Dimitrievich do not agree to the unsealing, or de-designation, of any other documents or information, including any other portions of the excerpted depositions (nor to the characterizations of law and fact in Plaintiffs' opposition).

## CONCLUSION

HPS and Mr. Dimitrievich agree to unseal ECF Nos. 422-2, 423-2, 423-6, 424-3, and 424-15.

1

Dated: September 27, 2023            Respectfully submitted,

/s/ *Christopher Porter*
(signed by permission of Attorney-in-Charge)

Karl S. Stern (attorney in charge) (SBN 19175665)
Christopher D. Porter (SBN 24070437)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
711 Louisiana Street, Suite 500
Houston, TX 77002
Telephone: (713) 221-7000 / Facsimile: (713) 221-7100
Email: karlstern@quinnemanuel.com
chrisporter@quinnemanuel.com

**-AND-**

Michael B. Carlinsky (*pro hac vice*)
Jacob J. Waldman (*pro hac vice*)
Courtney C. Whang (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000 / Facsimile: (212) 849-7100
Email: michaelcarlinsky@quinnemanuel.com
jacobwaldman@quinnemanuel.com
courtneywhang@quinnemanuel.com

**COUNSEL TO HPS INVESTMENT PARTNERS, LLC AND DON DIMITRIEVICH**

2

## CERTIFICATE OF SERVICE

I certify that this motion has been served on counsel of record by the Court's ECF system and served electronically to counsel for all parties with an email address on record on September 27, 2023.

/s/ *Christopher Porter*
By: Christopher Porter