UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>PUBLIC VERSION OF DKT. 444<br>FILED SEPTEMBER 28, 2023 |

**DECLARATION OF ANDREW J. ENTWISTLE IN SUPPORT OF CLASS PLAINTIFFS' OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT BY (A) DEFENDANTS HPS INVESTMENT PARTNERS, LLC, ARM ENERGY HOLDINGS LLC, AND BAYOU CITY ENERGY MANAGEMENT LLC (DKT. 423); (B) DEFENDANT DONALD DIMITRIEVICH (DKT. 422); AND (C) DEFENDANT <u>WILLIAM MCMULLEN (DKT. 427)</u>**

I, Andrew J. Entwistle, declare as follows:

1. I am a Partner at the law firm Entwistle & Cappucci LLP, counsel for Class Plaintiffs and Court-Appointed Co-Class Counsel. I am a member of the Bar of the State of Texas and am admitted to practice before this Court.

2. I respectfully submit this declaration in support of Class Plaintiffs' contemporaneously filed separate oppositions to: (a) Joint Motion of HPS Investment Partners, LLC; Bayou City Energy Management, LLC; and ARM Energy Holdings, LLC for Summary Judgment on the Class and Opt-Out Plaintiffs' Section 20(a) Claims; (b) Motion of Donald Dimitrievich for Summary Judgment and Incorporated Memorandum of Law; and (c) William McMullen's Motion for Summary Judgment.[1]

---

[1] Given the overlapping evidence cited in the three oppositions, I am submitting one omnibus declaration in support of all three oppositions to avoid burdening the Court with voluminous duplicative exhibits.

3. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

4. Attached hereto are true and correct copies of the following documents[2]:

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX 1 | Pinnacle Energy Services, LLC's Assessment of Alta Mesa Holdings, LP Assets in Northeast Kingfisher County, Oklahoma for HPS dated Jan. 10, 2014 [PINNACLE_0001486] |
| PX 2 | Highbridge Principal Strategies Kingfisher Midstream - Investment Committee Memo dated Aug. 28, 2015 [HPS_00000022] |
| PX 3 | ARM Energy's Kingfisher Midstream Board of Directors Update dated Oct. 29, 2015 [ARMEnergy_00105700] |
| PX 4 | Email from Mark Stoner to William McMullen regarding well selection for JDA dated Dec. 27, 2015 [BCEM_0001127] |
| PX 5 | BCE Investment Committee Memorandum regarding a Proposed Investment in BCE-STACK Development, LLC dated Dec. 31, 2015 [BCEM_0000006] |
| PX 6 | Email from Catherine Cusimano to Don Dimitrievich attaching Alta Mesa financial projections dated Jan. 11, 2016 [HPS_00012841] |
| PX 7 | Email from Jeff Hostettler to Don Dimitrievich forwarding Project Thunder with Q&A attachment concerning HPS's investment in AMH and KFM dated Feb. 4, 2016 [HPS_00001106] |
| PX 8 | BCE Management Investment Committee Memo regarding Proposed Convertible Preferred Equity Investment in High Mesa, Inc. dated Aug. 11, 2016 [BCEM_0000626] |
| PX 9 | Internal HPS email and excerpt of attached Quarterly Energy Portfolio Review Materials with Alta Mesa Holdings' reserve and production reports dated Sept. 19, 2016 [HPS_00013362] |

---

[2] Some exhibits hereto bear deposition stickers which were added after their production at the bates numbers indicated.

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX 10 | Riverstone Memo to Investment Committee regarding potential co-investment with BCE in High Mesa dated Sept. 19, 2016 [RIVERSTONE_SDTX00008938] |
| PX 11 | Email from ARM to Jeff Hostettler and others concerning KFM daily production numbers and attachment dated Oct. 8, 2016 [ARMEnergy_00105825-27] |
| PX 12 | Internal BCE email chain regarding KFM third party activity dated Oct. 24, 2016 [BCEM_0000772] |
| PX 13 | Emails between ARM and HPS regarding selecting advisors for a KFM transaction process dated Nov. 4, 2016 [ARMEnergy_00047394] |
| PX 14 | Internal HPS meeting invitation with attached presentation regarding Mezz Energy Investment in Project Thunder / KFM dated Dec. 12, 2016 [HPS_00011221] |
| PX 15 | Email from ARM to Tim Turner regarding daily KFM production dated Dec. 16, 2016 [ARMEnergy_00042027] |
| PX 16 | Internal ARM email regarding ARM/KFM cash management dated Jan. 12, 2017 [ARMEnergy_00103982] |
| PX 17 | Internal ARM email regarding KFM data room dated Jan. 19, 2017 [ARMEnergy_00103918] |
| PX 18 | Email from Bo Dunne regarding KFM insurance policies dated Jan. 24, 2017 [ARMEnergy_00222553] |
| PX 19 | Email from William McMullen requesting introduction to Jim Hackett dated Mar. 30, 2017 [BCEM_0175363] |
| PX 20 | Email from Olivia Wassenaar to Jim Hackett and others regarding prior Riverstone consideration of an investment in AMH dated Mar. 31, 2017 [RIVERSTONE_SDTX00012243] |
| PX 21 | Email chain between Olivia Wassenaar and Jim Hackett regarding starting due diligence dated Apr. 4, 2017 [RIVERSTONE_SDTX00008967] |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX 22 | Email from Bo Dunne to Michael Christopher regarding KFM follow up credit questions dated Apr. 12, 2017 [ARMEnergy_00001354] |
| PX 23 | Email from ARM to Riverstone and Citi attaching Project Rugby Midstream model dated Apr. 20, 2017 [RIVERSTONE_SDTX00534524] |
| PX 24 | Internal ARM emails regarding KFM data requests from Riverstone dated May 10, 2017 [ARMEnergy_00149509] |
| PX 25 | Email from Hal Chappelle to William McMullen regarding Alta Mesa / KFM and Riverstone negotiations dated May 26, 2017 [BCEM_0119447] |
| PX 26 | Email from Michael Christopher to Jeff Hostettler, Zach Lee, and Don Dimitrievich regarding negotiations with Riverstone dated May 26, 2017 [ARMEnergy_00010325] |
| PX 27 | Emails between ARM and HPS regarding BCE's role in the KFM negotiations dated May 26, 2017 [ARMEnergy_00010313] |
| PX 28 | Email from William McMullen to Mark Stoner regarding NE Kingfisher Performance Plots dated June 14, 2017 [BCEM_0149583] |
| PX 29 | Email from Tim Turner to Mark Stoner providing responses to BCE investor questions regarding AMH production dated June 22, 2017 [BCEM_0118723] |
| PX 30 | Alta Mesa Resources PIPE Roadshow Presentation dated July 2017 [ARMEnergy_00133405] |
| PX 31 | Email from Bo Dunne to Michael Christopher attaching KFM revised financial summaries dated July 10, 2017 [ARMEnergy_00079493] |
| PX 32 | Email from Catherine Cusimano to Jeff Hostettler and Don Dimitrievich dated July 14, 2017, attaching latest IC Update presentation on Alta Mesa [HPS_00079908] |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX 33 | ARM Handwritten Comments on AMR July 2017 Investor Presentation [ARMEnergy_00056285] |
| PX 34 | Emails between ARM and HPS regarding KFM lender model dated July 26, 2017 [ARMEnergy_00055517] |
| PX 35 | Internal BCE email regarding BCE's right to receive KFM statements as direct shareholder and board member of SR II dated July 27, 2017 [BCEM_0006179] |
| PX 36 | Internal BCE emails regarding Gastar Second Quarter 2017 Results dated Aug. 3, 2017 [BCEM_0131642] |
| PX 37 | Emails between HPS, BCE and AMH concerning draft SRII press release dated Aug. 13, 2017 [HPS_00005071] |
| PX 38 | Email chain between ARM and HPS regarding quote in SRII press release dated Aug. 14, 2017 [ARMEnergy_00166299] |
| PX 39 | Email from Hal Chappelle forwarding draft SRII press release to BCE and HPS dated Aug. 14, 2017 [BCEM_0146767] |
| PX 40 | Internal HPS emails attaching Alta Mesa/KFM announcement and updated IC slide deck dated Aug. 14, 2017 [HPS_00085707] |
| PX 41 | Email chain between ARM and others dated Aug. 15, 2017, with ARM providing comments on SRII announcement presentation [RIVERSTONE_SDTX00188256] |
| PX 42 | Email from Riverstone requesting final comments and signoffs on SRII press release dated Aug. 15, 2017 [BCEM_0146938] |
| PX 43 | AMH and SRII jointly issued Press Release titled "Silver Run Acquisition Corporation II to Merge with Alta Mesa and Kingfisher Midstream to Form a Combined Company Valued at Approximately $3.8 Billion," dated Aug. 16, 2017 [CP-0104] |
| PX 44 | Email chain including Michael Christopher signing off for ARM on SRII press release dated Aug. 16, 2017 [ARMEnergy_00013046] |
| PX 45 | Email from William McMullen congratulating BCE team on SRII announcement launching dated Aug. 16, 2017 [BCEM_0005614] |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX 46 | Emails between BCE and ARM regarding KFM EBITDA multiples used in SRII press release dated Aug. 16, 2017 [BCEM_0173970] |
| PX 47 | Excerpt of Alta Mesa Contribution Agreement dated Aug. 16, 2017, publicly filed as Ex. 2.1 to Silver Run Acquisition Corp. II Form 8-K [PLAINTIFFS_AMR_00000243] |
| PX 48 | Excerpt of KFM Contribution Agreement dated Aug. 16, 2017, publicly filed as Ex. 2.2 to Silver Run Acquisition Corp. II Form 8-K [PLAINTIFFS_AMR_00000176] |
| PX 49 | Alta Mesa Resources Pure-Play STACK Enterprise Presentation dated Aug. 2017 [CP-172] |
| PX 50 | Email from Mandy Deiss to William McMullen advising the SRII press release has been added to the BCE website dated Aug. 17, 2017 [BCEM_0010003] |
| PX 51 | Silver Run Acquisition Corp. II Form 8-K with Exs. 99.1 and 99.2 dated Aug. 17, 2017 [CP-0716] |
| PX 52 | Email from Bo Dunne to Michael Christopher regarding the importance of KFM's third quarter financial results dated Aug. 18, 2017 [ARMEnergy_00013102] |
| PX 53 | Internal BCE emails with its accountants attaching BCE Transaction Announcement dated Aug. 22, 2017 [BCEM_0005262] |
| PX 54 | Email chain between BCE and others regarding responsibility for the KFM model dated Aug. 22, 2017 [BCEM_0062840] |
| PX 55 | Email chain between BCE and AMH regarding an upcoming budget meeting dated Aug. 23, 2017 [AMR_SDTX00682572] |
| PX 56 | Email from Tamara Alsarraf to William McMullen attaching budget scenarios and financial model for upcoming discussion dated Aug. 23, 2017 [AMR_SDTX00855037] |
| PX 57 | ARM Redline Draft of KFM Selected Historical Financial Information dated Sept. 1, 2017 [ARMEnergy_00004245] |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX 58 | ARM Redline Draft of KFM Selected Historical Financial Information dated Sept. 4, 2017 [ARMEnergy_00004205] |
| PX 59 | Email from Bo Dunne to Michael Christopher regarding ARM's comments on KFM portion of the proxy dated Sept. 6, 2017 [ARMEnergy_00004202] |
| PX 60 | Email chain between ARM and HPS regarding adding HPS to the distribution list for the daily KFM throughput update dated Sept. 11, 2017 [ARMEnergy_00122557] |
| PX 61 | Email from Citi to ARM requesting additional data regarding KFM for roadshow presentation dated Sept. 11, 2017 [ARMEnergy_00013646] |
| PX 62 | Email from Bracewell to Latham & Watkins attaching comments to preliminary proxy statement draft dated Sept. 12, 2017 [ARMEnergy_00031923] |
| PX 63 | Email from Jeff Hostettler to Bracewell requesting latest draft of the SRII proxy dated Sept. 12, 2017 [HPS_00017180] |
| PX 64 | Email from Mark Stoner providing comments on latest AMR presentation dated Sept. 12, 2017 [RIVERSTONE_SDTX00189421] |
| PX 65 | Email from Bo Dunne to Michael Christopher, Jeff Hostettler, and Bracewell forwarding SRII revised proxy dated Sept. 13, 2017 [HPS_00020166] |
| PX 66 | Emails from Bo Dunne and Michael Christopher providing KFM data for roadshow presentation dated Sept. 13, 2017 [ARMEnergy_00013976] |
| PX 67 | Email chain from Bracewell to Jeff Hostettler attaching SRII revised proxy dated Sept. 16, 2017 [HPS_00074293] |
| PX 68 | Email from Bracewell to Jeff Hostettler, Michael Christopher, and others attaching SRII revised proxy dated Sept. 17, 2017 [HPS_00075851] |
| PX 69 | Email from Michael McCabe to Jeff Hostettler forwarding SRII Proxy SEC comment letter dated Oct. 21, 2017 [HPS_00014078] |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX 70 | Email from Jeff Hostettler to Don Dimitrievich regarding SRII Proxy SEC comment letter dated Oct. 23, 2017 [HPS_00005488] |
| PX 71 | Email attaching BCE Second Quarter 2018 Report dated Aug. 30, 2018 [Gutermuth_SDTX0006305] |
| PX 72 | Email from Bracewell to Latham & Watkins providing comments on behalf of ARM and HPS with respect to SEC comment letter and proxy statement dated Oct. 29, 2017 [HPS_00022449] |
| PX 73 | Email chain between Bo Dunne and Michael Christopher regarding capex figures used in roadshow presentation vs. the proxy dated Oct. 30, 2017 [ARMEnergy_00014565] |
| PX 74 | Email chain between Michael McCabe and Mark Stoner regarding change in equity value in revised proxy statement dated Oct. 30, 2017 [BCEM_0141672] |
| PX 75 | Email from Bo Dunne to Ronald Smith and others confirming KFM corrections to p. 170 of the Proxy dated Oct. 30, 2017 [AMR_SDTX01122854] |
| PX 76 | Email from Jeff Hostettler to Mark Stoner and William McMullen regarding changed numbers in revised proxy statement dated Oct. 30, 2017 [BCEM_0009546] |
| PX 77 | Internal BCE email regarding Alta Mesa corporate model dated Oct. 31, 2017 [BCEM_0067451] |
| PX 78 | Email from Michael Christopher to Hal Chappelle, Jim Hackett, and Olivia Wassenaar summarizing his call with a SRII investor dated Nov. 7, 2017 [ARMEnergy_00059757] |
| PX 79 | Email from Bo Dunne to Michael Christopher regarding Riverstone's KFM model dated Nov. 10, 2017 [ARMEnergy_00088047] |
| PX 80 | Email from Hal Chappelle to Mark Stoner regarding BCE's proposed talking points dated Nov. 10, 2017 [BCEM_0093994] |
| PX 81 | Email from Mark Stoner to Kevin Bourque and others providing talking points for presentation to investors dated Nov. 10, 2017 [AMR_SDTX00885230] |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX 82 | Email from Hal Chappelle to Jeff Hostettler addressing HPS's comments to Draft Q3 Operational Update presentation dated Nov. 13, 2017 [RIVERSTONE_SDTX00233759] |
| PX 83 | Email from Mark Stoner to Citi regarding draft investor presentation materials dated Nov. 13, 2017 [BCEM_0128986] |
| PX 84 | Email from Mark Stoner to William McMullen regarding request to Hal Chappelle concerning Draft Q3 Operational Update presentation dated Nov. 13, 2017 [BCEM_0129092] |
| PX 85 | Email from Michael Christopher to Hal Chappelle and others providing ARM/KFM's comments on Draft Q3 Operational Update presentation and attachment dated Nov. 13, 2017 [RIVERSTONE_SDTX00233734] |
| PX 86 | Email from Michael Christopher to Taylor Tipton forwarding Draft Q3 Operational Update presentation dated Nov. 13, 2017 [ARMEnergy_00059322] |
| PX 87 | Email from Olivia Wassenaar to Michael Christopher regarding Draft Q3 Operational Update presentation dated Nov. 13, 2017 [ARMEnergy_00014736] |
| PX 88 | Email from William McMullen to Mark Stoner regarding draft Q3 operational update dated Nov. 13, 2017 [BCEM_0094103] |
| PX 89 | Alta Mesa Third Quarter 2017 Update Presentation dated Nov. 2017 [AMR_SDTX00933424] |
| PX 90 | Email from Citi regarding ARM's comments to Draft Q3 Operational Update presentation dated Nov. 14, 2017 [RIVERSTONE_SDTX00234245] |
| PX 91 | Email from Tim Turner to Mark Stoner and Hal Chappelle regarding Stoner's suggestion to revise slide on well spacing dated Nov. 14, 2017 [AMR_SDTX01615999] |
| PX 92 | Email from Latham & Watkins to Bo Dunne and others regarding SRII comment letter dated Nov. 21, 2017 [ARMEnergy_00038260] |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX 93 | Alta Mesa Resources, Inc. Fourth Quarter 2017 Earnings/2018 Operational Update and Guidance Presentation [AMR_SDTX00003088] |
| PX 94 | Email chain including Citi and Hal Chappelle responding to BCE comment on draft deck dated Nov. 28, 2017 [AMR_SDTX00022499] |
| PX 95 | Email from Jeff Hostettler to Don Dimitrievich regarding discussion at RSEG conference about core STACK dated Dec. 5, 2017 [HPS_00084288] |
| PX 96 | Email chain including Citi and ARM regarding proxy updates dated Dec. 6, 2017 [AMR_SDTX01135317] |
| PX 97 | Email from Mark Stoner to William McMullen and others at BCE regarding potential impairment to KFM value dated Dec. 22, 2017 [BCEM_0035404] |
| PX 98 | Email chain between HPS, ARM and counsel regarding AMH/KFM potential deal revisions dated Jan. 9, 2018 [HPS_00010723] |
| PX 99 | Email chain including Latham & Watkins, Bracewell, ARM, and HPS regarding SRII proxy statement dated Jan. 10, 2018 [HPS_00047059] |
| PX 100 | Email from Bracewell attaching comments on the SRII proxy statement dated Jan. 12, 2018 [HPS_00048975] |
| PX 101 | Alta Mesa Resources, Inc. Goldman Sachs Global Energy Conference 2018 Presentation dated Jan. 2018 [BCEM_0011994] |
| PX 102 | Email from Bracewell signing off for KFM with respect to SRII proxy statement dated Jan. 19, 2018 [BCEM_0138541] |
| PX 103 | Email from Jeff Hostettler proposing that HPS, BCE, and ARM prepare the proxy and presentation materials for filing per the executed contribution agreements dated Jan. 9, 2018 [HPS_00044300] |
| PX 104 | Silver Run Acquisition Corporation II, Schedule 14A Definitive Proxy Statement dated Jan. 19, 2018 [CP-0053] |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX 105 | Emails between HPS and BCE regarding High Mesa waterfall mechanics dated Feb. 1, 2018 [BCEM_0034327] |
| PX 106 | Email from Jim Hackett recommending McMullen not be declared an independent director dated Feb. 8, 2018 [Gutermuth_SDTX0002694] |
| PX 107 | Minutes of the Feb. 12, 2018 Meeting of the Board of Directors of Alta Mesa Resources, Inc. and related materials showing decreased EBITDA projections [AMR_SDTX00000730] |
| PX 108 | Email from Michael Christopher regarding KFM rig assumptions and projections dated Feb. 15, 2018 [ARMEnergy_00061546] |
| PX 109 | Email from William McMullen concerning AMH well results dated Feb. 20, 2018 [BCEM_0033585] |
| PX 110 | Emails among Jeff Hostettler, Piero Russo, and Morgan Dean regarding HPS's Mezz II Realization and Update from the Business Combination dated Feb. 20, 2018 [HPS_00109431] |
| PX 111 | Emails between Jeff Hostettler and Aman Malik regarding HPS's Mezz II Realization and Update from the Business Combination dated Feb. 20, 2018 [HPS_00109429] |
| PX 112 | Emails between Jeff Hostettler and Catherine LaGreca regarding HPS's Mezz II Realization and Update from the Business Combination dated Feb. 20, 2018 [HPS_00109427] |
| PX 113 | Emails between Jeff Hostettler between Ben Pasternack regarding HPS's Mezz II Realization and Update from the Business Combination dated Feb. 20, 2018 [HPS_00109434] |
| PX 114 | Email from William McMullen regarding DrillCo Reserve Report dated Feb. 26, 2018 [BCEM_0033940] |
| PX 115 | Emails between Hal Chappelle and Don Dimitrievich regarding draft press release dated Feb. 26, 2018 [BCEM_0159295] |
| PX 116 | Email from Lance Weaver regarding draft press release reflecting Dimitrievich's suggestion dated Feb. 27, 2018 [AMR_SDTX00945680] |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX 117 | Alta Mesa Resources, Inc. Enercom Dallas 2018 Presentation dated Feb. 2018 [CP-0284] |
| PX 118 | ARM Energy KFM Bonus Distribution Plan Presentation for Board of Managers dated Mar. 19, 2018 [ARMEnergy_00054641] |
| PX 119 | Email from Michael Christopher regarding KFM bonus distribution plan dated Mar. 19, 2018 [ARMEnergy_00054640] |
| PX 120 | Email from AMR personnel requesting information from ARM regarding KFM base case rig utilization scenarios dated Mar. 21, 2018 [AMR_SDTX01693948] |
| PX 121 | Internal ARM emails regarding KFM projections dated Mar. 23, 2018 [ARMEnergy_00054470] |
| PX 122 | Email chain between Mark Stoner and William McMullen regarding reduced KFM third-party rig assumptions dated Mar. 26, 2018 [BCEM_0126564] |
| PX 123 | Email from Michael Christopher regarding KFM projections dated Mar. 26, 2018 [ARMEnergy_00053882] |
| PX 124 | Emails between Garrett Mecke and Michael Christopher regarding KFM projections dated Mar. 26, 2018 [ARMEnergy_00053879] |
| PX 125 | Email from Michael Christopher regarding draft earnings call script and comments concerning the reason for KFM reduced volumes dated Mar. 27, 2018 [ARMEnergy_00053810] |
| PX 126 | Internal Riverstone email chain regarding reduced KFM guidance dated Mar. 26, 2018 [RIVERSTONE_SDTX00320552] |
| PX 127 | Email from William McMullen to Mark Stoner regarding being lied to by HPS and ARM dated Mar. 27, 2018 [BCEM_0086028] |
| PX 128 | Email from David McClure to Hal Chappelle and others regarding draft KFM earnings call script dated Mar. 28, 2018 [AMR_SDTX00998085] |
| PX 129 | Internal Riverstone email discussing its KFM projections being lower than those presented to investors dated Mar. 28, 2018 [RIVERSTONE_SDTX00031995] |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX 130 | Minutes of the Mar. 28, 2018 Meeting of the Board of Directors of Alta Mesa Resources, Inc. [AMR_SDTX00000781] |
| PX 131 | Alta Mesa Resources, Inc Form 10-K dated Mar. 29, 2018 [CP-0158] |
| PX 132 | BCE Fourth Quarter 2017 Report [Gutermuth_SDTX0004746] |
| PX 133 | Press Release titled "Alta Mesa Resources, Inc. Announces Operations Update and 2018 Guidance; 2017 Financial Results for Subsidiary Alta Mesa Holdings, LP," dated Mar. 29, 2018 [CP-0411] |
| PX 134 | Email chain between BCE and Jim Hackett regarding thoughts on the earnings call dated Apr. 3, 2018 [BCEM_0172287] |
| PX 135 | Email from Mark Stoner to Hal Chappelle and others regarding comments on the OGIS deck dated Apr. 6, 2018 [AMR_SDTX00059711] |
| PX 136 | Email chain between Hal Chappelle and Mark Stoner regarding Stoner's feedback on messaging dated Apr. 9, 2018 [AMR_SDTX01232785] |
| PX 137 | Email from Michael Christopher to Craig Collins regarding KFM rig assumptions dated Apr. 16, 2018 [ARMEnergy_00058186] |
| PX 138 | Email from Andrew Koehler to Mark Stoner, William McMullen, and others regarding DrillCo Reserve Report dated Apr. 26, 2018 [BCEM_0137102] |
| PX 139 | Internal HPS email regarding Mezz II Realization & Update from the Business Combination dated May 16, 2018 [HPS_00105865] |
| PX 140 | Organizational Chart of Alta Mesa Entities and High Mesa dated Aug. 6, 2018 [KPMG-AMH-ea2018Q2-0000020] |
| PX 141 | Email from Cyndhia Lasso on behalf of William McMullen to BCE's Limited Partners regarding AMR Second Quarter Review dated Aug. 22, 2018 [BCEM_0032913] |
| PX 142 | BCE Bayou City Overview Presentation dated Sept. 2018 [BCEM_0124039] |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX 143 | Excerpt of BCE Annual Meeting Presentation dated Oct. 2018 [Gutermuth_SDTX0006417] |
| PX 144 | Email from Randy Limbacher to Jim Hackett regarding slide deck discussed with the Alta Mesa team dated Oct. 29, 2018 [RIVERSTONE_SDTX00030265] |
| PX 145 | Email from William McMullen to Don Dimitrievich regarding emergency BOD meeting dated Nov. 14, 2018 [HPS_00007992] |
| PX 146 | Emails from William McMullen to Jim Hackett regarding emergency BOD meeting dated Nov. 14, 2018 [RIVERSTONE_SDTX00545286] |
| PX 147 | Email from Don Dimitrievich to Scot French regarding new management team dated Nov. 27, 2018 [HPS_00095311] |
| PX 148 | Internal BCE email regarding 2017 KFM numbers dated Nov. 30, 2018 [BCEM_0030010] |
| PX 149 | Email from Kirk Clark to Andrew Koehler forwarding BCE well payouts and attachment dated Dec. 6, 2018 [BCEM_0030090-95] |
| PX 150 | Email dated Jan. 5, 2018, attaching Meridian presentation [AMR_SDTX00035983] |
| PX 151 | Meridian AMR Board PowerPoint Presentation (Technical Review Summary) [AMR_SDTX00035985] |
| PX 152 | Operating Transition Services Agreement, dated February 9, 2018, between ARM Energy and KFM that replaced the pre-SPAC Operator Agreement [ARMEnergy_00182825] |
| PX 153 | Email chain between BCE and Jim Hackett regarding standing committee to screen board issues dated Feb. 3, 2019 [BCEM_0081444] |
| PX 154 | Alta Mesa Resources, Inc. Form 8-K dated Feb. 25, 2019 [CP-0070] |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX 155 | Internal BCE emails forwarding BCE letter to investors regarding Alta Mesa Resources dated Apr. 1, 2019 [BCEM_0155279] |
| PX 156 | Excerpt of Alta Mesa Resources, Inc. Form 10-K dated Aug. 26, 2019 [KPMG-AMH-ea2018YERES-0010806] |
| PX 157 | Press Release titled "Alta Mesa Resources and Alta Mesa Holdings File Voluntary Bankruptcy Petition, Announce Leadership Changes," dated Sept. 12, 2019 [AMR_SDTX01672806] |
| PX 158 | Alta Mesa Resources, Inc. Org Chart, excerpt from Proxy created by counsel and used during depositions as CP-0272 |
| PX 159 | Illustrative AMH and Kingfisher Ownership Structure, created by counsel and used during depositions as CP-0271 |
| PX 160 | Defendant ARM's Response to Lead Plaintiffs' Interrogatory No. 2 dated May 18, 2023 |
| PX 161 | Lead Plaintiffs' Second Supplemental Responses and Objections to Defendants HPS and Donald Dimitrievich's First Interrogatories to Lead Plaintiffs (Response to Interrogatory No. 5) |
| PX 162 | Defendant William McMullen's Response to Class Plaintiffs' Request for Admission No. 6 dated Aug. 30, 2023 |
| PX 163 | Expert Report of Charles Whitehead dated Aug. 31, 2023 |
| PX 164 | Email from William McMullen to Troy Thacker regarding pending HighBridge litigation dated Feb. 9, 2018 [BCEM_0172507] |
| PX 165 | Email from Kevin Bourque to Tim Turner and others regarding AMH well spacing tests and type curve performance dated June 6, 2017 [AMR_SDTX00853993] |
| PX 166 | Excerpt of Alta Mesa Resources, Inc. Form 10-Q, for the quarterly period ending March 31, 2018, dated May 21, 2018 [PLAINTIFFS_AMR_00001091] |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX 167 | SEC Website FAQ regarding Management's Report on Internal Control Over Financial Reporting and Certification of Disclosure in Exchange Act Periodic Reports (revised Sept. 24, 2007), retrieved by counsel |
| PX 168 | Bloomberg printout of AMR stock price in February 2018, retrieved by counsel |
| PX 169 | Defendant HPS's Response to Class Plaintiffs' Request for Admission No. 10 dated Aug. 30, 2023 |
| PX 170 | Excerpts of March 7, 2023 Deposition of Donald Dimitrievich |
| PX 171 | Excerpts of March 9, 2023 Deposition of James R. Jackson |
| PX 172 | Excerpts of March 23, 2023 Deposition of Tim Turner |
| PX 173 | Excerpts of March 31, 2023 Deposition of Michael Ellis in the matter of *Dunn vs. Chappelle* (Adv. Pro. No. 21-03909) [AMR_AMHTrusteeProd_00012601] |
| PX 174 | Excerpts of April 3, 2023 Deposition of Michael Ellis |
| PX 175 | Excerpts of April 18, 2023 Deposition of Jeffrey Hostettler |
| PX 176 | Excerpts of April 27, 2023 Deposition of Jim Hackett |
| PX 177 | Excerpts of May 9, 2023 Deposition of William Gutermuth |
| PX 178 | Excerpts of May 18, 2023 Deposition of Craig Collins |
| PX 179 | Excerpts of December 4, 2019 Deposition of Michael Ellis in the matter of *Alta Mesa Holdings, LP et al. vs. Kingfisher Midstream, LLC et al.* (Adv. No. 19-03609) |
| PX 180 | Excerpts of June 6, 2023 Deposition of Michael Christopher |
| PX 181 | Excerpts of June 6, 2023 Deposition of William McMullen |
| PX 182 | Excerpts of June 8, 2023 Deposition of Charles "Bo" Dunne |
| PX 183 | Excerpts of July 7, 2023 Deposition of Mark Castiglione |
| PX 184 | Excerpts of July 28, 2023 Deposition of Harlan Chappelle (Day Two) |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX 185 | Internal ARM email discussing potential response to question about KFM first quarter financials dated Apr. 12, 2017 [ARMEnergy_00001354] |
| PX 186 | Email from Hal Chappelle to Jim Hackett and others regarding SRII Record Date Press Release dated Jan. 22, 2018 [AMR_SDTX01821530] |
| PX 187 | Email from BCE to Hal Chappelle providing comments on draft Q3 operational update with respect to well spacing dated Nov. 14, 2017 [BCEM_0141136] |
| PX 188 | Email from AMR Director of Investor Relations regarding earnings call and attaching presentation dated Nov. 14, 2017 [AMR_SDTX00951934] |
| PX 189 | Email from William McMullen to Jim Hackett regarding KFM map dated Sept. 8, 2017 [BCEM_0173599] |
| PX 190 | Emails from Mark Stoner to Jim Hackett and Hal Chapelle summarizing discussion with Orbis about BCE's experience with AMH via the DrillCo investment dated Nov. 8, 2017 [BCEM_0107143] |
| PX 191 | Email from Michael Christopher to Russell Schneider regarding payment of invoice dated July 17, 2017 [ARMEnergy_00135683] |
| PX 192 | Excerpts of April 19, 2023 Deposition of Harlan Chappelle (Day 1) |
| PX 193 | Excerpts of February 9, 2023 Deposition of David McClure |
| PX 194 | Excerpts of March 24, 2023 Deposition of Ronald Smith |
| PX 195 | Alta Mesa Resources, Inc. Investor Presentation dated Sept. 2017, publicly filed as Ex. 99.1 to Alta Mesa Holdings, LP Form 8-K dated Sept. 14, 2017 |
| PX 196 | Press Release titled "Alta Mesa to Merge with Silver Run Acquisition Corporation II and Kingfisher Midstream to Form a Combined Company Valued at Approximately $3.8 Billion," dated Aug. 17, 2017 [HPS_00085769] |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX 197 | Email from McMullen requesting change to SRII press release dated Aug. 17, 2017 [BCEM_0173925] |
| PX 198 | Email from McMullen requesting additional change to SRII press release dated Aug. 17, 2017 [BCEM_0173934] |
| PX 199 | Excerpt of June 12, 2023 Deposition of Phillip Negron |
| PX 200 | Minutes of the Dec. 26, 2017 Meeting of the Board of Directors of High Mesa Inc. [AMR_SDTX01125620] |
| PX 201 | Minutes of the May 11, 2017 Meeting of the Board of Directors of Alta Mesa Holdings GP, LLC and signature pages [BCEM_0115023] |
| PX 202 | BCE email attaching press release and investor presentation announcing the Business Combination dated Aug. 17, 2017 [BCEM_0165599] |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 21, 2023 in Austin, Texas.

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle

## CERTIFICATE OF SERVICE

I certify that the foregoing has been served under seal via the Court's ECF system, and a copy has been served via email to counsel for all parties on September 21, 2023.

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle
