# PX 1

REDACTED IN ITS ENTIRETY

# PX 2

REDACTED IN ITS ENTIRETY

# PX 3

REDACTED IN ITS ENTIRETY

# PX 4

REDACTED IN ITS ENTIRETY

# PX 5

REDACTED IN ITS ENTIRETY

# PX 6

REDACTED IN ITS ENTIRETY

# PX 7

REDACTED IN ITS ENTIRETY

# PX 8

REDACTED IN ITS ENTIRETY

# PX 9

REDACTED IN ITS ENTIRETY

# PX 10

REDACTED IN ITS ENTIRETY

# PX 11

REDACTED IN ITS ENTIRETY

# PX 12

REDACTED IN ITS ENTIRETY

# PX 13

REDACTED IN ITS ENTIRETY

# PX 14

REDACTED IN ITS ENTIRETY

# PX 15

REDACTED IN ITS ENTIRETY

# PX 16

REDACTED IN ITS ENTIRETY

# PX 17

REDACTED IN ITS ENTIRETY

# PX 18

REDACTED IN ITS ENTIRETY

# PX 19

REDACTED IN ITS ENTIRETY

# PX 20

REDACTED IN ITS ENTIRETY