# PX 21

REDACTED IN ITS ENTIRETY

# PX 22

REDACTED IN ITS ENTIRETY

# PX 23

REDACTED IN ITS ENTIRETY

# PX 24

REDACTED IN ITS ENTIRETY

# PX 25

REDACTED IN ITS ENTIRETY

# PX 26

REDACTED IN ITS ENTIRETY

# PX 27

REDACTED IN ITS ENTIRETY

# PX 28

REDACTED IN ITS ENTIRETY

# PX 29

REDACTED IN ITS ENTIRETY

# PX 30

REDACTED IN ITS ENTIRETY

# PX 31

REDACTED IN ITS ENTIRETY

# PX 32

## REDACTED IN ITS ENTIRETY

# PX 33

## REDACTED IN ITS ENTIRETY

# PX 34

REDACTED IN ITS ENTIRETY

# PX 35

## REDACTED IN ITS ENTIRETY

# PX 36

REDACTED IN ITS ENTIRETY

# PX 37

## REDACTED IN ITS ENTIRETY

# PX 38

REDACTED IN ITS ENTIRETY

# PX 39

REDACTED IN ITS ENTIRETY

# PX 40

REDACTED IN ITS ENTIRETY