# PX 61

## REDACTED IN ITS ENTIRETY

# PX 62

REDACTED IN ITS ENTIRETY

# PX 63

REDACTED IN ITS ENTIRETY

# PX 64

REDACTED IN ITS ENTIRETY

# PX 65

REDACTED IN ITS ENTIRETY

# PX 66

## REDACTED IN ITS ENTIRETY

# PX 67

## REDACTED IN ITS ENTIRETY

# PX 68

## REDACTED IN ITS ENTIRETY

# PX 69

## REDACTED IN ITS ENTIRETY

# PX 70

REDACTED IN ITS ENTIRETY

# PX 71

REDACTED IN ITS ENTIRETY

# PX 72

## REDACTED IN ITS ENTIRETY

# PX 73

REDACTED IN ITS ENTIRETY

# PX 74

## REDACTED IN ITS ENTIRETY

# PX 75

REDACTED IN ITS ENTIRETY

# PX 76

REDACTED IN ITS ENTIRETY

# PX 77

REDACTED IN ITS ENTIRETY

# PX 78

REDACTED IN ITS ENTIRETY

# PX 79

REDACTED IN ITS ENTIRETY

# PX 80

REDACTED IN ITS ENTIRETY