# PX 181

REDACTED IN ITS ENTIRETY

# PX 182

Page 1

1          IN THE UNITED STATES DISTRICT COURT

           FOR THE SOUTHERN DISTRICT OF TEXAS

2                  HOUSTON DIVISION

3

   IN RE ALTA MESA            ) Case No.:

4  RESOURCES, INC.            ) 4:19-cv-00957

   SECURITIES LITIGATION      )

5

6

7

8  **********************************************************

9          ORAL AND VIDEOTAPED DEPOSITION OF

10              CHARLES "BO" DUNNE

11                June 8, 2023

12 **********************************************************

13

14

15         ORAL AND VIDEOTAPED DEPOSITION OF CHARLES "BO"

16 DUNNE, produced as a witness at the instance of the

17 Plaintiffs, and duly sworn, was taken in the

18 above-styled and numbered cause on the 8th day of June,

19 2023, from 9:11 a.m. to 5:23 p.m., via videoconference,

20 before Abigail Guerra, CSR, in and for the State of

21 Texas, reported by machine shorthand, where all

22 attendees appeared via Zoom in their respective

23 locations, pursuant to the Federal Rules of Civil

24 Procedure and the provisions stated on the record or

25 attached hereto.

```
                                                    Page 24
 1        Q.  And did ARM Energy ever provide projections for
 2   Kingfisher for Silver Run or Riverstone?
 3                MR. POLLET:  Object to form.
 4        A.  Did ARM Energy ever provide...
 5                We would have provided something when we
 6   were first introduced to one another about interest in
 7   the transaction.  So that would have been sometime in
 8   early 2017.
 9        Q.  (BY MR. SHER)  Did ARM Energy have its own
10   financial projections for Kingfisher that differed from
11   those in the proxy?
12                MR. POLLET:  Object to form.
13        A.  It could have at certain times.
14        Q.  (BY MR. SHER)  Did ARM Energy's financial
15   projections for Kingfisher differ from those contained
16   in the proxy?
17                MR. POLLET:  Object to form.
18        A.  I don't know.
19        Q.  (BY MR. SHER)  Are -- do you know whether the
20   projections for Kingfisher contained in the proxy are
21   the same as those that ARM Energy provided to Silver Run
22   and Riverstone earlier in 2017?
23                MR. POLLET:  Object to form.
24        A.  No, I do not believe that they are.
25        Q.  (BY MR. SHER)  Would it mean they are not the
```

                                                    Page 29

1    time period?

2         A.   Vice president of finance.

3         Q.   And as vice president of finance, did you have

4    any responsibilities during the 2017/2018 time period

5    related to Kingfisher?

6         A.   I did.

7         Q.   What were those responsibilities?

8         A.   You know, pretty ordinary responsibilities.

9    Financial reporting, you know, capital markets

10   activities, treasury activities, risk management

11   activities.  Basically, those -- those probably four or

12   five key areas.

13        Q.   Did you hold any position at Kingfisher

14   Midstream?

15        A.   No, I did not.

16        Q.   At the early 2017 time period, did Kingfisher

17   Midstream have any of its own employees?

18        A.   No.

19        Q.   Then how was Kingfisher Midstream operated --

20   or by who was it operated?

21        A.   Yes.

22             So Asset Risk Management had a -- it was an

23   administrative management agreement with Kingfisher

24   Midstream where it would second employees of Asset Risk

25   Management to Kingfisher Midstream for, you know,

```
                                              Page 32
 1   closed in February of 2018?
 2       A.  No.
 3               We formed a new entity, KFM Holdco, at one
 4   point.  I think it was prior to -- well, it was prior to
 5   the combination, and I can't -- I think it was to make,
 6   you know, the transaction a little bit more seamless
 7   from a consideration perspective.
 8               There are also might have been some tax
 9   implications.  I don't entirely recall.  But the
10   ownership remained the same and the structure, the
11   underlying structure.
12       Q.  In the period from the start of 2017 through, I
13   want to say, March 30, 2017, did Kingfisher Midstream
14   hold any board of directors meetings?
15       A.  From January to March?
16       Q.  Sorry.  Let's make it simpler.
17               Prior -- prior to March of 2017, did
18   Kingfisher hold board of directors meetings?
19       A.  Yes.
20       Q.  Approximately how often were they held?
21       A.  I think they were more ad hoc, but I would say
22   we probably had one at least every six months.
23       Q.  And prior to March of 2017, do you know who
24   composed or who -- yeah.
25               Who -- who was on the Kingfisher Midstream
```

```
                                              Page 33
1    board of directors?
2         A.  Yes.
3              So it was representatives from HPS.  I
4    believe Don was the manager or designee.  And then from
5    Alta Mesa, it would have been Hal Chappelle and
6    Michael Ellis.  And then at ARM, it was Zach Lee and Gil
7    Burciaga.
8         Q.  Was ARM Energy responsible for preparing
9    updates and other materials for the Kingfisher board of
10   directors?
11        A.  Yes.
12        Q.  Is that true all the way up through the closing
13   of the business combination?
14        A.  Yes.
15        Q.  Prior to the business combination in February
16   of 2018, who was responsible for managing Kingfisher
17   Midstream's bank accounts?
18              MR. POLLET:  Object to form.
19        A.  ARM was responsible for the day to day.
20        Q.  (BY MR. SHER)  You said "day to day."
21              Is there -- there any other type of
22   oversight or management of Kingfisher Midstream's bank
23   accounts prior to February 2018?
24              MR. POLLET:  Object to form.
25        A.  Yes.
```

Page 38

```
 1    growth that we were seeing from our anchor producer,
 2    Alta Mesa, as well as some of the third-party
 3    development activity that we were seeing across the --
 4    across the system.
 5                 So, you know, while you're referring to it
 6    as "bridge financing," I think, at least as I recall, we
 7    were just going back to our sponsor, so to speak, for
 8    additional capital; and it would have been like a, you
 9    know, board request, you know, to continue funding the
10    growth of the business in the buildup.
11         Q.   Around the same time period in late 2016, did
12    Kingfisher start to seek out a strategic transaction?
13         A.   I'm not sure if it was late 2016.
14                 Oh, late 2016?  Yes.  Sorry.  That's --
15    yes, we did.  We -- yeah, we hired JPMorgan and Barclays
16    to explore a sale.
17         Q.   And why at that point in its history was
18    Kingfisher -- why did this -- did they decide to explore
19    a sale?
20         A.   Really, a lot of market characteristics.
21                 So, you know, there was some precedent
22    transactions and other, you know, market tailwinds that
23    at least, you know, from the board's perspective
24    suggested that the company would be in a good place to
25    be monetized.
```

Page 42

1      Q.   What is Paul Williams -- what's his position?

2      A.   He was vice president of business development.

3      Q.   He's an ARM Energy employee?

4      A.   Yes.

5      Q.   Did the Kingfisher board have to approve when

6    ARM Energy entered into a contract with a new customer?

7      A.   Yes.

8      Q.   And was there any change in who was responsible

9    for negotiating with potential new customers between

10   early 2017 and the close of the business combination in

11   February 2018?

12     A.   No.

13     Q.   And was there any change that the board was

14   required to approve when ARM Energy entered into a new

15   contract with a customer between early 2017 and

16   February 2018?

17     A.   No.

18     Q.   In early 2017 and prior to -- sorry.  Strike

19   that.

20          Prior to 2017, did Kingfisher produce or

21   generate financial projections?

22          MR. POLLET:  Object to form.

23     A.   Prior to?  Yes, I think we would have.

24     Q.   (BY MR. SHER)  And what was the purpose of

25   creating financial projections?

1          MR. POLLET:  Object to form.

2     A.  It would have depended on the -- the purpose of

3  the projections.

4     Q.  (BY MR. SHER)  What are some example purposes

5  of why Kingfisher would create projections?

6     A.  Well, you may create projections to have an

7  indication of what your budget should look like.  And

8  within that budget, you may have a range of scenarios.

9  So that may be, you know, a low budget, a mid budget,

10  a -- you know, a higher budget.

11          You may be doing it for debt financing

12  purposes.  In which case, those could be different

13  because you're more sensitive to certain covenant

14  levels, things of that nature.

15          Or you could be doing it for investor

16  purposes.  Meaning, you know, equity financing or M&A.

17          So, you know, each party typically

18  evaluates or focuses on different things.

19     Q.  Did ARM Energy create financial projections for

20  Project Rugby?

21     A.  Yes.  With the assistance of our bankers.

22     Q.  Did the Kingfisher board have to approve those

23  financial projections for Project Rugby?

24          MR. POLLET:  Object to form.

25     A.  I believe so, yeah.

```
                                          Page 63
 1   wouldn't call him, you know, overly challenging to work
 2   with either.
 3        Q.  Okay.  Fair enough.
 4             If you scroll down to Mr. Christopher's
 5   email that started this chain at 10:14:14 p.m. --
 6        A.  Uh-huh.
 7        Q.  -- Michael first writes (as read):  "We're not
 8   contentious meeting with McCabe tonight regarding our
 9   rate for MVC discussion."
10             Do you see that?
11        A.  Uh-huh.
12        Q.  And then he continues (as read):  "They think
13   250/d MVC is way too high."
14             Do you see that?
15        A.  Yep.
16        Q.  What do you understand to mean?
17        A.  That they were discussing a minimum volume
18   commitment of 250,000 a day; and that McCabe, I guess,
19   his feedback to Mike was that it was too high.
20        Q.  Was ARM Energy the one proposing 250 per day?
21             MR. POLLET:  Object to form.
22        A.  I don't recall a specific, you know, threshold
23   that we were proposing.
24             What I recall is we had a rate with Alta
25   Mesa and with -- that was, you know, basically
```

Page 177

1      A.   I do.

2      Q.   And who is Mr. Taylor Tipton?

3      A.   He was the president of ARM Midstream.

4      Q.   What was -- what were his duties as the

5  president of ARM Energy?

6      A.   To, you know, manage the Midstream business,

7  which at the time was Kingfisher Midstream.

8           Well, actually, at the time it was

9  Kingfisher Midstream and Salt Creek Midstream now that I

10 think about it.

11     Q.   What do you mean by "manage"?  Does that kind

12 of -- can you explain a little more?

13     A.   Sure.

14           So he would have been responsible for

15 oversight of, you know, the various functions

16 throughout, you know, the organization.  So from

17 commercial to business development to operations to

18 engineering to construction, and been involved in, you

19 know, any senior-level discussions around, you know,

20 strategies or business plans to create value.

21     Q.   Okay.

22           Here he says (as read):  "Jeff, please find

23 attached a draft of 2018 KFM budget as -- even though we

24 are hopeful to close the Silver Run transaction -- we

25 want to make sure we address the proper protocols in our

# PX 183

REDACTED IN ITS ENTIRETY

# PX 184

## REDACTED IN ITS ENTIRETY

# PX 185

REDACTED IN ITS ENTIRETY

# PX 186

REDACTED IN ITS ENTIRETY

# PX 187

REDACTED IN ITS ENTIRETY

# PX 188

REDACTED IN ITS ENTIRETY

# PX 189

REDACTED IN ITS ENTIRETY

# PX 190

REDACTED IN ITS ENTIRETY

# PX 191

REDACTED IN ITS ENTIRETY

# PX 192

## REDACTED IN ITS ENTIRETY

# PX 193

REDACTED IN ITS ENTIRETY

# PX 194

## REDACTED IN ITS ENTIRETY

# PX 195

EX-99.1 2 d458573dex991.htm EX-99.1

**Exhibit 99.1**

September 2017

# Alta Mesa Resources, Inc.
# Investor Presentation



Exhibit 99.1 September 2017 Alta Mesa Resources, Inc. Investor Presentation



# Disclaimer

**FORWARD-LOOKING STATEMENTS**

The information in this presentation and the oral statements made in connection therewith include "forward-looking statements" within the meaning of Section 27A of the Securities Act and Section 21E of the Securities Exchange Act of 1934, as amended. All statements, other than statements of present or historical fact included in this presentation, regarding Silver Run II's proposed business combination with Alta Mesa Holdings, LP ("Alta Mesa") and Kingfisher Midstream, LLC ("KFM"), Silver Run II's ability to consummate the business combination, the benefits of the business combination and Silver Run II's future financial performance following the business combination, as well as Alta Mesa's and KFM's strategy, future operations, financial position, estimated revenues and losses, projected costs, prospects, plans and objectives of management are forward-looking statements. When used in this presentation, including any oral statements made in connection therewith, the words "could," "should," "will," "may," "believe," "anticipate," "intend," "estimate," "expect," "project," the negative of such terms and other similar expressions are intended to identify forward-looking statements, although not all forward-looking statements contain such identifying words. These forward-looking statements are based on management's current expectations and assumptions about future events and are based on currently available information as to the outcome and timing of future events. Except as otherwise required by applicable law, Silver Run II, Alta Mesa and KFM disclaim any duty to update any forward-looking statements, all of which are expressly qualified by the statements in this section, to reflect events or circumstances after the date of this presentation. Silver Run II cautions you that these forward-looking statements are subject to all of the risks and uncertainties, most of which are difficult to predict and many of which are beyond the control of Silver Run II, Alta Mesa and KFM, incident to the development, production, gathering and sale of oil, natural gas and natural gas liquids. These risks include, but are not limited to, commodity price volatility, low prices for oil and/or natural gas, global economic conditions, inflation, increased operating costs, lack of availability of drilling and production equipment, supplies, services and qualified personnel, processing and pipeline throughput, uncertainties related to new technologies, geographical concentration of Alta Mesa's and KFM's operations, environmental risks, weather risks, security risks, drilling and other operating risks, regulatory changes, the uncertainty inherent in estimating oil and natural gas reserves and in projecting future rates of production, reductions in cash flow, lack of access to capital, Alta Mesa's and KFM's ability to satisfy future cash obligations, restrictions in existing or future debt agreements of Alta Mesa or KFM, the timing of development expenditures, managing Alta Mesa's and KFM's growth and integration of acquisitions, failure to realize expected value creation from property acquisitions, title defects and limited control over non-operated properties. Should one or more of the risks or uncertainties described in this presentation and the oral statements made in connection therewith occur, or should underlying assumptions prove incorrect, Silver Run II's, Alta Mesa's and KFM's actual results and plans could differ materially from those expressed in any forward-looking statements.

**RESERVE INFORMATION**

Reserve engineering is a process of estimating underground accumulations of hydrocarbons that cannot be measured in an exact way. The accuracy of any reserve estimate depends on the quality of available data, the interpretation of such data and price and cost assumptions made by reserve engineers. In addition, the results of drilling, testing and production activities may justify revisions of estimates that were made previously. If significant, such revisions could impact Alta Mesa's strategy and change the schedule of any further production and development drilling. Accordingly, reserve estimates may differ significantly from the quantities of oil and natural gas that are ultimately recovered. Estimated Ultimate Recoveries, or "EURs," refers to estimates of the sum of total gross remaining proved reserves per well as of a given date and cumulative production prior to such given date for developed wells. These quantities do not necessarily constitute or represent reserves as defined by the Securities and Exchange Commission (the "SEC") and are not intended to be representative of anticipated future well results of all wells drilled on Alta Mesa's STACK acreage.

**USE OF PROJECTIONS**

This presentation contains projections for Alta Mesa and KFM, including with respect to their EBITDA, net debt to EBITDA ratio and capital budget, as well as Alta Mesa's production and KFM's volumes, for the fiscal years 2017, 2018 and 2019. Neither Silver Run II's nor Alta Mesa's and KFM's independent auditors or Alta Mesa's independent petroleum engineering firm have audited, reviewed, compiled, or performed any procedures with respect to the projections for the purpose of their inclusion in this presentation, and accordingly, none of them expressed an opinion or provided any other form of assurance with respect thereto for the purpose of this presentation. These projections are for illustrative purposes only and should not be relied upon as being necessarily indicative of future results.

In this presentation, certain of the above-mentioned projected information has been repeated (in each case, with an indication that the information is subject to the qualifications presented herein), for purposes of providing comparisons with historical data. The assumptions and estimates underlying the projected information are inherently uncertain and are subject to a wide variety of significant business, economic and competitive risks and uncertainties that could cause actual results to differ materially from those contained in the projected information. Even if our assumptions and estimates are correct, projections are inherently uncertain due to a number of factors outside our control. Accordingly, there can be no assurance that the projected results are indicative of the future performance of Silver Run II, Alta Mesa or KFM or the combined company after completion of any business combination or that actual results will not differ materially from those presented in the projected information. Inclusion of the projected information in this presentation should not be regarded as a representation by any person that the results contained in the projected information will be achieved.

**USE OF NON-GAAP FINANCIAL MEASURES**

This presentation includes non-GAAP financial measures, including EBITDA and Adjusted EBITDAX of Alta Mesa. Please refer to the Appendix for a reconciliation of Adjusted EBITDAX to net (loss) income, the most comparable GAAP measure. Silver Run II, Alta Mesa and KFM believe EBITDA and Adjusted EBITDAX are useful because they allow Silver Run II, Alta Mesa and KFM to more effectively evaluate their operating performance and compare the results of their operations from period to period and against their peers without regard to financing methods or capital structure. The computations of EBITDA and Adjusted EBITDAX may not be comparable to other similarly titled measures of other companies. Alta Mesa excludes the items listed in the Appendix from net (loss) income in arriving at Adjusted EBITDAX because these amounts can vary substantially from company to company with its industry depending upon accounting methods and book values of assets, capital structures and the method by which the assets were acquired. Adjusted EBITDAX should not be considered as an alternative to, or more meaningful than, net income as determined in accordance with GAAP or as an indicator of Alta Mesa's operating performance or liquidity. Certain items excluded from Adjusted EBITDAX are significant components in understanding and assessing a company's financial performance, such as a company's cost of capital and tax structure, as well as the historic costs of depreciable assets, none of which are components of Adjusted EBITDAX. Alta Mesa's presentation of Adjusted EBITDAX should not be construed as an inference that its results will be unaffected by unusual or non-recurring items.

**INDUSTRY AND MARKET DATA**

This presentation has been prepared by Silver Run II and includes market data and other statistical information from sources believed by Silver Run II, Alta Mesa and KFM to be reliable, including independent industry publications, government publications or other published independent sources. Some data is also based on the good faith estimates of Alta Mesa and KFM, which are derived from their review of internal sources as well as the independent sources described above. Although Silver Run II, Alta Mesa and KFM believe these sources are reliable, they have not independently verified the information and cannot guarantee its accuracy and completeness.

**TRADEMARKS AND TRADE NAMES**

Alta Mesa and KFM own or have rights to various trademarks, service marks and trade names that they use in connection with the operation of their respective businesses. This presentation also contains trademarks, service marks and trade names of third parties, which are the property of their respective owners. The use or display of third parties' trademarks, service marks, trade names or products in this presentation is not intended to, and does not imply, a relationship with Silver Run II, Alta Mesa or KFM, or an endorsement or sponsorship by or of Silver Run II, Alta Mesa or KFM. Solely for convenience, the trademarks, service marks and trade names referred to in this presentation may appear without the ®, TM or SM symbols, but such references are not intended to indicate, in any way, that Alta Mesa or KFM will not assert, to the fullest extent under applicable law, their rights or the right of the applicable licensor to these trademarks and trade names.

2



# Table of Contents

I. Introduction

II. Company Overview

III. Our Upstream Assets

IV. Our Midstream Assets

V. Financial Summary

VI. Valuation and Timeline

Appendix

Multi-Well Pad Drilling

KFM Cryogenic Processing Plant

Table of Contents I. Introduction II. Company Overview III. Our Upstream Assets IV. Our Midstream Assets V. Financial Summary VI. Valuation and Timeline Appendix Multi-Well Pad Drilling KFM [illegible] projected information. Inclusion of the projected information in this presentation should not be regarded as a representation by any person that the results contained in the projected information will be achieved.

# Introduction



Introduction



# Transaction

- Silver Run II has agreed to merge with Alta Mesa and Kingfisher Midstream (collectively renamed Alta Mesa Resources, Inc.), creating a world class energy company with a high-quality, concentrated asset base in the core of the STACK oil play
  - Anticipated closing of transaction in Q4 2017
  - Implied Firm Value of $3.8bn at $10 per share
- This transaction integrates premier upstream and midstream assets developed by a tenured executive team with unmatched complementary experience and track record

### Pro Forma Organizational Structure



Note: Sources & Uses includes estimates of transaction fees, debt at close, and other transaction closing adjustments, and is subject to change.
[1] SPAC capital net of deferred underwriting expense.
[2] Reflects Riverstone and related investment vehicles, and includes $400 million of shares of Class A Common Stock and warrants to be purchased from Silver Run II under the forward purchase agreement dated as of March 17, 2017. Does not include additional $200 million commitment from Riverstone under a forward purchase agreement entered into in connection with the proposed transaction.
[3] Assumes none of legacy Silver Run II owners exercise their stockholder redemption rights and does not give effect to any shares of Class A Common Stock that may be acquired by the Alta Mesa or KFM sellers in connection with certain earn-out provisions in the applicable contribution agreements.

5

Transaction Silver Run II has agreed to merge with Alta Mesa and Kingfisher Midstream (collectively renamed Alta Mesa Resources, Inc.), creating a world class energy company with a high-quality, concentrated asset base in the core of the STACK oil play Anticipated closing of transaction in Q4 2017 Implied Firm Value of $3.8bn at $10 per share This transaction integrates premier upstream and midstream assets developed by a tenured executive team with unmatched complementary experience and track record Pro Forma Organizational Structure Alta Mesa Resources, Inc.: AMR Jim Hackett, Executive Chairman Hal Chappelle, President & CEO Finance & Accounting Upstream Operations Kingfisher Midstream Corporate Development Land Mike McCabe Vice President and CFO Mike Ellis Founder and COO Jim Hackett COO Tim Turner Vice President David Murrell Vice President Note: Sources & Uses includes estimates of transaction fees, debt at close, and other transaction closing adjustments, and is subject to change. 1 SPAC capital net of deferred underwriting expense. 2 Reflects Riverstone and related investment vehicles, and includes $400 million of shares of Class A Common Stock and warrants to be purchased from Silver Run II under the forward purchase agreement dated as of March 17, 2017. Does not include additional $200 million commitment from Riverstone under a forward purchase agreement entered into in connection with the proposed transaction. 3 Assumes none of legacy Silver Run II owners exercise their stockholder redemption rights and does not give effect to any shares of Class A Common Stock that may be acquired by the Alta Mesa or KFM sellers in connection with certain earn-out provisions in the applicable contribution agreements.



# Silver Run II Delivering on Investment Criteria

## Upstream



✓ Economic significantly below current oil price

✓ High margin core basin with low field break-evens, and extensive inventory

✓ Multiple stacked pays

✓ High-quality assets with significant unbooked resource potential

✓ Opportunities to improve costs through technology

✓ Opportunity to expand through technology and acquisitions

## Midstream

✓ Competitively-positioned assets that benefit from strong supply/demand fundamentals

✓ Expansion opportunities in rapidly growing basin

✓ Locked-in base returns through stable fee-based contracts

✓ Assets with return asymmetry from incremental volumes, moderate margin exposure, and/or organic growth projects

✓ Synergy with existing upstream portfolio

**Combined upstream and midstream company allows for significant value uplift from financial optimization**

6

Silver Run II Delivering on Investment Criteria Upstream
Economic significantly ? below current oil price High margin core basin ? with low field break-evens, and extensive inventory ? Multiple stacked pays High-quality assets with ? significant unbooked
Opportunities to improve ? costs through technology Opportunity to expand ? through technology and acquisitions Midstream
Competitively-positioned ? assets that benefit from strong supply/demand fundamentals
Expansion opportunities in ? rapidly growing basin Locked-in base returns through ? stable fee-based contracts Assets with return asymmetry from incremental volumes, ? moderate margin exposure, and/or
Synergy with existing ? upstream portfolio Combined upstream and midstream company allows for significant value uplift from financial optimization



# Pure Play STACK Company
*Premier liquids upstream growth with value-enhancing midstream*

- **World class asset with attractive geology**
  - Highly contiguous ~120,000 net acres with substantial infrastructure in core of STACK
  - Oil-weighted resource with $25/BBL breakeven; >80% single-well rate of return[1]
  - 4,200+[2] gross primary locations; 13,000+ possible through down-spacing and additional zones
- **Top-tier operator with substantial in-basin expertise and highly consistent well results**
  - 200+ horizontal STACK wells drilled across entirety of Kingfisher acreage maximizes confidence in type well EUR
  - Consistency and geographic breadth of well results affirms repeatability
  - Oil-weighted production in early well life maximizes near-term oil-based revenue (first month 2-stream production at 82% oil with 57% of the type well EUR oil produced in the first five years); consistent GOR profile
  - Industry-leading growth potential; 2-year expected EBITDA CAGR of 128%
  - Demonstrated ability to manage a large development program – average of 6 rigs running YTD 2017
  - Robust acquisition pipeline coupled with track record as an aggregator
- **Highly strategic and synergistic midstream subsidiary with Kingfisher Midstream**
  - Flow assurance de-risks production growth
  - Purpose built system designed to accommodate third party volumes – currently 6 contracted customers with approximately 300,000 gross dedicated acres
  - Strategic advantage supporting acquisition of new upstream assets
  - Future opportunity to monetize Kingfisher Midstream through a 2018 IPO, and fund upstream capital needs through proceeds of an IPO, drop downs, and GP / IDR distributions
- **Financial strength and flexibility to execute business plan through the cycle; cash flow positive in 2019**
  - Team has demonstrated the discipline to survive and grow through cyclical downturns

[1] Osage type curves assume 17% royalty burden and $3.2mm D&C well cost. Adjusted for transportation costs paid to KFM. Excludes $1.25 / bbl oil transportation costs. Broker Consensus price deck.
[2] Does not include additional undeveloped locations on ~20,000 net acres recently acquired in the Major County Acquisition.

7



# Transaction Summary

## Sources & Uses ($MM)

| Sources | |
|---|---|
| Legacy Owners' Rollover Equity | $1,993 |
| Silver Run II Cash Investment | 999[1] |
| Riverstone Cash Investment [2] | 600 |
| Total Sources | $3,591 |
| Total Cash Sources | $1,599 |

| Uses | |
|---|---|
| Legacy Owners' Rollover Equity | $1,993 |
| Cash to KFM Owners | 813 |
| Cash to Alta Mesa Balance Sheet & Interim Capex Funding | 786 |
| Total Uses | $3,591 |
| Total Cash Uses | $1,599 |

## Implied Firm Value ($MM)



| | |
|---|---|
| Shares Outstanding | 388.6 |
| Share Price | $10.00 |
| **Equity Value** | **$3,886** |
| Less: Cash | (551) |
| Plus: Debt | 500 |
| **Firm Value** | **$3,836** |



| Transaction Multiples | |
|---|---|
| FV / 2018E EBITDA ($543MM) | 7.1x |
| FV / 2019E EBITDA ($1,019MM) | 3.8x |

## Post-Transaction Ownership[3]



## Ownership at Various Share Prices



■ Legacy Alta Mesa Owners   ■ KFM Owners   ■ Riverstone   ■ Legacy SRII Owners

*Minimal dilution to investors even when full earnout is realized*

Note: Sources & Uses includes estimates of transaction fees, debt at close, and other transaction closing adjustments, and is subject to change.
[1] SPAC capital net of deferred underwriting expense.
[2] Reflects Riverstone and related investment vehicles, and includes $400 million of shares of Class A Common Stock and warrants to be purchased from Silver Run II under the forward purchase agreement dated as of March 17, 2017. Does not include additional $200 million commitment from Riverstone under a forward purchase agreement entered into in connection with the proposed transaction.
[3] Assumes none of legacy Silver Run II owners exercise their stockholder redemption rights and does not give effect to any shares of Class A Common Stock that may be acquired by the Alta Mesa or KFM sellers in connection with certain earn-out provisions in the applicable contribution agreements.

8



## Transaction Multiple Summary



[1] Alta Mesa peer set includes MTDR, DVN, XEC, LPI, RSPP, CLR, CPE, NFX. KFM peer set includes HESM, EQM, AM, NBLX. AMR peer set includes MTDR, DVN, XEC, LPI, RSPP, CLR, CPE, NFX, HESM, EQM, AM, NBLX, AR, EQT, CNX.
[2] Excludes equity promote.
[3] Debt-Adjusted 2019E Firm Value adjusts for forecasted cumulative outspend from 2H 2017-YE 2019. AMR adjusted Firm Value adjusts for forecasted cumulative outspend from current until close 2017 until YE 2019.

9

Transaction Multiple Summary Firm Value / 2018E EBITDA1 Firm Value / 2019E EBITDA1 7.4x 6.1x 6Jx 2 Mesa 3.1x Alta Mesa Peer Median Alta Mesa Peer Median

# Company Overview



Company Overview



# Alta Mesa Resources
*Focused on development and acquisition in the STACK*

## Upstream Metrics

| | |
|---|---|
| Net STACK Surface Acres | ~120,000 |
| Current Production (BOE/D) | ~20,000 |
| % Liquids | 69% |
| Resource Potential (MMBOE)[1] | >1,000 |
| Breakeven Oil Price, $/BBL WTI | <$30 |
| Single-well IRR | >80% |
| Estimated Potential Gross Identified Locations[1] | 4,196 |
| Operated STACK Hz. Wells Producing / Operated STACK Hz. Wells Drilled[3] | 167 / 205 |
| 2017 YTD Average Rigs | 6 |

## Midstream Metrics

| | |
|---|---|
| Natural Gas Processing Current / YE 2017 | 60 / 350[4] MMCF/D |
| Pipelines | 300+ miles |
| Dedicated Acreage | ~300,000 gross acres |
| Storage Capacity | 50 MBBL with 6 loading LACTs[5] |

## Contiguous Core Position in STACK Oil Window



Source: Public Filings, Investor Relations.
Note: All reserve figures per NYMEX strip pricing as of 12/31/2016 close; represents acreage as of 7/20/2017.
[1] Does not include additional resource potential or undeveloped locations on ~20,000 net acres recently acquired in the Major County Acquisition.
[2] Includes additional locations from downspacing in the Oswego, Meramec, Lower and Upper Osage formations as well as additional locations in the Big Lime, Cherokee, Manning, Chester, Woodford and Hunton formations.
[3] Horizontal wells drilled as of 8/14/17
[4] Includes 90 MMCF/D offtake processing contracted 3Q 2017.
[5] Lease Automatic Custody Transfer units.

11



# Optimization, Delineation and Expansion
*Systematic horizontal development and growth of contiguous acreage*



Optimization ,Delineation and Expansion Systematic horizontal development and growth of contiguous acreage 1992 - 2013 Major Garfield blaine kingfisher candian 1992-2013 wells alta mesa acreage 2014 - 2015 Major Garfield Blaine Kingfisher Canadian 2014 and 2015 Wells Alta Mesa Acreage 2016 & 2017 Plan Major Garfield Blaine Kingfisher Canadian Existing KFM Plant Compressor Station 2017 Development Plan Wells Kingfisher Midstream System Alta Mesa Acreage 40,000+ Net Acres 73,000+ Net Acres 120,000+ Net Acres 1987 Founded by Mike Ellis with ~$200K 1991 Initial Sooner Trend acreage acquired from Conoco/Exxon/Texaco-operated units 2007-2012 Drilled 27 vertical stratigraphic delineation wells within legacy acreage; defined robust Osage prospectivity in vertical wells Spud first two operated HZ STACK wells in December 2012 2013 Progressed through first completion designs (Gen 1.0 and Gen 1.5) 2014-2015 Commenced aggressive STACK leasing/acquisition and accelerated STACK development, increasing from 4 operated rigs (37% of capex budget) to 70% of total capex budget Built STACK acreage from 40K to 70K+ acres through bolt-on acquisitions 2016 Production reached ~20 MBOE/D Drilled 100th STACK HZ well & first Gen 2.5 well DrillCo JV started, accelerated STACK drilling with 5 operated rigs Phase I of Kingfisher Midstream completed, with 60 MMCF/D processing plant, crude and gas gathering, transmission pipelines, 50,000 BBL/D crude terminal, and field compression 2017 Increased to 6 STACK operated rigs (95% of capex budget) Phase II of KFM expected to be complete, which includes 200MMCF/D cryo plant expansion, gas gathering pipelines, field compression and high-pressure gas transmission pipelines



# High Caliber STACK Operating Team
*Cohesive, tenured, scalable team producing world class results*

| Name | Position | Years at AMR | Years Experience |
|------|----------|--------------|------------------|
| Hal Chappelle | President and CEO | 13 | 30+ |
| Mike Ellis | Founder and Chief Operating Officer | 30 | 30+ |
| Mike McCabe | VP and Chief Financial Officer | 11 | 25+ |
| Gene Cole | VP and Chief Technical Officer | 10 | 25+ |
| Kevin Bourque | VP, Mid Continent Operations | 10 | 20+ |
| David McClure | VP, Facilities and Midstream | 7 | 15+ |
| Tim Turner | VP, Corporate Development | 4 | 30+ |
| Dave Smith | VP, Geology, Geophysics & Exploration | 18 | 30+ |
| Ron Smith | VP and Chief Accounting Officer | 10 | 30+ |
| David Murrell | VP, Land | 10 | 25+ |

**Jim Hackett (former Anadarko CEO) to serve as Executive Chairman and Midstream COO**

**Robust Capabilities, Organizational Scale, Public Company Processes to Drive Long-Term Success**

| **Operations** (60 Employees) (40 Contractors) | **Engineering & Geology** (45 Employees) | **Land** (25 Employees) | **Corporate / Finance & Accounting** (50 Employees) |
|---|---|---|---|

13

# Progressive Execution
## *Track record of growth in production, reserves, leasehold*

**Net STACK Acreage**



**Total Net Production (MBOE/D)[1]**

**NYMEX Proved Reserves (MMBOE)[2]**

**Alta Mesa Footprint**



- Acreage has grown from ~40,000 net acres to ~120,000 net acres since 2013

- Disciplined acreage aggregation focused primarily on "bolt-on" acquisitions to systematically increase contiguous position

- July 2017 added ~20,000 net acres in Major, Blaine, and Kingfisher; geologic character similar to central-eastern Kingfisher acreage

Source: Company data, Public Filings, IHS Herolds, RigData.
[1] Inclusive of Net Production from Bayou City JV. 2012 and 2013 data reflects occurrence date and not accounting date LOS, due to the reasoning that occurrence date method incorporated a change in NGL accounting, whereas accounting date LOS does not.
[2] Proved reserves based on NYMEX pricing. YE 2016 proved reserves as of 12/31/2016 close. 129.6 MMBOE YE 2016 proved reserves on SEC pricing.

14

https://www.sec.gov/Archives/edgar/data/1690769/000119312517284939/d458573dex991.htm     14/71



# Strong Economic Fundamentals
*High quality rock and robust rig activity drive compelling returns*

### Major U.S. Oil Plays – Breakeven Prices ($/BBL)[1]



### Alta Mesa Type Well IRR[3]

### KFM Acreage Dedications / Resource Allocations Breakdown[5]

('000 of gross acres)



### KFM Gas Inlet Volumes by Producer (MMCF/D)

Source: BakerHughes, Wall Street Research.
[1] Based on 15% IRR hurdle. Assumes gas price deck of 2017: $3.10/mcf, 2018: $2.99/mcf, 2019: $2.83/mcf, 2020: $2.82/mcf, thereafter: $2.83/mcf.
[2] AMR breakeven price company prepared. Based on AMR 651 MBOE mean type curve.
[3] Osage type curves assume 17% royalty burden and $3.2mm D&C well cost. Adjusted for transportation costs paid to KFM. Excludes $1.25 / bbl oil transportation costs.
[4] Assumes Broker Consensus Price Deck (2017: $51.16/bbl / $3.16/mcf, 2018: $54.90/bbl / $3.14/mcf, 2019: $58.00/bbl / $3.05/mcf and held flat thereafter).
[5] Not inclusive of producer customers' entire gross acreage position; additional gross acreage proximate to KFM available for gathering and processing services. Includes additional acreage to come and/or under negotiation.
[6] Percentage of Existing Infrastructure shown.

15



# KFM is Value Accretive to Alta Mesa
*Vertical integration yields substantial strategic and financial benefits*

| | |
|---|---|
| **Rapidly Expanding G&P Complex in the Heart of the STACK** | • KFM is positioned to capture volume growth from the STACK<br>• Acreage dedications / resource allocations of ~300,000 gross acres |
| **Gathering, Processing and Market Access Support Production** | • Total processing capacity is expected to be 350 MMCF/D in 4Q 2017, including 90 MMCF/D of additional offtake<br>• Substantial firm transport to support future growth |
| **Bundled Natural Gas Residue Solution Enhances Marketability** | • KFM capable of providing takeaway solutions to end-markets today<br>• KFM has secured firm takeaway capacity on PEPL and OGT |
| **Competitive Advantage in Acquisitions** | • KFM well positioned to serve other operators; major gas pipeline projects recently announced by others are more costly and less timely<br>• Modern processing recoveries and priority residue access to premium markets should result in higher netbacks |
| **KFM's Expansion Offers Complementary, High-Growth Development Project** | • Expansion focused on the next stage of STACK development<br>• Anchored by Alta Mesa acreage<br>• Limited G&P infrastructure provides opportunity for KFM expansion<br>• KFM involved in negotiations with anchor customers |
| **Midstream Business Can Support Future Capital Needs** | • Future opportunity to monetize KFM and fund upstream capital needs through an MLP IPO, drop downs, and GP / IDR distributions<br>• Volumetric growth from third-party development provides upside<br>• Attractive trading multiples and GP/IDR optionality / currency |

16



# Market Multiples for Midstream Higher than Upstream
*Alta Mesa owners to capture GP / IDR cash flow / multiple arbitrage*

**Illustrative Value Accretion from GP Structure**

- Potential to continue to benefit from cash flows through retained LP, GP, and IDR ownership interest

**Illustrative Midstream Value Creation ($MM)[1]**





- Likely valuation uplift (multiple arbitrage vs. traditional peer group)

**Valuation Arbitrage**



[1] Illustrative KFM future value expansion assuming KFM 2019E EBITDA of $318mm.

17

Alta Mesa's Conservative Approach Assumption Commentary Gen 2.0 ~650 MBOE Upstream Projections based on Gen 2.0 type curve type curve vs. Gen Production / Type Gen 2.5 drill & complete AFE [illegible] 2017 Supporting counties with a severely underserved G&P market 51.5 rigs in 2018 Expanded PE companies will be looking for growth / exits and will need 52.5 rigs in 2019 Midstream System takeaway that only KFM can provide

18

Our Strategic Vision: Premier STACK Operator Disciplined Execution Alta Mesa Position in Expanding STACK/MERGE/SCOOP Area Optimize returns on existing assets through technology and continuous learning Minimize operating costs by leveraging infrastructure and operating team Delineate and develop established productive zones Big Lime, Manning, Cherokee sands, Woodford, Hunton Develop KFM to support upstream business, capture third party revenue Expand STACK Position Focus on the accretive acquisition of high quality acreage Apply operational expertise to underperforming assets Leverage Competitive Strengths Maintain fortress balance sheet to provide flexibility and optionality Support development, acquisitions and third party business with strategic midstream operation Integrated midstream will provide continuous valuation uplift woods alfalfa grant woodward expanding stack major Garfield dewey blaine stack core custer canadian woodford Washita caddo kiowa caddo merge grady

Note: Wells drilled map as of August 2017. 19

Our Upstream Assets



# Significant Activity in Alta Mesa "Neighborhood"
### Prominent operators active in Updip Oil Window adjoining Alta Mesa



Source: IHS Enerdeq, HPDI.
Note: Represents a combination of current and recent rig activity.
[1] Operators with 2 rigs or fewer running.

21



# Sooner Trend Petroleum System
*Ideal for horizontal development in multiple horizons*

### Oklahoma Oil & Gas Fields



- Significant system of petroleum reservoirs in eastern Anadarko, defined by 1000s of vertical wells
- Natural fracturing extensive, east-west orientation of near-vertical fractures intensifies near Nemaha Fault
- Osage/Meramec co-produce in ~500 ft thick section
  - ✓ average 35 MMBO oil in place in our footprint
  - ✓ favorable rock properties in siliceous Osage and silty/shaly Meramec limestones extend across Sooner Trend in Kingfisher & Major counties
- Oswego/Big Lime ~120 ft fractured oolitic limestone
- Manning ~90 ft fractured limestone / limy sandstone
- Woodford Shale 50-150 ft

### Simplified Stratigraphy of Major STACK Targets in Kingfisher County



22

Sooner Trend Petroleum System Ideal for horizontal development in multiple horizons Oklahoma Oil & Gas Fields Significant system of petroleum reservoirs in eastern Anadarko, defined by 1000s of vertical wells Natural fracturing extensive, east-west orientation of near-vertical fractures intensifies near Nemaha Fault Osage/Meramec co-produce in ~500 ft thick section average 35 MMBO oil in place in our footprint favorable rock properties in siliceous Osage and silty/shaly Meramec limestones extend across Sooner Trend in Kingfisher & Major counties Oswego/Big Lime ~120 ft fractured oolitic limestone Manning ~90 ft fractured limestone / limy sandstone Woodford Shale STACK PLAY TESTED HORIZONTAL TARGETS Cross Section Location Map Simplified Stratigraphy of Major STACK Targets in Kingfisher County SW NE Penn Updip Oil Window Oswego Pre-Pennsylvanian Unconformity Chester Shale Meramec Osage Mississippian Woodford Shale Hunton Sylvan Shale Kingfisher County Osage/Meramec True Dip 1 degree SW

Solid Results Affirm De-Risked Acreage Position Representative wells across 11 townships Notable 2017 Alta Mesa Wells Lateral EUR EUR/'000 IP90 IP90 IP90/'000 Well Target IP30 (BOE/D) Well

[illegible]

Wells Horizontal Wells Notable 2017 Wells Updip Oil Oil Volatile Oil Wet Gas Filed wide Units Alta Mesa Acreage Osage Structure Nemaha Ridge Uplift

Top Cumulative Oil Producing STACK Wells Alta Mesa wells among top producers 1 Selected Permian Operator Producing Osage/Meramec/Oswego STACK Public Operator Producing Wells (2012-2Q [illegible] September 2017. 24 4 Top Osage/Meramec wells (excluding Oswego and Mississippian Lime) in Updip Oil and Oil window based on 60-Day Cumulative Oil Production (BBLS) per 1,000 Ft. of Lateral.

Progressive Increase in Completion Intensity Alta Mesa leadership in operational advancements Completion Summary By Generation Type Curve Gen 2.0 Alta Mesa has proactively advanced completion designs with each 100 generation leading to improved well response and economics. 90 Number of stages increases with each generation as stage spacing decreases 70 60 Average sand per stage has increased with each generation Production 50 Total fluid per stage increases with each generation 40 30 Continuously optimizing completions designs through reduced frac stage spacing for increased formation stimulation Cumulative 20 Flowback Rate-Controlled Periods 0 0 6 12 18 Production Month Design Parameters Gen 1.0 Gen 1.5 Gen 2.0 Gen 2.5 Current Future EUR by Generation 2 Avg Frac Stages 12 18 24 32 35 MBO MBOE Avg. Stage Spacing (ft) 340 256 194 150 130 Slickwater Avg Total (BBLS/Ft) Avg Sand Total Avg (Lbs/Ft) Flow Design Type Slickwater Slickwater Slickwater Slickwater Slickwater 149 183 250 303 71 Packers Type Improvement 47% Frac Design Sleeve Packer Sleeve Hybrid Plug/Perf Plug/Perf Plug/Perf Further Mechanical Hybrid Swell Swell Average Generation 1.0 Generation 1.5 Generation 2.5 Beyond Generation 1.0 Type Curve Type Curve Generation 2.0 Well Count 660' spacing in a high completed as of 8/16/17 2. Based on Ryder Scott-audited Reserve Report. Excludes 2 wells with circumstances that will not be repeated due to unacceptable results: i) 4 wells with porosity area; ii) 3 child wells drilled between 2 parent wells without injecting 25 water into the parent wells prior to frac, iii) 1 well which were shut in for more than 90 days after frac, iv) 1 well that fraced into a vertical well and the vertical well was not plugged in the Osage/Meramec.

High Early-Period Oil Cut Drives Value Consistent Meramec/Osage GOR behavior Oil-Weighting Over Time Approximately 73% of the oil, 58% of the natural gas liquids, and 58% of the natural gas are produced in the first five years thereby enhancing the early revenue per unit and the resulting economics. The GOR increases over time from approximately 1 MCF/BBL to approximately 5 MCF/BBL at one year to approximately 10 MCF/BBL at 5 years. This same behavior is exhibited by historical vertical wells In month one 2-stream production from the well is 82% oil and 3-stream production is 85% liquids In year one, 2-stream production from the well is 66% oil and 3-stream production is 70% liquids The well breaches the 2-stream 50% oil point near the end of year 2 and 3-stream production remains above 50% liquids for the life of the well. Projected Oil and Liquids Content1 Average GOR Behavior1 CUM OIL % Oil % Liquids CUM MMCF GOR Source: Ryder Scott-audited Reserve Report, Company data. 1 LNU17N06W02A Miss well (Ryder Scott-audited Reserve Report). 26

Low Cost Operator Peer leader in operating cost and capital efficiency Recycle Ratio1 Illustrative KFM 4.0x Margin Uplift 3.4x 3.2x 3.1x 1.8x 1.7x 3.7x 1.1x 0.8x CLR AMR FANG PE RSPP XEC NFX MRO DVN $1.60 Future Development Cost Per Proved Undeveloped BOE ($ / BOE)2 Q1 2017 LTM LOE ($ / BOE)4 $24.21 $6.39 $4.98 $5.10 $4.81 $13.78 $3.66 $3.70 $5.87 $3.58 $9.37 $10.02 $8.53 $7.06 $6.93 $3.57 AMR XEC CLR PE FANG RSPP EX MRO DVN XEC NFX CLR AMR PE MRO RSPP FANG DVN Alta Mesa STACK Peers Permian Peers Source: Public Filings as of 4Q 2016 1 Calculated as 4Q16 unhedged EBITDAX/BOE divided by organic F&D. Includes Q4 acquired NCI wells in calculation. Organic F&D defined as Future Development Costs/PUD volumes per SEC filings and excludes reserves added through acquisitions. 2 Calculated as future development costs divided by proved undeveloped reserves. Shown as of 12/31/2016. 3 MRO and DVN PUD F&D evaluated based on US assets only. 4 Does not include gathering & transportation. 5 LTM 3/31/2017 excluding legacy vertical and waterflood-related production. 27

Cost-Advantaged Asset Base Infrastructure and basic well design mitigate cost inflation Advantage Why It Matters Gross D&C1 ($MM) 1 Lat. Length: 4.8k 4.8k 4.8k 5.0k 4.8k 5.0k 9.6k 9.8k 9.6k 10.0k 1 $ [illegible]

Lateral Feet Actual D&C Target Pattern Test D&C $1,359 $1,074 $940 $720 $713 $729 $667 2012 2013 2014 2015 2016 Current AFE Target Pad Drilling 1 AMR Pad Drilling D&C only and does not include $500k of allocated facilities cost. 28

STACK Development

Moving into development mode on de-risked Kingfisher acreage Base Case Development Concept 2017 Development Plan Oswego/ Big Limeft 150 1,500' 1,500' ft 1,500' 450 Meramec 750' 750' Osage 750' 750' 750' 550' 1,500' 1,500' 750' 1,500' 750' 750' 750' 750' Alta Mesa Development Strategy Near-term development plan focuses on continued optimization of frac stage spacing, transitioning to development mode, delineating Oswego performance, and accelerating infrastructure investments Delineate and de-risk recently acquired Major County Acquisition acreage Oil wells in inventory are planned as single-section laterals 2017 Development Plan Wells Transition to primarily pattern development in 2017 Alta Mesa Acreage Average of 6 rigs running YTD 2017 29 Major Garfield blaine kingfisher candian

Alta Mesa Spacing Design Consistent with STACK/Perm Spacing tests gives confidence in base case Summary Observations • Base case design reflects over 4,000 locations and is consistent with spacing of peer companies in the STACK and Permian basins • 12 • 14 Source: OK Corporation Commission, public disclosures from investor presentations and industry conferences. Peers are represented by Chesapeake, Cimarex, Continental, Devon and NewField. 3D

STACK: A Significant Petroleum System Additional development potential in multiple stacked pay zones Alta Mesa Existing Development Existing spacing tests at 660' show full development potential; 660' spacing tests have more than 200 days of online production Over 800 days of strong well performance at spacing of 1,320' Three target zones in Osage/Meramec which represents a continuous 350' section and one additional in Oswego Additional Zones Eight zones have proven hydrocarbon production from vertical wells Chester Shale offers added potential AMR and others have already drilled successful Oswego, Meramec, Osage, Woodford, and Hunton horizontal wells Additional formations, including Big Lime and Red Fork, have horizontal permits and strong vertical production Drilling days expected to remain similar across the various formations AMR drilling Manning Limestone in 2017 Potential 55 Wells per Section Type Log Down- Additional Formation Targeted Total Spacing Formations Big Lime 4 4 Oswego 4 4 Cherokee Shale Prue Sand 4 4 Skinner Sand Red Fork Sand Manning Lime 4 4 Chester Shale 4 4 Meramec 4 4 8 4 3 7 Osage 4 4 8 Woodford Shale 8 8 Hunton Lime 4 4 Total 14 13 28 55 Note: Actual Alta Mesa log above displays productive formations.

31

Deep Drilling Inventory >4,000 Identified Gross Locations represent 14+ years of inventory Alta Mesa's >4,000 Identified Gross Drilling Locations are the primary focus of the near-term development plan

Kingfisher Current Additional Major/Blaine Major/Blaine Other Additional Total Potential Downspacing Downspacing to Identified and Formations Osage/Meramec Osage/Meramec Formations Locations Osage Meramec Oswego Big Mine Manning Hunton Woodford Other Note: Identified locations based on AMR interest in 320 ... and Oswego to 4 WPS (516

locations). 2 Additional downspacing of Osage to 15 WPS (1,288 locations) and Meramec to 8 WPS (954 locations). 3 Other Formations include Cherokee and Chester.

32

Asset Value of AMR's STACK Position

Locations before downspacing ... focus of the near-term development plan $1,564 $5,752 ($307) $199 $54 $1,260 $2,566 $417 PDP Osage Meramec Oswego DrillCo

KFM Margin Net Debt and Base Wells ... Other ... Net Asset Adjustments Value ... Area of Focus Value ($MM) Manning ... Kingfisher Downspacing ... Upside KFM Margin Uplift ... Big Lime

Assumes Broker Consensus Price Deck (2017: $51.16/bbl / $3.16/mcf; 2018: ...) ... transportation costs ... KFM Margin Uplift ... Assumes

... Major/Blaine value assumes 8 Mississippian base WPS, 4 Mississippian infill WPS, and 2 WPS in additional formations

2 Low risk downspacing of Osage to 11 WPS (966 locations), Meramec to 5 WPS (318 locations), and Oswego to 4 WPS (516 locations).

3 Additional downspacing of Osage to ... WPS ... and Meramec to 8 WPS ... 4 Assumes KFM Margin uplift applied proportionately to Manning and Major/Blaine county development opportunity.

5 Adjusts for net debt, hedges, pipeline, facilities and other capex, and G&A. Assumes 2018E Upstream G&A capitalized at 7.5x. Assumes pro forma net debt at transaction close based on Alta Mesa Q2 2017 revolver balance outstanding.

Near-Term Consolidation Opportunity

Play is expanding and significant acreage could change hands Lipscomb woodward woods alfalfa Garfield ellis dewey blaine hemphill roger mills custer Canadian Oklahoma Canadian Washita caddo grady

Cleveland mcclain Natural Ridge Alta mesa acreage Actionable acreage Private equity backed private company (~2.1 MM gross acres) public company (~0.5 MM gross acres) Public company/ private equity backed private company overlap Alta mesa overlap

59

Our Midstream Assets

Kingfisher Midstream Overview Acreage Dedications Cushing ~60 mi. KFM Overview – Current natural gas processing of 60 MMCF/D – Year-end processing capacity of 350 MMCF/D includes 90 MMCF/D offtake processing – Over 300+ miles of pipelines, with another ~68 miles under construction – 300,000 gross dedicated acreage from Alta Mesa and third parties – 50 MBBL of storage capacity – Over 7,000 gross locations associated with customers KFM Estimates ($MM) 2017E 2018E 2019E Existing Infrastructure Expansion Alta Mesa & Third Party Throughput (MMCF/D) 2017E 2018E 2019E Alta Mesa Third Party (Existing) Third Party (Expansion) Alta Mesa & Third Party Rig Count 31.3 32.5 18.5 9.0 9.0 3.7 12.5 12.5 8.8 6.0 10.0 11.0 2017E 2018E 2019E Alta Mesa Third Party (Existing) Third Party (Expansion) 36 Note: Represents multiple lines in ditch.

Complete Midstream Operation Processing, Pipelines, Compression, Other Infrastructure Cushing ~60 mi. Natural Gas • Current processing capacity of 60 MMCF/D Processing • Second 200 MMCF/D plant under construction • 90 MMCF/D offtake processing Law • 223 miles of low-pressure crude and gas gathering lines Pressure Pipeline - Natural gas gathering 6"-16" pipeline - Crude gathering 4"-8" pipeline High Pressure Pipeline • 8 miles of 4" to 16" rich gas transportation pipeline - Average operating pressure of 1,000 psig and piggable • 4 miles of residue gas pipeline with 250 MMCF/D of capacity to EPTP • 3 miles of 16" residue gas pipeline connecting RLM to OGT in service October 2017 • 4 miles of Y-grade pipeline with 10,000 BBL/D capacity to Chisholm pipeline Compression • Field Compression Facilities - 3 CAT 3516s at Lincoln South Location (4,140 total horse power) - 3 CAT 3516s at WSORL Location (4,140 total horse power) - 1 CAT 3516, 1 CAT 3606 at Garfield Compressor Site - 1 CAT 3508 at Snowden Compressor Site - 1 CAT 3516 at West Kingfisher Compressor Site - 1 CAT 3508 at Great Divide Compressor Site • Inlet Compression – 6x CAT 3606s (10,650 total horse power) • Residue Compression – 3x CAT 3516s (4,140 total horse power) Other • 50,000 BBL crude storage with 6 truck loading LACTs Infrastructure • 3 NGL bullet tanks, 90,000 gallon capacity • 1,200 BBL/D condensate stabilizer Producer • 54 central delivery point receipt connections serve Connections 188 units Note: Represents multiple lines in ditch. 1 Includes 16 miles under construction 2 Includes 20 miles under construction 57

Market Access Optionality Pipeline Description Current Takeaway Capacity Expansion Projects Commentary Natural Connected to PEPL owned and 100,000/day FT on PEPL for KFM in discussion Gas

connect to OGT in Q1 2017 100,000 Dth/d for 10 agreements insuring that KFM producer years customers can flow out of the basin OGT services local Oklahoma gas demand, but via an expansion will

capacity rates are low compared to new

begin to deliver gas to WAHA at rates that will be needed to solidify new Q2 2018 capacity out of the basin creating better

to tie Connected to P66's Chisolm Y-grade

crushing provides market connection options optionality between in-state and the Gulf Coast refineries. No long terms commitments provide KFM the option to build out long-haul crude pipelines enhancing

drop down inventory 38

Strong Producer Commercial Commitments Customer Acreage Positions Contracted Customers 14 year remaining term on fixed-fee natural gas and crude agreement 9 year remaining term on fixed-fee natural gas agreement 9 year remaining term on fixed-fee and POP natural gas agreement Life of Lease – fixed-fee natural gas agreement 10 year remaining term on fixed-fee and POP natural gas agreement 15 year remaining term on fixed-fee natural gas agreement Note: Above represents committed acreage to KFM as well as gross acres surrounding existing agreements. 39

System Expansion Underway Neighboring operators provide future upstream and midstream consolidation opportunities • Recent Major/Blaine County acquisition by Alta Mesa adds catalyst of ~20,000 dedicated acreage • Other operator activity in the Western STACK reflects compelling economics driving producer interest and investment • KFM has identified and plans to capitalize on this midstream opportunity and is rapidly commercializing this growth initiative • KFM is in the process of securing acreage dedications and other resource allocations in the Western STACK Active Rigs Future Planned Expansion Existing KFM Plant Compressor Station KFM System Alta Mesa Acreage Existing Southern Infra. Existing Northern Infra. 40

Financial Summary

Financial Strategy & Pro Forma Financial Impacts Demonstrated trajectory to positive free cash flow with near-term development funded with transaction proceeds Significant Secure robust liquidity to fund [illegible] 2 Current revolving credit facility balance as of 8/10/2017 does not include approximately $5mm of letters of credit. 3 Change of control not triggered for 2024 Senior Notes upon execution of transaction. 42

43 2017 Capital Budget and Hedge Position Commentary Alta Mesa Alta Mesa's 2017 net capital budget is estimated to be $349MM, ~11% higher than capital expenditures of $316MM in 2016 Alta Mesa [illegible] proved-developed and prompt-year production. Currently hedge WTI (oil), Henry Hub (gas), Conway (propane), and Mid-Con gas basis. 1 Does not include Bayou City Energy JV. 43

Summary Financial Projections ($ in millions unless otherwise noted) 1 Average Net Daily Production (BOE/D) EBITDA(X) Capital Expenditures (excl. DrillCo Funds) $925 68,900 $1,019 $171 $785 $63

funding for interim cash needs until closing and KFM revolving credit facility. Assumes combined FCF deficit of ($118) mm from current until year-end 2017. 44 3 Average 2017 YTD rigs. 44

KFM Financial Overview: Detailed Capital Expenditures by Phase Existing Infrastructure (SMM) 2016 2016 2016 2016 Pre-Foelora $10 $130 $30 Pipeline & Well Connects $2, $3, $37 Compression Principal Payments 0 10 13 Compression Lease Interest Expense 0 2 4 Total $87 $99 $135 Existing

Valuation and Timeline

Upstream Valuation Benchmarking ($ in millions unless otherwise noted) Firm Value / 2018E EBITDA Firm Value / 2019E EBITDA 8.0x 7.8x 7.8x 7.5x 7.3x 7.2x 6.8x 6.3x 6.3x 6.2x 6.2x 6.1x 5.8x 6.0x

[illegible]

unless otherwise noted. 2 PDP value adjusted at $15,000 / BOE/D. 3 Alta Mesa PDP value assumes Broker Consensus Price Deck (2017: $51.16/bbl / $3.16/mcf, 2018: $54.90/bbl / $3.14/mcf, 2019: $58.00/bbl / $3.05/mcf and held flat thereafter). Excluding the Major County acreage, our adjusted $ / net acre is $17,158 / acre. 4 (

Benchmarking KFM Against High Growth G&P Peers ($ in millions unless otherwise noted) Firm Value / 2018E EBITDA Firm Value / 2019E EBITDA 15.3x 14.6x 13.7x 11.7x 11.3x 11.0x 11.0x 8.0x 7.3x

40% 19% HESM EQM AM NBLX KFM EQM AM HESM NBLX KFM Midstream 2017E-2019E EBITDA CAGR Consolidated 2017E-2019E EBITDA CAGR 128% 175% 47% 40% 28% 33% 27% 26%

20% 19% KFM NBLX AM HESM EQM AMR+KFM EQT AR HES NBL Integrated Upstream/Midstream Peers 1 Includes midstream Firm Value only. 48

Anticipated Transaction Timeline Date Event Mid-September 2017 File preliminary proxy statement / marketing materials with the SEC October 2017 Transaction marketing Mid/Late-November 2017

Key Combination Highlights Pure Play STACK Enterprise Truly integrated upstream / midstream assets of material scale Highly-contiguous position in core of one of the most active US oil basins Delineated acreage with 167 horizontal operated wells since 2012 Extensive inventory of highly economic drilling locations, ~$30/Bbl breakeven WTI Midstream supported by material 3rd party volumes, visible near-term contracted growth Peer-leading capital efficient growth over the next several years with current asset base Zero net-debt at close, fully-financed business plan, direct path to positive FCF by 2019 Natural consolidation opportunities for accretive growth in existing STACK asset base Opportunity to monetize KFM in 2018/2019 MLP IPO Existing owners of Alta Mesa (100%) and KFM are retaining significant equity stake Riverstone and related investment vehicles will invest at least $600 million cash 50

Appendix

Alta Mesa Management Jim Hackett Hal Chappelle Michael McCabe Executive Chairman and COO of Midstream President and Chief Executive Officer Vice President and Chief Financial Officer Jim

[illegible]

Illinois and a MBA-MTS from Harvard the University of Texas Purdue University, and an MBA from University Pace University 52

Alta Mesa Management Michael Ellis Gene Cole David Murrell Founder and COO of Upstream Operations VP and Chief Technical Officer VP, Land and Business Development Michael Ellis founded Alta [illegible]

of Texas and an MBA in Finance from Oklahoma City University Holds a B.S. in Chemical Engineering from Auburn University 55

Jim Hackett's Track Record Under Mr. Hackett's leadership as Chairman, President, and/or CEO of Anadarko from 2003 to 2013, Anadarko was transformed into one of the largest U.S. oil and gas producers, [illegible] performance until merger with Devon completed. Thereafter, chart shows Devon performance on a per-Ocean share basis.

EX-99.1

Well Spacing Optimization on De-Risked Acreage DVN, CLR, MRO, NFX and AMR aggressively defining optimum spacing Alta Mesa is the Leader in the Oil Window with Successful Long Life Spacing [illegible]
1,200 ft. spacing Osage and Meramec Devon—Alma, 5-well Spacing Test IP60 1,300boed, Upper/Lower Meramec Source: 1Derrick, IHS, Drilling Info and Company Presentations. 55

Completion Design Focus on increasing stimulated reservoir volume STACK Well Completion Strategy Total D&C Cost ($MM) D&C Cost / Lateral Foot Progressed through testing multiple generations

[illegible]

Gen 2.0 Gen 2.5 Gen 1.0 Gen 1.5 Gen 2.0 Gen 2.5 Gen 1.0 Gen 1.5 Gen 2.0 Gen 2.5 Stages Stage Spacing Proppant Lbs./Lateral Ft. Total Proppant Fluid/Lateral Ft.

Fluid / Stage Source: Company Data. 56

Multiple Long Term Density Pattern Tests Density Patterns Test Horizontal and Vertical Spacing 1,320ft spacing / 2 benches 1,500ft spacing / 2 benches 1,500ft spacing / 2 benches Section 29 18N 5W [illegible]
Cum BO—4 Wells Cum BO—10 Wells Cum BO—4 Wells Mean—10 X 250 MBO 4 X 250 MBO Mean—4 X Mean—4 259 57 [illegible] 1 121 241 361 481 601 1 121 241 361 481 601 1 121 241 361 481 601

NAV Model Assumptions Operated Other-Area-Osage Meramec Oswego DrillCo Pricing & Discount Assumptions Gas Differential (% of HH) 95% 95% 95% 95% Oil Differential (% of WTI) 94% 94% [illegible] 5% 5% 7% 5% NGL Yield (bbls/MMcf) 75 75 75 75 % Gas Shrink 15.9% 16.1% 15.9% 15.9% Note: Assumes 4,800 lateral length for all type curves. 58 1 D&C shown including PAD D&C facilities costs.

Osage Type Curve Summary 118 Generation 2.0+ wells with production history Average Generation 2.5 lateral length of 4,612'; Generation 2.0+ 4,767' Type Curve average 30-day IP 0.3 MBOE/D Type [illegible] for 4,800' lateral length. $9 1 NYMEX Strip as of 9/8/2017. Does not include $300k PAD D&C facilities costs. Adjusted for transportation costs paid to KFM. Excludes $1.25 / bbl oil transportation costs.

Meramec Type Curve Summary Over 100 wells drilled in the Meramec by Newfield, Devon, Marathon, Gastar, and Chaparral Alta Mesa is beginning to drill Meramec wells with performance expectations [illegible] Kingfisher County since 2014. 60 2 NYMEX Strip as of 9/8/2017. Does not include $300k PAD D&C facilities costs. Adjusted for transportation costs paid to KFM. Excludes $1.25 / bbl oil transportation costs.

Oswego Type Curve Summary Chesapeake, Chaparral, Cimarex, Gastar, and Longfellow are actively targeting the Oswego

[illegible] Osage/Meramec wells, but decline rates are shallower With drilling and completion [illegible]

Note: Production data normalized for 4,800' lateral length. 1 Offset results based on Oswego wells drilled in the Updip Oil window of Kingfisher County since 2014. 61

2 NYMEX Strip as of 9/8/2017. Does not include $300k PAD D&C facilities costs. Adjusted for transportation costs paid to KFM. Excludes $1.25 / bbl oil transportation costs.

Substantial Inventory of Drilling Locations Identified Drilling Locations Prospective Drilling Locations Combined Average Working Interest Average Other (Including Working Formations Dow nspacing

Inferred Drilling Inventory (Years) 14 Acres 14 Ranger 14 %Other Usage

Note: Does not include additional resource potential or undeveloped locations on ~50,000 net acres recently acquired in the Major County Acquisition. Total Gross Locations

Substantial Resources Volumes and PV-10 Value for 4,196 Primary Gross Identified Locations Only PV-10 at Research Consensus PV-10 at NYMEX1 PV-10 at $70/$3.50 Osage Osage Osage $3,541 $2,782 $4,243 $6,059MM $4,778MM $8,493MM Meramec Meramec Meramec $1,714 $1,351 $2,412 PDP Oswego PDP Oswego PDP Oswego $484 $231 $414 $165 $641 $354 DrillCo DrillCo DrillCo $90 $67 PV-10 at Research Consensus including Base PV-10 by Operated at Research Downspacing2 Identified Locations by Commodity Consensus Meramec Oswego Operated $1,714 $231 NGL 20% DrillCo 2% PDP [illegible] Other $484 Osage Downspacing Gross Gross $9,422MM $3,54 [illegible] 63% Locations Locations [illegible] Additional [illegible] Note: PV-10 figures are pre-tax, pre-G&A, pre-Net Debt, do not include the impact of hedges, and exclude $64mm Pipeline and facilities capital expenditures (PV-10) PV-10 figures as of 7/1/2017 2 Reflects Generation 2.0 Type Curve. Assumes Broker Consensus Price Deck (2017: $50.00/bbl / $3.10/mcf; 2018: $54.90/bbl / $3.14/mcf; 2019: $58.00/bbl / $3.0[illegible]/mcf and held flat thereafter) unless otherwise noted. Does not include additional resource potential of undeveloped locations on ~20,000 net acres recently acquired in the Major County Acquisition. Adjusted for transportation costs paid to KFM. Excludes $1,225 [illegible] transportation costs. 1 NYMEX strip pricing as of 7/3/2017 closing [illegible] 2021 and held flat thereafter. For 4,196 Primary Identified locations (for all but bottom left output that includes downspacing). 63 2 Low Risk downspacing of Osage to 11 WPS (966 locations), Meramec to 5 WPS (518 locations), and Oswego to 4 WPS (516 locations). Additional downspacing of Osage to 15 WPS (1,288 locations) and Meramec to 8 WPS (954 locations).

Stacked Pay: Oswego, Osage/Meramec Prominent Oswego, Osage, and Meramec consistent east to west West A East A; Big Lime Penn Cherokee Oswego W Chester Shale Chester Unc. Meramec Unconformity Upr Meramec Lwr Meramec Upr Osage Lwr Osage Woodford Hunton Pre-WDFD Unc.

Significant Oswego Osage Meramec Section Consistent thickness east to west West B East B' Big Lime Oswego Penn—Cherokee Chester Unc. Chester Shale Meramec Unconformity Upr Meramec Lwr Meramec B B' Upr Osage Lwr Osage Woodford Pre-Wdfd Unc. Hunton XS

Significant Oxygen, Owen Meramec Once prominent throughout, thickening to the north C South C' C' 5 North C South C" C" Manning Meramec Unc. Chester Shale Upr Meramec Lwr Meramec Upr Significant Oxygen, LWR DT Y one Uraine woowwat throughout

DrillCo IV Pivotal relationship with Bayou City Energy Parameters Entered into joint development agreement with Houston-based private equity firm, Bayou City Energy, in January 2016 Bayou City
Energy primarily targets small operators with current production and focuses on off-balance sheet structures DrillCo funds 100% D&C cost, capped at average of $3.2MM/well DrillCo gains 80% working
interest in wellbore until 20-well tranche earns 15% IRR; 20% working interest until 25% IRR, then 12.5% working interest Specific wells pre-agreed for each tranche Strengths for Alta Mesa Cash flow
Grow reserves Continue resource definition Continue pace up learning curve(s) Capture/hold acreage Maintain people/crews 2017 Alta Mesa Estimated Capital Expenditures Alta Mesa Only ~$349MM
STACK STACK Acquisitions Drilling Pipeline, Facilities & Other With BCE ~$458MM STACK Acquisitions DrillCo Funded D&C Pipeline, STACK Facilities & Drilling Other Alta Mesa Funded D&C 67

One Mile Laterals Optimum for Up-Dip STACK Alta Mesa and other efficient operators adopt fit-for-purpose solutions ~5,000’ laterals used for multi-faceted benefits: drilling, completions, production operations, land and legal Consideration Commentary Spacing One-mile lateral fits into a single section; two-mile laterals require establishing a “Multi-Unit Spacing” Drilling Ability to use lower cost water-based fluids and reduce time spent drilling helps to reduce drilling risk and control costs associated to high levels of natural fractures Completions Less proppant, fluids, and pumping time per well; more simplified design, lower friction while pumping all help to reduce costs of optimized completions Mineral Owner Working with mineral owners across one-section (versus two-sections for longer laterals) allows for Relations more seamless and confident development program planning

68

Implied Valuation at Various Prices Share Price $10.00 $11.50 $14.00 $16.00 $18.00 $20.00 @ $10.00 Equity Ownership (Million Shares) @ $11.50 @ $14.00 @ $16.00 @ $18.00 @ $20.00 Legacy Silver [illegible] 83.875 83.875 92.149 95.756 98.562 98.562 KFM Owners4 55.000 55.000 62.145 68.393 68.393 68.393 [illegible] @ $11.50 @ $14.00 @ $16.00 @ $18.00 @ $20.00 Legacy Silver Run II Owners1 27% 27% 26% 26% 25% 24% [illegible] Equity Ownership ($MM) @ [illegible] Total Equity Value ($MM) $3,886 $4,469 [illegible] 1 Includes 103.5 million shares issued in the Silver Run II March 2017 Initial Public Offering and [illegible] million warrants with an $11.50 strike price and $18.00 redemption price. 2 Includes 25.875 million shares and [illegible] million warrants with an $11.50 strike price acquired as part of the Silver Run II March 2017 Initial Public Offering and 60 million common shares and 20.0 million warrants with an $11.50 strike price acquired through Riverstone's cash investment at the closing of the business combination. 3 Warrants held by Riverstone are not subject to a redemption at $18.00 per share; however, they are assumed to be exercised on a cashless basis at $18.00 per share. 4 Includes earnout incentive shares vesting according to the following schedule: $150 million at $14.00 per share, $150 million at $16.00 per share, $250 million at $18.00 per share, and $250 million at $20.00 per share.

Alta Mesa Summary STACK Pro Forma Financials Three Months Ended Years Ended December 31, ($ in millions, unless specified) March 31, 2017 December 31, 2016 2016 2015 2014

[illegible]

Note: This historical pro forma financial information is unaudited and gives effect to (i) the expected disposition of Alta Mesa's non-STACK assets and operations prior to the closing of the business combination as if such transaction occurred on January 1, 2014 and (ii) the contribution to Alta Mesa of interests in 24 producing wells that were drilled under the BCE joint development agreement and purchased by High Mesa from BCE on December 31, 2016, as if such transaction occurred on January 1, 2016.

1 General and administrative expense and interest expense for the total company.

2 Adjusted EBITDAX is a Non-GAAP financial measure. See reconciliation to the nearest comparable GAAP measure in the appendix to this presentation. 70

Reconciliation of Adjusted EBITDAX to Net Income Three Months Ended Years Ended December 31, ($ in millions, unless specified) March 31, 2017 December 31, 2016 2016 2015 2014 Net Income (loss) $(30.8) $4.1 $(49.6) $(21.6) $(7.7) Adjustments: Interest expense 12.5 13.4 48.4 62.5 55.8 Exploration expense Depreciation, depletion and amortization expense 18.9 23.7 62.6 Impairment expense 1.2 0.3 0.4 18.8 0.0 Accretion expense Adjusted EBITDAX1 [illegible]

Note: This historical proforma financial information is unaudited and gives effect to (i) the expected disposition of Alta Mesa's non -STACK assets and operations prior to the closing of the business combination as if such transaction occurred on January 1, 2014 and (ii) the contribution to Alta Mesa of interests in 24 producing wells that were drilled under the BCE joint development agreement and purchased by High Mesa from BCE on December 31, 2016, as if such transaction occurred on January 1, 2016. 1 Does not include non-cash items—provision for income taxes, loss on extinguishment of debt, unrealized loss (gain) on oil and gas hedges and (gain)/loss on sale of assets. 71

# PX 196

REDACTED IN ITS ENTIRETY

# PX 197

REDACTED IN ITS ENTIRETY

# PX 198

## REDACTED IN ITS ENTIRETY

# PX 199

REDACTED IN ITS ENTIRETY

# PX 200

REDACTED IN ITS ENTIRETY

# PX 201

REDACTED IN ITS ENTIRETY

# PX 202

REDACTED IN ITS ENTIRETY