# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 (CONSOLIDATED)<br><br>JUDGE GEORGE C. HANKS, JR.<br><br>THIS DOCUMENT RELATES TO:<br><br>CASE NO. 4:22-CV-01189<br>CASE NO. 4:22-CV-02590 |

## [PROPOSED] ORDER GRANTING
## DIRECT ACTION PLAINTIFFS' UNOPPOSED MOTION TO SEAL

The Court has considered Direct Action Plaintiffs' Unopposed Motion to Seal (1) Their Opposition to Motion of Defendants Donald Dimitrievich and William McMullen for Summary Judgment as to Direct Action Plaintiffs' Section 18 and State Law Fraud Claims (Dkt. 460) and (2) the Rolnick Declaration and Exhibits Submitted therewith (Dkt. 461), dated September 28, 2023 (the "Seal Motion"). For good cause shown, the Seal Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to place Direct Action Plaintiffs' opposition (Dkt. 460) and accompanying declaration and exhibits (Dkt. 461) under seal, without further order of the Court.

Signed this ___ day of _____, 2023

_____
HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE