**ENTWISTLE & CAPPUCCI LLP**
500 W. 2ND STREET, SUITE 1900-16
AUSTIN, TEXAS 78701
TELEPHONE: (512) 710-5960
FACSIMILE: (212) 894-7272

**ROBBINS GELLER RUDMAN & DOWD LLP**
655 WEST BROADWAY, SUITE 1900
SAN DIEGO, CALIFORNIA 92101
TELEPHONE: (619) 231-1058
FACSIMILE: (619) 231-7423

September 29, 2023

VIA ECF
The Honorable George C. Hanks, Jr.
United States District Judge
United States Courthouse
515 Rusk Street, Room 6206
Houston, Texas 77002

     Re: *In re Alta Mesa Resources, Inc. Securities Litigation*, Case No. 19-CV-00957

Dear Judge Hanks:

     To justify what he now concedes is essentially a motion for reconsideration of the Court's April 2021 Opinion and Order (Dkt. 160), Mr. Dimitrievich implies in his Reply, for the first time in 29 months, that this Court made errors of law in denying his motion to dismiss.  (Dkt. 468 at p.2 (citing *Humphrey  v. United Way of Tex. Gulf Coast*, 2010 WL 4791486 (S.D. Tex. Nov. 15, 2010)).  Rather than burden the Court with a request for additional briefing to address these new and belated arguments, we simply note that: (1) Mr. Dimitrievich fails to identify any specific error of law for the Court to "reconsider"; and (2) *Humphrey,* the only case cited by Mr. Dimitrievich for this proposition, is inapposite for the simple reason that the *Humphrey* Court acknowledged it revisited an issue because it had previously overlooked certain contrary case law.  No such mistake exists here, and Dimitrievich's vague suggestion to the contrary more than two years after this Court's denial of his motion to dismiss in the Class case does nothing to rescue his motion.

Respectfully submitted,

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle
Texas Bar No. 24038131
Attorney-in-Charge
**ENTWISTLE & CAPPUCCI LLP**
500 W. 2nd Street, Suite 1900-16
Austin, TX 78701
(512) 710-5960
aentwistle@entwistle-law.com

*Court-Appointed Class Counsel*

*/s/ Trig Smith*
Trig Smith (*pro hac vice*)
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058
TrigS@rgrdlaw.com

*Court-Appointed Class Counsel*