| | |
|---|---|
| **ENTWISTLE & CAPPUCCI LLP** | **ROBBINS GELLER RUDMAN & DOWD LLP** |
| 500 W. 2ND STREET, SUITE 1900-16 | 655 WEST BROADWAY, SUITE 1900 |
| AUSTIN, TEXAS 78701 | SAN DIEGO, CALIFORNIA 92101 |
| TELEPHONE: (512) 710-5960 | TELEPHONE: (619) 231-1058 |
| FACSIMILE: (212) 894-7272 | FACSIMILE: (619) 231-7423 |

October 2, 2023

<u>VIA ECF</u>
The Honorable George C. Hanks, Jr.
United States District Judge
United States Courthouse
515 Rusk Street, Room 6206
Houston, Texas 77002

    Re: *In re Alta Mesa Resources, Inc. Securities Litigation*, Case No. 19-CV-00957

Dear Judge Hanks:

    Counsel for Defendant Dimitrievich has told us they believe our recent letter (Dkt. 470) to be an improper sur-reply. We disagree. The letter advises the Court that Plaintiffs would not be seeking additional briefing despite the new argument made by Defendant Dimitrievich on reply. Nevertheless, and in the interest of avoiding additional motion practice, Class Plaintiffs herby withdraw their September 29, 2023 letter filed at Dkt. 470.

    Respectfully submitted,

| | |
|---|---|
| */s/ Andrew J. Entwistle* | */s/ Trig Smith* |
| Andrew J. Entwistle | Trig Smith (*pro hac vice*) |
| Texas Bar No. 24038131 | **ROBBINS GELLER RUDMAN** |
| Attorney-in-Charge | **& DOWD LLP** |
| **ENTWISTLE & CAPPUCCI LLP** | 655 West Broadway, Suite 1900 |
| 500 W. 2nd Street, Suite 1900-16 | San Diego, CA 92101 |
| Austin, TX 78701 | (619) 231-1058 |
| (512) 710-5960 | TrigS@rgrdlaw.com |
| aentwistle@entwistle-law.com | |
| | |
| *Court-Appointed Class Counsel* | *Court-Appointed Class Counsel* |