# Exhibit A
(Redacted in Relevant Part)

Page 1

1           * * * C O N F I D E N T I A L * * *
2              UNITED STATES DISTRICT COURT
3              SOUTHERN DISTRICT OF TEXAS
4                    HOUSTON DIVISION
5
6   IN RE ALTA MESA                )
    RESOURCES, INC. SECURITIES )    No. 4:19-cv-00957
7   LITIGATION                     )
    -------------------------- )
8
9
10
11
12
13                    March 7, 2023
14                    9:36 a.m.
15
16       Deposition of DON DIMITRIEVICH, held at
17   the offices of Quinn Emanuel Urquhart &
18   Sullivan, LLP, 51 Madison Avenue, 22nd Floor,
19   New York, New York, before Laurie A. Collins,
20   a Registered Professional Reporter and Notary
21   Public of the State of New York.
22
23
24
25

Page 169

1    Dimitrievich - AMR Litigation - Confidential
2    committee on developments in the company,
3    including signing of a 10-K.
4        Q.    Who at HPS would you discuss AMR's Form
5    10-K with prior to signing it?
6        A.    I don't --
7              ATTORNEY PORTER:  Object to form.
8        A.    I don't know that there's a specific
9    person as opposed to updating the portfolio
10   manager, the committee in general terms on any
11   developments in relation to the company.  As part
12   of the review of signing the 10-K, I would review
13   information that the company provided, the
14   auditor's report, review the 10-K materials, in
15   conjunction with just the overall board materials
16   that the company would provide.
17       Q.    And prior to signing this Form 10-K,
18   did you do anything to ensure that the information
19   it contained was accurate?
20       A.    I reviewed all the materials that were
21   provided, including the auditors and audit
22   committee's report and reviewed the report
23   provided from the technical engineers.  And I had
24   no basis upon which -- there's no basis to
25   question anything.  Everything seemed appropriate.

Page 185

C E R T I F I C A T E

STATE OF NEW YORK     )
                     : ss.
COUNTY OF NEW YORK    )

I, LAURIE A. COLLINS, a Registered Professional Reporter and Notary Public within and for the State of New York, do hereby certify:

That DON DIMITRIEVICH, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 8th day of March 2023.

LAURIE A. COLLINS, RPR

# **Exhibit B**
(Redacted in Full)

# **Exhibit C**
(Redacted in Full)

# **Exhibit D**
(Redacted in Full)

# **Exhibit E**
(Redacted in Full)

# Exhibit F
(Redacted in Full)

# Exhibit G
(Redacted in Full)

# Exhibit H
(Redacted in Full)