# Exhibit I

| | |
|---|---|
| **From:** | "Hackett, Jim" <JHackett@riverstonellc.com> |
| **Sent:** | Tue, 18 Dec 2018 00:30:35 +0000 (UTC) |
| **To:** | Don Dimitrievich <don.dimitrievich@hpspartners.com> |
| **Subject:** | Re: John Regan |

I agree. If we had known, we would have done so. Sorry.

On Dec 17, 2018, at 6:10 PM, Don Dimitrievich <don.dimitrievich@hpspartners.com> wrote:

> FYI -- I was just surprised that he was recommended to the Board without anyone reaching out to me to get my opinion even though Diana knew that I had knew him.
>
> Don Dimitrievich | Managing Director
> **HPS Investment Partners, LLC**
> 40 West 57th Street, 33rd Floor, New York, NY 10019
> **T (NY)** +1 212 287 5574 | **T (TX)** +1 713 650 4991
> **M** +1 646 584 6823 | don.dimitrievich@hpspartners.com
>
> Begin forwarded message:
>
>> **From:** don.dimitrievich@hpspartners.com
>> **Date:** December 17, 2018 at 6:08:08 PM CST
>> **To:** dwalters@thepavillionfarm.com
>> **Subject: John Regan**
>>
>> Diana -- I just wanted to reach out because I was surprised that no one reached out to me to get my opinion of John Regan before he was recommended to the Board. As it turns out, I do think he's very capable but since you had known that I knew him, I would have thought you would have reached out to me to get my view. Not a big deal but given all the things going on at Alta Mesa, we should all make every effort to communicate so we get the benefit of everyone's knowledge etc. Many thanks, Don
>>
>> Don Dimitrievich | Managing Director
>> Head of Energy & Power
>> **HPS Investment Partners, LLC**
>> 40 West 57th Street, 33rd Floor, New York, NY 10019
>> **T (NY)** +1 212 287 5574 | **T (TX)** +1 713 650 4991
>> **M** +1 646 584 6823 | don.dimitrievich@hpspartners.com

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information. If you are not the intended recipient you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.

Please refer to https://www.hpspartners.com/en/european-disclosures/ for our European Union privacy policy.

CONFIDENTIALITY NOTICE:

The information contained in this transmission is intended only for the person or entity to which it is addressed and may contain confidential, trade secret and/or privileged material. If you are not the intended recipient of this information, do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon, this information. If you received this transmission in error, please contact the sender and destroy all printed copies and delete the material from all computers. The information included in this email does not constitute and will not give rise to any legally binding obligation nor may it be relied upon as the basis for a contract by estoppel or otherwise.