# EXHIBIT 2

*Footnotes on Slide 14 of SEC Form 8-K dated 8/17/2017 Ex. 99.1*

Note: PV-10 figures as of 7/1/2017. Reflects Generation 2.0 Type Curve. Assumes Broker Consensus Price Deck (2017: $51.16/bbl / $3.16/mcf; 2018: $54.90/bbl / $3.14/mcf; 2019: $58.00/bbl / $3.05/mcf and held flat thereafter). Does not include additional resource potential or undeveloped locations on ~20,000 net acres recently acquired in the Major County Acquisition. Adjusted for transportation costs paid to KFM; excludes $1.25 / bbl oil transportation costs ("KFM Margin Uplift").
*1* Illustrative midstream uplift value assumes 2018E EBITDA valued at 13.7x.
*2* Low Risk downspacing of Osage to 11 WPS (966 locations), Meramec to 5 WPS (318 locations), and Oswego to 4 WPS (516 locations).
*3* Additional downspacing of Osage to 15 WPS (1,288 locations) and Meramec to 8 WPS (954 locations).
*4* Assumes 2018E Upstream G&A capitalized at 7.5x.
*5* Assumes pro forma net debt at transaction close based on Alta Mesa Q2 2017 revolver balance outstanding.
*6* Additional Formations include Big Lime, Manning, Hunton, Woodford, Cherokee, and Chester.

**Exhibit CP-0409**
Chappelle