# EXHIBIT 35

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

IN RE: ALTA MESA                  §
RESOURCES, INC.                   § CASE NO. 4:19-cv-00957
SECURITIES LITIGATION             §

ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION OF

ARM ENERGY HOLDINGS LLC,

through its designated representative,

MICHAEL CHRISTOPHER,

and MICHAEL CHRISTOPHER, INDIVIDUALLY

JUNE 6, 2023

(REPORTED REMOTELY)

ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION OF ARM ENERGY HOLDINGS LLC, through its designated representative MICHAEL CHRISTOPHER, and MICHAEL CHRISTOPHER, INDIVIDUALLY, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above styled and numbered cause on Tuesday, June 6, 2023, from 9:09 a.m. to 4:22 p.m., before Kari Behan, CSR, in and for the State of Texas, reported by computerized stenotype machine, viz Zoom, pursuant to the Federal Rules of Civil Procedure and any provisions stated on the record herein.

Page 247

1      THE WITNESS:  Before -- as you attend these
2  meetings, you usually have someone from Citi join you.
3  And the Citi's -- the Citi's salesperson is meant to
4  brief you on who the hell you're meeting.
5  BY MR. SPARACIO:
6      Q.  Sure.
7      A.  So if I hadn't remembered that, they would have
8  told me before I walked in there; well, not just me, the
9  entire team.
10     Q.  All right.  I want to move up this e-mail
11 chain, out of this individual e-mail and onto the next
12 one you send -- and actually before we do that, just --
13 the e-mail that we just looked at with your notes is to
14 Don Dimitrievich and Jeffrey Hostettler.
15          You see that?
16     A.  Yes.
17     Q.  Did you typically communicate what was
18 happening on the Roadshow to those two individuals?
19     A.  I think -- I think fairly regularly, if they
20 ask.  I mean, especially -- the -- the Roadshow only
21 lasts a few days.  But, you know, I think that -- I try
22 to keep those guys apprised, of course.
23     Q.  So they weren't on the Roadshow, but you kept
24 them in the loop?
25     A.  They were definitely not on the Roadshow, but I

Page 248

1  did, yes.
2       Q.  So in the e-mail above that, you're still
3  reporting to Don Dimitrievich and Jeff Hostettler,
4  right?
5       A.  Yes.
6       Q.  And at the bottom it says:  General themes I
7  heard are:  Lack of splashiness in wells, no one
8  drilling where you are, validating the spacing,
9  parent-child interference.
10              Do you see that?
11      A.  Yes.
12      Q.  Do you recall investors being concerned
13 about -- actually, let me withdraw that.
14              Do you know what you meant by "lack of
15 splashiness in wells"?
16      A.  Yes.
17      Q.  What did you mean?
18      A.  The -- that was a term that one of the
19 investors used.  It may have been Citadel or Fortress.
20 I can't remember.  I think it was Fortress.  And they
21 were saying that the wells aren't very big in terms of
22 an IP.  They also aren't that expensive, as a side note.
23 But, you know, they -- they were kind -- this -- this
24 one investor, in particular, they used the word
25 "splashiness," which I wasn't sure what that meant till

Page 268

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: ALTA MESA                §
RESOURCES, INC.                 § CASE NO. 4:19-cv-00957
SECURITIES LITIGATION           §

REPORTER'S CERTIFICATION
ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION OF
ARM ENERGY HOLDINGS LLC,
through its designated representative,
MICHAEL CHRISTOPHER,
and MICHAEL CHRISTOPHER, INDIVIDUALLY
TUESDAY, JUNE 6, 2023
(REPORTED REMOTELY)

    I, Kari J. Behan, CSR, RPR, CRR, and in and for the State of Texas, do hereby certify that the facts as stated by me in the caption hereto are true;

    That there came before me the aforementioned named person, who was by me duly sworn to testify the truth concerning the matters in controversy in this cause;

    And that the examination was reduced to writing by computer transcription under my supervision; that the deposition is a true record of the testimony given by the witness.

    I further certify that I am neither attorney or counsel for, nor related to or employed by, any of the parties to the action in which this deposition is taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties hereto, or financially interested in the action.

    Given under my hand and seal of office on this 12th day of June, 2023.

Page 269

1

2  *Kari J. Behan*

   _____

3  **KARI BEHAN, CSR, CCR, RPR, CRR**
   **Texas CSR NO. 8564;**
   **Expiration Date: 7-31-2024**

4  **VERITEXT LEGAL SOLUTIONS**
   **Firm Registration No. 571**

5  **300 Throckmorton Street**
   **Suite 1600**

6  **Fort Worth, Texas 76102**
   **Telephone (800) 336-4000**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25