# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | No. 4:19-cv-00957 |
| ALYESKA MASTER FUND, L.P., ALYESKA MASTER FUND 2, L.P., and ALYESKA MASTER FUND 3, L.P., <br><br>Plaintiffs,<br><br>v.<br><br>ALTA MESA RESOURCES, INC., *et al.*<br><br>Defendants. | Judge George C. Hanks, Jr.<br><br>No. 4:22-cv-01189 |
| ORBIS GLOBAL EQUITY LE FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL EQUITY FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL BALANCED FUND (AUSTRALIA REGISTERED), ORBIS SICAV, ORBIS INSTITUTIONAL GLOBAL EQUITY L.P., ORBIS GLOBAL EQUITY FUND LIMITED, ORBIS INSTITUTIONAL FUNDS LIMITED, ALLAN GRAY AUSTRALIA BALANCED FUND, ORBIS OEIC, and ORBIS INSTITUTIONAL U.S. EQUITY L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ALTA MESA RESOURCES, INC., *et al.*,<br><br>Defendants. | No. 4:22-cv-2590 |

**[PROPOSED] ORDER GRANTING AGREED MOTION TO EXTEND DEADLINE**

The Court having considered Defendants Bayou City Energy and William McMullen's Agreed Motion to Extend Deadline to file a Response to the Class Plaintiffs' Motion to Unseal [ECF 442], and for good cause shown, IT IS HEREBY ORDERED THAT Defendant William McMullen's Motion to Extend Deadline for Opposition to Motion to Unseal is **GRANTED** and the response deadline is extended through and including December 1, 2023.

Signed on _____, 2023.

                                                HONORABLE GEORGE C. HANKS, JR.
                                                UNITED STATES DISTRICT JUDGE