United States District Court
Southern District of Texas
**ENTERED**
October 20, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>**CLASS ACTION**<br><br>[Lead Case] |
| ALYESKA MASTER FUND, L.P., ALYESKA MASTER FUND 2, L.P., and ALYESKA MASTER FUND 3, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ALTA MESA RESOURCES, INC., f/k/a SILVER RUN ACQUISITION CORPORATION II; RIVERSTONE HOLDINGS LLC; ARM ENERGY HOLDINGS LLC; BAYOU CITY ENERGY MANAGEMENT, LLC; HPS INVESTMENT PARTNERS, LLC; JAMES T. HACKETT, HARLAN H. CHAPPELLE, WILLIAM GUTERMUTH, JEFFREY H. TEPPER, DIANA J. WALTERS; MICHAEL E. ELLIS; RONALD SMITH; DON DIMITRIEVICH; PIERRE F. LAPEYRE, JR.; DAVID M. LEUSCHEN; WILLIAM W. MCMULLEN; DONALD SINCLAIR; STEPHEN COATS; and THOMAS J. WALKER,<br><br>Defendants. | Civil Action No. 4:22-cv-001189<br><br>[Consolidated Case] |

| | |
|---|---|
| ORBIS GLOBAL EQUITY LE FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL EQUITY FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL BALANCED FUND (AUSTRALIA REGISTERED), ORBIS SICAV, ORBIS INSTITUTIONAL GLOBAL EQUITY L.P., ORBIS GLOBAL EQUITY FUND LIMITED, ORBIS INSTITUTIONAL FUNDS LIMITED, ALLAN GRAY AUSTRALIA BALANCED FUND, ORBIS OEIC, and ORBIS INSTITUTIONAL U.S. EQUITY L.P., <br><br>                Plaintiffs, <br><br>    v. <br><br>ALTA MESA RESOURCES, INC., f/k/a SILVER RUN ACQUISITION CORPORATION II; RIVERSTONE HOLDINGS LLC; ARM ENERGY HOLDINGS LLC; BAYOU CITY ENERGY MANAGEMENT, LLC; HPS INVESTMENT PARTNERS, LLC; JAMES T. HACKETT, HARLAN H. CHAPPELLE, WILLIAM GUTERMUTH, JEFFREY H. TEPPER, DIANA J. WALTERS; MICHAEL E. ELLIS; RONALD SMITH; DON DIMITRIEVICH; PIERRE F. LAPEYRE, JR.; DAVID M. LEUSCHEN; WILLIAM W. MCMULLEN; DONALD SINCLAIR; STEPHEN COATS; and THOMAS J. WALKER, <br><br>                Defendants. | Civil Action No. 4:22-cv-02590 <br><br>[Consolidated Case] |

**ORDER GRANTING**
**MOTION ON BEHALF OF DONALD DIMITRIEVICH AND WILLIAM**
**MCMULLEN TO SEAL PORTIONS OF THE REPLY IN SUPPORT OF THEIR**
**MOTION FOR SUMMARY JUDGMENT**
**Dkt No. 476**

Having considered Donald Dimitrievich and William McMullen's Motion to Seal Portions of the Reply In Support of Their Motion for Summary Judgment as to Opt-Out Plaintiffs' Section 18 and State Law Claims, Dkt. No. 476 (the "Reply"), and accompanying declarations and exhibits, the Court is of the opinion that the Motion should be **GRANTED**.

Accordingly, **IT IS ORDERED** that Messrs. Dimitrievich and McMullen's Motion to Seal Portions of the Reply and accompanying declarations and exhibits is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to place Messrs. Dimitrievich and McMullen's Reply and accompanying declarations and exhibits under seal, without further order of the Court.

Signed on _____October 20_____, 2023

_____
HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE