UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | § § § § § § | Civil Action No. 4:19-cv-00957<br><br>CLASS ACTION<br><br>Judge George C. Hanks, Jr. |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW SEAN MCGUIRE AS COUNSEL**

4867-1020-1226.v1

- 1 -

Upon consideration of Plaintiff's Motion for Withdrawal of Attorney Sean McGuire (the "Motion"), it is hereby ordered that:

1. The Motion is GRANTED; and

2. The clerk is ordered to reflect on the docket the termination of attorney Sean McGuire as counsel of record for Plaintiff.

IT IS SO ORDERED.

DATED: _____   _____
THE HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE