United States District Court
Southern District of Texas

**ENTERED**

October 26, 2023

Nathan Ochsner, Clerk



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | § § § § § | Civil Action No. 4:19-cv-00957 |
|  |  | CLASS ACTION |
|  |  | Judge George C. Hanks, Jr. |

**ORDER GRANTING MOTION TO WITHDRAW SEAN
MCGUIRE AS COUNSEL**

Upon consideration of Plaintiff's Motion for Withdrawal of Attorney Sean McGuire (the "Motion"), it is hereby ordered that:

1.     The Motion is GRANTED; and

2.     The clerk is ordered to reflect on the docket the termination of attorney Sean McGuire as counsel of record for Plaintiff.

IT IS SO ORDERED.

DATED:     10/26/2023

THE HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

- 1 -