United States District Court
Southern District of Texas

**ENTERED**
October 26, 2023
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|

IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION

*versus*

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Allison Silber<br>Quinn Emanuel Urquhart & Sullivan<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br>(212) 849-7414; allisonsilber@quinnemanuel.com<br>New York - 5877287 |
|---|---|

| Name of party applicant seeks to appear for: | HPS Investment Partners, LLC and Don Dimitrievich |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/25/2023 | Signed: | /s/ Allison Silber |
|---|---|---|

The state bar reports that the applicant's status is: **Active**

| Dated: 10/26/2023 | Clerk's signature | *[signature]* |
|---|---|---|

### Order

This lawyer is admitted *pro hac vice*.

Dated: October 26, 2023

*[signature]* George C. Hanks Jr.
United States District Judge