| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|

In re ALTA MESA RESOURCES, INC. SECURITIES LITIGATION

*versus*

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Sarah M. Gragert<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004-1304<br>(202) 637-2200; sarah.gragert@lw.com<br>(See attached addendum for state court admissions)<br>(See attached addendum for federal court admissions.) |
|---|---|

| Name of party applicant seeks to appear for: | Alta Mesa Resources, Inc., f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; James T. Hackett, Harlan H. Chappelle, William Gutermuth, Jeffrey H. Tepper, Diana J. Walters; Michael E. Ellis; Ronald Smith; Pierre F. Lapeyre, Jr.; David M. Leuschen; Donald Sinclair; Stephen Coats; and Thomas J. Walker |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/26/2023 | Signed: /s/ Sarah M. Gragert |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____     _____
United States District Judge

## ADDENDUM TO MOTION FOR ADMISSION PRO HAC VICE
## <u>OF SARAH M. GRAGERT</u>

### Docket No. 4:19-cv-00957

**State Court Admissions:**

District of Columbia, September 12, 2008 (Bar No. 977097)

Maryland, December 11, 2007

**Federal Court Admissions:**

U.S. Court of Appeals for the 3rd Circuit, February 26, 2019

U.S. Court of Appeals for the 9th Circuit, April 29, 2021

U.S. District Court - District of Colorado, April 5, 2016

U.S. District Court - District of Columbia, June 1, 2015

U.S. District Court – District of Maryland, application pending