UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|
| In re ALTA MESA RESOURCES, INC. SECURITIES LITIGATION ||||
| *versus* ||||
|  ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Sarah A. Tomkowiak<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004-1304<br>(202) 637-2200; sarah.tomkowiak@lw.com<br>(See attached addendum for state court admissions.)<br>(See attached addendum for federal court admissions.) |
|---|---|
| Name of party applicant seeks to appear for: | Alta Mesa Resources, Inc., f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; James T. Hackett, Harlan H. Chappelle, William Gutermuth, Jeffrey H. Tepper, Diana J. Walters; Michael E. Ellis; Ronald Smith; Pierre F. Lapeyre, Jr.; David M. Leuschen; Donald Sinclair; Stephen Coats; and Thomas J. Walker |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/26/2023 | Signed: | /s/ Sarah A. Tomkowiak |
|---|---|---|

The state bar reports that the applicant's status is:

Dated:          Clerk's signature

**Order**          **This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                              United States District Judge

# ADDENDUM TO MOTION FOR ADMISSION PRO HAC VICE
# OF SARAH A. TOMKOWIAK

## Docket No. 4:19-cv-00957

**State Court Admissions:**

District of Columbia, May 1, 2009 (Bar No. 987680)

Illinois, November 8, 2007 (Bar No. 6293959)

**Federal Court Admissions:**

U.S. Court of Appeals for the 2nd Circuit, January 29, 2016

U.S. Court of Appeals for the 9th Circuit, March 31, 2014

987680, U.S. District Court - District of Columbia, November 6, 2017

U.S. District Court - Northern District of Illinois - General Bar, November 28, 2007