United States District Court
Southern District of Texas
**ENTERED**
November 15, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | § § § § § § § § § § | CIVIL ACTION NO. 4:19-CV-957 |

## ORDER

Pending before the Court in this consolidated securities class action is the defendants' motion to certify the Court's June 7, 2023 order for interlocutory appeal under 28 U.S.C. § 1292(b). As has become customary in this difficult and complex case, the parties have submitted excellent briefing. The Court has considered that briefing and the cases cited by the parties, and Defendants' motion (Dkt. 374) is respectfully **DENIED**.

SIGNED at Houston, Texas, on November 15, 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE