UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | No. 4:19-cv-00957 |
| ALYESKA MASTER FUND, L.P., ALYESKA MASTER FUND 2, L.P., and ALYESKA MASTER FUND 3, L.P., <br><br>Plaintiffs,<br><br>v.<br><br>ALTA MESA RESOURCES, INC., *et al.*<br><br>Defendants. | Judge George C. Hanks, Jr.<br><br>No. 4:22-cv-01189 |
| ORBIS GLOBAL EQUITY LE FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL EQUITY FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL BALANCED FUND (AUSTRALIA REGISTERED), ORBIS SICAV, ORBIS INSTITUTIONAL GLOBAL EQUITY L.P., ORBIS GLOBAL EQUITY FUND LIMITED, ORBIS INSTITUTIONAL FUNDS LIMITED, ALLAN GRAY AUSTRALIA BALANCED FUND, ORBIS OEIC, and ORBIS INSTITUTIONAL U.S. EQUITY L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ALTA MESA RESOURCES, INC., *et al.*,<br><br>Defendants. | No. 4:22-cv-2590 |

**MOTION FOR LEAVE TO EXCEED PAGE LIMITS
FOR BAYOU CIY ENERGY'S AND WILLIAM MCMULLEN'S RESPONSE TO CLASS
PLAINTIFFS' MOTION TO UNSEAL DEFENDANT MCMULLEN'S MOTION FOR
SUMMARY JUDGMENT AND ACCOMPANYING EXHIBITS**

Defendants Bayou City Energy ("Bayou City") and William McMullen ("Mr. McMullen"), by counsel, respectfully submit this motion to exceed the page limits for Bayou City and Mr. McMullen to file their response to Class Plaintiffs' Motion to Unseal Defendant McMullen's Motion for Summary Judgment and Accompanying Exhibit (ECF 442) (the "Class Plaintiffs' Motion").

Due to the importance of the issues, Bayou City and Mr. McMullen find it necessary to file a response in excess of 25 pages, but not to exceed 32 pages. Good cause exists for the Motion, as the additional pages requested will allow Bayou City and Mr. McMullen to present this matter more thoroughly and effectively to the Court. Given the importance of the issue (unsealing Bayou City and Mr. McMullen's confidential information), good cause exists for additional pages.

Good cause also exists because the Class's motion to unseal requires Bayou City and Mr. McMullen to address numerous points. Bayou City and Mr. McMullen's response had to explain the counterproductivity of deciding a motion to unseal now, defend the validity of the protective order, and detail the specific interests favoring why Bayou City and Mr. McMullen's information should be sealed. Bayou City and Mr. McMullen cannot effectively present arguments on each of these points, supported by authority, within the existing page limits. Bayou City and Mr. McMullen's brief also had to explain the relevant procedural history, adding to the length.

In addition, many of the arguments about Bayou City's and Mr. McMullen's reliance on the Protective Order and the confidentiality of the documents will recur in the future and it will be more efficient to fully develop these arguments in one brief.[1]

Allowing Bayou City and Mr. McMullen to submit a response in excess of 25 pages will not prejudice any other party to the proceeding. On the other hand, if Bayou City and Mr. McMullen are not allowed to submit a response in excess of 25 pages, they will be greatly prejudiced by the loss of arguments, and adjudication of this motion will be more difficult. As such, Bayou City and Mr. McMullen request permission to file a response to the Class Plaintiffs' Motion in excess of 25 pages, but not to exceed 32 pages.

DATED: December 1, 2023

/s/ Nick Brown
Nick Brown
Texas Bar No. 24092182    S.D. Tex. ID 2725667
Kenneth A. Young (*Attorney-in-Charge*)
Texas Bar No. 25088699    S.D. Tex. ID 2506614
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
609 Main Street
Houston, Texas 77002
Phone:   (713) 836-3600
Fax:     (713) 836-3601
Emails:  nick.brown@kirkland.com
         kenneth.young@kirkland.com

*Counsel for Bayou City Energy Management, LLC and William McMullen*

---

[1] In addition to the motion to unseal the Class already filed, the Class indicated to Bayou City's counsel that the Class may seek to unseal approximately fifty of Bayou City's confidential documents filed by other parties (including the Class).

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served on all counsel of record via the Court's electronic filing system on December 1, 2023.

*/s/ Nick Brown*
Nick Brown

**CERTIFICATE OF CONFERENCE**

On October 19, 2023, I emailed counsel for the other parties in this case, including counsel for Class Plaintiffs, to ask if they opposed an additional five to ten pages for our response brief, and explained the basis for my request.[2] No counsel responded to my question or otherwise informed me of any opposition to this motion.

                                                        */s/ Nick Brown*
                                                        Nick Brown

---

[2] The relevant portion of my October 19, 2023 email stated: "As of now, it looks like it will be over the page limit. In our view, this illustrates the unnecessary burden the Class is imposing. In any event, we are going to have to file a motion to have additional pages. The need for additional pages relates to the importance of these issues, the line-by-line/document-by-document standard you demand, the need to defend the protective order, and that many of these arguments will recur in future briefing and it will be more efficient to write/reference them once. The Court's requirement for 13-pt font makes everything slightly longer too. I expect we'll seek approximately 5-10 extra pages, but it could be slightly more or potentially even less (we're trying to keep it as short as possible, obviously). If you (or anyone else receiving this email) have a position or oppose that request, we would ask you to let us know, along with the basis. Thanks and regards, Nick Brown"