UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | No. 4:19-cv-00957 |
| ALYESKA MASTER FUND, L.P., ALYESKA MASTER FUND 2, L.P., and ALYESKA MASTER FUND 3, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ALTA MESA RESOURCES, INC., *et al.*<br><br>Defendants. | Judge George C. Hanks, Jr.<br><br>No. 4:22-cv-01189 |
| ORBIS GLOBAL EQUITY LE FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL EQUITY FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL BALANCED FUND (AUSTRALIA REGISTERED), ORBIS SICAV, ORBIS INSTITUTIONAL GLOBAL EQUITY L.P., ORBIS GLOBAL EQUITY FUND LIMITED, ORBIS INSTITUTIONAL FUNDS LIMITED, ALLAN GRAY AUSTRALIA BALANCED FUND, ORBIS OEIC, and ORBIS INSTITUTIONAL U.S. EQUITY L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ALTA MESA RESOURCES, INC., *et al.*,<br><br>Defendants. | No. 4:22-cv-2590 |

## BAYOU CITY ENERGY AND WILLIAM MCMULLEN'S MOTION FOR LEAVE TO FILE UNDER SEAL AN EXHIBIT SUPPORTING THEIR RESPONSE TO THE CLASS'S MOTION TO UNSEAL

Bayou City Energy and William McMullen respectfully request leave to file an unredacted copy of an exhibit under seal. The exhibit at issue is being filed as Exhibit 2 in support of Bayou City Energy and William McMullen's response brief opposing the Class's motion to unseal. This exhibit (Exhibit 2) discusses the same information that the response brief itself seeks to keep sealed. Because this exhibit concerns the same underlying information, it should be sealed for exactly the same reasons discussed in the response brief. In short, the exhibit quotes and references excerpts of deposition transcripts and other documents that have been designated "Confidential" or "Confidential Attorney Eyes Only" (the "Protected Materials") under the Stipulation and Protective Order (Dkt. 190). To avoid multiplying the briefing, Bayou City Energy and Mr. McMullen incorporate their arguments in the response brief by reference.

Bayou City Energy and Mr. McMullen therefore request that the Court issue an order sealing Exhibit 2 to Bayou City Energy's and William McMullen's Response to Class Plaintiffs' Motion to Unseal Defendant McMullen's Motion for Summary Judgment and Accompanying Exhibits.

DATED: December 1, 2023

/s/ Nick Brown
Kenneth A. Young (*Attorney-in-Charge*)
Texas Bar No. 25088699 S.D. Tex. ID 2506614
Nick Brown
Texas Bar No. 24092182 S.D. Tex. ID 2725667
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
609 Main Street
Houston, Texas 77002
Phone:   (713) 836-3600
Fax:       (713) 836-3601
Emails:  kenneth.young@kirkland.com
             nick.brown@kirkland.com

*Counsel for Bayou City Energy Management, LLC and William McMullen*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served on all counsel of record via the Court's electronic filing system on December 1, 2023.

/s/ Nick Brown
Nick Brown

## CERTIFICATE OF CONFERENCE

    Bayou City Energy and Mr. McMullen believe that Class Plaintiffs are opposed to this motion, as Class Plaintiffs are seeking to unseal the underlying information discussed in the exhibit that Bayou City Energy and Mr. McMullen seek to seal.

                                      */s/ Nick Brown*
                                      Nick Brown