# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | No. 4:19-cv-00957 |
| ALYESKA MASTER FUND, L.P., ALYESKA MASTER FUND 2, L.P., and ALYESKA MASTER FUND 3, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> ALTA MESA RESOURCES, INC., *et al.* <br><br> Defendants. | Judge George C. Hanks, Jr. <br><br> No. 4:22-cv-01189 |
| ORBIS GLOBAL EQUITY LE FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL EQUITY FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL BALANCED FUND (AUSTRALIA REGISTERED), ORBIS SICAV, ORBIS INSTITUTIONAL GLOBAL EQUITY L.P., ORBIS GLOBAL EQUITY FUND LIMITED, ORBIS INSTITUTIONAL FUNDS LIMITED, ALLAN GRAY AUSTRALIA BALANCED FUND, ORBIS OEIC, and ORBIS INSTITUTIONAL U.S. EQUITY L.P., <br><br> Plaintiffs, <br><br> v. <br><br> ALTA MESA RESOURCES, INC., *et al.*, <br><br> Defendants. | No. 4:22-cv-2590 |

**[PROPOSED] ORDER GRANTING BAYOU CITY ENERGY AND WILLIAM MCMULLEN'S MOTION FOR LEAVE TO FILE UNDER SEAL HIS DECLARATION**

Before the Court is Bayou City Energy and William McMullen's Motion for Leave to File under Seal an exhibit supporting their response to the Class's Motion to Unseal. For good cause shown, the motion for leave is **GRANTED**.

Bayou City Energy and William McMullen are hereby given leave to file under seal an unredacted copy of Exhibit 2 to Bayou City Energy's and William McMullen's Response to Class Plaintiffs' Motion to Unseal Defendant McMullen's Motion for Summary Judgment and Accompanying Exhibits.

SIGNED this _____ day of _____, 2023.

_____
HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE