**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 |

**AGREED MOTION TO EXTEND DEADLINE FOR CLASS PLAINTIFFS TO FILE REPLY IN FURTHER SUPPORT OF MOTION TO UNSEAL**

Lead Plaintiffs FNY Partners Fund LP, FNY Managed Accounts, LLC, Paul J. Burbach and United Association National Pension Fund (f/k/a Plumbers and Pipefitters National Pension Fund) and Plaintiff Camelot Event Driven Fund (collectively, "Class Plaintiffs"), respectfully submit this agreed motion to extend the date for Class Plaintiffs to file a reply in further support of their Motion to Unseal Defendant McMullen's Motion for Summary Judgment and Accompanying Exhibits (Dkt. 442). The current response deadline is December 8, 2023.

Good cause exists for an extension. The parties have conferred (and continue to do so) regarding the motion to unseal and other related disputes in connection with the sealing of these and other documents submitted in support of, and opposition to, the parties' summary judgment briefing in an effort to narrow the disputes between them. As part of those efforts, Class Plaintiffs are continuing to analyze defendants Bayou City Energy and William McMullen's Response in Opposition to Class Plaintiffs' Motion to Unseal (Dkt. 498).

Additionally, significant work is ongoing in the case related to summary judgment and trial preparation. Expert discovery concluded on November 29, 2023, and the filing deadline for summary judgment motions and *Daubert* motions is December 22, 2023.

No party will suffer any prejudice from a reply being submitted by December 20, 2023 instead of December 8, 2023.

Counsel for Bayou City Energy and William McMullen is agreed to granting Class Plaintiffs until December 20, 2023 to submit their reply in further support of the motion to unseal.

Dated: December 8, 2023

Respectfully submitted,

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle (attorney-in-charge)
State Bar No. 24038131
Callie Crispin
State Bar No. 24104231
Sal H. Lee (*pro hac vice*)

**ENTWISTLE & CAPPUCCI LLP**
500 West 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (512) 710-5960
Facsimile: (212) 894-7278

-and-

Joshua K. Porter (*pro hac vice*)
Brendan J. Brodeur (*pro hac vice*)
Andrew M. Sher (*pro hac vice*)
**ENTWISTLE & CAPPUCCI LLP**
230 Park Avenue, 3rd Floor
New York, NY 10169
Telephone: (212) 894-7200
Facsimile: (212) 894-7278

*Court-Appointed Co-Lead Counsel*

*/s/ Trig Smith*
Trig Smith (*pro hac vice*)
Sean McGuire (*pro hac vice*)
Lonnie Browne (*pro hac vice*)
John Kelley (*pro hac vice*)

**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

*Court-Appointed Co-Lead Counsel*

Ira A. Schochet (*pro hac vice*)
David Saldamando (*pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Plaintiff Camelot Event Driven Fund, A Series of Frank Funds Trust*