United States District Court
Southern District of Texas
**ENTERED**
December 19, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 |

## ORDER GRANTING AGREED MOTION TO EXTEND DEADLINE

The Court having considered Lead Plaintiffs FNY Partners Fund LP, FNY Managed Accounts, LLC, Paul J. Burbach and United Association National Pension Fund (f/k/a Plumbers and Pipefitters National Pension Fund) and Plaintiff Camelot Event Driven Fund's (collectively, "Class Plaintiffs") Agreed Motion to Extend Deadline to file a Reply in Further Support of the Class Plaintiffs' Motion to Unseal (Dkt. 442), and for good cause shown, IT IS HEREBY ORDERED THAT Class Plaintiffs' Motion to Extend Deadline for Reply in Further Support of Motion to Unseal is GRANTED and the reply deadline is extended through and including December 20, 2023.

IT IS SO ORDERED.

DATED:  12/19/2023

_George C. Hanks Jr._
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE