UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 |

**[PROPOSED] ORDER GRANTING CLASS PLAINTIFFS' UNOPPOSED MOTION TO SEAL**

The Court, having considered Class Plaintiffs' Unopposed Motion to Seal their Reply In Support of Their Motion to Unseal Defendant McMullen's Motion for Summary Judgment and Accompanying Exhibits, and for good cause shown, the Motion is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court is to place Class Plaintiffs' Reply in Support of Their Motion to Unseal Defendant McMullen's Motion for Summary Judgment and Accompanying Exhibits under seal, without further order of the Court.

Signed this ___ day of _____, _____.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE