# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 |

### [PROPOSED] ORDER GRANTING CLASS PLAINTIFFS' MOTION TO UNSEAL DEFENDANT MCMULLEN'S MOTION FOR SUMMARY JUDGMENT AND ACCOMPANYING EXHIBITS

The Court, having considered Class Plaintiffs' Motion to Unseal Defendant William McMullen's Motion for Summary Judgment and Accompanying Exhibits dated September 20, 2023 (ECF No. 442, the "Unsealing Motion"), and for good cause shown, the Unsealing Motion is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant William McMullen shall publicly file an unredacted copy of his Motion for Summary Judgment and Accompanying Exhibits (ECF No. 427), within five business days after the date of this order.

Signed this __ day of _____, 20____.

_____

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE