UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO FILE UNDER SEAL DEFENDANTS' *DAUBERT* MOTIONS,
ACCOMPANYING APPENDICES OF EXHIBITS, AND PROPOSED ORDERS IN
SUPPORT OF SAME**

The Court having considered Defendants' Unopposed Motion to File Under Seal Defendants' *Daubert* Motions, Accompanying Appendices of Exhibits, and Proposed Orders in Support of Same, IT IS HEREBY ORDERED that Defendants' Motion to Seal is GRANTED.

**Signed On**_____

_____
**George C. Hanks, Jr.
United States District Judge**