# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| |
|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION |

Case No. 4:19-cv-00957

Judge George C. Hanks, Jr.

ORAL ARGUMENT REQUESTED

## DEFENDANTS' UNOPPOSED MOTION TO FILE UNDER SEAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT, ACCOMPANYING APPENDICES OF EXHIBITS, AND PROPOSED ORDERS IN SUPPORT OF SAME

Pursuant to Rule 6 of the Administrative Procedures for Electronic Filing in Civil and Criminal Cases, Section C(7) of the Court's Procedures, and the Parties' Stipulation and Protective Order (ECF Nos. 174, 190), Defendants Alta Mesa Resources, Inc., Harlan H. Chappelle, Stephen S. Coats, Michael E. Ellis, William D. Gutermuth, Pierre F. Lapeyre Jr., David M. Leuschen, Donald R. Sinclair, Ronald J. Smith, Jeffrey H. Tepper, Thomas J. Walker, and Diana J. Walters (together, "Defendants") hereby request leave of Court to file under seal the unredacted versions of the following: 1) Defendants Riverstone Holdings LLC's, Stephen Coats's, and Thomas Walker's Motion for Summary Judgment and Incorporated Memorandum of Law as to Plaintiffs' Section 20(a) Claim; 2) AMR Directors' Motion for Summary Judgment and Incorporated Memorandum of Law on Plaintiffs' Section 10(b) and 20(a) Claims; 3) Alta Mesa Resources, Inc., Chappelle, Ellis, and Smith's Motion for Summary Judgment and Incorporated Memorandum of Law on

1

Plaintiffs' Section 10(b) and 20(a) Claims; 4) Defendants' Motion for Summary Judgment and Incorporated Memorandum of Law on Opt-Out Plaintiffs' Claims; and 5) Proxy Defendants' Motion for Summary Judgment and Incorporated Memorandum of Law on Plaintiffs' Section 14(a) and 20(a) Claims; and 6) accompanying Exhibits 1-254, Appendices A-C, and Glossary.

## BACKGROUND

On June 1, 2021, the parties filed a Stipulation and Protective Order, which the Court approved on August 17, 2021 (the "Protective Order") (ECF Nos. 174, 190). The Protective Order allows the parties to designate certain sensitive materials as "Confidential" or "Confidential – Attorney's Eyes Only." ECF No. 190 at ¶¶ 4-9. If a party later files a document that it has designated "Confidential" or "Confidential – Attorney's Eyes Only," the party must file a motion to file under seal pursuant to the Court's procedures the Protective Order. *Id.* ¶ 24.

When a party files designated materials under seal (as required by Paragraph 24 of the Protective Order), the parties must "meet-and-confer" before, or within five (5) business days of, the filing "to discuss whether any or all of the documents require being submitted under seal, or should remain under seal." *Id.* ¶¶ 14, 24. If the parties "are unable to reach agreement, the party objecting to the filing under seal may file a motion to unseal." *Id.* ¶ 14.

Pursuant to the Protective Order, counsel for defendants notified all parties on December 21, 2023 of their intent to file their Motions for Summary Judgment and accompanying declaration, appendices, exhibits under seal and listed the specific

documents to be filed under seal in the attached Appendix.  Class Plaintiffs responded that they do not object to the Motion to Seal but reserve the right to move to unseal.  No parties oppose the motion.

The summary judgment and/or *Daubert* motion deadline in this matter is December 22, 2023 (ECF No. 376).

## ARGUMENT

This Court maintains "supervisory power" over its own docket and should act to deny public access to documents "where court files might … become a vehicle for improper purposes."  *SEC v. Van Waeyenberghe*, 990 F.2d 845, 848 (5th Cir. 1993) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)).  Courts routinely seal the sensitive business and financial information of parties, recognizing that such information is subject to use for "improper purposes."  *See Udoewa v. Plus4 Credit Union*, 754 F. Supp. 2d 850, 884 (S.D. Tex. 2010) (granting a motion to seal where "[t]he excerpts from the [documents] at issue contain extensive financial information of a sort that is often kept confidential") (citing *Cooper Tire & Rubber Co. v. Farese*, No. 3:02CV210, 2009 WL 514071, at *1 (N.D. Miss. Feb. 27, 2009) (sealing "sensitive financial documents")).

## CONCLUSION

Pursuant to Paragraph 24 of the Protective Order, the Protected Materials "must be filed under seal on CM/ECF."  Protective Order ¶ 24.  Defendants therefore request that the Court grant this unopposed Motion to Seal and order the Protected Materials to remain sealed.

**APPENDIX OF MATERIALS TO BE SEALED**

| Exhibit | Description |
|---|---|
|  | Glossary of Defined Terms used throughout the accompanying motions. |
| Appendix A | Chart of Alleged Misstatements (Non-Proxy) |
| Appendix B | Chart of Alleged Misstatements (Proxy) |
| Appendix C | Chart of Alleged Misstatements (Opt-Out Action) |
| Exhibit 1 | March 24, 2016, Ryder Scott Year-End 2015 Audit Letter (DEF-19). |
| Exhibit 2 | April 19, 2017, Email from Chelsea Dodds Williamson to Jeff Knupp, et al. re: Alta Mesa CA (DEF-26 and Riverstone_SDTX00176445 - Riverstone_SDTX0017446). |
| Exhibit 3 | April 25, 2017, Presentation entitled: Project Amberjack Initial Valuation Review Materials (DEF-32). |
| Exhibit 4 | April 27, 2017, Email from Chelsea Dodds Williamson to Olivia Wassenaar et al. re: Amberjack Follow-up (DEF-33). |
| Exhibit 5 | April 27, 2017, Presentation entitled: Project Amberjack Follow-up Materials (DEF-34). |
| Exhibit 6 | May 2, 2017, Memorandum from Silver Run II Team to Investment Committee (RIVERSTONE_SDTX00042642). |
| Exhibit 7 | May 4, 2017, Silver Run II Acquisition Corporation Meeting of the Board of Directors and Audit Meeting of the Board of Directors Meeting Minutes (RIVERSTONE_SDTX00123584). |
| Exhibit 8 | May 12, 2017, Email from Kevin Wang to Pierre Lapeyre, et al. re: Am / KFM materials (CP-243, RIVERSTONE_SDTX00042526 – RIVERSTONE_SDTX00042686). |
| Exhibit 9 | June 2, 2017, Email from Warren Williamson to Randy Limbacher, et al. re: Amberjack - Technical Review with TPH (DEF-35). |
| Exhibit 10 | June 2, 2017, Presentation entitled: Project Amberjack Technical Review (DEF-36, RIVERSTONE_SDTX00044145 – RIVERSTONE_SDTX00044186). |

| Exhibit | Description |
|---|---|
| Exhibit 11 | June 2, 2017, Email from Neil Babaria to Bartow Jones, et al. re: Alta Mesa & KFM IC Memo (RIVERSTONE_SDTX00001876). |
| Exhibit 12 | June 3, 2017, Email from David Leuschen to Marcia O'Neill re: Fwd: Alta Mesa & KFM IC Memo (with attachments) (CP-291, RIVERSTONE_SDTX00538658–RIVERSTONE_SDTX005386739). |
| Exhibit 13 | June 5, 2017, Email from Kevin Wang to Randy Limbacher, John Campbell and Mark Castiglione re: Alta Mesa IC memo (with attachments) (CP-244, RIVERSTONE_SDTX00018289 – RIVERSTONE_SDTX00018369). |
| Exhibit 14 | June 7, 2017 Riverstone Presentation entitled: Alta Mesa & KFM - Investment Committee Memo (RIVERSTONE_SDTX00001877 – RIVERSTONE_SDTX0000956). |
| Exhibit 15 | June 9, 2017 Email from Mark Castiglione to Drew Karian re: Alta Mesa & KFM IC Memo (CP-427, Riverstone_SDTX00013166). |
| Exhibit 16 | EEPB's Audit of Kingfisher Midstream, LLC Financial Statements December 31, 2016 and 2015 (RIVERSTONE_SDTX00309629 - RIVERSTONE_SDTX00309640). |
| Exhibit 18 | July 19, 2017, Email from Susan Hutchison to Diana Walters, et al. re: Project Amberjack Discussion Materials (with attachment) (CP-459). |
| Exhibit 19 | July 18, 2017, Silver Run II Acquisition Corporation Special Meeting of the Board of Directors (RIVERSTONE_SDTX00206937 – RIVERSTONE_SDTX00206938). |
| Exhibit 20 | July 19, 2017, Letter from Chad Michael, M.D. of Tudor Pickering Holt & Co Advisors LP to Silver Run Acquisition Corporation II re: Engagement (DEF-25). |
| Exhibit 21 | July 19, 2017, Presentation entitled: Amberjack Discussion Materials (DEF-39). |
| Exhibit 22 | July 19, 2017, Silver Run II Acquisition Corporation Special Meeting of the Board of Directors Meeting Minutes (RIVERSTONE_SDTX00123586). |
| Exhibit 23 | July 21, 2017, Silver Run II Acquisition Corporation Special Meeting of Board of Directors Meeting Minutes (CP-450). |

| Exhibit | Description |
|---|---|
| Exhibit 24 | July 21, 2017, Silver Run II Acquisition Corporation Special Meeting of the Board of Directors (Gutermuth_SDTX0000666 – Gutermuth_SDTX0000667). |
| Exhibit 25 | Alta Mesa Resources, Inc., August 2017 "Pure-Play STACK Enterprise" Investor Presentation (DEF-64). |
| Exhibit 26 | August 4, 2017, Silver Run II Acquisition Corporation Meeting of the Board of Directors Meeting Minutes (RIVERSTONE_SDTX00144091 – RIVERSTONE_SDTX00144092). |
| Exhibit 27 | August 10, 2017, Email from Pierre Lapeyre to Jim Hackett (Riverstone_SDTX00224529). |
| Exhibit 28 | August 14, 2017, Silver Run II Acquisition Corporation Meeting of the Board of Directors Meeting Minutes (Gutermuth_SDTX0000675 - Gutermuth_SDTX0000686). |
| Exhibit 29 | August 16, 2017, Announcement Press Release (CP-104). |
| Exhibit 30 | August 16, 2017, KFM Contribution Agreement (AMR_SDTX00809777 – AMR_SDTX00810490). |
| Exhibit 31 | August 16, 2017, AMH Contribution Agreement. |
| Exhibit 32 | August 17, 2017, "Pure Play STACK Enterprise" Investor Presentation (CP-090). |
| Exhibit 33 | August 17, 2017, Email chain from William Gutermuth to Jim Hackett, bcc: William Gutermuth re: Riverstone Update - Silver Run Acquisition Corporation II to Merge with Alta Mesa and Kingfisher Midstream (CP-455, Hackett_SDTX000236 – Hackett_SDTX000237). |
| Exhibit 34 | September 13, 2017, Email from Jayne Wabeke to Oliva Wassenaar re: SRII | Revised Proxy Statement (RIVERSTONE_SDTX00145799 – RIVERSTONE_SDTX00145802). |
| Exhibit 35 | September 14, 2017, Email from Tony Tran to Tamara Alsarraf and Dustin Bridges re: "Silver Run | Proxy Statement" (AMR_SDTX01420340). |
| Exhibit 36 | September 16, 2017, Email chain from Olivia Wassenaar to Jim Hackett re: Fwd: Silver Run II - Proxy for Review (CP-87, RIVERSTONE_SDTX00229256 – RIVERSTONE_SDTX00229257). |

| Exhibit | Description |
|---|---|
| Exhibit 37 | September 16, 2017, Email from Tony Tran to Jayne Wabeke re: FW: Questions from our Auditors on Proxy (AMR_SDTX01664374). |
| Exhibit 38 | September 17, 2017, Ryder Scott Audit (AMR_SDTX00013661 – AMR_SDTX00013677). |
| Exhibit 39 | Email chain with Alta Mesa re: "BDO Question" (AMR_SDTX01192195 - AMR_SDTX01192199). |
| Exhibit 40 | October 2017 Investor Presentation (CP-175). |
| Exhibit 41 | October 4, 2017, Email from Kevin Wang to Tamara Alsarraf et al. re: Cash flow projections (RIVERSTONE_SDTX00093081 – RIVERSTONE_SDTX00084). |
| Exhibit 42 | October 20, 2017, SEC Comment Letter (RIVERSTONE_SDTX00095701 – RIVERSTONE_SDTX00095708). |
| Exhibit 43 | October 25, 2017, Email from Dave Bartz to Bill Finnegan, et al. re: SR Proxy Documents (ARMEnergy_00037635) as produced to the Defendants. |
| Exhibit 44 | October 26, 2017, Silver Run II Acquisition Corporation Special Meeting of the Board of Directors Meeting Minutes (RIVERSTONE_SDTX00123581). |
| Exhibit 45 | October 27, 2017, Email from Michael Christopher to Olivia Wassenaar, et al. re calls w banks (RIVERSTONE_SDTX00232769 - RIVERSTONE_SDTX00232770). |
| Exhibit 46 | Email chain from Ripal Shah, Ronald Smith, et al. re: SEC Comment Response Letter (AMR_SDTX01210970 - AMR_SDTX01210974). |
| Exhibit 47 | Email chain with Alta Mesa, ARM Energy, and others re: SEC Comment Response Letter (AMR_SDTX01401887 - AMR_SDTX01401889) |
| Exhibit 48 | October 30, 2017, Email chain with Bo Dunne, Michael Christopher, Derek Deas and others re: SRII | Revised Proxy (AMR_SDTX00893887 - AMR_SDTX00893897). ). |
| Exhibit 49 | October 31, 2017, SEC Letter (AMR_SDTX00728788 - AMR_SDTX00728807). |

| Exhibit | Description |
|---------|-------------|
| Exhibit 50 | October 31, 2017 Email from Olivia Wassenaar to Diana Walters, et al. re: Silver Run \| Proxy Statement (Gutermuth_SDTX0001154 - Gutermuth_SDTX0001155). |
| Exhibit 51 | Alta Mesa Resources, Inc., "Investor Update," November 2017 (DEF-109). |
| Exhibit 52 | November 10, 2017, Email from Kevin Wang to Drew Karian, et al. re: Draft AMH 10-Q as of 9-30-17 v11-9-17 (RIVERSTONE_SDTX00004733 - RIVERSTONE_SDTX00004734). |
| Exhibit 53 | November 10, 2017, Email from Bo Dunne to Kevin Wang re: KFM CF outspend (RIVERSTONE_SDTX00311839 - RIVERSTONE_SDTX00311841). |
| Exhibit 54 | November 13, 2017, Email from Jim Hackett to Michael Christopher re: Draft Q3 Operational Update (RIVERSTONE_SDTX00233963 – RIVERSTONE_SDTX00233966). |
| Exhibit 55 | Email chain with T. Tran to Kevin Bourque, Tamara Alsarraf re: Proxy Updates (AMR_SDTX01087402 - AMR_SDTX01087403). |
| Exhibit 56 | November 22, 2017, Email chain from Michael McCabe to Jim Hackett, cc: Olivia Wassenaar, Hal Chappelle, Tom Walker re: Silver Run II / Alta Mesa - Updated Filing (CP-85). |
| Exhibit 57 | Email with Hal Chappelle, Tamara Alsarraf, Tim Turner, and others re: SRII \| Proxy Statement and Comment Letter (AMR_SDTX01613988). |
| Exhibit 58 | November 22, 2017, Email from Michael Christopher to Jim Hackett and others re: SRII \| Proxy Statement and Comment Letter (AMR_SDTX00871977 - AMR_SDTX00871983). |
| Exhibit 59 | December 20, 2017, Email from Jim Hackett to Diana Walters re: SR 2 - Confidential (Hackett_SDTX0003287 - Hackett_SDTX0003288). |
| Exhibit 60 | January 7, 2018, Email from Diana Walters to Jim Hackett, copying Olivia Wassenaar re: Latest Negotiations – Confidential (RIVERSTONE_SDTX00238969 - RIVERSTONE_SDTX00238970). |
| Exhibit 61 | January 8, 2018, Email from Kevin Wang to Bo Dunne re: KFM year end balance sheet (RIVERSTONE_SDTX00314184– RIVERSTONE_SDTX00314185). |

| Exhibit | Description |
|---|---|
| Exhibit 62 | January 13, 2018, Email from William Gutermuth to Olivia Wassenaar, et al. re: SRUN II - Update (Process/ Time line / LTIP) (Gutermuth_SDTX0001340 - Gutermuth_SDTX0001341). |
| Exhibit 63 | January 18, 2018, Email from LW to Alta Mesa re: RE: SRII | Proxy Statement (RIVERSTONE_SDTX00119118 - RIVERSTONE_SDTX00119122). |
| Exhibit 64 | January 19, 2018, Email from Kevin Wang to Bo Dunne re: KFM stats (RIVERSTONE_SDTX00315072). |
| Exhibit 65 | January 19, 2018, Silver Run II Proxy Statement (CP-53). |
| Exhibit 66 | January 30, 2018, Ryder Scott Audit (AMR_SDTX00033431 – AMR_SDTX00033447). |
| Exhibit 67 | February 12, 2018, Email from Hal Chappelle to  the AMR Board of Directors re S-1 document sent yesterday attaching 021218 AMR BOD Meeting Materials (RIVERSTONE_SDTX000274097 – RIVERSTONE_SDTX0000274161). |
| Exhibit 69 | February 12, 2018, Minutes of the Meeting of the Board of Directors of Alta Mesa Resources, Inc. (AMR_SDTX00127793 – AMR_SDTX00127843). |
| Exhibit 71 | HS Energy Advisors , "Alta Mesa Resources (AMR) Initiating Coverage of AMR - An Emerging "STACK" Powerhouse Pure Play, Welcome to the '"Updip'" Presentation (DEF-72) (AMR_SDTX00022983 - AMR_SDTX00023017). |
| Exhibit 72 | February 20, 2018, Email from Jack Albers to Sims Bruns re: spacing concerns (CP-698, AMR_SDTX01668844). |
| Exhibit 73 | February 20, 2018, Email from Abbas Belyadi to Kevin Bourque re: EUR Update (AMR_SDTX01089934 - AMR_SDTX01089935). |
| Exhibit 74 | 2/21/2018 Enercom Presentation (DEF-65). |
| Exhibit 75 | March 16, 2018, Email from Gene Cole to Mike E. Ellis, Kevin J. Bourque and David McClure re: FW: Recap of GLM yesterday - added Item 19 to worksheet (with attachments) (CP-117, AMR_SDTX00061291 – AMR_SDTX00061295). |

| Exhibit | Description |
|---|---|
| Exhibit 76 | RS Energy Group, STACK MERAMEC SPACING Co-Completed Wells Shine, Child Wells Decline (RASOR_SDTX00574 - RASOR_SDTX00585). |
| Exhibit 77 | March 26, 2018, Email from Tony Tran to Tim Turner, et al. re: AMR 10-K Support (AMR_SDTX00793416 – AMR_SDTX00793417). |
| Exhibit 79 | March 27, 2018, Email from Tony Tran to John Menke, et al. re: AMR Form 10-K (AMR_SDTX00789441 – AMR_SDTX00789445). |
| Exhibit 80 | March 27, 2018, Email from Tony Tran to John Menke, et al. re AMR Form 10-K (AMR_SDTX00790662 – AMR_SDTX00790666). |
| Exhibit 81 | March 27, 2018, Email from Tony Tran to John Menke, et al. re: AMR Flow of Funds 10-K (AMR_SDTX01603473 – AMR_SDTX01603474). |
| Exhibit 82 | March 27, 2018 Email from Jim Hackett to Oliva Wassenaar re: Confidential (RIVERSTONE_SDTX00320552 – RIVERSTONE_SDTX00320555). |
| Exhibit 85 | March 27, 2018, Email from Tony Tran to Bo Dunne, et al. re: AMR 10-K 12-31-17 support (AMR_SDTX00792241 – AMR_SDTX00792243). |
| Exhibit 88 | March 28, 2018, Minutes of the Meeting of the Board of Directors of Alta Mesa Resources, Inc. (AMR_SDTX00127752 – AMR_SDTX00127788). |
| Exhibit 89 | March 28, 2018, Audit Wrap-up Presentation (AMR_SDTX00786818 - AMR_SDTX00786840). |
| Exhibit 90 | March 28, 2018, Email from Peter Amadeo to Tony Tran, et al. re: ARM 10-K (AMR_SDTX00789439 – AMR_SDTX00789440). |
| Exhibit 91 | March 28, 2018, Minutes of the Meeting of the Audit Committee of the Board of Directors of Alta Mesa Resources, Inc. [Draft for Minutes Approval] (Walters_SDTX0004574 – Walters_SDTX0004576). |
| Exhibit 95 | March 29, 2018, Q4 2017 Earnings - 2018 Operational Update and Guidance Presentation (Alyeska 39). |
| Exhibit 96 | March 29, 2018, Email from Tony Tran to Hal Chappelle, et al. re: AMR 10-K Current (AMR_SDTX00787973 – AMR_SDTX00787974). |
| Exhibit 97 | Form 10-K for fiscal year ended December 31, 2017, filed with the SEC on March 29, 2018 (CP-158). |

| Exhibit | Description |
|---|---|
| Exhibit 98 | March 29, 2018, Press release (DEF-83). |
| Exhibit 100 | Q4 2017 Alta Mesa Resources Inc. Earnings Call (FEINSTEIN_AMR-00001199 – FEINSTEIN_AMR-00001214), as produced to the Defendants. |
| Exhibit 101 | March 31, 2018, BDO Quarterly Review (Q1 2018) (Tepper_SDTX0002371 – Tepper_SDTX0002386). |
| Exhibit 102 | April 8, 2018, Email from Tim Turner to Hal Chappelle (AMR_SDTX00672982 – AMR_SDTX00672983). |
| Exhibit 103 | April 21, 2018, SRII Advisors Presentation (RIVERSTONE_SDTX00255698). |
| Exhibit 104 | May 12, 2018, Email from Hal Chappelle to Kevin Bourque (AMR_SDTX00669248 – AMR_SDTX00669256). |
| Exhibit 105 | May 13, 2018, Minutes of the Telephonic Meeting of the Audit Committee of the Board of Directors of Alta Mesa Resources, Inc. (Walters_SDTX0009344). |
| Exhibit 106 | May 14, 2018, Unanimous Written Consent of the Board of Directors of Alta Mesa Resources, Inc. (AMR_SDTX00128068 – AMR_SDTX00128080). |
| Exhibit 107 | May 14, 2018, Press Release: Alta Mesa Provides Operations Update and Reaffirms Guidance (AMR_SDTX00979604 – AMR_SDTX00979607). |
| Exhibit 108 | June 8, 2018, Email from Jim Hackett to Hal Chappelle, et al re: June 18 Board Meeting (AMR_SDTX01807018). |
| Exhibit 109 | June 12, 2018, Deliverables Workshop - Lincoln Unit Miss Lime Evaluation Project Presentation (CP-764, AMR_SDTX01826956 - AMR_SDTX01827084). |
| Exhibit 110 | June 18, 2018, Minutes of the Meeting of the Board of Directors of Alta Mesa Resources, Inc. (AMR_SDTX00128244 - AMR_SDTX00128248). |
| Exhibit 111 | June 28, 2018, Unanimous Written Consent of the Audit Committee of the Board of Directors of Alta Mesa Resources, Inc. (AMR_SDTX00845737 – AMR_SDTX00845738). |

| Exhibit | Description |
|---|---|
| Exhibit 112 | July 4, 2018, Email from Hal Chappelle to Tim Turner re: Steele 1806 1-34RMH Report Excluded on July 4 2018 6:30 PM (AMR_SDTX00098399 – AMR_SDTX00098401). |
| Exhibit 113 | July 6, 2018, Email from Jim Hackett to AMR Board Members re: Board Feedback (Tepper_SDTX0002642). |
| Exhibit 114 | July 6, 2018, KPMG Engagement Letter to AMR (CP-14 KPMG, KPMG-AMH-ea2018YERES-0000015 - KPMG-AMH-ea2018YERES-0000031). |
| Exhibit 115 | August 13, 2018, Alta Mesa Sarbanes-Oxley Compliance Project Presentation (AMR_013868). |
| Exhibit 116 | August 13, 2018, KPMG Quarterly Report (KPMG-AMH-ea2018Q4-0000759 – KPMG-AMH-ea2018Q4-0000784). |
| Exhibit 117 | August 13, 2018, KPMG Report to the Audit Committee (KPMG-AMH-ea2018Q4-0001296 - AMH-ea2018Q4-0001338). |
| Exhibit 118 | August 14, 2018, Email from Robert Tichio to David Leuschen, Pierre Lapeyre re: STIFEL: AMR ($4.99, Buy) - 2Ql8 Earnings Update - Company Specific Commentary (AMR) (RIVERSTONE_SDTX00032522). |
| Exhibit 119 | August 14, 2018, Alta Mesa Resources, Second Quarter 2018 Update Presentation (AMR_SDTX01581256 - AMR_SDTX01581276). |
| Exhibit 120 | August 14, 2018, Press Release "Alta Mesa Announces second quarter 2018 Financial and operational results" (AMR_SDTX00602131 – AMR_SDTX00602140). |
| Exhibit 121 | August 21, 2018, Email from Pierre Lapeyre to Scott Grandt, Hal Chappelle and others re: Riverstone Request - Corporate Model, Additional Details (RIVERSTONE_SDTX00125389 – RIVERSTONE_SDTX00125390). |
| Exhibit 122 | Barclays CEO Energy-Power Conference Slides (AMR_SDTX01101651 – AMR_SDTX01101675). |
| Exhibit 123 | September 18, 2018, Board of Directors Meeting - Pattern Development & Resource Economics Presentation (AMR_SDTX00013932). |
| Exhibit 126 | September 26, 2018, Email from Randy Limbacher to David Leuschen, et al. re: Update on call with Hal this morning (RIVERSTONE_SDTX00254029). |

| Exhibit | Description |
|---------|-------------|
| Exhibit 127 | October 19, 2018, Email from Jim Hackett to Robert Tichio, et al. re: Model Review at AMR (RIVERSTONE_SDTX00254250). |
| Exhibit 128 | October 26, 2018, Email from Roxanna Krannich to Hal Chappelle et al. re Draft 9-30-18 AMR and AMH 10-Q V10.26.18 (SDTX00590285). |
| Exhibit 129 | October 30, 2018, Email from Alec Cutler to Adam Karr re: AMR Q3 Earnings preview (Orbis-13). |
| Exhibit 130 | November 1, 2018, Email from Roxanna Krannich to Hal Chappelle et al. re: Draft 9-30-18 AMR and AMH 10-Q V11.1.18 (AMR_SDTX01799732). |
| Exhibit 131 | November 4, 2018, Email from Jim Hackett to Mark Castiglione, et al. re: Slide Deck from Mtg with AMR yesterday (RIVERSTONE_SDTX00030277 – RIVERSTONE_SDTX00030279). |
| Exhibit 132 | November 8, 2018, Organizational Charts (AMR_SDTX00125104 – AMR_SDTX00125120). |
| Exhibit 133 | November 13, 2018, Weaver Presentation entitled: Sarbanes-Oxley Compliance Project (Walters_SDTX0000731 – Walters_SDTX0000739). |
| Exhibit 134 | November 13, 2018, KPMG Quarterly Report (KPMG-AMH-ea2018Q3-0000801 - KPMG-AMH-ea2018Q3-0000834). |
| Exhibit 135 | November 13, 2018, Alta Mesa Sarbanes-Oxley Compliance Project Presentation (AMR_SDTX00125911 – AMR_SDTX00125922). |
| Exhibit 136 | Organization Charts (AMR_SDTX00125104 - AMR_SDTX00125120). |
| Exhibit 137 | December 2018, YE2018 Reserve Report Pattern Analysis and Assessment (DEF-68) (AMR_SDTX00003589). |
| Exhibit 138 | December 5, 2018, Email from Susan Hutchison to David Leuschen, et al. re: Meridian Presentation Materials for Tomorrow (with attachment) (RIVERSTONE_SDTX00030387 – RIVERSTONE_SDTX00030443, CP-299). |
| Exhibit 140 | December 17, 2018, Minutes of the Meeting of the Board of Directors of Alta Mesa (AMR_SDTX00128686 – AMR_SDTX00128689). |
| Exhibit 142 | December 20, 2018, Alta Mesa Resources, Inc. Press Release: "Alta Mesa Announces Leadership Transition," (AMR_SDTX01257260). |

| Exhibit | Description |
|---------|-------------|
| Exhibit 143 | January 25, 2019, Ryder Scott Audit (AMR_SDTX00002052 – AMR_SDTX00002069). |
| Exhibit 144 | May 16, 2019, Email from Hershell Cavin to Mark Zajac, Kaye Rasmusson, Allen Kekish re: US DPP Clearance Form FDC No. US-19-05-9340 Alta Mesa Resources Inc. with attached memo (CP-20, KPMG-AMH-ea2018YE-0006922 - KPMG-AMH-ea2018YE-0006950), as produced to the Defendants. |
| Exhibit 145 | May 17, 2019, AMH Letter to KPMG (CP-211, AMR_5DTX00126760 - AMR_SDTX00126768). |
| Exhibit 146 | July 8, 2020, Alta Mesa Reserves Audit Process During the period from 2016-2019 (CP-631). |
| Exhibit 147 | September 17, 2018, Email from Gene Cole to Tim Turner, et al. re: Tim's Slide (AMR_SDTX00580821 - AMR_SDTX00580822). |
| Exhibit 148 | April 9 and 10, 2018, Gastar Exploration Presentation (RASOR_SDTX01047 - RASOR_SDTX01086). |
| Exhibit 149 | Trade Report Excel Spreadsheet (Orbis 005), as produced to the Defendants. |
| Exhibit 150 | Alyeska Trading Data Spreadsheet (ALYESKA_AM00002333, Alyeska 23), as produced to the Defendants. |
| Exhibit 152 | Steven Coats LinkedIn Profile (CP-721). |
| Exhibit 153 | October 18, 2017, Email from Alec Cutler to Natalie Dillon re: Decision for GBSA has been Approved (ORBIS_AM00020545 – ORBIS_AM00020548), as produced to the Defendants. |
| Exhibit 154 | October 18, 2017, Email from A. Cutler to N. Dillon RE: Decision for GBSA has been Approved (ORBIS_AM00020635), as produced to the Defendants. |
| Exhibit 155 | September 18, 2018, Email from David Leuschen to Jim Hackett re amr must dos (RIVERSTONE_SDTX00030190). |
| Exhibit 160 | Hearing Transcript, Alta Mesa Holdings, LP v. Kingfisher Midstream, LLC, Bankr. C.A. No. 19-35133, Adv. No. 19-03609 (Bankr. S.D. Tex. Dec. 10, 2019), ECF No. 640. |

| Exhibit | Description |
|---|---|
| Exhibit 161 | February 7, 2023, Deposition Transcript of Kaye Rasmusson (Class)[1]. |
| Exhibit 162 | March 1, 2023, Deposition Transcript of Homer Eugene "Gene" Cole (Class). |
| Exhibit 163 | March 7, 2023, Deposition Transcript of Don Dimitrievich (Class). |
| Exhibit 164 | March 9, 2023, Deposition Transcript of James Jackson (Class). |
| Exhibit 165 | March 28, 2023, Deposition Transcript of Kevin Wang (Class). |
| Exhibit 166 | March 22, 2023, Deposition Transcript of Tim Turner (Trustee)[2]. |
| Exhibit 167 | March 23, 2023, Deposition Transcript of Tim Turner (Class). |
| Exhibit 168 | March 24, 2023, Deposition Transcript of Ronald Smith (Class). |
| Exhibit 169 | March 31, 2023, Deposition Transcript of Michael Ellis (Trustee). |
| Exhibit 170 | April 3, 2023, Deposition Transcript of Michael Ellis (Class). |
| Exhibit 171 | April 4, 2023, Deposition Transcript of David Leuschen (Class). |
| Exhibit 172 | April 11, 2023, Deposition Transcript of Jeffrey Tepper (Class). |
| Exhibit 173 | April 14, 2023, Deposition Transcript of Diana Walters (Class). |
| Exhibit 174 | April 19, 2023, Deposition Transcript of Harlan Chappelle (Class). |
| Exhibit 176 | April 27, 2023, Deposition Transcript of James Hackett (Class). |
| Exhibit 177 | April 28, 2023, Deposition Transcript of James Hackett (Trustee). |
| Exhibit 178 | May 2, 2023, Deposition Transcript of Donald Sinclair (Class). |
| Exhibit 179 | May 9, 2023, Deposition Transcript of William Gutermuth (Class). |
| Exhibit 180 | May 19, 2023, Deposition Transcript of Harlan Chappelle (Trustee). |

---

[1] References to "Class" refer to a deposition taken in the securities class action, *In re Alta Mesa Sec. Litig.*, Case No. 4:19-cv-00957 (S.D. Tex. filed Mar. 14, 2019).

[2] References to "Trustee" refer to a deposition taken in the trustee litigation, *Dunn v. Chappelle,* et al., Bankr. C.A. No. 19-35133, Adv. Pro. No. 21-03423 (Brankr. S.D.Tex.)

| Exhibit | Description |
|---------|-------------|
| Exhibit 181 | May 25, 2023, Deposition Transcript of Randy Limbacher (Trustee). |
| Exhibit 182 | June 6, 2023, Deposition Transcript of Michael Christopher (Class). |
| Exhibit 183 | June 6, 2023, Deposition Transcript of William McMullen (Class). |
| Exhibit 184 | June 6, 2023, Deposition Transcript of William McMullen (Trustee). |
| Exhibit 185 | June 13, 2023, Deposition Transcript of Miles Palke (the corporate designee for Ryder Scott pursuant to Federal Rule of Civil Procedure 30(b)(6) (Class)). |
| Exhibit 186 | June 13, 2023, Deposition Transcript of Pierre F. Lapeyre, Jr. (Class). |
| Exhibit 187 | June 14, 2023, Deposition Transcript of Jeffrey P. Knupp (Class). |
| Exhibit 188 | June 23, 2023, Deposition Transcript of John Q. Campbell, Jr. (Class). |
| Exhibit 189 | June 28, 2023, Deposition Transcript of Thomas Walker (Class). |
| Exhibit 190 | July 10, 2023, Deposition Transcript of Randy Mitchell (the corporate designee for Alyeska pursuant to Federal Rule of Civil Procedure 30(b)(6)), Vol. I (Class). |
| Exhibit 191 | July 11, 2023, Deposition Transcript of Randy Mitchell (the corporate designee for Alyeska pursuant to Federal Rule of Civil Procedure 30(b)(6)), Vol. II (Class). |
| Exhibit 192 | July 13, 2023, Deposition Transcript of Jonathan Berger (Class). |
| Exhibit 193 | July 13, 2023, Deposition Transcript of Stephen Coats (Class). |
| Exhibit 194 | July 14, 2023, Deposition Transcript of Alec Cutler (the corporate designee for Orbis pursuant to Federal Rule of Civil Procedure 30(b)(6)) (Class). |
| Exhibit 195 | July 20, 2023, Deposition Transcript of Adam Karr (Class). |
| Exhibit 196 | July 21, 2023, Deposition Transcript of Brad Murray (Class). |
| Exhibit 197 | November 3, 2023, Deposition Transcript of Frank Gagliardi (Class). |
| Exhibit 198 | November 10, 2023, Deposition Transcript of Steven P. Feinstein, Ph.D (Class). |
| Exhibit 199 | November 13, 2023, Deposition Transcript of Harold McGowen III (Class). |

| Exhibit | Description |
|---------|-------------|
| Exhibit 200 | November 14, 2023, Deposition Transcript of Zachary Nye, Ph.D. (Class). |
| Exhibit 201 | November 15, 2023, Deposition Transcirpt of Taylor Kirkland (Class). |
| Exhibit 203 | November 17, 2023, Deposition Transcript of Charles Whitehead (Class). |
| Exhibit 210 | May 9, 2022, Defendant Thomas J. Walker's Responses and Objections to Lead Plaintiffs' First Set of Interrogatories. |
| Exhibit 211 | July 18, 2023, Second Supplemental Responses and Objections to the Propounding Defendants' First Set of Interrogatories to FNY Partners Fund LP, FNY Managed Accounts, LLC, Paul J. Burbach, United Association National Pension Fund, and Camelot Event Driven Fund. |
| Exhibit 212 | July 18, 2023, Defendant Diana J. Walter's Amended Responses and Objections to Lead Plaintiffs' First Set of Interrogatories. |
| Exhibit 213 | July 18, 2023, Defendant James T. Hackett's Amended Responses and Objections to Lead Plaintiffs' First Set of Interrogatories. |
| Exhibit 214 | July 18, 2023, Defendant Jeffrey Tepper's Amended Responses and Objections to Lead Plaintiffs' First Set of Interrogatories. |
| Exhibit 215 | July 18, 2023, Defendant Stephen Coats' Amended Responses and Objections to Lead Plaintiffs' First Set of Interrogatories. |
| Exhibit 216 | July 18, 2023, Defendant Thomas J. Walker's Amended Responses and Objections to Lead Plaintiffs' First Set of Interrogatories. |
| Exhibit 217 | July 18, 2023, Defendant William Gutermuth's Amended Responses and Objections to Lead Plaintiffs' First Set of Interrogatories. |
| Exhibit 218 | July 18, 2023, Defendant Harlan H. Chappelle's Amended Responses and Objections to Lead Plaintiffs' First Set of Interrogatories. |
| Exhibit 219 | July 18, 2023, Exhibit C to the Second Supplemental Responses and Objections to the Propounding Defendants' First Set Of Interrogatories. |
| Exhibit 221 | August 30, 2023, Plaintiffs' Objections and Responses to Defendants' First Set of Requests for Admission. |
| Exhibit 222 | July 18, 2023, Defendant Riverstone Holdings, LLC's Amended Responses and Objections to Lead Plaintiffs' First Set of Interrogatories. |

| Exhibit | Description |
|---------|-------------|
| Exhibit 223 | July 18, 2023, Defendant Michael E. Ellis's Amended Responses and Objections to Lead Plaintiffs' First Set of Interrogatories. |
| Exhibit 224 | July 18, 2023, Defendant David M. Leuschen's Amended Responses and Objections to Lead Plaintiffs' First Set of Interrogatories. |
| Exhibit 225 | January 19, 2020, Robbins Russell et al. Report on the Investigation Into Alta Mesa Holdings, LP's 2018 Drilling Program. |
| Exhibit 226A | December 20, 2023, Declaration of Charles K. Whitehead In Support of Defendants' Motion for Summary Judgment. |
| Exhibit 226B | August 31, 2023, Expert Report of Professor Charles Whitehead. |
| Exhibit 227A | December 21, 2023, Declaration of Edward Fetkovich In Support of Defendants' Motion for Summary Judgment. |
| Exhibit 227B | August 31, 2023, Expert Report of Edward James Fetkovich. |
| Exhibit 227C | October 31, 2023, Expert Rebuttal Report of Edward James Fetkovich. |
| Exhibit 228 | August 31, 2023, Expert Report of Harold E. McGowen III, PE |
| Exhibit 229A | December 20, 2023, Declaration of Robert Rasor in Support of Defendants' Motions for Summary Judgment. |
| Exhibit 229B | August 31, 2023, Expert Report of Robert Rasor. |
| Exhibit 229C | October 19, 2023, Expert Rebuttal Report of Robert Rasor. |
| Exhibit 230 | August 31, 2023, Expert Report of Taylor Kirkland. |
| Exhibit 231 | August 31, 2023, Expert Report of Frank Gagliardi. |
| Exhibit 233A | December 21, 2023, Declaration of John Fiebig in Support of Board Defendants' Motion for Summary Judgment as to Plaintiffs' Section 10(b) and 20(a) Claims.. |
| Exhibit 233B | October 19, 2023, Expert Report of John Fiebig, CPA. |
| Exhibit 235 | November 10, 2023 Adam Badawi's Supplemental Rebuttal to the Opinions Offered By Charles Whitehead and Steven Pully. |
| Exhibit 241 | Edward T. McDermott, Essay, Holder Claims—Potential Causes of Action in Delaware and Beyond?, 47 Del. J. Corp. L. 935 (2017). |

| Exhibit | Description |
|---------|-------------|
| Exhibit 242 | 2018 AMR Form 10-Q for the quarterly period ended June 30, 2018. |
| Exhibit 243 | August 27, 2019, Alta Mesa Resources, Inc. SEC Form 10-K for the fiscal year ended December 31, 2018. |
| Exhibit 245 | *Kusnier v. Virgin Galactic Holdings, Inc.*, No. 21-cv-3070 (E.D.N.Y. Aug. 16, 2023) Opinion and Order (ECF No. 90). |
| Exhibit 251 | December 20, 2023, Declaration of Michael Ellis. |
| Exhibit 252 | December 20, 2023, Declaration of Harlan Chappelle. |
| Exhibit 253 | July 18, 2023, Defendant Donald Sinclair's Amended Responses and Objections to Lead Plaintiffs' First Set of Interrogatories. |
| Exhibit 254 | July 18, 2023 Defendant Pierre F. Lapeyre, Jr.'s Amended Responses and Objections to Lead Plaintiffs' First Set of Interrogatories. |

Dated: December 22, 2023

Respectfully submitted,

/s/  *J. Christian Word*

J. Christian Word
Attorney-in-Charge for Defendants
D.C. Bar No. 461346
S.D. Tex. Bar No. 3398485
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington DC 20004
(202) 637-2200
Christian.Word@lw.com

Of Counsel:
Heather A. Waller
IL Bar No. 6302537
S.D. Tex. Bar No. 2886108
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611

Tel: (312) 876-7700
Fax: (312) 993-9767

*Counsel for Defendants Alta Mesa
Resources, Inc., f/k/a Silver Run
Acquisition Corporation II; Riverstone
Holdings LLC; Harlan H. Chappelle;
Stephen S. Coats; Michael E. Ellis;
William D. Gutermuth; James T.
Hackett; Pierre F. Lapeyre, Jr.; David
M. Leuschen; Donald R. Sinclair;
Ronald J. Smith; Jeffrey H. Tepper;
Thomas J. Walker; and Diana J. Walters*

Walter M. Berger
TX Bar No. 00798063
Attorney-in-Charge
**WINSTON & STRAWN LLP**
800 Capitol Street, Suite 2400
Houston, TX 77002-2925
Tel.: (713) 615-2699
Fax: (713) 651-2700
cberger@winston.com

Of Counsel:
Katherine A. Preston
TX Bar No. 24088255
**WINSTON & STRAWN LLP**
800 Capitol Street, Suite 2400
Houston, TX 77002-2925
Tel.: (713) 615-2699
Fax: (713) 651-2700
kpreston@winston.com

John E. Schreiber (*pro hac vice*)
CA Bar No. 261558
**WINSTON & STRAWN LLP**
333 S. Grand Ave., 38th Floor
Los Angeles, CA 90071
Tel.: (213) 615-1700
Fax: (213) 615-1750
JSchreiber@winston.com

*Co-Counsel for Harlan H. Chappelle,*
*Michael E. Ellis*

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record. Additionally, the foregoing document was served to all counsel of record via secure file transfer.

*/s/ J. Christian Word*
J. Christian Word