UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO FILE UNDER SEAL THEIR MOTIONS FOR SUMMARY JUDGMENT AND ACCOMPANYING EXHIBIT APPENDICES**

The Court having considered the Unopposed Motion to File Under Seal their Motions for Summary Judgment and supporting appendices of exhibits in support of same of Defendants Alta Mesa Resources, Inc. ("AMR"), Riverstone Holdings, LLC, Harlan H. Chappelle, Michael E. Ellis, William D. Gutermuth, James T. Hackett, Stephen S. Coats, David M. Leuschen, Pierre F. Lapeyre, Jr., Donald R. Sinclair, Ronald J. Smith, Jeffrey H. Tepper, Thomas J. Walker, and Diana J. Walters ("Defendants"), and for good cause shown, IT IS HEREBY ORDERED THAT Defendants' Motion to Seal is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court is directed to place the unredacted versions of Defendants' Motions for Summary Judgment, as well as the entirety of Exhibits in support of the Motion under seal, without further order of the Court.

It is so ORDERED.

**Signed On**_____

                    **George C. Hanks, Jr.**
                    **United States District Judge**