**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 (CONSOLIDATED)<br><br>JUDGE GEORGE C. HANKS, JR.<br><br>THIS DOCUMENT RELATES TO:<br><br>CASE NO. 4:22-CV-01189<br>CASE NO. 4:22-CV-02590 |

**THE DIRECT ACTION PLAINTIFFS' UNOPPOSED MOTION TO SEAL (1) THE DIRECT ACTION PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF PROFESSOR AUDRA L. BOONE, PH.D. (DKT. 514) AND (2) THE ROLNICK DECLARATION AND EXHIBITS SUBMITTED THEREWITH (DKT. 515)**

The Alyeska Plaintiffs and the Orbis Plaintiffs[1] (collectively, "Direct Action Plaintiffs") respectfully request leave to file under seal unredacted copies of (1) the Direct Action Plaintiffs' Motion to Exclude the Testimony of Professor Audra L. Boone, Ph.D. (Dkt. 514), and (2) the Rolnick Declaration,[2] together with the exhibits thereto (Dkt. 515)

---

[1] The "Alyeska Plaintiffs" are: Alyeska Master Fund, L.P., Alyeska Master Fund 2, L.P., and Alyeska Master Fund 3, L.P. The "Orbis Plaintiffs" are: Orbis Global Equity LE Fund (Australia Registered), Orbis Global Equity Fund (Australia Registered), Orbis Global Balanced Fund (Australia Registered), Orbis SICAV, Orbis Institutional Global Equity L.P., Orbis Global Equity Fund Limited, Orbis Institutional Funds Limited, Allan Gray Australia Balanced Fund, Orbis OEIC, and Orbis Institutional U.S. Equity L.P.

[2] The "Rolnick Declaration" is the Declaration of Lawrence M. Rolnick in Support of the Direct Action Plaintiffs' Motion to Exclude the Testimony of Professor Audra L. Boone, Ph.D.

1

(collectively, the "Direct Action Plaintiffs' Motion to Exclude Boone"). Defendants do not object to the relief sought in this motion.

As grounds for this motion, the Direct Action Plaintiffs state as follows:

1. On August 17, 2021, the Court entered the Stipulation and Protective Order ("PO") (Dkt. 190), which governs the handling of confidential information exchanged in discovery in this matter.

2. According to Paragraph 24 of the PO, "[i]f any party submits Confidential Discovery Material or Confidential Attorney Eyes Only Discovery Material to the Court, the submission ***must*** be filed only under seal on CM/ECF if filed electronically[.]" PO at ¶ 24 (emphasis added).

3. The Direct Action Plaintiffs' Motions to Exclude Boone contains, describes and refers to non-public documents and information that has been designated by the parties and nonparties as Confidential Discovery Material or Confidential Attorney Eyes Only Discovery Material, pursuant to the PO.

4. On December 21, 2023, prior to the filing of the Direct Action Plaintiffs' Motion to Exclude Boone, Direct Action Plaintiffs asked counsel for all Defendants and the Class Plaintiffs by e-mail if they opposed the filing of the Direct Action Plaintiffs' Motion to Exclude Boone under seal, and no counsel opposed or objected to the filing.

5. Today, pursuant to the PO, the Direct Action Plaintiffs filed the Motion to Exclude Boone under seal. The Direct Action Plaintiffs will file public, redacted version of the Motions to Exclude within five (5) business days.

6. The Direct Action Plaintiffs are bound by the provisions of the PO, and therefore must, and now do, seek leave to file the Direct Action Plaintiffs' Motion to Exclude Boone under seal.

THEREFORE, the Direct Action Plaintiffs request that the Court grant their request for leave to file under seal unredacted copies of their (1) Memorandum of Law in Support of Motion to Exclude the Testimony of Professor Audra L. Boone, Ph.D. (Dkt. 514) and (2) the Rolnick Declaration, together with the exhibits thereto (Dkt. 515).

Dated:  December 22, 2023

Respectfully submitted,

By: /s/ Lawrence M. Rolnick
Lawrence M. Rolnick
Marc B. Kramer
Michael J. Hampson
Matthew A. Peller
Frank T.M. Catalina
**ROLNICK KRAMER SADIGHI LLP**
1251 Avenue of the Americas
New York, New York 10020
(212) 597-2800
lrolnick@rksllp.com
mkramer@rksllp.com
mpeller@rksllp.com
fcatalina@rksllp.com

*Attorneys for the Direct Action Plaintiffs*

Jules P. Slim
TX Bar No. 00793026
Attorney and Counselor
PO Box 140307
Irving, TX 75014-0307
Tel.: (214) 350-5183
Fax: (214) 350-5184

jslim@slimlawfirm.com

*Counsel for the Alyeska and Orbis Plaintiffs*

4

## CERTIFICATE OF SERVICE

I certify that this motion has been served on counsel of record via the Court's ECF system on December 22, 2023.

>/s/ Lawrence M. Rolnick
>Lawrence M. Rolnick

## CERTIFICATE OF CONFERENCE

I certify that on December 21, 2023, counsel for Direct Action Plaintiffs conferred with counsel for all Defendants and the Class Plaintiffs regarding the substance of this Motion. No parties opposed.

>/s/ Lawrence M. Rolnick
>Lawrence M. Rolnick