**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 (CONSOLIDATED) <br><br> JUDGE GEORGE C. HANKS, JR. <br><br> THIS DOCUMENT RELATES TO: <br><br> CASE NO. 4:22-CV-01189 <br> CASE NO. 4:22-CV-02590 |

**[PROPOSED] ORDER GRANTING**
**DIRECT ACTION PLAINTIFFS' UNOPPOSED MOTION TO SEAL**

The Court having considered Direct Action Plaintiffs' Unopposed Motion to Seal (1) the Direct Action Plaintiffs' Motion to Exclude the Testimony of Professor Audra L. Boone, Ph.D. (Dkt. 514), and (2) the Declaration of Lawrence M. Rolnick in Support of the Direct Action Plaintiffs' Motion to Exclude the Testimony of Professor Audra L. Boone, Ph.D., together with the exhibits thereto (Dkt. 515), dated December 22, 2023 (the "Seal Motion").  For good cause shown, the Seal Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to place Direct Action Plaintiffs' Motion to Exclude the Testimony of Professor Audra L. Boone, Ph.D. (Dkt. 514), and the Declaration of Lawrence M. Rolnick in Support of the Direct Action Plaintiffs' Motion to Exclude the Testimony of Professor Audra L. Boone, Ph.D., together with the exhibits thereto (Dkt. 515), under seal, without further order of the Court.

1

Signed this ___ day of _____, 2023

_____
HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE