UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 (CONSOLIDATED)<br><br>JUDGE GEORGE C. HANKS, JR.<br><br>THIS DOCUMENT RELATES TO:<br><br>CASE NO. 4:22-CV-01189<br>CASE NO. 4:22-CV-02590 |

**[PROPOSED] ORDER GRANTING
DIRECT ACTION PLAINTIFFS' UNOPPOSED MOTION TO SEAL**

The Court having considered Direct Action Plaintiffs' Unopposed Motion to Seal (1) the Direct Action Plaintiffs' Motion to Exclude the Testimony of Steven J. Pully and to Partially Exclude the Testimony of Charles Whitehead (Dkt. 522), and (2) the Declaration of Lawrence M. Rolnick in Support of the Direct Action Plaintiffs' Motion to Exclude the Testimony of Steven J. Pully and to Partially Exclude the Testimony of Charles Whitehead, together with the exhibits thereto (Dkt. 524), dated December 22, 2023 (the "Seal Motion"). For good cause shown, the Seal Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to place Direct Action Plaintiffs' Motion to Exclude the Testimony of Steven J. Pully and to Partially Exclude the Testimony of Charles Whitehead (Dkt. 522), and the Declaration of Lawrence M. Rolnick in Support of the Direct Action Plaintiffs' Motion to Exclude the Testimony of

1

Steven J. Pully and to Partially Exclude the Testimony of Charles Whitehead, together with the exhibits thereto (Dkt. 524), under seal, without further order of the Court.

Signed this ___ day of _____, 2023

                                                            _____
                                                            HONORABLE GEORGE C. HANKS, JR.
                                                            UNITED STATES DISTRICT JUDGE