# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | § § § § § § | Civil Action No. 4:19-cv-00957<br><br>CLASS ACTION<br><br>Judge George C. Hanks, Jr. |

**PLAINTIFFS' SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(a)(1) AND 26(e)**

4872-3375-0117.v1

Pursuant to Rules 26(a)(1) and 26(e) of the Federal Rules of Civil Procedure, Court-appointed class plaintiffs FNY Partners Fund LP, FNY Managed Accounts, LLC, Paul J. Burbach, and Plumbers and Pipefitters National Pension Fund ("Class Plaintiffs"), along with plaintiff Camelot Event Driven Fund, a Series of Frank Funds Trust (together with Class Plaintiffs, "Plaintiffs"), hereby submit their Initial Disclosures.

These disclosures are made without waiver of, or prejudice to, any objections Plaintiffs may have. Plaintiffs expressly reserve all objections, including, but not limited to: (a) relevance; (b) attorney-client privilege; (c) work product protection; (d) privacy; (e) any other applicable privilege or protection under federal or state law; (f) undue burden; (g) materiality; (h) overbreadth; and (i) admissibility. Plaintiffs make these Initial Disclosures based upon information reasonably available to them and reserve the right to clarify, amend, modify, correct or supplement the information contained herein.

Defendants are in a better position to know the identities of individuals and entities that are likely to possess discoverable information relevant to Plaintiffs' claims. Because discovery has only recently commenced, Plaintiffs have not had the opportunity to review information within Defendants' control that might lead to the identification of additional individuals or entities likely to possess discoverable information. Plaintiffs hereby reserve their right to amend and supplement at any time this Initial Disclosure Statement and the information provided pursuant to their initial disclosure obligations.

## I. Individuals Likely to Have Discoverable Information Pursuant to Rule 26(a)(1)(A)(i)

Plaintiffs identify the following individuals and entities likely to have discoverable information in this matter that Plaintiffs may use to support their claims or defenses, unless the use would be solely for impeachment, pursuant to Rule 26(a)(1)(A)(i). This list is not exhaustive as Plaintiffs anticipate that other individuals may have information relevant to the issues in this action,

- 2 -

and these disclosures are made based upon information reasonably available to Plaintiffs at this early stage of the litigation and without prejudice to Plaintiffs' right to identify or rely on facts provided by additional witnesses.

1. The following have information regarding Plaintiffs' transactions in Alta Mesa Resources, Inc. ("Alta Mesa") securities:

| Name | Contact Information |
| --- | --- |
| FNY Partners Fund LP<br>FNY Managed Accounts, LLC<br>• Shawn Fishman, General Counsel and Chief Compliance Officer of FNY Investment Advisers, LLC, investment adviser of FNY Managed Accounts LLC<br>• Alexander Shamash, Trader | c/o Entwistle & Cappucci LLP<br>500 W. 2nd Street, Suite 1900<br>Austin, TX  78701<br>Telephone: (512) 710-5960 |
| Paul J. Burbach | c/o Entwistle & Cappucci LLP<br>500 W. 2nd Street, Suite 1900<br>Austin, TX  78701<br>Telephone: (512) 710-5960 |
| United Association National Pension Fund (f/k/a Plumbers and Pipefitters National Pension Fund)<br>• Toni Inscoe, Fund Administrator | c/o Robbins Geller Rudman & Dowd LLP<br>655 W Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  (619) 231-1058 |
| Camelot Event Driven Fund, a Series of Frank Funds Trust<br>• Thomas Kirchner, Portfolio Manager<br>• Paul Hoffmeister, Portfolio Manager<br>• Brian Frank, President of Frank Funds | c/o Labaton Sucharow LLP<br>140 Broadway<br>New York, NY  10005<br>Telephone: (212) 907-0650 |

2. Defendants who, upon information and belief and discovery conducted to date, have knowledge regarding Alta Mesa's (both Alta Mesa Holdings and Alta Mesa Resources, and Kingfisher Midstream LLC ("KFM") business, operations, financial reporting, the false and/or misleading nature of their Class Period Statements as alleged in the operative complaint (ECF 218),

the materiality of their Class Period Statements and the omitted facts, their state of mind throughout the Relevant Time Period, and the determination of the enterprise value of the merged entities (Alta Mesa Holdings and KFM) around the time of the Proxy vote:

| Name | Contact Information |
|---|---|
| Alta Mesa Resources, Inc.<br>Riverstone Holdings LLC<br>Stephen S. Coats<br>William D. Gutermuth<br>James T. Hackett<br>Pierre F. Lepeyre, Jr.<br>David M. Leuschen<br>Donald R. Sinclair<br>Ronald J. Smith<br>Jeffrey H. Tepper<br>Thomas J. Walker<br>Diana J. Walters | c/o Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC  20004<br>Telephone: (202) 637-2200 |
| Harlan H. Chappelle<br>Michael E. Ellis | c/o Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC  20004<br>Telephone: (202) 637-2200<br><br>and<br><br>Winston & Strawn LLP<br>800 Capitol St Suite 2400<br>Houston, TX 77002<br>Telephone: (713) 651-2600 |
| Bayou City Energy Management, LLC<br>William W. McMullen | c/o Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY  10022<br>Telephone: (212) 446-4800 |
| HPS Investment Partners, LLC<br>Don Dimitrievich | c/o Quinn, Emanuel, Urquhart & Sullivan, LLP<br>711 Louisiana Street, Suite 500<br>Houston, TX  77002<br>Telephone: (713) 221-7000 |
| ARM Energy Holdings LLC | c/o Eversheds Sutherland LLP<br>700 6th Street NW, Suite 700<br>Washington, D.C.  20001<br>Telephone: (202) 383-0100 |

3. Former employees of Defendants who, upon information and belief and discovery conducted to date, have knowledge regarding Alta Mesa's (both Alta Mesa Holdings and Alta Mesa Resources, and KFM) business, operations, financial reporting, the false and/or misleading nature of Defendants' Class Period Statements as alleged in the operative complaint (ECF 218), the materiality of Defendants' Class Period Statements and the omitted facts, Defendants' state of mind throughout the Relevant Time Period, and the determination of the enterprise value of the merged entities (Alta Mesa Holdings and KFM) around the time of the Proxy vote:

| Name | Contact Information |
|---|---|
| Jack Albers | c/o Mauriello Law Firm, APC<br>1230 Columbia St., #1140<br>San Diego, CA  92101<br>Telephone:  (619) 940-1606 |
| John Baldauff | c/o Mauriello Law Firm, APC<br>1230 Columbia St., #1140<br>San Diego, CA  92101<br>Telephone:  (619) 940-1606 |
| Abbas Belyadi | 3318 Coopers Ridge Way<br>Houston, TX  77084<br>Telephone:  (304) 906-5529 |
| Kevin Bourque | c/o Latham & Watkins LLP<br>555 Eleventh Street, N.W. Suite 100<br>Washington, D.C.  20004<br>Telephone:  (202) 637-2200 |
| Michael Christopher | c/o Eversheds Sutherland LLP<br>700 6th Street, N.W. Suite 700<br>Washington, D.C.  20001<br>Telephone:  (202) 383-0100 |
| Kammer Clann | c/o Sponsel Miller Greenberg PLLC<br>50 Briar Hollow Lane, Suite 370 West<br>Houston, TX  77027<br>Telephone:  (713) 893-5400 |
| Gene Cole | c/o Latham & Watkins LLP<br>555 Eleventh Street, N.W. Suite 100<br>Washington, D.C.  20004<br>Telephone:  (202) 637-2200 |

| Name | Contact Information |
|---|---|
| Craig Collins | c/o Latham & Watkins LLP<br>555 Eleven and<br>Hunton Andrews Kurth LLP<br>600 Travis St.<br>Houston, TX 77002<br>Telephone: (713) 220-4200th Street, N.W. Suite 100<br>Washington, D.C.  20004<br>Telephone:  (202) 637-2200<br><br>and<br><br>Hunton Andrews Kurth LLP<br>600 Travis St.<br>Houston, TX 77002<br>Telephone: (713) 220-4200 |
| Catherine Cusimano | c/o Quinn, Emanuel, Urquhart & Sullivan LLP<br>711 Louisiana Street, Suite 500<br>Houston, TX  77002<br>Telephone:  (713) 221-7000 |
| Bo Dunne | c/o Eversheds Sutherland LLP<br>700 6th Street, N.W. Suite 700<br>Washington, D.C.  20001<br>Telephone:  (202) 383-0100 |
| Amy Dwyer | c/o Mauriello Law Firm, APC<br>1230 Columbia St., #1140<br>San Diego, CA  92101<br>Telephone:  (619) 940-1606 |
| Sean Gabel | c/o Mauriello Law Firm, APC<br>1230 Columbia St., #1140<br>San Diego, CA  92101<br>Telephone:  (619) 940-1606 |
| Scott Grandt | c/o Latham & Watkins LLP<br>555 Eleventh Street, N.W. Suite 100<br>Washington, D.C.  20004<br>Telephone:  (202) 637-2200 |
| Jeffrey Hostettler | c/o Quinn, Emanuel, Urquhart & Sullivan LLP<br>711 Louisiana Street, Suite 500<br>Houston, TX  77002<br>Telephone:  (713) 221-7000 |

4872-3375-0117.v1

| Name | Contact Information |
|---|---|
| Andrew Koehler | c/o Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY  10022<br>Telephone:  (212) 446-4800 |
| Randy Limbacher | c/o Latham & Watkins LLP<br>555 Eleventh Street, N.W. Suite 100<br>Washington, D.C.  20004<br>Telephone:  (202) 637-2200 |
| David McClure | c/o Latham & Watkins LLP<br>555 Eleventh Street, N.W. Suite 100<br>Washington, D.C.  20004<br>Telephone:  (202) 637-2200 |
| Phil Negron | c/o Mauriello Law Firm, APC<br>1230 Columbia St., #1140<br>San Diego, CA  92101<br>Telephone:  (619) 940-1606 |
| Tamara Sheils | c/o Latham & Watkins LLP<br>555 Eleventh Street, N.W. Suite 100<br>Washington, D.C.  20004<br>Telephone:  (202) 637-2200 |
| Tim Turner | c/o Latham & Watkins LLP<br>555 Eleventh Street, N.W. Suite 100<br>Washington, D.C.  20004<br>Telephone:  (202) 637-2200<br><br>and<br><br>Winston & Strawn LLP<br>800 Capitol St Suite 2400<br>Houston, TX 77002<br>Telephone: (713) 651-2600 |
| Kevin Wang | c/o Latham & Watkins LLP<br>555 Eleventh Street, N.W. Suite 100<br>Washington, D.C.  20004<br>Telephone:  (202) 637-2200 |
| Olivia Wassenaar | c/o Latham & Watkins LLP<br>555 Eleventh Street, N.W. Suite 100<br>Washington, D.C.  20004<br>Telephone:  (202) 637-2200 |

4. Additional non-parties who, upon information and belief and discovery conducted to date, have knowledge regarding Alta Mesa's (both Alta Mesa Holdings and Alta Mesa Resources,

and KFM) business, operations, financial reporting, the false and/or misleading nature of Defendants' Class Period Statements as alleged in the operative complaint (ECF 218), the materiality of Defendants' Class Period Statements and the omitted facts, Defendants' state of mind throughout the Relevant Time Period, and the determination of the enterprise value of the merged entities (Alta Mesa Holdings and KFM) around the time of the Proxy vote (Plaintiffs wish to specifically state that they reserve their right to further supplement these disclosures after Defendants have fully disclosed all individuals and entities with information that may be used to support any of Defendants' good faith defenses during a hearing, summary judgement and/or trial):

| Name | Contact Information |
|---|---|
| John Campbell, Jr. | c/o Latham & Watkins LLP<br>555 Eleventh Street, N.W. Suite 100<br>Washington, D.C. 20004<br>Telephone: (202) 637-2200 |
| Mark Castiglione | c/o Latham & Watkins LLP<br>555 Eleventh Street, N.W. Suite 100<br>Washington, D.C. 20004<br>Telephone: (202) 637-2200 |
| Citigroup Global Markets, Inc.<br>• James Jackson | c/o Shearman & Sterling, LLP<br>800 Capital Street, Suite 2200<br>Houston, TX 77002<br>Telephone: (713) 354-4848 |
| High Mesa | c/o The Beatty Law Firm PC<br>1127 Eldridge Parkway, Suite 383<br>Houston, TX 77077<br>Telephone: (832) 529-3381 |
| Eliot Javanmardi | c/o Quinn, Emanuel, Urquhart & Sullivan LLP<br>711 Louisiana Street, Suite 500<br>Houston, TX 77002<br>Telephone: (713) 221-7000 |
| KPMG LLP<br>• Kyle Rasmusson | c/o Greenberg Traurig<br>2200 Ross Avenue<br>Suite 5200<br>Dallas, TX 75201<br>Telephone: (214) 665-3000 |

4872-3375-0117.v1

| Name | Contact Information |
|---|---|
| Ryder Scott Company, L.P. | c/o McDowell Hetherington LLP<br>First City Tower<br>1001 Fannin Street, #2700<br>Houston, TX  77002<br>Telephone:  (713) 337-5580 |
| Tudor Pickering Holt & Co. | c/o Gibson Dunn & Crutcher LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX  75201<br>Telephone:  (214) 698-3100 |

5. The following investment manager may have discoverable information concerning transactions in Alta Mesa securities on behalf of Lead Plaintiff Plumbers and Pipefitters National Pension Fund:

| Name | Contact Information |
|---|---|
| Wellington Management Company, LLC<br>• Eugene Khmelnik | 280 Congress Street<br>Boston, MA  02210<br>(617) 951-5000 |

## II. Description of Categories of Documents Within Plaintiff's Possession, Custody or Control Pursuant to Rule 26(a)(1)(A)(ii)

Plaintiffs identify the following category of documents in their possession, custody, or control that they may use to support their claims or defenses, unless use would be solely for impeachment, pursuant to Rule 26(a)(1)(A)(ii):  documents evidencing Plaintiffs' transactions of Alta Mesa (formerly Silver Run Acquisition Corporation II) common stock and warrants between August 16, 2017 and May 17, 2019, inclusive (the "Class Period").  Plaintiffs reserve the right to use any and all documents produced by any other party or non-party in this action.

## III. Computation of Categories of Damages Pursuant to Rule 26(a)(1)(A)(iii)

Plaintiffs seek compensatory damages (including interest), attorneys' fees and costs, and any applicable equitable/injunctive or other relief as the Court may deem just and proper for the class claims set forth in the operative complaint (ECF 218).  The calculation of damages in this type of

- 9 -

action requires expert testimony.  Therefore, at the appropriate time, Plaintiffs will provide an expert opinion or opinions in accordance with the Docket Control Order and Rule 26 of the Federal Rules of Civil Procedure.

**IV.     Production of an Applicable Insurance Agreement Pursuant to Rule 26(a)(1)(A)(iv)**

Not applicable to Plaintiffs.

DATED:  May 23, 2023

ENTWISTLE & CAPPUCCI LLP
ANDREW J. ENTWISTLE
(Texas Bar No. 24038131)

s/ Andrew J. Entwistle
ANDREW J. ENTWISTLE

500 West 2nd Street, Suite 1900
Austin, TX  78701
Telephone:  (512) 710-5960
E-Mail:  aentwistle@entwistle-law.com

DATED:  May 23, 2023

ROBBINS GELLER RUDMAN
   & DOWD LLP
TRIG R. SMITH
LONNIE A. BROWNE (admitted *pro hac vice*)
SEAN C. McGUIRE (admitted *pro hac vice*)
JOHN M. KELLEY (admitted *pro hac vice*)

s/ Trig R. Smith
TRIG R. SMITH

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  (619) 231-1058
Facsimile:  (619) 231-7423
Email:  trigs@rgrdlaw.com
Email:  lbrowne@rgrdlaw.com
Email:  smcguire@rgrdlaw.com
Email:  jkelly@rgrdlaw.com

|  |  |
|---|---|
|  | ROBBINS GELLER RUDMAN  & DOWD LLP<br>DAVID A. ROSENFELD<br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>Telephone:  (631) 367-7100<br>Facsimile:  (631) 367-1173<br>Email:  drosenfeld@rgrdlaw.com<br><br>*Co-Class Counsel for Lead Plaintiffs and the Class*<br><br>McDOWELL HETHERINGTON LLP<br>JASON A. RICHARDSON<br>Texas Bar No. 24056206<br>Southern District No. 827917<br>1001 Fannin Street, Suite 2700<br>Houston, TX  77002<br>Telephone:  (713) 337-8872<br>Facsimile:  (713) 337-8862<br>Email:  Jason.Richardson@mhllp.com<br><br>*Liaison Counsel for Class Plaintiffs and the Class*<br><br>O'DONOGHUE & O'DONOGHUE LLP<br>LOUIS P. MALONE<br>5301 Wisconsin Avenue, N.W., Suite 800<br>Washington, DC  20015<br>Telephone:  (202) 362-0041<br>Facsimile:  (202) 362-2640<br>Email:  lmalone@odonoghuelaw.com<br><br>*Additional Counsel for Class Plaintiff United Association National Pension Fund* |
| DATED:  May 23, 2023 | LABATON SUCHAROW LLP<br>IRA A. SCHOCHET (*pro hac vice*)<br>DAVID SCHWARTZ (*pro hac vice*)<br><br>             s/ Ira A. Schochet            <br>                IRA A. SCHOCHET<br><br>140 Broadway, 34th Floor<br>New York, NY  10005<br>Telephone:  (212) 907-0700<br>Facsimile:   (212) 818-0477<br>E-Mail:  fmcconville@labaton.com<br><br>*Counsel for Plaintiff Camelot Event Driven Fund, A Series of Frank Funds Trust* |

- 10 -

# DECLARATION OF SERVICE BY EMAIL

I, DAWN WATTS, not a party to the within action, hereby declare that on May 23, 2023, I served the attached PLAINTIFFS' SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(A)(1) and 26(E) on the parties in the within action by email addressed as follows:

**COUNSEL FOR PLAINTIFFS**:

| NAME | FIRM | EMAIL |
|---|---|---|
| Trig R. Smith<br>Lonnie A. Browne<br>Sean C. McGuire<br>John M. Kelley | ROBBINS GELLER RUDMAN & DOWD LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br><br>*Co-Lead Counsel for Lead Plaintiffs and the Class* | trigs@rgrdlaw.com<br>lbrowne@rgrdlaw.com<br>smcguire@rgrdlaw.com<br>jkelley@rgrdlaw.com |
| Andrew J. Entwistle<br>Callie D. Crispin | ENTWISTLE & CAPPUCCI LLP<br>500 West 2nd Street, Suite 1900-16<br>Austin, TX 78701<br>Telephone: 512/710-5960<br><br>*Co-Lead Counsel for Lead Plaintiffs and the Class* | aentwistle@entwistle-law.com<br>ccrispin@entwistle-law.com |
| Robert N. Cappucci<br>Joshua K. Porter<br>Andrew M. Sher<br>Brendan J. Brodeur | ENTWISTLE & CAPPUCCI LLP<br>230 Park Avenue, 3rd Floor<br>New York, NY 10169<br>Telephone: 212/894-7200<br><br>*Co-Lead Counsel for Lead Plaintiffs and the Class* | rcappucci@entwistle-law.com<br>jporter@entwistle-law.com<br>asher@entwistle-law.com<br>bbrodeur@entwistle-law.com |
| Ira A. Schochet<br>David Schwartz<br>David Saldamando | LABATON SUCHAROW LLP<br>140 Broadway, 34th Floor<br>New York, NY 10005<br>Telephone: 212/907-0650<br>212/818-0477 (fax)<br><br>*Additional Counsel for Lead Plaintiff* | ischochet@labaton.com<br>dschwartz@labaton.com<br>dsaldamando@labaton.com |

- 1 -

**COUNSEL FOR DEFENDANTS**:

| NAME | FIRM | EMAIL |
| --- | --- | --- |
| Herman H. Yue | LATHAM & WATKINS LLP<br>811 Main Street, Suite 3700<br>Houston, TX 77002<br>Telephone:  713/546-7443<br><br>*Counsel for Riverstone Holdings LLC, Harlan H. Chappelle, Stephen S. Coats, Michael E. Ellis, William D. Gutermuth, James T. Hackett, Pierre F. Lepeyre, Jr., David M. Leuschen, Donald R. Sinclair, Ronald J. Smith, Jeffrey H. Tepper, Thomas J. Walker, and Diana J. Walters* | herman.yue@lw.com |
| J. Christian Word<br>Matthew Peters<br>Laura E. Bladow<br>Emani V. Walks<br>Morgan R. Hoffman<br>Chantel Y. Christian (Paralegal) | LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington DC 20004<br>Telephone:  202/637-2200<br><br>*Counsel for Riverstone Holdings LLC, Harlan H. Chappelle, Stephen S. Coats, Michael E. Ellis, William D. Gutermuth, James T. Hackett, Pierre F. Lepeyre, Jr., David M. Leuschen, Donald R. Sinclair, Ronald J. Smith, Jeffrey H. Tepper, Thomas J. Walker, and Diana J. Walters* | christian.word@lw.com<br>matthew.peters@lw.com<br>laura.bladow@lw.com<br>emani.walks@lw.com<br>morgan.hoffman@lw.com<br>chantel.christian@lw.com |

| Heather A. Waller | LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>Telephone: 312/876-7700<br><br>*Counsel for Riverstone Holdings LLC, Harlan H. Chappelle, Stephen S. Coats, Michael E. Ellis, William D. Gutermuth, James T. Hackett, Pierre F. Lepeyre, Jr., David M. Leuschen, Donald R. Sinclair, Ronald J. Smith, Jeffrey H. Tepper, Thomas J. Walker, and Diana J. Walters* | heather.waller@lw.com |
|---|---|---|
| Jonathan Fombonne<br>Kenneth Alan Young<br>Sydney Corry<br>Nick Brown<br>Angela Leonard | KIRKLAND & ELLIS LLP<br>609 Main Street<br>Houston, TX 77002<br>Telephone: 713/836-3336<br><br>*Counsel for Bayou City Energy Management, LLC and William W. McMullen* | jonathan.fombonne@kirkland.com<br>kenneth.young@kirkland.com<br>sydney.corry@kirkland.com<br>nick.brown@kirkland.com<br>angela.leonard@kirkland.com |
| Stefan Atkinson<br>Gianni Mascioli | KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Telephone: 212/446-4803<br><br>*Counsel for Bayou City Energy Management, LLC and William W. McMullen* | stefan.atkinson@kirkland.com<br>gianni.mascioli@kirkland.com |
| Bruce M. Bettigole<br>Adam Pollet<br>Andrea Gordon | EVERSHEDS SUTHERLAND LLP<br>700 6th Street NW<br>Suite 700<br>Washington DC 20001<br>Telephone: 202/383-0100<br><br>*Counsel for ARM Energy Holdings LLC* | brucebettigole@eversheds-sutherland.com<br>adampollet@eversheds-sutherland.com<br>andreagordon@eversheds-sutherland.com |

| David A. Baay | EVERSHEDS SUTHERLAND LLP<br>1001 Fannin Street<br>Suite 3700<br>Houston, TX 77002-6760<br>Telephone: 713/470-6112<br><br>*Counsel for ARM Energy Holdings LLC* | davidbaay@eversheds-sutherland.com |
|---|---|---|
| Karl S. Stern | QUINN, EMANUEL, URQUHART & SULLIVAN, LLP<br>711 Louisiana Street, Suite 500<br>Houston, TX 77002<br>Telephone: 713/221-7000<br><br>*Counsel for HPS Investment Partners LLC and Donald Dimitrievich* | karlstern@quinnemanuel.com |
| Christopher D. Porter<br>Michael B. Carlinsky<br>Jacob J. Waldman<br>Courtney C. Whang<br>Rusty Edgington | QUINN, EMANUEL, URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: 212/849-7000<br><br>*Counsel for HPS Investment Partners LLC and Donald Dimitrievich* | christopherporter@quinnemanuel.com<br>michaelcarlinsky@quinnemanuel.com<br>jacobwaldman@quinnemanuel.com<br>courtneywhang@quinnemanuel.com<br>rustyedgington@quinnemanuel.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 23, 2023, at San Diego, California.

*/s/ Dawn Watts*
_____
DAWN WATTS