UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>**CLASS ACTION**<br><br>[Lead Case] |
| ALYESKA MASTER FUND, L.P., ALYESKA MASTER FUND 2, L.P., and ALYESKA MASTER FUND 3, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ALTA MESA RESOURCES, INC., f/k/a SILVER RUN ACQUISITION CORPORATION II; RIVERSTONE HOLDINGS LLC; ARM ENERGY HOLDINGS LLC; BAYOU CITY ENERGY MANAGEMENT, LLC; HPS INVESTMENT PARTNERS, LLC; JAMES T. HACKETT, HARLAN H. CHAPPELLE, WILLIAM GUTERMUTH, JEFFREY H. TEPPER, DIANA J. WALTERS; MICHAEL E. ELLIS; RONALD SMITH; DON DIMITRIEVICH; PIERRE F. LAPEYRE, JR.; DAVID M. LEUSCHEN; WILLIAM W. MCMULLEN; DONALD SINCLAIR; STEPHEN COATS; and THOMAS J. WALKER,<br><br>Defendants. | Civil Action No. 4:22-cv-001189<br><br>[Consolidated Case] |

1

| | |
|---|---|
| ORBIS GLOBAL EQUITY LE FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL EQUITY FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL BALANCED FUND (AUSTRALIA REGISTERED), ORBIS SICAV, ORBIS INSTITUTIONAL GLOBAL EQUITY L.P., ORBIS GLOBAL EQUITY FUND LIMITED, ORBIS INSTITUTIONAL FUNDS LIMITED, ALLAN GRAY AUSTRALIA BALANCED FUND, ORBIS OEIC, and ORBIS INSTITUTIONAL U.S. EQUITY L.P., | Civil Action No. 4:22-cv-02590<br><br>[Consolidated Case] |

            Plaintiffs,

    v.

ALTA MESA RESOURCES, INC., f/k/a SILVER RUN ACQUISITION CORPORATION II; RIVERSTONE HOLDINGS LLC; ARM ENERGY HOLDINGS LLC; BAYOU CITY ENERGY MANAGEMENT, LLC; HPS INVESTMENT PARTNERS, LLC; JAMES T. HACKETT, HARLAN H. CHAPPELLE, WILLIAM GUTERMUTH, JEFFREY H. TEPPER, DIANA J. WALTERS; MICHAEL E. ELLIS; RONALD SMITH; DON DIMITRIEVICH; PIERRE F. LAPEYRE, JR.; DAVID M. LEUSCHEN; WILLIAM W. MCMULLEN; DONALD SINCLAIR; STEPHEN COATS; and THOMAS J. WALKER,

            Defendants.

**DON DIMITRIEVICH AND HPS INVESTMENT PARTNERS, LLC'S PARTIAL JOINDER IN CERTAIN MOTIONS FOR SUMMARY JUDGMENT ON GROUNDS OF DAMAGES AND LOSS CAUSATION**

Don Dimitrievich and HPS Investment Partners, LLC ("HPS") respectfully submit this partial joinder in the Summary Judgment Motion by Director Defendants David M. Leuschen, Pierre F. Lapeyre, Jr., Donald R. Sinclair, James T. Hackett, William D. Gutermuth, Jeffrey H. Tepper, and Diana J. Walters on Class Plaintiffs' Section 10(b) and 20(a) claims (ECF No. 526) ("Director Mot.") and the Summary Judgment Motion by Defendants Alta Mesa Resources, Inc., James T. Hackett, Thomas J. Walker, William D. Gutermuth, Jeffrey H. Tepper, Diana J. Walters, Stephen S. Coats, Harlan H. Chappelle, Michael E. Ellis, Ronald J. Smith, David M. Leuschen, Pierre F. Lapeyre, Jr., Donald R. Sinclair, and Riverstone Holdings LLC on Opt-Out Plaintiffs' claims (ECF No. 521) ("Opt-Out Mot.").

**PARTIAL JOINDER**

Mr. Dimitrievich hereby joins movants' argument that Plaintiffs have failed to adduce evidence of loss causation or damages as required to support their Section 10(b) claims.[1]  Director Mot. at 20-23; Opt-Out Mot. at 14.  Mr. Dimitrievich and HPS further join movants' arguments that they are entitled to summary judgment on Plaintiffs' Section 20(a) claims for failure to show loss causation or damages.  Director Mot. at 23-25.

---

[1]  Mr. Dimitrievich and HPS previously submitted motions for summary judgment that are fully briefed and pending before the Court.  For the reasons contained therein, the Court need not reach issues of loss causation and damages to resolve the claims against Mr. Dimitrievich and HPS.  However, loss causation and damages provide an additional basis for dismissal.

## **CONCLUSION**

Accordingly, Mr. Dimitrievich and HPS respectfully submit this partial joinder.

Dated:   December 22, 2023        Respectfully submitted,

/s/ *Christopher Porter*
(signed by permission of Attorney-in-Charge)

Karl S. Stern (attorney in charge) (SBN 19175665)
Christopher D. Porter (SBN 24070437)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
711 Louisiana Street, Suite 500
Houston, TX 77002
Telephone:  (713) 221-7000 / Facsimile: (713) 221-7100
Email: karlstern@quinnemanuel.com
chrisporter@quinnemanuel.com

**-AND-**

Michael B. Carlinsky (*pro hac vice*)
Silpa Maruri (*pro hac vice*)
Jacob J. Waldman (*pro hac vice*)
Courtney C. Whang (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000 / Facsimile: (212) 849-7100
Email: michaelcarlinsky@quinnemanuel.com
silpamaruri@quinnemanuel.com
jacobwaldman@quinnemanuel.com
courtneywhang@quinnemanuel.com

**COUNSEL TO HPS INVESTMENT PARTNERS, LLC AND DON DIMITRIEVICH**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed on December 22, 2023 using the Court's CM/ECF system, which will therefore will send electronic notification of such filing to all counsel of record.

/s/ *Christopher Porter*
Christopher Porter