# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 |

## [PROPOSED] ORDER GRANTING CLASS PLAINTIFFS' MOTION TO SEAL THEIR EXPERT MOTION PAPERS

The Court, having considered Class Plaintiffs' Motion to Seal their Expert Motion Papers[1] and for good cause shown, the motion to seal is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court is to place Class Plaintiffs' Expert Motion Papers (Dkt. Nos. 513, 516, 519 and 525) under seal, without further order of the Court.

Signed this __ day of _____, _____.

_____

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Class Plaintiffs' Expert Motion Papers are their four motions to exclude certain opinion testimony of: (1) Robert Rasor; (2) Edward James Fetkovich; (3) Charles Whitehead; and (4) John Fiebig and the Exhibits accompanying those motions (Dkt. Nos. 513, 516, 519 and 525).