UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>**PUBLIC VERSION OF DKT. 516-1** |

### DECLARATION OF ANDREW J. ENTWISTLE IN SUPPORT OF CLASS PLAINTIFFS' MOTION TO EXCLUDE CERTAIN OPINION TESTIMONY BY DEFENDANTS' EXPERT EDWARD FETKOVICH

I, Andrew J. Entwistle, declare as follows:

1. I am a Partner at the law firm Entwistle & Cappucci LLP, counsel for Class Plaintiffs and Court-Appointed Co-Class Counsel. I am a member of the Bar of the State of Texas and am admitted to practice before this Court.

2. I respectfully submit this declaration in support of Class Plaintiffs' Motion to Exclude Certain Opinion Testimony by Defendants' Expert Edward Fetkovich.

3. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

4. Attached hereto are true and correct copies of the following documents[1]:

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | ███████████████████ |

---

[1] Some exhibits hereto bear deposition stickers which were added after their production at the bates numbers indicated.

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 2 | Transcript of Deposition of Edward Fetkovich, taken Nov. 1, 2023 (excerpts) |
| 3 | ■■■ |
| 4 | ■■■ |
| 5 | ■■■ |
| 6 | ■■■ |
| 7 | ■■■ |
| 8 | ■■■ |
| 9 | ■■■ |
| 10 | Alta Mesa Resources, Inc. First Quarter 2018 Operational Update dated May 14, 2018 [HPS_00006566] |
| 11 | ■■■ |
| 12 | ■■■ |
| 13 | ■■■ |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 14 | Transcript of Deposition of John Baldauff, taken Apr. 17, 2023 (excerpts) |
| 15 | ███████████████████████████ |
| 16 | ███████████████████████████ |
| 17 | ███████████████████ |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 22, 2023 in Austin, Texas.

/s/ Andrew J. Entwistle
Andrew J. Entwistle

## CERTIFICATE OF SERVICE

I certify that the foregoing has been served under seal via the Court's ECF system, and a copy has been served via email to counsel for all parties on December 22, 2023.

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle
