# EXHIBIT 2

# (Corrected)

Page 1

1                  UNITED STATES DISTRICT COURT

2                   SOUTHERN DISTRICT OF TEXAS

3                        HOUSTON DIVISION

4

5

6      IN RE ALTA MESA RESOURCES,   ) CASE NO.

7      INC. SECURITIES LITIGATION   ) 4:19-cv-00957

8

9

10

11             REMOTE VIDEOTAPED DEPOSITION OF

12                     EDWARD FETKOVICH

13                    NOVEMBER 1, 2023

14                      9:03 a.m. ET

15

16

17              Witness Appearing From:

18        Law Offices of Latham & Watkins LLP

                 555 Eleventh Street, NW

19               Washington, D.C. 20004

20

21

22        Conducted Remotely Via Videoconference

23

24

25

[PAGES OMITTED]

1    believe I was officially engaged, as I recall, in

2    November of 2022.  That's the best of my

3    recollection.

4         Q.   Prior to this engagement, had you heard of

5    Alta Mesa?

6         A.   Yes.

7         Q.   In what context had you heard of Alta Mesa

8    prior to this engagement?

9         A.   Well, as you're aware, I was involved with

10   the STACK development as an employee of Cimarex, and

11   they are just a name, you know, another operator in

12   the STACK.  There were numerous operators.  They

13   were another operator I was familiar with but did

14   not interact with.

15        Q.   Prior to becoming engaged in this matter,

16   did you discuss with anyone the reasonableness of

17   the development of Alta Mesa's STACK acreage?

18        A.   I did not.

19        Q.   At the time that you were engaged -- take

20   a step back.  Were you engaged by Latham & Watkins?

21        A.   I was.

22        Q.   At the time you were engaged, did you

23   understand that Latham & Watkins were representing

24   some members of Alta Mesa's management?

25        A.   At that time it was engaged with

1  Alta Mesa, and I didn't have -- I didn't have

2  necessarily all the details.

3      Q.   Well, who did you understand that

4  Latham & Watkins was representing at the time you

5  were engaged?

6      A.   Alta Mesa, the entity.  That probably

7  shows a little ignorance on my part as just -- that

8  wasn't a question I followed up with.  I was more

9  trying to just understand what the -- what the

10 issues were and not necessarily who they were

11 directed against.

12     Q.   Who introduced you to Latham & Watkins?

13     A.   Mr. Eugene Elrod with Latham & Watkins.

14 He was introduced earlier.

15     Q.   At the time you were engaged, did you

16 understand that Latham & Watkins was engaging you in

17 the hope that you would give an opinion or opinions

18 favorable to Alta Mesa?

19         MS. GRAGERT:  Objection.  That calls for

20 information that's outside the scope of permissible

21 discovery per the parties' executed stipulation.

22         MR. BRODEUR:  It's really not.  Are you --

23         MS. GRAGERT:  Brendan, you're --

24         MR. BRODEUR:  -- instructing your witness

25 not to answer?

[PAGES OMITTED]

1           There were of the 81, roughly -- so this

2     is approximate.  About half of those, give or take,

3     were to improve production, and the other half, give

4     or take, were for frac hits.  If I subdivide those,

5     it coincidentally turned out that approximately half

6     in each category were involved with being installed

7     in a pattern with multi-wells.  The other half were

8     actually installed in wells where they were the only

9     wells in a section.

10          And therefore, those installations were

11    critical because they -- by installing the ESP and

12    restoring the production or improving the

13    production, they protected the rights to the mineral

14    owner.  So they protected against drainage, which I

15    thought was important.

16       Q.   And did you include that benefit in your

17    economic analysis?

18       A.   Didn't.  Did not.

19       Q.   You talk about the 81 installations.

20    Those are frac hits and what you call improved

21    production.  But that does not include any analysis

22    of the installation in new wells, correct?

23       A.   That is correct.

24       Q.   And you're giving -- you offer no opinion

25    about the economic impact of the installation of

Page 253

1    those 21 ESPs in new wells.  Is that correct?
2         A.   That's correct.  And the reason why is
3    with the improved production of the frac hits, you
4    had a before and after.  You had an artificial lift
5    before and an artificial lift after.  Didn't know
6    how to run the economics of the before.  And that's
7    the reason why.  I mean, you -- there could be lots
8    of questions about assumptions when there wasn't any
9    basis for it.  So that's -- that's why I didn't.
10        Q.   Well, couldn't you -- couldn't you look
11   at, sort of on an average basis for comparable new
12   wells, develop a type curve for no ESP and a type
13   curve for ESP and get a sense?
14        A.   The answer to that is that -- that would
15   create significantly more uncertainty than it
16   creates certainty.  There's -- if you look through
17   those production plots, you can see that there's
18   any -- if you look across all the wells, there's
19   quite a variation in the production performance from
20   the vari- -- from all the various wells.  I wouldn't
21   know how to do that.
22             Now, an observation was that, in general,
23   the wells that I looked at that had an ESP installed
24   in a new well, in general, those ESPs seemed to
25   outperform the other wells.

Page 254

1              So I am not sure how -- I -- there was a

2       thought to do it, but it was like, I don't -- I'm

3       not sure how I would do it, how I -- how I could do

4       it and be able to sit here and defend, you know,

5       exactly the process, the thought process that would

6       go into analyzing -- analyzing that.

7              But the wells -- the new wells that had

8       ESPs, if you look through those plots, generally the

9       production character of those wells was very smooth

10      and monotonic in their performance compared to the

11      gas lift wells which had a lot more noise with them.

12             So I didn't see -- again, to answer your

13      question, I didn't see a solid basis for creating a

14      "not" case.

15      Q.   Did you look at the impact of ESPs in new

16      wells on wells offset to those new wells?

17      A.   There isn't any way to make that

18      assessment.  I don't -- I don't know how to make

19      that assessment.

20      Q.   Could you calculate the costs associated

21      with installing and operating ESPs in the new wells?

22      A.   Well, the cost of installing, yes.  We had

23      that information.  And the cost of operating, we

24      had -- we had that information.

25      Q.   So -- but you did not provide in your

Page 255

1    report, you did not provide the cost of the new well

2    ESPs, correct?

3         A.   That is correct, for all the reasons that

4    I stated.

5         Q.   And did you calculate the cost of the new

6    well installations during your -- during the course

7    of your work?

8         A.   No, I did -- I just did not make an effort

9    on those wells.

10        Q.   If there's 21 of them and we use the gross

11   capex figure of $453,000 per install, that gets us,

12   you know, just rough cut it, a gross cost of about

13   $9.5 million, right?

14             MS. GRAGERT:   Objection.

15        A.   Okay.

16             THE REPORTER:   I'm sorry.   What was the

17   answer?

18             MR. BRODEUR:   He said "okay."

19             THE REPORTER:   Okay.

20        Q.   Is it true that when a well is frac hit --

21   just take a step off of the ESPs just for one

22   second.   When the well is frac hit, the production

23   can drop to minimal or even zero, correct?

24        A.   That is correct.

25        Q.   And then is it true that sometimes a

[PAGES OMITTED]

Page 259

1        A.    For the improved production, yes.

2        Q.    Okay.  And then so that's 36 frac-hit

3   wells, 45 improved production wells.  And as we've

4   discussed, there's no analysis on the 21 new well

5   installations, correct?

6        A.    Correct.

7        Q.    Okay.  And the results that are shown in

8   this -- this little bulleted summary, that's based

9   on -- the costs in that are based on the AFEs?  Is

10  that correct?

11       A.    That is correct.  It's based on the AFEs.

12       Q.    Are you aware of testimony in this case

13  that -- or any evidence in this case that Alta Mesa

14  understated certain costs in some of their AFEs?

15            MS. GRAGERT:  Objection.

16       A.    I'm not aware.  I'm not aware of that.

17       Q.    Do you know whether the AFEs would include

18  the operating costs of the ESPs, including

19  electricity?

20       A.     No, the AFEs would not.  That would have

21  been in the ARIES economics case.

22       Q.    And did you -- did you -- so when you say

23  you based it on the AFE, did you take that number of

24  the AFE and then did you add the cost of electricity

25  on top of that?

Page 260

1      A.   No.   So what happened is the cost to

2    install is a capital cost.   Okay?   That's an

3    up-front capital cost.   The cost to operate is an

4    operating cost that's -- that's different.

5              What we did, because Alta Mesa did not

6    provide significant detail on well-by-well-by-well

7    operating costs, we used the ARIES economics

8    database was -- that -- and the way they were set up

9    at the end of 2017.   And what they had in there was

10   a average cost to operate a well.   Okay?   And so

11   what we did was we assumed that that operating cost

12   would be in force or in effect had the well remained

13   on gas lift.

14             When -- for the case where -- for the part

15   of the case that assumed the ESP install, we doubled

16   that cost.   And we felt like that was actually

17   probably really conservative, on the high side, to

18   double the -- to just take that cost and double it.

19   It should have been more like 50 percent, but we

20   felt like that was a reasonable thing to do.

21             So to understand the way we ran the

22   economics, if we had a well that was on improved

23   production, we saw how it was trending before the

24   ESP was installed; we forecasted that production to

25   get a base case.   We had those -- we had those

[PAGES OMITTED]

```
                                                Page 271
 1        Q.   Okay.  If you could go to "Install" --
 2   "Install Reason" and sort the set.  Sort it either
 3   way.  Okay?  And then if you would delete all of the
 4   rows that have "Frac Hit" as the reason.  So I have
 5   those on top and it's like Row 4 through 40 -- no, 4
 6   through 39.
 7        A.   Okay.
 8        Q.   Delete those rows.  Okay?  And then you'll
 9   see that the sums at the bottom automatically
10   update.  You see that?
11        A.   Yes, I do.
12        Q.   So -- and if we go to the -- so is what
13   we're seeing now the economic impact of the
14   so-called improved production ESPs?
15        A.   Yes.
16        Q.   Okay.  And there the -- the base case,
17   using these AFEs, gets you to a positive result of
18   $836,000?  Do you see that?
19        A.   I do see that.
20        Q.   And the base case using Alta Mesa's
21   internal number of 453,000, that actually gives you
22   a negative result, negative 640,000.
23             Do you see that?
24        A.   I do see that.
25        Q.   Okay.  So go back to the big picture,
```

1    102 -- 102 wells with ESP installs.  You have the

2    4 -- 21 of them are new wells.  You have no economic

3    analysis on those, right?

4         A.   Correct.

5         Q.   Okay.  And we have 45 wells that are

6    so-called improved production, correct?

7         A.   Correct.

8         Q.   And depending on whether we use the AFEs

9    or the capex sensitivity case, the economic impact

10   on that, of those installs, is less than a million

11   dollars either positive or negative, correct?

12        A.   Correct.

13        Q.   If we use the 453, it's negative -- the

14   economic impact is negative for the -- for the

15   improved production, correct?

16        A.   Correct.

17        Q.   So the only subset where you have a

18   positive is the -- is the frac hit and the 36 wells

19   in the frac hit, correct?

20             MS. GRAGERT:  Objection.

21        A.   Well, can you restate that?  It's only

22   positive on the 453 case or positive overall?

23        Q.   If we use the 453 case, the only positive

24   you have is a frac hit, correct?

25        A.   That's correct.

[PAGES OMITTED]

```
                                              Page 283

 1              And what you see is in the vast majority,

 2      vast, vast majority, gas lift was the preferred

 3      option for their wells at, you know, at the onset

 4      when they began -- when they began producing.  And

 5      then depending on the life, they would switch to

 6      other types of lift.

 7              And then the ESP program, you see the 49

 8      ESPs that I list in the table.  Those were the 49

 9      ESPs that remained in the wells.  I have some charts

10      that show that.  I'm sure you've seen them.  But

11      those are the ones that were still in operation at

12      the end of the available data.

13              MS. GRAGERT:  So we're at seven hours.

14      Let's try to wrap it up.

15              MR. BRODEUR:  All right.  Let's go off the

16      record.  I'll just check my notes, and then I think

17      I can pass the mic.

18              MS. GRAGERT:  Okay.

19              THE VIDEOGRAPHER:  We are off the record.

20      The time is 5:58 p.m.

21                  (Recess from 5:58 to 6:07)

22              THE VIDEOGRAPHER:  We are back on the

23      record.  The time is 6:07 p.m.

24      BY MR. BRODEUR:

25          Q.   Mr. Fetkovich, you had testified earlier
```

Page 284

1    that for operating expenses for the ESPs, you simply

2    doubled the expenses, operating expenses for gas

3    lift?  Is that correct?

4         A.    That's what we did because it was the best

5    information.  Well, no, that's not correct.  We had

6    a base case.  They were using a value that was in

7    the case when it was on gas lift.  ESP would be more

8    expensive to operate.  So what we did was we just

9    doubled that.  We doubled that monthly expense.  And

10   again, we thought that was -- we thought that was

11   conservative in a high case, but we thought let's

12   run it and see what it looks like.

13        Q.    Okay.  And about how much per month per --

14   per well was the -- was that number for the gas

15   lift?

16        A.    If I remember right, and so I'm going to

17   just qualify that because I haven't looked at that

18   in awhile, I believe it was $7,500 a month for gas

19   lift and then 15,000 a month for ESP.  Those numbers

20   could be different, but whatever they were, they

21   would have been -- they would have been double.  And

22   I would just have to -- I would have to look at that

23   again.

24        Q.    Okay.  So if we say about -- so the

25   incremental difference between gas lift and ESP then

[PAGES OMITTED]