# EXHIBIT 3

REDACTED IN ITS ENTIRETY

# EXHIBIT 4

REDACTED IN ITS ENTIRETY

# EXHIBIT 5

REDACTED IN ITS ENTIRETY

# EXHIBIT 6

REDACTED IN ITS ENTIRETY

# EXHIBIT 7

REDACTED IN ITS ENTIRETY

# EXHIBIT 8

REDACTED IN ITS ENTIRETY

# EXHIBIT 9

REDACTED IN ITS ENTIRETY