# EXHIBIT 11

REDACTED IN ITS ENTIRETY

# EXHIBIT 12

REDACTED IN ITS ENTIRETY

# EXHIBIT 13

REDACTED IN ITS ENTIRETY