# EXHIBIT 14

1  UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF TEXAS
2              HOUSTON DIVISION
3
    IN RE                      |
4                              |
    ALTA MESA                  | Civil Action No. 4:19-cv-00957
5   RESOURCES, INC.            |
    SECURITIES                 |
6   LITIGATION                 |
7
   ********************************************************
8          ORAL AND VIDEOTAPED DEPOSITION OF
9                   JOHN BALDAUFF
10                 APRIL 17, 2023
11 ********************************************************
12
          ORAL AND VIDEOTAPED DEPOSITION of JOHN BALDAUFF,
13  produced as a witness at the instance of the
    Defendants, and duly sworn, was taken in the
14  above-styled and numbered cause on April 17, 2023,
    from 9:42 a.m. to 4:03 p.m., before Mendy A.
15  Schneider, CSR, RPR, in and for the State of Texas,
    recorded by machine shorthand, at the offices of
16  Latham & Walker, 811 Main Street, Suite 3700, Houston,
    Texas, pursuant to the Texas Rules of Civil Procedure
17  and the provisions stated on the record or attached
    hereto; that the deposition shall be read and signed.
18
19
20
21
22
23
24
25

[PAGES OMITTED]

Page 151

1  Q.  -- ineffective or not economical?
2      MR. SHER:  Objection.
3  A.  I didn't retain any documents.  I stated
4  that.  I don't have any documents.
5  Q.  (BY MS. GUZMAN)  What about -- did you tell
6  Mr. Ellis that about Mr. Belyadi, Abbas, the senior
7  reservoir --
8  A.  Abbas Belyadi.
9  Q.  Abbas Belyadi, yes.
10      Did you tell him about what he told you
11 about the EUR estimates he provided?
12 A.  No, I did not.
13 Q.  Did you tell Mr. Ellis about that you thought
14 the 4200 wells estimated in the press release was
15 shocking?
16 A.  No, I did not.
17 Q.  Okay.  I'm going to represent to you that
18 Mr. Chappelle is also a defendant in this case.
19      Did you talk to Mr. Chappelle and tell
20 him that you thought the 4200 wells estimated in the
21 press release was shocking?
22 A.  No, I did not.
23 Q.  Okay.  Did you talk to Mr. Chappelle about
24 the EUR estimates provided by Mr. Belyadi?
25 A.  No, I did not.

Page 152

1  Q. Did you talk to Mr. Chappelle about -- that
2  you thought ESPs were ineffective or not economical?
3  A. Yes, I tried.
4  Q. And you told him that you believed that they
5  were ineffective and not economical?
6  A. Yes. I mentioned a specific well, EHU36. I
7  believe that was the well that he thought was a good
8  idea, we could have the same response with other
9  wells. And I told him that that was an exception and
10 not the rule.
11 Q. And so you mentioned one well EHU36 --
12 A. EHU36.
13 Q. EHU36?
14 A. EHU36. If I can -- no, that's okay. You'll
15 figure it out.
16 Q. Did you tell him overall you thought ESPs
17 were not effective and noneconomical or just for this
18 one specific well?
19         MR. SHER: Objection.
20 A. I said that specific well was the only one
21 from the East Tennessee unit that was operated by
22 Bruce Hinkle. And it was. And -- and that was the
23 one that he kept saying that was a good, we need to
24 keep doing it. And I said that was an exception and
25 not the rule.

1  Q.   (BY MS. GUZMAN)  Just so I understand, there
2  were other wells that you thought not effective or
3  noneconomical or was it just that one?
4             MR. SHER:  Objection.
5             MR. MAURIELLO:  Objection.
6  A.   Quite a few wells that were uneconomical.
7  Q.   (BY MS. GUZMAN)  Okay.  And there are --
8  sitting here today, you cannot identify a specific
9  document where you told Mr. Chappelle that either
10 EHU36 or any other well was not effective or
11 noneconomical?
12 A.   I spoke to him -- he came by the -- no, I
13 didn't have anything in writing, but I spoke to him.
14 He didn't answer back, he turned his back and walked
15 away.  But he heard me because we were the only ones
16 in the room and I was two feet away from him.  And I
17 spoke that and he didn't turn around -- or he
18 didn't -- he pretended I -- he didn't hear, but he
19 heard.
20 Q.   Okay.
21 A.   And at that point -- and at that point, he
22 did that because he knew this day was going to come.
23 And here I am.
24 Q.   And at that point, you -- you didn't follow
25 up in writing about your position on ESPs at Alta

Page 154

1  Mesa -- well, on Alta Mesa's wells?
2              MR. SHER:  Objection.
3      A.   I valued my paycheck.  I didn't want to
4  push the -- that was it.  If he didn't want to listen
5  to me, why would he read something in writing.
6      Q.   (BY MS. GUZMAN)  So there was a monetary
7  incentive then to not -- to not speak out about the --
8  your concern about the ESPs?
9      A.   These -- these wells were going to be run
10  with ESPs whether I helped or not.  If I helped, it
11  could mitigate the losses that we were going to incur,
12  and I'd keep my job and my paycheck.  And I was over
13  60, okay.
14              And so I was doing the best I could to
15  help the shareholders out for Alta Mesa by -- by using
16  my expertise to try to mitigate the -- mitigate the
17  damages.
18      Q.   And you weren't concerned about the fact that
19  you were doing something that you wholeheartedly
20  believed was ineffective or economical, as you sit
21  here today?
22              MR. SHER:  Objection.
23      A.   I wasn't -- I wasn't doing anything illegal.
24  I was doing something in my mind to help -- I truly
25  believed I was helping the company by staying in the

Veritext Legal Solutions
www.veritext.com                                    888-391-3376

[PAGES OMITTED]

1  Q. Which people?
2  A. Well, Mike Ellis disagreed a lot of times.
3  And -- and I -- I just -- they were mostly heated
4  because they were long into the -- into the evening,
5  people got tired.
6           That's all I'm going to say.
7  Q. Do you recall anyone sharing Mr. Ellis's
8  opinion at these meetings? You said Mike Ellis
9  disagreed.
10 A. Some -- a lot of times he did. Sometimes he
11 agreed, but sometimes he disagreed, yeah.
12 Q. Were there other examples of people who
13 sometimes disagreed at these meetings?
14 A. You mean disagreed with --
15 Q. Yes.
16 A. -- the findings of the spreadsheets.
17 Q. Disagreed with your impression that the ESPs
18 were ineffective and uneconomical.
19 A. Not that I know of, I mean, not just right
20 off the bat.
21           I know Tim Turner had some questions
22 about our economic analysis, was it correct using the
23 right formula, et cetera. He had some questions, but
24 they were not heated. And we just -- would just make
25 sure we were on the same page.

Page 166

1    Q.   Let me change gears slightly.
2              You also testified that you spoke to
3    Mr. Chappelle about your belief that the ESPs were --
4    A.   That is correct.
5    Q.   -- ineffective and uneconomical.
6              When did you approach Mr. Chappelle?
7    A.   I don't remember the date, but I know it
8    happened because it was -- it touched me.  I mean,
9    it -- it -- he didn't want to talk to me.
10   Q.   Was it 2019?
11   A.   I don't know.  It was -- it was late -- it
12   was -- okay.  I -- I -- I don't remember about 2019.
13   2018, possibly.  I -- I don't remember the date.  I'm
14   sorry, I don't.
15   Q.   Where were you?
16   A.   I was right out -- okay.  Right outside my
17   office was a -- was a workroom for engineers.  And Hal
18   was just walking down.  And one of the reasons why I
19   approached him was because everybody said Hal wanted
20   to run these pumps because he had -- he had some
21   information that production rates were very important
22   and he thought that ESPs would be really good at doing
23   it and -- and that was that.
24             And I just wanted to talk to him about
25   that to see if there was something else we could to

1  run, you know, pumps, et cetera.  And --
2      Q.   Was this --
3      A.   -- he didn't want to talk to me.
4      Q.   -- a scheduled meeting?
5      A.   Pardon me?
6      Q.   Was this a scheduled meeting?
7      A.   No, absolutely not.  He was just walking by.
8  I saw him -- I walked out my office and I went to talk
9  to him.  No.  Do I have it documented?  No, I don't.
10              I -- I -- and I'll just look you in the
11 eye.  At that point when I tried to talk to Hal and he
12 turned his back and walked away out the door, I said,
13 well, this day is going to come.  He did that for one
14 reason.
15     Q.   What did you say to him exactly?
16     A.   I said, Hal, I want to talk to you about
17 ESPs.  I said, the EHU36 that you really like,
18 that's -- you keep expounding that that was a good
19 thing and we want more of those things.
20              I said, that's the rule and not --
21 that's the exception and not the rule.  And, I mean,
22 he just kept walking away.  So I said okay.
23     Q.   Did you follow up?
24     A.   No.
25     Q.   Did you call him?

Page 168

1  A. No.
2  Q. Did you send him an e-mail?
3  A. No.
4  Q. Do you know for sure that he heard you?
5  A. Absolutely.
6  Q. How is that?
7  A. Because he was as close as to me and this
8  lady here. And I was talking loud and there was
9  nobody in the room. I was talking loud, but I was
10 respectful, so I wasn't yelling at him, but -- but he
11 heard me.
12 Q. But you didn't follow up?
13 A. No.
14 Q. Okay.
15        MR. HORTON: Thank you very much.
16        THE WITNESS: Sure.
17        MR. SHER: I'm going to have some
18 questions. Can we take a very short break and then --
19 is that okay with everyone?
20        MR. PORTER: Sure.
21        THE VIDEOGRAPHER: Current time is
22 2:12 p.m. We're off the record.
23        (Break from 2:12 p.m. to 2:20 p.m.)
24        THE VIDEOGRAPHER: Okay. Current time
25 is 2:20 p.m., and we're back on the record.

Page 169

1      E X A M I N A T I O N
2   BY MR. SHER:
3       Q.   Hey, good afternoon, Mr. Baldauff.  My name
4   is Andrew Sher.  I represent the plaintiffs in this
5   class action.  I just have a few questions for you
6   this afternoon.
7            Do you recall testifying a few minutes
8   ago about being forced to identify wells to install
9   ESPs in?
10           MS. GUZMAN:  Objection to form to the
11  extent it misstates prior testimony.
12      Q.   (BY MR. SHER)  Earlier today do you recall
13  testifying generally about ESPs?
14      A.   Yes, I do.
15      Q.   And do you recall testimony about being asked
16  or ordered to identify wells that were candidates for
17  ESPs shortly after the business combination closed?
18           MS. GUZMAN:  Same objection.
19      A.   Yes.  About a month probably past that date,
20  yes.  Uh-huh.  It was on a Friday afternoon.
21      Q.   (BY MR. SHER)  And who told you that the
22  company was looking for additional wells that were
23  candidates for ESPs to be installed in?
24           MS. GUZMAN:  Objection.  Same objection.
25      A.   Jerry Swearingen.

[PAGES OMITTED]