# EXHIBIT 15

REDACTED IN ITS ENTIRETY

# EXHIBIT 16

REDACTED IN ITS ENTIRETY

# EXHIBIT 17

REDACTED IN ITS ENTIRETY