**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 **PUBLIC VERSION OF DKT. 516-19** |

**[PROPOSED] ORDER GRANTING CLASS PLAINTIFFS' MOTION TO EXCLUDE CERTAIN TESTIMONY BY DEFENDANTS' EXPERT EDWARD FETKOVICH**

The Court, having considered Class Plaintiffs' Motion to Exclude Certain Testimony by Defendants' Expert Edward Fetkovich ("Motion"), and all papers submitted in support of, and opposition thereto, and for good cause shown, hereby **GRANTS** Class Plaintiffs' Motion as follows:

1. The following Portions of the October 19, 2023 Expert Rebuttal Report on: Alta Mesa Resources' Development of its STACK Acreage by Edward James Fetkovich ("Rebuttal Report") are stricken:

   a. ████████████████ including its headers and sub-headers shown in the table of contents;

   b. ████████████████████████

   ████████████████████████

   ████████ and the corresponding text in the table of contents; and

c. ██████████████████████████

██████████████████████████████

████████████████████████

2. The Court will not consider the stricken portions of Mr. Fetkovich's Rebuttal Report or any testimony related to Mr. Fetkovich's economic analysis in deciding any motion for summary judgment.

3. Mr. Fetkovich shall not testify at trial regarding the opinions contained in the stricken portions of his Rebuttal Report.

4. Defendants shall not seek elicit testimony at trial regarding the opinions contained in the stricken portions of the Rebuttal Report.

Signed this __ day of _____, _____.

_____

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE