UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>**PUBLIC VERSION OF DKT. 535-1** |

### DECLARATION OF IRA A. SCHOCHET IN SUPPORT OF CLASS PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF JOHN FIEBIG

I, Ira A. Schochet, declare as follows:

1.  I am a Partner at the law firm Labaton Sucharow LLP, counsel for Class Plaintiffs and Court-Appointed Co-Class Counsel. I am a member of the Bar of the State of New York and am admitted to practice *pro hac vice* before this Court.

2.  I respectfully submit this declaration in support of Class Plaintiffs' Motion to Exclude Certain Opinion Testimony by Defendants' Expert John Fiebig.

3.  I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

4.  Attached hereto are true and correct copies of the following documents[1]:

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | ███████████████████ |
| 2 | Transcript of Deposition of John Fiebig, taken Nov. 16, 2023 (excerpts) |

---

[1] Some exhibits hereto bear deposition stickers which were added after their production at the bates numbers indicated.

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 3 | ███████ |
| 4 | Transcript of Deposition of D. Paul Regan, taken Nov. 2, 2023 (excerpts) |
| 5 | Forensic and Valuation Services Executive Committee, *Statement on Standards for Forensic Services, No. 1*, January 1, 2020 [FIEBIG_SDTX02193 (CP-0813)] |
| 6 | ███████ |
| 7 | Transcript of Deposition of Miles Palke, taken June 13, 2023 [CP-0819] |
| 8 | ███████ |
| 9 | ███████ |
| 10 | ███████ |
| 11 | ███████ |
| 12 | ███████ |
| 13 | ███████ |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 14 | ██████████████████████████ |
| 15 | Transcript of Alta Mesa Resources, Inc. Operating Results Call, dated May 14, 2019 [FIEBIG_SDTX02442 (CP-0820)] |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 22, 2023 in New York, NY.

/s/ Ira A. Schochet
Ira A. Schochet

## CERTIFICATE OF SERVICE

I certify that the foregoing has been served under seal via the Court's ECF system, and a copy has been served via email to counsel for all parties on December 22, 2023.

/s/ *Andrew J. Entwistle*
Andrew J. Entwistle