# EXHIBIT 4

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2            FOR THE SOUTHERN DISTRICT OF TEXAS
 3                     HOUSTON DIVISION
 4
 5   IN RE:  ALTA MESA
 6   RESOURCES, INC.,           Case No.:  4:19-cv-00957
 7   SECURITIES LITIGATION
 8   -------------------------/
 9
10
11
12      Video-recorded deposition of D. PAUL REGAN, at
13      Latham & Watkins, LLP, 505 Montgomery Street,
14      Suite 2000, San Francisco, California,
15      commencing at 9:29 a.m. PDT, Thursday, November
16      2, 2023, before Lorrie L. Marchant, California
17      CSR No. 10523.
18
19
20
21   Stenographically reported by:
     LORRIE L. MARCHANT, RMR, CRR, CCRR, CRC
22   California CSR No. 10523
     Washington CSR No. 3318
23   Oregon CSR No. 19-0458
     Texas CSR No. 11318
24
     Job No. MW 6290725
25   California Firm Registration No.:  48
```

[PAGES OMITTED]

Page 169

1  Ms. Rasmusson's testimony regarding the fact that
2  KPMG had not identified material weaknesses as of
3  the third quarter of 2018?
4      A.  They really just started their relationship
5  with AMR.
6          I'd need to look at her testimony and see
7  what she said about that because I don't have a
8  recollection in my mind because I didn't read her --
9  I did read her testimony, but I don't have a present
10 recollection of what she said about that.
11         I think she was talking about that they
12 didn't communicate a finding of material weakness
13 with respect to that time frame.  And that would not
14 be surprising.
15     Q.  Were there portions of KPMG's work that you
16 found credible and portions that you did not?
17     A.  I don't recall making that conclusion.
18     Q.  You adopted KPMG's conclusions with respect
19 to what material weaknesses existed as of the end of
20 2018; right?
21     A.  Right.
22     Q.  But for purposes of KPMG's conclusion that
23 those material weaknesses weren't identified at
24 third quarter of 2018, that's contrary to your
25 opinion in this case; right?

[PAGES OMITTED]