# EXHIBIT 8

REDACTED IN ITS ENTIRETY

# EXHIBIT 9

REDACTED IN ITS ENTIRETY

# EXHIBIT 10

REDACTED IN ITS ENTIRETY

# EXHIBIT 11

REDACTED IN ITS ENTIRETY

# EXHIBIT 12

REDACTED IN ITS ENTIRETY

# EXHIBIT 13

REDACTED IN ITS ENTIRETY

# EXHIBIT 14

REDACTED IN ITS ENTIRETY