UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 |

**[PROPOSED] ORDER GRANTING CLASS PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF JOHN FIEBIG**

The Court, having considered Class Plaintiffs' Motion to Exclude the Testimony of John Fiebig, and for good cause shown, the motion is hereby **GRANTED**. The expert report of John Fiebig is excluded in its entirety. Mr. Fiebig shall not testify at trial regarding the opinions in his expert report. Defendants shall not seek to elicit testimony at trial regarding the opinions contained in the stricken portions of the expert report. The Court will not consider any of John Fiebig's opinions in ruling on any motion for summary judgment.

Signed this ___ day of _____, 20____.

_____

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE