# EXHIBIT 2

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA | ) Case No.: |
| RESOURCES, INC. | ) 4:19-cv-00957 |
| SECURITIES LITIGATION | ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF
ROBERT RASOR
November 8, 2023

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF ROBERT RASOR, produced as a witness at the instance of the Plaintiffs, and duly sworn, was taken in the above-styled and numbered cause on the 8th day of November, 2023, from 9:05 a.m. to 7:03 p.m., via videoconference, before Abigail Guerra, CSR, in and for the State of Texas, reported by machine shorthand, where all attendees appeared via Zoom in their respective locations, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

[PAGES OMITTED]

Page 212

1    And this -- the date in your report says
2 December 1st, 2017, right?  Paragraph --
3    A.  Oh, I'm sorry.  I misspoke.  Yes, it's the
4 wells that started production from December 1st, 2017,
5 forward.  Yeah, I misspoke.
6    Q.  And how did you -- how did you select the
7 cutoff date December 1st, 2017?
8    A.  Well, I looked at -- I believe there's a --
9 there's a bit of a graph in here.  I looked at the
10 number of wells that was being -- that were coming on
11 production each month, and you'll notice December's a
12 big month, which is typical.  Because end of the year,
13 they're trying to wells on.
14    So what I wanted to do is go back as far as
15 I felt comfort going back in time and adding that big
16 month in December was a big factor.  And in addition to
17 that, the wells that were listed in the 2017 type curve
18 spreadsheet that I had from Alta Mesa, most of those
19 wells had started production sometime prior to about, if
20 I'm -- if I remember correctly, the second or third week
21 of November.
22    So what I wanted to get out of is any
23 situation where I had an overlap between wells that were
24 included in year-end '17 and the wells that I was
25 looking at because this is not intended to be an

Page 213

1 overlapping. This is intended to be a fresh sample. I
2 believe I referred to that in the report.
3     Q. Was there something physically different about
4 the new wells as opposed to the wells that were already
5 on production?
6     A. I guess I don't understand. Exactly what
7 physical differences are you looking at?
8     Q. I mean, so -- is there anything different about
9 the new wells versus the other wells other than that the
10 old wells are drilled -- or came onto production after
11 December 1st, 2017?
12     A. Well, I mean, most likely one of the
13 differences that comes to mind are probably --
14 generation 2.5 fracture hydraulic fracture design,
15 whereas, the wells prior were -- had a few 2.5, some 2s.
16 So that would be one difference that comes to mind.
17     Q. Okay.
18         But you didn't -- but is it true that there
19 were a number of gen 2.5 completion method wells in the
20 old well set?
21     A. There were, but you would expect that these new
22 wells would most likely be predominantly generation 2.5.
23     Q. And the 125 wells that Alta Mesa included --
24 that you were looking at, those are the 125 wells that
25 Alta Mesa included in its year-end 2017 type well

[PAGES OMITTED]

1  number -- a certain minimum number of wells involved.
2  That's sort of the overall picture that I'm trying to
3  paint.
4      Q.  (BY MR. BRODEUR)  Why was December 2017 time to
5  get a fresh sample?
6      A.  Well, I just -- I was saying you needed a fresh
7  sample.  I looked at the wells that were included in the
8  125, and it looked like most of those wells were pre- --
9  they're data was pre- -- as I mentioned like the second
10 or third week of November, I can't remember which --
11 well, now, I was saying you've got some new wells in
12 December.  And you should add those to your Sample B, if
13 you will, you want to -- you know you had a Sample A.
14 Now, you're going to get a Sample B.
15          You can go ahead and apply the year-end
16 2017 as you have, but you want to start taking a new
17 sample.  You couldn't have included the December wells
18 in the year-end 2018 because most of them would have
19 only been a couple weeks.  You wouldn't have anywhere
20 near the time to analyze those wells.
21     Q.  Is it true that the December 1st, 2017, cutoff
22 date was chosen arbitrarily?
23     A.  No.
24     Q.  Could you perform the same analysis using, you
25 know, May 2017 as a cutoff date?

Page 218

1    A.  Well, sure.
2            The analysis could have been performed, but
3    I don't feel that it would have been accurate.  I mean,
4    I gave you the reasons that I chose December the 1st,
5    2017.  It's because I didn't want to overlap, and it was
6    a lot of new wells coming on.  I mean, it was a pretty
7    big chunk.  It was, like, 26 wells in December.  So it
8    wasn't arbitrary.
9            I mean, I looked at the data, and I made a
10   -- I made a choice.  I wasn't -- I wasn't -- it wasn't
11   arbitrary at all.
12   Q.  Other than the fact that the new wells were
13   generation 2.5 and the -- the 125 wells had a mix of
14   different generations, was there anything else that was
15   different about the new wells that made you think that
16   the data from the old wells couldn't simply serve as the
17   reliable predictor for how those wells would perform?
18   A.  Well, I think that the 125 well sample was
19   perfectly applicable to year-end 2017 for the work that
20   was done.
21           But things were changing in the field.
22   Wells were being added.  More wells were being added in
23   some sections.  It was my opinion that it was time to
24   get that fresh sample.  Sample B that included wells
25   that were -- I hate to use the word "different," but,

Page 219

1  you know, they were in some -- in some regards, they
2  were different.  They were 2.5.  There may have been
3  more wells say per section.  I think it was time to get
4  a fresh sample, and I think the fresh sample should have
5  started December 1st.
6       Q.  All right.
7           And so you -- it's -- it's your opinion
8  that when there are more wells per section, there may be
9  a different production profile from those wells,
10 correct?
11      A.  Well, that's why you would take the sample is
12 to determine that.
13      Q.  Okay.
14          And so it's your opinion that -- strike
15 that.
16          Isn't it true that in the sample of 125
17 wells, there were a number of wells with the generation
18 2.5 completion method?
19          MR. FOERSTER:  Objection to the form of the
20 question; asked and answered.
21      A.  (No response.)
22      Q.  (BY MR. BRODEUR)  Can you answer it again for
23 me, please?
24      A.  There were wells in the 125 well group that had
25 generation 2.5 fracture trees.

Page 220

1       Q.   Thank you.
2            And were there wells in the 125 well set
3   that had generation 2.5 completion method and were
4   drilled in patterns of multiple wells?
5       A.   I didn't go back and review that.
6            I would -- I would expect that there were.
7   Because at that time, there were sections that had more
8   than one well per section.  I didn't go back and review
9   the individual wells and how many were in per -- per
10  section, et cetera.
11      Q.   Is there any -- is there any reason why --
12  strike that.
13           Are you familiar with the Ash-Foster
14  Pattern Development?
15      A.   I know the name since Mr. Fetkovich was looking
16  at pattern development.  I didn't -- I've seen the name.
17           (Simultaneous cross-talk ensues.)
18      Q.   (BY MR. BRODEUR)  Sorry.
19           You don't know the details of how that
20  section was spaced, landed, completed?
21      A.   I couldn't tell you that today, no.
22      Q.   Okay.
23           Hypothetically, if there were several
24  wells, say -- just say five wells in the set of 125
25  which were drilled in -- at spacing of, say, multiple

[PAGES OMITTED]

Page 223

1   concept was followed through by Alta Mesa when they
2   eliminated some of the extremely tight spaced wells from
3   the year-end -- year-end 2017 time frame?
4        Q.   Is it also true that a type curve constructed
5   using wells spaced far apart might not accurately
6   predict the production profile of future wells that are
7   drilled close together?
8        A.   That is true.
9             And that's exactly why I believe a second
10  data set should have been collected and analyzed.
11       Q.   Would it be possible to -- if the question was
12  asked, when in 2017 Alta Mesa could reasonably be
13  confident that its new wells -- strike that.  Let me get
14  -- let me get the language.
15            Okay.  So I'm just going to change the
16  question by putting 2017 instead of 2018, and I'm
17  reading from your assignment section of your report.
18            So would it be possible to answer the
19  question, when in 2017 Alta Mesa had sufficient
20  available -- data available to estimate with reasonable
21  confidence a reasonable average ultimate oil recovery
22  attributable to its new wells if you define those wells
23  as coming online after December 1st, 2016?
24            MR. FOERSTER:  Objection to the form of the
25  question.

1    A.   Everything else constant, I don't know how many
2    wells -- and I didn't look at that.  So I don't have any
3    well counts and the like there.  But everything else
4    being constant, a mathematical calculation similar to
5    the one that I did for my initial report could obviously
6    be done.
7         Q.   (BY MR. BRODEUR)  And when you pick the cutoff
8    date of December 1st, 2017, you understood that certain
9    defendants in this case have advanced the argument that
10   they could not or should not have known that the new
11   drilling plan would not work out until about October of
12   2018, correct?
13             MR. FOERSTER:  Objection to the form of the
14   question.
15             MR. BRODEUR:  I'll ask a different
16   question.
17        Q.   (BY MR. BRODEUR)  You understood that the
18   defendants in this case were looking for an opinion that
19   to the effect of essentially the opinion that you give
20   in the Subsection A, correct?
21             MR. FOERSTER:  Objection to the form of the
22   question.
23        A.   If I didn't read it in the complaint -- and I
24   don't remember at any time that I knew, in fact, that
25   defendants had issues along those lines.  And I

[PAGES OMITTED]