# EXHIBIT 10

REDACTED IN ITS ENTIRETY

# EXHIBIT 11

REDACTED IN ITS ENTIRETY