# EXHIBIT 12

1           UNITED STATES DISTRICT COURT

2            SOUTHERN DISTRICT OF TEXAS

3                HOUSTON DIVISION

4   ----------------------------------x

5    IN RE:  ALTA MESA RESOURCES,   Case No:

6    INC. SECURITIES LITIGATION       4:19-cv-00957

7   ----------------------------------x

8

9        REMOTE ORAL AND VIDEOTAPED DEPOSITION OF

10            HOMER EUGENE "GENE" COLE, JR.

11              Wednesday, March 1, 2023

12

13          REMOTE ORAL AND VIDEOTAPED DEPOSITION OF HOMER

14   EUGENE "GENE" COLE, JR., produced as a witness at the

15   instance of the Class Plaintiffs, and duly sworn, was

16   taken in the above-styled and numbered cause on the

17   1st of March, 2023, from 9:39 a.m. to 5:41 p.m., before

18   Sharon Ross, Certified Shorthand Reporter in and for the

19   State of Texas located in Austin, Texas, reported

20   remotely by computerized stenotype machine, the witness

21   being located in Houston, Texas.

22

23

    Reported by:

24   SHARON ROSS, Texas CSR #1961,

    Hawaii CSR #432, RMR, CRR, CRC

25   Realtime Systems Administrator

[PAGES OMITTED]

```
 1    infilled -- an infill well, in your understanding?
 2        A.  Could be.
 3        Q.  Is a child well a type of infill well?
 4        A.  Yes.
 5        Q.  If you would refresh your marked exhibits
 6    folder, you should have a file name beginning
 7    Exhibit 0105.  Do you have that?
 8        A.  Yes, sir.
 9        Q.  Okay.  Please take a minute to review the
10    document; but just to inform your review, I'll note that
11    we've jumped ahead in time here almost a year and a half
12    since the last exhibit.  So it's dated December 13th of
13    2018.
14                If you could, review the document; and let
15    me know when you're finished, please.
16        A.  (Witness complies.)  Okay.
17        Q.  Having reviewed the document, do you recall the
18    Friday morning meeting in The Woodlands that Mr. Ellis
19    refers to in his email?
20        A.  I do not recall.  I recall meeting in The
21    Woodlands but not about a specific -- yeah.
22        Q.  Do you remember giving a warning about your
23    lack of confidence in child wells?
24                MS. PRESTON:  Objection, form.
25        A.  I remember having multiple discussions on well
```

```
                                                    Page 64
 1    spacing, children wells, parent wells.
 2                   The industry was still in a learning curve,
 3    you know, in multiple basins on what that looked like
 4    and what to do to the offset when you complete a child
 5    well.
 6         Q.  (BY MR. BRODEUR)  What do you mean what to do
 7    with the offset?
 8         A.  Well, other basins, they were actually
 9    collapsing casing by fracing children wells and a
10    pressure sink.
11                   So do you load the wells, not load the
12    wells?  Do you shut them in?  What do you do?  What
13    preventative measure do you do to protect the existing
14    well and give the child well the best chance of success?
15                   This was a hot topic in the industry at
16    this time at all the technical meetings and everything
17    else -- is, you know, what's everybody doing?  What's
18    everybody trying?
19         Q.  Do you remember having a lack of confidence
20    that Alta Mesa's child wells would ultimately perform up
21    to the expectations that Mr. Chappelle had for those
22    wells?
23                   MS. PRESTON:  Objection, form.
24         A.  So my memory, I remember, yes, believing that
25    the child -- children well would not match the EUR of a
```

[PAGES OMITTED]