UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957<br><br>**PUBLIC VERSION OF DKT. 513-19** |

**[PROPOSED] ORDER GRANTING CLASS PLAINTIFFS' MOTION TO EXCLUDE CERTAIN TESTIMONY BY DEFENDANTS' EXPERT ROBERT RASOR**

The Court, having considered Class Plaintiffs' Motion to Exclude Certain Testimony by Defendants' Expert Robert Rasor ("Motion"), and all papers submitted in support of, and opposition thereto, and for good cause shown, hereby **GRANTS** Class Plaintiffs' Motion as follows:

1. The following Portions of the August 31, 2023 Expert Report of Robert Rasor (Ex. 1 to the Motion, the "Report") are stricken:

    a. ██████████████████████████████████████

    b. ██████████████████████████████████████ ██████████████

2. The Court will not consider the stricken portions of Mr. Rasor's report or any testimony related to Mr. Rasor's statistical analysis in deciding any motion for summary judgment.

3. Mr. Rasor shall not testify at trial regarding the opinions contained in the stricken portions of his Report.

4. Defendants shall not seek elicit testimony at trial regarding the opinions contained in the stricken portions of his Report.

Signed this ___ day of _____, _____.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE