# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-CV-00957<br><br>**PUBLIC VERSION OF DKT. 519-1** |

**DECLARATION OF TRIG R. SMITH IN SUPPORT OF CLASS PLAINTIFFS' MOTION TO EXCLUDE CHARLES WHITEHEAD'S OPINION NO. 1**

I, Trig R. Smith, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and have been admitted *pro hac vice* to practice before this Court. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for class plaintiff in the above-entitled action.

2. I respectfully submit this declaration in support of Class Plaintiffs' Motion to Exclude Charles Whitehead's Opinion No. 1

3. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

4. Attached hereto are true and correct copies of the following documents[1]:

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| A. | |
| B. | |
| C. | Adam Badawi's Rebuttal to the Opinions Offered by Charles Whitehead and Steven J. Pully, dated October 19, 2023 |
| D. | Excerpts of CF Corporation's Form Schedule 14A (relied upon by Whitehead in support of Opinion No. 1) |
| E. | Excerpts of Gores Holdings, Inc.'s Form Schedule 14A (relied upon by Whitehead in support of Opinion No. 1) |
| F. | Excerpts of M III Acquisition Corp.'s Form Schedule 14A (relied upon by Whitehead in support of Opinion No. 1) |

---

[1] Some exhibits hereto bear deposition stickers which were added after their production at the bates numbers indicated.

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| G. | Excerpts of Monocle Acquisition Corporation's Form Schedule 14A (relied upon by Whitehead in support of Opinion No. 1) |
| H. | Excerpts of Gores Holdings, III Inc.'s Form Schedule 14A (relied upon by Whitehead in support of Opinion No. 1) |
| I. | Excerpts of Pensare Acquisition Corp.'s Form Schedule 14A (relied upon by Whitehead in support of Opinion No. 1) |
| J. | Excerpts of Hennessy Capital Acquisition Corp. II's Form Schedule 14A (relied upon by Whitehead in support of Opinion No. 1) |
| K. | Excerpts of Industrea Acquisition Corp.'s Form Schedule 14A (relied upon by Whitehead in support of Opinion No. 1) |
| L. | Excerpts of Black Ridge Acquisition Corp.'s Form Schedule 14A (relied upon by Whitehead in support of Opinion No. 1) |
| M. | Excerpts of AKRO Corp.'s Amendment No. 3 to Form S-4 Registration Statement (relied upon by Whitehead in support of Opinion No. 1) |
| N. | Excerpts of ChaSerg Technology Acquisition Corp.'s Form Schedule 14A (relied upon by Whitehead in support of Opinion No. 1) |
| O. | Excerpts of Insurance Acquisition Corp.'s Amendment No. 5 to Form S-4 Registration Statement (relied upon by Whitehead in support of Opinion No. 1) |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 22, 2023, at San Diego, California.

/s/ Trig R. Smith
Trig R. Smith

## CERTIFICATE OF SERVICE

I certify that the foregoing has been served under seal via the Court's ECF system, and a copy has been served via email to counsel for all parties on December 22, 2023.

/s/ *Andrew J. Entwistle*
Andrew J. Entwistle