**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-CV-00957<br><br>**PUBLIC VERSION OF DKT. 519-17** |

**[PROPOSED] ORDER GRANTING CLASS PLAINTIFFS' MOTION TO
EXCLUDE CHARLES WHITEHEAD'S OPINION NO. 1**

The Court, having considered Class Plaintiffs' Motion to Exclude Charles Whitehead's Opinion No. 1 (the "Motion"), and all papers submitted in support of, and opposition thereto, and for good cause shown, hereby **GRANTS** Class Plaintiffs' Motion as follows:

1. The following portions of the October 19, 2023 Expert Report of Charles Whitehead (the "Report") regarding Opinion No. 1 are stricken:

    (a) 

    (b)

    (c)

    (d)

    (e)

2. The Court will not consider anything related to Opinion No. 1 in deciding on any motion for summary judgment referencing Opinion No. 1 in support thereof.

3. Mr. Whitehead shall not testify at trial regarding anything related to Opinion No. 1.

4. Defendants shall not seek to elicit testimony regarding anything related to Opinion No. 1 at trial.

Signed this _____ day of _____, 2024

IT IS SO ORDERED.

                                                   _____
THE HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE