UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 (CONSOLIDATED)<br><br>JUDGE GEORGE C. HANKS, JR.<br><br>THIS DOCUMENT RELATES TO:<br><br>CASE NO. 4:22-CV-01189<br>CASE NO. 4:22-CV-02590 |

**[PROPOSED] ORDER GRANTING THE DIRECT ACTION PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF STEVEN J. PULLY AND TO PARTIALLY EXCLUDE THE TESTIMONY OF CHARLES WHITEHEAD**

The Court having considered The Direct Action Plaintiffs' Motion to Exclude the Testimony of Steven J. Pully and to Partially Exclude the Testimony of Charles Whitehead (the "Motion"), all materials relevant thereto, and any argument presented to this Court on the Motion, and having found that good cause is shown, it is so **ORDERED** that the Motion is **GRANTED**.

Signed this ___ day of _____, 2024

_____
HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE