UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 (CONSOLIDATED)<br><br>JUDGE GEORGE C. HANKS, JR.<br><br>THIS DOCUMENT RELATES TO:<br><br>CASE NO. 4:22-CV-01189<br>CASE NO. 4:22-CV-02590 |

**DECLARATION OF LAWRENCE M. ROLNICK IN SUPPORT OF THE DIRECT ACTION PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF STEVEN J. PULLY AND TO PARTIALLY EXCLUDE THE TESTIMONY OF CHARLES WHITEHEAD**

Pursuant to 28 U.S.C. § 1746, Lawrence M. Rolnick, under penalty of perjury, hereby declares as follows:

1. I am a partner at the law firm of Rolnick Kramer Sadighi LLP, counsel to the Direct Action Plaintiffs. I submit this declaration in support of the Direct Action Plaintiffs' Motion to Exclude the Testimony of Steven J. Pully and to Partially Exclude the Testimony of Charles Whitehead.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Steven J. Pully, CPA, CFA, Esq., dated August 31, 2023.

3. Attached hereto as **Exhibit 2** is a true and correct excerpted copy of the deposition transcript of Steven J. Pully, CPA, CFA, Esq., dated November 9, 2023.

1

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Expert Report of Professor Charles Whitehead, dated August 31, 2023.

5. Attached hereto as **Exhibit 4** is a true and correct excerpted copy of the deposition transcript of Professor Charles Whitehead, dated November 17, 2023.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Minutes of the Board of Directors of Alta Mesa Resources, Inc., dated February 12, 2018, and bearing bates stamps AMR_SDTX00000730-80.

7. Attached hereto as **Exhibit 6** is a true and correct copy of an e-mail from Jim Hackett to William McMullen re: Standing Committee, dated February 1, 2019 and bearing bates stamp BCEM_0081444.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the Schedule 14A Proxy Statement for Silver Run Acquisition Corporation II, dated January 19, 2018, and filed with the United States Securities and Exchange Commission.

9. Attached hereto as **Exhibit 8** is a true and correct copy of an e-mail from Hal. H. Chappelle to Michael A. McCabe re: Reduced Rig Case Model, dated August 13, 2017 and bearing bates stamps AMR_SDTX01144946-53.

10. Attached hereto as **Exhibit 9** is a true and correct copy of an e-mail from Tim Turner to Tamara Alsarraf re: RE: RE: RE:, dated August 18, 2017 and bearing bates stamps AMR_SDTX00048280-82.

11. Attached hereto as **Exhibit 10** is a true and correct copy of an e-mail from Andrew Koehler to William McMullen re: Budget / Strategy Meeting Next Week, dated August 22, 2017 and bearing bates stamps BCEM_0062840-44.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of an e-mail from Jim Hackett to Olivia Wassenaar re: Confidential, dated March 27, 2018 and bearing bates stamps RIVERSTONE_SDTX00320552-55.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of an e-mail from William McMullen to Mark Stoner re: Budget Materials, dated March 27, 2018 and bearing bates stamps BCEM_0086028-32.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 22, 2023.

By: */s/ Lawrence M. Rolnick*
Lawrence M. Rolnick
**ROLNICK KRAMER SADIGHI LLP**
1251 Avenue of the Americas
New York, New York 10020
(212) 597-2800
lrolnick@rksllp.com
