UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 (CONSOLIDATED)<br><br>JUDGE GEORGE C. HANKS, JR.<br><br>THIS DOCUMENT RELATES TO:<br><br>CASE NO. 4:22-CV-01189<br>CASE NO. 4:22-CV-02590 |

**DECLARATION OF LAWRENCE M. ROLNICK IN SUPPORT OF THE DIRECT ACTION PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF PROFESSOR AUDRA L. BOONE, PH.D.**

Pursuant to 28 U.S.C. § 1746, Lawrence M. Rolnick, under penalty of perjury, hereby declares as follows:

1. I am a partner at the law firm of Rolnick Kramer Sadighi LLP, counsel to the Direct Action Plaintiffs. I submit this declaration in support of the Direct Action Plaintiffs' Motion to Exclude the Testimony of Professor Audra L. Boone, Ph.D.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Complaint filed in *Orbis Global Equity LE Fund (Australia Registered) et al. v. Alta Mesa Resources, Inc., f/k/a Silver Run Acquisition Corporation II et al.*, No. 4:22-cv-02590 (S.D. Tex.).

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Complaint filed in *Alyeska Master Fund, L.P. et al. v. Alta Mesa Resources, Inc., f/k/a Silver Run Acquisition Corporation II*, No. 4:22-cv-01189 (S.D. Tex.).

1

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Expert Report of Zachary Nye, Ph.D., dated August 31, 2023.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Expert Report of Professor Audra L. Boone, Ph.D., dated October 19, 2023.

6. Attached hereto as **Exhibit 5** is a true and correct excerpted copy of the deposition transcript of Audra L. Boone, Ph.D., dated November 16, 2023.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the Schedule 14A Proxy Statement for Silver Run Acquisition Corporation II, dated January 19, 2018. an e-mail from Kevin J. Bourque re: Food for Thought, dated June 6, 2017, bearing bates stamp AMR_SDTX00853993.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a presentation entitled, *Alta Mesa Resources, Pure-Play STACK Enterprise August 2017*, attached as Exhibit 99.1 to the Current Report on SEC Form 8-K filed by Alta Mesa Holdings, LP, dated August 17, 2017.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Footnotes on Slide 14 of Exhibit 99.1 to the Current Report on SEC Form 8-K filed by Alta Mesa Holdings, LP, dated August 17, 2017.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a presentation entitled, *Weekly Review, East Hennessey Unit (EHU) Evaluation Project*, dated January 30, 2017, bearing bates stamps AMR_SDTX01825610 – AMR_SDTX01825630.

11. Attached hereto as **Exhibit 10** is a true and correct copy of an e-mail from Kevin J. Bourque to Tim Turner, Hal H. Chappelle, Michael E. Ellis, and Gene Cole re: Food for Thought, dated June 6, 2017 and bearing bates stamp AMR_SDTX00853993.

12. Attached hereto as **Exhibit 11** is a true and correct copy of an e-mail from Tamara Alsarraf to Kaitlyn Mathews re: KFM messaging for Board and for quarterly call, dated March 20, 2018 and bearing bates stamp AMR_SDTX00686798.

13. Attached hereto as **Exhibit 12** is a true and correct copy of the Annual Report on SEC Form 10-K for the year ended December 31, 2017, filed by Alta Mesa Resources, Inc., on March 29, 2018.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 22, 2023.

By: */s/ Lawrence M. Rolnick*
Lawrence M. Rolnick
**ROLNICK KRAMER SADIGHI LLP**
1251 Avenue of the Americas
New York, New York 10020
(212) 597-2800
lrolnick@rksllp.com