UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NOS. 4:19-CV-00957<br>4:22-CV-01189<br>4:22-CV-02590<br><br>**COURT ACTION REQUESTED IN FEWER THAN 21 DAYS** |

**JOINT MOTION TO EXTEND TIME FOR BRIEFING ON PENDING DAUBERT AND SUMMARY JUDGMENT MOTIONS**

WHEREAS, on December 22, 2023, Alta Mesa Resources, Inc. and Riverstone Holdings LLC, along with 12 individual defendants variously filed five motions for summary judgment (Dkt. 518, 520, 521, 523, 526) and six Daubert motions (Dkt. 507, 508, 509, 510, 511, 512) along with more than 250 exhibits (Dkt. 529).

WHEREAS, also on December 22, 2023, Class Plaintiffs filed four Daubert motions (Dkt. 513, 516, 519, 535) and Opt-Out Plaintiffs filed an additional two Daubert motions (Dkt. 514, 522).

WHEREAS, pursuant to the local rules, oppositions to the motions filed on December 22, 2023 (the "Pending Motions") are due on January 12, 2024 and Replies are due on January 19, 2024.

WHEREAS, this matter is set for a docket call on April 12, 2024 at 3:30 p.m. and to be set on the Court's May trial calendar (*See* No. Dkt. 376).

WHEREAS, counsel have met and conferred regarding the appropriate briefing schedule for motions (the "Pending Motions") and have agreed that:

- The Oppositions to the Pending Motions shall be due on or before Friday, January 19, 2024; and

- The Replies to the Pending Motions shall be due on or before Friday, February 2, 2024.

THEREFORE, the parties respectfully request the Court extend the parties' time to oppose to the Pending Motions from January 12, 2024 to **Friday, January 19, 2024**, and similarly extend the deadline for reply to the Pending Motions to **Friday, February 2, 2024**.

Dated: January 4, 2024

Respectfully submitted,

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle (attorney-in-charge)
State Bar No. 24038131
Callie Crispin
State Bar No. 24104231
Sal H. Lee
State Bar No. 24127308
**ENTWISTLE & CAPPUCCI LLP**
500 West 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (512) 710-5960
Facsimile: (212) 894-7278

-and-

Joshua K. Porter (*pro hac vice*)
Brendan J. Brodeur (*pro hac vice*)
Andrew M. Sher (*pro hac vice*)
**ENTWISTLE & CAPPUCCI LLP**
230 Park Avenue, 3rd Floor

*/s/ J. Christian Word*
J. Christian Word (attorney-in-charge)
Attorney-in-Charge for Defendants
D.C. Bar No. 461346
S.D. Tex. Bar No. 3398485
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington DC 20004
(202) 637-2200
Christian.Word@lw.com

Of Counsel:
Heather A. Waller
IL Bar No. 6302537
S.D. Tex. Bar No. 2886108
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700

New York, NY 10169
Telephone: (212) 894-7200
Facsimile: (212) 894-7278

*Court-Appointed Co-Lead Counsel*


*/s/ Trig R. Smith*
Trig Smith (*pro hac vice*)
Lonnie Browne (*pro hac vice*)
John Kelley (*pro hac vice*)
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

*Court-Appointed Co-Lead Counsel*


Ira A. Schochet (*pro hac vice*)
David Saldamando (*pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Plaintiff Camelot Event Driven Fund, A Series of Frank Funds Trust*

Fax: (312) 993-9767

Laura E. Bladow (*pro hac vice*)
D.C. Bar No. 1740343
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 673-2201
Laura.Bladow@lw.com

*Counsel for Defendants Alta Mesa Resources, Inc., f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; Harlan H. Chappelle; Stephen S. Coats; Michael E. Ellis; William D. Gutermuth; James T. Hackett; Pierre F. Lapeyre, Jr.; David M. Leuschen; Donald R. Sinclair; Ronald J. Smith; Jeffrey H. Tepper; Thomas J. Walker; and Diana J. Walters*


*/s/ Karl S. Stern*
Karl S. Stern
Attorney-in-Charge
(Texas Bar No. 19175665)
Christopher D. Porter
(Texas Bar No. 24070437)
**QUINN, EMANUEL, URQUHART & SULLIVAN, LLP**
711 Louisiana Street, Suite 500
Houston, TX 77002
(713) 221-7000
karlstern@quinnemanuel.com
chrisporter@quinnemanuel.com

Michael B. Carlinsky (*pro hac vice*)
Silpa Maruri (*pro hac vice*)
Jacob J. Waldman (*pro hac vice*)
Courtney C. Whang (*pro hac vice*)

**QUINN, EMANUEL, URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
michaelcarlinsky@quinnemanuel.com
silpamaruri@ quinnemanuel.com
jacobwaldman@quinnemanuel.com
courtneywhang@quinnemanuel.com

*Counsel for HPS Investment Partners LLC and Donald Dimitrievich*

/s/ Lawrence M. Rolnick
Lawrence M. Rolnick
Michael J. Hampson
Matthew A. Peller
Joseph R. Sparacio
**ROLNICK KRAMER SADIGHI LLP**
1251 Avenue of the Americas
New York, New York 10020
(212) 597-2800
lrolnick@rksllp.com
mhampson@rksllp.com
mpeller@rksllp.com
jsparacio@rksllp.com

*Attorneys for the Opt-Out Plaintiffs*

Jules P. Slim
TX Bar No. 00793026
Attorney and Counselor
PO Box 140307
Irving, TX 75014-0307
Tel.: (214) 350-5183
Fax: (214) 350-5184
jslim@slimlawfirm.com

*Counsel for the Opt-Out Plaintiffs*

/s/ Nick Brown
Nick Brown
Texas Bar No. 24092182
S.D. Tex. ID 2725667
Kenneth A. Young
(Attorney-in-Charge)
Texas Bar No. 25088699
S.D. Tex. ID 2506614
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
609 Main Street
Houston, TX 77002
United States
Telephone: +1 713 836 3600
Facsimile: +1 713 836 3601
Email: kenneth.young@kirkland.com
Email: nick.brown@kirkland.com

*Counsel for Bayou City Energy Management LLC and William McMullen*

/s/ David Baay
David Andrew Baay
(Attorney-in-Charge)
**EVERSHEDS SUTHERLAND (US) LLP**

1001 Fannin, Suite 3700
Houston, TX 77002
Tel: (713) 470-6112
Fax: (713) 654-1301
davidbaay@eversheds-sutherland.com

Bruce M. Bettigole (*pro hac vice*)
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, NY 10023
Tel: (212) 389-5000
Fax: (212) 389-5099
brucebettigole@eversheds-sutherland.com

Adam C. Pollet (*pro hac vice*)
Andrea L. Gordon (*pro hac vice*)
700 6th Street NW, Suite 700
Washington, DC 20001
Tel: (202) 383-0100
Fax: (202) 637-3593
adampollet@eversheds-sutherland.com
andrea.gordon@eversheds-sutherland.com

*Counsel for ARM Energy Holdings LLC*