UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NOS. 4:19-CV-00957<br>4:22-CV-01189<br>4:22-CV-02590 |

**[PROPOSED] ORDER REGARDING DEADLINES FOR BRIEFING**

The Court, having considered the Parties' Joint Motion to Extend Time for Briefing on Pending Daubert and Summary Judgment Motions ("Motion to Extend"), hereby **GRANTS** the Motion to Extend as follows:

**IT IS HEREBY ORDERED** that the deadlines for oppositions to the pending motions for summary judgment and to exclude expert testimony: Dkt. Nos. 507, 508, 509, 510, 511, 512, 513, 514, 516, 518, 519, 520, 521, 522, 523, 526, 535 (the "Pending Motions") is hereby extended from January 12, 2024 to **January 19, 2024**.

**IT IS FURTHER ORDERED** that the deadline for any replies in further support of the Pending Motions is extended to **February 2, 2024**.

Signed this __ day of _____, _____.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE