UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVSION

| | |
|---|---|
| IN RE: ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NOS. 4:19-CV-00957<br>4:22-CV-01189<br>4:22-CV-02590 |

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that effective January 1, 2024, Labaton Sucharow LLP changed its name to the following:

**Labaton Keller Sucharow LLP**
**140 Broadway**
**New York, New York 10005**

PLEASE TAKE FURTHER NOTICE that all other contact information for the undersigned and other Labaton Keller Sucharow LLP attorneys remains unchanged.

Dated: January 10, 2024

**LABATON KELLER SUCHAROW LLP**

By: */s/ Ira A. Schochet*
Ira A. Schochet (*pro hac vice*)
David Schwartz (*pro hac vice*)
140 Broadway
New York, NY  10005
Telephone: 212 907 0700
Fax: 212 818 0477

*Counsel for Plaintiff Camelot Event Driven Fund, A Series of Frank Funds Trust*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 10th day of January 2024, a true and correct copy of **NOTICE OF CHANGE OF FIRM NAME** was filed with the Court and served on all parties to this action via the CM/ECF.

DATED:   January 10, 2024
         New York, New York

                                        */s/ Ira A. Schochet*
                                        Ira A. Schochet