# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 (CONSOLIDATED) <br><br> JUDGE GEORGE C. HANKS, JR. <br><br> THIS DOCUMENT RELATES TO: <br><br> CASE NO. 4:22-CV-01189 <br> CASE NO. 4:22-CV-02590 |

**[PROPOSED] ORDER GRANTING
DIRECT ACTION PLAINTIFFS' UNOPPOSED MOTION TO SEAL**

The Court having considered Direct Action Plaintiffs' Unopposed Motion to Seal (1) the Direct Action Plaintiffs' Opposition to Defendants' Motion to Exclude Opinions of Dr. Zachary Nye, Ph.D. (Dkt. 561), and (2) the Declaration of Lawrence M. Rolnick in Opposition to Defendants' Motion to Exclude Opinions of Dr. Zachary Nye, Ph.D., together with the exhibits thereto (Dkt. 562), dated January 19, 2024 (the "Seal Motion"), and for good cause shown, the Seal Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to place the Direct Action Plaintiffs' Opposition to Defendants' Motion to Exclude Opinions of Dr. Zachary Nye, Ph.D. (Dkt. 561), and the Declaration of Lawrence M. Rolnick in Opposition to Defendants' Motion to Exclude Opinions of Dr. Zachary Nye, Ph.D., together with the exhibits thereto (Dkt. 562), under seal, without further order of the Court.

Signed this ___ day of _____, 2024

                                           _____
                                           HONORABLE GEORGE C. HANKS, JR.
                                           UNITED STATES DISTRICT JUDGE