**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |

**[PROPOSED] ORDER DENYING CLASS PLAINTIFFS'**
**MOTION TO EXCLUDE CERTAIN TESTIMONY**
**BY DEFENDANTS' EXPERT EDWARD FETKOVICH**

The Court having considered Defendants' Opposition to Class Plaintiffs' Motion to Exclude Certain Testimony by Defendants' Expert Edward Fetkovich, IT IS HEREBY ORDERED that Class Plaintiffs' Motion to Exclude Certain Testimony by Defendants' Expert Edward Fetkovich is **DENIED**.

**Signed On**_____

_____
**George C. Hanks, Jr.**
**United States District Judge**