# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |

## [PROPOSED] ORDER DENYING CLASS PLAINTIFFS' CORRECTED MOTION TO EXCLUDE THE TESTIMONY OF JOHN FIEBIG

The Court having considered Defendants' Opposition to Class Plaintiffs' Corrected Motion to Exclude the Testimony of John Fiebig, IT IS HEREBY ORDERED that Class Plaintiffs' Corrected Motion to Exclude the Testimony of John Fiebig is **DENIED**.

**Signed On**_____

_____
**George C. Hanks, Jr.**
**United States District Judge**