## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |

## APPENDIX TO DEFENDANTS' OPPOSITION TO CLASS PLAINTIFFS' MOTION TO EXCLUDE CERTAIN OPINION TESTIMONY BY DEFENDANTS' EXPERT ROBERT RASOR

In accordance with Court Procedure 7(B)(3), Moving Defendants submit this Appendix in support of their Opposition to Class Plaintiffs' Motion to Exclude Certain Opinion Testimony by Defendants' Expert Robert Rasor, which is filed concurrently herewith. Moving Defendants rely on the following evidence to support their motion:

| Ex. | Description |
|---|---|
| 1 | Excerpts of the Deposition of Robert Rasor taken on November 8, 2023 |

Dated: January 19, 2024

Respectfully submitted,

By /s/ J. Christian Word

J. Christian Word
Attorney-in-Charge for Defendants
D.C. Bar No. 461346
S.D. Tex. Bar No. 3398485
DC Bar No. 1672242

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Christian.Word@lw.com

Of Counsel:
Heather A. Waller (with permission of
Attorney-in-Charge)
IL Bar No. 6302537
S.D. Tex. Bar No. 2886108
Arthur Foerster (*pro hac vice*)
IL Bar No. 6271201
Daniel Robinson (*pro hac vice*)
IL Bar No. 6339592
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700
Fax: (312) 993-9767
Heather.Waller@lw.com
Arthur.Foerster@lw.com
Daniel.Robinson@lw.com

Jansen M. VanderMeulen (*pro hac vice*)
DC Bar No. 1672242
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Jansen.VanderMeulen@lw.com

*Counsel for Defendants Alta Mesa
Resources, Inc., f/k/a Silver Run
Acquisition Corporation II; Riverstone
Holdings LLC; Harlan H. Chappelle;
Stephen S. Coats; Michael E. Ellis;
William D. Gutermuth; James T. Hackett;
Pierre F. Lapeyre, Jr.; David M.*

*Leuschen; Donald R. Sinclair; Ronald J. Smith; Jeffrey H. Tepper; Thomas J. Walker; and Diana J. Walters*

Walter M. Berger
TX Bar No. 00798063
Attorney-in-Charge
**WINSTON & STRAWN LLP**
800 Capitol Street, Suite 2400
Houston, TX 77002-2925
Tel: (713) 615-2699
Fax: (713) 651-2700
cberger@winston.com

Of Counsel:
Katherine A. Preston
TX Bar No. 24088255
**WINSTON & STRAWN LLP**
800 Capitol Street, Suite 2400
Houston, TX 77002-2925
Tel: (713) 615-2699
Fax: (713) 651-2700
kpreston@winston.com

John E. Schreiber (*pro hac vice*)
CA Bar No. 261558
**WINSTON & STRAWN LLP**
333 S. Grand Ave., 38th Floor
Los Angeles, CA 90071
Tel: (213) 615-1700
Fax: (213) 615-1750
jschreiber@winston.com

*Co-Counsel for Defendants Harlan H. Chappelle and Michael E. Ellis*

## **CERTIFICATE OF SERVICE**

I certify that on January 19, 2024, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ J. Christian Word*
J. Christian Word

# EXHIBIT 1

1           IN THE UNITED STATES DISTRICT COURT

            FOR THE SOUTHERN DISTRICT OF TEXAS

2                     HOUSTON DIVISION

3

  IN RE ALTA MESA              ) Case No.:

4 RESOURCES, INC.              ) 4:19-cv-00957

  SECURITIES LITIGATION        )

5

6

7

  ********************************************************

8             ORAL AND VIDEOTAPED DEPOSITION OF

9                       ROBERT RASOR

10                    November 8, 2023

11 ********************************************************

12

13

14

15         ORAL AND VIDEOTAPED DEPOSITION OF ROBERT

16 RASOR, produced as a witness at the instance of the

17 Plaintiffs, and duly sworn, was taken in the

18 above-styled and numbered cause on the 8th day of

19 November, 2023, from 9:05 a.m. to 7:03 p.m., via

20 videoconference, before Abigail Guerra, CSR, in and for

21 the State of Texas, reported by machine shorthand, where

22 all attendees appeared via Zoom in their respective

23 locations, pursuant to the Federal Rules of Civil

24 Procedure and the provisions stated on the record or

25 attached hereto.

```
                                                    Page 2

 1                   A P P E A R A N C E S
                        (Appearing Remotely)
 2
 3
    FOR THE CLASS PLAINTIFFS:
 4  Mr. Brendan Brodeur
    Mr. Andrew M. Sher
 5  Ms. Faith Fleming
    ENTWISTLE & CAPPUCCI LLP
 6  230 Park Avenue
    Thrid Floor
 7  New York, New York 10169
    Phone:  (212) 894-7200
 8  Email:  Asher@entwistle-law.com
            Bbrodeur@entwistle-law.com
 9          Ffleming@entwistle-law.com
10
11  FOR THE PLAINTIFFS IN THE ALYESKA AND ORBIS ACTIONS:
    Mr. Frank Catalina
12  Mr. Joseph Sparacio
    ROLNICK KRAMER SADIGHI, LLP
13  1251 Avenue of the Americas
    New York, New York 10020
14  Phone:  (212) 597-2822
    Email:  Fcatalina@rksllp.com
15          Jsparacio@rksllp.com
16
17  FOR THE DEFENDANTS HPS INVESTMENT PARTNERS LLC AND DON
    DIMITRIEVICH:
18  Ms. Amy Hood
    QUINN EMANUEL URQUHART & SULLIVAN, LLP
19  300 W. 6th Street
    Suite 2010
20  Austin, Texas 78701
    Phone:  (737) 667-6118
21  Email:  Amyhood@quinnemanuel.com
22
23
24
25
```

Page 3

```
 1                    A P P E A R A N C E S
                        (Appearing Remotely)
 2
    FOR THE DEFENDANTS ALTA MESA RESOURCES;
 3  INC.; HARLAN H. CHAPPELLE; JAMES T. HACKETT;
    THOMAS J. WALKER, WILLIAM D. GUTERMUTH, JEFFREY
 4  H. TEPPER; DIANNA J. WALTERS; RIVERSTONE INVESTMENT
    GROUP LLC; STEPHEN COATS; MICHAEL E. ELLIS; PIERRE F.
 5  LAPEYRE; DAVID M. LEUSCHEN; DONALD SINCLAIR; RONALD
    SMITH:
 6  MR. ARTHUR FOERSTER
    MR. JANSEN VANDERMUELEN
 7  LATHAM & WATKINS
    330 North Wabash Avenue
 8  Suite 2800
    Chicago, Illinois 60611
 9  Phone:  (312) 876-7700
    Email:  Arthur.Foerster@lw.com
10          Jansen.vanderMeulen@lw.com
11
12  FOR THE DEFENDANTS HARLAN H. CHAPPELLE AND MICHAEL E.
    ELLIS:
13  Ms. Katherine Preston
    WINSTON & STRAWN LLP
14  800 Capitol Street
    Suite 2400
15  Houston, Texas 77002
    Phone:  (713) 651-2699
16  Email:  Kpreston@winston.com
17
18  FOR THE DEFENDANTS BAYOU CITY ENERGY AND WILLIAM
    MCMULLEN:
19  Mr. Kenneth Young
    Ms. Belle Harris
20  Mr. Grant Young
    KIRKLAND & ELLIS LLP
21  609 Main Street
    Houston, Texas 77002
22  Phone:  (713) 836-3761
    Email:  Kenneth.young@kirkland.com
23          Belle.harris@kirkland.com
            Grant.jones@kirkland.com
24
25
```

Page 4

1                    A P P E A R A N C E S
                   (Appearing Remotely)

2

3   FOR THE DEFENDANTS ARM ENERGY HOLDINGS LLC:
    Mr. Adam Pollet
4   Mr. Dane N. Sowers
    EVERSHEDS SUTHERLAND
5   700 6th Street NW
    Suite 700
6   Washington, D.C. 20001
    Phone:  (202) 383-0955
7   Email:  Adampollet@eversheds-sutherland.com
             DaneSowers@eversheds-sutherland.com
8
    ALSO PRESENT:
9        Mr. Matthew Richichi, Videographer
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1    downplaying the work that Netherland Sewell did, and

2    this was to contradict his impression that the work

3    was -- lacked quality.

4        Q.  Okay.

5            And that was an important distinction for

6    you to draw for the court between whether Netherland

7    Sewell in that case was an auditor as opposed to an

8    independent reserves estimator, correct?

9        A.  The distinction that I was drawing was that

10   Mr. Crane was misidentifying Netherland Sewell.

11       Q.  And it was an important distinction to draw to

12   the court's attention, correct?

13       A.  Well, I felt it was because I wanted the court

14   to understand what was actually happening and the

15   reserve estimation process.

16           MR. BRODEUR:  Let's go off the record.

17   Let's take a break.

18           THE VIDEOGRAPHER:  Going off the record.

19   The time is 4:06 p.m.

20           (A break was taken from 4:06 p.m. to

21   4:22 p.m.)

22           THE VIDEOGRAPHER:  Okay.  We're back on the

23   record.  The time is 4:22 p.m.  Please proceed.

24       Q.  (BY MR. BRODEUR)  If you could turn to Page 53

25   of your opening report, please, Mr. Rasor.  And I just I

Page 209

1   want you to read to yourself the heading at the bottom
2   of Page 53, Header 6.
3       A.  Yes.  I've read that.
4       Q.  Okay.
5           And then on the next page, on Page 54,
6   there's Subheading A, which is "Production Data
7   Accumulation Time line."
8           Do you see that?
9       A.  Yes, sir.
10      Q.  Okay.
11          Is the purpose of this subsection to
12  explain your answer to the question we talked about
13  earlier?  When in 2018 Alta Mesa had sufficient data
14  available to estimate with reasonable confidence a
15  reliable average ultimate recovery from its new wells?
16      A.  Yes, it is.
17          I'm -- I'm explaining my view on how many
18  months of the data it would take for them to have enough
19  to create a -- an average EUR that was of significant
20  confidence.
21      Q.  Okay.
22          And what do you mean by "reasonable
23  confidence" or "significant confidence"?
24      A.  Well, I used -- I used a confidence of 90 and
25  95 percent to give a -- not a bracket so much as a

Page 210

1    gauge.

2        Q.   Okay.

3             And what do you mean by a "reliable average

4    ultimate recovery"?

5        A.   Well, an average recovery that would achieve

6    the confidence levels that I put out.

7        Q.   Right.

8             But so -- is -- isn't it the case that a --

9    the confidence interval, whether it's -- let's just say

10   90 percent -- would have a -- there would be a range of

11   EUR values that you would say you're 90 percent

12   confident that the average EUR would fall in this range?

13       A.   That's not the type confidence.  We're not

14   talking about a confidence interval.  We're talking

15   about a level of confidence.  And the level of

16   confidence is that if -- look at the graph.  It's that

17   there's a confidence in achieving or exceeding the

18   target.  It's not looking a confidence interval.  It's

19   looking at the confidence of exceeding -- meeting or

20   exceeding a -- exceeding the target.

21       Q.   Okay.

22             So in -- it's basically the lower end of a

23   confidence interval; is that correct?

24             MR. FOERSTER:  Objection to the form of the

25   question.

Page 211

1      A.  It's not an interval.

2      Q.  (BY MR. BRODEUR)  But you just -- you don't

3  have the -- you could also calculate confidence in not

4  exceeding 110 percent, correct, and then you'd have your

5  interval?

6           MR. FOERSTER:  Objection to the form of the

7  question.

8      A.  Well, I just didn't do a confidence interval

9  calculation.  I don't relate this to confidence

10  interval.  This is to achieve or exceed the target, and

11  that's the confidence that -- given that many points,

12  you could achieve or exceed the target.  I just don't

13  relate it to confidence interval.

14      Q.  (BY MR. BRODEUR)  And what is the target?

15      A.  The target in this case was 90 percent of the

16  253,000 barrels per well that was the average from the

17  year-end -- the true average from the year-end type well

18  work that Alta Mesa did.  I took -- I looked at how

19  many -- how many points would it take to achieve or

20  exceed at 90 and 95 percent confidence, 90 percent of

21  that.

22      Q.  What do you mean by new wells in this analysis?

23      A.  New wells are wells that began production from

24  November 1st, 20- -- November 1st, 2017, forward.

25      Q.  Okay.

1         And this -- the date in your report says

2    December 1st, 2017, right?  Paragraph --

3         A.  Oh, I'm sorry.  I misspoke.  Yes, it's the

4    wells that started production from December 1st, 2017,

5    forward.  Yeah, I misspoke.

6         Q.  And how did you -- how did you select the

7    cutoff date December 1st, 2017?

8         A.  Well, I looked at -- I believe there's a --

9    there's a bit of a graph in here.  I looked at the

10   number of wells that was being -- that were coming on

11   production each month, and you'll notice December's a

12   big month, which is typical.  Because end of the year,

13   they're trying to wells on.

14              So what I wanted to do is go back as far as

15   I felt comfort going back in time and adding that big

16   month in December was a big factor.  And in addition to

17   that, the wells that were listed in the 2017 type curve

18   spreadsheet that I had from Alta Mesa, most of those

19   wells had started production sometime prior to about, if

20   I'm -- if I remember correctly, the second or third week

21   of November.

22              So what I wanted to get out of is any

23   situation where I had an overlap between wells that were

24   included in year-end '17 and the wells that I was

25   looking at because this is not intended to be an

1   overlapping.  This is intended to be a fresh sample.  I

2   believe I referred to that in the report.

3        Q.  Was there something physically different about

4   the new wells as opposed to the wells that were already

5   on production?

6        A.  I guess I don't understand.  Exactly what

7   physical differences are you looking at?

8        Q.  I mean, so -- is there anything different about

9   the new wells versus the other wells other than that the

10  old wells are drilled -- or came onto production after

11  December 1st, 2017?

12       A.  Well, I mean, most likely one of the

13  differences that comes to mind are probably --

14  generation 2.5 fracture hydraulic fracture design,

15  whereas, the wells prior were -- had a few 2.5, some 2s.

16  So that would be one difference that comes to mind.

17       Q.  Okay.

18            But you didn't -- but is it true that there

19  were a number of gen 2.5 completion method wells in the

20  old well set?

21       A.  There were, but you would expect that these new

22  wells would most likely be predominantly generation 2.5.

23       Q.  And the 125 wells that Alta Mesa included --

24  that you were looking at, those are the 125 wells that

25  Alta Mesa included in its year-end 2017 type well

1   analysis; is that correct?

2        A.  That's correct.  Yes, sir.

3        Q.  Okay.

4             And isn't the purpose of the type well

5   analysis to give you the ability to estimate a

6   production profile of future wells?

7        A.  Yes, yes.  That's one of the purposes of the

8   type well.

9        Q.  And Alta Mesa had a year-end -- had a year-end

10  2017 type well result, correct?

11       A.  Yes, they did.

12       Q.  Okay.

13            And in your opinion, their methodology in

14  constructing the year-end 2017 type curve was -- was

15  consistent with industry practices, correct?

16       A.  That's correct.

17       Q.  And you -- I'm not saying that your opinion

18  isn't perfect, but you offer no criticism of Alta Mesa's

19  process in generating the year-end 2017 type curve,

20  correct?

21       A.  I did not criticize that.  That's correct.

22       Q.  And the purpose of the year-end 2017 -- the

23  purpose of the year-end 2017 type curve was to estimate

24  the production profile of the wells that would come

25  online in 2018 and beyond, correct?

1       A.  It was certainly -- I believe their purpose

2   would have been to estimate production for wells that

3   came on in 2018.  And obviously at year-end 2017, that

4   would include beyond that.

5              But as the process matures and you move

6   forward, a new type curve may have been generated for

7   wells that were in that beyond part that you referenced.

8   You know, it's a dynamic -- it's a dynamic process.

9       Q.  So isn't -- isn't the answer to the question of

10  when they could calculate a reliable, average EUR for

11  wells coming online in 2018 -- when in 2018, wouldn't

12  the answer be January 1st, 2018?

13      A.  No.

14              Because you just created a type curve that

15  was a basic -- that was basically effective January 1st,

16  2018.  That's the year-end 2017 type curve.

17              I'm -- I'm talking about getting a fresh

18  sample of new wells that's a new sample to look at and

19  see how those new wells perform.

20      Q.  But wasn't the -- I mean, isn't the entire

21  exercise of creating the type curve to give you an

22  estimate of what the new wells coming online are likely

23  to provide?

24      A.  It is.

25              But then as you have more and more wells

Page 216

1    that come online, the processes that you then need to

2    evaluate those wells and come to an understanding where

3    the old type well is still accurate, it's still usable,

4    or if the new fresh sample is giving you information to

5    tell you you need to make a change.

6        Q.   Right.

7             But why would you -- isn't the -- isn't the

8    normal process for your evaluation as more data comes

9    in, you -- you add that to your data set, and you look

10   at the old wells together with the new ones?  Isn't

11   that, sort of, what companies normally do?

12            MR. FOERSTER:  Objection to the form of the

13   question.

14       A.   I think some companies take -- take new

15   samples.  Because in resource plays, there's a lot of

16   changes.  You know, changes are constant.

17            And so if you have the 125 sample, that's

18   looking -- that's looking back at what you had at

19   essentially year-end '17.  And then what I'm saying is,

20   it's time to take a new sample.  Look at that new sample

21   independently.  See what you get.

22            (Simultaneous cross-talk ensues.)

23       A.   See what the results look like.

24            And then I'm saying to get a high

25   confidence in the new sample, you need to have a certain

1  number -- a certain minimum number of wells involved.

2  That's sort of the overall picture that I'm trying to

3  paint.

4      Q.  (BY MR. BRODEUR)  Why was December 2017 time to

5  get a fresh sample?

6      A.  Well, I just -- I was saying you needed a fresh

7  sample.  I looked at the wells that were included in the

8  125, and it looked like most of those wells were pre- --

9  they're data was pre- -- as I mentioned like the second

10 or third week of November, I can't remember which --

11 well, now, I was saying you've got some new wells in

12 December.  And you should add those to your Sample B, if

13 you will, you want to -- you know you had a Sample A.

14 Now, you're going to get a Sample B.

15          You can go ahead and apply the year-end

16 2017 as you have, but you want to start taking a new

17 sample.  You couldn't have included the December wells

18 in the year-end 2018 because most of them would have

19 only been a couple weeks.  You wouldn't have anywhere

20 near the time to analyze those wells.

21     Q.  Is it true that the December 1st, 2017, cutoff

22 date was chosen arbitrarily?

23     A.  No.

24     Q.  Could you perform the same analysis using, you

25 know, May 2017 as a cutoff date?

1          A.  Well, sure.

2              The analysis could have been performed, but

3      I don't feel that it would have been accurate.  I mean,

4      I gave you the reasons that I chose December the 1st,

5      2017.  It's because I didn't want to overlap, and it was

6      a lot of new wells coming on.  I mean, it was a pretty

7      big chunk.  It was, like, 26 wells in December.  So it

8      wasn't arbitrary.

9              I mean, I looked at the data, and I made a

10     -- I made a choice.  I wasn't -- I wasn't -- it wasn't

11     arbitrary at all.

12         Q.  Other than the fact that the new wells were

13     generation 2.5 and the -- the 125 wells had a mix of

14     different generations, was there anything else that was

15     different about the new wells that made you think that

16     the data from the old wells couldn't simply serve as the

17     reliable predictor for how those wells would perform?

18         A.  Well, I think that the 125 well sample was

19     perfectly applicable to year-end 2017 for the work that

20     was done.

21              But things were changing in the field.

22     Wells were being added.  More wells were being added in

23     some sections.  It was my opinion that it was time to

24     get that fresh sample.  Sample B that included wells

25     that were -- I hate to use the word "different," but,

Page 219

```
1    you know, they were in some -- in some regards, they
2    were different.  They were 2.5.  There may have been
3    more wells say per section.  I think it was time to get
4    a fresh sample, and I think the fresh sample should have
5    started December 1st.
6        Q.  All right.
7            And so you -- it's -- it's your opinion
8    that when there are more wells per section, there may be
9    a different production profile from those wells,
10   correct?
11       A.  Well, that's why you would take the sample is
12   to determine that.
13       Q.  Okay.
14           And so it's your opinion that -- strike
15   that.
16           Isn't it true that in the sample of 125
17   wells, there were a number of wells with the generation
18   2.5 completion method?
19           MR. FOERSTER:  Objection to the form of the
20   question; asked and answered.
21       A.  (No response.)
22       Q.  (BY MR. BRODEUR)  Can you answer it again for
23   me, please?
24       A.  There were wells in the 125 well group that had
25   generation 2.5 fracture trees.
```

1      Q.  Thank you.

2              And were there wells in the 125 well set

3   that had generation 2.5 completion method and were

4   drilled in patterns of multiple wells?

5      A.  I didn't go back and review that.

6              I would -- I would expect that there were.

7   Because at that time, there were sections that had more

8   than one well per section.  I didn't go back and review

9   the individual wells and how many were in per -- per

10  section, et cetera.

11     Q.  Is there any -- is there any reason why --

12  strike that.

13             Are you familiar with the Ash-Foster

14  Pattern Development?

15     A.  I know the name since Mr. Fetkovich was looking

16  at pattern development.  I didn't -- I've seen the name.

17             (Simultaneous cross-talk ensues.)

18     Q.  (BY MR. BRODEUR)  Sorry.

19             You don't know the details of how that

20  section was spaced, landed, completed?

21     A.  I couldn't tell you that today, no.

22     Q.  Okay.

23             Hypothetically, if there were several

24  wells, say -- just say five wells in the set of 125

25  which were drilled in -- at spacing of, say, multiple

Page 221

```
 1   wells per section on the order of eight wells per
 2   section, and -- or ten wells per section.  And they were
 3   completed using the generation 2.5 completion method.
 4              Is there any reason why those wells
 5   couldn't be considered with the data set for the new
 6   wells?
 7        A.  Yes.
 8        Q.  Why?
 9        A.  It -- those -- from what -- the information
10   that I saw, they were not -- Alta Mesa was not going to
11   drill spacings that were that tight in the future.
12   So they -- there was no reason to include those wells
13   into a -- in a type curve that would not be used for
14   wells that were spaced that tight.
15              And that's -- that's one of the general
16   thoughts about type wells is you want to use wells in
17   the construction of the type well that are similar in as
18   many ways as possible to wells that you're going to
19   apply it to in the future.  And you have to balance that
20   how many wells are in similar in what ways with how big
21   of a sample size do I have to feel comfortable with?
22   It's a -- it's a balancing project, really.
23        Q.  Okay.
24              And the -- the spacing of the wells is --
25   is -- strike that.
```

Page 298

1    related to, nor employed by any of the parties or
2    attorneys in the action in which this proceeding was
3    taken, and further that I am not financially or
4    otherwise interested in the outcome of the action.
5              Certified to by me this 13th day of November,
6    2023.
7
8
9
10
11    _____
      ABIGAIL GUERRA, Texas CSR 9059
12    Expiration Date:  02/28/24
      VERITEXT LEGAL SOLUTIONS
13    Firm Registration No. 571
      300 Throckmorton Street
14    Suite 1600
      Fort Worth, Texas 76102
15    Phone:  (817) 336-3042
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |

### Notice of Errata – Deposition of Robert Rasor
### (November 8, 2023)

I, the undersigned, do hereby declare that I have read the deposition transcript of Robert Rasor dated November 8, 2023 and that to the best of my knowledge, said testimony is true and accurate, with the exception of the following changes listed below:

| Page | Line(s) | Change | | Reason |
|---|---|---|---|---|
| | | **From** | **To** | |
| Passim | | Latham Watkins | Latham & Watkins | Correction |
| 3<br>8 | 6<br>3 | VanderMuelen | VanderMeulen | Misspelling |
| 10 | 14 | …together – the material together … | …to gather – the material together … | Misspelling |
| 32 | 11 - 12 | …asked to ask… It's certainly are. | …allowed to ask.  They certainly are. | Clarification |
| 34 | 23 | …requested it and it existed, my experience… | …requested it and it existed, my experience… | Clarification |
| 43 | 25 | …approved reserves… | …proved reserves… | Correction |
| 45 | 22 | … sir. | … certainty. | Correction |
| 49 | 10 | … shares of the stock out… | … shares of their stock out … | Correction |

| Page | Line(s) | Change | | Reason |
|------|---------|--------|---|--------|
| | | **From** | **To** | |
| 54 | 12-13 | …Netherland and Sewell… | …Netherland Sewell… | Correction |
| 54 | 14 | … as you can sell by … | … as you can tell by… | Misspelling |
| 56 | 2 | …it's acreage could… | …its acreage could… | Misspelling |
| 59 | 13-14 | …that they were at a higher level of uncertainty … | …that the locations were at a higher level of certainty… | Clarification |
| 71 | 2 | … less certainty than probable… | …less certain than probable… | Misspelling |
| 72 | 19 | … would have attached to there. | … would have attached to that. | Correction |
| 83 | 6 | … the results of the consultants were. | … the results of the consultants' work. | Clarification |
| 103 | 16 | …a petrophysicists decides… | …a petrophysicist decides… | Correction |
| 103 | 17-18 | … because he, for reason or another … | … because he, for one reason or another… | Clarification |
| 103 | 20-21 | …another petrophysicists might look… | …another petrophysicist might look… | Correction |
| 103 | 24-25 | …it's petrophysicists by petrophysicists… | …it's petrophysicist by petrophysicist… | Correction |
| 107 | 14-15 | …a little computer problems… | …a little computer problem… | Correction |
| 109 | 1 | … the misread | … the Mississippian | Correction |
| 116 | 12 - 16 | …  you're looking at Elan process and details petrophysical analysis of a difficult – a difficult formation. | … you're looking at an ELAN process and detailed petrophysical analysis of a difficult – a difficult to analyze | Clarification |

| Page | Line(s) | Change | | Reason |
|------|---------|--------|----|--------|
| | | **From** | **To** | |
| | | | formation. | |
| 117 | 20 | … petrophysical models, Elan especially … | … petrophysical models, ELAN especially … | Correction |
| 119 | 9 | … the hold process… | … the whole process… | Misspelling |
| 120 | 15 | …understanding this is a document… | …understanding is that this is a document… | Clarification |
| 136 | 3-4 | … the Mississippi line oil … …Mississippi line executive summary… | … the Mississippian Lime oil … …Mississippian Lime executive summary… | Correction |
| 149 | 6 | … into their world. | … into their work. | Clarification |
| 159 | 6 | …the decisions were making… | …the decisions they were making… | Correction |
| 164 | 7 | …I meant two benches, three landings. | … I meant two landings, three benches. | Clarification |
| 169 | 11 | … 20 years. | … 20 years ago. | Clarification |
| 181 | 10 | … at proved developed. | … at proved developed reserves. | Clarification |
| 181 | 23 | … that would be of two STACKS. | … that would be of two statuses. | Correction |
| 182 | 4 | …as proved-development… | …as proved developed… | Correction |
| 182 | 22-23 | …sort of two years hurdles… | …sort of two hurdles… | Correction |
| 183 | 21 | …accessed database style… | …access-based database style… | Correction |

| Page | Line(s) | Change | | Reason |
|---|---|---|---|---|
| | | **From** | **To** | |
| 187 | 13 | They wouldn't have been in a position to have at four wells per section… | They wouldn't have been in a position to have many more than four wells per section… | Clarification |
| 187 | 17-18 | I wouldn't you see that as the case. | I wouldn't see that as the case. | Correction |
| 188 | 5 | …to be spaced at 4 percent… | …to be spaced at 4 per section… | Correction |
| 195 | 14 | …being equaled… | …being equal… | Correction |
| 196 | 19 | …oil and gas roots consultants in the United States. | …oil and gas consultants in the United States. | Correction |
| 210 | 13 | …type confidence… | …type of confidence… | Correction |
| 212 | 13 | …they're trying to wells on. | …they're trying to get wells on. | Correction |
| 212 | 15 | I felt comfort going back … | I felt comfortable going back… | Correction |
| 216 | 2-3 | … come to an understanding where the old type well … | … come to an understanding of whether old type well … | Correction |
| 216 | 5 | … tell you you need to make a change. | … tell you that you need to make a change. | Correction |
| 217 | 19 | … only been a couple of weeks. | … only been on a couple of weeks. | Correction |
| 219 | 25 | … generation 2.5 fracture trees. | … generation 2.5 fracture design. | Clarification |
| 242 | 3 | …one of the gentleman… | …one of the gentlemen… | Correction |

| Page | Line(s) | Change | | Reason |
|---|---|---|---|---|
| | | **From** | **To** | |
| 245 | 20 | …replace the word "often" with sometimes. | …replace the word "often" with "sometimes." | Clarification |
| 245 | 11-13 | … STACK play than many states with virtually no activity further west. | … STACK play, when he states, "with virtually no activity further west." | Correction |
| 245 | 13 | ..they're on that STACK play… | …they're not on the STACK play… | Clarification |
| 248 | 15 | Did not. | I did not. | Correction |
| 253 | 18-19 | So at the end of the day, the 250 future wells … | So at the end of the day, the 250 MBO for future wells … | Clarification |
| 253 | 21 | …derived from declined curve analysis… | …derived from decline curve analysis… | Correction |
| 267 | 12-13 | It was I believe 474 million barrels of OOIP. | It was I believe 44 million barrels of OOIP. | Correction |
| 276 | 20 | …you can have a certain well in place and a low-water saturation ... | …you can have a certain oil in place and a low water saturation … | Correction |
| 278 | 1 | … through the course medium, the flow in the course medium… | …through the porous media, the flow in the porous media… | Correction |
| 278 | 7 | …fluid to course media… | …flow through porous media… | Correction |
| 278 | 16 | …get the relative permit ability. | …get the relative permeability. | Misspelling |
| 278 | 21 | …two relative permit abilities that you have to deal with for flow. | …two relative permeabilities that you have to deal with for | Misspelling |

| Page | Line(s) | Change | | Reason |
|------|---------|--------|------|--------|
| | | **From** | **To** | |
| | | | flow. | |
| 279 | 1 - 2 | …all-water permeability curve. | … oil-water relative permeability curve. | Correction |
| 279 | 25 | … you can 27 percent … | … you can have 27 percent … | Clarification |
| 280 | 6 | …you're going to water in the matrix. | …you're going to have water in the matrix. | Correction |
| 281 | 14-15 | Relative permeability curves are a form of curve data. | Relative permeability curves are a form of core data. | Correction |
| 282 | 24 | He only drilling locations. | He only discussed drilling locations. | Correction |
| 283 | 21–23 | Of those locations, Alta Mesa had not classified four locations across 300 sections because Ryder Scott was giving them 400. | Of those locations, Alta Mesa had not classified some locations across 300 sections because Ryder Scott was giving them 4. | Clarification |
| 284 | 19–20 | I think the 4200 consist of proved probable and perspective resources. | I think the 4200 consist of proved, probable, and possible reserves and contingent resources. | Clarification |
| 292 | 4 | …any oil that you drill from the STACK… | …any oil well that you drill in the STACK… | Clarification |

I declare under penalty of perjury that the foregoing is true and correct.

Date: 12/13/2023            Signed: _____

6