# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |

## [PROPOSED] ORDER DENYING CLASS PLAINTIFFS' MOTION TO EXCLUDE CERTAIN OPINION TESTIMONY BY DEFENDANTS' EXPERT ROBERT RASOR

The Court having considered Defendants' Opposition to Class Plaintiffs' Motion to Exclude Certain Opinion Testimony by Defendants' Expert Robert Rasor, IT IS HEREBY ORDERED that Class Plaintiffs' Motion to Exclude Certain Opinion Testimony by Defendants' Expert Robert Rasor is **DENIED**.

**Signed On**_____

_____
**George C. Hanks, Jr.**
**United States District Judge**