# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957 (Consolidated)<br><br>Judge George C. Hanks, Jr.<br><br>THIS DOCUMENT RELATES TO:<br><br>CASE NO. 4:22-CV-01189<br>CASE NO. 4:22-CV-02590 |

## [PROPOSED] ORDER DENYING THE DIRECT ACTION PLAINTIFFS' MOTION TO PARTIALLY EXCLUDE THE TESTIMONY OF CHARLES WHITEHEAD

The Court having considered Defendants' Opposition to The Direct Action Plaintiffs' Motion to Partially Exclude the Testimony of Charles Whitehead, IT IS HEREBY ORDERED that The Direct Action Plaintiffs' Motion to Partially Exclude the Testimony of Charles Whitehead is **DENIED**.

**Signed On**_____

                                                **George C. Hanks, Jr.**
                                                **United States District Judge**