# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957 |

## **CERTIFICATE OF SERVICE**

I certify that the following and all attachments and exhibits thereto were filed under seal via the Court's ECF system, and that a copy of same have been served via email to counsel for all parties on January 19, 2024.

- Dkt. 549: Class Plaintiffs' Opposition re: [510] SEALED MOTION DEFENDANTS MOTION TO EXCLUDE CLASS PLAINTIFFS' EXPERT WITNESS PROFESSOR ADAM BADAWI

- Dkt. 550: Declaration of Trig R. Smith re: [510] SEALED MOTION DEFENDANTS MOTION TO EXCLUDE CLASS PLAINTIFFS' EXPERT WITNESS PROFESSOR ADAM BADAWI

- Dkt 551: Class Plaintiffs' Opposition re: [512] SEALED MOTION DEFENDANTS MOTION TO EXCLUDE CLASS PLAINTIFFS ACCOUNTING EXPERT D. PAUL REGAN

- Dkt 552: Declaration of Andrew J. Entwistle re: [512] SEALED MOTION DEFENDANTS MOTION TO EXCLUDE CLASS PLAINTIFFS ACCOUNTING EXPERT D. PAUL REGAN

- Dkt. 553: Class Plaintiffs' Opposition re: [507] SEALED MOTION DEFENDANTS MOTION TO EXCLUDE CERTAIN OPINIONS OF CLASS PLAINTIFFS EXPERT JAMES JOHNSON

- Dkt. 554: Declaration of Andrew J. Entwistle re: [507] SEALED MOTION DEFENDANTS MOTION TO EXCLUDE CERTAIN OPINIONS OF CLASS PLAINTIFFS EXPERT JAMES JOHNSON

- Dkt 555: Class Plaintiffs' Opposition re: [508] SEALED MOTION DEFENDANTS MOTION TO EXCLUDE CERTAIN OPINIONS OF CLASS PLAINTIFFS EXPERT TAYLOR KIRKLAND

- Dkt 556: Declaration of Andrew J. Entwistle re: [508] SEALED MOTION DEFENDANTS MOTION TO EXCLUDE CERTAIN OPINIONS OF CLASS PLAINTIFFS EXPERT TAYLOR KIRKLAND

- Dk. 557: Class Plaintiffs' Opposition re: [509] SEALED MOTION DEFENDANTS MOTION TO EXCLUDE CERTAIN OPINIONS OF CLASS PLAINTIFFS EXPERT HAROLD MCGOWEN III

- Dkt 558: Declaration of Andrew J. Entwistle re: [509] SEALED MOTION DEFENDANTS MOTION TO EXCLUDE CERTAIN OPINIONS OF CLASS PLAINTIFFS EXPERT HAROLD MCGOWEN III

- Dkt 559: Class Plaintiffs' Opposition re: [511] SEALED MOTION DEFENDANTS MOTION TO EXCLUDE OPINIONS OF EXPERT WITNESSES STEVEN P. FEINSTEIN AND ZACHARY NYE

- Dkt 560: Declaration of Trig R. Smith re: [511] SEALED MOTION DEFENDANTS MOTION TO EXCLUDE OPINIONS OF EXPERT WITNESSES STEVEN P. FEINSTEIN AND ZACHARY NYE

Dated: January 19, 2024

/s/ *Andrew J. Entwistle*
Andrew J. Entwistle