UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 (CONSOLIDATED)<br><br>JUDGE GEORGE C. HANKS, JR.<br><br>THIS DOCUMENT RELATES TO:<br><br>CASE NO. 4:22-CV-01189<br>CASE NO. 4:22-CV-02590 |

**[PROPOSED] ORDER GRANTING
DIRECT ACTION PLAINTIFFS' UNOPPOSED MOTION TO SEAL**

The Court having considered Direct Action Plaintiffs' Unopposed Motion to Seal (1) the Direct Action Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Opt-Out Plaintiffs' Claims (Dkt. 578), (2) the Rolnick Declaration[1] submitted therewith, together with the exhibits thereto (Dkt. 575), (3) the Declaration of Randy Mitchell submitted therewith, together with the exhibits thereto (Dkt. 577), (4) the Declaration of Adam R. Karr submitted therewith, together with the exhibits thereto (Dkt. 576), and (5) the Direct Action Plaintiffs' Joinder in Class Plaintiffs' to Alta Mesa Resources, Inc., Chappelle, Ellis, and Smith's Motion for Summary Judgment and Incorporated Memorandum of Law on Plaintiffs' Section 10(b) and 20(a) Claims (Dkt. 583), dated

---

[1] The "Rolnick Declaration" is the Declaration of Lawrence M. Rolnick in Opposition to Defendants' Motion for Summary Judgment on Opt-Out Plaintiffs' Claims.

1

January 19, 2024 (the "Seal Motion"). For good cause shown, the Seal Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to place (1) the Direct Action Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Opt-Out Plaintiffs' Claims (Dkt. 578), (2) the Rolnick Declaration submitted therewith, together with the exhibits thereto (Dkt. 575), (3) the Declaration of Randy Mitchell submitted therewith, together with the exhibits thereto (Dkt. 577), (4) the Declaration of Adam R. Karr submitted therewith, together with the exhibits thereto (Dkt. 576), and (5) the Direct Action Plaintiffs' Joinder in Class Plaintiffs' to Alta Mesa Resources, Inc., Chappelle, Ellis, and Smith's Motion for Summary Judgment and Incorporated Memorandum of Law on Plaintiffs' Section 10(b) and 20(a) Claims (Dkt. 583), under seal, without further order of the Court.

Signed this ___ day of _____, 2024

_____
HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE