# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 (CONSOLIDATED)<br><br>JUDGE GEORGE C. HANKS, JR.<br><br>THIS DOCUMENT RELATES TO:<br><br>CASE NO. 4:22-CV-01189<br>CASE NO. 4:22-CV-02590 |

**THE DIRECT ACTION PLAINTIFFS' JOINDER IN CLASS PLAINTIFFS' MOTION TO STRIKE THE REDACTED POST-HOC MEMO BY KPMG**

Plaintiffs Alyeska Master Fund, L.P., Alyeska Master Fund 2, L.P., and Alyeska Master Fund 3, L.P. (collectively, the "Alyeska Plaintiffs"), and Orbis Global Equity LE Fund (Australia Registered), Orbis Global Equity Fund (Australia Registered), Orbis Global Balanced Fund (Australia Registered), Orbis SICAV, Orbis Institutional Global Equity L.P., Orbis Global Equity Fund Limited, Orbis Institutional Funds Limited, Allan Gray Australia Balanced Fund, Orbis OEIC, and Orbis Institutional U.S. Equity L.P. (collectively, the "Orbis Plaintiffs," and, together with the Alyeska Plaintiffs, the "Direct Action Plaintiffs"), hereby file this Joinder in the Class Plaintiffs' Motion to Strike the Redacted Post-Hoc Memo by KPMG (ECF No. 582) (the "Motion").

## JOINDER

The Direct Action Plaintiffs hereby join in the Motion and support, adopt, and incorporate by reference in full the arguments made and relief sought therein.

## CONCLUSION

For the reasons set forth therein, the Direct Action Plaintiffs respectfully request that the Court grant the Motion.

Dated:  January 20, 2024

        Respectfully submitted,

        By: */s/ Lawrence M. Rolnick*
        Lawrence M. Rolnick
        Michael J. Hampson
        Matthew A. Peller
        Joseph R. Sparacio
        **ROLNICK KRAMER SADIGHI LLP**
        1251 Avenue of the Americas
        New York, New York 10020
        (212) 597-2800
        lrolnick@rksllp.com

mhampson@rksllp.com
mpeller@rksllp.com
jsparacio@rksllp.com

*Attorneys for the Alyeska and Orbis Plaintiffs*

Jules P. Slim
TX Bar No. 00793026
Attorney and Counselor
PO Box 140307
Irving, TX 75014-0307
Tel.: (214) 350-5183
Fax: (214) 350-5184
jslim@slimlawfirm.com

*Counsel for the Alyeska and Orbis Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on January 20, 2024, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ Lawrence M. Rolnick*
Lawrence M. Rolnick
