# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>**CLASS ACTION**<br><br>[Lead Case] |
| ALYESKA MASTER FUND, L.P., ALYESKA MASTER FUND 2, L.P., and ALYESKA MASTER FUND 3, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ALTA MESA RESOURCES, INC., f/k/a SILVER RUN ACQUISITION CORPORATION II; RIVERSTONE HOLDINGS LLC; ARM ENERGY HOLDINGS LLC; BAYOU CITY ENERGYMANAGEMENT, LLC; HPS INVESTMENT PARTNERS, LLC; JAMES T. HACKETT, HARLAN H. CHAPPELLE, WILLIAM GUTERMUTH, JEFFREY H. TEPPER, DIANA J. WALTERS; MICHAEL E. ELLIS; RONALD SMITH; DON DIMITRIEVICH; PIERRE F. LAPEYRE, JR.; DAVID M. LEUSCHEN; WILLIAM W. MCMULLEN; DONALD SINCLAIR; STEPHEN COATS; and THOMAS J. WALKER,<br><br>Defendants. | Civil Action No. 4:22-cv-001189<br><br>[Consolidated Case] |

| | |
|---|---|
| ORBIS GLOBAL EQUITY LE FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL EQUITY FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL BALANCED FUND (AUSTRALIA REGISTERED), ORBIS SICAV, ORBIS INSTITUTIONAL GLOBAL EQUITY L.P., ORBIS GLOBAL EQUITY FUND LIMITED, ORBIS INSTITUTIONAL FUNDS LIMITED, ALLAN GRAY AUSTRALIA BALANCED FUND, ORBIS OEIC, and ORBIS INSTITUTIONAL U.S. EQUITY L.P., <br><br>            Plaintiffs, <br><br>   v. <br><br> ALTA MESA RESOURCES, INC., f/k/a SILVER RUN ACQUISITION CORPORATION II; RIVERSTONE HOLDINGS LLC; ARM ENERGY HOLDINGS LLC; BAYOU CITY ENERGYMANAGEMENT, LLC; HPS INVESTMENT PARTNERS, LLC; JAMES T. HACKETT, HARLAN H. CHAPPELLE, WILLIAM GUTERMUTH, JEFFREY H. TEPPER, DIANA J. WALTERS; MICHAEL E. ELLIS; RONALD SMITH; DON DIMITRIEVICH; PIERRE F. LAPEYRE, JR.; DAVID M. LEUSCHEN; WILLIAM W. MCMULLEN; DONALD SINCLAIR; STEPHEN COATS; and THOMAS J. WALKER, <br><br>            Defendants. | Civil Action No. 4:22-cv-02590 <br><br> [Consolidated Case] |

**UNOPPOSED MOTION OF ARM ENERGY LLC, BAYOU CITY MANAGEMENT, LLC, HPS INVESTMENT PARTNERS, DON DIMITRIEVICH, AND WILLIAM MCMULLEN TO SEAL PORTIONS OF THEIR OPPOSITIONS TO OPT-OUT PLAINTIFFS' MOTIONS TO EXCLUDE EXPERT OPINIONS OF <u>STEVEN PULLY AND AUDRA BOONE</u>**
**Dkt Nos. 574 and 586**

Defendants ARM Energy LLC ("ARM"), Bayou City Management, LLC ("Bayou"), HPS Investment Partners ("HPS"), Don Dimitrievich, and William McMullen (together, "Movants") respectfully submit this Motion to Seal Portions of their Oppositions to Opt-Out Plaintiffs' Motions to Exclude Expert Opinions of Steven Pully, Dkt. No. 574, and Audra Boone, Dkt. 586 (the "Oppositions"), and accompanying declarations and exhibits, which have been designated as "Confidential" or "Confidential Attorney Eyes Only" (the "Protected Materials") under the Stipulation and Protective Order, Dkt. No. 190.  The Motion to Seal is unopposed, but Class Plaintiffs reserve their right to move to unseal.

Today, Movants filed the Oppositions and accompanying declarations and exhibits under seal.  Movants will file public, redacted versions of the Oppositions and accompanying declarations and exhibits within five (5) business days.

## BACKGROUND

**A.     The Court Executes the Agreed-Upon Stipulation and Protective Order**

On August 17, 2021, this Court entered the Stipulation and Protective Order (the "SPO").  Dkt. 190.

The SPO permits parties and non-parties who produce documents in this action to designate such materials as "Confidential" or "Confidential Attorney Eyes Only," limits the permissible disclosure of such materials, and requires that if such materials are filed with the Court that they be "filed only under seal on CM/ECF if filed electronically."  SPO ¶¶ 4, 24.  To the extent another party wishes to challenge the designations of the filed materials, that party can file a motion to unseal the filing.  *Id.* ¶ 14.

The SPO also defines each category of protected information. Specifically, the SPO provides that the "Confidential" designation may be applied to a document that "contains information that is proprietary, commercially sensitive, or composed of trade secrets or commercial information that is not publicly known, or other information required by law or agreement to be kept confidential." *Id.* ¶ 4. The SPO reserved the "Confidential Attorney Eyes Only" designation for material that is "extremely sensitive and contains one of the following categories of information: (i) third-party financial account information; (ii) personal social security numbers, personal bank account numbers or personal credit card numbers; and (iii) a party's current operational or strategic plans regarding its operations, potential mergers, acquisitions, sales or investments." *Id.*.

### B. Plaintiffs Reserve Right to Move to Unseal

When a party files designated materials under seal (as required by Paragraph 24 of the SPO), the parties must "meet-and-confer" before, or within five (5) business days of, the filing "to discuss whether any or all of the documents require being submitted under seal, or should remain under seal." *Id.* ¶¶ 14, 24. If the parties "are unable to reach agreement, the party objecting to the filing under seal may file a motion to unseal." *Id.* ¶ 14.

Pursuant to the SPO, on January 18, 2024, Movants notified all parties of their intent to file portions of the Oppositions under seal and listed the specific exhibits they intended to file under seal, all of which have been designated "Confidential" or "Confidential Attorney Eyes Only" under the SPO. Class Plaintiffs responded that they

2

do not object to the Motion to Seal, but reserve the right to move to unseal. No parties oppose the motion.

## ARGUMENT

Under the SPO, "[i]f any party submits Confidential Discovery Material or Confidential Attorney Eyes Only Discovery Material to the Court, the submission must be filed only under seal on CM/ECF if filed electronically." SPO ¶ 24 (emphasis added). There is no dispute that the exhibits that Movants filed as attachments to the Oppositions, and portions of their memoranda of law that refer to those exhibits, contain material designated by certain parties as "Confidential" or "Confidential Attorney Eyes Only" under the SPO. *See id.* ¶ 4. The SPO therefore requires that they be filed under seal.

## CONCLUSION

Pursuant to Paragraph 24 of the SPO, the Protected Materials "must be filed under seal on CM/ECF." *Id.* ¶ 24. Movants therefore request that the Court grant this unopposed Motion to Seal and order the Protected Materials to remain sealed.

Dated:   January 19, 2024             Respectfully submitted,

/s/ *Christopher Porter*
(signed by permission of Attorney-in-Charge)

Karl S. Stern (attorney in charge) (SBN 19175665)
Christopher D. Porter (SBN 24070437)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
711 Louisiana Street, Suite 500
Houston, TX 77002
Telephone:  (713) 221-7000
Facsimile:   (713) 221-7100
Email: karlstern@quinnemanuel.com
chrisporter@quinnemanuel.com

**-AND-**

Michael B. Carlinsky (*pro hac vice*)
Silpa Maruri (*pro hac vice*)
Courtney C. Whang (*pro hac vice*)
Jacob J. Waldman (*pro hac vice*)

51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000
Facsimile:   (212) 849-7100
Email: michaelcarlinsky@quinnemanuel.com
silpamaruri@quinnemanuel.com
courtneywhang@quinnemanuel.com
jacobwaldman@quinnemanuel.com

**COUNSEL TO HPS INVESTMENT PARTNERS, LLC AND DONALD DIMITRIEVICH**

David A. Baay (Attorney-in-Charge)
Fed. ID No. 598715
1001 Fannin Street, Suite 3700
Houston, TX 77002
Telephone: (713) 470-6112

4

Fax: (713) 654-1301
davidbaay@eversheds-sutherland.com

Bruce M. Bettigole (*pro hac vice*)
The Grace Building, 40th Floor
1114 Avenues of the Americas
New York, NY 10023
Telephone: (212) 389-5000
Fax: (212) 389-5099
brucebettigole@eversheds-sutherland.com

Adam C. Pollet (*pro hac vice*)
Andrea Gordon (*pro hac vice*)
700 Sixth Street N.W., Suite 700
Washington, DC 20001
Telephone: (202) 383-0100
Fax: (202) 637-3593
adampollet@eversheds-sutherland.com
andreagordon@eversheds-sutherland.com

**COUNSEL TO ARM ENERGY HOLDINGS, LLC**

Nick Brown
Texas Bar No. 24092182
S.D. Tex. ID 2725667
Kenneth A. Young (Attorney-in-Charge)
Texas Bar No. 25088699,
S.D. Tex. ID 2506614
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
609 Main Street
Houston, Texas 77002
Phone: (713) 836-3600
Fax: (713) 836-3601
Emails: nick.brown@kirkland.com
kenneth.young@kirkland.com

**COUNSEL FOR BAYOU CITY ENERGY MANAGEMENT, LLC AND WILLIAM MCMULLEN**

## CERTIFICATE OF SERVICE

I certify that this motion has been served on counsel of record by the Court's ECF system and served electronically to counsel for all parties with an email address on record on January 19, 2024.

/s/ *Christopher Porter*
By:  Christopher Porter

## CERTIFICATE OF CONFERENCE

I certify that, on January 18, 2024, counsel for Don Dimitrievich and HPS conferred with counsel for all parties regarding the substance of this Motion.  No parties oppose this Motion.

/s/ *Christopher Porter*
By:  Christopher Porter