# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>**CLASS ACTION**<br><br>[Lead Case] |
| ALYESKA MASTER FUND, L.P., ALYESKA MASTER FUND 2, L.P., and ALYESKA MASTER FUND 3, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ALTA MESA RESOURCES, INC., f/k/a SILVER RUN ACQUISITION CORPORATION II; RIVERSTONE HOLDINGS LLC; ARM ENERGY HOLDINGS LLC; BAYOU CITY ENERGY MANAGEMENT, LLC; HPS INVESTMENT PARTNERS, LLC; JAMES T. HACKETT, HARLAN H. CHAPPELLE, WILLIAM GUTERMUTH, JEFFREY H. TEPPER, DIANA J. WALTERS; MICHAEL E. ELLIS; RONALD SMITH; DON DIMITRIEVICH; PIERRE F. LAPEYRE, JR.; DAVID M. LEUSCHEN; WILLIAM W. MCMULLEN; DONALD SINCLAIR; STEPHEN COATS; and THOMAS J. WALKER,<br><br>Defendants. | Civil Action No. 4:22-cv-001189<br><br>[Consolidated Case] |

| | |
|---|---|
| ORBIS GLOBAL EQUITY LE FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL EQUITY FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL BALANCED FUND (AUSTRALIA REGISTERED), ORBIS SICAV, ORBIS INSTITUTIONAL GLOBAL EQUITY L.P., ORBIS GLOBAL EQUITY FUND LIMITED, ORBIS INSTITUTIONAL FUNDS LIMITED, ALLAN GRAY AUSTRALIA BALANCED FUND, ORBIS OEIC, and ORBIS INSTITUTIONAL U.S. EQUITY L.P.,<br><br>               Plaintiffs,<br><br>   v.<br><br>ALTA MESA RESOURCES, INC., f/k/a SILVER RUN ACQUISITION CORPORATION II; RIVERSTONE HOLDINGS LLC; ARM ENERGY HOLDINGS LLC; BAYOU CITY ENERGY MANAGEMENT, LLC; HPS INVESTMENT PARTNERS, LLC; JAMES T. HACKETT, HARLAN H. CHAPPELLE, WILLIAM GUTERMUTH, JEFFREY H. TEPPER, DIANA J. WALTERS; MICHAEL E. ELLIS; RONALD SMITH; DON DIMITRIEVICH; PIERRE F. LAPEYRE, JR.; DAVID M. LEUSCHEN; WILLIAM W. MCMULLEN; DONALD SINCLAIR; STEPHEN COATS; and THOMAS J. WALKER,<br><br>               Defendants. | Civil Action No. 4:22-cv-02590<br><br>[Consolidated Case] |

**[PROPOSED] ORDER GRANTING
UNOPPOSED MOTION OF ARM ENERGY LLC, BAYOU CITY MANAGEMENT, LLC, HPS INVESTMENT PARTNERS, DON DIMITRIEVICH, AND WILLIAM MCMULLEN TO SEAL PORTIONS OF THEIR OPPOSITIONS TO OPT-OUT PLAINTIFFS' MOTIONS TO EXCLUDE EXPERT OPINIONS OF <u>STEVEN PULLY AND AUDRA BOONE</u>**

Having considered Defendants ARM Energy LLC ("ARM"), Bayou City Management, LLC ("Bayou"), HPS Investment Partners ("HPS"), Don Dimitrievich, and William McMullen's (together, "Movants'") Motion to Seal Portions of their Oppositions to Opt-Out Plaintiffs' Motions to Exclude Expert Opinions of Steven Pully and Audra Boone (the "Motion"), and accompanying declarations and exhibits, the Court is of the opinion that the Motion should be **GRANTED**.

Accordingly, **IT IS ORDERED** that Movants' Motion to Seal Portions of their Oppositions and accompanying declarations and exhibits is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to place Movants' Oppositions and accompanying declarations and exhibits under seal, without further order of the Court.

Signed on _____, 2024

_____
HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE