UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 |

**[PROPOSED] ORDER GRANTING CLASS PLAINTIFFS' UNOPPOSED MOTION TO SEAL THEIR JANUARY CONFIDENTIAL FILINGS**

The Court, having considered Class Plaintiffs' Motion to Seal their January Confidential Filings[1] and for good cause shown, the motion to seal is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court is to place Class Plaintiffs' January Confidential Filings (Dkt. Nos. 549, 550, 551, 552, 553, 554, 555, 556, 557, 558, 559, 560, 569, 570, 571, 572, 573, 582 and 584) under seal, without further order of the Court.

Signed this __ day of _____, _____.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Class Plaintiffs' January Filings are: (1) their six oppositions to various defendants' December 22, 2023 motions to exclude expert opinions (2) their four oppositions to various defendants' December 22, 2023 motions for summary judgment; (3) their motion to strike the KPMG Memo; and (4) the exhibits accompanying those motions, (Dkt. Nos. 549, 550, 551, 552, 553, 554, 555, 556, 557, 558, 559, 560, 569, 570, 571, 572, 573, 582 and 584).