# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | No. 4:19-cv-00957 |
| ALYESKA MASTER FUND, L.P., ALYESKA MASTER FUND 2, L.P., and ALYESKA MASTER FUND 3, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> ALTA MESA RESOURCES, INC., *et al*. <br><br> Defendants. | Judge George C. Hanks, Jr. <br><br> No. 4:22-cv-01189 |
| ORBIS GLOBAL EQUITY LE FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL BALANCED FUND (AUSTRALIA REGISTERED), ORBIS SICAV, ORBIS INSTITUTIONAL GLOVAL EQUITY L.P., ORBIS GLOBAL EQUITY FUND LIMITED, ALLAN GRAY AUSTRALIA BALANCED FUND, ORBIS OEIC, and ORBIS INSTITUTIONAL U.S. EQUITY L.P., <br><br> Plaintiffs, <br><br> v. <br><br> ALTA MESA RESOURCES, INC., *et al*. <br><br> Defendants. | No. 4:22-cv-2590 |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that the undersigned appears as counsel for Defendants William W. McMullen and Bayou City Energy Management LLC (collectively "Defendants") in this case. Defendants request that all notices and instruments filed in this case be served upon the undersigned at the following address:

> Grant Jones
> Texas Bar No. 24110065
> Federal ID: 3378320
> **KIRKLAND & ELLIS LLP**
> 609 Main Street
> Houston, Texas 77002
> Telephone: (713) 836-3600
> Facsimile: (713) 836-3601
> Email: grant.jones@kirkland.com

>> Respectfully submitted,
>>
>> */s/ Grant Jones*
>> Grant Jones
>> Texas Bar No. 24110065
>> Federal ID: 3378320
>> **KIRKLAND & ELLIS LLP**
>> **KIRKLAND & ELLIS INTERNATIONAL LLP**
>> 609 Main Street
>> Houston, Texas 77002
>> Telephone: (713) 836-3600
>> Facsimile: (713) 836-3601
>> Email: grant.jones@kirkland.com
>>
>> *Counsel for Bayou City Energy Management, LLC and William W. McMullen*

## CERTIFICATE OF SERVICE

I hereby certify that January 23, 2024, I direct the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel who have registered with this Court.

>> */s/ Grant Jones*
>> Grant Jones