| **ENTWISTLE & CAPPUCCI LLP** | **ROBBINS GELLER RUDMAN & DOWD LLP** |
|:---:|:---:|
| 500 W. 2ND STREET, SUITE 1900-16 | 655 WEST BROADWAY, SUITE 1900 |
| AUSTIN, TEXAS 78701 | SAN DIEGO, CALIFORNIA 92101 |
| TELEPHONE: (512) 710-5960 | TELEPHONE: (619) 231-1058 |
| FACSIMILE: (212) 894-7272 | FACSIMILE: (619) 231-7423 |

January 25, 2024

<u>VIA ECF</u>
The Honorable George C. Hanks, Jr.
United States District Judge
United States Courthouse
515 Rusk Street, Room 6206
Houston, Texas 77002

  Re: *In re Alta Mesa Resources, Inc. Securities Litigation*, Case No. 19-CV-00957

Dear Judge Hanks:

  We write to provide a brief summary of the status of the above-referenced class action in advance of the January 26, 2024 Status Conference.[1]  Fact and expert discovery are complete.

### **Defendants' Summary Judgment Motions**

  Five Defendants moved for summary judgment on August 31, 2023 (before the close of expert discovery).  Their three motions directed against the Class Claims are fully briefed, as summarized in the table below.  To streamline their oppositions and avoid duplicative filings, Class Plaintiffs filed a single omnibus transmittal declaration (Dkt. 444) in opposition to those three motions for summary judgment.

  The other fourteen defendants moved for summary judgment on December 22, 2023, which was the deadline for such motions.  To avoid duplicative filings in opposition, Class Plaintiffs filed a single omnibus transmittal declaration (Dkt. 569), which incorporates by reference their prior transmittal declaration.  The exhibits to the two transmittal declarations are numbered consecutively (*i.e.* Dkt. 444 attaches exhibits PX 1 through PX 202 and Dkt. 569 attaches exhibits PX 203 through PX 395).  Those motions will be fully briefed by February 2, 2024, per Dkt. 547.

  The motions for summary judgment targeting the Class Claims (in addition to the Individual Action Claims on similar grounds) are summarized in the table below.

---

[1] As the Court will recall, the Class action has been consolidated with two other actions that assert additional claims not asserted on behalf of the Class (the "Individual Actions" and the "Individual Action Claims") (Dkt. 259).

Hon. George C. Hanks, Jr.
January 25, 2024
Page **2** of **4**

| Summary Judgment Motions (Class Claims and Individual Action Claims) | | | |
|---|---|---|---|
| **Moving Party** | Motion | Opposition | Reply |
| Defendant Dimitrievich | Dkt. 422 | Dkt. 446 | Dkt. 468 |
| Defendants HPS, BCE, and ARM Energy | Dkt. 423 | Dkt. 445 | Dkt. 463 |
| Defendant McMullen | Dkt. 427 | Dkt. 449 | Dkt. 466 |
| Defendants Riverstone, Coats, & Walker | Dkt. 518 | Dkt. 570 | Due Feb. 2 |
| The "Proxy Defendants" – Riverstone, AMR, Hackett, Tepper, Walters and Gutermuth | Dkt. 520 | Dkt. 571 | Due Feb. 2 |
| Defendants AMR, Chappelle, Ellis and Smith | Dkt. 523 | Dkt. 572 | Due Feb. 2 |
| The "AMR Directors" – Hackett, Tepper, Walters, Gutermuth, Sinclair, Leuschen and Lapeyre | Dkt. 526 | Dkt. 573 | Due Feb. 2 |

Additionally, unrelated to the Class Claims, two Defendants filed a motion for summary judgment against the Individual Action Claims on August 31, 2023, which is fully briefed. Fourteen other Defendants filed a motion for summary judgment directed only against the Individual Action Claims on December 22, 2023, which will be fully briefed by February 2, 2024. The summary judgment motions targeting the Individual Action Claims are summarized in the table below.

| Summary Judgment Motions (Individual Action Claims Only) | | | |
|---|---|---|---|
| **Moving Party** | Motion | Opposition | Reply |
| Defendants Dimitrievich and McMullen | Dkt. 424 | Dkt. 460 | Dkt. 476 |
| Defendants Riverstone, AMR, Hackett, Walker, Gutermuth, Tepper, Walters, Coats, Chappelle, Ellis, Smith, Leuschen, Lapeyre, Jr., Sinclair | Dkt. 521 | Dkt. 578 | Due Feb. 2 |

### *Daubert* Motions and Class Plaintiffs' Motion to Strike

Class Plaintiffs filed four *Daubert* motions directed at certain opinions of Defendants' experts Whitehead, Fiebig, Fetkovich and Rasor. Each of Class Plaintiffs' *Daubert* motions has a separate declaration attaching the supporting exhibits.

Defendants filed *Daubert* motions related to the opinions of Class Plaintiffs' expert witnesses Feinstein, Regan, Badawi, Kirkland, and McGowen and Individual Action Plaintiffs' expert Nye.[2]

The Individual Action Plaintiffs separately filed *Daubert* motions directed at the opinions of Defendants' expert witnesses Boone, Whitehead and Pully.

---

[2] Defendants moved against Class Plaintiffs' expert Dr. Feinstein and Individual Action Plaintiffs' expert Dr. Nye in a single motion. That motion is separately opposed. Class Plaintiffs oppose with respect to Dr. Feinstein and the Individual Action Plaintiffs oppose with respect to Dr. Nye.

Hon. George C. Hanks, Jr.
January 25, 2024
Page **3** of **4**

All *Daubert* motions will be fully briefed by February 2, 2024, per Dkt. 547, and are summarized in the tables below.

| *Daubert Motions (Class)* | | | |
|---|---|---|---|
| **Filing Party & Expert Challenged** | **Motion** | **Opposition** | **Reply** |
| Defendants' Motion re Class Expert James Johnson | Dkt. 507 | Dkt. 553 | Due Feb. 2 |
| Defendants' Motion re Class Expert Taylor Kirkland | Dkt. 508 | Dkt. 555 | Due Feb. 2 |
| Defendants' Motion re Class Expert Harold McGowen | Dkt. 509 | Dkt. 557 | Due Feb. 2 |
| Defendants' Motion re Class Expert Prof. Adam Badawi | Dkt. 510 | Dkt. 549 | Due Feb. 2 |
| Defendants' Daubert Motion re Class Expert Steven Feinstein (& Individual Action Expert Nye) | Dkt. 511 | Dkt. 559 (Feinstein) | Due Feb. 2 |
| Defendants' Motion re Class Expert D. Paul Regan | Dkt. 512 | Dkt. 551 | Due Feb. 2 |
| Class Plaintiffs' Motion re Defense Expert Robert Rasor's Statistical Analysis | Dkt. 513 | Dkt. 566 | Due Feb. 2 |
| Class Plaintiffs' Motion re Defense Expert Edward Fetkovich's Economic Analysis | Dkt. 516 | Dkt. 564 | Due Feb. 2 |
| Class Plaintiffs' Motion re Defense Expert Charles Whitehead's Opinion No. 1 | Dkt. 519 | Dkt. 567 | Due Feb. 2 |
| Class Plaintiffs' Motion re Defense Expert John Fiebig | Dkt. 535 | Dkt. 565 | Due Feb. 2 |

| *Daubert Motions (Individual Actions)* | | | |
|---|---|---|---|
| **Filing Party & Expert Challenged** | **Motion** | **Opposition** | **Reply** |
| Defendants' Daubert Motion re Class Expert Steven Feinstein & Individual Actions Expert Zachary Nye | Dkt. 511 | Dkt. 561 (Nye) | Due Feb. 2 |
| Individual Action Plaintiffs' Motion re Defense Expert Prof. Audra L. Boone, Ph.D. | Dkt. 514 | Dkt. 586 | Due Feb. 2 |
| Individual Action Plaintiffs' Motion re Defense Experts Steven Pully and Charles Whitehead | Dkt. 522 | Dkt. 568 & 574 | Due Feb. 2 |

Contemporaneously with the filing of their oppositions to Defendants' December 22, 2023 motions for summary judgment, Class Plaintiffs filed a motion to strike from the summary judgment record a memo prepared for Alta Mesa by KPMG, on which certain defendants' summary judgment motions rely. (Dkt. 582). Pursuant to the Local Rules, that motion to strike will be fully briefed no later than February 16, 2024.

**Contested Motions to Seal/Unseal**

Class Plaintiffs' motion to unseal Defendant McMullen's Motion for Summary Judgment and Accompanying Exhibits (Dkt. 442) and Defendant Dimitrievich's motion to seal portions of motions for summary judgment (Dkt. 425) are fully briefed. The parties continue the meet and confer process regarding the confidentiality designations of evidence associated with the briefing

Hon. George C. Hanks, Jr.
January 25, 2024
Page **4** of **4**

on the summary judgment and *Daubert* filings, and Class Plaintiffs expect additional motion practice will be necessary.

### Trial-Related Issues

The case is set for a docket call on April 12, 2024, and the Court has advised that the case is to be set for a jury trial on the Court's May 2024 calendar (Dkt. 376).

Class Plaintiffs thank the Court for its attention to the matter and look forward to addressing any questions Your Honor may have at the January 26, 2024 Status Conference.

Respectfully submitted,

| | |
|---|---|
| */s/ Andrew J. Entwistle* | */s/ Trig Smith* |
| Andrew J. Entwistle | Trig Smith (*pro hac vice*) |
| Texas Bar No. 24038131 | **ROBBINS GELLER RUDMAN** |
| Attorney-in-Charge | **& DOWD LLP** |
| **ENTWISTLE & CAPPUCCI LLP** | 655 West Broadway, Suite 1900 |
| 500 W. 2nd Street, Suite 1900-16 | San Diego, CA 92101 |
| Austin, TX 78701 | (619) 231-1058 |
| (512) 710-5960 | TrigS@rgrdlaw.com |
| aentwistle@entwistle-law.com | |
| | |
| *Court-Appointed Class Counsel* | *Court-Appointed Class Counsel* |