UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: ALTA MESA RESOURCES, INC. SECURITIES LITIGATION CAMELOT EVENT DRIVEN FUND, A SERIES OF FRANK FUNDS TRUST, et al.<br>    Plaintiff(s),<br><br>ALTA MESA RESOURCES, INC., et al.<br><br>    Defendant. | §<br>§<br>§<br>§<br>§    CIVIL ACTION NO. 4:19–cv–00957<br>§<br>§<br>§<br>§ |

## NOTICE OF RESETTING

A Status Conference has been set in this matter for 03:00 PM on 2/2/2024. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1613328897?pwd=Y3lsQjFMNVBmSGVFNXJZbEdGaE9HUT09*
Meeting phone number: 1–669–254–5252
Meeting ID: 161 332 8897
Meeting Password: 504922

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 1/25/2024                     Byron Thomas
                                    cm4147@txs.uscourts.gov
                                    Case Manager to
                                    U.S. District Judge George C. Hanks, Jr.