UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|

IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION

*versus*

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Carol C. Villegas<br>Labaton Keller Sucharow LLP<br>140 Broadway<br>New York, NY 10005<br>(212)907-0700, cvillegas@labaton.com<br>NY 4154324<br>S.D.N.Y. CV7950 |

| Name of party applicant seeks to appear for: | Plaintiff Camelot Event Driven Fund,<br>A Series of Frank Funds Trust |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/26/2024 | Signed: /s/ Carol C. Villegas |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**                    **This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                      United States District Judge