# Exhibit N
(Submitted Under Seal)