# **Exhibit O**
(Submitted Under Seal)