UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 (CONSOLIDATED) <br><br> JUDGE GEORGE C. HANKS, JR. <br><br> THIS DOCUMENT RELATES TO: <br><br> CASE NO. 4:22-CV-01189 <br> CASE NO. 4:22-CV-02590 |

**DECLARATION OF LAWRENCE M. ROLNICK IN OPPOSITION
TO DEFENDANTS' MOTION TO EXCLUDE OPINIONS OF
<u>DR. ZACHARY NYE, PH.D.</u>**

Pursuant to 28 U.S.C. § 1746, Lawrence M. Rolnick, under penalty of perjury, hereby declares as follows:

1. I am a partner at the law firm of Rolnick Kramer Sadighi LLP, counsel to the Direct Action Plaintiffs. I submit this declaration in Opposition to Defendants' Motion to Exclude Opinions of Dr. Zachary Nye, Ph.D. (ECF No. 511).

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Zachary Nye, Ph.D., dated August 31, 2023.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Expert Report of René Stulz, Ph.D., dated October 19, 2023.

4. Attached hereto as **Exhibit 3** is a true and correct excerpted copy of the deposition transcript of Zachary Nye, Ph.D., dated November 14, 2023.

1

2

5.      Attached hereto as **Exhibit 4** is a true and correct excerpted copy of the deposition transcript of René Stulz, Ph.D., dated November 17, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 19, 2024.

By: */s/ Lawrence M. Rolnick*
Lawrence M. Rolnick
**ROLNICK KRAMER SADIGHI LLP**
1251 Avenue of the Americas
New York, New York 10020
(212) 597-2800
lrolnick@rksllp.com
