# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>**CLASS ACTION**<br><br>[Lead Case] |
| ALYESKA MASTER FUND, L.P., ALYESKA MASTER FUND 2, L.P., and ALYESKA MASTER FUND 3, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ALTA MESA RESOURCES, INC., f/k/a SILVER RUN ACQUISITION CORPORATION II; RIVERSTONE HOLDINGS LLC; ARM ENERGY HOLDINGS LLC; BAYOU CITY ENERGYMANAGEMENT, LLC; HPS INVESTMENT PARTNERS, LLC; JAMES T. HACKETT, HARLAN H. CHAPPELLE, WILLIAM GUTERMUTH, JEFFREY H. TEPPER, DIANA J. WALTERS; MICHAEL E. ELLIS; RONALD SMITH; DON DIMITRIEVICH; PIERRE F. LAPEYRE, JR.; DAVID M. LEUSCHEN; WILLIAM W. MCMULLEN; DONALD SINCLAIR; STEPHEN COATS; and THOMAS J. WALKER,<br><br>Defendants. | Civil Action No. 4:22-cv-001189<br><br>[Consolidated Case] |

| | |
|---|---|
| ORBIS GLOBAL EQUITY LE FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL EQUITY FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL BALANCED FUND (AUSTRALIA REGISTERED), ORBIS SICAV, ORBIS INSTITUTIONAL GLOBAL EQUITY L.P., ORBIS GLOBAL EQUITY FUND LIMITED, ORBIS INSTITUTIONAL FUNDS LIMITED, ALLAN GRAY AUSTRALIA BALANCED FUND, ORBIS OEIC, and ORBIS INSTITUTIONAL U.S. EQUITY L.P.,<br><br>            Plaintiffs,<br><br>  v.<br><br>ALTA MESA RESOURCES, INC., f/k/a SILVER RUN ACQUISITION CORPORATION II; RIVERSTONE HOLDINGS LLC; ARM ENERGY HOLDINGS LLC; BAYOU CITY ENERGYMANAGEMENT, LLC; HPS INVESTMENT PARTNERS, LLC; JAMES T. HACKETT, HARLAN H. CHAPPELLE, WILLIAM GUTERMUTH, JEFFREY H. TEPPER, DIANA J. WALTERS; MICHAEL E. ELLIS; RONALD SMITH; DON DIMITRIEVICH; PIERRE F. LAPEYRE, JR.; DAVID M. LEUSCHEN; WILLIAM W. MCMULLEN; DONALD SINCLAIR; STEPHEN COATS; and THOMAS J. WALKER,<br><br>            Defendants. | Civil Action No. 4:22-cv-02590<br><br>[Consolidated Case] |

2

# DECLARATION OF COURTNEY C. WHANG
# IN SUPPORT OF DEFENDANTS' OPPOSITION TO OPT-OUT PLAINTIFFS' MOTION TO EXCLUDE EXPERT OPINIONS OF STEVEN J. PULLY

I, Courtney C. Whang, declare as follows:

1. I am a partner at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants Donald Dimitrievich and HPS Investment Partners, LLC in this action. I am a member of the Bar of the State of New York and have been admitted *pro hac vice* to practice before this Court. I respectfully submit this declaration in support of certain Defendants' Opposition to Opt-Out Plaintiffs' Motion to Exclude Expert Opinions of Steven J. Pully, and to put certain relevant documents before the Court. On information and belief, I understand the facts in this declaration to be true.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Expert Report of Steven J. Pully, CPA, CFA, Esq., dated August 31, 2023.

3. Attached hereto as **Exhibit B** is a true and correct copy of Adam Badawi's Rebuttal to the Opinions Offered by Charles Whitehead and Steven J. Pully, dated October 19, 2023.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the transcript of Adam Badawi's November 16, 2023 deposition.

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the transcript of Steven Pully's November 9, 2023 deposition.

1

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 19, 2024 in New York, New York.

Dated:   January 19, 2024

*/s/ Courtney C. Whang*
By: Courtney C. Whang
