UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: ALTA MESA RESOURCES, INC. SECURITIES LITIGATION CAMELOT EVENT DRIVEN FUND, A SERIES OF FRANK FUNDS TRUST, et al.<br>　　Plaintiff(s),<br><br>ALTA MESA RESOURCES, INC., et al.<br><br>　　Defendant. | §<br>§<br>§<br>§<br>§    CIVIL ACTION NO. 4:19–cv–00957<br>§<br>§<br>§<br>§ |

### NOTICE OF RESETTING

　A Status Conference has been set in this matter for 10:30 AM on 2/1/2024. The hearing will be conducted using the ZoomGov.com videoconferencing program.

　Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1613328897?pwd=Y3lsQjFMNVBmSGVFNXJZbEdGaE9HUT09*
Meeting phone number: 1–669–254–5252
Meeting ID: 161 332 8897
Meeting Password: 504922

　Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 1/30/2024　　　　　　　　　　　　Byron Thomas
　　　　　　　　　　　　　　　　　　　　cm4147@txs.uscourts.gov
　　　　　　　　　　　　　　　　　　　　Case Manager to
　　　　　　　　　　　　　　　　　　　　U.S. District Judge George C. Hanks, Jr.