UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957 |

**MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

Pursuant to Local Rule 83.2, Defendant ARM Energy Holdings, LLC ("ARM Energy"), by and through its undersigned counsel, respectfully requests that the appearance of David A. Baay in this matter be withdrawn, and that attorney James L. Silliman be substituted as attorney-in-charge, and in support thereof states as follows:

1. Mr. Baay has left Eversheds Sutherland (US) LLP and no longer represents Defendant ARM Energy in this matter.

2. Defendant ARM Energy will continue to be represented by Eversheds Sutherland (US) LLP.

3. James L. Silliman has, concurrently with this filing, entered an appearance on behalf of Defendant ARM Energy, and respectfully requests to be substituted as attorney-in-charge in this matter.

4. No parties will be prejudiced by the withdrawal of Mr. Baay, nor the substitution of Mr. Silliman.

WHEREFORE, Defendant ARM Energy respectfully requests that the appearance of David A. Baay in this matter be withdrawn, and that attorney James L. Silliman be substituted as attorney-in-charge.

1

DATED: January 30, 2024

                                          Respectfully submitted,

**EVERSHEDS SUTHERLAND (US) LLP**

By:   */s/ Jim L. Silliman*
James L. Silliman (*Attorney-in-Charge*)
State Bar No. 24081416
Federal ID No. 2365032
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Facsimile: (713) 654-1301
jimsilliman@eversheds-sutherland.com

Bruce M. Bettigole (*pro hac vice*)
1114 Avenue of the Americas, 40th Floor
New York, New York 10036
Telephone: (212) 389-5000
Facsimile: (212) 3889-5099
brucebettigole@eversheds-sutherland.com

Adam Pollet (*pro hac vice*)
Andrea Gordon (*pro hac vice*)
700 Sixth Street N.W., Suite 700
Washington, DC 20001
Telephone: (202) 383-0100
Facsimile: (202) 637-3593
adampollet@eversheds-sutherland.com
andreagordon@eversheds-sutherland.com

*Counsel for ARM Energy Holdings, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2024, I electronically filed a true and exact copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Jim L. Silliman*
James L. Silliman
