**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957 |

## NOTICE OF APPEARANCE

Notice is hereby given to the Court and all parties of record that the undersigned attorney, James L. Silliman, of the law firm Eversheds Sutherland (US) LLP, 1001 Fannin Street, Suite 3700, Houston, Texas 77002-6760, enters his appearance as Attorney-in-Charge for Defendant ARM Energy Holdings, LLC in the above-referenced case.  Mr. Silliman respectfully requests that he receive electronic notices of all subsequent filings by email at jimsilliman@eversheds-sutherland.com.

Dated:  January 30, 2024

                                        Respectfully submitted,

                                        **EVERSHEDS SUTHERLAND (US) LLP**

By:     */s/ Jim L. Silliman*
        James L. Silliman (*Attorney-in-Charge*)
        State Bar No. 24081416
        Federal ID No. 2365032
        1001 Fannin Street, Suite 3700
        Houston, Texas 77002
        Telephone: (713) 470-6100
        Fax: (713) 654-1301
        jimsilliman@eversheds-sutherland.com

- 2 -

Bruce M. Bettigole (*pro hac vice*)
1114 Avenue of the Americas, 40th Floor
New York, New York 10036
Telephone: (212) 389-5000
Facsimile: (212) 3889-5099
brucebettigole@eversheds-sutherland.com

Adam Pollet (*pro hac vice*)
Andrea Gordon (*pro hac vice*)
700 Sixth Street N.W., Suite 700
Washington, DC 20001
Telephone: (202) 383-0100
Facsimile: (202) 637-3593
adampollet@eversheds-sutherland.com
andreagordon@eversheds-sutherland.com

***Of Counsel for Defendant ARM Energy Holdings, LLC***

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2024, I electronically filed a true and exact copy of

the foregoing document with the Clerk of Court using the CM/ECF system, which will send

notification of such filing to all attorneys of record.

/s/ Jim  L. Silliman
James L. Silliman