UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 (CONSOLIDATED)<br><br>JUDGE GEORGE C. HANKS, JR.<br><br>THIS DOCUMENT RELATES TO:<br><br>CASE NO. 4:22-CV-01189<br>CASE NO. 4:22-CV-02590 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Richard A. Bodnar of Rolnick Kramer Sadighi LLP, hereby appears on behalf of Plaintiffs Alyeska Master Fund, L.P., Alyeska Master Fund 2, L.P., and Alyeska Master Fund 3, L.P. (collectively, the "Alyeska Plaintiffs"), Orbis Global Equity LE Fund (Australia Registered), Orbis Global Equity Fund (Australia Registered), Orbis Global Balanced Fund (Australia Registered), Orbis SICAV, Orbis Institutional Global Equity L.P., Orbis Global Equity Fund Limited, Orbis Institutional Funds Limited, Allan Gray Australia Balanced Fund, Orbis OEIC, and Orbis Institutional U.S. Equity L.P. (collectively, the "Orbis Plaintiffs" and together with the Alyeska Plaintiffs, "Direct Action Plaintiffs") in the above-captioned matters and requests service of all notices and pleadings be served upon the undersigned.

Dated: January 31, 2024

                                              Respectfully submitted,

                                              By: */s/ Richard A. Bodnar*

1

Richard A. Bodnar
Texas Bar No. 24117249
Federal No. 3644512
**ROLNICK KRAMER SADIGHI LLP**
1251 Avenue of the Americas
New York, New York 10020
(212) 597-2800
rbodnar@rksllp.com

*Attorneys for the Alyeska and Orbis Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on January 31, 2024, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ Richard A. Bodnar
Richard A. Bodnar