United States District Court
Southern District of Texas

**ENTERED**

February 01, 2024

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|

| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION |
|---|

| *versus* |
|---|

| | |
|---|---|

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Carol C. Villegas<br>Labaton Keller Sucharow LLP<br>140 Broadway<br>New York, NY 10005<br>(212)907-0700, cvillegas@labaton.com<br>NY 4154324<br>S.D.N.Y. CV7950 |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiff Camelot Event Driven Fund,<br>A Series of Frank Funds Trust |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No   ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated:   1/26/2024 | Signed:   */s/ Carol C. Villegas* |
|---|---|

| The state bar reports that the applicant's status is:  **Active** |
|---|
| Dated: 02/01/2024 | Clerk's signature   *Bryan Thomas* |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated:   February 01, 2024

*George C. Hanks Jr*

United States District Judge