UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |

# APPENDIX TO DEFENDANTS' REPLY IN SUPPORT OF MOTION TO EXCLUDE CERTAIN OPINIONS OF CLASS PLAINTIFFS' EXPERT TAYLOR KIRKLAND UNDER RULE 702

In accordance with Court Procedure 7(B)(3), Moving Defendants submit this Appendix in support of their Reply in Support of Motion to Exclude Certain Opinions of Class Plaintiffs' Expert Taylor Kirkland Under Rule 702, which is filed concurrently herewith. Moving Defendants rely on the following evidence to support their motion:

| Ex. No. | Description |
|---|---|
| 4 | Excerpts of the Deposition Transcript of Taylor J. Kirkland taken on November 15, 2023 |

Dated: February 2, 2024

Respectfully submitted,

By *J. Christian Word*

J. Christian Word
Attorney-in-Charge for Defendants
DC Bar No. 461346
S.D. Tex. Bar No. 3398485

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Christian.Word@lw.com

Of Counsel:
Heather A. Waller
IL Bar No. 6302537
S.D. Tex. Bar No. 2886108
Arthur F. Foerster (*pro hac vice*)
IL Bar No. 6271201
Daniel Robinson (*pro hac vice*)
IL Bar No. 6339592
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700
Fax: (312) 993-9767
Heather.Waller@lw.com
Arthur.Foerster@lw.com
Daniel.Robinson@lw.com

Jansen M. VanderMeulen (*pro hac vice*)
DC Bar No. 1672242
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Jansen.VanderMeulen@lw.com

*Counsel for Defendants Alta Mesa Resources, Inc., f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; Harlan H. Chappelle; Stephen S. Coats; Michael E. Ellis; William D. Gutermuth; James T. Hackett; Pierre F. Lapeyre, Jr.; David M. Leuschen; Donald R. Sinclair; Ronald J.*

2

*Smith; Jeffrey H. Tepper; Thomas J. Walker; and Diana J. Walters*

Walter M. Berger
TX Bar No. 00798063
Attorney-in-Charge
**WINSTON & STRAWN LLP**
800 Capitol Street, Suite 2400
Houston, TX 77002-2925
Tel: (713) 615-2699
Fax: (713) 651-2700
cberger@winston.com

Of Counsel:
Katherine A. Preston
TX Bar No. 24088255
**WINSTON & STRAWN LLP**
800 Capitol Street, Suite 2400
Houston, TX 77002-2925
Tel: (713) 615-2699
Fax: (713) 651-2700
kpreston@winston.com

John E. Schreiber (*pro hac vice*)
CA Bar No. 261558
**WINSTON & STRAWN LLP**
333 S. Grand Ave., 38th Floor
Los Angeles, CA 90071
Tel: (213) 615-1700
Fax: (213) 615-1750
jschreiber@winston.com

*Co-Counsel for Defendants Harlan H. Chappelle and Michael E. Ellis*

## **CERTIFICATE OF SERVICE**

I certify that on February 2, 2024 a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ J. Christian Word*
J. Christian Word

# EXHIBIT 4

```
                                                            Page 1
 1              UNITED STATES DISTRICT COURT
 2               SOUTHERN DISTRICT OF TEXAS
 3                    HOUSTON DIVISION
 4
 5                                      :
     In Re:                             :
 6                                      :  Civil Action No.
     ALTA MESA RESOURCES, INC.,         :
 7   SECURITIES LITIGATION              :  4:19-CV-00957
                                        :
 8                                      :
   _____
 9
10
             VIDEO-RECORDED ORAL DEPOSITION OF
11
                      Expert Witness
12
                   TAYLOR J. KIRKLAND
13
14
                   November 15, 2023
15
16                      9:14 a.m.
17
18                  4550 Travis Street
19                  Dallas, Texas 75205
20
21
22
23   Stenographically Reported by:
24   MAYLEEN AHMED, RMR, CRR, CRC, TX-CSR #9428
25   Job No.:  6306381
```

| | Page 2 | | Page 4 |
|---|---|---|---|
| 1 | | 1 | A P P E A R A N C E S (Cont'd) |
| 2 | | 2 | |
| 3 | | 3 | Attorneys for Defendants Alta Mesa Resources, |
| 4 | VIDEO-RECORDED ORAL DEPOSITION OF | 4 | Riverstone Holdings LLC, and Proxy Defendants: |
| 5 | TAYLOR J. KIRKLAND, an expert witness herein, and | 5 | LATHAM & WATKINS LLP |
| 6 | duly sworn, was taken at the offices of Kirkland & | 6 | 555 Eleventh Street, N.W. - Suite 1000 |
| 7 | Ellis LLP, 4550 Travis Street, Dallas, Texas 75205 | 7 | Washington, D.C. 20004 |
| 8 | in the above-styled and numbered cause on | 8 | 202.637.2200 |
| 9 | November 15, 2023 from 9:14 a.m. to 6:47 p.m., | 9 | BY: MATTHEW J. PETERS, ESQ. |
| 10 | before Mayleen Ahmed, Certified Shorthand Reporter | 10 | matthew.peters@lw.com |
| 11 | in and for the State of Texas, reported by machine | 11 | |
| 12 | shorthand, pursuant to the Federal Rules of Civil | 12 | |
| 13 | Procedure. | 13 | Attorneys for Defendants Alta Mesa Resources, Inc., |
| 14 | | 14 | Riverstone Holdings LLC, Jeffrey Teper, |
| 15 | | 15 | Thomas Walker, and Diana Walters: |
| 16 | | 16 | LATHAM & WATKINS LLP |
| 17 | | 17 | 330 North Wabash Avenue - Suite 2800 |
| 18 | | 18 | Chicago, Illinois 60611 |
| 19 | | 19 | 312.876.7700 |
| 20 | | 20 | BY: DANIEL JOSEPH ROBINSON, ESQ. |
| 21 | | 21 | daniel.robinson@lw.com |
| 22 | | 22 | |
| 23 | | 23 | |
| 24 | | 24 | |
| 25 | | 25 | |

| | Page 3 | | Page 5 |
|---|---|---|---|
| 1 | A P P E A R A N C E S | 1 | A P P E A R A N C E S (Cont'd) |
| 2 | | 2 | |
| 3 | Attorneys for Lead Plaintiffs: | 3 | Attorneys for Defendants Hal Chapelle and |
| 4 | ENTWISTLE & CAPPUCCI LLP | 4 | Michael Ellis: |
| 5 | 299 Park Avenue - 20th floor | 5 | WINSTON & STRAWN LLP |
| 6 | New York, New York 10171 | 6 | 800 Capitol Street - Suite 2400 |
| 7 | 212.894.7200 | 7 | Houston, Texas 77002-2925 |
| 8 | BY: ANDREW M. SHER, ESQ. | 8 | 713.651.2600 |
| 9 | asher@entwistle-law.com | 9 | BY: WALTER M. BERGER, ESQ. [Via Zoom] |
| 10 | BRENDAN J. BRODEUR, ESQ. [Via Zoom] | 10 | cberger@winston.com |
| 11 | bbrodeur@entwistle-law.com | 11 | MICHELLE TORO, ESQ. [Via Zoom] |
| 12 | JOHN WEINBERGER, ESQ. [Via Zoom] | 12 | mtoro@winston.com |
| 13 | jweinberger@entwistle-law.com | 13 | |
| 14 | | 14 | |
| 15 | | 15 | Attorneys for Defendant ARM Energy Holdings LLC: |
| 16 | ENTWISTLE & CAPPUCCI LLP | 16 | EVERSHEDS SUTHERLAND (US) LLP |
| 17 | 500 West 2nd Street - Suite 1900-16 | 17 | 12255 El Camino real |
| 18 | Austin, Texas 78701 | 18 | San Diego, California 92130 |
| 19 | 512.710.5960 | 19 | 858.252.4900 |
| 20 | BY: ANDREW J. ENTWISTLE, ESQ. [Via Zoom] | 20 | BY: TANVI SHAH, ESQ. [Via Zoom] |
| 21 | aentwistle@entwistle-law.com | 21 | tanvishah@eversheds-sutherland.com |
| 22 | CALLIE CRISPIN, ESQ. [Via Zoom] | 22 | DANE N. SOWERS, ESQ. [Via Zoom] |
| 23 | ccrispin@entwistle-law.com | 23 | dane.sowers@eversheds-sutherland.com |
| 24 | | 24 | |
| 25 | | 25 | |

Page 6

1  A P P E A R A N C E S (Cont'd)
2
3  Attorneys for Defendant Bayou City Energy:
4      KIRKLAND & ELLIS LLP
5      609 Main Street - Suite 4700
6      Houston, Texas 77002
7      713.836.3600
8      BY: DIANE CLOUGH BENTON, ESQ. [Via Zoom]
9          diana.benton@kirkland.com
10         BELLE HARRIS, ESQ. [Via Zoom]
11         belle.harris@kirkland.com
12
13
14 Attorneys for Defendants HPS Investment Partners
15 and Dom Dimitrievich:
16     QUINN EMANUEL URQUHART & SULLIVAN LLP
17     300 West 6th Street - Suite 2010
18     Austin, Texas 78701
19     737.667.6100
20     BY: EMILY COUTURE, ESQ. [Via Zoom]
21         emilycouture@quinnemanuel.com
22
23
24
25

Page 7

1  A P P E A R A N C E S (Cont'd)
2
3  ALSO PRESENT REMOTELY VIA ZOOM:
4
5  NEAVE CASEY, Paralegal, Entwistle & Cappucci
6  MARIANA ROJAS, Paralegal, Entwistle & Cappucci
7  FASIKA DELESSA, Paralegal, Latham & Watkins
8  MIRANDA GLOVER, Videographer, Veritext
9  JESSICA REID, Concierge, Veritext
10
11         ---o0o---
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 8

1                I N D E X
2                                        PAGE
3  APPEARANCES .............................   3
4  CHANGES AND SIGNATURE ...................  298
5  REPORTER'S CERTIFICATION ................  299
6
7  WITNESS:  TAYLOR J. KIRKLAND
8  EXAMINATION                              PAGE
9  BY MR. PETERS ...........................  13
10 BY MR. SHER .............................  281
11 BY MR. PETERS ...........................  291
12
13 MOTIONS TO STRIKE:           None
14 INSTRUCTIONS NOT TO ANSWER:  None
15 DOCUMENT/INFORMATION REQUESTS:  None
16
17 ------------------ EXHIBITS ---------------------
18 DEF-EXHIBIT   DESCRIPTION              PAGE
19 Exhibit 103   Taylor Kirkland Summary of    32
20              Time through 8/31/23
21              (KIRKLAND_AMR-00001905)
22
23 Exhibit 104   Taylor Kirkland Summary of    37
24              Time through 10/19/23
25              (KIRKLAND_AMR-00001960)

Page 9

1  ------------------ EXHIBITS (Cont'd) ---------------
2  DEF-EXHIBIT   DESCRIPTION              PAGE
3  Exhibit 105   "Investing in Oil & Gas       56
4               Wells," 11/1/2023 podcast
5               transcript
6
7  Exhibit 106   8/31/23 Expert Report of      75
8               Taylor Kirkland
9
10 Exhibit 107   6/26/17 email chain to/from  153
11              Turner, Hackett, Chappelle
12              re: Daughter wells
13              (RIVERSTONE_SDTX00223625-3629)
14              CONFIDENTIAL
15
16 Exhibit 108   March 2018 Reserves          188
17              "Discussion and Contrast of
18              Production Data and Public
19              Sales Data
20              "(PLAINTIFFS_AMR_00000993-
21              1005)
22
23 Exhibit 109   AMR November 2017 Investor   223
24              Update
25              (AMR_SDTX00032810)

3 (Pages 6 - 9)

Page 230

1  all those are included.
2     Q.   There's -- the two that you said are
3  missing are Ash 4B and 5B?
4     A.   Correct.  It's -- the chart says eight
5  infill wells, but eight infill wells are not shown
6  on the chart.
7     Q.   And you -- do you recall doing any work
8  to understand why those two wells were not included
9  in this chart that's shown in Figure 54 of your
10 report?
11    A.   I -- I imagine because they were poor --
12 poor producers.
13    Q.   And why do you imagine that would be the
14 reason why they were not included in this chart?
15    A.   It would portray a different outcome as
16 to what was intended to bolster their development
17 process.
18    Q.   How would the inclusion of those two
19 wells portray a different outcome?  And -- sorry.
20 Go ahead.
21        MR. SHER:  Objection.
22    A.   It would bring the average well -- the
23 result of the average well down significantly.
24 Although, there's not an average shown on this
25 chart, but it would show additional data points that

Page 231

1  are well below the type curve.
2     Q.   And so is it your opinion that these --
3  those two wells were not included because including
4  them would portray an outcome that would not, to use
5  your word, bolster their development process?
6         MR. SHER:  Objection.
7     A.   I can't speculate what their reasoning.
8  I can only make a guess.
9         MR. PETERS:  We can -- I'd like to
10    introduce the next exhibits.
11 BY MR. PETERS:
12    Q.   Before we do that, Mr. Kirkland, sorry
13 for the false start there.
14        Are you familiar with what ARIES is?
15    A.   Yes.
16    Q.   Did you review ARIES data in connection
17 with preparing your report?
18    A.   I reviewed some ARIES property tables,
19 yes.
20    Q.   Did you rely on ARIES data from --
21 produced in this litigation to assess well
22 performance of AMH wells?
23    A.   I don't believe so.  I really looked at
24 it.  There were certain things that had -- was more
25 tables that described wells, saying which generation

Page 232

1  the fracs were; if -- you know, if they were
2  categorizing wells as "parent" or "child"; where the
3  wells were located; what their EURs were at a
4  certain point in time.  That type of information.
5     Q.   Outside of this litigation, have you
6  used ARIES' database to evaluate well performance?
7     A.   Yes.
8     Q.   And have you used -- outside of this
9  litigation, have you used ARIES' database to assess
10 when a well achieved first oil?
11    A.   I wouldn't have used ARIES for that, I
12 don't believe.
13    Q.   What would you have used?
14    A.   I would have just looked at the
15 production and see if there was, you know,
16 consistent measurable oil for, you know, a few days.
17    Q.   Do you know whether you could have --
18 whether ARIES can be used to -- to look up
19 information about the date of first oil of a well?
20    A.   That would have been something, I
21 imagine, was probably hard coded by -- by an
22 engineer into the -- into the case, the well case in
23 ARIES.
24        MR. PETERS:  Okay.  I'd like to
25    introduce the next exhibits, please.  So there

Page 233

1  will be two exhibits: 110 and 111.
2         (Exhibit 110 marked for identification.)
3         MR. PETERS:  And here is 111.
4         (Exhibit 111 marked for identification.)
5         MR. PETERS:  Sorry.  Can we go off the
6  record for a second, please?
7         THE VIDEOGRAPHER:  We're off the record
8  at 3:56.
9         (Recess taken.)
10        (Exhibit 111 withdrawn)
11        THE VIDEOGRAPHER:  We're back on the
12 record at 3:59.
13        MR. PETERS:  Welcome back.  Sorry for
14 the slight interruption.  We withdrew
15 Exhibit 111 because it was identical to 110.
16 BY MR. PETERS:
17    Q.   So during the slight interruption,
18 Mr. Kirkland, were you able to review the
19 Exhibit 110?
20    A.   I -- yes.  It looks to be daily
21 production data output from ARIES.
22    Q.   Correct.  And do you see -- so it's for
23 two wells.  It's -- I'll focus you on, there's two
24 sheets for two different wells.  Do you see one that
25 has a Prop Num OB8G064AVA?

```
                                                    Page 298
 1        UNITED STATES DISTRICT COURT
 2        SOUTHERN DISTRICT OF TEXAS
 3             HOUSTON DIVISION
 4                          :
   In Re:                   :
 5                          : Civil Action No.
   ALTA MESA RESOURCES, INC.,  :
 6 SECURITIES LITIGATION    : 4:19-CV-00957
                            :
 7                          :
 _____X
 8
 9         REPORTER'S CERTIFICATION
10     VIDEO-RECORDED ORAL DEPOSITION OF
11             TAYLOR J. KIRKLAND
12             NOVEMBER 15, 2023
13
14      I, MAYLEEN AHMED, a Registered Merit
15 Reporter, Certified Realtime Reporter, and a Texas
16 Certified Shorthand Reporter, CSR #9428, hereby
17 certify to the following:
18      That the witness, TAYLOR J. KIRKLAND,
19 appeared before me and was duly sworn by me, and
20 that the transcript of the oral deposition is a true
21 record of the testimony given by the witness;
22      That said proceedings were taken before me
23 on November 15, 2023, taken down stenographically at
24 the time therein set forth, and thereafter
25 transcribed by me;
```

```
                                                    Page 299
 1      That in accordance with FRCP 30(e), before
 2 completion of the proceedings, review of the
 3 transcript was not requested and signature was
 4 reserved by the witness.
 5      I further certify that I am neither counsel
 6 for, related to, nor employed by any of the parties
 7 in the action in which this proceeding was taken,
 8 and further that I am not financially or otherwise
 9 interested in the outcome of this action.
10      Certified to by me on this 18th day of
11 November, 2023.
12
13      [signature: Mayleen Ahmed]
14
15      /s/ MAYLEEN AHMED, RMR, CRR, CRC
16      Texas CSR No. 9428 - Exp 7/31/25
        Washington CCR No. 3402 - Exp 12/29/23
17      Oregon CSR No. 17-0447 Exp 12/31/23
        California CSR No. 14830 Exp 12/31/23
18      New York Realtime Certified Reporter
        New York Notary Public
19
20      Veritext Legal Solutions
        Registered Firm: 571
21
22
23
24
25
```

76 (Pages 298 - 299)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |

**Errata To November 15, 2023 Deposition of Taylor Kirkland**

| Page / Line | Transcript Reads | Transcript Should Read | Reason For Change |
|---|---|---|---|
| 47/14 | A line | align | mistranscribed |
| 49/17 | Sleek | Slick | mistranscribed |
| 52/18 | Corer | Core | mistranscribed |
| 68/21 | Invaris | Enverus | misspelled |
| 128/5 | Proved and | Proven | mistranscribed |
| 212/17 | 1630 | 630 | mistranscribed |
| 214/24 | Bollis | Bullis | misspelled |
| 256/14 | Weld-in sleeves | Well densities | mistranscribed |
| 259/15 | Dogmas | documents and | mistranscribed |

| Page / Line | Transcript Reads | Transcript Should Read | Reason For Change |
|---|---|---|---|
| 263/2 | Corridor | Core | mistranscribed |
| 276/14 | Hydrating | High grading | mistranscribed |

12/29/23
_____

(Date Signed)

*[signature]*
_____

Taylor Kirkland (Signature)