UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 (CONSOLIDATED) <br><br> JUDGE GEORGE C. HANKS, JR. <br><br> THIS DOCUMENT RELATES TO: <br><br> CASE NO. 4:22-CV-01189 <br> CASE NO. 4:22-CV-02590 |

**THE DIRECT ACTION PLAINTIFFS' UNOPPOSED MOTION TO SEAL (1) THE DIRECT ACTION PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO EXCLUDE THE TESTIMONY OF STEVEN J. PULLY AND TO PARTIALLY EXCLUDE THE TESTIMONY OF CHARLES WHITEHEAD (DKT. 618)**

The Alyeska Plaintiffs and the Orbis Plaintiffs[1] (collectively, the "Direct Action Plaintiffs") respectfully request leave to file under seal unredacted copies of (1) the Direct Action Plaintiffs' Reply in Further Support of their Motion to Exclude the Testimony of Steven J. Pully and to Partially Exclude the Testimony of Charles Whitehead (the "Reply") (Dkt. 618).

---

[1] The "Alyeska Plaintiffs" are: Alyeska Master Fund, L.P., Alyeska Master Fund 2, L.P., and Alyeska Master Fund 3, L.P. The "Orbis Plaintiffs" are: Orbis Global Equity LE Fund (Australia Registered), Orbis Global Equity Fund (Australia Registered), Orbis Global Balanced Fund (Australia Registered), Orbis SICAV, Orbis Institutional Global Equity L.P., Orbis Global Equity Fund Limited, Orbis Institutional Funds Limited, Allan Gray Australia Balanced Fund, Orbis OEIC, and Orbis Institutional U.S. Equity L.P.

1

As grounds for this motion, the Direct Action Plaintiffs state as follows:

1. On August 17, 2021, the Court entered the Stipulation and Protective Order ("PO") (Dkt. 190), which governs the handling of confidential information exchanged in discovery in this matter.

2. According to Paragraph 24 of the PO, "[i]f any party submits Confidential Discovery Material or Confidential Attorney Eyes Only Discovery Material to the Court, the submission ***must*** be filed only under seal on CM/ECF if filed electronically[.]" PO at ¶ 24 (emphasis added).

3. The Direct Action Plaintiffs' Reply contains, describes and refers to non-public documents and information that have been designated by the parties and nonparties as Confidential Discovery Material or Confidential Attorney Eyes Only Discovery Material, pursuant to the PO.

4. On February 1, 2024, prior to the filing of the Reply, the Direct Action Plaintiffs asked counsel for all Defendants and the Class Plaintiffs by e-mail if they opposed the filing of the Reply under seal, and no counsel opposed or objected to the filing.

5. Today, pursuant to the PO, the Direct Action Plaintiffs filed the Reply under seal. The Direct Action Plaintiffs will file a public, redacted version of the Reply within five (5) business days.

6. The Direct Action Plaintiffs are bound by the provisions of the PO, and therefore must, and now do, seek leave to file the Reply under seal.

THEREFORE, the Direct Action Plaintiffs request that the Court grant their request for leave to file under seal unredacted copies of the Reply.

Dated:  February 2, 2024

        Respectfully submitted,

        By: */s/ Lawrence M. Rolnick*
        Lawrence M. Rolnick
        Michael J. Hampson
        Matthew A. Peller
        Joseph R. Sparacio
        **ROLNICK KRAMER SADIGHI LLP**
        1251 Avenue of the Americas
        New York, New York 10020
        (212) 597-2800
        lrolnick@rksllp.com
        mhampson@rksllp.com
        mpeller@rksllp.com
        jsparacio@rksllp.com

        *Attorneys for the Alyeska and Orbis Plaintiffs*

        Jules P. Slim
        TX Bar No. 00793026
        Attorney and Counselor
        PO Box 140307
        Irving, TX 75014-0307
        Tel.: (214) 350-5183
        Fax: (214) 350-5184
        jslim@slimlawfirm.com

        *Counsel for the Alyeska and Orbis Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that this motion has been served on counsel of record via the Court's ECF system on February 2, 2024.

                                                       */s/ Lawrence M. Rolnick*
                                                       Lawrence M. Rolnick

## CERTIFICATE OF CONFERENCE

I certify that on February 1, 2024, counsel for the Direct Action Plaintiffs conferred by e-mail with counsel for all Defendants and the Class Plaintiffs regarding the substance of this Motion. No parties opposed.

                                                       */s/ Lawrence M. Rolnick*
                                                       Lawrence M. Rolnick