## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |

### [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO FILE UNDER SEAL THEIR REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT AND ACCOMPANYING EXHIBIT APPENDIX

The Court having considered the Motion to File Under Seal their Replies in Support of their Motions for Summary Judgment and supporting appendix of exhibits in support of same of Defendants Alta Mesa Resources, Inc., Riverstone Holdings, LLC, Harlan H. Chappelle, Stephen S. Coats, Michael E. Ellis, William Gutermuth, James T. Hackett, Pierre F. Lapeyre, Jr., David M. Leuschen, Donald R. Sinclair, Ronald J. Smith, Jeffrey H. Tepper, Thomas J. Walker, and Diana J. Walters ("Defendants"), and for good cause shown, HEREBY ORDERS THAT Defendants' Motion to Seal is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court is directed to place the unredacted versions of Defendants' Replies in Support of their Motions for Summary Judgment, as well as the entirety of Exhibits in support of the Motion under seal, without further order of the Court.

It is so ORDERED.

**Signed on _____, 2023**

_____
**Honorable George C. Hanks, Jr.**
**United States District Judge**