# HEARING MINUTES

Cause No:      4:19-CV-957

Style:         Camelot Event Driven Fund, A Series of Frank Funds Trust v. Alta Mesa Resources, Inc. f/k/a Silver Run Acquisition Corporation II et al

Hearing Type:  Status conference

**Appearances:**

| Counsel | Representing |
|---|---|
| Christopher Darnell Porter | Don Dimitrievich; HPS Investment Partners, LLC |
| Michael J. Hampson | Alyeska Plaintiffs; Orbis Plaintiffs |
| Andrew J. Entwistle | FNY plaintiffs; Paul Burbach |
| James Christian Word | Alta Mesa Resources, Inc. and certain of its current and former officers and directors; Riverstone Holdings, Inc. |
| Carol C. Villegas | Camelot Event Driven Fund |
| Trig R. Smith | Plumbers and Pipefitters National Pension Fund |
| Adam Pollet | ARM Energy Holdings |
| Kenneth Alan Young | Bayou City Energy Management; William McMullen |

| | |
|---|---|
| Date:  February 1, 2024 | Court reporter:  ERO |
| Time: 11:30 a.m.—12:18 p.m. | Law Clerk: L. McKinney |

At the hearing, the following rulings were made as stated on the record:

The Court held a status conference.

Attorney Carol C. Villegas's motion to appear pro hac vice [Dkt. 594] is **GRANTED**.

All unopposed motions to seal documents [Dkt. 504, 506, 517, 527, 528, 534, 563, 587, 589, 590] are **GRANTED**.

Docket entry 392 has been resolved by the parties and is **TERMINATED**.

The Court and the parties discussed scheduling trial for the first two weeks in June, 2024. Docket call will be held **on April 12, 2024 at 3:30 p.m.**

The Court will hold another status conference **on February 21, 2024 at 1:00 p.m., by video.**

> George Hanks is inviting you to a scheduled ZoomGov meeting.
> Join ZoomGov Meeting
> https://www.zoomgov.com/j/1613328897?pwd=Y3lsQjFMNVBmSGVFNXJZbEdGaE9HUT09
>
> Meeting ID: 161 332 8897
> Passcode: 504922
> Dial-in: 1-669-254-5252