United States District Court
Southern District of Texas
**ENTERED**
February 05, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957 |

**ORDER GRANTING**
**MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

Upon consideration of Defendant ARM Energy Holdings, LLC's ("ARM Energy") Motion to Withdraw and Substitute Counsel, it is hereby order that:

1. The Motion is GRANTED; and

2. The clerk is ordered to reflect on the docket the termination of attorney David A. Baay as counsel of record;

3. The clerk is further ordered to reflect on the docket the substitution of James L. Silliman as attorney-in-charge in this matter on behalf of Defendant ARM Energy.

**IT IS SO ORDERED.**

DATED:  February 5, 2024

_____
THE HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

50216104.1