United States District Court
Southern District of Texas
**ENTERED**
February 05, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 (CONSOLIDATED)<br><br>JUDGE GEORGE C. HANKS, JR.<br><br>THIS DOCUMENT RELATES TO:<br><br>CASE NO. 4:22-CV-01189<br>CASE NO. 4:22-CV-02590 |

**ORDER GRANTING
DIRECT ACTION PLAINTIFFS' UNOPPOSED MOTION TO SEAL**

The Court having considered Direct Action Plaintiffs' Unopposed Motion to Seal (1) the Direct Action Plaintiffs' Reply in Further Support of their Motion to Exclude the Testimony of Professor Audra L. Boone, Ph.D. (Dkt. 617), and (2) the Declaration of Lawrence M. Rolnick in Further Support of the Direct Action Plaintiffs' Motion to Exclude the Testimony of Professor Audra L. Boone, Ph.D., together with the exhibits thereto (Dkt. 616), dated February 2, 2024 (the "Seal Motion"), and for good cause shown, the Seal Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to place the Direct Action Plaintiffs' Reply in Further Support of their Motion to Exclude the Testimony of Professor Audra L. Boone, Ph.D. (Dkt. 617), and the Declaration of Lawrence M. Rolnick in Further Support of the Direct Action Plaintiffs' Motion to Exclude the Testimony of

1

Professor Audra L. Boone, Ph.D., together with the exhibits thereto (Dkt. 616), under seal, without further order of the Court.

Signed this 5th day of _____February_____, 2024

_____
HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE
