United States District Court
Southern District of Texas
**ENTERED**
February 05, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |

### ORDER GRANTING DEFENDANTS'
### MOTION TO FILE UNDER SEAL DEFENDANTS' REPLY
### IN SUPPORT OF THEIR MOTION TO EXCLUDE CLASS PLAINTIFFS'
### ACCOUNTING EXPERT D. PAUL REGAN AND EXHIBITS 17-19

The Court having considered Defendants' Unopposed Motion to File Under Seal Defendants' Replies in Support of their Motion to Exclude Class Plaintiffs' Accounting Expert D. Paul Regan, Accompanying Appendix of Exhibits, and Proposed Order in Support of Same, IT IS HEREBY ORDERED that Defendants' Motion to Seal is GRANTED.

**Signed On** February 5, 2024

_____
**George C. Hanks, Jr.**
**United States District Judge**