**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 (CONSOLIDATED) <br><br> JUDGE GEORGE C. HANKS, JR. <br><br> THIS DOCUMENT RELATES TO: <br><br> CASE NO. 4:22-CV-01189 <br> CASE NO. 4:22-CV-02590 |

**DECLARATION OF LAWRENCE M. ROLNICK IN FURTHER SUPPORT OF THE DIRECT ACTION PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF PROFESSOR AUDRA L. BOONE, PH.D.**

Pursuant to 28 U.S.C. § 1746, Lawrence M. Rolnick, under penalty of perjury, hereby declares as follows:

1. I am a partner at the law firm of Rolnick Kramer Sadighi LLP, counsel to the Direct Action Plaintiffs. I submit this declaration in Further Support of the Direct Action Plaintiffs' Motion to Exclude the Testimony of Audra L. Boone, Ph.D.

2. Attached hereto as **Exhibit 1** is a true and correct excerpted copy of the deposition transcript of René Stulz, Ph.D., dated November 17, 2023.

3. Attached hereto as **Exhibit 2** is a true and correct excerpted copy of the deposition transcript of Audra L. Boone, Ph.D. dated November 16, 2023.

4. Attached hereto as **Exhibit 3** is a true and correct excepted copy of the deposition transcript of Zachary Nye, Ph.D., dated November 14, 2023.

1

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 2, 2024.

By: */s/ Lawrence M. Rolnick*
Lawrence M. Rolnick
**ROLNICK KRAMER SADIGHI LLP**
1251 Avenue of the Americas
New York, New York 10020
(212) 597-2800
lrolnick@rksllp.com