# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO FILE UNDER SEAL DEFENDANTS' OPPOSITION TO CLASS PLAINTIFFS' MOTION TO STRIKE THE KPMG MEMO AND EXHIBITS 1-4

The Court having considered Defendants' Motion to File Under Seal Defendants' Opposition to Class Plaintiffs' Motion to Strike the KPMG Memo, and accompanying declaration and exhibits, and for good cause shown, HEREBY ORDERS THAT Defendants' Motion to Seal is GRANTED

IT IS FURTHER ORDERED that the Clerk of the Court is directed to place the unredacted versions of Defendants' Opposition to Class Plaintiffs' Motion to Strike the KPMG Memo, as well as the entirety of Exhibits in support of the Motion under seal, without further order of the Court.

**Signed On**   February 12, 2024

_George C. Hanks Jr._
**George C. Hanks, Jr.**
**United States District Judge**