UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>**PUBLIC VERSION OF DKT. 607-1** |

**DECLARATION OF ANDREW J. ENTWISTLE IN SUPPORT OF CLASS PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO EXCLUDE CERTAIN OPINION TESTIMONY BY DEFENDANTS' EXPERT ROBERT RASOR**

I, Andrew J. Entwistle, declare as follows:

1. I am a Partner at the law firm Entwistle & Cappucci LLP, counsel for Class Plaintiffs and Court-Appointed Co-Class Counsel. I am a member of the Bar of the State of Texas and am admitted to practice before this Court.

2. I respectfully submit this declaration in support of Class Plaintiffs' Reply in Further Support of Their Motion to Exclude Certain Opinion Testimony by Defendants' Expert Robert Rasor.

3. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

4. Attached hereto as Exhibit 18 is a true and correct copy of an excerpt of the transcript of the deposition of Robert Rasor, taken November 8, 2023.[1]

---

[1] Exhibit numbers 1-17 are attached to the Declaration of Andrew J. Entwistle In Support of Class Plaintiffs' Motion to Exclude Certain Opinion Testimony By Defendants' Expert Robert Rasor (Dkt. 513-1).

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 2, 2024 in Austin, Texas.

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle

2

## CERTIFICATE OF SERVICE

I certify that the foregoing has been served under seal via the Court's ECF system, and a copy has been served via email to counsel for all parties on February 2, 2024.

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle
