UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>**PUBLIC VERSION OF DKT. 608-1** |

**DECLARATION OF ANDREW J. ENTWISTLE IN SUPPORT OF CLASS PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO EXCLUDE CERTAIN TESTIMONY BY DEFENDANTS' EXPERT EDWARD FETKOVICH**

I, Andrew J. Entwistle, declare as follows:

1. I am a Partner at the law firm Entwistle & Cappucci LLP, counsel for Class Plaintiffs and Court-Appointed Co-Class Counsel. I am a member of the Bar of the State of Texas and am admitted to practice before this Court.

2. I respectfully submit this declaration in support of Class Plaintiffs' Reply in Further Support of Their Motion to Exclude Certain Testimony by Defendants' Expert Edward Fetkovich.

3. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

4. Attached hereto are true and correct copies of the following documents[1]:

---

[1] Exhibit numbers 1-17 are attached to the Declaration of Andrew J. Entwistle In Support of Class Plaintiffs' Motion to Exclude Certain Opinion Testimony By Defendants' Expert Edward Fetkovich (Dkt. 516-1).

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 18 | Excerpt of Alta Mesa Resources, Inc.'s January 5, 2022 Responses and Objections to Lead Plaintiffs' First Requests for Production of Documents |
| 19 | Excerpt of Deposition Transcript of Edward Fetkovich dated Nov. 1, 2023 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 2, 2024 in Austin, Texas.

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle

## **CERTIFICATE OF SERVICE**

I certify that the foregoing has been served under seal via the Court's ECF system, and a copy has been served via email to counsel for all parties on February 2, 2024.

/s/ *Andrew J. Entwistle*
Andrew J. Entwistle