# EXHIBIT 19

Page 1

1              UNITED STATES DISTRICT COURT
2              SOUTHERN DISTRICT OF TEXAS
3                   HOUSTON DIVISION
4
5
6   IN RE ALTA MESA RESOURCES,  ) CASE NO.
7   INC. SECURITIES LITIGATION  ) 4:19-cv-00957
8
9
10
11         REMOTE VIDEOTAPED DEPOSITION OF
12                  EDWARD FETKOVICH
13                  NOVEMBER 1, 2023
14                    9:03 a.m. ET
15
16
17              Witness Appearing From:
18        Law Offices of Latham & Watkins LLP
                555 Eleventh Street, NW
19              Washington, D.C. 20004
20
21
22      Conducted Remotely Via Videoconference
23
24
25

[PAGES INTENTIONALLY OMITTED]

Page 249

1    Q.   Have you ever given an expert opinion on a
2    financial question outside of this case?
3    A.   I have not.
4    Q.   Have you ever given an expert opinion on
5    an accounting analysis outside of this case?
6    A.   I have not.
7    Q.   Did you -- did you calculate the impact of
8    Alta Mesa's ESP usage on its free cash flow?
9         MS. GRAGERT:  Let me see the question.
10        Okay.  You can answer.
11   A.   No, I did not.
12   Q.   Okay.  In your economic analysis, what did
13   you use for Alta Mesa's cost of capital?
14   A.   10 percent.
15   Q.   10 percent?  And how did you derive the
16   10 percent cost of capital?
17   A.   That is what I have seen in some of their
18   presentations.  Again, that was what was in their
19   ARIES database.
20   Q.   Did your economic analysis account for the
21   additional costs of operating the ESPs?
22   A.   It did.
23   Q.   It accounted for the cost of electricity?
24   A.   It did.
25   Q.   Did it account for the cost of repairs?

```
                                                        Page 250
 1        A.   It did not.  And the reason why -- the
 2   explanation on that is we ran the ES- -- we ran the
 3   economics for the duration that the ESP was in.
 4   When it was in -- when it was removed, the economics
 5   were terminated, for those that were removed.
 6        Q.   And what about the ones that were removed
 7   in 2019?  Did you account for the cost of those
 8   removals?
 9        A.   We did not account for the cost of the
10   removals.  We could have, but we did not account for
11   the cost of the removals.
12        Q.   What about for the wells that were
13   converted from gas lift to ESP and then reconverted
14   to gas lift?  Did you account for the cost of the
15   additional installation of a gas lift?
16        A.   At the end after the ESP was removed?
17        Q.   Yes.
18        A.   We did not, but I am aware of those costs.
19        Q.   Did your economic analysis account for the
20   negative effects on production from offset wells due
21   to ESP usage?
22        A.   In the economic analysis, it did not, but
23   we were informed on the impact on the offsets.  And
24   of the 81 installations, I noted that I believed
25   that there were three that had a -- an overall --
```

Page 251

1   that had offset impact out of the 81.
2        Q.   And how did you -- how did you reach that
3   conclusion that only three of those 81 had offset
4   impact?
5        A.   Looking -- looking through the production
6   plots that were for all the wells.  I think that was
7   in Appendix C.  I would go through and look at all
8   the wells in the pattern at the time that the ESP
9   was installed and then looked at the offset
10  performance to see if there was -- to see if there
11  was any impacts.
12            And sometimes there was actually positive
13  impact on the offsets where the ESP actually acted
14  as a sump to pull water off offset wells.  There
15  were wells where the -- in some instances where
16  what -- the production dropped.  There are other
17  wells where actually the decline of the offset wells
18  became much shallower afterwards.
19            So there were a lot of information.  There
20  was a lot -- there were a lot of moving parts to
21  that, but we did -- we did look at it.  And I would
22  say that we looked at the ESP installations on
23  improved production and in wells where they were
24  installed to improve production or wells that they
25  installed for a frac hit.

1                There were of the 81, roughly -- so this
2        is approximate.  About half of those, give or take,
3        were to improve production, and the other half, give
4        or take, were for frac hits.  If I subdivide those,
5        it coincidentally turned out that approximately half
6        in each category were involved with being installed
7        in a pattern with multi-wells.  The other half were
8        actually installed in wells where they were the only
9        wells in a section.
10                And therefore, those installations were
11        critical because they -- by installing the ESP and
12        restoring the production or improving the
13        production, they protected the rights to the mineral
14        owner.  So they protected against drainage, which I
15        thought was important.
16           Q.    And did you include that benefit in your
17        economic analysis?
18           A.    Didn't.  Did not.
19           Q.    You talk about the 81 installations.
20        Those are frac hits and what you call improved
21        production.  But that does not include any analysis
22        of the installation in new wells, correct?
23           A.    That is correct.
24           Q.    And you're giving -- you offer no opinion
25        about the economic impact of the installation of

1    those 21 ESPs in new wells.  Is that correct?
2         A.    That's correct.  And the reason why is
3    with the improved production of the frac hits, you
4    had a before and after.  You had an artificial lift
5    before and an artificial lift after.  Didn't know
6    how to run the economics of the before.  And that's
7    the reason why.  I mean, you -- there could be lots
8    of questions about assumptions when there wasn't any
9    basis for it.  So that's -- that's why I didn't.
10        Q.    Well, couldn't you -- couldn't you look
11   at, sort of on an average basis for comparable new
12   wells, develop a type curve for no ESP and a type
13   curve for ESP and get a sense?
14        A.    The answer to that is that -- that would
15   create significantly more uncertainty than it
16   creates certainty.  There's -- if you look through
17   those production plots, you can see that there's
18   any -- if you look across all the wells, there's
19   quite a variation in the production performance from
20   the vari- -- from all the various wells.  I wouldn't
21   know how to do that.
22              Now, an observation was that, in general,
23   the wells that I looked at that had an ESP installed
24   in a new well, in general, those ESPs seemed to
25   outperform the other wells.

Page 254

1        So I am not sure how -- I -- there was a
2   thought to do it, but it was like, I don't -- I'm
3   not sure how I would do it, how I -- how I could do
4   it and be able to sit here and defend, you know,
5   exactly the process, the thought process that would
6   go into analyzing -- analyzing that.
7        But the wells -- the new wells that had
8   ESPs, if you look through those plots, generally the
9   production character of those wells was very smooth
10  and monotonic in their performance compared to the
11  gas lift wells which had a lot more noise with them.
12       So I didn't see -- again, to answer your
13  question, I didn't see a solid basis for creating a
14  "not" case.
15       Q.   Did you look at the impact of ESPs in new
16  wells on wells offset to those new wells?
17       A.   There isn't any way to make that
18  assessment.  I don't -- I don't know how to make
19  that assessment.
20       Q.   Could you calculate the costs associated
21  with installing and operating ESPs in the new wells?
22       A.   Well, the cost of installing, yes.  We had
23  that information.  And the cost of operating, we
24  had -- we had that information.
25       Q.   So -- but you did not provide in your

Page 255

1  report, you did not provide the cost of the new well
2  ESPs, correct?
3       A.   That is correct, for all the reasons that
4  I stated.
5       Q.   And did you calculate the cost of the new
6  well installations during your -- during the course
7  of your work?
8       A.   No, I did -- I just did not make an effort
9  on those wells.
10      Q.   If there's 21 of them and we use the gross
11 capex figure of $453,000 per install, that gets us,
12 you know, just rough cut it, a gross cost of about
13 $9.5 million, right?
14           MS. GRAGERT:  Objection.
15      A.   Okay.
16           THE REPORTER:  I'm sorry.  What was the
17 answer?
18           MR. BRODEUR:  He said "okay."
19           THE REPORTER:  Okay.
20      Q.   Is it true that when a well is frac hit --
21 just take a step off of the ESPs just for one
22 second.  When the well is frac hit, the production
23 can drop to minimal or even zero, correct?
24      A.   That is correct.
25      Q.   And then is it true that sometimes a

Page 256

1  frac-hit well can return to its prior or close,
2  return to close to its prior production curve over
3  time without the intervention of an ESP?
4      A.   Yes.  And I -- and I actually -- I
5  actually state that in my rebuttal report.  I
6  actually state that along with examples.  I stated
7  there are many examples where that occurs.  The
8  problem is you don't know because I also show a
9  number of examples where a frac-hit well that
10 remained on gas lift never returned to its pre-frac
11 hit rate or never returned to any hydrocarbon rate
12 at all.  And that is the unknown.
13           The problem is, especially with a frac-hit
14 well, if I've got a -- for the sake of round numbers
15 only, if I have a $4 million investment and it gets
16 knocked off online, gets knocked off-line where it's
17 not producing anything, that's a problem.  If I can
18 make a few-hundred-thousand-dollar investment and
19 get that well back online, that's -- that's
20 important, because I have a significant investment
21 that is not available to me to produce.
22     Q.   When you were calculating the incremental
23 additional oil for the ESPs in the frac-hit wells,
24 did you account for the possibility that the
25 frac-hit well would have recovered somewhat on its

1  own without the ESPs?
2      A.  I did not.  I -- to answer your question,
3  I assume -- the rate that it was producing at
4  before, if it was zero, I assumed it was zero.  If
5  it was producing a -- some number, we just attempted
6  to forecast that out or I forecasted that out and
7  said that was the -- that was the base.
8          So there is not -- and honestly, some of
9  that's why I didn't go into the economics at the
10 beginning because it becomes -- you know, there's
11 lots of questions you can ask.  But then for this
12 exercise, I went through based on commentary that I
13 saw.  "Well, we need to make an estimate.  We will
14 go through and make an assessment, and then we'll
15 answer questions around that assessment."
16         So that was the -- that was the thinking
17 for putting it in the rebuttal because the
18 commentary was around the fact that there was no
19 basis and no reason to do it, of which I disagree
20 with.
21     Q.  Yeah.  So is it a fair assumption that at
22 least some of those frac-hit wells would have
23 recovered somewhat on their own without the ESP?
24     A.  I have no way to answer that.
25     Q.  If it is true that some of those frac-hit

Page 258

1  wells would have recovered somewhat on their own
2  without the ESPs, does that mean that your analysis
3  somewhat overstated the incremental oil production
4  due to the installation of the ESP?
5      A.   If what you say -- if what you say occurs,
6  then that would be a true statement.
7      Q.   If we look at page 24 of your rebuttal
8  report.
9      A.   Okay.
10     Q.   All right.  And I'm looking at subsection
11 2, and I see you have a bulleted breakdown of the
12 frac-hit wells and the production wells.
13          Do you see that?
14     A.   I do see that, yes.
15     Q.   And based on your analysis, are you saying
16 that there was a $7.18 million present value benefit
17 to ESP installations in the frac-hit wells?
18     A.   That's -- that is what I'm saying, yes.
19     Q.   And then in the -- in the improved
20 production category, that's 45 wells, correct?
21     A.   That's correct, yes.
22     Q.   And you're saying that the economic impact
23 of the well -- the ESP installs and the improved
24 production wells in total was $.836 million in
25 present value.  Is that -- am I understanding that?

Page 259

1    A.   For the improved production, yes.
2    Q.   Okay.  And then so that's 36 frac-hit
3  wells, 45 improved production wells.  And as we've
4  discussed, there's no analysis on the 21 new well
5  installations, correct?
6    A.   Correct.
7    Q.   Okay.  And the results that are shown in
8  this -- this little bulleted summary, that's based
9  on -- the costs in that are based on the AFEs?  Is
10 that correct?
11   A.   That is correct.  It's based on the AFEs.
12   Q.   Are you aware of testimony in this case
13 that -- or any evidence in this case that Alta Mesa
14 understated certain costs in some of their AFEs?
15        MS. GRAGERT:  Objection.
16   A.   I'm not aware.  I'm not aware of that.
17   Q.   Do you know whether the AFEs would include
18 the operating costs of the ESPs, including
19 electricity?
20   A.   No, the AFEs would not.  That would have
21 been in the ARIES economics case.
22   Q.   And did you -- did you -- so when you say
23 you based it on the AFE, did you take that number of
24 the AFE and then did you add the cost of electricity
25 on top of that?

Case 4:19-cv-00957   Document 656-3   Filed on 02/13/24 in TXSD   Page 15 of 17

Page 260

1    A.   No.  So what happened is the cost to
2    install is a capital cost.  Okay?  That's an
3    up-front capital cost.  The cost to operate is an
4    operating cost that's -- that's different.
5         What we did, because Alta Mesa did not
6    provide significant detail on well-by-well-by-well
7    operating costs, we used the ARIES economics
8    database was -- that -- and the way they were set up
9    at the end of 2017.  And what they had in there was
10   a average cost to operate a well.  Okay?  And so
11   what we did was we assumed that that operating cost
12   would be in force or in effect had the well remained
13   on gas lift.
14        When -- for the case where -- for the part
15   of the case that assumed the ESP install, we doubled
16   that cost.  And we felt like that was actually
17   probably really conservative, on the high side, to
18   double the -- to just take that cost and double it.
19   It should have been more like 50 percent, but we
20   felt like that was a reasonable thing to do.
21        So to understand the way we ran the
22   economics, if we had a well that was on improved
23   production, we saw how it was trending before the
24   ESP was installed; we forecasted that production to
25   get a base case.  We had those -- we had those

212-279-9424                www.veritext.com                212-490-3430

1  operating costs I just mentioned.  That would be
2  like the negative one case in ARIES.  And then for
3  the positive one case, we had the capital cost to
4  install the -- to install the ESP.
5           And then the production history for that
6  install was the production history, right?  We
7  didn't do anything to finesse that.  It was the
8  production history.  And the economic case lasted
9  for as long as the ESP was installed.
10          If the ESP was never removed, then we
11 simply ran the case to the end of the available data
12 that we had, which was the February of 2020.  And
13 that's how we ran it.
14          MS. GRAGERT:  Counsel, you've got about 30
15 minutes left.
16          MR. BRODEUR:  Well, I'm not sure about
17 that, but it should be enough.
18      Q.  The -- did you -- did you project
19 incremental oil production out for the life of the
20 wells if the ESP was not removed?
21      A.  No.  We stopped -- if the ESP was not
22 removed, we just -- we stopped at the ca- -- at the
23 end of available history, which for us was February
24 of 2020.
25      Q.  Let's go to Appendix A of your rebuttal

[PAGES INTENTIONALLY OMITTED]