UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>**PUBLIC VERSION OF DKT. 609-1** |

## DECLARATION OF TRIG R. SMITH IN SUPPORT OF CLASS PLAINTIFFS' REPLY IN SUPPORT OF CLASS PLAINTIFFS' MOTION TO EXCLUDE CHARLES WHITEHEAD'S OPINION NO. 1

I, Trig R. Smith, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for plaintiff in the above-entitled action.

2. I respectfully submit this declaration in support of Class Plaintiffs' Reply in Support of Class Plaintiffs' Motion to Exclude Charles Whitehead's Opinion No. 1

3. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

4. Attached hereto are true and correct copies of the following documents[1]:

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| P. | Transcript excerpts of the Videotaped Deposition of Charles Whitehead, dated November 17, 2023 |

---

[1] Exhibit numbers A-O are attached to the Declaration of Trig R. Smith In Support of Class Plaintiffs' Motion to Exclude Charges Whitehead's Opinion No. 1 (Dkt. 519-1).

- 1 -

- 2 -

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| Q. | Caroline Lievore, et al., *Research ethics: a profile of retractions from world class* universities, 126 Scientometrics 6871 (2021) |
| R. | Adam Badawi, et al., *Does Voluntary Disclosure Matter? The Case of Fairness Opinions in Mergers and Acquisitions*, 66 Journal of Law and Economics 535 (2023) |
| S. | Adam Badawi, et. al., *Is There a First-Drafter Advantage in M&A?*, 107 California Law Review 1119 (2019) |
| T. | Felix Zhiyu Feng, et al., *The Incentives of SPAC Sponsors*, working paper at 2, 2023, https://papers.ssrn.com/sol3/papers.cfm?abstract_id=4069007) |
| U. | Iqbal Ahmed Chowdhury, *Issue of Quality in a Qualitative Research: An Overview*, 8 Innovative Issues and Approaches in Social Sciences (2015) |
| V. | W. Newton Suter, *Introduction to Educational Research, A Critical Thinking Approach*, ch. 12 Qualitative Data, Analysis, and Design (2nd ed.) (2012) |

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 1, 2023, at San Diego, California.

                                                     s/ Trig R. Smith
                                                     TRIG R. SMITH

## CERTIFICATE OF SERVICE

I certify that the foregoing has been served under seal via the Court's ECF system, and a copy has been served via email to counsel for all parties on February 2, 2024.

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle
