UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>PUBLIC VERSION OF DKT. 610-1 |

**DECLARATION OF ANDREW J. ENTWISTLE IN SUPPORT OF CLASS PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO EXCLUDE THE TESTIMONY OF JOHN FIEBIG**

I, Andrew J. Entwistle, declare as follows:

1. I am a Partner at the law firm Entwistle & Cappucci LLP, counsel for Class Plaintiffs and Court-Appointed Co-Class Counsel. I am a member of the Bar of the State of Texas and am admitted to practice before this Court.

2. I respectfully submit this declaration in support of Class Plaintiffs' Reply in Further Support of Their Motion to Exclude the Testimony of John Fiebig.

3. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

4. Attached hereto are true and correct copies of the following documents[1]:

---
[1] Exhibits 1-15 are attached to the Declaration of Ira A. Schochet in Support of Class Plaintiffs' Motion to Exclude the Testimony of John Fiebig (Dkt. 535-1).

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 16 | Excerpt of Deposition Transcript of John P. Fiebig dated Nov. 16, 2023 |
| 17 | Excerpt of Deposition Transcript of D. Paul Regan, CPA/CFF, dated November 2, 2023 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 2, 2024 in Austin, Texas.

/s/ *Andrew J. Entwistle*
Andrew J. Entwistle

## **CERTIFICATE OF SERVICE**

I certify that the foregoing has been served under seal via the Court's ECF system, and a copy has been served via email to counsel for all parties on February 2, 2024.

                                                */s/ Andrew J. Entwistle*
                                                Andrew J. Entwistle