UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957 |

**CLASS PLAINTIFFS' UNOPPOSED MOTION TO SEAL THEIR (1) MOTION FOR SEPARATE TRIALS AND ACCOMPANYING DECLARATION AND EXHIBITS, (2) REPLY IN FURTHER SUPPORT OF MOTION TO STRIKE THE KPMG MEMO, AND (3) DECLARATION OF ANDREW J. ENTWISTLE <u>AND ACCOMPANYING EXHIBITS</u>**

Class Plaintiffs in the above-captioned action respectfully request leave to file under seal unredacted copies of their (1) Motion for Separate Trials of the Class Action and the Individual Actions Pursuant to Fed. R. Civ. P. 42(b) and accompanying declaration and exhibits (Dkt. 659), (2) Reply in Further Support of Motion to Strike the KPMG Memo (Dkt. 663), and (3) Declaration of Andrew J. Entwistle and accompanying exhibits (Dkt. 661) (collectively, the "February Confidential Filings").

As grounds for this motion, Class Plaintiffs state as follows:

1.       On August 17, 2021, the Court entered the Stipulation and Protective Order ("PO"), which governs the handling of confidential information exchanged in discovery in this matter.

2.       According to Paragraph 24 of the PO, "[i]f any party submits Confidential Discovery Material or Confidential Attorney Eyes Only Discovery Material to the Court, the submission ***must*** be filed only under seal on CM/ECF if filed electronically[.]" PO at

¶ 24 (emphasis added).

3.Class Plaintiffs' February Confidential Filings contain, describe and refer to non-public documents and information that have been designated by the parties and nonparties as Confidential Discovery Material pursuant to the PO.

4.On February 14, 2024 and February 16, 2024, Class Plaintiffs filed the February Confidential Filings under seal.  Class Plaintiffs will file public, redacted versions of these filings no later than March 1, 2024.   In the interim, Class Plaintiffs will confer with the parties whose Confidential information is contained in the February Confidential Filings to determine which portions must remain under seal.

5.Class Plaintiffs are bound by the provisions of the agreed-upon PO that this Court ordered on August 17, 2021, and therefore must seek leave to file their February Confidential Filings under seal.

THEREFORE, Class Plaintiffs request that the Court grant their request for leave to file under seal unredacted copies of their February Confidential Filings.

Dated: February 16, 2024

Respectfully submitted,

/s/ *Andrew J. Entwistle*
Andrew J. Entwistle (attorney-in-charge)
State Bar No. 24038131
Callie Crispin
State Bar No. 24104231
Sal H. Lee
State Bar No. 24127308
**ENTWISTLE & CAPPUCCI LLP**
500 West 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (512) 710-5960
Facsimile: (212) 894-7278

-and-

Joshua K. Porter (*pro hac vice*)
Brendan J. Brodeur (*pro hac vice*)
Andrew M. Sher (*pro hac vice*)
**ENTWISTLE & CAPPUCCI LLP**
230 Park Avenue, 3rd Floor
New York, NY 10169
Telephone: (212) 894-7200
Facsimile: (212) 894-7278

*Court-Appointed Co-Lead Counsel*


Carol C. Villegas (*pro hac vice*)
David Saldamando (*pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Plaintiff Camelot Event Driven Fund, A Series of Frank Funds Trust*

/s/ *Trig Smith*
Trig Smith (*pro hac vice*)
Lonnie Browne (*pro hac vice*)
John Kelley (*pro hac vice*)
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

*Court-Appointed Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

I certify that this motion has been served on counsel of record via the Court's ECF system on February 16, 2024.

                                            */s/ Andrew J. Entwistle*
                                            Andrew J. Entwistle

**CERTIFICATE OF CONFERENCE**

I certify that, on February 15, 2024, counsel for Class Plaintiffs conferred by e-mail with counsel for all parties regarding the substance of this motion. No parties opposed or objected.

                                            */s/ Andrew J. Entwistle*
                                            Andrew J. Entwistle