- 1 -

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>**PUBLIC VERSION OF DKT. 550** |

**DECLARATION OF TRIG SMITH IN SUPPORT OF CLASS PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE CLASS PLAINTIFFS' EXPERT WITNESS PROFESSOR ADAM BADAWI**

I, Trig R. Smith declare as follows:

1. I am a Partner at the law firm of Robbins Geller Rudman & Dowd LLP, counsel for Class Plaintiffs and Court-Appointed Co-Class Counsel. I am a member of the Bar of the States of California and Colorado and am admitted *pro hac vice* before this Court.

2. I respectfully submit this declaration in support of Class Plaintiffs' Opposition to Defendants' Motion to Exclude Class Plaintiffs' Expert Witness Professor Adam Badawi.

3. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

4. Attached hereto are true and correct copies of the following documents:

- 1 -

- 2 -

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| BX A | ███████████████████████████ |
| BX B | Excerpts of the Deposition Transcript of Adam Badawi, dated November 16, 2023; |
| BX C | Excerpts of the Deposition Transcript of Charles Whitehead, dated November 17, 2023; |
| BX D | Excerpts of the Deposition Transcript of William Gutermuth, dated May 9, 2023; |
| BX E | Excerpts of the Deposition Transcript of Jeffrey Tepper, dated April 11, 2023; |
| BX F | Excerpts of the Deposition Transcript of Diana Walters, dated April 5, 2023; and |
| BX G | Excerpts of the 30(b)(6) Deposition Transcript of Tudor Pickering, Holt & Co., witness Jeffrey P. Knupp, dated June 14, 2023. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 16, 2024 in San Diego, California.

_____
TRIG R. SMITH

4882-5828-2398.v1