# BX A

REDACTED IN ITS ENTIRETY