BX D

CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

IN RE:  ALTA MESA            §
RESOURCES, INC.              §   CASE NO. 4:19-cv-00957
SECURITIES LITIGATION        §

ORAL AND VIDEOTAPED DEPOSITION OF WILLIAM GUTERMUTH

MAY 9, 2023

** CONFIDENTIAL **

ORAL AND VIDEOTAPED DEPOSITION OF WILLIAM GUTERMUTH, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above styled and numbered cause on Tuesday, May 9, 2023, from 10:07 a.m. to 6:31 p.m., before Janalyn Elkins, CSR, in and for the State of Texas, reported by computerized stenotype machine, viz Zoom, pursuant to the Federal Rules of Civil Procedure and any provisions stated on the record herein.

[PAGES INTENTIONALLY OMITTED]

Page 80

1  Mr. Coats, less disclosure in board minutes, in SRun II
2  board minutes?
3                MS. WALLER:  Objection, form.
4                THE WITNESS:  Not as a general proposition
5  or not with respect to most minutes.  I thought that
6  these minutes were more detailed than they typically
7  were for SR2 minutes and probably more detailed than
8  public company board minutes typically are.
9                For instance, the board minutes, the
10 redacted part, but it referred to who asked what
11 question.  Board minutes typically do not do that.
12 You've asked me a couple of times, did I recall asking
13 any questions.  My questions are not reflected in the
14 minutes, but I regularly ask questions at every board
15 meeting and every conference call.  And this is the only
16 one in which they are -- appear to have minuted, which
17 is a departure from typical practice, which is why I
18 advised that probably following prior practice and
19 regular practice was a better idea.
20      Q.   (BY MS. FOX)  And so your commentary was solely
21 about the draft minutes from August 14, the August 14,
22 2017 meeting?
23      A.   Yes.
24                MS. WALLER:  Objection to form.
25      Q.   (BY MS. FOX)  Do you recall that the proposed

[PAGES INTENTIONALLY OMITTED]