BX F

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

```
IN RE ALTA MESA          )
                         ) CIVIL ACTION
RESOURCES, INC.          )
                         ) NO.: 4:19-cv-00957
SECURITIES LITIGATION    )
```

---

**ORAL AND VIDEOTAPED DEPOSITION OF**

**DIANA WALTERS**

**APRIL 14, 2023**

**(Reported Remotely)**

---

ORAL AND VIDEOTAPED DEPOSITION OF DIANA WALTERS, and duly sworn, was taken in the above-styled and numbered cause on the APRIL 14, 2023, from 10:36 a.m., to 6:20 p.m., before Kelly Bryant, CSR in and for the State of Texas, reported by machine shorthand, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

[PAGES INTENTIONALLY OMITTED]

Page 53

1    A.   I don't recall that name.
2    Q.   Now, as a member of the board and an audit
3  committee chairperson, did you have any dealings with
4  the deal team in connection with their search for
5  appropriate assets to acquire?
6    A.   No, not -- not in the search.
7    Q.   Once the search was over and the deal team had
8  identified Kingfisher and Alta Mesa Holdings as
9  potential targets, were you involved in due diligence of
10 those entities?
11   A.   Not the primary due diligence, no.
12   Q.   Were you involved in secondary due diligence
13 of those entities?
14   A.   I would have an oversight role as a board
15 member, but not the due diligence itself.
16   Q.   And the deal team would have been responsible
17 for the due diligence?
18   A.   Yes.  And -- and whatever experts that had
19 been involved in -- in the process.
20   Q.   You mentioned in connection with your
21 preparation for the deposition that you reviewed a
22 document or a presentation made by the company Tudor
23 Pickering Holt & Co.
24        Do you remember testifying to that?
25   A.   Yes.  Although just to be clear, I didn't

[PAGES INTENTIONALLY OMITTED]