## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>**PUBLIC VERSION OF DKT. 552** |

### DECLARATION OF ANDREW J. ENTWISTLE IN SUPPORT OF CLASS PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE CLASS PLAINTIFFS' ACCOUNTING EXPERT D. PAUL REGAN UNDER RULE 702

I, Andrew J. Entwistle, declare as follows:

1. I am a Partner at the law firm Entwistle & Cappucci LLP, counsel for Class Plaintiffs and Court-Appointed Co-Class Counsel. I am a member of the Bar of the State of Texas and am admitted to practice before this Court.

2. I respectfully submit this declaration in support of Class Plaintiffs' Opposition to Defendants' Motion to Exclude Class Plaintiffs' Accounting Expert D. Paul Regan Under Rule 702.

3. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

4. Attached hereto are true and correct copies of the following documents[1]:

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| RX 1 | ███████████████████████████████ |

---

[1] Some exhibits hereto bear deposition stickers which were added after their production at the bates numbers indicated.

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| RX 2 | ▮▮▮▮▮ |
| RX 3 | Document with Bates No. ARMEnergy_00088051 ("Citi outputs" and "Qtr Midstream" tabs from spreadsheet titled "KFM operating model vCITI 8.17.17") |
| RX 4 | AICPA & CIMA Forensic & Valuation Services Practice Aid (2020) |
| RX 5 | Excerpts from Transcript of Deposition of D. Paul Regan, CPA/CFF, dated November 2, 2023 |
| RX 6 | Alta Mesa Resources, Inc., Form 10-K for the fiscal year ended December 31, 2018, filed August 27, 2019 |
| RX 7 | Excerpts from Transcript of Deposition of Mark Castiglione, dated July 7, 2023 |
| RX 8 | Document with Bates No. AMR_SDTX01144946-951 (email from Mr. Chappelle on Aug. 13, 2017, titled "Re: Reduced Rig Case Model") |
| RX 9 | Excerpts from Transcript of Deposition of Ronald Smith, dated March 24, 2023 |
| RX 10 | ▮▮▮▮▮ |
| RX 11 | Document with Bates No. AMR_SDTX00708225-234 (email from Mr. Stein to Mr. Smith dated November 12, 2018, attaching memorandum titled "Internal Control Evaluation of Oil and Gas Property Accounting") |
| RX 12 | Document Bates No. RIVERSTONE_SDTX00026860 (email from Olivia Wassenaar on Jan. 10, 2018, titled "RE: AM/KFM Leverage/Redemption Analysis") |
| RX 13 | Document with Bates No. RIVERSTONE_SDTX00039133 (Riverstone memorandum titled "Alta Mesa Review 7.8.2019") |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| RX 14 | Document with Bates No. RIVERSTONE_SDTX00121026-027 (email from Kevin Wang to Jingeai Zhu on April 14, 2018, titled "FW: KFM 2017 EBITDA") |
| RX 15 | Document with Bates No. AMR_SDTX00725145 (email chain between Mr. Smith and Mr. Klemowits dated Dec. 4, 2018, titled "Re: Model Assumptions") |
| RX 16 | Document with Bates No. Walters_SDTX0000394-405 (Weaver Presentation dated Nov. 13, 2018, titled "Sarbanes-Oxley Compliance Project") |
| RX 17 | Document with Bates No. Walters_SDTX0002726-731 (Weaver Presentation dated Aug. 13, 2018, titled "Sarbanes-Oxley Compliance) |
| RX 18 | [REDACTED] |
| RX 19 | [REDACTED] |
| RX 20 | Excerpts from Transcript of Deposition of Randy Limbacher from the Bankruptcy Adversary Proceeding, dated May 25, 2023 |
| RX 21 | Forensic and Valuation Services Executive Committee, Statement on Standards for Forensic Services, No. 1, January 1, 2020 ("SSFS No. 1") |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 16, 2024 in Austin, Texas.

/s/ Andrew J. Entwistle
Andrew J. Entwistle