# RX 1

REDACTED IN ITS ENTIRETY