# RX 2

REDACTED IN ITS ENTIRETY