RX 7

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: ALTA MESA          )
RESOURCES, INC.           ) CASE NO. 4:19-cv-00957
SECURITIES LITIGATION     )


ORAL VIDEOTAPED DEPOSITION
MARK CASTIGLIONE
July 7, 2023


ORAL VIDEOTAPED DEPOSITION OF MARK CASTIGLIONE, produced as a witness at the instance of the Plaintiff and duly sworn, was taken remotely by Zoom in the above-styled and numbered cause on the 7th day of July, 2023, from 12:14 p.m. Central to 3:18 p.m. Central, before Shauna Foreman, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

[PAGES INTENTIONALLY OMITTED]

Page 62

1 came on.  However, this was a look as of
2 September 30th of 2018.  So nine months after those
3 wells had come on.  You -- as I mentioned just a
4 second ago, a lot of the wells would come on
5 performing above the type curve but go on a steep
6 decline, and you really needed six months' of
7 production data in order to know what the EUR is.
8         My point is I just wanted to highlight
9 that you didn't know -- those wells that were coming
10 on at the end of 2017, you didn't know they were poor
11 performers at that point.
12    Q.  (BY MR. SMITH)  What about the wells that
13 came on-line shortly after the beginning of 2017?
14         MR. PETERS:  Objection.  Form.
15         (Simultaneous cross-talk.)
16    Q.  (BY MR. SMITH)  You would have enough data
17 there, wouldn't you?
18    A.  Not -- not right after they are drilled.
19    Q.  But by nine months later, you would have
20 sufficient data?
21    A.  Yes.  Yes, or -- yes.  We -- we felt like
22 once you had six months' worth of data, you had a lot
23 better handle on what the EUR could be.
24    Q.  That's basically all I have on that
25 document.

Page 63

1         MR. SMITH:  Bring up Exhibit 434,
2 please.
3    Q.  (BY MR. SMITH)  Mr. Castiglione, we've
4 brought up an exhibit that's been previously marked
5 as Exhibit 434.
6    A.  Okay.
7    Q.  You are a recipient to this e-mail.
8 Really, I don't have a lot of -- I don't have any
9 questions about the -- the attachment at all.
10    A.  Okay.
11    Q.  But I do have some questions about
12 the -- the e-mail.  To the extent that you need to
13 refer to the attachment for context, feel free to do
14 so.  So just let me know when you're ready to field
15 some questions.
16    A.  Okay.  Thank you.  Give me just a second.
17    Q.  Uh-huh.
18    A.  (Witness reviews the document.)  Okay.
19    Q.  Okay.  Hold on one second.
20         Okay.  Mr. Castiglione, I want to
21 direct your attention to this December 16th, 2018,
22 e-mail from Mr. Hackett to Mr. Limbacher,
23 Mr. Campbell, and yourself.
24         I just want to ask you some
25 questions -- do you recall why Mr. Hackett -- or did

Page 64

1 you inquire of Mr. Hackett why he believed that the
2 draft presentation that Mr. Chappelle had put
3 together was at least in certain respects misleading?
4         MR. PETERS:  Objection to form.
5    A.  I don't recall making that inquisition.
6    Q.  (BY MR. SMITH)  Okay.  Do you recall what
7 the -- what the intended purpose of this deck was at
8 the time?  Strike that.
9         Did you gain any understanding from
10 Mr. Hackett of what the purpose for this deck was at
11 the time?
12         MR. PETERS:  Objection to form.
13    A.  No, I don't remember that.
14    Q.  (BY MR. SMITH)  Do you recall there being a
15 board meeting in December 2018 or about then when the
16 board decided to terminate certain executives at the
17 company?
18    A.  I was -- I was aware of such a meeting,
19 yes.
20    Q.  Did you attend that board meeting?
21    A.  I did not.
22    Q.  All right.  You can set that document
23 aside.  I just have some follow-up questions for
24 your -- your CV.
25    A.  Okay.

Page 65

1    Q.  If you want to give me a seven-minute
2 break, we can go off the record and I can finish up.
3    A.  Great.
4         MR. PETERS:  Thank you.  Could we
5 actually get 10 on our side?  We just need to run to
6 the restroom, might need a few more minutes.
7         VIDEOGRAPHER:  All in agreement with
8 going off the record, we're going off the record at
9 1:58 p.m.
10         (Recess from 1:58 p.m. to 2:17 p.m.)
11         VIDEOGRAPHER:  We are going back on
12 the record at 2:17 p.m.
13    Q.  (BY MR. SMITH)  Welcome back,
14 Mr. Castiglione.  Do you have Exhibit 718, your CV,
15 open?
16    A.  I do now, yes.
17    Q.  Thank you.
18         I want to focus -- focus some
19 questions under the client Alta Mesa Resources part
20 of your CV on the first page.  And what I want to do
21 is I want to start off with the roles line there.
22         You indicate that you were the
23 executive vice president and chief of staff between
24 January 2019 and September 2019; is that correct?
25    A.  Yes.

17 (Pages 62 - 65)

[PAGES INTENTIONALLY OMITTED]