RX 9

Page 1

1          IN THE UNITED STATES DISTRICT COURT

            FOR THE SOUTHERN DISTRICT OF TEXAS

2                   HOUSTON DIVISION

3    IN RE:  ALTA MESA          )

4    RESOURCES, INC.            ) Case No.: 4:19-cv-00957

5    SECURITIES LITIGATION      )

6

7

8              ORAL VIDEOTAPED DEPOSITION OF

9                     RONALD SMITH

10                   March 24, 2023

11

12        ORAL VIDEOTAPED DEPOSITION OF RONALD SMITH,

13    produced as a witness at the instance of the Class

14    Plaintiffs and duly sworn, was taken in the

15    above-styled and numbered cause on the 24th day of

16    March, 2023, from 9:02 a.m. to 3:07 p.m., before

17    Vickie G. Hildebrandt, Certified Shorthand Reporter

18    in and for the State of Texas, reported by

19    computerized stenotype machine at the offices

20    Latham & Watkins LLP, 811 Main Street, Suite 3700,

21    Houston, Texas, pursuant to the Federal Rules of

22    Civil Procedure and the provisions stated on the

23    record or attached hereto.

24

25

[PAGES INTENTIONALLY OMITTED]

1      A.    Yes.

2      Q.    Were you employed with Alta Mesa Holdings as

3  the chief accounting officer for that company?

4      A.    No.

5      Q.    Okay.  What -- what -- how were you -- what

6  was -- what was your -- what was your job at Alta Mesa

7  Holdings?

8      A.    My initial role was controller.

9      Q.    I see.

10                MS. WALLER:  Object to form.

11     Q.    And at some point did you become the chief

12  accounting officer of Alta Mesa Holdings?

13     A.    Yes.

14     Q.    When was that?

15     A.    I believe it was somewhere around -- I know

16  the year was 2016 but I don't remember the exact

17  month.

18     Q.    And -- and what were your duties and

19  responsibilities as chief accounting officer of

20  Alta Mesa Holdings?

21     A.    Largely the same as controller.  It was -- I

22  had been with the company for a while and it was a

23  promotion into a -- kind of a high ranking position

24  with a -- with a privately held company.

25     Q.    Okay.  What were those duties and

[PAGES INTENTIONALLY OMITTED]

```
                                              Page 40

 1       Q.    Okay.   Are you there, sir?

 2       A.    Yes.

 3       Q.    Okay.   Great.

 4             And -- and -- and you see, it -- it

 5   says in the -- in the next to last paragraph on that

 6   page, Management collectively called out ineffective

 7   control activities related to financial reporting and

 8   routine and non-routine transactions rather than any

 9   significant account because the nature of the process

10   level control deficiencies was so pervasive.

11             Do you -- was it your understanding

12   that KPMG had come to that conclusion --

13             MS. WALLER:  Object to form and

14   foundation.

15       Q.    -- at that time?

16             MS. WALLER:  Object to form and

17   foundation.

18       A.    Yes.

19       Q.    In your view as chief accounting officer, why

20   in 2018 were there material weaknesses in Alta Mesa's

21   internal controls for financial reporting that was so

22   pervasive as to affect all its significant accounts?

23             MS. WALLER:  Object to form.

24       A.    Primarily the -- the common denominator,

25   I'll call it, that relates -- goes back to all these
```

[PAGES INTENTIONALLY OMITTED]

1      A.    Yes.   They were engaged in, I believe, July

2    of 2018.

3      Q.    You're right.

4            And they were only auditing the

5    internal controls for financial reporting as of

6    December 31, 2018; is that correct?

7      A.    Yes.

8      Q.    And so KPMG did not determine whether the

9    material weaknesses in Alta Mesa's internal control for

10   financial reporting that KPMG detected as of

11   December 31, 2019 existed at earlier dates; is that

12   correct?

13           MS. WALLER:  Object to form.

14     A.    Yes.

15     Q.    Had Alta Mesa Holdings, through -- through your

16   agencies -- agency as a chief accounting officer or

17   otherwise, evaluated the effectiveness of its internal

18   control for financial reporting prior to the business

19   combination?

20           MS. WALLER:  Object to form.

21     A.    Yes.

22     Q.    Okay.  And why did it do so?

23     A.    As I stated --

24           MS. WALLER:  Object to form.

25     A.    As I stated earlier, we were a SEC filer due

[PAGES INTENTIONALLY OMITTED]

```
                                            Page 54
 1   reserves?
 2               MS. WALLER:  Object to form.
 3        A.   I'm only aware of proved developed reserves
 4   and proved -- what's it -- behind pipe, approved
 5   non-producing -- there's two of them, PDNP and PDP.
 6   I don't know what they stand for but there's two.
 7        Q.   How about PUD, P-U-D?
 8        A.   PUD is proved undeveloped reserves.
 9        Q.   And -- and did you understand there was a
10   typology that distinguishes between different types of
11   unproved reserves?
12        A.   No.
13        Q.   Do you -- did you understand there was a
14   difference between probable reserves, possible reserves
15   and contingent reserves?
16        A.   Yes.
17               MS. WALLER:  Object to form.
18        Q.   Okay.  And -- and -- and what was your
19   understanding at all times that you were chief
20   accounting officer of Alta Mesa as to the significance
21   of the audit risk posed by a possible inaccurate
22   estimation in the amount of Alta Mesa's oil and gas
23   reserves?
24               MS. WALLER:  Object to form.
25        A.   I was not responsible for the reserves and
```

Page 55

1   account -- you know, I'll say accounting for the

2   reserves of the company.  That was done by the

3   reserve engineering group.  I knew that the reserve

4   engineering group had the reserves audited at least

5   annually by a third party and that audit -- you know,

6   oftentimes I would see the results of that audit to

7   ensure that there were no discrepancies plus or minus

8   5 percent or whatever the -- the threshold was at the

9   time.

10      Q.   Yeah, and I -- I appreciate your answer.

11             My -- my question, though, is did you

12   understand what the significance of the audit risk

13   that was posed by a possible inaccurate estimation of

14   the amount of Alta Mesa's oil and gas reserves

15   just -- just in terms of -- of the ability to confirm

16   the accuracy of Alta Mesa's financial statements?

17             MS. WALLER:  Object to form and

18   foundation.

19      A.   Yes.

20      Q.   Okay.  And -- and what was that -- what -- what

21   was your understanding of that significance?

22      A.   Of the risk?

23      Q.   Yes.

24             MS. WALLER:  Same objection.

25      Q.   Yes.

[PAGES INTENTIONALLY OMITTED]

Page 60

```
1    preparation of a reserve report.
2                    I also know that they're closely tied
3    to the operations of the company so I'm on the side
4    that's producing -- or producing financial reports
5    that feed into the reserve report for actuals, what
6    actually occurred within the company, the volumes of
7    oil, gas, NGLs, the lease operating cost, G&A, all
8    those things are important to a reserve report and
9    that's my role, to ensure that information is
10   delivered accurately and completely, but they really
11   handle all the rest.  They -- as -- as far as the
12   preparation of the reserves and any sort of review or
13   audit that's provided by a third party.
14        Q.   So let me just ask you, did you have any
15   responsibility with respect to controls to ensure that
16   there was not over-reliance on unproven reserves?
17        A.   No.
18                    MS. WALLER:  Object to form.
19        Q.   And -- and you mentioned a third party.  That
20   was -- was that Ryder Scott?
21        A.   Yes.
22        Q.   Okay.  And -- and do you know how many years
23   Ryder Scott had been conducting audits for Alta Mesa
24   Holdings?
25        A.   It was -- it was a number of years.  I --
```

Page 61

1    I'll give you a range of five to eight.  I -- I don't

2    recall the exact number of years.

3        Q.   And -- and -- and did you have an understanding

4    as to what type of reserves Ryder Scott audited?

5        A.   Not specifically.  My -- my -- my impression

6    from the accounting perspective is they audited all

7    the reserves.

8        Q.   You -- you weren't aware that Ryder Scott only

9    tested proved reserves?

10       A.   Not specifically.

11       Q.   Did you have a role in connection with the

12   preparation of the management reserve reports?

13                   MS. WALLER:  Object to form.

14       A.   My only role, as I said a second ago, was to

15   provide actual data for the different fields or wells

16   or what have you so that they could use that to work

17   up their projections or the current environment of

18   the reserves.

19       Q.   You mentioned earlier, sir, that in the fourth

20   quarter of 2018, I believe in December 2018, that the

21   board of directors had asked for the resignation of

22   several senior members of management.

23                   Do you recall why that occurred?

24                   MS. WALLER:  Object to form and

25   foundation.

[PAGES INTENTIONALLY OMITTED]

Page 162

1  comfortable with the inputs in the Citi model.

2                 Do you see -- do you see that?

3      A.   Yes.

4      Q.   Okay.  And -- and you're asking Mr. Klemowits

5  for how opex -- that's operational expenses, correct?

6      A.   Uh-huh, opex, uh-huh.

7      Q.   And capex, capital expenses?

8      A.   Yes.

9      Q.   And -- and G&A, general and administrative

10 expenses?

11     A.   Yes.

12     Q.   Are estimated because you say those who created

13 the model are gone and there are no notes as to how they

14 came up with the information.

15                 Do you recall this situation?

16     A.   Yes.

17     Q.   Okay.  And -- and who are those individuals

18 that created the model that are no longer there?

19     A.   I don't recall.  They worked at Citibank.

20     Q.   I see.  Okay.

21                 And -- and then you see that in the --

22 in the other E-mail, the top one -- there's actually

23 three E-mails but the middle one where Mr. Klemowits

24 suggests getting a range from comparable guideline

25 companies if the company lacks historical input.

```
                                            Page 163
 1                Do you -- do you recall that?
 2      A.   Yes, that was Keith's response to my
 3   question.
 4      Q.   Right.  Okay.
 5                So let -- let me -- well, with respect
 6   further to that situation, let me show you another
 7   document which we'll have marked as Exhibit 231.
 8                MS. WALLER:  232.
 9                MR. SCHOCHET:  Is it 232?  232.  Okay.
10   My mistake.
11                MR. HAQUE:  47?
12                MR. SCHOCHET:  Yes.
13                (Exhibit Number CP-0232 marked.)
14      Q    (BY MR. SCHOCHET) These are a series of
15   E-mails starting at December 6, 2018 and then the
16   bulk of them are -- are -- are on December 21, 26,
17   2018 and you're on these E-mails.
18                Do you recall these E-mails?
19      A.   Yes.
20      Q.   Okay.  If you'll look at the E-mail -- the
21   E-mail dated December 26, 2018 at 10:41 a.m.
22      A.   Okay.
23      Q.   And Mr. Grandt is saying that, I would
24   encourage you to -- I would encourage us to look at
25   historical numbers as justification for the go-forward
```

```
 1   model versus peers because most peers have multiple
 2   plants in various basins.  They will not break out the
 3   detail you're looking for in their own financials that
 4   are publicly available.
 5               Do you recall seeing that?
 6       A.   Yes.
 7       Q.   Did you agree -- did you agree with Mr. Grandt
 8   that -- that -- that it would be difficult to use
 9   peer -- peer -- peer numbers because peers do not break
10   out the detail you're looking for in their own
11   financials?
12       A.   I -- I don't know.
13       Q.   You don't remember?
14       A.   I mean, he -- he was -- he was the
15   vice president of finance and regularly reviewed
16   these sort of things and would know more of how
17   companies presented data than I would.
18       Q.   Did you accept it as being true at the time?
19       A.   Yes.  What Scott said, yes.
20       Q.   Okay.  And so he's saying that -- he's
21   encouraging you to look at historical numbers as
22   justifications and -- and you say in the E-mail above
23   that responding, We have done that at the high legal and
24   they do not come close to the model used in the
25   valuation.
```

1                    Do you see that?

2        A.    Yes.

3        Q.    And do you recall that?

4        A.    Yes.

5        Q.    So if you -- you couldn't use historical

6    numbers and -- and peer numbers were not available, do

7    you recall if -- if -- if AMR ever found support for the

8    modeled assumptions from --

9                    MS. WALLER:  Object to form.

10       A.    Not completely, no.

11       Q.    Do you recall how this situation was resolved?

12       A.    I don't recall.

13       Q.    All right.  Let me show you another document

14   which we'll have marked as Exhibit 233.  It's tab 42.

15                    (Exhibit Number CP-0233 marked.)

16       Q.    (BY MR. SCHOCHET) I apologize that the --

17   the writing on this is very small.

18       A.    Yes, it is.

19       Q.    Yeah.  We'll have to make do with it.

20       A.    That's okay.  I can see.

21       Q.    Good, because I don't know if I can.

22                    Let's see.  So it's a series of

23   E-mails.  It's dated June 14 and 15, 2018 and your

24   name appears as a recipient in all but the last one

25   on the second page.

[PAGES INTENTIONALLY OMITTED]