# RX 10

REDACTED IN ITS ENTIRETY