# RX 14

**From:** "Wang, Kevin" <KWang@riverstonellc.com>
**Sent:** Sat, 14 Apr 2018 12:06:23 +0000 (UTC)
**To:** "Zhu, Jingcai" <JZhu@riverstonellc.com>
**Cc:** "Babaria, Neil" <NBabaria@riverstonellc.com>
**Subject:** FW: KFM 2017 EBITDA

---

I've had to ask ARM about KFM EBITDA because the Alta Mesa team is clueless. However, Bo is not generally responsive..

**From:** Wang, Kevin
**Sent:** Thursday, April 12, 2018 8:26 PM
**To:** 'Bo Dunne'
**Cc:** 'Michael A. McCabe'; 'Ronald J. Smith'; Tamara Alsarraf
**Subject:** RE: KFM 2017 EBITDA

Hi Bo,

Just wanted to follow-up on the below. One of our investors has asked about KFM's 2017 EBITDA performance and I don't want to contradict anything in the public filings unless we understand any differences. I think $33mm is more in line with what I was expecting – although below guidance of $42mm ($38mm without Expansion EBITDA), I can explain the delta as a 6 month lag in third party development. $22mm would be harder to explain.

Regards,
Kevin

**From:** Wang, Kevin
**Sent:** Wednesday, April 11, 2018 10:39 PM
**To:** 'Bo Dunne'
**Cc:** Michael A. McCabe; Ronald J. Smith; Tamara Alsarraf
**Subject:** KFM 2017 EBITDA

Bo,

We were looking at the S-1 financials for KFM disclosure. The below seems to imply a 2017 KFM EBITDA of $22mm (addback depreciation of $9.8mm to income from operations of $12.3mm). What are we missing here?

I think you had mentioned in February that we were expecting KFM EBITDA to be around $33mm?

Regards,
Kevin

**Kevin Wang**
Riverstone Holdings, LLC
1000 Louisiana, Suite 1450
Houston, TX 77002
[redacted]
kwang@riverstonellc.com

https://www.sec.gov/Archives/edgar/data/1690769/000119312518109723/d507450ds1a.htm#fintoc507450_19

ALTA MESA RESOURCES, INC.
UNAUDITED PRO FORMA CONDENSED CONSOLIDATED COMBINED STATEMENT OF OPERATIONS
FOR THE YEAR ENDED DECEMBER 31, 2017

| | AMR (a) | Alta Mesa Historical (b) | Alta Mesa Non-STACK Assets Divestiture (c) | Post Non-STACK Assets Divestiture Subtotal | Kingfisher Historical (d) | Pro Forma Adjustments | | Pro Forma Combined |
|---|---|---|---|---|---|---|---|---|
| | | | | (in thousands) | | | | |
| **Operating revenues and other** | | | | | | | | |
| Oil, natural gas and natural gas liquids | $ — | $ 337,413 | $ (53,732) | $ 283,681 | $ 89,338 | $ (34,191) | (m) | $ 338,828 |
| Midstream revenue | — | — | — | — | 40,899 | (24,446) | (e) | 16,453 |
| Other revenue | — | 6,040 | (316) | 5,724 | — | — | | 5,724 |
| Total operating revenues | — | 343,453 | (54,048) | 289,405 | 130,237 | (58,637) | | 361,005 |
| Gain (loss) on sale of assets | — | (27) | 55 | 28 | — | — | | 28 |
| Gain on acquisition of oil and natural gas properties | — | 3,294 | (1,626) | 1,668 | — | — | | 1,668 |
| Gain on derivative contracts | — | 8,237 | — | 8,237 | — | — | | 8,237 |
| Total operating revenues and other | — | 354,957 | (55,619) | 299,338 | 130,237 | (58,637) | | 370,938 |
| **Operating expenses** | | | | | | | | |
| Lease and plant operating expense | — | 60,881 | (16,929) | 43,952 | — | — | | 43,952 |
| Marketing and transportation | — | 30,721 | (1,261) | 29,460 | — | (24,446) | (e) | 5,014 |
| Midstream operating expense | — | — | — | — | 101,355 | (34,191) | (m) | 67,164 |
| Production and ad valorem taxes | — | 7,228 | (1,734) | 5,494 | 1,441 | — | | 6,935 |
| Workover expense | — | 5,873 | (1,618) | 4,255 | — | — | | 4,255 |
| Exploration expense | — | 24,804 | (11,041) | 13,763 | — | — | | 13,763 |
| Depreciation, depletion, and amortization expense | — | 94,499 | (5,722) | 88,777 | 9,827 | 35,448 | (f) | 282,308 |
| | | | | | | 148,256 | (k) | |
| Impairment expense | — | 30,517 | (29,129) | 1,388 | — | — | | 1,388 |
| Accretion expense | — | 1,143 | (805) | 338 | — | — | | 338 |
| Franchise tax expense | 150 | — | — | — | — | — | | 150 |
| General and administrative expense | 2,229 | 53,561 | 111 | 53,672 | 5,367 | — | | 63,268 |
| Total operating expenses | 2,379 | 310,633 | (67,934) | 242,699 | 117,990 | 125,067 | | 488,138 |
| **Income (loss) from operations** | (2,379) | (8,826) | 42,291 | 56,639 | 12,247 | (183,705) | | (117,148) |
| **Other income (expense)** | | | | | | | | |
| Interest expense, net | — | (50,651) | (88) | (50,739) | (1,046) | 904 | (g) | (50,881) |
| Other income - investment income of Trust Account | 6,492 | — | — | — | — | (6,492) | (h) | — |
| Total other income (expense) | 6,492 | (50,651) | (88) | (50,739) | (1,046) | (5,588) | | (50,881) |
| **Income (loss) before income taxes** | 4,113 | (58,277) | 42,203 | (14,050) | 11,221 | (189,293) | | (168,029) |
| Provision for (benefit from) state income taxes | — | 8 | (5) | — | — | (3,315) | (i) | (3,312) |
| Provision for (benefit from) federal income taxes | 2,220 | — | — | — | — | (29,754) | (j) | (27,534) |
| **Income (loss) from continuing operations** | $ 1,893 | $ (58,285) | $ 42,213 | $ (14,050) | $ 11,221 | $ (156,224) | | $ (137,183) |
| **Income (loss) from continuing operations attributable to non-controlling interest** | — | — | — | — | — | (87,619) | (l) | (87,619) |
| **Income (loss) from continuing operations attributable to the combined entity** | $ 1,893 | $ (58,285) | $ 42,213 | $ (14,050) | $ 11,221 | $ (68,605) | | $ (69,564) |