RX 15

| | |
|---|---|
| **From:** | Ronald J. Smith <rsmith@AltaMesa.net> on behalf of Ronald J. Smith <rsmith@AltaMesa.net> |
| **Sent:** | Tuesday, December 4, 2018 4:34 AM |
| **To:** | Klemowits, Keith <keith.klemowits@us.gt.com> |
| **Subject:** | Re: Model Assumptions |

Thx

Get Outlook for iOS

---

**From:** Klemowits, Keith <keith.klemowits@us.gt.com>
**Sent:** Monday, December 3, 2018 7:18 PM
**To:** Ronald J. Smith
**Subject:** RE: Model Assumptions

Ron,

If the company lacks historical inputs to look at it would be reasonable to look a comparable guideline companies to see where range with OPEX, CAPEX, and G&A.

**Keith Klemowits**
Corp. Value Consulting-Mng Dir

D +1 832 476 5027

E keith.klemowits@us.gt.com

**GT.COM**

700 Milam St., Suite 300
Houston, TX 77002

---

**From:** Ronald J. Smith <rsmith@AltaMesa.net>
**Sent:** Monday, December 3, 2018 5:58 PM
**To:** Klemowits, Keith <Keith.Klemowits@us.gt.com>
**Subject:** Model Assumptions

When creating a model, how do you estimate things like OPEX, CAPEX and G&A? Is there a rule of thumb or is this information gleaned from other similar assets?

KPMG has asked me how I got comfortable with the inputs in the CITI model provided to you. The folks who created the model are gone and there are no notes with how they came up with the information.

Ronald J Smith
Vice President and Chief Accounting Officer
Alta Mesa Resources, Inc.
15021 Katy Freeway, Suite 400
Houston, Texas 77094