RX 17



# Alta Mesa Resources

# Sarbanes-Oxley Compliance Project

August 13, 2018



weaver
Assurance · Tax · Advisory

CONFIDENTIAL

Walters_SDTX0002726

# Alta Mesa Resources, Inc.
## FY'18 SOX Compliance Snapshot



## Agenda

- Project Status Overview
- Process-Level Risk Assessment Results
- Walkthrough & Test of Design Overview
- Test of Effectiveness Status & Results
- Q3'18 Planned Activities

## On Schedule
August 13, 2018

 6 of 11 Milestones Reached

 25% Interim Testing Completed

### Key Activities/Milestones – 2018

| | Key Activity / Milestones | Beg | End |
|---|---|---|---|
| ✓ | Project Kick-off / Planning Meeting | 5/01 | 5/01 |
| ✓ | Materiality & Scoping Workbook | 4/25 | 5/01 |
| ✓ | COSO 2013 Alignment | 5/01 | 5/15 |
| ✓ | Walkthroughs & Test of Design | 5/01 | 5/25 |
| ✓ | Update Documentation (e.g. Narratives, etc.) | 5/01 | 5/25 |
| ✓ | IT General Control Design Evaluation | 6/4 | 7/16 |
| | Testing of Effectiveness: Interim | 7/16 | 8/15 |
| | Testing of Effectiveness: Update | 10/29 | 11/30 |
| | Testing of Effectiveness: Year End | 2/01 | 2/27 |
| | IT General Controls: Interim Testing of Effectiveness | 8/13 | 9/17 |
| | IT General Controls: Year End Testing | 10/29 | 2/27 |



Not Started   Complete   In-Progress   Delayed

CONFIDENTIAL                                                                 Walters_SDTX0002727

# Alta Mesa Resources, Inc.
## Process-Level Risk Assessment Results



| Process Description | Preliminary FY'18 Assessment | Key Control Count |
|---|---|---|
| Financial Statement Close & Reporting | High | 10 |
| General Accounting & Month End Close | High | 7 |
| Reserve Estimation | High | 15 |
| Acquisitions & Divestitures | High | 7 |
| Income Taxes | High | 9 |
| Proved & Unproved Property Impairment | High | 1 |
| Equity & Deferred Compensation | High | 7 |
| Goodwill & Intangible Assets | High | 4 |
| Revenue and Accounts Receivable | Moderate | 12 |
| Asset Retirement Obligation | Moderate | 9 |
| Oil & Gas Properties | Moderate | 2 |
| Depletion | Moderate | 1 |
| Land Administration | Moderate | 12 |
| Hedging and Derivatives | Moderate | 3 |
| Accrued Liabilities | Moderate | 3 |
| Long Term Debt | Moderate | 4 |
| Purchase to Pay | Moderate | 12 |
| Joint Interest Billing | Low | 5 |
| Treasury & Cash Management | Low | 11 |
| Human Resources & Payroll | Low | 7 |

140

- Identified entity-level controls and mapped to COSO 2013 principles.

- Ratings based on inherent Financial reporting / Fraud Risk

- Risk Assessment is updated quarterly to ensure changes to the environment are identified and included in management's assessment

- 20 Significant Business Processes / Classes of Transaction & 140 "key" business process controls

- Significant in-scope systems include:
  - BOLO
  - ARIES
  - Onbase
  - Network / Active Directory

3

CONFIDENTIAL

Walters_SDTX0002728

# Alta Mesa Resources, Inc.
## Walkthroughs & Test of Design



- Completed walkthroughs for all planned walkthroughs.

- Worked with management to refine the existing internal controls and update process documentation to reflect revised control descriptions.

- Working with management to complete documentation and/or test of design for recently implemented or modified processes and controls:
    - Financial Reporting
    - Acquisitions & Divestitures
    - Income Taxes
    - Goodwill & Intangible Assets
    - Oil and Gas Properties

- For the processes listed above, test of design is being performed in conjunction with test of effectiveness procedures. Due to the timing of control performance, we have not completed procedures related to these processes as August 6, 2018.

- Additional controls will be added related to **lease standard** implementation once the project kicks-off

4

CONFIDENTIAL
Walters_SDTX0002729

# Alta Mesa Resources, Inc.
## Interim Test of Effectiveness



| Process Description | Phase II (Testing of Effectiveness - Interim) | | |
|---|---|---|---|
| | Testing Status | Control Count | % Complete |
| Financial Statement Close & Reporting | In-Progress | 10 | 10% |
| General Accounting & Month End Close | In-Progress | 7 | 29% |
| Reserve Estimation | In-Progress | 9 | 0% |
| Acquisitions & Divestitures | In-Progress | 7 | 0% |
| Income Taxes | In-Progress | 7 | 0% |
| Proved & Unproved Property Impairment | In-Progress | 1 | 0% |
| Equity & Deferred Compensation | In-Progress | 7 | 0% |
| Goodwill & Intangible Assets | In-Progress | 4 | 0% |
| Revenue and Accounts Receivable | In-Progress | 12 | 42% |
| Asset Retirement Obligation | In-Progress | 7 | 0% |
| Oil & Gas Properties | In-Progress | 2 | 0% |
| Depletion | In-Progress | 1 | 0% |
| Land Administration | In-Progress | 11 | 9% |
| Hedging and Derivatives | In-Progress | 3 | 33% |
| Accrued Liabilities | In-Progress | 3 | 67% |
| Long Term Debt | In-Progress | 4 | 0% |
| Purchase to Pay | In-Progress | 15 | 33% |
| Joint Interest Billing | In-Progress | 4 | 75% |
| Treasury & Cash Management | In-Progress | 10 | 60% |
| Human Resources & Payroll | In-Progress | 6 | 17% |

- Testing completed for 25% of controls selected for testing during interim period

- No significant deficiencies or material weakness identified to date

- Recently implemented controls (e.g. business combination, fair value, taxes, etc.) have been selected for interim testing to ensure they are in place and operating

- Collaborating with KPMG to identify reliance controls

- IT General Control testing of effectiveness planned for first week of August

*[handwritten: 35-40% complete nothing different so far]*

CONFIDENTIAL

Walters_SDTX0002730

# Alta Mesa Resources, Inc.
## Q3'18 Planned Activities



- ✓ Complete test of design procedures for recently implemented processes / controls
- Assist management with preparing process documentation for newly implemented processes / controls
- Complete interim Testing of Effectiveness
- Collaborate with KPMG and confirm reliance controls
- Work with management to document ASC 842 implementation controls
- Schedule Rollforward Testing

6

CONFIDENTIAL

Walters_SDTX0002731