# RX 18

REDACTED IN ITS ENTIRETY