# RX 19

REDACTED IN ITS ENTIRETY