**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>**PUBLIC VERSION OF DKT. 554** |

**DECLARATION OF ANDREW J. ENTWISTLE IN SUPPORT OF CLASS PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE CERTAIN OPINIONS OF EXPERT JAMES JOHNSON UNDER RULE 702**

I, Andrew J. Entwistle, declare as follows:

1. I am a Partner at the law firm Entwistle & Cappucci LLP, counsel for Class Plaintiffs and Court-Appointed Co-Class Counsel.  I am a member of the Bar of the State of Texas and am admitted to practice before this Court.

2. I respectfully submit this declaration in support of Class Plaintiffs' Opposition to Defendants' Motion to Exclude Certain Opinions of James Johnson Under Rule 702.

3. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

4. Attached hereto are true and correct copies of the following documents[1]:

| EXHIBIT NO. | DESCRIPTION |
|:---:|:---:|
| **JX 1** | ██████████████████████ |

---

[1] Some exhibits hereto bear deposition stickers which were added after their production at the bates numbers indicated.

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| JX 2 | ████████████████████████ |
| JX 3 | ████████████████████████ |
| JX 4 | Email from Eric Ecklund to Kevin Bourque dated May 28, 2017 [AMR_SDTX01337147] |
| JX 5 | Email from Michael Christopher to Russell Schneider dated July 17, 2017 [ARMEnergy_00135683] |
| JX 6 | Email from Michael Christopher to Jeff Hostettler dated July 26, 2017 [ARMEnergy_00055517] |
| JX 7 | Email from Tim Turner to Kaitlyn Mathews dated Aug. 24, 2017 [AMR_SDTX00682515] |
| JX 8 | 2018 Kingfisher Midstream Capital and Operation Expense Budget [AMR_SDTX00051390] |
| JX 9 | Silver Run Acquisition Corporation II, Schedule 14A Definitive Proxy Statement dated Jan. 19, 2018 |
| JX 10 | Text messages between Hal Chappelle and Mike McCabe dated Mar. 19, 2018 [Chappelle_SDTX0007506] |
| JX 11 | Email from Mark Jaggers dated Apr. 24, 2019 [AMR_SDTX01108599] |
| JX 12 | Alta Mesa Resources, Inc. 2018 Form 10-K dated Aug. 26, 2019 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 16, 2024 in Austin, Texas.

/s/ Andrew J. Entwistle
Andrew J. Entwistle