# JX 1

REDACTED IN ITS ENTIRETY