# JX 2

REDACTED IN ITS ENTIRETY