# JX 3

REDACTED IN ITS ENTIRETY