# JX 5

Message

| | |
|---|---|
| **From:** | Michael Christopher [michael.christopher@armenergy.com] |
| on behalf of | Michael Christopher <michael.christopher@armenergy.com> [michael.christopher@armenergy.com] |
| **Sent:** | 7/17/2017 3:16:52 PM |
| **To:** | Russell Schneider [russell.schneider@armenergy.com] |
| **Subject:** | RE: inovice |

Actually, lets have Slat Creek Midstream pay.  Steve is now helping w Capitan/Pinnacle, which is an SCM-related entity.

**From:** Russell Schneider
**Sent:** Monday, July 17, 2017 11:38 AM
**To:** Michael Christopher <michael.christopher@armenergy.com>
**Subject:** RE: inovice

Mike, I thought we were going to have ARM pay for until KFM transaction complete so expense does not impact KFM. Still hold true?

**From:** Michael Christopher
**Sent:** Monday, July 17, 2017 11:25 AM
**To:** Russell Schneider <russell.schneider@armenergy.com>
**Subject:** FW: inovice

Can KFM please pay this?  Thanks Russell.