JX 8

# Document Produced in Native Format

**Exhibit
Def. 136**
Johnson

FOIA CONFIDENTIAL TREATMENT REQUESTED
Confidential

AMR_051390
AMR_SDTX00051390

# Kingfisher Midstream
~ 2018 Capital and Operation Expense Budget~

CONFIDENTIAL

# 2018 Drilling Forecast

## Drilling Assumptions

|  | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Rigs/Month* | | | | | | | | | | | | |
| OEA | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| 3rd Party | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| **Total Rigs/Month** | **14** | **14** | **14** | **14** | **14** | **14** | **14** | **14** | **14** | **14** | **14** | **14** |
| *New Wells/Month* | | | | | | | | | | | | |
| OEA (20/yr/rig) | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 |
| 3rd Party (16.5/yr/rig) | 5.5 | 5.5 | 5.5 | 5.5 | 5.5 | 5.5 | 5.5 | 5.5 | 5.5 | 5.5 | 5.5 | 5.5 |
| **Total New Wells/Month** | **22.2** | **22.2** | **22.2** | **22.2** | **22.2** | **22.2** | **22.2** | **22.2** | **22.2** | **22.2** | **22.2** | **22.2** |
| **Cumulative Wells** | **177** | **199** | **221** | **243** | **266** | **288** | **310** | **332** | **354** | **376** | **399** | **421** |

## Type Curves

| Type Curve | EUR | IP30 |
|---|---|---|
| Alta Mesa NE KF | 1.99 Bcf | 329 Mcf/d |
| KFM Fitted Chisholm | 1.76 Bcf | 1,777 Mcf/d |
| KFM Fitted GST | 1.05 Bcf | 1,572 Mcf/d |



### Additional Notes

- Alta Mesa expects to complete 200 wells in 2018
  - 140 wells will be drilled on a multi-well pad (70%)
    - 3 wells per pad
  - 60 wells will be drilled on a single well pad

CONFIDENTIAL

# 2018 KFM Gas Volume Forecast (WH)

| Volume Forecast[1] | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 |
| *Wellhead Volume (MMcf/d)* | | | | | | | | | | | | |
| OEA | 82 | 95 | 108 | 120 | 131 | 141 | 151 | 160 | 169 | 177 | 185 | 193 |
| 3rd Party | 34 | 40 | 45 | 50 | 55 | 59 | 62 | 66 | 69 | 72 | 75 | 78 |
| **Total WH Vol (MMcf/d)** | **116** | **135** | **153** | **170** | **185** | **200** | **213** | **226** | **238** | **249** | **260** | **271** |
| **Plant Inlet Vol (MMcf/d)** | **110** | **128** | **145** | **161** | **176** | **189** | **202** | **214** | **225** | **236** | **247** | **257** |

## Assumptions

- Most recent customer drilling information
- All wells that are drilled will be completed
- PDP – 15% annual decline

## Additional Notes

- Processing capacity at KFM is sufficient through Q32018
- Tenawa provides optionality and bridge to 2nd 200d cryo
- In line with expectation, the 2nd 200d cryo will be required in Q42018-Q12019
  - FID in Q12018



**WH Volume Wedge (MMcf/d)[1]**

# 2018 KFM Capital Budget

## Capital Forecast ($000s)

| 2018 Capital Request | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amine - 200d | $ - | $ - | $ - | $ 1,714 | $ 1,714 | $ 1,714 | $ 1,714 | $ 1,714 | $ 1,714 | $ 1,714 | $ - | $ - | $ 12,000 |
| Amine - 60d (Contactor Only) | $ - | $ - | $ - | $ 429 | $ 429 | $ 429 | $ 429 | $ 429 | $ 429 | $ 429 | $ - | $ - | $ 3,000 |
| Well Connect Capital | $ 4,517 | $ 4,517 | $ 4,517 | $ 4,517 | $ 4,517 | $ 4,517 | $ 4,517 | $ 4,517 | $ 4,517 | $ 4,517 | $ 4,517 | $ 4,517 | $ 54,200 |
| Compression Capital | $ 2,799 | $ 3,732 | $ 4,664 | $ 2,488 | $ 2,488 | $ 2,177 | $ 2,488 | $ 2,177 | $ 2,177 | $ 1,866 | $ 1,866 | $ 1,866 | $ 30,785 |
| Crude Pipeline System | $ 2,630 | $ 2,130 | $ 2,630 | $ 2,130 | $ 2,630 | $ 2,130 | $ - | $ - | $ - | $ - | $ - | $ - | $ 14,280 |
| Plant Maintenance | $ 292 | $ 292 | $ 292 | $ 292 | $ 292 | $ 292 | $ 292 | $ 292 | $ 292 | $ 292 | $ 292 | $ 292 | $ 3,500 |
| Y-Grade I/C | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ 6,000 |
| Contingency | $ 458 | $ 458 | $ 458 | $ 458 | $ 458 | $ 458 | $ 458 | $ 458 | $ 458 | $ 458 | $ 458 | $ 458 | $ 5,500 |
| **Total 2018 Capital Requested** | $ 11,695 | $ 12,128 | $ 13,561 | $ 13,027 | $ 13,527 | $ 12,716 | $ 9,897 | $ 9,586 | $ 9,586 | $ 9,275 | $ 7,132 | $ 7,132 | $ 129,265 |
| 2017 Approved AFEs | $ 8,150 | $ 8,150 | $ 8,150 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 24,450 |
| **Total Approved & Requested Capital** | $ 19,845 | $ 20,278 | $ 21,711 | $ 13,027 | $ 13,527 | $ 12,716 | $ 9,897 | $ 9,586 | $ 9,586 | $ 9,275 | $ 7,132 | $ 7,132 | $ 153,715 |

## Capital Assumptions

- Amine/Treating
  - Purchase 550 gpm front end treating system for H2S
  - In-Service in Q42018
- Well Connects
  - Used actual costs incurred in 2017 as baseline cost
  - OEA
    - Pad drilling on 70% of new wells
      - 140 total wells, 3 wells per pad, 47 pads
      - $300K/pad
    - Remaining OEA wells will be on single well pads
      - 60 total wells, $300K/well
  - Chisholm
    - 54 total wells, $300K/well
  - Gastar
    - 12 total wells, $500K/well
      - Cost includes much longer laterals based on acreage locations
- Compression
  - Existing compression supports 120 MMcf/d
  - Capital spending on 29 additional CAT 3516s (1,380 HP per unit)
    - All leased
- Crude Pipeline System
  - Doubling crude capacity
  - Additional Crude Pipeline Capital
    - 6x 400 bbl tanks
    - 6x pumps
    - 18 miles of 8" high pressure steel
    - 11 miles of 8" low pressure poly
    - 12 connections to tanks

# 2018 KFM Operating Expense Assumptions

### 2018 Field Operating and G&A Expenses

- Pipeline
  - Based off 2017 historical pipe line expenses, adjusted for increasing gas volumes
- Plant
  - 60/d in service through 02/2018
  - 200/d in-service in 02/2018
  - Amine/Treating expenses occur in Q42018
- Crude Storage
  - Based off 2017 historical expenses adjusted for increasing crude volumes
- Field Compression
  - Currently 120 Mcf/d of field compression available
  - 29 compressors for gas volumes above 120 Mcf/d
  - All leased in 2018
  - Variable opex for each compressor
- Field Level G&A
  - Current Personnel at Plant
    - 24 personnel working for KFM at Plant and/or Field
    - 19 of 24 are KFM employees

| Field Employees | 2017 | 2018 |
|---|---|---|
| District Manager | 1 | 1 |
| Plant Manager | 1 | 1 |
| Plant Operator | 8 | 8 |
| Field Manager | 1 | 1 |
| Field Operator | 1 | 9 |
| Measurement Tech | 2 | 2 |
| I&E Tech | 1 | 3 |
| Mechanical Tech | 1 | 1 |
| Construction Manager | 1 | 1 |
| PSM/DOT/EH&S Coordinator | 1 | 1 |
| Administrative | 1 | 1 |
| Compression Mechanic | - | 4 |
| Measurement Manager | - | 1 |
| Lead Plant Operator | - | 1 |
| Utility Operator | - | 1 |
| Maintenance Manager | - | 1 |
| Contractor - Field | 3 | - |
| Contractor - Mechanic | 2 | 3 |
| Total Employees | 24 | 40 |

CONFIDENTIAL

# 2018 KFM Operating and G&A Expenses

## Operating and G&A Expenses

| | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Field Level Taxes* | | | | | | | | | | | | | |
| Ad Valorem/Franchise | 216,944 | 227,253 | 238,780 | 249,853 | 261,351 | 272,160 | 280,573 | 288,721 | 296,869 | 304,753 | 310,816 | 316,878 | 3,264,952 |
| **Total Field Level Taxes** | **216,944** | **227,253** | **238,780** | **249,853** | **261,351** | **272,160** | **280,573** | **288,721** | **296,869** | **304,753** | **310,816** | **316,878** | **3,264,952** |
| *Pipeline Expenses* | | | | | | | | | | | | | |
| Gas | 84,500 | 84,500 | 95,000 | 92,000 | 92,000 | 105,000 | 92,000 | 92,000 | 105,000 | 92,000 | 92,000 | 105,000 | 1,131,000 |
| Crude | 20,400 | 20,400 | 20,400 | 20,400 | 20,400 | 20,400 | 20,400 | 20,400 | 20,400 | 20,100 | 20,100 | 20,100 | 243,900 |
| Residue Gas | 11,050 | 11,050 | 11,550 | 11,050 | 11,050 | 11,550 | 11,050 | 11,050 | 11,550 | 11,050 | 11,050 | 11,550 | 134,600 |
| Y Grade | 10,000 | 10,000 | 11,500 | 10,000 | 10,000 | 11,500 | 10,000 | 10,000 | 11,500 | 10,000 | 10,000 | 11,500 | 126,000 |
| **Total Pipeline Expenses** | **125,950** | **125,950** | **138,450** | **133,450** | **133,450** | **148,450** | **133,450** | **133,450** | **148,450** | **133,150** | **133,150** | **148,150** | **1,635,500** |
| *Plant Expenses* | | | | | | | | | | | | | |
| Kingfisher Midstream 60/d Gas Plant | 281,398 | 281,398 | 26,160 | 25,450 | 25,450 | 25,450 | 25,450 | 25,450 | 25,450 | 25,450 | 25,450 | 25,450 | 818,005 |
| Kingfisher Midstream 200/d Gas Plant | - | - | 286,307 | 286,307 | 286,307 | 286,307 | 286,307 | 286,307 | 466,307 | 402,974 | 402,974 | 402,974 | 3,393,070 |
| **Total Plant Expenses** | **281,398** | **281,398** | **312,467** | **311,757** | **311,757** | **311,757** | **311,757** | **311,757** | **491,757** | **428,424** | **428,424** | **428,424** | **4,211,075** |
| *Crude Storage Expenses* | | | | | | | | | | | | | |
| Kingfisher Midstream Crude Storage Facility | 7,400 | 7,400 | 7,400 | 9,400 | 9,400 | 9,400 | 11,400 | 11,400 | 11,400 | 13,400 | 13,400 | 13,400 | 124,800 |
| **Total Crude Storage Expenses** | **7,400** | **7,400** | **7,400** | **9,400** | **9,400** | **9,400** | **11,400** | **11,400** | **11,400** | **13,400** | **13,400** | **13,400** | **124,800** |
| *Field Compression Expenses* | | | | | | | | | | | | | |
| Lincoln South | 31,059 | 31,059 | 31,059 | 31,059 | 31,059 | 31,059 | 31,059 | 31,059 | 31,059 | 31,059 | 31,059 | 31,059 | 372,712 |
| Way South Helens | 40,301 | 40,301 | 40,301 | 40,301 | 40,301 | 40,301 | 40,301 | 40,301 | 40,301 | 40,301 | 40,301 | 40,301 | 483,616 |
| Great Divide | 21,962 | 21,962 | 21,962 | 21,962 | 21,962 | 21,962 | 21,962 | 21,962 | 21,962 | 21,962 | 21,962 | 21,962 | 263,546 |
| Maral | 18,896 | 18,896 | 18,896 | 18,896 | 18,896 | 18,896 | 18,896 | 18,896 | 18,896 | 18,896 | 18,896 | 18,896 | 226,746 |
| Snowden | 9,673 | 9,673 | 9,673 | 9,673 | 9,673 | 9,673 | 9,673 | 9,673 | 9,673 | 9,673 | 9,673 | 9,673 | 116,073 |
| As-Foster | 49,317 | 49,317 | 49,317 | 49,317 | 49,317 | 49,317 | 49,317 | 49,317 | 49,317 | 49,317 | 49,317 | 49,317 | 591,808 |
| East Hennesy | 71,559 | 71,559 | 71,559 | 71,559 | 71,559 | 71,559 | 71,559 | 71,559 | 71,559 | 71,559 | 71,559 | 71,559 | 858,712 |
| Coleman Bullis | 49,317 | 49,317 | 49,317 | 49,317 | 49,317 | 49,317 | 49,317 | 49,317 | 49,317 | 49,317 | 49,317 | 49,317 | 591,808 |
| North of Lincoln | 27,075 | 27,075 | 27,075 | 27,075 | 27,075 | 27,075 | 27,075 | 27,075 | 27,075 | 27,075 | 27,075 | 27,075 | 324,904 |
| Field Additional Compression | 143,302 | 239,058 | 375,446 | 481,320 | 578,677 | 669,162 | 753,987 | 834,075 | 910,146 | 831,087 | 894,020 | 954,605 | 7,664,886 |
| **Total Field Compression Expenses** | **462,463** | **558,218** | **694,606** | **800,481** | **897,838** | **988,322** | **1,073,147** | **1,153,235** | **1,229,307** | **1,150,247** | **1,213,180** | **1,273,766** | **11,494,811** |
| **Sub Total 2018 Opex** | **1,094,154** | **1,200,219** | **1,391,703** | **1,504,941** | **1,613,796** | **1,730,089** | **1,810,327** | **1,898,563** | **2,177,783** | **2,029,974** | **2,098,970** | **2,180,618** | **20,731,138** |
| Less: Electrical - Reimbursable at Plants | 25,662 | 25,662 | 25,662 | 25,662 | 25,662 | 25,662 | 25,662 | 25,662 | 25,662 | 25,662 | 25,662 | 25,662 | 307,938 |
| **2018 Opex** | **1,068,493** | **1,174,558** | **1,366,042** | **1,479,279** | **1,588,135** | **1,704,428** | **1,784,665** | **1,872,902** | **2,152,121** | **2,004,313** | **2,073,308** | **2,154,956** | **20,423,200** |
| | | | | | | | | | | | | | |
| Field Level G&A | 280,665 | 280,665 | 280,665 | 307,332 | 307,332 | 435,561 | 448,894 | 448,894 | 448,894 | 488,894 | 488,894 | 488,894 | 4,705,585 |
| Corporate G&A | 454,884 | 454,884 | 454,884 | 454,884 | 454,884 | 454,884 | 454,884 | 454,884 | 454,884 | 454,884 | 454,884 | 454,884 | 5,458,607 |
| | | | | | | | | | | | | | |
| **Opex + Field Level G&A + Corp G&A** | **1,804,042** | **1,910,107** | **2,101,591** | **2,241,495** | **2,350,350** | **2,594,873** | **2,688,444** | **2,776,680** | **3,055,900** | **2,948,091** | **3,017,087** | **3,098,734** | **30,587,393** |