# JX 10

[Filed Under Seal]

**Category:** Chats/Private
**From:** Hal Chappelle
**To:** Mike McCabe
**Timestamp:** 3/19/2018 7:47:04 PM -04:00
**Type:** iMessage

Have you gotten any more insight into KFM fourth-quarter results?

CONFIDENTIAL

Chappelle_SDTX0007506

**Category:** Chats/Private
**From:** Mike McCabe
**To:** Hal Chappelle
**Timestamp:** 3/19/2018 7:52:23 PM -04:00
**Type:** iMessage

Yes. Most was a one time fuel adjustment charge they missed all year

CONFIDENTIAL

Chappelle_SDTX0007507

**Category:** Chats/Private ▮
**From:** Hal Chappelle
**To:** Mike McCabe
**Timestamp:** 3/19/2018 7:53:38 PM -04:00
**Type:** iMessage

Well, we own it. You have some interesting explanations to develop

CONFIDENTIAL

Chappelle_SDTX0007508

**Category:** Chats/Private
**From:** Mike McCabe
**To:** Hal Chappelle
**Timestamp:** 3/19/2018 7:55:54 PM -04:00
**Type:** iMessage

As in why didn't their auditor catch for our filing since they found out in August and audited Q3

CONFIDENTIAL

Chappelle_SDTX0007509

**Category:** Chats/Private ███
**From:** Mike McCabe
**To:** Hal Chappelle
**Timestamp:** 3/19/2018 8:06:03 PM -04:00
**Type:** iMessage

---

I am more worried about a class action law suit being filed since Proxy numbers were wrong and we have to restate or something akin to that

CONFIDENTIAL

Chappelle_SDTX0007510