JX 11

| | |
|---|---|
| **From:** | Mark Jaggers-KFM <MJaggers@kingfishermidstream.net> on behalf of Mark Jaggers-KFM <MJaggers@kingfishermidstream.net> |
| **Sent:** | Wednesday, April 24, 2019 10:27 PM |
| **To:** | Colby Tiffee <CTiffee@kingfishermidstream.net>; Kaitlyn Mathews <KMathews@AltaMesa.net>; Neil Babaria <nbabaria@AltaMesa.net>; Jeffrey Layne <jlayne@kingfishermidstream.net>; Jerry Haney-KFM <JHaney@kingfishermidstream.net>; David Pepper-KFM <DPepper@kingfishermidstream.net>; Christie Meyer-KFM <CMeyer@kingfishermidstream.net>; Monica Brownell <MBrownell@kingfishermidstream.net> |
| **Subject:** | RE: KFM Wells |

---

List of EHU wells connected to KFM. I believe all can flow to either KFM or Mustang, depending on how the valves are opened/closed.

EHU 15/17 SLS
EHU 213 SLS
EHU 214 SLS
EHU 215 SLS
EHU 216 SLS
EHU 217 SLS
EHU 218 SLS
EHU 219 SLS
EHU 220 SLS
EHU 221 SLS
EHU 222 SLS
EHU 223 SLS
EHU 224H-O SLS
EHU 226 SLS
EHU 227 SLS
EHU 228H SLS
EHU 229H SLS
EHU 230 SLS
EHU 231 SLS
EHU 232 SLS
EHU 233 SLS
EHU 234 SLS
EHU 235 SLS
EHU 236 SLS
EHU 237 SLS
EHU 238 SLS
EHU 239 SLS
EHU 240 SLS
EHU 241 SLS
EHU 252 SLS
EHU 253 SLS
EHU 254 SLS
EHU 255 SLS

EHU 256 SLS
EHU 257 SLS
EHU 258 SLS
EHU 259 SLS
EHU 69 SLS
EHU Tract 105 SLS
EHU Tract 121 SLS
EHU Tract 126 SLS
EHU Tract 90 SLS
Pressure Pulse

---

**From:** Colby Tiffee
**Sent:** Wednesday, April 24, 2019 4:28 PM
**To:** Kaitlyn Mathews <KMathews@AltaMesa.net>; Neil Babaria <nbabaria@AltaMesa.net>; Mark Jaggers-KFM <MJaggers@kingfishermidstream.net>; Jeffrey Layne <jlayne@kingfishermidstream.net>; Jerry Haney-KFM <JHaney@kingfishermidstream.net>; David Pepper-KFM <DPepper@kingfishermidstream.net>; Christie Meyer-KFM <CMeyer@kingfishermidstream.net>; Monica Brownell <MBrownell@kingfishermidstream.net>
**Subject:** RE: KFM Wells

I've not heard of the 86%, but I think 98% of the EHU WI ownership is OEA and OEA's interest is dedicated to KFM. I don't know if it matters or not, but the Walrus wells in section 36-15N-6W are split dedicated and split connected to KFM and Markwest. KFM receives 73% of the volume and MW gets 27%.

Team – Do we have a list of the EHU wells and what pipeline is connected? I think in most cases, the EHU wells can flow to KFM and/or Mustang.



**Alta Mesa Resources**
*Colby D. Tiffee*
*Director, Commercial Development*
525 Central Park Dr., Suite 201
Oklahoma City, OK 73105
(405) 595-2904 Office

---

**From:** Kaitlyn Mathews
**Sent:** Wednesday, April 24, 2019 3:41 PM
**To:** Colby Tiffee <CTiffee@kingfishermidstream.net>; Neil Babaria <nbabaria@AltaMesa.net>; Mark Jaggers-KFM <MJaggers@kingfishermidstream.net>; Jeffrey Layne <jlayne@kingfishermidstream.net>; Jerry Haney-KFM <JHaney@kingfishermidstream.net>
**Subject:** RE: KFM Wells

I am being told that there is an agreement to have 86% of EHU volume go to KFM and the remaining to another party? Can someone confirm this?

Neil, if this is the case we will need to start breaking out EHU volumes vs OEA so that we can only account for the proportion that would go to KFM.

---

**From:** Colby Tiffee
**Sent:** Wednesday, April 24, 2019 2:55 PM

**To:** Kaitlyn Mathews <KMathews@AltaMesa.net>; Neil Babaria <nbabaria@AltaMesa.net>; Mark Jaggers-KFM <MJaggers@kingfishermidstream.net>; Jeffrey Layne <jlayne@kingfishermidstream.net>; Jerry Haney-KFM <JHaney@kingfishermidstream.net>
**Subject:** RE: KFM Wells

It sounds like this piece of the process is working and the missing link for March are the EHU wells into KFM. I think we would need to go through the well list for January and February to reconcile for the revenue differences in those two months.



**Alta Mesa Resources**
*Colby D. Tiffee*
*Director, Commercial Development*
525 Central Park Dr., Suite 201
Oklahoma City, OK 73105
(405) 595-2904 Office

---

**From:** Kaitlyn Mathews
**Sent:** Wednesday, April 24, 2019 2:39 PM
**To:** Colby Tiffee <CTiffee@kingfishermidstream.net>; Neil Babaria <nbabaria@AltaMesa.net>; Mark Jaggers-KFM <MJaggers@kingfishermidstream.net>; Jeffrey Layne <jlayne@kingfishermidstream.net>; Jerry Haney-KFM <JHaney@kingfishermidstream.net>
**Subject:** RE: KFM Wells

Thank you. In my current process I check KFM against what Jerry sends each month for gas actuals. I use the attachment and filter column O "Gas Sales KFM" to everything that is not 0. I currently have all 268 wells accounted for on the attachment.

However, EHU is not included in that attachment. In the 4.22.2019 KFM Wells attachment I Have a list of well. The wells with "Y" agree with what has gas sales. The wells with N/A are not on the list. There are 47 of these wells.... 32 are EHU, 8 are new PDPs wells so they may not be included in the gas actuals for March, and 7 are older wells that may have had 0 gas sold for March.

---

**From:** Colby Tiffee
**Sent:** Wednesday, April 24, 2019 2:13 PM
**To:** Neil Babaria <nbabaria@AltaMesa.net>; Mark Jaggers-KFM <MJaggers@kingfishermidstream.net>; Jeffrey Layne <jlayne@kingfishermidstream.net>; Jerry Haney-KFM <JHaney@kingfishermidstream.net>; Kaitlyn Mathews <KMathews@AltaMesa.net>
**Subject:** FW: KFM Wells

Neil/Kaitlyn – I think this can be solved for by syncing Kaitlyn and Jerry up. I think Jerry is the right point person for the source of this information. He has the information and Kaitlyn just needs access to retrieve it.

**Alta Mesa Resources**
*Colby D. Tiffee*
*Director, Commercial Development*
525 Central Park Dr., Suite 201

Oklahoma City, OK 73105
(405) 595-2904 Office

**From:** Neil Babaria
**Sent:** Wednesday, April 24, 2019 1:52 PM
**To:** Mark Jaggers-KFM <MJaggers@kingfishermidstream.net>; Jeffrey Layne <jlayne@kingfishermidstream.net>; Colby Tiffee <CTiffee@kingfishermidstream.net>
**Subject:** Fwd: KFM Wells

Team,

Attached is the list of wells Kaitlyn is using in her OEA volume forecast for KFM. Please let me know if you see any wells that need to be added or removed.

Best,
Neil

---

**From:** Kaitlyn Mathews <kmathews@altamesa.net>
**Sent:** Wednesday, April 24, 2019 1:16 PM
**To:** Neil Babaria
**Subject:** KFM Wells

CONFIDENTIAL                                                                                                                                                   AMR_SDTX01108602