UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>**PUBLIC VERSION OF DKT. 556** |

**DECLARATION OF ANDREW J. ENTWISTLE IN SUPPORT OF CLASS PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE CERTAIN OPINIONS OF EXPERT TAYLOR KIRKLAND**

I, Andrew J. Entwistle, declare as follows:

1. I am a Partner at the law firm Entwistle & Cappucci LLP, counsel for Class Plaintiffs and Court-Appointed Co-Class Counsel. I am a member of the State Bar of Texas and am admitted to practice before this Court.

2. I respectfully submit this declaration in support of Class Plaintiffs' Opposition to Defendants' Motion to Exclude Certain Opinions of Expert Taylor Kirkland Under Rule 702.

3. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

4. Attached hereto are true and correct copies of the following documents[1]:

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| KX 1 | ███████████████████████ |

---

[1] Some exhibits hereto bear deposition stickers which were added after their production at the bates numbers indicated.

| EXHIBIT NO. | DESCRIPTION |
| --- | --- |
| KX 2 | ███████████████████████████ |
| KX 3 | Excerpt of Deposition Transcript of Taylor Kirkland dated Nov. 15, 2023 |
| KX 4 | Silver Run Acquisition Corporation II, Schedule 14A Definitive Proxy Statement dated Jan. 19, 2018 |
| KX 5 | Excerpt of Deposition Transcript of John Baldauff dated Apr. 17, 2023 |
| KX 6 | Excerpt of Deposition Transcript of Michael Ellis in the matter of *Alta Mesa Holdings, LP, et al. vs. Kingfisher Midstream, LLC, et al.* (Adv. No. 19-03609) dated Dec. 4, 2019 [AMR_AMHTrusteeProd_00005990] |
| KX 7 | Email from Eric Ecklund to Kevin Bourque dated May 28, 2017 [Alta Mesa_SDTX01337147] |
| KX 8 | Email from Kevin Bourque to Tim Turner and others dated June 6, 2017 [Alta Mesa_SDTX00853993] |
| KX 9 | Alta Mesa Resources Roadshow – Potential Investor Questions dated July 27, 2017 [RIVERSTONE_SDTX00009529] |
| KX 10 | Email from Joshua Williams to Jim Hackett and others dated July 27, 2017 [RIVERSTONE_SDTX00009510] |
| KX 11 | Email from Tim Turner to Mike Ellis dated Dec. 26, 2017 [AMR_SDTX00061566] |
| KX 12 | Alta Mesa Resources, Inc., Reserves Discussion and Contrast of Production Data and Public Sales Data, dated Mar. 2018 [PLAINTIFFS_AMR_00000993] |
| KX 13 | Text from Hal Chappelle to Kevin Bourque dated Mar. 21, 2018 [Chappelle_SDTX0006832] |
| KX 14 | ESP Plan Production Wedge file dated Apr. 14, 2018 [AMR_SDTX01652152] |
| KX 15 | Alta Mesa Resources, Inc., First Quarter 2018 Operational Update, dated May 14, 2018 [AMR_SDTX00003094] |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| KX 16 | Email from Gene Cole to Mike Ellis dated Aug. 31, 2018 [AMR_SDTX00104735] |
| KX 17 | Email from Scott Grandt to Kevin Bourque dated Sept. 3, 2018 [AMR_SDTX00066632] |
| KX 18 | Alta Mesa Resources, Inc., Technical Update, dated Mar. 29, 2019 [AMR_SDTX00003233] |
| KX 19 | ███████████████████████████████ |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 16, 2024 in Austin, Texas.

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle