# KX 1

REDACTED IN ITS ENTIRETY