# KX 2

REDACTED IN ITS ENTIRETY