KX 3

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2               SOUTHERN DISTRICT OF TEXAS
 3                    HOUSTON DIVISION
 4
 5                                      :
     In Re:                             :
 6                                      :   Civil Action No.
     ALTA MESA RESOURCES, INC.,         :
 7   SECURITIES LITIGATION              :   4:19-CV-00957
                                        :
 8                                      :
     _____
 9
10
              VIDEO-RECORDED ORAL DEPOSITION OF
11
                        Expert Witness
12
                      TAYLOR J. KIRKLAND
13
14
                      November 15, 2023
15
                         9:14 a.m.
16
17
                     4550 Travis Street
18
                     Dallas, Texas 75205
19
20
21
22
23   Stenographically Reported by:
24   MAYLEEN AHMED, RMR, CRR, CRC, TX-CSR #9428
25   Job No.:  6306381
```

[PAGES INTENTIONALLY OMITTED]

Page 41

1    A.    Correct.
2    Q.    Why didn't you review the financial data
3  at -- from AMH/AMR about the installation and
4  operation of ESPs?
5    A.    I tried to.  I asked for it.  But the
6  data that was required for that, I don't believe we
7  could get it from the production, from -- from the
8  document production.
9    Q.    And what did you do to understand that
10  the financial data, necessary to analyze whether
11  ESPs were economic at Alta Mesa, was not obtainable
12  through the production you had access to?
13          MR. SHER:  Objection.
14    A.    I'm sorry.  Could you ask that -- are
15  you asking when I knew that?  Or what was --
16    Q.    What did you do to understand that the
17  financial data, necessary to analyze whether --
18  whether or not ESPs were economic at Alta Mesa, was
19  not obtainable through the productions that you had
20  access to?
21    A.    I did a significant amount of searching
22  in the data production, as well requested from
23  Entwistle & Cappucci help on -- on locating that,
24  and we were unable to do so.
25          MR. PETERS:  I'd like -- let's go off

[PAGES INTENTIONALLY OMITTED]