KX 6





Transcript of **Michael E. Ellis**

Wednesday, December 4, 2019

*In re Alta Mesa Resources, Inc. and Alta Mesa Holdings, LP*

Alderson Court Reporting
1-800-FOR-DEPO (367-3376)
Info@AldersonReporting.com
www.AldersonReporting.com

Alderson Reference Number: 89949

CONFIDENTIAL                                                                            AMR_AMHTrusteeProd_00005990

```
 1           IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
 2                   HOUSTON DIVISION

 3    In re:                    )
                                ) Chapter 11
 4    ALTA MESA RESOURCES, INC.,)
      et al.,                   ) Case No. 19-35133
 5                              )
         Debtors.               )
 6    _____ ) (Jointly
      ALTA MESA HOLDINGS, LP, and) Administered)
 7    OKLAHOMA ENERGY           )
      ACQUISITIONS, LP          )
 8                              )
         Plaintiffs.            )
 9                              ) Adv No. 19-03609
         v.                     )
10                              )
      KINGFISHER MIDSTREAM, LLC )
11    and OKLAHOMA PRODUCED WATER)
      SOLUTIONS, LLC,           )
12    `                         )
         Defendants.            )
13

14    ***********************************************

15           ORAL DEPOSITION OF MICHAEL E. ELLIS

16                  DECEMBER 4, 2019

17    ***********************************************

18
           DEPOSITION of MICHAEL E. ELLIS, produced as a
19    witness at the instance of the Plaintiffs, and duly
      sworn, was taken in the above-styled and numbered
20    cause on December 4, 2019, from 8:59 a.m. to
      12:45 p.m., before Denyce M. Sanders, RDR, CRR, TCRR,
21    CCR (LA), in and for the State of Texas, recorded by
      machine shorthand, at the offices of Winston & Strawn
22    LLP, 1111 Louisiana Street, 33rd Floor, Suite 3700,
      Houston, Texas, pursuant to the Federal Rules of Civil
23    Procedure and the provisions stated on the record or
      attached hereto; signature having been waived.
24
      JOB NO. 89949
25
```

CONFIDENTIAL                                    AMR_AMHTrusteeProd_00005991

[PAGES INTENTIONALLY OMITTED]

Page 102

1  A. Yeah.
2  Q. Did you make any introductions to anyone on
3  his behalf or anything like that?
4  A. You know, he actually came there because we
5  hired one of his friends, and his friend ended up
6  suggesting he put in an application or whatever he
7  did. However he got the interview.
8  Q. Were you aware he was applying?
9  A. I'm sure I was.
10 Q. And did you talk with anyone about this
11 deposition prior to it occurring?
12     Sorry. Let me rephrase. Very unclear.
13     Did you talk with anyone, any of your former
14 colleagues at AMH, or Mr. Chappelle, about this
15 deposition prior to it occurring?
16 A. No.
17     MR. GOERLICH: Do we know if lunch is --
18 I think we can take a break for that.
19     (Lunch break.)
20 Q. (BY MR. GOERLICH) Mr. Ellis, besides the
21 non-STACK oil and gas properties, were any other
22 assets transferred to High Mesa as part of the
23 business combination?
24 A. Yeah. The stock of Alta Mesa Resources.
25 Q. So that Alta Mesa Resources stock was with

Page 103

1  AMH and was transferred to High Mesa?
2  A. That makes sense.
3  Q. Besides the stock and the oil and gas
4  non-STACK properties, any other assets transferred?
5  A. I don't think so.
6  Q. And how about liabilities transferred to High
7  Mesa, were any non-oil and gas non-STACK
8  assets -- that is a very confusingly phrased question.
9     Were any liabilities, besides liabilities of
10 non-STACK oil and gas assets, transferred to High
11 Mesa?
12 A. Not that I know of.
13 Q. Okay. So we discussed earlier that KFM got
14 some bids for it alone as part of the business
15 combination.
16 A. Well, it was before the business combination,
17 but, yes.
18 Q. Before the business combination.
19     Do you recall any discussions around KFM's
20 value and a desire to increase KFM's value as part of
21 the business combination?
22     MR. HENNIES: Objection to the extent
23 this is relevant to the adversary proceeding.
24     MR. WOOLNER: Object to the form of the
25 question.

Page 104

1  A. I don't remember that occurring.
2  Q. (BY MR. GOERLICH) Do you recall any change in
3  the valuation of AMH in the course of the negotiations
4  over the business combination?
5  A. Yes.
6  Q. And what was that change?
7  A. I believe that we were valued maybe at $1.7
8  billion initially, and Hal made a recommendation that
9  with the oil pricing coming down, that we should agree
10 or volunteer to reduce our valuation of 1.4 to help to
11 make sure that this transaction would actually close.
12 Q. And did you agree with Mr. Chappelle's
13 recommendation?
14 A. I did.
15 Q. Do you remember anyone disagreeing with it?
16 A. No.
17 Q. In discussing the joint development agreement
18 with Bayou City, you mentioned some concerns about
19 child -- with regard to Bayou City and not recouping
20 its investment, you mentioned some issues with child
21 well production decreasing, as well as falling oil
22 prices.
23     When did those issues occur?
24 A. The realization of the decrease in recoveries
25 from the children wells occurred after we started

Page 105

1  drilling children wells, and I started -- started
2  seeing enough performance in enough wells to realize
3  that this is a regional issue, and now we know -- the
4  whole industry now knows it's a total nonconventional
5  issue, as far as I can think of. Every -- every basin
6  is discovering that on their own.
7  Q. And so you said after you began drilling the
8  child wells.
9     When was that precisely?
10 A. We had a few children wells drilled prior to
11 the February date and in producing, but those
12 actually -- they were spaced far enough apart that
13 they pretty much fit into range. So it was the -- the
14 first one was the Bullis-Coleman pattern was the first
15 pattern where we -- where it was really obvious that
16 we weren't going to get recoveries out of the children
17 wells that we expected.
18 Q. And when was that?
19 A. Well, I know that -- I know when it was
20 obvious of the conclusion for the whole idea. That
21 would have probably been third quarter of 2018.
22 Q. But for the initial Bullis-Coleman wells, you
23 don't remember a specific date?
24 A. No.
25 Q. And then you also mentioned falling oil

CONFIDENTIAL  AMR_AMHTrusteeProd_00006017

[PAGES INTENTIONALLY OMITTED]