KX 7

| | |
|---|---|
| **From:** | Eric H. Ecklund <eecklund@AltaMesa.net> on behalf of<br>Eric H. Ecklund <eecklund@AltaMesa.net> |
| **Sent:** | Sunday, May 28, 2017 2:50 AM |
| **To:** | Kevin J. Bourque <kbourque@AltaMesa.net> |
| **Subject:** | RE: NE Kingfisher Base Management Lift Optimization Report |

Not really.
CDM seems to be giving us the up-time.
We could be more aggressive with pulling wells, but I think that would have the opposite effect, or marginal and additional cost.

I believe we are keeping up with the day to day. Like you said, the pattern drills aren't giving us the bang we hoped.

I think it is just a combination of wells declining faster than new production coming on. We have at least 2 wells on the sideline that are now getting hooked up to Mustang.

Sent from my treo using Symantec TouchDown (www.symantec.com)

-----Original Message-----
**From:** Kevin J. Bourque [kbourque@AltaMesa.net]
**Received:** Saturday, 27 May 2017, 9:32PM
**To:** Eric H. Ecklund [eecklund@AltaMesa.net]
**Subject:** FW: NE Kingfisher Base Management Lift Optimization Report

Any other thoughts?

**From:** Kevin J. Bourque
**Sent:** Saturday, May 27, 2017 9:22 PM
**To:** Mike E. Ellis <mellis@AltaMesa.net>
**Subject:** RE: NE Kingfisher Base Management Lift Optimization Report

I'm with you, it feels like we're struggling more than we should.

I think the biggest single item is the Bullis Coleman not hitting more than 3000 and declined faster than expected. Next is the Pollard, Wishbone, and Carey wells haven't done much to help the base with so much water production. KFM had issues with a CHK Oswego well on the Paris, Brown, James, Nicklaus, Sawgrass line and have had those shut in for 4 days.

Other than the wells that came in under the type curve the next problem could be called "down time" for various reasons but Offset Activities, Compression, or KFM would be the leading 3 items. The Artifical Lift team keeps us in check on HIT, GLV concerns, and compression.  KFM is a wildcard.

**From:** Mike E. Ellis
**Sent:** Saturday, May 27, 2017 9:36 AM
**To:** Kevin J. Bourque <kbourque@AltaMesa.net>
**Subject:** Fwd: NE Kingfisher Base Management Lift Optimization Report

Headed toward Urbana.  I will need some AC time in the afternoons. Why do you think we have such a hard time getting production up to then over 15000 bopd? I know we will get there just bothers me it is not happening. Of course ifColeman pattern we're doing 2000 bopd that would help.

CONFIDENTIAL                                                                                                                                    AMR_SDTX01337147

Sent from my iPhone

Begin forwarded message:

**From:** Jared Noynaert <jnoynaert@AltaMesa.net>
**Date:** May 27, 2017 at 9:16:55 AM CDT
**To:** Jared Noynaert <jnoynaert@AltaMesa.net>, John Baldauff <jbaldauff@AltaMesa.net>, "Kevin J. Bourque" <kbourque@AltaMesa.net>, "Eric H. Ecklund" <eecklund@AltaMesa.net>, Dave Hornak <dhornak@AltaMesa.net>, Mike Hanegan <mhanegan@AltaMesa.net>, JE Soudek <jsoudek@AltaMesa.net>, Greg Cole <greg.cole@AltaMesa.net>, Curtis Kelsey <ckelsey@AltaMesa.net>, Ryan Hornak <rhornak@AltaMesa.net>, Gene Cole <gcole@AltaMesa.net>, "Mike E. Ellis" <mellis@AltaMesa.net>, Cathy Radvansky <cradvansky@AltaMesa.net>, Abbas Belyadi <ABelyadi@AltaMesa.net>, Kaitlyn Mathews <KMathews@AltaMesa.net>, Jerry Haney <jhaney@AltaMesa.net>, Curtis Kelsey <ckelsey@AltaMesa.net>, Sean Gabel <sgabel@AltaMesa.net>, Julian Ludwig <jludwig@AltaMesa.net>, Tim Prince <tprince@AltaMesa.net>, Michael Gaither <mgaither@AltaMesa.net>, Jerry Swearingen <jswearingen@AltaMesa.net>, Bruce Hinkle <brucehinkle@aol.com>, Brenna Heinrich <bheinrich@AltaMesa.net>, Clayton Spiehs <cspiehs@AltaMesa.net>, Jerry Jech <jjech@AltaMesa.net>, John Whitley <jwhitley@AltaMesa.net>, "Hal H. Chappelle" <hchappelle@AltaMesa.net>, Russell Smolik <rsmolik@AltaMesa.net>
**Subject: NE Kingfisher Base Management Lift Optimization Report**

The 5/27/2017 lift optimization report for NE Kingfisher as of 7:00 am is attached.


The report is available as a spreadsheet here.

CONFIDENTIAL                                                                                                                                 AMR_SDTX01337148