KX 10

| | |
|---|---|
| **From:** | Williams, Joshua1 <joshua1.williams@citi.com> on behalf of "Williams, Joshua1" <joshua1.williams@citi.com> |
| **Sent:** | Thu, 27 Jul 2017 03:11:14 +0000 (UTC) |
| **To:** | "'Hackett, Jim'" <JHackett@riverstonellc.com>; "Hal H. Chappelle"<hchappelle@AltaMesa.net>; "Michael A. McCabe" <mmccabe@AltaMesa.net>; "Tim Turner" <tturner@AltaMesa.net>; "kbourque@altamesa.net"<kbourque@altamesa.net>; "Jackson, James R " <james.r.jackson@citi.com>; "Deas, Derek " <derek.deas@citi.com>; "O'suji, Chinna "<chinna.osuji@citi.com> |
| **Subject:** | SRII Potential Investor Questions |
| **Attachments:** | PIPE FAQ (AMR-Citi Combined) v5.docx;PIPE FAQ (AMR-Citi Combined) v5.pdf |

All,

Please find the latest list of potential investor questions/answers updated for comments received from Kevin and Tim.

Thank you,

Josh

**Josh Williams**
Citi|Investment Banking
Global Energy Group
811 Main Street, Suite 3900
Houston, TX 77002

joshua1.williams@citi.com