KX 12

# Alta Mesa Resources, Inc.

## Reserves Discussion and Contrast of Production Data and Public Sales Data

**March 2018**



PLAINTIFFS_AMR_00000993



# Disclaimer

**FORWARD-LOOKING STATEMENTS**

The information in this presentation and the oral statements made in connection therewith include "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. All statements, other than statements of present or historical fact included in this presentation, regarding our strategy, future operations, financial position, estimated revenues and losses, projected costs, prospects, plans and objectives of management are forward-looking statements. When used in this presentation, including any oral statements made in connection therewith, the words "could," "should," "will," "may," "believe," "anticipate," "intend," "estimate," "expect," "project," the negative of such terms and other similar expressions are intended to identify forward-looking statements, although not all forward-looking statements contain such identifying words. These forward-looking statements are based on management's current expectations and assumptions about future events and are based on currently available information as to the outcome and timing of future events. We caution you that these forward-looking statements are subject to all of the risks and uncertainties, most of which are difficult to predict and many of which are beyond our control, incident to the development, production, gathering and sale of oil, natural gas and natural gas liquids. These risks include, but are not limited to, commodity price volatility, low prices for oil and/or natural gas, global economic conditions, inflation, increased operating costs, lack of availability of drilling and production equipment, supplies, services and qualified personnel, processing volumes and pipeline throughput, uncertainties related to new technologies, geographical concentration of operations of our subsidiaries Alta Mesa Holdings, LP ("Alta Mesa") and Kingfisher Midstream, LLC ("KFM"), environmental risks, weather risks, security risks, drilling and other operating risks, regulatory changes, the uncertainty inherent in estimating oil and natural gas reserves and in projecting future rates of production, reductions in cash flow, lack of access to capital, Alta Mesa's and KFM's ability to satisfy future cash obligations, restrictions in existing or future debt agreements of Alta Mesa or KFM, the timing of development expenditures, managing Alta Mesa's and KFM's growth and integration of acquisitions, failure to realize expected value creation from property acquisitions, title defects and limited control over non-operated properties, our ability to complete an initial public offering of the KFM midstream business and the other risks described in our filings with the Securities and Exchange Commission (the "SEC"). Should one or more of the risks or uncertainties described in this presentation and the oral statements made in connection therewith occur, or should underlying assumptions prove incorrect, our actual results and plans could differ materially from those expressed in any forward-looking statements. Except as otherwise required by applicable law, we disclaim any duty to update any forward-looking statements, all of which are expressly qualified by the statements in this section, to reflect events or circumstances after the date of this presentation.

**RESERVE INFORMATION**

Reserve engineering is a process of estimating underground accumulations of hydrocarbons that cannot be measured in an exact way. The accuracy of any reserve estimate depends on the quality of available data, the interpretation of such data and price and cost assumptions made by reserve engineers. In addition, the results of drilling, testing and production activities may justify revisions of estimates that were made previously. If significant, such revisions could impact our strategy and change the schedule of any further production and development drilling. Accordingly, reserve estimates may differ significantly from the quantities of oil and natural gas that are ultimately recovered. Estimated Ultimate Recoveries, or "EURs," refers to estimates of the sum of total gross remaining proved reserves per well as of a given date and cumulative production prior to such given date for developed wells. These quantities do not necessarily constitute or represent reserves as defined by the SEC and are not intended to be representative of anticipated future well results of all wells drilled on our STACK acreage.

**USE OF PROJECTIONS**

This presentation contains projections for Alta Mesa and KFM, including with respect to their EBITDA, net debt to EBITDA ratio and capital budget, as well as Alta Mesa's production and KFM's volumes, for the fiscal years 2017, 2018 and 2019. Neither our, nor Alta Mesa's and KFM's independent auditors or Alta Mesa's independent petroleum engineering firm have audited, reviewed, compiled, or performed any procedures with respect to the projections for the purpose of their inclusion in this presentation, and accordingly, none of them expressed an opinion or provided any other form of assurance with respect thereto for the purpose of this presentation. These projections are for illustrative purposes only and should not be relied upon as being necessarily indicative of future results. In this presentation, certain of the above-mentioned projected information has been repeated (in each case, with an indication that the information is subject to the qualifications presented herein), for purposes of providing comparisons with historical data. The assumptions and estimates underlying the projected information are inherently uncertain and are subject to a wide variety of significant business, economic and competitive risks and uncertainties that could cause actual results to differ materially from those contained in the projected information. Even if our assumptions and estimates are correct, projections are inherently uncertain due to a number of factors outside our control. Accordingly, there can be no assurance that the projected results are indicative of our future performance or that actual results will not differ materially from those presented in the projected information. Inclusion of the projected information in this presentation should not be regarded as a representation by any person that the results contained in the projected information will be achieved.

**USE OF NON-GAAP FINANCIAL MEASURES**

This presentation includes non-GAAP financial measures, including EBITDA and Adjusted EBITDAX. Please refer to the Appendix for a reconciliation of Adjusted EBITDAX to net (loss) income, the most comparable GAAP measure. We believe EBITDA and Adjusted EBITDAX are useful because they allow us to more effectively evaluate our operating performance and compare the results of our operations from period to period and against their peers without regard to financing methods or capital structure. The computations of EBITDA and Adjusted EBITDAX may not be comparable to other similarly titled measures of other companies. We exclude the items listed in the Appendix from net (loss) income in arriving at Adjusted EBITDAX because these amounts can vary substantially from company to company within our industry depending upon accounting methods and book values of assets, capital structures and the method by which the assets were acquired. Adjusted EBITDAX should not be considered as an alternative to, or more meaningful than, net income as determined in accordance with GAAP or as an indicator of our operating performance or liquidity. Certain items excluded from Adjusted EBITDAX are significant components in understanding and assessing a company's financial performance, such as a company's cost of capital and tax structure, as well as the historic costs of depreciable assets, none of which are components of Adjusted EBITDAX. Our presentation of Adjusted EBITDAX should not be construed as an inference that its results will be unaffected by unusual or non-recurring items.

**INDUSTRY AND MARKET DATA**

This presentation has been prepared by us and includes market data and other statistical information from sources we believe to be reliable, including independent industry publications, government publications or other published independent sources. Some data is also based on our good faith estimates, which are derived from our review of internal sources as well as the independent sources described above. Although we believe these sources are reliable, we have not independently verified the information and cannot guarantee its accuracy and completeness.

**TRADEMARKS AND TRADE NAMES**

We own or have rights to various trademarks, service marks and trade names we use in connection with the operation of our business. This presentation also contains trademarks, service marks and trade names of third parties, which are the property of their respective owners. The use or display of third parties' trademarks, service marks, trade names or products in this presentation is not intended to, and does not imply, a relationship with us, or an endorsement or sponsorship by or of us. Solely for convenience, the trademarks, service marks and trade names referred to in this presentation may appear without the ®, TM or SM symbols, but such references are not intended to indicate, in any way, that we will not assert, to the fullest extent under applicable law, our rights or the right of the applicable licensor to these trademarks, service marks and trade names.

PLAINTIFFS_AMR_00000994



# Production Data and Public Sales Data
*Purpose and scope of analysis*

- **Purpose**
  - Provide recently-audited EUR data by well
  - Summarize assessment of public data compared to actual production
  - Evaluate 2017 actual average well performance
  - Provide context for reliability of monthly public data

- **Scope of Analysis**
  - EUR data
    - Share audited YE 2017 EUR results
    - Identify wells excepted from reserve distribution and describe exceptions
  - Public data
    - Use wells in distribution to view public production data relative to type curve
    - Well-by-well, month-by-month comparison of Alta Mesa wellhead oil and gas production with Oklahoma public sales data
    - Timing: January 2016 through October 2017
    - Public data is latest available (October 2017) from DrillingInfo



# Production Data and Public Sales Data
*Oil data consistent – Gas data significantly different*

**Key Point:** Unlike states where the producer reports wellhead production to the state regulator body (Texas – TRRC, Louisiana – DNR), in Oklahoma the purchaser reports sales to the Oklahoma Tax Commission

## Findings

- **Production and sales data for oil compare very closely**
    - Production data slightly higher than sales at any given time due to the lag time with tank sales
    - Public data accurately reflect purchaser reporting, few errors
    - Later month sale volumes are much lower than production mostly due to slow reporting of new wells
    - Most oil sold at wellhead tank/facility; some sold through LACT meters which are highly accurate

| Data Range | Oil Prod Bbls | Public-Sales Bbls | Sales/Prod Ratio |
|---|---|---|---|
| Jan 16 - Dec 16 | 3,624,751 | 3,615,173 | 100% |
| Jan 16 - Mar 17 | 4,912,056 | 4,896,052 | 100% |
| Jan 16 - Jun 17 | 6,268,169 | 6,243,932 | 100% |
| Jan 16 - Sep 17 | 7,743,963 | 7,662,848 | 99% |
| Jan 16 - Oct 17 | 8,308,805 | 8,163,621 | 98% |
| Jan 17 - Mar 17 | 1,287,305 | 1,280,879 | 100% |
| Apr 17 - Jun 17 | 1,356,113 | 1,347,880 | 99% |
| Jul 17 - Sep 17 | 1,475,793 | 1,418,916 | 96% |
| Oct 17 | 564,842 | 500,773 | 89% |

- **Gas production data and sales data vary**
    - Sales volumes may be reported from different sales points (plant inlet, CRP, wellhead); production volumes impacted by lease fuel, lift gas, line losses, flaring, etc.
    - At a well level, wellhead volumes may be impacted by allocation of volumes (provided to purchaser by producer) and allocated sales at the well are reported by the purchaser
    - Public sales volumes can lag several months

| Date Range | Gas Prod MCF | Public-Sales MCF | Sales/Prod Ratio |
|---|---|---|---|
| Jan 16 - Dec 16 | 14,065,268 | 12,173,355 | 87% |
| Jan 16 - Mar 17 | 19,171,418 | 17,308,061 | 90% |
| Jan 16 - Jun 17 | 24,868,391 | 23,469,599 | 94% |
| Jan 16 - Sep 17 | 31,423,698 | 29,231,740 | 93% |
| Jan 16 - Oct 17 | 33,610,729 | 29,477,182 | 88% |
| Jan 17 - Mar 17 | 5,106,150 | 5,134,706 | 101% |
| Apr 17 - Jun 17 | 5,696,973 | 6,161,538 | 108% |
| Jul 17 - Sep 17 | 6,555,307 | 5,762,141 | 88% |
| Oct 17 | 2,187,031 | 245,442 | 11% |



# Year End Proved Reserves
## *Reconciliation with public production data*

- YE 2017 proved reserves based on a distribution of 146 producing wells
- Oil EURs are broadly consistent north to south; with averages lagging in north (township 19N)
  - Northern area includes 4 wells in township 19N 5W, 19 wells in 19N 6W
  - 19N wells have shortest average lateral length at about 250' less than average
- Exceptions from distribution consider various factors (listed in Appendix); examples:
  - Generation 1.0 and 1.5 completions
  - Pattern tests at closer than 750' between laterals
  - Early-period wells with casing failure or fracture-stimulated at lower intensity due to casing concerns
  - Four isolated wells with high water (two in Section 19 of 19N6W optimized with artificial lift late 2017, not included in YE17 distribution)
  - Six wells pending artificial lift optimization

| AREA | EUR, MBO | EUR, MMCF | LATERAL | # WELLS | | |
|---|---|---|---|---|---|---|
| Average 15N | 267 | 1,959 | 4,724 | 18 | **Southern Area** | |
| Average 16N | 249 | 1,962 | 4,660 | 14 | | |
| Average 17N | 260 | 2,174 | 4,779 | 69 | **Central Area** | |
| Average 18N | 251 | 1,806 | 4,646 | 20 | | |
| Average 19N | 224 | 757 | 4,438 | 23 | **Northern Area** | |
| Average 20N | 370 | 1,057 | 4,771 | 2 | | |
| **Average YE17 Distribution** | **254** | **1,838** | **4,689** | **146** | Well IRR | Corp IRR |
| | MBO | MMCF | 2-phase MBOE | 3-Phase MBOE* | | |
| **Type Curve** | 250 | 1,868 | 561 | 651 | 61% | 76% |
| **Normalized to 10,000'** | 533 | 3,984 | 1,197 | 1,388 | | |

Technical EUR based on audited reserves, 3-phase with ethane rejection
* 3-Phase MBOE assumes KFM connection with 15% shrink and 73 bbls/mmcf NGL yield with ethane rejection

PLAINTIFFS_AMR_00000997



# Alta Mesa Resources Production/Sales Analysis
## *2015-2017 trending above type curve*

- Detailed well reserves provide confidence in reserve assessments
- Public oil sales data were derived from DrillingInfo for wells in Alta Mesa's distribution for further analysis of other factors
- Data illustrate 2014 and 2015 trend upward; 2016 and 2017 public data suggest other factors are at play
- Key Finding: operational factors such as shut-in and deferred production must be understood, as shown below
  - As wells come on production, more rigs are introduced and more patterns are drilled, or downtime factors emerge
  - Most downtime is related to compression, offset frac, short-term water hit from an offset frac, and wells awaiting repair or lift optimization
  - Of 84 wells that started producing oil in 2017, 55 were subjected to downtime, deferring approximately 185,000 bbls of oil
  - Accounting for deferred production results in "2017 + Defer" average rate shown below





# APPENDIX



PLAINTIFFS_AMR_00000999



# Alta Mesa Resources STACK EUR Update
*146 Wells Included (Township, Range, Section, Generation)*

| API | WELL | SEC | TWN | RNG | IP_DATE | IP_YEAR | AREA | TECH_EUR_MBO | TECH_EUR_MMCF | SEC_EUR_MBO | SEC_EUR_MMCF | LATERAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3507325252 | Cronkite 1505 4-14MH | 14 | 15N | 05W | 10/8/2016 | 2016 | | 202 | 957 | 165 | 644 | 4,808 |
| 3507325439 | Shiner 1505 1-3MH | 3 | 15N | 05W | 4/13/2017 | 2017 | | 183 | 1,355 | 165 | 1,123 | 4,899 |
| 3507325417 | Best Thirty 1505 1-5MH | 5 | 15N | 05W | 3/6/2017 | 2017 | | 109 | 464 | 82 | 387 | 4,865 |
| 3507325375 | Redbreast 1505 4-7MH | 7 | 15N | 05W | 12/15/2016 | 2016 | | 269 | 1,990 | 250 | 1,715 | 4,709 |
| 3507325378 | Yellowstone 1505 4-8MH | 8 | 15N | 05W | 2/13/2017 | 2017 | | 290 | 2,432 | 275 | 2,186 | 4,730 |
| 3507325318 | Martin 1505 4-9MH | 9 | 15N | 05W | 9/17/2016 | 2016 | | 310 | 3,891 | 300 | 3,646 | 4,795 |
| 3507325272 | Dixon 1505 3-16MH | 16 | 15N | 05W | 10/20/2016 | 2016 | | 309 | 2,722 | 295 | 2,465 | 4,858 |
| 3507325336 | Three Wood 1505 4-17MH | 17 | 15N | 05W | 12/6/2016 | 2016 | | 291 | 2,540 | 275 | 2,257 | 4,634 |
| 3507325517 | Aberlour 1505 1-18MH | 18 | 15N | 05W | 10/15/2017 | 2017 | | 181 | 1,908 | 168 | 1,654 | 4,772 |
| 3507325731 | Samuel 1505 1-29MH | 29 | 15N | 05W | 10/6/2017 | 2017 | | 336 | 2,410 | 325 | 2,242 | 4,862 |
| 3507325461 | Red Queen 1506 1-1MH | 1 | 15N | 06W | 3/25/2017 | 2017 | | 183 | 2,005 | 173 | 1,788 | 4,078 |
| 3507325440 | White King 1506 1-12MH | 12 | 15N | 06W | 3/28/2017 | 2017 | | 305 | 2,136 | 293 | 1,962 | 4,804 |
| 3507325481 | Cheshire Cat 1506 1-13MH | 13 | 15N | 06W | 7/20/2017 | 2017 | | 306 | 2,814 | 292 | 2,560 | 4,655 |
| 3507325431 | Huntsman 1506 2-23MH | 23 | 15N | 06W | 4/16/2017 | 2017 | | 319 | 2,287 | 308 | 2,115 | 4,558 |
| 3507325457 | Huntsman 1506 4-23MH | 23 | 15N | 06W | 4/25/2017 | 2017 | | 278 | 1,516 | 262 | 1,344 | 4,766 |
| 3507325611 | Old Crab 1506 1-24MH | 24 | 15N | 06W | 7/17/2017 | 2017 | | 366 | 2,442 | 349 | 2,194 | 4,765 |
| 3507325370 | White Rabbit 1506 2-27MH | 27 | 15N | 06W | 11/30/2016 | 2016 | | 313 | 722 | 275 | 580 | 4,811 |
| 3507325364 | Mad Hatter 1506 2-34MH | 34 | 15N | 06W | 12/9/2016 | 2016 | | 263 | 665 | 225 | 523 | 4,670 |
| | | | | | | | **Average 15N** | **267** | **1,959** | **249** | **1,743** | **4,724** |
| | | | | | | | | | | | | |
| 3507325181 | Helen 1605 5-33MH | 33 | 16N | 05W | 2/13/2016 | 2016 | | 236 | 1,790 | 219 | 1,554 | 4,620 |
| 3507325296 | Rudd 1605 2A-5MH | 5 | 16N | 05W | 8/5/2016 | 2016 | | 183 | 2,055 | 162 | 1,535 | 4,010 |
| 3507325735 | McLovin 1605 1-6MH | 6 | 16N | 05W | 10/15/2017 | 2017 | | 150 | 1,343 | 134 | 1,106 | 4,182 |
| 3507325707 | Jacob 1605 1-8MH | 8 | 16N | 05W | 10/2/2017 | 2017 | | 358 | 2,609 | 342 | 2,383 | 4,812 |
| 3507325482 | Aberfeldy 1605 4-16MH | 16 | 16N | 05W | 7/21/2017 | 2017 | | 237 | 1,706 | 217 | 1,452 | 4,756 |
| 3507325508 | Hasley 1605 1-28MH | 28 | 16N | 05W | 6/11/2017 | 2017 | | 323 | 2,186 | 304 | 1,944 | 4,742 |
| 3507325306 | Oak Tree 1605 2-30MH | 30 | 16N | 05W | 9/27/2016 | 2016 | | 266 | 1,656 | 247 | 1,430 | 4,744 |
| 3507325493 | Dalwhinnie 1605 1-31MH | 31 | 16N | 05W | 5/14/2017 | 2017 | | 249 | 1,911 | 231 | 1,651 | 4,812 |
| 3507325592 | PlumpJack 1605 1-34MH | 34 | 16N | 05W | 6/30/2017 | 2017 | | 208 | 1,858 | 193 | 1,602 | 4,797 |
| 3507325572 | Opus One 1605 1-35MH | 35 | 16N | 05W | 7/28/2017 | 2017 | | 157 | 1,192 | 136 | 944 | 4,569 |
| 3507325486 | Aces High 1606 4-11MH | 11 | 16N | 06W | 5/24/2017 | 2017 | | 167 | 2,219 | 153 | 1,748 | 4,776 |
| 3507325441 | Peat 1606 1-26MH | 26 | 16N | 06W | 6/1/2017 | 2017 | | 241 | 1,657 | 228 | 1,484 | 4,743 |
| 3507325523 | Speyside 1606 1-27MH | 27 | 16N | 06W | 6/3/2017 | 2017 | | 334 | 2,533 | 322 | 2,344 | 4,851 |
| 3507325562 | Sadiebug 1606 1-35MH | 35 | 16N | 06W | 7/18/2017 | 2017 | | 378 | 2,757 | 367 | 2,584 | 4,820 |
| | | | | | | | **Average 16N** | **249** | **1,962** | **233** | **1,697** | **4,660** |

SEC EUR YE17 Audited by Ryder Scott & Co (SEC prices $53.49/bbl, $3.00/mmbtu)
Technical EUR based on audited reserves



# Alta Mesa Resources STACK EUR Update
*146 Wells Included (Township, Range, Section, Generation)*

| API | WELL | SEC | TWN | RNG | IP_DATE | IP_YEAR | AREA | TECH_EUR_MBO | TECH_EUR_MMCF | SEC_EUR_MBO | SEC_EUR_MMCF | LATERAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3507324950 | Kilgore 2-4H | 4 | 17N | 05W | 9/27/2014 | 2014 | | 192 | 2,766 | 191 | 2,738 | 4,599 |
| 3507324972 | Humphrey 2-5H | 5 | 17N | 05W | 11/13/2014 | 2014 | | 175 | 2,214 | 165 | 1,908 | 4,691 |
| 3507324958 | Beyer 4-6H | 6 | 17N | 05W | 10/21/2014 | 2014 | | 181 | 2,555 | 181 | 2,555 | 4,452 |
| 3507325005 | Burpo 1705 2-7MH | 7 | 17N | 05W | 4/30/2015 | 2015 | | 260 | 2,673 | 250 | 2,435 | 4,665 |
| 3507325087 | Borelli 1705 5-8MH | 8 | 17N | 05W | 7/9/2015 | 2015 | | 225 | 1,935 | 215 | 1,733 | 4,809 |
| 3507325096 | Dodd 1705 3-8MH | 8 | 17N | 05W | 7/6/2015 | 2015 | | 295 | 1,941 | 285 | 1,783 | 4,810 |
| 3507325017 | Borelli 1705 4-8MH | 8 | 17N | 05W | 6/17/2015 | 2015 | | 246 | 3,860 | 237 | 3,414 | 4,821 |
| 3507325154 | Hoskins 1705 2-9MH | 9 | 17N | 05W | 11/10/2015 | 2015 | | 486 | 3,424 | 469 | 3,158 | 4,693 |
| 3507325148 | Power 1705 2-16MH | 16 | 17N | 05W | 12/2/2015 | 2015 | | 157 | 2,014 | 145 | 1,735 | 4,736 |
| 3507324941 | Pool 2-17H | 17 | 17N | 05W | 9/4/2014 | 2014 | | 145 | 1,966 | 135 | 1,676 | 4,362 |
| 3507325032 | Ash 1705 3-19MH | 19 | 17N | 05W | 3/27/2015 | 2015 | | 321 | 2,552 | 296 | 1,874 | 4,681 |
| 3507324919 | Copeland 4-20H | 20 | 17N | 05W | 7/12/2014 | 2014 | | 235 | 2,775 | 225 | 2,483 | 4,681 |
| 3507325054 | Bollenbach 1705 4-21MH | 21 | 17N | 05W | 10/2/2015 | 2015 | | 422 | 3,822 | 410 | 3,602 | 4,820 |
| 3507325125 | Bollenbach 1705 2-27MH | 27 | 17N | 05W | 10/1/2015 | 2015 | | 331 | 3,303 | 319 | 3,073 | 4,784 |
| 3507325081 | Oswald 1705 4-28MH | 28 | 17N | 05W | 10/14/2015 | 2015 | | 211 | 1,918 | 198 | 1,698 | 4,808 |
| 3507325079 | Oswald 1705 5-28MH | 28 | 17N | 05W | 10/1/2015 | 2015 | | 298 | 2,698 | 286 | 2,479 | 4,813 |
| 3507325080 | Oswald 1705 6-28MH | 28 | 17N | 05W | 10/6/2015 | 2015 | | 309 | 3,398 | 299 | 3,181 | 4,815 |
| 3507324908 | Bollenbach 2-29H | 29 | 17N | 05W | 7/11/2014 | 2014 | | 490 | 2,833 | 479 | 2,675 | 3,886 |
| 3507325053 | Bollenbach 1705 6-30MH | 30 | 17N | 05W | 12/7/2015 | 2015 | | 413 | 4,910 | 407 | 4,717 | 4,795 |
| 3507325176 | Shackelford 1705 5-31MH | 31 | 17N | 05W | 12/2/2015 | 2015 | | 262 | 3,059 | 249 | 2,780 | 4,785 |
| 3507325340 | Gregory 1705 6-1MH | 1 | 17N | 05W | 10/25/2016 | 2016 | | 195 | 1,857 | 178 | 1,600 | 4,833 |
| 3507325534 | Alicat 1705 1-2MH | 2 | 17N | 05W | 6/26/2017 | 2017 | | 176 | 1,890 | 163 | 1,628 | 4,919 |
| 3507325217 | Matheson 1705 5-10MH | 10 | 17N | 05W | 8/10/2016 | 2016 | | 296 | 2,578 | 283 | 2,329 | 4,765 |
| 3507325352 | Rigdon 1705 6-11MH | 11 | 17N | 05W | 12/13/2016 | 2016 | | 421 | 3,344 | 407 | 3,081 | 4,827 |
| 3507325339 | Clark 1705 5-12MH | 12 | 17N | 05W | 10/16/2016 | 2016 | | 412 | 3,384 | 388 | 2,549 | 4,657 |
| 3507325462 | Fazio 1705 1-13MH | 13 | 17N | 05W | 3/20/2017 | 2017 | | 290 | 3,665 | 280 | 3,372 | 4,566 |
| 3507325646 | Ash 1705 4C-19MH | 19 | 17N | 05W | 11/6/2017 | 2017 | | 135 | 1,037 | 120 | 840 | 4,768 |
| 3507325537 | Ash 1705 5A-19MH | 19 | 17N | 05W | 11/10/2017 | 2017 | | 279 | 2,247 | 266 | 2,040 | 4,771 |
| 3507325626 | Ash 1705 4A-19MH | 19 | 17N | 05W | 11/5/2017 | 2017 | | 216 | 2,037 | 205 | 1,828 | 4,780 |
| 3507325553 | Ash 1705 4B-19MH | 19 | 17N | 05W | 12/12/2017 | 2017 | | 260 | 2,110 | 247 | 1,904 | 4,782 |
| 3507325609 | Ash 1705 5C-19MH | 19 | 17N | 05W | 11/12/2017 | 2017 | | 126 | 820 | 108 | 640 | 4,783 |
| 3507325530 | Ash 1705 5B-19MH | 19 | 17N | 05W | 12/22/2017 | 2017 | | 259 | 1,988 | 246 | 1,785 | 4,811 |
| 3507325428 | Sawgrass 1705 1-32MH | 32 | 17N | 05W | 4/4/2017 | 2017 | | 83 | 217 | 56 | 146 | 4,807 |
| 3507325254 | Todd 1706 6-4MH | 4 | 17N | 06W | 7/11/2016 | 2016 | | 302 | 2,054 | 286 | 1,820 | 5,019 |

SEC EUR YE17 Audited by Ryder Scott & Co (SEC prices $53.49/bbl, $3.00/mmbtu)
Technical EUR based on audited reserves



# Alta Mesa Resources STACK EUR Update
## *146 Wells Included (Township, Range, Section, Generation)*

| API | WELL | SEC | TWN | RNG | IP_DATE | IP_YEAR | AREA | TECH_EUR_MBO | TECH_EUR_MMCF | SEC_EUR_MBO | SEC_EUR_MMCF | LATERAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3507325245 | Themer 1706 6-6MH | 6 | 17N | 06W | 6/12/2016 | 2016 | | 256 | 1,097 | 233 | 920 | 5,047 |
| 3507325179 | Coleman 1706 4-9MH | 9 | 17N | 06W | 11/29/2015 | 2015 | | 311 | 561 | 275 | 525 | 4,860 |
| 3507324963 | Musick 4-11H | 11 | 17N | 06W | 11/30/2014 | 2014 | | 112 | 1,313 | 102 | 1,089 | 4,459 |
| 3507325063 | Bates 1706 3-12MH | 12 | 17N | 06W | 10/29/2015 | 2015 | | 161 | 2,020 | 161 | 2,022 | 4,786 |
| 3507324927 | House 4-13H | 13 | 17N | 06W | 8/2/2014 | 2014 | | 98 | 1,132 | 88 | 927 | 4,261 |
| 3507325153 | Schilde 1706 3-15MH | 15 | 17N | 06W | 11/26/2015 | 2015 | | 270 | 1,361 | 254 | 1,197 | 4,857 |
| 3507325156 | Mayes 1706 3-16MH | 16 | 17N | 06W | 12/2/2015 | 2015 | | 269 | 2,276 | 259 | 2,082 | 4,797 |
| 3507325249 | Mayes 1706 7B-16MH | 16 | 17N | 06W | 6/22/2016 | 2016 | | 138 | 1,835 | 122 | 1,363 | 4,846 |
| 3507325189 | Foster 1706 5-24MH | 24 | 17N | 06W | 7/31/2016 | 2016 | | 206 | 1,449 | 190 | 1,242 | 4,814 |
| 3507325211 | Wakeman 1706 6-25MH | 25 | 17N | 06W | 5/31/2016 | 2016 | | 318 | 3,849 | 308 | 3,592 | 4,842 |
| 3507325177 | James 1706 5-26MH | 26 | 17N | 06W | 12/24/2015 | 2015 | | 239 | 2,185 | 224 | 1,922 | 4,748 |
| 3507325201 | Paris 1706 5-28MH | 28 | 17N | 06W | 3/9/2016 | 2016 | | 227 | 1,828 | 203 | 1,292 | 4,754 |
| 3507325583 | The Trick 1706 1-2MH | 2 | 17N | 06W | 8/18/2017 | 2017 | | 247 | 1,438 | 231 | 1,256 | 4,951 |
| 3507325328 | Pinehurst 1706 5-5MH | 5 | 17N | 06W | 10/11/2016 | 2016 | | 251 | 2,154 | 228 | 1,595 | 5,061 |
| 3507325667 | Themer 1706 3-6MH | 6 | 17N | 06W | 12/3/2017 | 2017 | | 148 | 1,850 | 139 | 1,623 | 4,883 |
| 3507325685 | Themer 1706 5-6MH | 6 | 17N | 06W | 11/29/2017 | 2017 | | 260 | 1,988 | 189 | 1,701 | 5,032 |
| 3507325708 | Themer 1706 4-6MH | 6 | 17N | 06W | 11/29/2017 | 2017 | | 330 | 2,040 | 313 | 1,825 | 5,041 |
| 3507325666 | Themer 1706 2-6MH | 6 | 17N | 06W | 12/1/2017 | 2017 | | 311 | 1,281 | 187 | 1,025 | 5,045 |
| 3507325682 | Themer 1706 7-6MH | 6 | 17N | 06W | 12/19/2017 | 2017 | | 259 | 1,988 | 244 | 1,764 | 5,046 |
| 3507325684 | Themer 1706 8-6MH | 6 | 17N | 06W | 12/23/2017 | 2017 | | 259 | 1,988 | 244 | 1,764 | 5,058 |
| 3507325295 | Tullamore 1706 4-7MH | 7 | 17N | 06W | 8/26/2016 | 2016 | | 242 | 1,104 | 220 | 907 | 4,830 |
| 3507325195 | Francis 1706 5-8MH | 8 | 17N | 06W | 10/7/2016 | 2016 | | 239 | 1,289 | 218 | 1,089 | 4,856 |
| 3507325532 | Freeman 1706 3-14RMH | 14 | 17N | 06W | 7/23/2017 | 2017 | | 332 | 2,890 | 319 | 2,658 | 4,776 |
| 3507325305 | Dalmore 1706 4-17MH | 17 | 17N | 06W | 10/12/2016 | 2016 | | 231 | 1,474 | 211 | 1,237 | 4,750 |
| 3507325298 | Evelyn 1706 5-18MH | 18 | 17N | 06W | 8/15/2016 | 2016 | | 416 | 1,585 | 392 | 1,409 | 4,857 |
| 3507325304 | Boecher 1706 4-19MH | 19 | 17N | 06W | 9/16/2016 | 2016 | | 301 | 1,977 | 270 | 1,424 | 4,832 |
| 3507325463 | Motorhead 1706 4-20MH | 20 | 17N | 06W | 5/2/2017 | 2017 | | 259 | 1,609 | 239 | 1,379 | 4,801 |
| 3507325236 | Gilbert 1706 6-21MH | 21 | 17N | 06W | 6/21/2016 | 2016 | | 291 | 4,354 | 281 | 4,023 | 4,738 |
| 3507325271 | Barbara 1706 3-22MH | 22 | 17N | 06W | 10/14/2016 | 2016 | | 271 | 196 | 235 | 196 | 4,812 |
| 3507325648 | Foster 1706 6B-24MH | 24 | 17N | 06W | 11/8/2017 | 2017 | | 202 | 1,625 | 186 | 1,391 | 4,770 |
| 3507325621 | Foster 1706 7-24MH | 24 | 17N | 06W | 11/26/2017 | 2017 | | 259 | 2,106 | 246 | 1,888 | 4,780 |
| 3507325222 | Brown 1706 6-27MH | 27 | 17N | 06W | 3/3/2016 | 2016 | | 358 | 3,022 | 344 | 2,775 | 4,850 |
| 3507325410 | Nicklaus 1706 1-29MH | 29 | 17N | 06W | 2/4/2017 | 2017 | | 140 | 323 | 104 | 323 | 4,599 |
| 3507325599 | Shutler 1706 1-32MH | 32 | 17N | 06W | 9/13/2017 | 2017 | | 273 | 1,855 | 254 | 1,619 | 4,852 |
| 3507325268 | Lankard 1706 6-34MH | 34 | 17N | 06W | 9/16/2016 | 2016 | | 363 | 3,148 | 350 | 2,902 | 4,855 |
| | | | | | | | **Average 17N** | **260** | **2,174** | **243** | **1,931** | **4,779** |

SEC EUR YE17 Audited by Ryder Scott & Co (SEC prices $53.49/bbl, $3.00/mmbtu)
Technical EUR based on audited reserves



# Alta Mesa Resources STACK EUR Update
## 146 Wells Included (Township, Range, Section, Generation)

| API | WELL | SEC | TWN | RNG | IP_DATE | IP_YEAR | AREA | TECH_EUR_MBO | TECH_EUR_MMCF | SEC_EUR_MBO | SEC_EUR_MMCF | LATERAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3507324900 | LNU 13-3H | 28 | 18N | 05W | 5/28/2014 | 2014 | | 303 | 2,364 | 293 | 2,193 | 5,059 |
| 3507324887 | Heller 5-33H | 33 | 18N | 05W | 4/16/2014 | 2014 | | 221 | 1,878 | 212 | 1,706 | 4,580 |
| 3507325326 | Pollard 1805 3-2MH | 2 | 18N | 05W | 2/17/2017 | 2017 | | 169 | 1,216 | 152 | 992 | 4,659 |
| 3507325751 | Elixir 1805 1-8MH | 8 | 18N | 05W | 12/14/2017 | 2017 | | 259 | 2,106 | 246 | 1,879 | 4,835 |
| 3507325504 | Exaggerator 1805 1-10MH | 10 | 18N | 05W | 6/20/2017 | 2017 | | 80 | 460 | 56 | 265 | 4,426 |
| 3507325360 | Vadder 1805 2-12RMH | 12 | 18N | 05W | 11/16/2016 | 2016 | | 320 | 4,115 | 310 | 3,826 | 4,504 |
| 3507325353 | Oltmanns 1805 6-14MH | 14 | 18N | 05W | 11/4/2016 | 2016 | | 287 | 3,760 | 277 | 3,459 | 4,930 |
| 3507325214 | Crosswhite 1805 3-20MH | 20 | 18N | 05W | 4/7/2016 | 2016 | | 152 | 886 | 133 | 669 | 4,728 |
| 3507325316 | Edwin 1805 4-22MH | 22 | 18N | 05W | 11/28/2016 | 2016 | | 238 | 2,475 | 227 | 2,226 | 4,259 |
| 3507325215 | Cleveland 1805 2-26MH | 26 | 18N | 05W | 8/18/2016 | 2016 | | 356 | 2,271 | 340 | 2,047 | 4,645 |
| 3507325047 | EHU 227H | 4 | 18N | 06W | 4/15/2015 | 2015 | | 150 | 1,390 | 140 | 1,206 | 3,681 |
| 3507325627 | Cobra 1806 1-8MH | 8 | 18N | 06W | 10/25/2017 | 2017 | | 193 | 2,062 | 181 | 1,811 | 4,448 |
| 3507325403 | Macallan 1806 4-17MH | 17 | 18N | 06W | 4/16/2017 | 2017 | | 153 | 1,523 | 138 | 1,256 | 4,795 |
| 3507325320 | Weber 1806 3-22MH | 22 | 18N | 06W | 11/29/2016 | 2016 | | 79 | 185 | 53 | 137 | 4,797 |
| 3507325647 | Wendt 1806 1-26MH | 26 | 18N | 06W | 8/21/2017 | 2017 | | 436 | 2,192 | 418 | 1,997 | 4,782 |
| 3507325307 | Mitchell 1806 2B-27MH | 27 | 18N | 06W | 11/21/2016 | 2016 | | 368 | 1,030 | 334 | 888 | 4,598 |
| 3507325728 | Towne 1806 1-31MH | 31 | 18N | 06W | 9/28/2017 | 2017 | | 248 | 1,975 | 233 | 1,722 | 4,834 |
| 3507325561 | Farrar 1806 1-32MH | 32 | 18N | 06W | 6/25/2017 | 2017 | | 296 | 1,383 | 276 | 1,186 | 4,787 |
| 3507325524 | McNulty 1806 1-33MH | 33 | 18N | 06W | 6/28/2017 | 2017 | | 442 | 2,379 | 423 | 2,151 | 4,818 |
| 3507325490 | Steele 1806 1-34RMH | 34 | 18N | 06W | 5/13/2017 | 2017 | | 265 | 471 | 233 | 282 | 4,762 |
| | | | | | | | **Average 18N** | **251** | **1,806** | **234** | **1,595** | **4,646** |

SEC EUR YE17 Audited by Ryder Scott & Co (SEC prices $53.49/bbl, $3.00/mmbtu)
Technical EUR based on audited reserves



# Alta Mesa Resources STACK EUR Update
*146 Wells Included (Township, Range, Section, Generation)*

| API | WELL | SEC | TWN | RNG | IP_DATE | IP_YEAR | AREA | TECH_EUR_MBO | TECH_EUR_MMCF | SEC_EUR_MBO | SEC_EUR_MMCF | LATERAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3507325566 | Buttercup 1905 1-5MH | 5 | 19N | 05W | 9/13/2017 | 2017 | | 108 | 489 | 87 | 347 | 4,418 |
| 3507325408 | Augusta 1905 1-6MH | 6 | 19N | 05W | 2/23/2017 | 2017 | | 187 | 862 | 166 | 699 | 4,380 |
| 3507325601 | Stags Leap 1905 1-7MH | 7 | 19N | 05W | 9/18/2017 | 2017 | | 246 | 1,106 | 228 | 946 | 4,546 |
| 3507325629 | Raisin Cane 1905 1-8MH | 8 | 19N | 05W | 9/23/2017 | 2017 | | 212 | 1,308 | 199 | 1,149 | 4,406 |
| 3507324883 | EHU 219H | 11 | 19N | 06W | 4/28/2014 | 2014 | | 284 | 1,062 | 278 | 1,010 | 4,950 |
| 3507324905 | EHU 218H | 13 | 19N | 06W | 9/8/2014 | 2014 | | 173 | 1,114 | 164 | 994 | 3,657 |
| 3507324952 | EHU 220H | 22 | 19N | 06W | 11/16/2014 | 2014 | | 373 | 1,271 | 357 | 1,131 | 3,651 |
| 3507324906 | EHU 217H | 24 | 19N | 06W | 9/16/2014 | 2014 | | 202 | 797 | 186 | 656 | 3,696 |
| 3507324953 | EHU 221H | 27 | 19N | 06W | 12/15/2014 | 2014 | | 261 | 1,105 | 245 | 964 | 3,668 |
| 3507324977 | EHU 222H | 28 | 19N | 06W | 12/27/2014 | 2014 | | 143 | 379 | 127 | 310 | 3,614 |
| 3507324976 | EHU 223H | 33 | 19N | 06W | 2/12/2015 | 2015 | | 99 | 306 | 97 | 166 | 3,677 |
| 3507325046 | EHU 226H | 33 | 19N | 06W | 4/16/2015 | 2015 | | 191 | 1,282 | 181 | 1,154 | 3,876 |
| 3507325643 | Slugworth 1906 1-1MH | 1 | 19N | 06W | 9/2/2017 | 2017 | | 255 | 1,054 | 237 | 913 | 4,316 |
| 3507325610 | EHU 236H | 4 | 19N | 06W | 8/13/2017 | 2017 | | 283 | 207 | 267 | 148 | 4,683 |
| 3507325266 | Shimanek 1906 2-6MH | 6 | 19N | 06W | 9/11/2016 | 2016 | | 240 | 23 | 204 | 23 | 4,704 |
| 3507325474 | EHU 240H | 9 | 19N | 06W | 8/27/2017 | 2017 | | 129 | 4 | 113 | 4 | 4,980 |
| 3507325536 | EHU 239H | 9 | 19N | 06W | 9/14/2017 | 2017 | | 248 | 129 | 232 | 146 | 5,027 |
| 3507325535 | EHU 237H | 9 | 19N | 06W | 8/30/2017 | 2017 | | 173 | 1,177 | 166 | 1,090 | 5,108 |
| 3507325492 | Fowler 1906 1-12MH | 12 | 19N | 06W | 6/3/2017 | 2017 | | 232 | 896 | 210 | 754 | 4,799 |
| 3507325264 | Hawk 1906 7-13MH | 13 | 19N | 06W | 8/23/2016 | 2016 | | 190 | 495 | 152 | 369 | 4,813 |
| 3507325223 | EHU 234H | 20 | 19N | 06W | 5/5/2016 | 2016 | | 173 | 84 | 158 | 84 | 5,224 |
| 3507325224 | EHU 235H | 29 | 19N | 06W | 5/1/2016 | 2016 | | 456 | 926 | 440 | 660 | 5,300 |
| 3507325542 | Scout 1906 1-34MH | 34 | 19N | 06W | 10/14/2017 | 2017 | | 282 | 1,337 | 261 | 1,139 | 4,586 |
| | | | | | | | **Average 19N** | **224** | **757** | **207** | **646** | **4,438** |
| | | | | | | | | | | | | |
| 3507325515 | Bugabago 2006 1-31MH | 31 | 20N | 06W | 6/12/2017 | 2017 | | 502 | 1,495 | 481 | 1,355 | 4,774 |
| 3507325071 | Maly 32-M1-H | 32 | 20N | 06W | 9/10/2017 | 2017 | | 237 | 618 | 200 | 476 | 4,768 |
| | | | | | | | **Average 20N** | **370** | **1,057** | **341** | **915** | **4,771** |
| | | | | | | | | | | | | |
| | | | | | | | **Average All** | **254** | **1,838** | **237** | **1,623** | **4,689** |

SEC EUR YE17 Audited by Ryder Scott & Co (SEC prices $53.49/bbl, $3.00/mmbtu)
Technical EUR based on audited reserves



# Alta Mesa Resources STACK EUR Update
*Exceptions to Distribution (Township, Range, Section, Generation, Reason)*

| API | WELL | SEC | TWN | RNG | IP_DATE | IP_YEAR | TECH_EUR_MBO | TECH_EUR_MMCF | SEC_EUR_MBO | SEC_EUR_MMCF | LATERAL | REASON |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3507325256 | Airheart 1505 5-4MH | 4 | 15N | 05W | 7/4/2016 | 2016 | 138 | 1,051 | 122 | 838 | 4,870 | Pending Lift Optimization |
| 3507325182 | Elling 1505 2-15MH | 15 | 15N | 05W | 2/25/2017 | 2017 | 119 | 512 | 93 | 388 | 4,838 | Csg, Low Frac Pump Rate |
| 3507325451 | Huntsman 1506 3-23MH | 23 | 15N | 06W | 6/17/2017 | 2017 | 14 | 0 | 4 | 0 | 4,554 | Pending Lift Optimization |
| 3507325397 | Huntsman 1506 1-23MH | 23 | 15N | 06W | 4/17/2017 | 2017 | 40 | 115 | 24 | 49 | 4,554 | Pending Lift Optimization |
| 3507325240 | Ray 1605 3-27MH | 27 | 16N | 05W | 5/22/2016 | 2016 | 164 | 1,568 | 143 | 1,151 | 4,833 | Csg, Low Frac Pump Rate |
| 3507325299 | Garrett 1605 6A-36MH | 36 | 16N | 05W | 7/14/2016 | 2016 | 103 | 898 | 86 | 690 | 4,737 | Early area well; different landing |
| 3507325464 | Odie 1606 1-12MH | 12 | 16N | 06W | 5/11/2017 | 2017 | 150 | 1,162 | 130 | 917 | 4,800 | Pending Lift Optimization |
| 3507324880 | LNU 87-2H | 3 | 17N | 05W | 3/14/2014 | 2014 | 162 | 1,869 | 152 | 1,636 | 4,552 | Gen 1.5 |
| 3507324886 | Horn 3-5H | 5 | 17N | 05W | 4/13/2014 | 2014 | 181 | 1,892 | 179 | 1,682 | 4,577 | Gen 1.5 |
| 3507324844 | Barker 4-17H | 17 | 17N | 05W | 12/10/2013 | 2013 | 49 | 262 | 49 | 257 | 4,180 | Gen 1 |
| 3507324859 | Michel 4-18H | 18 | 17N | 05W | 1/1/2014 | 2014 | 34 | 337 | 33 | 330 | 4,576 | Gen 1 |
| 3507324831 | Jech 1-20H | 20 | 17N | 05W | 8/14/2013 | 2013 | 148 | 802 | 148 | 802 | 4,235 | Gen 1 |
| 3507324849 | LSEPMU 7-3H | 26 | 17N | 05W | 9/10/2013 | 2013 | 89 | 1,438 | 88 | 1,409 | 4,427 | Gen 1 |
| 3507324868 | Mackey 3-1H | 1 | 17N | 06W | 2/6/2014 | 2014 | 231 | 1,837 | 221 | 1,611 | 4,394 | Gen 1.5 |
| 3507325324 | Coleman 1706 6A-9MH | 9 | 17N | 06W | 2/2/2017 | 2017 | 92 | 1,132 | 79 | 875 | 4,753 | 440' Test Pattern |
| 3507325371 | Coleman 1706 7A-9MH | 9 | 17N | 06W | 2/1/2017 | 2017 | 42 | 709 | 36 | 540 | 4,787 | 440' Test Pattern |
| 3507325329 | Coleman 1706 5B-9MH | 9 | 17N | 06W | 2/3/2017 | 2017 | 104 | 553 | 81 | 377 | 4,809 | 440' Test Pattern |
| 3507325333 | Coleman 1706 5A-9MH | 9 | 17N | 06W | 2/3/2017 | 2017 | 176 | 732 | 152 | 567 | 4,809 | 440' Test Pattern |
| 3507325337 | Coleman 1706 6B-9MH | 9 | 17N | 06W | 2/4/2017 | 2017 | 53 | 514 | 53 | 514 | 4,849 | 440' Test Pattern |
| 3507325374 | Bullis 1706 1B-10MH | 10 | 17N | 06W | 2/4/2017 | 2017 | 51 | 419 | 38 | 262 | 4,756 | 440' Test Pattern |
| 3507325368 | Bullis 1706 1A-10MH | 10 | 17N | 06W | 2/4/2017 | 2017 | 13 | 0 | 9 | 0 | 4,787 | 440' Test Pattern |
| 3507325369 | Bullis 1706 2A-10MH | 10 | 17N | 06W | 2/1/2017 | 2017 | 79 | 947 | 67 | 714 | 4,839 | 440' Test Pattern |
| 3507324813 | Bullis 2-10H | 10 | 17N | 06W | 4/4/2013 | 2013 | 88 | 417 | 88 | 417 | 4,081 | Gen 1 |
| 3507324874 | Simon 3-13H | 13 | 17N | 06W | 3/2/2014 | 2014 | 77 | 684 | 65 | 522 | 4,372 | Gen 1.5 |
| 3507325134 | Freeman 1706 3-14MH | 14 | 17N | 06W | 10/14/2015 | 2015 | 61 | 321 | 61 | 321 | 4,842 | Casing Failure |
| 3507325301 | Trindle 1706 2B-31MH | 31 | 17N | 06W | 9/23/2016 | 2016 | 114 | 1,613 | 102 | 1,365 | 4,771 | Extended post-frac shut-in |
| 3507325396 | Wishbone 1805 5-4MH | 4 | 18N | 05W | 1/12/2017 | 2017 | 44 | 3 | 23 | 3 | 4,303 | Pending Lift Optimization |
| 3507325382 | Carey 1805 5-6MH | 6 | 18N | 05W | 3/16/2017 | 2017 | 0 | 0 | 0 | 0 | 4,707 | Pending Lift Optimization |
| 3507325260 | Nelson 1805 4-18MH | 18 | 18N | 05W | 7/23/2016 | 2016 | 189 | 1,123 | 168 | 896 | 4,850 | Csg, Low Frac Pump Rate |
| 3507324983 | LNU 16-3H | 29 | 18N | 05W | 2/19/2015 | 2015 | 82 | 772 | 80 | 737 | 4,411 | 630' Test Pattern |
| 3507324907 | LNU 15-4H | 29 | 18N | 05W | 6/14/2014 | 2014 | 241 | 1,791 | 231 | 1,646 | 4,736 | 630' Test Pattern |
| 3507324928 | LNU 16-2H | 29 | 18N | 05W | 8/31/2014 | 2014 | 369 | 2,051 | 359 | 1,931 | 4,788 | 630' Test Pattern |
| 3507324996 | LNU 16-4H | 29 | 18N | 05W | 2/15/2015 | 2015 | 89 | 1,159 | 80 | 850 | 4,804 | 630' Test Pattern |
| 3507324997 | LNU 15-5H | 29 | 18N | 05W | 3/1/2015 | 2015 | 84 | 773 | 74 | 597 | 4,848 | 630' Test Pattern |
| 3507324839 | LNU 49-4H | 33 | 18N | 05W | 12/1/2013 | 2013 | 292 | 2,466 | 284 | 2,295 | 4,518 | Gen 1.5 |
| 3507325376 | EHU 228H | 6 | 18N | 06W | 2/26/2017 | 2017 | 34 | 395 | 33 | 358 | 1,280 | Short Lateral |
| 3507324866 | EHU 215H | 2 | 19N | 06W | 3/19/2014 | 2014 | 134 | 160 | 118 | 156 | 5,521 | Gen 1.5 |
| 3507324855 | EHU 214H | 15 | 19N | 06W | 1/21/2014 | 2014 | 32 | 0 | 32 | 0 | 4,351 | Lift Optimization success - new |
| 3507325406 | EHU 216H | 15 | 19N | 06W | 12/12/2017 | 2017 | 231 | 2,079 | 230 | 2,060 | 5,321 | Lift Optimization success - new |
| 3507325407 | EHU 229H | 18 | 19N | 06W | 3/24/2017 | 2017 | 0 | 1 | 0 | 1 | 5,177 | Pending Lift Optimization |
| 3507324805 | EHU 213H | 28 | 19N | 06W | 4/14/2013 | 2013 | 79 | 250 | 79 | 250 | 3,716 | Gen 1 |
| 3507325192 | EHU 233H | 31 | 19N | 06W | 4/1/2016 | 2016 | 150 | 1,037 | 135 | 805 | 5,120 | 330' Test Pattern |
| 3507325190 | EHU 231H | 31 | 19N | 06W | 4/1/2016 | 2016 | 84 | 1,633 | 84 | 1,167 | 5,123 | 330' Test Pattern |
| 3507325188 | EHU 230H | 31 | 19N | 06W | 4/2/2016 | 2016 | 115 | 779 | 105 | 667 | 5,178 | 330' Test Pattern |
| 3507325191 | EHU 232H | 31 | 19N | 06W | 4/12/2016 | 2016 | 64 | 333 | 57 | 274 | 5,182 | 330' Test Pattern |
| | | | | | | | 108 | 857 | 99 | 732 | 4,634 | |

SEC EUR YE17 Audited by Ryder Scott & Co (SEC prices $53.49/bbl, $3.00/mmbtu)
Technical EUR based on audited reserves