# KX 13

[Filed Under Seal]

**Category:** Chats/Private █████████
**From:** Hal Chappelle
**To:** Kevin Bourque
**Timestamp:** 3/21/2018 8:40:11 AM -04:00
**Type:** SMS

Hopefully an aggressive artificial lift program can make a dent in the production shortfall

CONFIDENTIAL

Chappelle_SDTX0006832

**Category:** Chats/Private █████████
**From:** Kevin Bourque
**To:** Hal Chappelle
**Timestamp:** 3/21/2018 8:42:17 AM -04:00
**Type:** SMS

I absolutely believe it'll help

CONFIDENTIAL