# KX 14

ESP Install Order

| Well Name | WI | WO Ending | Production HIT | Wedge | Current Oil | Current Water | Current Gas | Total Fluid | ESP Total Fluid | Prod Diff. (TF) | Liner Top | PBHP | PI | Pump Design | Upper Limit | Lower Limit | ESP Cost | Clean out | Total AFE | Calculated Net AFE Amt Incl $40k | Initial AFE | Wks to Limit | Months to Limit | Prod Month | Before PV10% M$ @ Rate | After PV10% M$ @ Rate | Difference PV10% M$ | DROI Aries | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LNU 83-2HO - Hinkle | | 20-Apr | 20-May | 445.62 | | | | 1000 | 2000 | 1000 | | 1187 | 2.187 | | | | | | | | | 11.10 | 2.55 | | | | | | |
| Ash 1705 4B-19MH | 100.00% | 23-Apr | 23-May | 289.80 | 0 | 581 | 140 | 581 | 1162 | 581 | 7148 | 1154 | 2.154 | D1760N | 1900@63Hz 450@52 Hz | 128000 | 50000 | 262,293 | 302,293 | 262447 | 14.19 | 3.26 | Jun-18 | | 4,958,974 | 4,958,974 | 16.34 | |
| Todd 1706 6-4MH | 93.98% | 28-Apr | 28-May | 247.00 | 30 | 1287 | 8 | 1317 | 2634 | 1317 | 7368 | 1624 | 2.624 | P31 - 275 | 3700 @ 62hz 1300 @ 55 | 135000 | 50000 | 270,628 | 291,928 | 262447 | 18.94 | 4.35 | Jun-18 | | 4,638,514 | 4,638,514 | 15.89 | Also had previous forecast at 90 BOPD but only making 30 BOPD, therefore zero'd out the before econs |
| Paris 1706 3-28MH | 100.00% | 3-May | 2-Jun | 307.48 | 92 | 721 | 362 | 813 | 1626 | 813 | 7620 | 1507 | 2.507 | D1760N | 1900@63Hz 450@52 Hz | 128000 | 50000 | 294,066 | 334,066 | 262447 | 20.15 | 4.63 | Jun-18 | 638,211 | 2,336,949 | 1,698,738 | 5.09 | |
| The Trick 1706 1-2MH | 96.36% | 8-May | 7-Jun | 250.00 | 0 | 1791 | 550 | 1791 | 3500 | 1709 | 7208 | 2435 | 3 | P31 - 275 | 3700 @ 62hz 1300 @ 55 | 135000 | 50000 | 287,940 | 316,003 | 262447 | 33.81 | 7.76 | Jun-18 | | 5,809,620 | 5,809,620 | 18.38 | Zero production but had a forecast with the production returning in March, therefore zero'd out the before econs |
| Carey 1805 5-6MH | 19.10% | 13-May | 25-Jun | 392.28 | 0 | 1017 | 0 | 1017 | 3500 | 2483 | 7126 | 2320 | 3.32 | P31 - 275 | 3700 @ 62hz 1300 @ 55 | 135000 | 50000 | 287,940 | 62,645 | 262447 | 27.94 | 6.41 | Jul-18 | | 682,020 | 682,020 | 10.89 | Estimate 10 months** |
| Sawgrass 1705 1-32MH | 18.78% | 13-May | 25-Jul | 265.24 | 3 | 646 | 105 | 800 | 1600 | 800 | 7235 | 1601 | 2.601 | D1760N | 1900@63Hz 450@52 Hz | 128000 | 50000 | 291,328 | 62,223 | 262447 | 22.37 | 5.13 | Aug-18 | 118,274 | 290,948 | 172,674 | 2.78 | |
| Shimanek | 100.00% | 23-May | 22-Jun | 223.00 | 223 | 656 | 83 | 879 | 1758 | 879 | | 1603 | 2.603 | | | | | 291,328 | 291,328 | | 21.81 | 5.00 | Jul-18 | 7,203,858 | 8,885,655 | 1,681,797 | 5.08 | |
| Hasley 1605 1-28MH | 19.66% | 28-May | 20-Jul | 254.06 | 112 | 854 | 659 | 966 | 1932 | 966 | 7027 | 1126 | 2.126 | D1760N | 1900@63Hz 450@52 Hz | 128000 | 50000 | 262,293 | 59,419 | 262447 | 9.93 | 2.28 | Aug-18 | 1,026,115 | 1,168,292 | 142,177 | 2.39 | |
| Pollard | 54.55% | 2-Jun | 2-Jul | 335.00 | 335 | 648 | 1392 | 983 | 1966 | 983 | | 1045 | 2.045 | P23 | 2800 @ 62hz 600 @ 55h | 124000 | | 291,328 | 180,739 | | 7.79 | 1.79 | Jul-18 | 4,140,298 | 4,585,175 | 444,877 | 2.46 | |
| Motorhead | 13.73% | 7-Jun | 7-Jul | 327.00 | 110 | 930 | 624 | 1040 | 2080 | 1040 | | 1500 | 1.5 | P23 | 2800 @ 62hz 600 @ 55h | 124000 | | 291,328 | 45,498 | | 18.18 | 4.17 | Jul-18 | 589,629 | 824,586 | 234,957 | 5.16 | BCE Well |
| EHU 234H | | 43251 | 43281 | 71.50 | | | | | | 0 | | | | | | | | | | | #DIV/0! | | | | | | | |
| EHU 239H | | 43256 | 43286 | 332.40 | | | | | | 0 | | | | | | | | | | | #DIV/0! | | | | | | | |
| EHU 240H | | 43261 | 43291 | 248.84 | | | | | | 0 | | | | | | | | | | | #DIV/0! | | | | | | | |
| EHU 229H | | 43266 | 43296 | 241.92 | | | | | | 0 | | | | | | | | | | | #DIV/0! | | | | | | | |
| EHU 237H | | 43286 | 43316 | 69.76 | | | | | | 0 | | | | | | | | | | | #DIV/0! | | | | | | | |
| Todd 1706 7-4MH | 99.85% | 21-Apr | 21-May | 324.15 | 267 | 763 | 536 | 1030 | 2060 | 1030 | 7464 | 1301 | 2.301 | P23 | 2800 @ 62hz 600 @ 55h | 124000 | 50000 | 257,520 | 297,064 | 262447 | 13.57 | 3.11 | Jun-18 | 6,172,234 | 8,050,098 | 1,877,864 | 6.32 | |
| Foster 1706 7-24MH | 63.50% | 16-May | 15-Jun | 239.44 | 0 | 665 | 48 | 665 | 1330 | 665 | 7119 | 944 | 1.944 | D1760N | 1900@63Hz 450@52 Hz | 128000 | 50000 | 262,293 | 191,351 | 262447 | 8.54 | 1.96 | Jul-18 | | 947,795 | 947,795 | 4.95 | |
| Hoskins 1705 10-9MH | 79.55% | 21-May | 20-Jun | 172.80 | 277 | 482 | 859 | 757 | 1514 | 757 | 6858 | 863 | 1.863 | D1760N | 1900@63Hz 450@52 Hz | 128000 | 50000 | 262,293 | 240,474 | 262447 | 5.68 | 1.30 | Jul-18 | 5,365,606 | 5,785,228 | 419,622 | 1.74 | |
| Shutler 1706 1-32MH | 16.13% | 14-May | 13-Jun | 182.76 | 152 | 406 | 1023 | 630 | 1300 | 650 | 7560 | 1039 | 2.039 | D1760N | 1900@63Hz 450@52 Hz | 128000 | 50000 | 262,293 | 48,766 | 262447 | 10.90 | 2.50 | Aug-18 | 43313 | 848,068 | 193,368 | 2.14 | |
| Themel 1706 2-6MH | 78.98% | 16-Apr | 16-May | 413.00 | 338 | 370 | 1138 | 708 | 1416 | 708 | 7540 | 680 | 1.68 | D1760N | 1900@63Hz 450@52 Hz | 128000 | 50000 | 262,293 | 238,751 | 262447 | 1.67 | 0.38 | May-18 | 4,985,086 | 6,129,144 | 1,144,058 | 4.79 | |
| EHU 236H - Hinkle | | 11-Apr | 11-May | 333.80 | | | | 900 | 1800 | 900 | | 969 | 1.969 | | | | | | | | 6.74 | 1.55 | | | | | | |
| | | | | | | | | 0 | 0 | 0 | | | | | | | | | | | #DIV/0! | #DIV/0! | | | | | | |
| Plumpjack | 98.44% | 26-May | 25-Jun | 163.14 | 96 | 521 | 803 | 617 | 1234 | 617 | | 891 | 1.891 | | | | | 291,328 | 326,159 | | 7.79 | 1.79 | Jul-18 | 3,530,598 | 3,656,588 | 125,969 | 0.386298998 | |
| Rowdy | 36.69% | 26-May | 25-Jun | 347 | 347 | 360 | 881 | 727 | 1454 | 727 | | 964 | 1.964 | | | | | 291,328 | 121,564 | | 8.38 | 1.92 | Jul-18 | 2,285,684 | 2,497,204 | 211.32 | 1.73834013 | |
| Martin | 91.34% | 26-May | 25-Jun | 193.48 | 77 | 567 | 1340 | 644 | 1288 | 644 | | 975 | 1.975 | | | | | 291,328 | 302,653 | | 9.48 | 2.18 | Jul-18 | 5,572,289 | 6,046,814 | 474,525 | 1.56797795 | |
| MacKelvey | 45.31% | 26-May | 25-Jun | 353 | 353 | 352 | 910 | 705 | 1410 | 705 | | 826 | 1.826 | | | | | 291,328 | 150,125 | | 5.30 | 1.22 | Jul-18 | 3,519,680 | 3,855,001 | 335,321 | 2.2336162 | |
| EHU 217 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EHU 218 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Steele | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wishbone | | | | | | | | 0 | 0 | | | | | | | | | | | | #DIV/0! | #DIV/0! | | | | | | TIT and Fix HIT before deciding |
| Pinehurst | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

```
****   P23       2800 @ 62hz  600 @ 55h   124000
  **   P31 - 275  3700 @ 62hz 1300 @ 55    135000
       P31 - 350  4000 @ 63hz 1500 @ 50    154000
       D3500N                              144000
       D2400N                              135000
****   D1760N    1900@63Hz  450@52 Hz     128000
```