KX 15

# Alta Mesa Resources, Inc.

## First Quarter 2018 Operational Update

May 14, 2018



FOIA CONFIDENTIAL TREATMENT REQUESTED
Confidential

AMR_003094
AMR_SDTX00003094



# Disclaimer

**FORWARD-LOOKING STATEMENTS**
The information in this presentation and the oral statements made in connection therewith include "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. All statements, other than statements of present or historical fact included in this presentation, regarding our strategy, future operations, financial position, growth, returns, free cash flow, liquidity, budget, drilling and development plans, pipeline construction, projected costs, prospects, and objectives of management are forward-looking statements. When used in this presentation, including any oral statements made in connection therewith, the words "could," "should," "will," "may," "believe," "anticipate," "intend," "estimate," "expect," "project," the negative of such terms and other similar expressions are intended to identify forward-looking statements, although not all forward-looking statements contain such identifying words. These forward-looking statements are based on management's current expectations and assumptions about future events and are based on currently available information as to the outcome and timing of future events. We caution you that these forward-looking statements are subject to all of the risks and uncertainties, most of which are difficult to predict and many of which are beyond our control, incident to the development, production, gathering and sale of oil, natural gas and natural gas liquids. These risks include, but are not limited to, commodity price volatility, low prices for oil and/or natural gas, global economic conditions, inflation, increased operating costs, lack of availability of drilling and production equipment, supplies, services and qualified personnel, processing volumes and pipeline throughput, uncertainties related to new technologies, geographical concentration of operations of our subsidiaries Alta Mesa Holdings, LP ("Alta Mesa") and Kingfisher Midstream, LLC ("KFM"), environmental risks, weather risks, security risks, drilling and other operating risks, regulatory changes, the uncertainty inherent in estimating oil and natural gas reserves and in projecting future rates of production, reductions in cash flow, lack of access to capital, Alta Mesa's and KFM's ability to satisfy future cash obligations, restrictions in existing or future debt agreements of Alta Mesa or KFM, the timing of development expenditures, managing Alta Mesa's and KFM's growth and integration of acquisitions, failure to realize expected value creation from property acquisitions, title defects and limited control over non-operated properties, our ability to complete an initial public offering of the KFM midstream business and the other risks described in our filings with the Securities and Exchange Commission (the "SEC"). Should one or more of the risks or uncertainties described in this presentation and the oral statements made in connection therewith occur, or should underlying assumptions prove incorrect, our actual results and plans could differ materially from those expressed in any forward-looking statements. Except as otherwise required by applicable law, we disclaim any duty to update any forward-looking statements, all of which are expressly qualified by the statements in this section, to reflect events or circumstances after the date of this presentation.

**RESERVE INFORMATION**
Reserve engineering is a process of estimating underground accumulations of hydrocarbons that cannot be measured in an exact way. The accuracy of any reserve estimate depends on the quality of available data, the interpretation of such data and price and cost assumptions made by reserve engineers. In addition, the results of drilling, testing and production activities may justify revisions of estimates that were made previously. If significant, such revisions could impact our strategy and change the schedule of any further production and development drilling. Accordingly, reserve estimates may differ significantly from the quantities of oil and natural gas that are ultimately recovered. Estimated Ultimate Recoveries, or "EURs," refers to estimates of the sum of total gross remaining proved reserves per well as of a given date and cumulative production prior to such given date for developed wells. These quantities do not necessarily constitute or represent reserves as defined by the SEC and are not intended to be representative of anticipated future well results of all wells drilled on our STACK acreage.

**INDUSTRY AND MARKET DATA**
This presentation has been prepared by us and includes market data and other statistical information from sources we believe to be reliable, including independent industry publications, government publications or other published independent sources. Some data is also based on our good faith estimates, which are derived from our review of internal sources as well as the independent sources described above. Although we believe these sources are reliable, we have not independently verified the information and cannot guarantee its accuracy and completeness.

**TRADEMARKS AND TRADE NAMES**
We own or have rights to various trademarks, service marks and trade names we use in connection with the operation of our business. This presentation also contains trademarks, service marks and trade names of third parties, which are the property of their respective owners. The use or display of third parties' trademarks, service marks, trade names or products in this presentation is not intended to, and does not imply, a relationship with us, or an endorsement or sponsorship by or of us. Solely for convenience, the trademarks, service marks and trade names referred to in this presentation may appear without the ®, TM or SM symbols, but such references are not intended to indicate, in any way, that we will not assert, to the fullest extent under applicable law, our rights or the right of the applicable licensor to these trademarks, service marks and trade names.

2



# Alta Mesa Resources Key Investment Highlights

**Leading Developer of STACK Oil Window**
- Low cost, high return Meramec / Osage
- Drilled >300 Hz wells, transitioned to development
- Significant runway for capital efficient growth

**Integrated Business Drives Value**
- Contiguous acreage facilitates efficient operations
- Midstream infrastructure enhances returns
- Kingfisher Midstream positioned for significant growth

**Strong Balance Sheet with Pre-Funded Growth**
- Low leverage
- Liquidity to fund 2018 and 2019 growth
- Free cash flow positive by year end 2019

**Strong Management Alignment with Investors**
- Management ownership >10%
- Compensation tied to debt-adjusted per share metrics

3



# Alta Mesa Resources Overview
*Focused on development and consolidation in the STACK*

| | |
|---|---|
| Market Capitalization[1] | ~$3.1bn |
| Enterprise Value[1] | ~$3.4bn |
| **Upstream Metrics** | |
| Net STACK Surface Acres[2] | ~130,000 |
| Q1 Net Production (BOE/D) | 24,000 |
| Q1 % Oil / % Liquids | 53% / 70% |
| Single-well IRRs (Individual / Corporate)[3] | 80% / 98% |
| Operated STACK Hz. Wells Drilled[4] | 306 |
| Current rig count | 8 |
| **Kingfisher Midstream Metrics** | |
| Gas Processing Capacity | 350[5] MMCF/D |
| Q1 Inlet Volumes | 101 MMCF/D |
| Pipelines | 400+ miles |
| Dedicated Acreage | ~300,000 gross acres |
| Oil Storage Capacity | 50,000 BBL |



[1] Equity share price as of March 29, 2018 close, the last trading day in the quarter, using aggregate Class A and Class C share count of 382,774,730
[2] Acreage as of 5/8/2018
[3] Mean IRR based on NYMEX close at 5/8/2018, calculated over economic life of wells
[4] Horizontal wells drilled as of 5/8/2018
[5] Includes existing 90 MMCF/D offtake processing

4

FOIA CONFIDENTIAL TREATMENT REQUESTED
Confidential

AMR_003097
AMR_SDTX00003097



# Recent Highlights
*Successful completion of business combination and continued plan execution*

- Completed business combination on February 9, creating pure-play STACK-focused company

- 1Q18 net production 24,000 BOE/D, a 24% increase from 1Q17

  - Exited March with net production of ~25,800 BOE/D

  - \>260 wells producing, including 11 multi well pads

  - 16% gross operated horizontal production increase quarter over quarter

- 8th rig added in May to support full year plan

- Expanded Kingfisher Midstream leadership and business development team

- 200 MMCFD Kingfisher Midstream plant expansion placed in service in April

- Launched Cimarron Express crude pipeline to Cushing

- Ended quarter with $261mm in cash for total liquidity in excess of $700mm

5

FOIA CONFIDENTIAL TREATMENT REQUESTED
Confidential

AMR_003098
AMR_SDTX00003098



# Development Patterns Underway
*Multi-well development pattern results across field are favorable*





*10 Multi-Well Development Patterns on Production Since Q4 2017*

6



# Transition from De-risk / Delineate to Development
*Applied learning from pattern tests – 80% of 2018 plan on multi-well pads*

- Early stages of long term pattern development of thick, naturally-fractured continuous Meramec & Osage across Alta Mesa's 300 sq. mi. position in the normally-pressured oil window

- Vision to recover at least 8% of oil in place, with 1,500' intra-bench spacing

- 2018 plan principally to drill multi-well pads
  - Moving into manufacturing mode with large queue of multi-well DSUs ready to execute
  - Budget designed to deliver 170+ wells for a total of 400+ Hz wells by year end

- Development program designed to maximize value by optimizing production, cash flow, infrastructure, and services
  - Bring production online faster
  - Utilize infrastructure for fresh water supply (drilling), SWD (LOE), and gas gathering



7


# Operational Efficiencies Across Increasing Scale
*Disciplined execution during ramp to development mode*

Significant Acceleration in Wells Drilled as Transition to Development Continues[1]



Timing from Spud to First Oil Improving with Transition to Increased Multi-Well Pad Drilling[2]



[1] Shows wells spud per year. 2018 YTD as of 5/8/2018
[2] 2018 YTD as of 5/8/2018

8



# Production Optimization
*Key driver to maximize ROI, EBITDA and optimize reserves*

## Improved Base Production: Key to Long-Term Value

- Disciplined internal artificial lift review process
- Every well reviewed daily by artificial lift team, lift parameters adjusted or lift method changed
- Gathering system pressure reduction in assessment with KFM
- Initial results reflect base decline rate mitigation
- Excellent early results from first 5 wells in an initial 25 well program, range 200-700 BOPD rate increase



Artificial Lift Lifecycle



EHU 216H



EHU 214H



Todd 1706 6-4MH

9

# Cimarron Express Overview
*Connects STACK to Cushing with significant third party capacity* 

### Strategic Rationale

- Provides Alta Mesa the ability to sell directly into Cushing
- Transitions Alta Mesa crude production from trucks to pipelines
- Differentiates KFM crude gathering system by having direct connection to Cushing
- Provides access to most downstream markets at Cushing without additional fees

### Asset Overview

| | |
|---|---|
| KFM Ownership | 50% |
| Length | ~65 miles |
| Pipeline Size | 16" |
| Capacity | Initial: 90,000 bbls/d<br>Expandable to: 175,000 bbls/d |
| AMR Acreage Dedication | ~120,000 Net Acres in Kingfish and Garfield Counties |
| Expected In-service Date | Mid-2019 |

### Pipeline Route



10

# APPENDIX





# Meramec/Osage Key Targeted Interval
*Gamma Ray log does not properly characterize the true lithology*



Flattened on Woodford Shale



- Gamma ray measurement, if used as a lithology "quick-look" in carbonates/silts, does not adequately characterize STACK siliceous limestone/siltstone lithology
- High tier computed log lithology better describes the laminated siliceous limestone character of Meramec and Osage as seen in cores
- Nemaha uplift and faulting created the highly fractured, dual porosity system of high-quartz content rock in eastern Kingfisher County

### Computed Log Lithology

- Dolomite
- Limestone
- Quartz – Chert/Siltstone
- Clay

12

FOIA CONFIDENTIAL TREATMENT REQUESTED
Confidential

AMR_003105
AMR_SDTX00003105



# Consistent Well Results
*Durable economics over time across acreage position*



- YE 2017 reserves and type curve based on a mean distribution of 146 producing wells
- Geographical EUR distribution consistent
- EUR consistent/slightly increasing over time
- Individual mean well economics
  — IRR 80% @ NYMEX[2]
  — IRR 37% @ $50/$2.50
- Corporate mean well economics (including midstream)
  — IRR 98% @ NYMEX[2]
  — IRR 50% @ $50/$2.50
- 10% IRR at 95 MBO; below the P90

| Area | EUR[1] Avg, MBO | EUR[1] Avg, MMCF | Lateral | # Wells | |
|---|---|---|---|---|---|
| Township 15N | 267 | 1,959 | 4,724 | 18 | Southern Area |
| Township 16N | 249 | 1,962 | 4,660 | 14 | |
| Township 17N | 260 | 2,174 | 4,779 | 69 | Central Area |
| Township 18N | 251 | 1,806 | 4,646 | 20 | |
| Township 19N | 224 | 757 | 4,438 | 23 | Northern Area |
| Township 20N | 370 | 1,057 | 4,771 | 2 | |
| Average YE17 Distribution | 254 | 1,838 | 4,689 | 146 | |

| | MBO | MMCF | 2-phase MBOE | 3-Phase MBOE[3] | Well IRR | Corp IRR |
|---|---|---|---|---|---|---|
| Type Curve (mean well) | 250 | 1,868 | 561 | 651 | 61% | 76% |
| Normalized to 10,000' | 533 | 3,984 | 1,197 | 1,388 | | |

[1] Technical EUR – Flat $65/bbl, lowered fixed opex as gas lift compressor is removed
[2] Mean IRR based on NYMEX close at 5/8/2018, calculated over economic life of wells
[3] KFM processing, 15% shrink, 73 bbls/mmcf NGL Yield under ethane rejection

13

FOIA CONFIDENTIAL TREATMENT REQUESTED
Confidential

AMR_003106
AMR_SDTX00003106



# Water Systems
*Assurance of supply and cost control in drilling & completions, LOE*

SWD System
(production support)



Supply Water System
(drilling and completion support)



14

# Kingfisher Midstream System
*Robust, expandable gathering and processing*





| | |
|---|---|
| **Natural Gas Processing** | • Current processing capacity of 350 Mmcf/d, inclusive of offtake agreements and 200 Mmcf/d Cryogenic plant in startup<br>• 1,200 Bbl/d condensate stabilizer |
| **Low Pressure Pipeline** | • ~309 miles of low-pressure crude and gas gathering lines[1]<br>    • Natural gas gathering: 4"-16" pipeline<br>    • Crude gathering: 6"-12" pipeline |
| **High Pressure Pipeline** | • ~104 miles of 4"-16" rich gas transportation pipeline[2]<br>    • Average operating pressure of 1,100 psig and piggable<br>• 4 miles of 12" residue gas pipeline to PEPL<br>• 9 miles of 16" residue gas pipeline to OGT<br>• 4 miles of 6" NGL Y-grade pipeline, with 13,000 Bbl/d capacity to Chisolm Pipeline |
| **Compression Facilities** | • Field Compression:  • 17 CAT 3516s (23,460 total HP)[3]  • 3 CAT 3508s (2,070 total HP)  • 1 CAT 3306 (203 HP)<br>• Inlet Compression:  • 6 CAT 3606s (10,650 total HP)<br>• Residue Compression:  • 3 CAT 3516s (4,140 total HP)  • 5 CAT 3608s (12,500 total HP)[4] |
| **Other Infrastructure** | • 50,000 Bbl crude storage with 6 truck loading LACTS<br>• 3 NGL bullet tanks: 90,000 gallon capacity |
| **Producer Connections** | • 162 meters settled through December 2017 |

[1] 7 miles under construction.  [2] 1 mile under construction.  [3] 6 under construction.  [4] All under construction

15

FOIA CONFIDENTIAL TREATMENT REQUESTED
Confidential

AMR_003108
AMR_SDTX00003108



# Q1 Realized Prices and Costs

|  | 1Q'18 |
|---|---|
| **Average sales price per unit before hedging effects:** | |
| Oil (per Bbl) | $62.20 |
| Natural Gas (per Mcf) | $2.46 |
| NGLs (per Bbl) | $23.30 |
| **Average sales price per unit after hedging effects:** | |
| Oil (per Bbl) | $54.92 |
| Natural Gas (per Mcf) | $2.96 |
| NGLs (per Bbl) | $23.30 |
| **Costs:** | |
| Operating Expenses ($mm) | $20.4 |
| General and Administrative Expenses ($mm) | $54.8 |
| *Non-cash/Non-recurring G&A ($mm)[1]* | *$43.7* |

[1] Business combination expenses and stock compensation expense included in General and Administrative Expenses line above

16

FOIA CONFIDENTIAL TREATMENT REQUESTED
Confidential

AMR_003109
AMR_SDTX00003109