KX 16

| | |
|---|---|
| **From:** | Gene Cole [gcole@AltaMesa.net] |
| **on behalf of** | Gene Cole <gcole@AltaMesa.net> [gcole@AltaMesa.net] |
| **Sent:** | 8/31/2018 4:37:53 PM |
| **To:** | Mike E. Ellis [mellis@AltaMesa.net] |
| **Subject:** | Fwd: ESP Economics |
| **Attachments:** | Elixir Original Economics 083118.pdf; Farrar, Gregory, Lankard, Niko, Waylon, Wickerman, Zeppelin Original Economics 083118.pdf; Farrar, Gregory, Lankard, Niko, Waylon, Wickerman, Zeppelin ESP Economics 083118.pdf; Elixir ESP Economics 083118.pdf; ESP Plan Prod Wedge with Time Update 8_31_18.xlsx |

Get Outlook for iOS

**From:** Christa Hynes
**Sent:** Friday, August 31, 2018 4:19:39 PM
**To:** Russell Smolik; John Baldauff
**Cc:** Jerry Swearingen; Gene Cole
**Subject:** ESP Economics

Attached are the economics that you needed. Unfortunately most of these are marginal. Let me know if you have any questions.

Russell, I have started to clean up the ESP spreadsheet. Maybe let's sit down for a bit on Tuesday to continue cleaning it up. We have a lot of extra wells on this tab that we don't need I think.

Have a great weekend everyone! I get to go to 3 soccer games this weekend, lucky me.

Thanks,
Christa R Hynes
Reservoir Engineer
Alta Mesa Holding, LP
███████████

15021 Katy Freeway Suite 400
Houston, TX 77094

FOIA CONFIDENTIAL TREATMENT REQUESTED
Confidential

AMR_104735
AMR_SDTX00104735