KX 18

**Confidential**

# Alta Mesa Resources, Inc.

## Technical Update to Banks

**March 29, 2019**





# Executive Summary
## *Key Learnings and Resulting Initiatives*

> **New Alta Mesa management team has completed a thorough review of the Company's well results and costs**

| | Learnings | 2019 Initiatives | Revised Expectations |
|---|---|---|---|
| **Productivity** | ❖ Well spacing and development pattern are critical drivers of well productivity and economics<br><br>❖ Most precedent pattern wells were developed at too tight of a density, leading to child well results that significantly underperformed parent wells<br><br>❖ Recovery per section appears relatively fixed above 4-5 wells per section | ❖ Revised development spacing pattern to optimally drain oil per section with as few wells as possible, improving per well productivity<br><br>❖ Completing pad DUCs at revised spacing to empirically test spacing assumptions<br><br>❖ 2-rig program began in March with revised spacing to further test spacing assumptions | **Improving child wells EUR from 120 MBO (2018 average) to 175-200 MBO** |
| **Capital Costs** | ❖ Parent wells completed using generation 2.5+ completion methodology have not shown material improvement to results over less expensive generation 2 style wells<br><br>❖ ESP installations have limited incremental recovery and economic returns<br><br>❖ Service costs had not been rebid to reflect current lower-activity environment in Oklahoma | ❖ Reverting to generation 2 completion methodology to significantly reduce completion cost<br><br>❖ Utilizing gas lift instead of ESPs on all new wells to reduce artificial lift related capital costs<br><br>❖ Have rebid all drilling and completion services to materially reduce costs<br><br>❖ Continuing to focus on best-in-basin drilling times to improve cycle times and reduce drilling capital | **Reducing D&C costs from $4.5mm per well to $3.2mm per well** |
| **Operating Costs** | ❖ More expensive artificial lift methodologies (ESP) not showing economic production increases over other artificial lift methods<br><br>❖ Other components of LOE had not been reevaluated in some time<br><br>❖ G&A spend outsized relative to business needs | ❖ Converting ESPs back to gas lift to reduce LOE<br><br>❖ Re-evaluating use of chemicals, compression and other expenses<br><br>❖ G&A: Initial reduction-in-force completed; ongoing review of overhead to match G&A with scale of business in 2019 | **Targeting $7.50 - $8.50 / BOE of LOE in 2019**<br><br>**Moving G&A from $5.5mm / month to ~$4mm / month** |
| **Development Plan** | ❖ Previously focused on rapid, widespread pattern development across the broader position | ❖ 2019 program focused on development of highest return sections (e.g. offset existing infrastructure) while validating revised density and completion design | **Minimal unlevered cash flow outspend while establishing case for long-term asset development and growth** |

2

# Technical Review
## *Results of 2018 Program*

### Summary of 2018 Drilling Program

- ❖ Drilled 175 wells and completed 174 wells in 2018

- ❖ At year-end 2018 we had 17 patterns with 6-10 wells per section density with meaningful production results

- ❖ While early pattern well results appear strong vs. the type curve, they have consistently degraded over time

- ❖ Oil EUR for the average 2018 pattern well is ~120 MBO in the YE 2018 reserve report

- ❖ 2018 results driving management focus in 2019 on improved infill economics through:

  - — Upspacing and lateral placement

  - — Lowering D&C costs

  - — Lowering LOE and overhead

**2018 Pattern Results Degraded Over Time**

### 16 of 17 Patterns Above 250 MBO TC at 30 days



### 4 of 17 Patterns Above 250 MBO TC at 120 days



3

**Slide 3 Notes**

Table of Contents [Jim]
- Today's agenda is to provide a brief summary of the transaction and the company, followed by a more detailed review of its upstream and midstream assets, it's financial position and strategy, the compelling value that it offers, and the transaction timeline

**Confidential**

# Technical Review
*Examining What Happened*

*Results trended up as parent wells drilled and completions optimized… well EURs began to deteriorate with infills*



**Confidential**

# Technical Review

## *Precedent Spacing vs. Go-Forward Recommendation*

*7+ wells per section does not optimally drain the reservoir; 4 – 5 wells per section is likely more appropriate*

### Historical

### Recommended (Illustrative)

**Virgin Section – 100% Co-developed**

**Parent + Infill**



# Technical Review
## *2019 Perspectives of Recoverable Oil Per Section*

### Estimated Recoverable Oil Per Section

❖ Average EUR per section ~850 MBO for fully developed sections with 6-10 wells per section

❖ Upspacing is estimated to deliver ~775 - 875 MBO per section with forecast of 175 MBO per well on both siblings and infills

   – 5 wells per section for undeveloped sections (875 MBO per section)

   – 4 wells per section (3 infills) when an initial section well exists (fewer total wells per section due to higher initial recoveries from parent well)

### Estimated Recoverable Oil Per Section







**Slide 6 Notes**

Table of Contents [Jim]
- Today's agenda is to provide a brief summary of the transaction and the company, followed by a more detailed review of its upstream and midstream assets, it's financial position and strategy, the compelling value that it offers, and the transaction timeline



# Technical Review – New Pattern Example
## *Aberfeldy 1605*



**Target Meramec STOIP and Space Osage Infills**

7

**Slide 7 Notes**

Table of Contents [Jim]
- Today's agenda is to provide a brief summary of the transaction and the company, followed by a more detailed review of its upstream and midstream assets, it's financial position and strategy, the compelling value that it offers, and the transaction timeline

# Capital Cost Review
*Targeted Cost Savings for 2019*

| | Cost Reduction to 2019 AFE \| $ in 000s | Comments |
|---|---|---|
| **2018 Costs** | **~$4,500** | ▪ Includes ESP costs that account for incremental spend beyond $3.9mm AFE and pipeline connects<br>▪ Based on 2018 well design with 36 stages etc. and $3.9mm AFE<br>▪ Historic cost structure, not re-bid to reflect current market rates |
| **Drilling Market Price Reductions** | ~($65) | ▪ The decline in rig activity in Oklahoma has improved pricing<br>▪ Contract labor, consulting rates, and trucking costs are down ~12% from 1Q'18. Drill time performance continues to improve |
| **Completions Design Changes** | ~($350) | ▪ Proppant: standardizing on 100 mesh<br>▪ Revised the Generation 2 design with 24 stages<br>▪ Cut out gel and acid, enabled by switching to 100 mesh |
| **Completions Market Price Reductions** | ~($400) | ▪ Re-bid pressure pumping and as a result have seen price reductions, driven by the current slow down in the pressure pumping market<br>▪ Switching to locally sourced proppant provides savings in both tonnage and trucking fees |
| **Artificial Lift Program Changes** | ~($450) | ▪ Return to gas lift as primary production method<br>▪ Eliminates the increased infrastructure and facility costs necessary to handle high-load electric motors |
| **Implications for Drill & Complete AFE** | **~$3,200** | |

8

**Slide 8 Notes**

---

Cost-Advantaged Asset Base

- We've been blessed with tremendous rock quality across our acreage position.
- They key to the competitiveness of our acreage is that it provides us with an inherent cost advantage over our in-basin peers in a few respects:
    - First, we have a much shallower target on the eastern side of the play.  This not only reduces drilling time, but allows us to use a more efficient casing design, use power power rigs, and generally use a less expensive well design
    - Similarly, because of the geology we are working with and the correspondingly low cost, we don't need to drill two mile laterals to achieve good returns.  In fact, we think that one mile laterals are cheaper per foot, less risky, and generally the better option in our neck of the woods
    - Finally, our acreage is highly naturally fractured.  This eliminates the need for us to use the highest end sands and other product

# Capital Cost Review
*Example*



**Looking for 1 bit laterals in STOIP**

**Slide 9 Notes**

Table of Contents [Jim]
- Today's agenda is to provide a brief summary of the transaction and the company, followed by a more detailed review of its upstream and midstream assets, it's financial position and strategy, the compelling value that it offers, and the transaction timeline



# Capital Cost Review
*Examining Effectiveness of More Expensive Completions*

> *AMR's completion design appears to be in line with industry and possibly went too far*

### Osage Completion History





| | Gen 1 | Gen 1.5 | Gen 2.0 | Gen 2.5 | Gen 3+ |
|---|---|---|---|---|---|
| Well Count | 7 | 6 | 43 | 111 | 40 |
| Well Spacing (ft) | Parent | Parent | Parent | Parent | Parent |
| Frac Design | Pack/Sle | Pack/Sle | Plug/perf | Plug/perf | - |
| Stages | 12 | 18 | 23 | 31 | - |
| Stage Spacing (ft) | 340 | 250 | 193 | 150 | - |
| Fluid Load (gal/ft) | 1,220 | 1,701 | 2,318 | 2,681 | 2,297 |
| Proppant Load (lbs/ft) | 317 | 456 | 677 | 1,213 | 2,449 |
| Avg. EUR | 98 | 171 | 214 | 218 | - |

### Oil Type Curve



❖ **AMR has tested 4 different completion methods for Parent wells**
  – Gen 1.0 wells materially underperformed recent completions no increase in well performance is observed from Generation 1.5 to 2.5

❖ **AMR has not tested proppant loading greater than 1,500 lbs/ft but previous generations show no correlation of higher production rates vs. higher proppant**

❖ **Since AMR has not tested high proppant loads, 40 offset parent wells that had were completed in the Osage/MRMC zone w/ greater than 2,000 lbs/ft were used... these wells perform very similar to the lower cost AMR wells**

**Source:** VSO Petroleum Consultants

10

# Capital Results
## *2019 Results vs. Plan*

### Drilling & Completion Capital Spending | $ in Millions

|  | AFE | Avg to Date[1] | Datapoints |
|---|---|---|---|
| Drilling | $1.5 | $1.3 | 3 |
| Completion | $1.4 | $1.3 | 3 |
| Facilities | $0.3 | $0.3 | 3 |
| **Total D&C** | **$3.2** | **$2.9** | |

### Planned vs. Actual | Days vs. Depth



Aberfeldy 1605 2-16MH (MLM)
Aberfeldy 1605 3-16MH (MLU)
Edwin 1805 10-22MH (MLL)

[1] Includes costs incurred to date and estimated go forward costs.

**Slide 11 Notes**

Table of Contents [Jim]
- Today's agenda is to provide a brief summary of the transaction and the company, followed by a more detailed review of its upstream and midstream assets, it's financial position and strategy, the compelling value that it offers, and the transaction timeline

# Operating Cost Review
## *Cost Saving Focus in 2019*

| | Cost Reductions | Drivers |
|---|---|---|
| **Lease Operating Expense (LOE)[1]** | ~ Target $7.50 - $8.50 / BOE in 2019 | ▪ Re-evaluate use of chemicals, compression and other expenses<br><br>▪ Focus on reducing fixed costs / well / month<br><br>▪ Converting ESPs back to gas lift to further aid LOE |
| **Upstream General & Administrative (G&A)[2]** | ~$5.5mm / month<br>↓<br>~$4mm / month | ▪ Initial reduction-in-force completed<br><br>▪ Ongoing review of overhead to match G&A with scale of business in 2019 |

[1] LOE includes future water costs.
[2] Overhead guidance does not reflect any potential severance or other costs associated with our recent reduction in force.

**Slide 12 Notes**

Table of Contents [Jim]
- Today's agenda is to provide a brief summary of the transaction and the company, followed by a more detailed review of its upstream and midstream assets, it's financial position and strategy, the compelling value that it offers, and the transaction timeline

# Revised Expectations
## *2019 Plans and Economic Assumptions*

### Development Strategy and Testing for 2019

- ❖ Rig and Completions Activity:

  - – Drilled 3 wells and completed 8 wells in January

  - – Targeting completion of 16 additional DUCs by end of Q2

  - – Preparing to run 2 rigs beginning in March and expect to add a third rig in late Q2

  - – Will evaluate adding additional rigs over the course of 2019 based on well costs, well results and commodity prices

- ❖ Key Focus Areas:

  - – Test upspacing and lateral placement

  - – Provide further validation for 175 MBO type curve

  - – Materially lower well costs by decreasing completions intensity and capturing softening pricing in the market

### Illustrative Infill / Sibling Well Economics

**Upstream Only**

| Oil EUR | 175 MBO | | 200 MBO | |
|---|---|---|---|---|
| Oil / Gas \| D&C | $3.2MM | $3.5MM | $3.2MM | $3.5MM |
| $50 / $2.75 | 12% | 8% | 20% | 15% |
| $60 / $3.25 | 30% | 24% | 41% | 33% |
| $70 / $3.25 | 48% | 39% | 63% | 51% |

**Corporate**

| Oil EUR | 175 MBO | | 200 MBO | |
|---|---|---|---|---|
| Oil / Gas \| D&C | $3.2MM | $3.5MM | $3.2MM | $3.5MM |
| $50 / $2.75 | 31% | 25% | 41% | 33% |
| $60 / $3.25 | 51% | 41% | 65% | 53% |
| $70 / $3.25 | 72% | 59% | 90% | 74% |

### Near Term DUC Details

- ❖ Near term DUCs spaced at 4 WPS will enable low risk testing across distinct patterns

[1] 3 stream volumes calculated using 72.5% shrink factor and 105.8 bbl/mmcf yield: 175 MBO EUR results in a 486 MBOE EUR and 200 MBO EUR results in a 560 MBOE EUR (36% Oil / 34% Gas / 30% NGLs).

13

**Slide 13 Notes**

Table of Contents [Jim]
- Today's agenda is to provide a brief summary of the transaction and the company, followed by a more detailed review of its upstream and midstream assets, it's financial position and strategy, the compelling value that it offers, and the transaction timeline

# Go-Forward Plan
*2019 Base Capital Plan*

### Base Capital Spending since 1/1/2019

- Completed drilling activities on 9 wells: $9.1MM

- Completed frac activities on 8 wells in 2 patterns: $13.5MM

- Brought 9 wells on production: $1.5MM

- **Total CAPEX YTD: $24.0MM**

- Go-forward capital spend:

  - Non-op:  $10.0MM

  - Rig liability: $3.8MM

  - Convert ESP to gas lift:  $4.8MM

  - Land:  $4.8MM

  - Seismic:  $4.0MM (Major County – previously committed and contractually obligated)

### Base Capital Spending Activity Overview



14

**Slide 14 Notes**

Table of Contents [Jim]
- Today's agenda is to provide a brief summary of the transaction and the company, followed by a more detailed review of its upstream and midstream assets, it's financial position and strategy, the compelling value that it offers, and the transaction timeline



# Go-Forward Plan
## *2019 DUC Program*

### DUC Capital Spending Overview

| Current DUCs | | |
|---|---|---|
| # | Well Name | WPS |
| 1 | EHU 252H | 4 |
| 2 | EHU 254H | 4 |
| 3 | EHU 256H | 4 |
| 4 | EHU 258H | 4 |
| 5 | EHU 255RH | 3 |
| 6 | EHU 257H | 3 |
| 7 | EHU 259H | 3 |
| 8 | Evelyn 1706 11-18MH | 4 |
| 9 | Evelyn 1706 3-18MH | 4 |
| 10 | Evelyn 1706 7-18RMH | 4 |
| 11 | Helen 1605 2-33MH | 3 |
| 12 | Helen 1605 6-33MH | 3 |
| 13 | Kilgore 1705 1-4MH | 2 |
| 14 | Towne 1806 10-31MH | 4 |
| 15 | Towne 1806 2-31MH | 4 |
| 16 | Towne 1806 5-31MH | 4 |
| **Total Budgeted Completion Cost:** | | **$27.5** |

| | Corporate IRR %[1] | | | | Upstream IRR %[1] | | | |
|---|---|---|---|---|---|---|---|---|
| Oil/Gas | DUC Capex | | | | DUC Capex | | | |
| Prices | $1.4MM | $1.6MM | $1.8MM | $2.0MM | $1.4MM | $1.6MM | $1.8MM | $2.0MM |
| **$50/$2.75** | 100% | 100% | 100% | 92% | 100% | 86% | 65% | 50% |
| **$55/$3.00** | 100% | 100% | 100% | 100% | 100% | 100% | 90% | 70% |
| **$60/$3.25** | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 92% |

### DUC Capital Spending Activity Overview



[1] Returns run only with incremental capital costs and excludes legacy drilling costs already incurred; Assumes 175 MBO infill curve.

**Slide 15 Notes**

Table of Contents [Jim]
- Today's agenda is to provide a brief summary of the transaction and the company, followed by a more detailed review of its upstream and midstream assets, it's financial position and strategy, the compelling value that it offers, and the transaction timeline

# Go-Forward Plan
## *2019 Development Drilling Program*

### Development Capital Spending Overview

- Identified 19 sections (including 4 with no parent wells), high-graded from both an operations and geological perspective, near existing infrastructure for permitting and development in 2019 and into 2020

- Applying for permits on more sections than we plan to develop in 2019 to account for potential impact of protests and delays

- 5 wells total will be targeted in virgin sections with 3 infills being planned in sections with parents (4 wells total)

- 2 rigs beginning March 1 and 3rd rig added June 1

- 2 frac crews to complete existing DUCs, going down to 1 frac crew for remaining development program

### Development Capital Spending Activity Overview



| Oil/Gas | Corporate IRR % | | | Upstream IRR % | | |
|---|---|---|---|---|---|---|
| | D&C Capex | | | D&C Capex | | |
| Prices | $3.0MM | $3.2MM | $3.4MM | $3.0MM | $3.2MM | $3.4MM |
| $50/$2.75 | 36% | 31% | 27% | 16% | 12% | 9% |
| $55/$3.00 | 47% | 40% | 35% | 26% | 21% | 17% |
| $60/$3.25 | 59% | 51% | 44% | 35% | 30% | 26% |

**Slide 16 Notes**

Table of Contents [Jim]
- Today's agenda is to provide a brief summary of the transaction and the company, followed by a more detailed review of its upstream and midstream assets, it's financial position and strategy, the compelling value that it offers, and the transaction timeline



Confidential

# Current D&C Capital Program

## *Timeline for Learning*

**Incremental learnings available throughout test**

**Slide 17 Notes**

Table of Contents [Jim]
- Today's agenda is to provide a brief summary of the transaction and the company, followed by a more detailed review of its upstream and midstream assets, it's financial position and strategy, the compelling value that it offers, and the transaction timeline



# Proven Reserves
*February 8, 2018 vs December 31, 2018*



**February 8, 2018**

**Reserves**

**Total Reserves = 176 MMBOE**

- Oil 41%
- Gas 39%
- NGL 20%

- PDP 29%
- PDNP 0%
- PUD 71%

**December 31, 2018**

**Reserves**

**Total Reserves = 158 MMBOE**

- Oil 39%
- Gas 33%
- NGL 28%

- PDP 44%
- PDNP 0%
- PUD 56%

**Growth in PDP as a % of Proven Reserves**

**PV-10**

**PV-10 = $1,180mm**

- PDP 45%
- PDNP 0%
- PUD 55%

**PV-10**

**PV-10 = $1,060mm**

- PDP 76%
- PDNP 1%
- PUD 23%

18

**Slide 18 Notes**

Table of Contents [Jim]
- Today's agenda is to provide a brief summary of the transaction and the company, followed by a more detailed review of its upstream and midstream assets, it's financial position and strategy, the compelling value that it offers, and the transaction timeline



# Value Overview – Bank Pricing (Upstream Only)
## *Base Pricing & Sensitivity Pricing[1] | $ in Millions*

| | PV-9 ($MM) as of 12/31/18 | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Base Pricing** | | | | **Sensitivity Pricing** | | |
| | **SEC D&C** | | **$3.2MM D&C** | | **SEC D&C** | | **$3.2MM D&C** |
| PDP | $ | 530 | $ | 530 | $ | 321 | $ | 321 |
| PDNP | | 7 | | 7 | | 5 | | 5 |
| PUD | | 14 | | 81 | | 3 | | 5 |
| Total Proved | $ | 550 | $ | 618 | $ | 329 | $ | 331 |
| Hedges (as of 02/08/19) | | 18 | | 18 | | 57 | | 57 |

| | PV-9 ($MM) as of 6/30/19 | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Base Pricing** | | | | **Sensitivity Pricing** | | |
| | **SEC D&C** | | **$3.2MM D&C** | | **SEC D&C** | | **$3.2MM D&C** |
| PDP | $ | 434 | $ | 434 | $ | 253 | $ | 253 |
| PDNP | | 5 | | 5 | | 4 | | 4 |
| PUD | | 14 | | 81 | | 3 | | 5 |
| Total Proved | $ | 452 | $ | 520 | $ | 259 | $ | 261 |
| Hedges (as of 06/30/19) | | 15 | | 15 | | 41 | | 41 |

[1] Pricing per Wells Fargo Bank Pricing Policy provided on 02/08/19 (effective 11/27/18 through 02/28/19).

**Slide 19 Notes**

Table of Contents [Jim]
- Today's agenda is to provide a brief summary of the transaction and the company, followed by a more detailed review of its upstream and midstream assets, it's financial position and strategy, the compelling value that it offers, and the transaction timeline



# Summary Conclusions

**Important learnings from well results to date**:

- Previous pattern wells were developed at too tight of a density; Optimal spacing for the acreage is estimated at 4-5 wells per section

- More expensive advanced completion methodologies and artificial lift technologies have not shown material improvements in performance

- Cost structure for the business is outsized relative to business needs

**New initiatives in place**:

- 2019 drilling program is designed to test optimal spacing with completion of 16 DUCs and running a 2 rig going to 3 rig program

- Reverting to generation 2 completion methodology and gas lift in addition to renegotiating existing service contracts

- Initial reduction-in-force completed; ongoing review of overhead continuing to match G&A with scale of business in 2019

- 2019 program focused on development of highest return wells (e.g. offset existing infrastructure) while validating revised density and completion design

**Slide 20 Notes**

Table of Contents [Jim]
- Today's agenda is to provide a brief summary of the transaction and the company, followed by a more detailed review of its upstream and midstream assets, it's financial position and strategy, the compelling value that it offers, and the transaction timeline

**Confidential**

# **Appendix**





# Technical Review – New Pattern Example
## *Edwin 1805*



**Slide 22 Notes**

Table of Contents [Jim]
- Today's agenda is to provide a brief summary of the transaction and the company, followed by a more detailed review of its upstream and midstream assets, it's financial position and strategy, the compelling value that it offers, and the transaction timeline

# Technical Review – New Pattern Example
*Bunker Buster*





**Slide 23 Notes**

Table of Contents [Jim]
- Today's agenda is to provide a brief summary of the transaction and the company, followed by a more detailed review of its upstream and midstream assets, it's financial position and strategy, the compelling value that it offers, and the transaction timeline