# KX 19

REDACTED IN ITS ENTIRETY