UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>**PUBLIC VERSION OF DKT. 558** |

**DECLARATION OF ANDREW J. ENTWISTLE IN SUPPORT OF CLASS PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE CERTAIN OPINIONS OF EXPERT HAROLD McGOWEN III**

I, Andrew J. Entwistle, declare as follows:

1. I am a Partner at the law firm Entwistle & Cappucci LLP, counsel for Class Plaintiffs and Court-Appointed Co-Class Counsel. I am a member of the State Bar of Texas and am admitted to practice before this Court.

2. I respectfully submit this declaration in support of Class Plaintiffs' Opposition to Defendants' Motion to Exclude Certain Opinions of Expert Harold McGowen III Under Rule 702.

3. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

4. Attached hereto are true and correct copies of the following documents[1]:

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| MX 1 | ███████████████ |

---

[1] Some exhibits hereto bear deposition stickers which were added after their production at the bates numbers indicated.

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| MX 2 | Excerpt of Deposition Transcript of Harold McGowen dated Nov. 11, 2023 |
| MX 3 | █████████████████████████████ |
| MX 4 | Excerpt of Deposition Transcript of John Baldauff dated Apr. 17, 2023 |
| MX 5 | Excerpt of Deposition Transcript of Michael Ellis in the matter of *Alta Mesa Holdings, LP, et al. vs. Kingfisher Midstream, LLC, et al.* (Adv. No. 19-03609) dated Dec. 4, 2019 [AMR_AMHTrusteeProd_00005990] |
| MX 6 | Excerpt of Deposition Transcript of Miles Palke, 30(b)(6) designee of Ryder Scott, dated June 13, 2023 |
| MX 7 | Harold E. McGowen III Fee Statement [MCGOWEN_AMR-00000482] |
| MX 8 | Silver Run Acquisition Corporation II, Schedule 14A Definitive Proxy Statement dated Jan. 19, 2018 |
| MX 9 | Email from Kevin Bourque to Mike Ellis dated May 28, 2017 [AMR_SDTX01337147] |
| MX 10 | Email from Kevin J. Bourque dated June 6, 2017 [AMR_SDTX00853993] |
| MX 11 | Text from Hal Chappelle to Kevin Bourque dated Mar. 21, 2018 [Chappelle_SDTX0006832] |
| MX 12 | Alta Mesa Resources, Inc., First Quarter 2018 Operational Update, dated May 14, 2018 [AMR_SDTX00003094] |
| MX 13 | █████████████████████████████ |
| MX 14 | Emails from Lance Weaver dated July 20, 2018 [AMR_SDTX00676282] |
| MX 15 | Email from Gene Cole to Mike Ellis dated Aug. 31, 2018 [AMR_SDTX00104735] |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| MX 16 | Email from Scott Grandt to Kevin Bourque dated Sept. 3, 2018 [AMR_SDTX00066632] |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 16, 2024 in Austin, Texas.

/s/ Andrew J. Entwistle
Andrew J. Entwistle