# MX 1

REDACTED IN ITS ENTIRETY