# MX 3

REDACTED IN ITS ENTIRETY