# MX 5





Transcript of **Michael E. Ellis**

Wednesday, December 4, 2019

*In re Alta Mesa Resources, Inc. and Alta Mesa Holdings, LP*

Alderson Court Reporting
1-800-FOR-DEPO (367-3376)
Info@AldersonReporting.com
www.AldersonReporting.com

Alderson Reference Number: 89949

[PAGES INTENTIONALLY OMITTED]

Case 4:19-cv-00957   Document 669-6   Filed on 02/16/24 in TXSD   Page 4 of 5

Page 102

1    A.  Yeah.
2    Q.  Did you make any introductions to anyone on
3  his behalf or anything like that?
4    A.  You know, he actually came there because we
5  hired one of his friends, and his friend ended up
6  suggesting he put in an application or whatever he
7  did.  However he got the interview.
8    Q.  Were you aware he was applying?
9    A.  I'm sure I was.
10    Q.  And did you talk with anyone about this
11  deposition prior to it occurring?
12      Sorry.  Let me rephrase.  Very unclear.
13      Did you talk with anyone, any of your former
14  colleagues at AMH, or Mr. Chappelle, about this
15  deposition prior to it occurring?
16    A.  No.
17      MR. GOERLICH:  Do we know if lunch is --
18  I think we can take a break for that.
19      (Lunch break.)
20    Q.  (BY MR. GOERLICH)  Mr. Ellis, besides the
21  non-STACK oil and gas properties, were any other
22  assets transferred to High Mesa as part of the
23  business combination?
24    A.  Yeah.  The stock of Alta Mesa Resources.
25    Q.  So that Alta Mesa Resources stock was with

Page 103

1  AMH and was transferred to High Mesa?
2    A.  That makes sense.
3    Q.  Besides the stock and the oil and gas
4  non-STACK properties, any other assets transferred?
5    A.  I don't think so.
6    Q.  And how about liabilities transferred to High
7  Mesa, were any non-oil and gas non-STACK
8  assets -- that is a very confusingly phrased question.
9      Were any liabilities, besides liabilities of
10  non-STACK oil and gas assets, transferred to High
11  Mesa?
12    A.  Not that I know of.
13    Q.  Okay.  So we discussed earlier that KFM got
14  some bids for it alone as part of the business
15  combination.
16    A.  Well, it was before the business combination,
17  but, yes.
18    Q.  Before the business combination.
19      Do you recall any discussions around KFM's
20  value and a desire to increase KFM's value as part of
21  the business combination?
22      MR. HENNIES:  Objection to the extent
23  this is relevant to the adversary proceeding.
24      MR. WOOLNER:  Object to the form of the
25  question.

Page 104

1    A.  I don't remember that occurring.
2    Q.  (BY MR. GOERLICH)  Do you recall any change in
3  the valuation of AMH in the course of the negotiations
4  over the business combination?
5    A.  Yes.
6    Q.  And what was that change?
7    A.  I believe that we were valued maybe at $1.7
8  billion initially, and Hal made a recommendation that
9  with the oil pricing coming down, that we should agree
10  or volunteer to reduce our valuation of 1.4 to help to
11  make sure that this transaction would actually close.
12    Q.  And did you agree with Mr. Chappelle's
13  recommendation?
14    A.  I did.
15    Q.  Do you remember anyone disagreeing with it?
16    A.  No.
17    Q.  In discussing the joint development agreement
18  with Bayou City, you mentioned some concerns about
19  child -- with regard to Bayou City and not recouping
20  its investment, you mentioned some issues with child
21  well production decreasing, as well as falling oil
22  prices.
23      When did those issues occur?
24    A.  The realization of the decrease in recoveries
25  from the children wells occurred after we started

Page 105

1  drilling children wells, and I started -- started
2  seeing enough performance in enough wells to realize
3  that this is a regional issue, and now we know -- the
4  whole industry now knows it's a total nonconventional
5  issue, as far as I can think of.  Every -- every basin
6  is discovering that on their own.
7    Q.  And so you said after you began drilling the
8  child wells.
9      When was that precisely?
10    A.  We had a few children wells drilled prior to
11  the February date and in producing, but those
12  actually -- they were spaced far enough apart that
13  they pretty much fit into range.  So it was the -- the
14  first one was the Bullis-Coleman pattern was the first
15  pattern where we -- where it was really obvious that
16  we weren't going to get recoveries out of the children
17  wells that we expected.
18    Q.  And when was that?
19    A.  Well, I know that -- I know when it was
20  obvious of the conclusion for the whole idea.  That
21  would have probably been third quarter of 2018.
22    Q.  But for the initial Bullis-Coleman wells, you
23  don't remember a specific date?
24    A.  No.
25    Q.  And then you also mentioned falling oil

CONFIDENTIAL
AMR_AMHTrusteeProd_00006017

[PAGES INTENTIONALLY OMITTED]