MX 6

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

IN RE:  ALTA MESA           §
RESOURCES, INC.             §  CASE NO. 4:19-cv-00957
SECURITIES LITIGATION       §

ORAL AND VIDEOTAPED DEPOSITION OF MILES PALKE 30(b)(6)

JUNE 13, 2023

ORAL AND VIDEOTAPED DEPOSITION OF MILES PALKE 30(B)(6), produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above styled and numbered cause on Tuesday, June 13, 2023, from 9:39 a.m. to 4:06 p.m., before Janalyn Elkins, CSR, in and for the State of Texas, reported by computerized stenotype machine, viz Zoom, pursuant to the Federal Rules of Civil Procedure and any provisions stated on the record herein.

[PAGES INTENTIONALLY OMITTED]

Page 50

1   long.
2        Q.  Did you speak with Mr. Turner on the phone
3   between the time he sent this email that is at the top
4   of Exhibit 632?
5        A.  It's not impossible, but I don't recollect
6   speaking to Mr. Turner on the phone that day until maybe
7   later that day to discuss the 10-K that we were kicking
8   around at the time.
9        Q.  Okay.  What did you discuss with Mr. Zajac?
10       A.  So what I recollect discussing with Mr. Zajac
11  was him asking us questions about how -- you know, about
12  probable well counts and numbers of wells and, you know,
13  these were things that we had not done any prior work on
14  for probable wells or possible wells.  And that's -- I
15  think the basis of the conversation was we said, well,
16  we don't know what you're going to get with 12 wells per
17  section because -- or eight wells per section -- and
18  those numbers are off the hip.  I don't remember the
19  specifics.  But we hadn't done any technical work on it,
20  so we didn't have much to say.
21       Q.  Did you discuss the reasonableness of the -- of
22  the assumption of four wells per section and the earlier
23  estimate of 250,000 barrels of oil per well?
24       A.  We -- we -- I -- we may have discussed that.  I
25  don't recollect it clearly.

[PAGES INTENTIONALLY OMITTED]