MX 7

Harold McGowen Summary of Time for *In Re Alta Mesa Resources*

Harold McGowen's invoices include 395.1 hours at a rate of $500 per hour through August 31, 2023.

**Exhibit
Def. Ex. 86**

CONFIDENTIAL                                                                                                                       MCGOWEN_AMR-00000482