MX 10

| From: | Kevin J. Bourque <kbourque@AltaMesa.net> on behalf of<br>Kevin J. Bourque <kbourque@AltaMesa.net> |
|---|---|
| Sent: | Tuesday, June 6, 2017 7:32 PM |
| To: | Tim Turner <tturner@AltaMesa.net>; Hal H. Chappelle <hchappelle@AltaMesa.net>; Mike E. Ellis <mellis@AltaMesa.net>; Gene Cole <gcole@AltaMesa.net> |
| Subject: | RE: Food for Thought |

That would make the Hoskins a very important test, east offset of the BB&D.

**From:** Tim Turner
**Sent:** Tuesday, June 06, 2017 2:31 PM
**To:** Hal H. Chappelle <hchappelle@AltaMesa.net>; Mike E. Ellis <mellis@AltaMesa.net>; Kevin J. Bourque <kbourque@AltaMesa.net>; Gene Cole <gcole@AltaMesa.net>
**Subject:** Food for Thought

Picking back up on our discussion with Morgan Stanley/Kayne Anderson last week...

Our 750' tests are performing best relative to type curve, LNU got dinged because of parents (i.e. bad parenting!), EHU and Bullis Coleman spacing too tight (<450'). Of course, well count could be an argument but spacing appears to be very important.

| Test | Avg Spacing | Wells | Spacing/750 | Oil EUR MBO | 250 Type | EUR/Type |
|---|---|---|---|---|---|---|
| EHU | 330 | 4 | 0.44 | 458 | 1,000 | 0.458 |
| Bullis-Coleman | 444 | 10 | 0.59 | 1,626 | 2,500 | 0.650 |
| LNU | 630 | 5 | 0.84 | 838 | 1,250 | 0.670 |
| BB&D | 750 | 3 | 1.00 | 934 | 750 | 1.245 |
| Oswald | 750 | 3 | 1.00 | 772 | 750 | 1.029 |



Tim J Turner
VP Corp Planning and Reserves
Alta Mesa Holdings, LP
Direct: 281.944.0682



CONFIDENTIAL

Exhibit CP- 0095
2/24/2023
Wassenaar

AMR_SDTX00853993