# MX 11

[Filed Under Seal]

**Category:** Chats/Private
**From:** Hal Chappelle
**To:** Kevin Bourque
**Timestamp:** 3/21/2018 8:40:11 AM -04:00
**Type:** SMS

---

Hopefully an aggressive artificial lift program can make a dent in the production shortfall

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chappelle_SDTX0006832

**Category:** Chats/Private ▮
**From:** Kevin Bourque
**To:** Hal Chappelle
**Timestamp:** 3/21/2018 8:42:17 AM -04:00
**Type:** SMS

---

I absolutely believe it'll help

CONFIDENTIAL

Chappelle_SDTX0006833