# MX 13

REDACTED IN ITS ENTIRETY