- 1 -

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>**PUBLIC VERSION OF DKT. 560** |

### DECLARATION OF TRIG SMITH IN SUPPORT OF CLASS PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF STEVEN P. FEINSTEIN

I, Trig R. Smith declare as follows:

1. I am a Partner at the law firm of Robbins Geller Rudman & Dowd LLP, counsel for Class Plaintiffs and Court-Appointed Co-Class Counsel. I am a member of the Bar of the States of California and Colorado and am admitted *pro hac vice* before this Court.

2. I respectfully submit this declaration in support of Class Plaintiffs' Opposition to Defendants' Motion to Exclude the Expert Testimony of Steven P. Feinstein.

3. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

4. Attached hereto are true and correct copies of the following documents:

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX A | Excerpts of Alta Mesa Resources, Inc. SEC Form 10-K, dated August 26, 2019 [KPMG-AMH-ea2018YERES-0010806]; |

- 1 -

- 2 -

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX B | Excerpts of the Deposition Transcript of Steven P. Feinstein, dated November 10, 2023; and |
| PX C | Excerpts of the Deposition Transcript of Audra Boone, dated November 16, 2023. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 16, 2024 in San Diego, California.

_____
TRIG R. SMITH