FX C

**Page 1**

```
 1
 2              UNITED STATES DISTRICT COURT
 3               SOUTHERN DISTRICT OF TEXAS
 4                    HOUSTON DIVISION
 5   ----------------------------------*
 6   IN RE ALTA MESA RESOURCES, INC.
 7   SECURITIES LITIGATION
 8   ----------------------------------*
 9           STENOGRAPHIC AND VIDEO-RECORDED
10             REMOTE VIRTUAL DEPOSITION OF
11                  AUDRA L. BOONE, Ph.D.
12                Thursday, November 16, 2023
13                       9:50 a.m.
14
15
16
17
18   Stenographically recorded by:
19   Josephine H. Fassett, RPR, CCR
20   Job No. 6316198
21
22
23
24
25
```

[PAGES INTENTIONALLY OMITTED]

Page 164

1            BOONE, Ph.D.
2      Q.   I gave you the -- in the hypothetical I
3 said it was their main manufacturing warehouse.
4      A.   Okay.
5      Q.   Okay?  There's your materiality.
6           The question is, is, the allegation is
7 that defendants failed to disclose the warehouse
8 burning down a year earlier and then they
9 disclosed that the warehouse burnt down a year
10 later, do you understand that that is a fraud
11 related disclosure?
12           MS. MARURI:  Object to form.
13      A.   I still feel like maybe I can't
14 articulate, but I don't feel like I still have
15 enough information sitting here to say, hey,
16 that's fraud.
17      Q.   You don't understand that the disclosure
18 is related to the alleged fraud?
19      A.   You're asking me to assume that it's
20 fraud?
21      Q.   No.  I'm asking you, under that set of
22 facts, do you agree that the disclosure that the
23 warehouse burned down a year later, pursuant to
24 the allegations made by this hypothetical
25 plaintiff, that that would be a fraud related

[PAGES INTENTIONALLY OMITTED]