## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION

Case No. 4:19-cv-00957

**PUBLIC VERSION OF DKT. 584**

### DECLARATION OF ANDREW J. ENTWISTLE IN SUPPORT OF CLASS PLAINTIFFS' MOTION TO STRIKE AND EXCLUDE THE REDACTED POST-HOC MEMO BY KPMG

I, Andrew J. Entwistle, declare as follows:

1.     I am a Partner at the law firm Entwistle & Cappucci LLP, counsel for Class Plaintiffs and Court-Appointed Co-Class Counsel.  I am a member of the State Bar of Texas and am admitted to practice before this Court.

2.     I respectfully submit this declaration in support of Class Plaintiffs' Motion to Strike and Exclude the Redacted Post-Hoc Memo by KPMG.

3.     I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

4.     Attached hereto are true and correct copies of the following documents[1]:

---

[1] Some exhibits hereto bear deposition stickers which were added after their production at the bates numbers indicated.

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| Ex. A | ███████████████████████████████████████ |
| Ex. B | ███████████████████████████████████████ |
| Ex. C | ███████████████████████████████████████ |
| Ex. D | Excerpt of Deposition Transcript of Miles Palke, 30(b)(6) designee of Ryder Scott, dated June 13, 2023 |
| Ex. E | ██████████████████████████ |
| Ex. F | ███████████████████████████████████████ |
| Ex. G | Email chain between Tim Turner and Mike Ellis discussing poor well results in lower Osage dated Dec. 26, 2017 [AMR_SDTX00061566] |
| Ex. H | Email conversation between Mike Ellis and Hal Chappelle discussing frac stages dated May 17, 2017 [AMR_SDTX00118990] |
| Ex. I | Email from Eric Ecklund to Kevin Bourque providing comments on latest well results dated May 28, 2017 [AMR_SDTX01337147] |
| Ex. J | Internal Alta Mesa email chain discussing fracture network in Bullis-Coleman pattern dated May 8, 2017 [AMR_SDTX00681721] |
| Ex. K | ███████████████████████████████████████ |
| Ex. L | ███████████████████████████████████████ |
| Ex. M | ███████████████████████████████████████ |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 16, 2024, in Austin, Texas.

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle

**CERTIFICATE OF SERVICE**

I certify that the foregoing has been served under seal via the Court's ECF system, and a copy has been served via email to counsel for all parties on February 16, 2024.

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle
