# EX. A

REDACTED IN ITS ENTIRETY