# EX. B

REDACTED IN ITS ENTIRETY