# EX. C

REDACTED IN ITS ENTIRETY