# EX. E

REDACTED IN ITS ENTIRETY