# EX. F

REDACTED IN ITS ENTIRETY