# Ex. G

**From**: Tim Turner [tturner@AltaMesa.net]
on behalf of Tim Turner <tturner@AltaMesa.net> [tturner@AltaMesa.net]
**Sent**: 12/26/2017 3:12:30 PM
**To**: Mike E. Ellis [mellis@AltaMesa.net]
**Subject**: Fwd: Lets stay away from the two eastern sections in 16-5. BUT lets not give up on 15-5.

And my inherent assumption in this is the layers are consistent. Even that is probably wrong.

Tim

Begin forwarded message:

**From:** Tim Turner <tturner@AltaMesa.net>
**Date:** December 26, 2017 at 3:05:26 PM CST
**To:** "Mike E. Ellis" <mellis@AltaMesa.net>
**Subject: Re: Lets stay away from the two eastern sections in 16-5. BUT lets not give up on 15-5.**

Agree. There's a lot we don't know!

Tim

On Dec 26, 2017, at 3:03 PM, Mike E. Ellis <mellis@AltaMesa.net> wrote:

The Eagleford is where the industry realized how important rock typing is. Some rocks maybe 1% recovery. Some maybe 15%. I am not saying that you are wrong. We just need to understand that we don't know.

**From:** Tim Turner
**Sent:** Tuesday, December 26, 2017 3:01 PM
**To:** Mike E. Ellis <mellis@AltaMesa.net>
**Subject:** Re: Lets stay away from the two eastern sections in 16-5. BUT lets not give up on 15-5.

Just making the observation that the lower Osage has a very low OOIP in this area. Assuming 8% rec efficiency and 160 acre drainage area, Old Crab and Sadiebug likely draining from upper layers which may be connected naturally or induced. Other wells to the east don't appear to be connected to upper layers due to low productivity.

Tim

On Dec 26, 2017, at 2:41 PM, Mike E. Ellis <mellis@AltaMesa.net> wrote:

But how do you know they match? If the two best laterals are in the Lower Osage?

**From:** Tim Turner
**Sent:** Tuesday, December 26, 2017 2:40 PM
**To:** Mike E. Ellis <mellis@AltaMesa.net>
**Subject:** Re: Lets stay away from the two eastern sections in 16-5. BUT lets not give up on 15-5.

Should say matching.

Tim

On Dec 26, 2017, at 1:22 PM, Tim Turner <tturner@AltaMesa.net> wrote:

Yes, OIP marching up to higher EUR.

FOIA CONFIDENTIAL TREATMENT REQUESTED
Confidential

AMR_061566
AMR_SDTX00061566

Tim

On Dec 26, 2017, at 1:19 PM, Mike E. Ellis <mellis@AltaMesa.net> wrote:

You mean OIP don't you?

**From:** Tim Turner
**Sent:** Tuesday, December 26, 2017 1:14 PM
**To:** Mike E. Ellis <mellis@AltaMesa.net>
**Subject:** Re: Lets stay away from the two eastern sections in 16-5. BUT lets not give up on 15-5.

Correct, but oil EUR suggests most prod is from upr Osage/lwr Meramec.

Tim

On Dec 26, 2017, at 12:57 PM, Mike E. Ellis <mellis@AltaMesa.net> wrote:

The Old Crab and the Sadiebug are the only two 300 mbo wells in 15N or 16N (between all four townships). Both are Lower Osage laterals. Correct?

**From:** Tim Turner
**Sent:** Tuesday, December 26, 2017 12:54 PM
**To:** Mike E. Ellis <mellis@AltaMesa.net>; Kerima Haddad <khaddad@AltaMesa.net>; Gene Cole <gcole@AltaMesa.net>; Kevin J. Bourque <kbourque@AltaMesa.net>
**Cc:** Hal H. Chappelle <hchappelle@AltaMesa.net>; F. David Murrell <dmurrell@AltaMesa.net>; Patrick Bolgren <PBolgren@AltaMesa.net>; Abbas Belyadi <ABelyadi@AltaMesa.net>; Alex Husser <AHusser@AltaMesa.net>; Sean Rosenfeld <srosenfeld@AltaMesa.net>; Cathy Radvansky <cradvansky@AltaMesa.net>; David M. Smith <dsmith@AltaMesa.net>; Kevin A. Logan <klogan@AltaMesa.net>; Erick Nefe <enefe@AltaMesa.net>; Hector L. Caram <hcaram@AltaMesa.net>; John E. Mason <jmason@AltaMesa.net>; Kathy Sheen <ksheen@AltaMesa.net>
**Subject:** RE: Lets stay away from the two eastern sections in 16-5. BUT lets not give up on 15-5.

From a volumetric standpoint, it seems the best opportunities here are in the Lwr Meramec and Upr Osage. I believe all of these wells are landed at the bottom of the Lwr Osage which may be a reason they are economic, but relatively poor. Noting the Old Crab seems to be an exception as it's probably producing oil from above the Lwr Osage, but this doesn't seem to be the rule.

**From:** Mike E. Ellis
**Sent:** Tuesday, December 26, 2017 11:03 AM
**To:** Kerima Haddad <khaddad@AltaMesa.net>; Gene Cole <gcole@AltaMesa.net>; Kevin J. Bourque <kbourque@AltaMesa.net>; Tim Turner <tturner@AltaMesa.net>
**Cc:** Hal H. Chappelle <hchappelle@AltaMesa.net>; F. David Murrell <dmurrell@AltaMesa.net>; Patrick Bolgren <PBolgren@AltaMesa.net>; Abbas Belyadi <ABelyadi@AltaMesa.net>; Alex Husser <AHusser@AltaMesa.net>; Sean Rosenfeld <srosenfeld@AltaMesa.net>; Cathy Radvansky <cradvansky@AltaMesa.net>; David M. Smith <dsmith@AltaMesa.net>; Kevin A. Logan <klogan@AltaMesa.net>; Erick Nefe <enefe@AltaMesa.net>; Hector L. Caram <hcaram@AltaMesa.net>; John E. Mason <jmason@AltaMesa.net>; Kathy Sheen <ksheen@AltaMesa.net>
**Subject:** RE: Lets stay away from the two eastern sections in 16-5. BUT lets not give up on 15-5.

I think you make a great point. Maybe the NE half of 15-5 will be OK. So far we have zero wells there. I was using the Prue Unit well (85 mbo) as a negative, but that is a Generation 1 well, so maybe not appropriate.

**From:** Kerima Haddad
**Sent:** Tuesday, December 26, 2017 10:06 AM

FOIA CONFIDENTIAL TREATMENT REQUESTED
Confidential

AMR_061567
AMR_SDTX00061567

**To:** Mike E. Ellis <mellis@AltaMesa.net>; Gene Cole <gcole@AltaMesa.net>; Kevin J. Bourque <kbourque@AltaMesa.net>; Tim Turner <tturner@AltaMesa.net>
**Cc:** Hal H. Chappelle <hchappelle@AltaMesa.net>; F. David Murrell <dmurrell@AltaMesa.net>; Patrick Bolgren <PBolgren@AltaMesa.net>; Abbas Belyadi <ABelyadi@AltaMesa.net>; Alex Husser <AHusser@AltaMesa.net>; Sean Rosenfeld <srosenfeld@AltaMesa.net>; Cathy Radvansky <cradvansky@AltaMesa.net>; David M. Smith <dsmith@AltaMesa.net>; Kevin A. Logan <klogan@AltaMesa.net>; Erick Nefe <enefe@AltaMesa.net>; Hector L. Caram <hcaram@AltaMesa.net>; John E. Mason <jmason@AltaMesa.net>; Kathy Sheen <ksheen@AltaMesa.net>
**Subject:** RE: Lets stay away from the two eastern sections in 16-5. BUT lets not give up on 15-5.

The one thing I would note is that as you move south east in 15 05 it gets really thin ~ 200 and much higher structurally.

The northern eastern sections in 1605 are much more similar to southern 1705. Are you just talking about the southern eastern sections in 1605 or the whole east side ?

*Kerima L. Haddad*
Alta Mesa Holdings
888 Oakwood Road, Suite 220
Charleston, WV 25314
Office - 304-205-0444

---

**From:** Mike E. Ellis
**Sent:** Tuesday, December 26, 2017 10:41 AM
**To:** Gene Cole <gcole@AltaMesa.net>; Kevin J. Bourque <kbourque@AltaMesa.net>; Tim Turner <tturner@AltaMesa.net>
**Cc:** Hal H. Chappelle <hchappelle@AltaMesa.net>; F. David Murrell <dmurrell@AltaMesa.net>; Patrick Bolgren <PBolgren@AltaMesa.net>; Abbas Belyadi <ABelyadi@AltaMesa.net>; Alex Husser <AHusser@AltaMesa.net>; Sean Rosenfeld <srosenfeld@AltaMesa.net>; Cathy Radvansky <cradvansky@AltaMesa.net>; David M. Smith <dsmith@AltaMesa.net>; Kevin A. Logan <klogan@AltaMesa.net>; Kerima Haddad <khaddad@AltaMesa.net>; Erick Nefe <enefe@AltaMesa.net>; Hector L. Caram <hcaram@AltaMesa.net>; John E. Mason <jmason@AltaMesa.net>; Kathy Sheen <ksheen@AltaMesa.net>
**Subject:** Lets stay away from the two eastern sections in 16-5. BUT lets not give up on 15-5.

I raised the red flag here once before, but the Opus One had given me hope, but Abbas has that at 140 mbo. So, we are zero for three in these 12 sections so far. Granted one of the wells (Vieth) had small fracs put on it.

Lets definitely not give up on the two eastern sections in 15-5. We have only one well on line, the Cronkite at 150 mbo, which had a casing failure.
The fact that as we move south, the Nemaha is further east may play a role in these EURs.

Comments?
Mike

FOIA CONFIDENTIAL TREATMENT REQUESTED
Confidential

AMR_061568
AMR_SDTX00061568