# Ex. H

**From:** Mike E. Ellis [mellis@AltaMesa.net]
**on behalf of** Mike E. Ellis <mellis@AltaMesa.net> [mellis@AltaMesa.net]
**Sent:** 5/17/2017 11:23:21 AM
**To:** Hal H. Chappelle [hchappelle@AltaMesa.net]
**Subject:** RE: Why is Shackelford 17-5-31 doing better?

Yes, I think more stages is correct answer. Then the question, which is more profitable, larger fracs or more wells? I am surprised that the current data is pointing toward 7-8 wells/section, as a general rule.
OOIP is really complicated. Remember about 2-3 years ago, I told you about the Devon presentation up in the stateline play, where they broke the Miss into about 50 layers, each with its own history, oil and water saturation. From memory, they were excited because they went from a 4% oil cut to an 8 % oil cut, by targeting the better rock.
I think we are seeing the same thing. Some of the rock types in certain sections have more water and thus less OOIP. I think SLB is on the right track, just not sure we will trust the data enough NOT to test something. We will see. Dang this is fun.

**From:** Hal H. Chappelle
**Sent:** Wednesday, May 17, 2017 11:11 AM
**To:** Mike E. Ellis <mellis@AltaMesa.net>
**Subject:** Re: Why is Shackelford 17-5-31 doing better?

Exhibit CP 0805 Stulz

Thanks.  More intense fracs in terms of # of stages, possibly smaller fracs per stage ... is this a consideration?

**From:** Mike Ellis <mellis@altamesa.net>
**Date:** Wednesday, May 17, 2017 at 11:05 AM
**To:** Hal Chappelle <hchappelle@altamesa.net>
**Subject:** FW: Why is Shackelford 17-5-31 doing better?

Between me and you,
This is a negative data point for infill drilling a lot of wells. These two wells are 7/8th of a mile apart and there is some amount of competition for oil. That is not totally unexpected, but when it hits you in the face, we need to pay attention.
Mike

**From:** Jerry Swearingen
**Sent:** Wednesday, May 17, 2017 9:11 AM
**To:** Eric H. Ecklund <eecklund@AltaMesa.net>; Michael Gaither <mgaither@AltaMesa.net>; Brenna Heinrich <bheinrich@AltaMesa.net>; JE Soudek <jsoudek@AltaMesa.net>; Mike E. Ellis <mellis@AltaMesa.net>; Cathy Radvansky <cradvansky@AltaMesa.net>; John Baldauff <jbaldauff@AltaMesa.net>; Jared Noynaert <jnoynaert@AltaMesa.net>; Abbas Belyadi <ABelyadi@AltaMesa.net>
**Cc:** Kevin J. Bourque <kbourque@AltaMesa.net>; Jeff Janik <JJanik@AltaMesa.net>; Gene Cole <gcole@AltaMesa.net>; Tim Turner <tturner@AltaMesa.net>
**Subject:** RE: Why is Shackelford 17-5-31 doing better?

Eric,
Great job by your team on making the adjustments looks good.

Mike,
From a mechanical point of view, it looks to be on the orifice valve. The optimization changes by Eric's team didn't change the gradient much at all see the gradient curves below but did get addition drawdown of a few psi.

- Think the oil increase is a reservoir condition change….. for the good this time

FOIA CONFIDENTIAL TREATMENT REQUESTED
Confidential

AMR_118990
AMR_SDTX00118990



Jerry Swearingen
**Alta Mesa Holdings, LP**
15021 Katy Freeway, Ste. 400
Houston, Texas 77094
281-943-5602 – Office

---

**From:** Eric H. Ecklund
**Sent:** Tuesday, May 16, 2017 12:58 PM
**To:** Michael Gaither <mgaither@AltaMesa.net>; Brenna Heinrich <bheinrich@AltaMesa.net>; Jerry Swearingen <jswearingen@AltaMesa.net>; JE Soudek <jsoudek@AltaMesa.net>; Mike E. Ellis <mellis@AltaMesa.net>; Cathy Radvansky <cradvansky@AltaMesa.net>; John Baldauff <jbaldauff@AltaMesa.net>; Jared Noynaert <jnoynaert@AltaMesa.net>; Abbas Belyadi <ABelyadi@AltaMesa.net>
**Cc:** Kevin J. Bourque <kbourque@AltaMesa.net>; Jeff Janik <JJanik@AltaMesa.net>; Gene Cole <gcole@AltaMesa.net>; Tim Turner <tturner@AltaMesa.net>
**Subject:** RE: Why is Shackelford 17-5-31 doing better?

FOIA CONFIDENTIAL TREATMENT REQUESTED
Confidential

AMR_118991
AMR_SDTX00118991

JE tells me our newest addition to Production team (Jerry Jech) has been tinkering with this well. Increased injection rate.

Adding guys to the team has allowed us to spend more time tinkering. Hopefully we'll see more of this!

Sent from my treo using Symantec TouchDown (www.symantec.com)

-----Original Message-----
**From:** Mike E. Ellis [mellis@AltaMesa.net]
**Received:** Tuesday, 16 May 2017, 12:32PM
**To:** Eric H. Ecklund [eecklund@AltaMesa.net]; Cathy Radvansky [cradvansky@AltaMesa.net]; Abbas Belyadi [ABelyadi@AltaMesa.net]; Brenna Heinrich [bheinrich@AltaMesa.net]; Jerry Swearingen [jswearingen@AltaMesa.net]; John Baldauff [jbaldauff@AltaMesa.net]; Jared Noynaert [jnoynaert@AltaMesa.net]; Michael Gaither [mgaither@AltaMesa.net]; JE Soudek [jsoudek@AltaMesa.net]
**CC:** Kevin J. Bourque [kbourque@AltaMesa.net]; Gene Cole [gcole@AltaMesa.net]; Jeff Janik [JJanik@AltaMesa.net]; Tim Turner [tturner@AltaMesa.net]
**Subject:** Why is Shackelford 17-5-31 doing better?

The Sawgrass bashed into it circa 3/1/17. It was 105 bopd before and now 145 bopd. Is there a lift reason for the performance? If not, this is the unusual situation of a well getting better after bashing. Usually they come back to pre-bash, but not improved.

FOIA CONFIDENTIAL TREATMENT REQUESTED
Confidential

AMR_118992
AMR_SDTX00118992