# Ex. J

**From:** Mike E. Ellis <mellis@AltaMesa.net> on behalf of Mike E. Ellis <mellis@AltaMesa.net>
**Sent:** Monday, May 8, 2017 6:00 PM
**To:** Tim Turner <tturner@AltaMesa.net>; Jack Albers <jalbers@AltaMesa.net>; Abbas Belyadi <ABelyadi@AltaMesa.net>; Kaitlyn Mathews <KMathews@AltaMesa.net>; Dale R. Hayes <dhayes@AltaMesa.net>; Jeff Janik <JJanik@AltaMesa.net>; Cathy Radvansky <cradvansky@AltaMesa.net>; Brenna Heinrich <bheinrich@AltaMesa.net>; Amy L. Cole <acole@AltaMesa.net>; Suyoun Won <swon@AltaMesa.net>; Hal H. Chappelle <hchappelle@AltaMesa.net>
**Subject:** RE: Coleman 1706 7A-9MH Pressure Gauge Data

---

One data point that supports your comment is that all wells in the pattern have reasonable GORs. It is definitely NOT like the gas is racing to the top of the "very well connected" frac network.

**From:** Tim Turner
**Sent:** Monday, May 08, 2017 11:38 AM
**To:** Mike E. Ellis <mellis@AltaMesa.net>; Jack Albers <jalbers@AltaMesa.net>; Abbas Belyadi <ABelyadi@AltaMesa.net>; Kaitlyn Mathews <KMathews@AltaMesa.net>; Dale R. Hayes <dhayes@AltaMesa.net>; Jeff Janik <JJanik@AltaMesa.net>; Cathy Radvansky <cradvansky@AltaMesa.net>; Brenna Heinrich <bheinrich@AltaMesa.net>; Amy L. Cole <acole@AltaMesa.net>; Suyoun Won <swon@AltaMesa.net>; Hal H. Chappelle <hchappelle@AltaMesa.net>
**Subject:** RE: Coleman 1706 7A-9MH Pressure Gauge Data

Some additional thoughts. Based on "bashing" we've seen in the past, including wells 2 miles away, one might think you would see substantial leakoff post-frac. The last frac in the most recent 8 wells in the Bullis-Coleman pattern was on 12/31/16 and production for the pattern didn't start until 1/25/16 (1/26/16 for this well). There doesn't seem to be much leakoff during the ~25 days the wells were shut in (or the reservoir pressure wasn't depleted much to start with). Thinking is that natural/hydraulic fractures are mostly "contained" within the pattern.

In the long term, pressure tends to decline hyperbolically as seen in the Borelli/Dodd (see Jack's charts below). As Jack notes, at ~75 days, the pressure in these wells is 1700 psi vs. 1000 psi in the 7A. So, possibly, the fracture network in the Bullis-Coleman is not extensive enough to keep up with the high withdrawal rate. That said, the Borelli-Dodd seems to have flattened around 750 psi while the Bullis-Coleman pressures/rates seem to be flattening around 1,000 psi/1,100 bopd. Perhaps we are close to "steady state" flow in this pattern and our decline rates will flatten giving us more reserves than initially thought (i.e. more aligned with production profile we see at EHU).



**From:** Mike E. Ellis
**Sent:** Monday, May 08, 2017 9:26 AM
**To:** Jack Albers <jalbers@AltaMesa.net>; Abbas Belyadi <ABelyadi@AltaMesa.net>; Kaitlyn Mathews <KMathews@AltaMesa.net>; Dale R. Hayes <dhayes@AltaMesa.net>; Jeff Janik <JJanik@AltaMesa.net>; Cathy Radvansky <cradvansky@AltaMesa.net>; Brenna Heinrich <bheinrich@AltaMesa.net>; Amy L. Cole <acole@AltaMesa.net>; Suyoun Won <swon@AltaMesa.net>; Hal H. Chappelle <hchappelle@AltaMesa.net>; Tim Turner <tturner@AltaMesa.net>
**Subject:** RE: Coleman 1706 7A-9MH Pressure Gauge Data

That is a fair point. So that logic is suggesting that the "fracture network", made up of natural and hydraulic fractures, is being depleted faster with the tighter spacing.
Thanks,
Mike

**From:** Jack Albers
**Sent:** Monday, May 08, 2017 8:26 AM
**To:** Mike E. Ellis <mellis@AltaMesa.net>; Abbas Belyadi <ABelyadi@AltaMesa.net>; Kaitlyn Mathews <KMathews@AltaMesa.net>; Dale R. Hayes <dhayes@AltaMesa.net>; Jeff Janik <JJanik@AltaMesa.net>; Cathy Radvansky <cradvansky@AltaMesa.net>; Brenna Heinrich <bheinrich@AltaMesa.net>; Amy L. Cole <acole@AltaMesa.net>; Suyoun Won <swon@AltaMesa.net>; Hal H. Chappelle <hchappelle@AltaMesa.net>; Tim Turner <tturner@AltaMesa.net>
**Subject:** RE: Coleman 1706 7A-9MH Pressure Gauge Data

The Borelli 4-8 and the Dodd were at about 1700 PSI FBHP at a similar producing time, while starting at about 3000 psi. The Coleman has producers close by to the East and west of it in the Middle and Lower intervals. The other wells in a similar situation in the pattern also appear to be similar in production characteristics. Perhaps the spacing is too close and this was something that could only be seen when the pilot was big enough to have several wells in the middle of the pattern that were surrounded by other producers?

Jack

**From:** Mike E. Ellis
**Sent:** Friday, May 5, 2017 4:22 PM
**To:** Abbas Belyadi <ABelyadi@AltaMesa.net>; Kaitlyn Mathews <KMathews@AltaMesa.net>; Dale R. Hayes <dhayes@AltaMesa.net>; Jeff Janik <JJanik@AltaMesa.net>; Cathy Radvansky <cradvansky@AltaMesa.net>; Brenna Heinrich <bheinrich@AltaMesa.net>; Amy L. Cole <acole@AltaMesa.net>; Suyoun Won <swon@AltaMesa.net>; Hal H. Chappelle <hchappelle@AltaMesa.net>; Tim Turner <tturner@AltaMesa.net>; Jack Albers <jalbers@AltaMesa.net>
**Subject:** FW: Coleman 1706 7A-9MH Pressure Gauge Data

Note the FBHP shaded in. Any comments?

**From:** Jared Noynaert
**Sent:** Friday, May 05, 2017 3:34 PM
**To:** Mike E. Ellis <mellis@AltaMesa.net>
**Cc:** Kevin J. Bourque <kbourque@AltaMesa.net>; Gene Cole <gcole@AltaMesa.net>
**Subject:** RE: Coleman 1706 7A-9MH Pressure Gauge Data

Gas is fixed. The dates with 0 water are just missing data.

Exhibit CP- 0696
6/21/2023
Albers



-Jared

**From:** Mike E. Ellis
**Sent:** Friday, May 05, 2017 3:09 PM
**To:** Jared Noynaert <jnoynaert@AltaMesa.net>
**Cc:** Kevin J. Bourque <kbourque@AltaMesa.net>; Gene Cole <gcole@AltaMesa.net>
**Subject:** FW: Coleman 1706 7A-9MH Pressure Gauge Data

Dang, That is interesting. Can you put that on semi-log with oil and water on the same scale.

**From:** Jared Noynaert
**Sent:** Friday, May 05, 2017 3:03 PM
**To:** Mike E. Ellis <mellis@AltaMesa.net>
**Subject:** FW: Coleman 1706 7A-9MH Pressure Gauge Data

Almost forgot to send the data from the Coleman 7A pressure gauge. The other gauges are still in the wells.

Last full reading, on 4/13, showed an average of 964 psia FBHP @ 7236' MD.

That's a little less than halfway through the curve and about 150' TVD above the lateral.

-Jared

**From:** Jared Noynaert
**Sent:** Thursday, April 20, 2017 12:34 PM
**To:** John Baldauff <jbaldauff@AltaMesa.net>; Michael Gaither <mgaither@AltaMesa.net>; Jerry Swearingen <jswearingen@AltaMesa.net>
**Subject:** RE: Coleman 1706 7A-9MH Pressure Gauge Data

John-

Chart as requested below & attached:

CONFIDENTIAL                                                                                                  AMR_SDTX00681722



-Jared

**From:** Curtis Kelsey
**Sent:** Thursday, April 20, 2017 11:12 AM
**To:** John Baldauff <jbaldauff@AltaMesa.net>; Jared Noynaert <jnoynaert@AltaMesa.net>; Michael Gaither <mgaither@AltaMesa.net>; Jerry Swearingen <jswearingen@AltaMesa.net>
**Cc:** Eric H. Ecklund <eecklund@AltaMesa.net>; Mike Hanegan <mhanegan@AltaMesa.net>; Tim Prince <tprince@AltaMesa.net>
**Subject:** Coleman 1706 7A-9MH Pressure Gauge Data

Please see attached data for the Coleman 1706 7A-9MH Pressure Gauge Data that was pulled from the GCM.

*Respectfully,*

Curtis Kelsey
Alta Mesa Services L.P.



Assistant Production Engineer
████████
ckelsey@altamesa.net

CONFIDENTIAL

AMR_SDTX00681723