# EX. K

REDACTED IN ITS ENTIRETY