# EX. L

REDACTED IN ITS ENTIRETY