# EX. M

REDACTED IN ITS ENTIRETY