UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>**PUBLIC VERSION OF DKT. 569** |

**DECLARATION OF ANDREW J. ENTWISTLE IN SUPPORT OF CLASS PLAINTIFFS' OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT BY (A) DEFENDANTS RIVERSTONE, COATS, AND WALKER (DKT. 518); (B) PROXY DEFENDANTS (DKT. 520); (C) DEFENDANTS AMR, CHAPPELLE, ELLIS, AND SMITH (DKT. 523); AND (D) AMR DIRECTOR DEFENDANTS (DKT. 526)**

I, Andrew J. Entwistle, declare as follows:

1. I am a Partner at the law firm Entwistle & Cappucci LLP, counsel for Class Plaintiffs and Court-Appointed Co-Class Counsel. I am a member of the State Bar of Texas and am admitted to practice before this Court.

2. I respectfully submit this declaration in support of Class Plaintiffs' contemporaneously filed separate oppositions to: (a) Defendants Riverstone Holdings LLC's, Stephen Coats', and Thomas Walker's Motion for Summary Judgment and Incorporated Memorandum of Law as to Plaintiffs' Section 20(a) Claim (Dkt. 518); (b) Proxy Defendants' Motion for Summary Judgment and Incorporated Memorandum of Law on Plaintiffs' Section 14(a) and 20(a) Claims (Dkt. 520); (c) Alta Mesa Resources, Inc., Chappelle, Ellis, and Smith's Motion for Summary Judgment and Incorporated Memorandum of Law on Plaintiffs' Section 10(b) and 20(a) Claims (Dkt. 523); and (d) AMR Directors' Motion for Summary Judgment and Incorporated Memorandum of Law

on Plaintiffs' Section 10(b) and 20(a) Claims (Dkt. 526).[1]

3. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

4. Attached hereto are true and correct copies of the following documents[2]:

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX 203 | ▮ |
| PX 204 | ▮ |
| PX 205 | ▮ |
| PX 206 | ▮ |
| PX 207 | ▮ |
| PX 208 | ▮ |
| PX 209 | ▮ |
| PX 210 | ▮ |
| PX 211 | ▮ |
| PX 212 | Excerpt of Deposition Transcript of John Baldauff dated Apr. 17, 2023 |
| PX 213 | Excerpt of Deposition Transcript of Kevin Bourque dated Mar. 3, 2023 |
| PX 214 | Excerpt of Deposition Transcript of John Campbell dated June 23, 2023 |

---

[1] To avoid burdening the Court with duplicative exhibits, Class Plaintiffs refer to and incorporate herein the exhibits PX 1 to PX 202 attached to the September 21, 2023 Declaration of Andrew J. Entwistle (Dkt. 444). This omnibus declaration is intended to supplement the September 21, 2023 Declaration and attaches additional exhibits starting at PX 203.

[2] Some exhibits hereto bear deposition stickers which were added after their production at the bates numbers indicated.

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX 215 | Excerpt of Deposition Transcript of Mark Castiglione dated July 7, 2023 |
| PX 216 | Excerpt of Deposition Transcript of Harlan Chappelle in the matter *Alta Mesa Holdings, LP, et al. v. Kingfisher Midstream, LLC, et al.* (Adv. No. 19-03609) dated Oct. 25, 2019 |
| PX 217 | Excerpt of Deposition Transcript of Donald Sinclair dated May 2, 2023 |
| PX 218 | Excerpt of Deposition Transcript of Harlan Chappelle dated Apr. 19, 2023 |
| PX 219 | Excerpt of Deposition Transcript of Stephen Coats dated July 13, 2023 |
| PX 220 | ███████████████████████████████████████ |
| PX 221 | ███████████████████████████████████████ |
| PX 222 | Excerpt of Deposition Transcript of Bo Dunne dated June 8, 2023 |
| PX 223 | Excerpt of Deposition Transcript of Michael Ellis in the matter of *Alta Mesa Holdings, LP, et al. v. Kingfisher Midstream, LLC, et al.* (Adv. No. 19-03609) dated Dec. 4, 2019 |
| PX 224 | Excerpt of Deposition Transcript of Michael Ellis dated Apr. 3, 2023 |
| PX 225 | Excerpt of Deposition Transcript of Michael Ellis in the matter of *Dunn v. Chappelle* (Adv. No. 21-03909) dated Mar. 31, 2023 |
| PX 226 | Excerpt of Deposition Transcript of Steven Feinstein dated Nov. 10, 2023 |
| PX 227 | Excerpt of Deposition Transcript of Edward Fetkovich dated Nov. 1, 2023 |
| PX 228 | Excerpt of Deposition Transcript of Frank Gagliardi dated Nov. 3, 2023 |
| PX 229 | Excerpt of Deposition Transcript of William Gutermuth dated May 9, 2023 |
| PX 230 | Excerpt of Deposition Transcript of Jim Hackett dated Apr. 27, 2023 |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX 231 | Excerpt of Deposition Transcript of Jeffrey Hostettler dated Apr. 18, 2023 |
| PX 232 | Excerpt of Deposition Transcript of Pierre Lapeyre dated June 13, 2023 |
| PX 233 | Excerpt of Deposition Transcript of David Leuschen dated Apr. 4, 2023 |
| PX 234 | Excerpt of Deposition Transcript of Randy Limbacher dated May 25, 2023 |
| PX 235 | Excerpt of Deposition Transcript of David McClure dated Feb. 9, 2023 |
| PX 236 | Excerpt of Deposition Transcript of Phillip Negron dated June 12, 2023 |
| PX 237 | Excerpt of Deposition Transcript of Miles Palke, 30(b)(6) designee of Ryder Scott, dated June 13, 2023 |
| PX 238 | Excerpt of Deposition Transcript of Tamara Sheils dated May 11, 2023 |
| PX 239 | Excerpt of Deposition Transcript of Ronald Smith dated Mar. 24, 2023 |
| PX 240 | Excerpt of Deposition Transcript of Jeffrey Tepper dated Apr. 11, 2023 |
| PX 241 | Excerpt of Deposition Transcript of Jeffrey P. Knupp, 30(b)(6) designee of TPH, dated June 14, 2023 |
| PX 242 | Excerpt of Deposition Transcript of Tim Turner dated Mar. 23, 2023 |
| PX 243 | Excerpt of Deposition Transcript of Thomas Walker dated June 28, 2023 |
| PX 244 | Excerpt of Deposition Transcript of Diana Walters dated Apr. 14, 2023 |
| PX 245 | [redacted] |
| PX 246 | Silver Run Acquisition Corporation Schedule 14A Preliminary Proxy Statement dated July 29, 2016, available at https://www.sec.gov/Archives/edgar/data/1658566/000104746916014553/a2229270zprem14a.htm. |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX 247 | Excerpt of Schlumberger, Alta Mesa East Hennessey Unit (EHU) Evaluation Project, dated Sept. 19, 2016 [AMR_SDTX01827132] |
| PX 248 | Internal Riverstone Investment Committee Memo regarding BCE and High Mesa dated Sept. 19, 2016 [RIVERSTONE_SDTX00012246] |
| PX 249 | Minutes from the Oct. 19, 2016 Meeting of the Board of Managers of Kingfisher Midstream, LLC [ARMEnergy_00040928] |
| PX 250 | Confidential draft SRII Form S-1 dated Nov. 23, 2016, available at https://www.sec.gov/Archives/edgar/data/1690769/000091205716000704/filename1.htm. |
| PX 251 | SRII Amendment No. 3 to Form S-1 dated Mar. 22, 2017, available at https://www.sec.gov/Archives/edgar/data/1690769/000104746917001873/a2231490zs-1a.htm. |
| PX 252 | SRII Prospectus (File No. 333-216409) dated Mar. 23, 2017, available at https://www.sec.gov/Archives/edgar/data/1690769/000104746917001986/a2231531z424b4.htm. |
| PX 253 | Email from Mark Papa congratulating Jim Hackett on the SRII IPO dated Mar. 27, 2017 [RIVERSTONE_SDTX00272270] |
| PX 254 | Email from Drew Karian to Olivia Wassenaar and others providing comments on presentation introducing AMR to SRII SWOT team dated Apr. 12, 2017 [RIVERSTONE_SDTX00000206] |
| PX 255 | Email chain with Riverstone-retained outside engineering consultant providing summary of AMR evaluation dated Apr. 12, 2017 [RIVERSTONE_SDTX00255190] |
| PX 256 | Email from Robert Tichio to Olivia Wassenaar discussing summary of Riverstone-retained outside engineering consultant dated Apr. 12, 2017 [RIVERSTONE_SDTX00286077] |
| PX 257 | Email conversation between Hal Chappelle and Tim Turner discussing well data to include in latest AMR analyst presentation dated Apr. 14, 2017 [AMR_SDTX00003655] |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX 258 | Email from Tim Turner to Derek Deas and others regarding inclusion of specific wells in latest AMR analyst presentation dated Apr. 14, 2017 [AMR_SDTX00021654] |
| PX 259 | Draft report by Empire Valuation Consultants titled "Conclusion of Values & Allocation: Riverstone Holdings LLC as of December 31, 2016" [RIVERSTONE_SDTX00156525] |
| PX 260 | Internal Alta Mesa email chain discussing fracture network in Bullis-Coleman pattern dated May 8, 2017 [AMR_SDTX00681721] |
| PX 261 | Email conversation between Mike Ellis and Hal Chappelle discussing frac stages dated May 17, 2017 [AMR_SDTX00118990] |
| PX 262 | Email from Jim Hackett to Pierre Lapeyre discussing Riverstone's due diligence dated May 23, 2017 [RIVERSTONE_SDTX00280408] |
| PX 263 | ███████████████████████████ |
| PX 264 | Email from Eric Ecklund to Kevin Bourque providing comments on latest well results dated May 28, 2017 [AMR_SDTX01337147] |
| PX 265 | Email from David Leuschen to Marcia O'Neill forwarding AMH/KFM Investment Committee Memo with attachment dated June 3, 2017 [RIVERSTONE_SDTX00538658-739] |
| PX 266 | Internal Riverstone email discussing KFM projections for upcoming PIPE presentation dated June 6, 2017 [RIVERSTONE_SDTX00179407] |
| PX 267 | Internal Riverstone email discussing AMH/KFM Investment Committee Memo dated June 9, 2017 [RIVERSTONE_SDTX00013166] |
| PX 268 | Email from Jim Hackett forwarding himself materials from Investment Committee dated June 9, 2017 [RIVERSTONE_SDTX00536404] |
| PX 269 | Email conversation between Jim Hackett and Drew Karian regarding sponsor shares dated June 10, 2017 [RIVERSTONE_SDTX00009356] |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX 270 | Email from Drew Karian to Jim Hackett and others summarizing Riverstone's meetings with AMR management dated June 12, 2017 [RIVERSTONE_SDTX00009362] |
| PX 271 | Email from Tim Turner to Jim Hackett and Hal Chappelle providing analysis on spacing tests and parent-child wells dated July 26, 2017 [AMR_SDTX00053085] |
| PX 272 | Email from Pierre Lapeyre to Jim Hackett and others providing comments on revised proposal letter to AMH dated Aug. 7, 2017 [RIVERSTONE_SDTX00009878] |
| PX 273 | Email conversation between Ronald Smith and Tamara Alsarraf regarding Q3 guidance projections dated Aug. 10, 2017 [AMR_SDTX00039703] |
| PX 274 | Email from Hal Chappelle to Tamara Alsarraf comparing reduced rig case model with current projections dated Aug. 12, 2017 [AMR_SDTX00860254] |
| PX 275 | Internal Alta Mesa email chain discussing various inputs to meet higher EBITDA projections dated Aug. 13, 2017 [AMR_SDTX01144946] |
| PX 276 | Email from Tom Walker to Jim Hackett regarding Riverstone meeting dated Aug. 13, 2017 [RIVERSTONE_SDTX00029423] |
| PX 277 | Email from Hal Chappelle to Stephen Trauber and others regarding modifications to 2018 EBITDA guidance dated Aug. 13, 2017 [AMR_SDTX00860179] |
| PX 278 | Internal Alta Mesa email chain with discussion on KFM midstream assets dated Aug. 14, 2017 [AMR_SDTX00976463] |
| PX 279 | Skype messages from Tamara Alsarraf to Dustin Bridges discussing Chappelle's request to prepare model with higher EBITDA numbers dated Aug. 14, 2017 [AMR_SDTX01395200] |
| PX 280 | Email from Pierre Lapeyre to Olivia Wassenaar and others providing comments on draft SRII press release with attachment dated Aug. 14, 2017 [RIVERSTONE_SDTX00144141-146] |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX 281 | Email from Chelsea Williamson Dodds to Jim Hackett and others attaching latest draft of SRII press release dated Aug. 15, 2017 [Tepper_SDTX0000074] |
| PX 282 | Email conversation between Michael McCabe and Hal Chappelle discussing reduced EBITDA guidance dated Aug. 15, 2017 [AMR_SDTX01143220] |
| PX 283 | Email chain among counsel exchanging revisions to HMI exit term sheet with attachment dated Aug. 16, 2017 [AMR_SDTX01656639] |
| PX 284 | Email from Citi to Riverstone discussing proposed revisions to SRII press release dated Aug. 16, 2017 [RIVERSTONE_SDTX00072235] |
| PX 285 | SRII Form 8-K with Exs. 99.1 and 99.2 dated Aug. 17, 2017 [PLAINTIFFS_AMR_00000347] |
| PX 286 | Bloomberg Transcript, Alta Mesa and Kingfisher Midstream and Run Acquisition Corporation II Merger Call, dated Aug. 17, 2017 [GAGLIARDI_AMR-00000347] |
| PX 287 | Internal Riverstone email discussing sponsor shares and earnout dated Aug. 17, 2017 [RIVERSTONE_SDTX00024264] |
| PX 288 | Exs. 99.1 and 99.2 to SRII Form 8-K dated Aug. 17, 2017 [CP-0407] |
| PX 289 | Email from Jim Hackett to William McMullen regarding chasing production forecasts dated Dec. 13, 2018 [RIVERSTONE_SDTX00544144] |
| PX 290 | Email conversation between Tim Turner and Tamara Alsarraf discussing KFM 2018 EBITDA projection dated Aug. 18, 2017 [AMR_SDTX00048280] |
| PX 291 | Email from Kevin Wang to Drew Karian regarding Background of the Proxy w/ attachment dated Aug. 24, 2017 [RIVERSTONE_SDTX00188974-985] |
| PX 292 | Internal Riverstone email discussing combined upstream and midstream assets dated Aug. 26, 2017 [RIVERSTONE_SDTX00010112] |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX 293 | Alta Mesa Resources, Inc., Sept. 2017 Investor Presentation [RIVERSTONE_SDTX00080952-1022] |
| PX 294 | Email from Mike Ellis to Hal Chappelle and others with edits to slides prepared by Schlumberger for SIS forum dated Sept. 12, 2017 [AMR_SDTX00970886] |
| PX 295 | Email from Kevin Wang to Ryan Staha regarding updated KFM model dated Sept. 13, 2017 [RIVERSTONE_SDTX00302291] |
| PX 296 | Email from Olivia Wassenaar to Jim Hackett forwarding correspondence from William Gutermuth regarding proxy preliminary draft dated Sept. 16, 2017 [RIVERSTONE_SDTX00229256] |
| PX 297 | Email from Bo Dunne to Drew Piatkowski regarding Riverstone diligence dated Oct. 4, 2017 [ARMEnergy_00109234] |
| PX 298 | Internal Alta Mesa email reflecting summary of well spacing results and EUR and production data dated Oct. 4, 2017 [AMR_SDTX00682011] |
| PX 299 | ██████████████████████ |
| PX 300 | Minutes from the Oct. 26, 2017 Special Meeting of the Board of Directors of Silver Run II Acquisition Corporation [RIVERSTONE_SDTX001235581] |
| PX 301 | Email from Mark Stoner to Michael Christopher discussing commentary from Hackett and Chappelle on Q3 2017 projections dated Nov. 13, 2017 [ARMEnergy_00014744] |
| PX 302 | Email from Hal Chappelle to Kevin Bourque and others regarding slide on well spacing tests and attachment dated Nov. 13, 2017 [AMR_SDTX00032748] |
| PX 303 | Email chain between Olivia Wassenaar, Jim Hackett, and others regarding draft Q3 operational update slides dated Nov. 14, 2017 [RIVERSTONE_SDTX00234245] |
| PX 304 | Email from Lance Weaver to Mary Diroll forwarding the final Q3 operational update slide deck with attachment dated Nov. 14, 2017 [AMR_SDTX00951934-947] |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| **PX 305** | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ |
| **PX 306** | Email conversation between Olivia Wassenaar and Jim Hackett discussing proposed responses to SEC comment letter dated Nov. 22, 2017 [RIVERSTONE_SDTX00236440] |
| **PX 307** | Email from Peter Amadeo to Tom Walker and Stephen Coats requesting signatures for the Proxy w/ attachments dated Nov. 22, 2017 [RIVERSTONE_SDTX00006574-576] |
| **PX 308** | Alta Mesa Resources, Inc., Dec. 2017 *STACK-Focused* Investor Presentation [CGMI_00000225-306] |
| **PX 309** | Email from Hal Chappelle to BCE and HPS providing summary of discussions on investor feedback dated Dec. 3, 2017 [AMR_SDTX00047640] |
| **PX 310** | Internal ARM Energy email chain discussing Riverstone's motive to get deal done dated Dec. 17, 2017 [ARMEnergy_00045294] |
| **PX 311** | Email conversation between Tim Turner and Hal Chappelle discussing type curve forecasts dated Dec. 29, 2017 [AMR_SDTX00051347] |
| **PX 312** | Internal Riverstone email discussing AMH/KFM leverage and redemption analysis dated Jan. 10, 2018 [RIVERSTONE_SDTX00026860] |
| **PX 313** | Internal Riverstone email reflecting receipt of individual copies of the Proxy for each SRII independent director dated Feb. 1, 2018 [RIVERSTONE_SDTX00025386] |
| **PX 314** | Email from David McClure to Kevin Wang and Drew Karian requesting information related to KFM CAPEX budget forecasts dated Feb. 5, 2018 [RIVERSTONE_SDTX00014072] |
| **PX 315** | Internal Alta Mesa email chain discussing adjustments to PDP forecast to meet 38 MBOEPD/day average dated Feb. 8, 2018 [AMR_SDTX00690026] |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX 316 | Email from Tim Turner to Kaitlyn Mathews and Tamara Alsarraf regarding updated PDP forecast dated Feb. 8, 2018 [AMR_SDTX00090612] |
| PX 317 | Internal Riverstone email with correspondence to Limited Partners of Riverstone Fund VI regarding SRII's acquisition of AMH and KFM dated Feb. 9, 2018 [Walker_SDTX0001718] |
| PX 318 | Internal Riverstone email chain discussing inside information from AMR dated Feb. 26, 2018 [RIVERSTONE_SDTX00271102] |
| PX 319 | Press Release titled "Alta Mesa Resources Announces Year-End 2017 Proved Reserves and Operational Update," dated Feb. 27, 2018 [AMR_SDTX00011834] |
| PX 320 | Alta Mesa Resources, Inc., "Reserves Discussion and Contrast of Production Data and Public Sales Data," dated Mar. 2018 [Walters_SDTX0002850-895] |
| PX 321 | Text messages between Hal Chappelle and Mike McCabe regarding KFM results dated Mar. 19, 2018 [Chappelle_SDTX0007506-510] |
| PX 322 | Email from Sims Bruns to Tim Turner regarding production data dated Mar. 21, 2018 [AMR_SDTX00054102] |
| PX 323 | Email from Kaitlyn Mathews to Kevin Bourque regarding average BOEPD numbers dated Mar. 22, 2018 [AMR_SDTX00081015] |
| PX 324 | SMS Chat from Hal Chappelle regarding 38 MBOE/day projection dated Mar. 24, 2018 [Chappelle_SDTX0007161] |
| PX 325 | Email from David Leuschen to Jim Hackett regarding missed KFM projections dated Mar. 26, 2018 [RIVERSTONE_SDTX00285211] |
| PX 326 | Email from Drew Karian to Bartow Jones forwarding email and attachments regarding missed KFM projections dated Mar. 27, 2018 [RIVERSTONE_SDTX00271836] |
| PX 327 | Email from Michael McCabe to Jim Hackett and others regarding KFM script dated Mar. 28, 2018 [AMR_SDTX00998120] |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX 328 | Email conversation between Tim Turner and Mike Ellis discussing data from development patterns dated Apr. 16, 2018 [AMR_SDTX00054285] |
| PX 329 | Internal Riverstone email chain containing high-level summaries of AMH and KFM and attachment dated Apr. 21, 2018 [RIVERSTONE_SDTX00255695-698] |
| PX 330 | ████████████████████████ |
| PX 331 | Internal Alta Mesa email chain discussing KFM projections and messaging for Board dated May 20, 2018 [AMR_SDTX00903969] |
| PX 332 | SOX Certifications of Hal Chappelle as President and CEO of Alta Mesa Resources, Inc., dated May 21, 2018 (https://www.sec.gov/Archives/edgar/data/1690769/000156276218000175/amr-20180331xex32_1.htm), Aug. 15, 2018 (https://www.sec.gov/Archives/edgar/data/1690769/000169076918000014/exhibit321.htm), and Nov. 14, 2018 (https://www.sec.gov/Archives/edgar/data/1690769/000169076918000024/exhibit321-093018.htm). |
| PX 333 | Schlumberger, Geophysics Full Field G&G Workshop by Senior Reservoir Geophysicist Ivan Salazar dated May 24, 2018 [AMR_SDTX01826834-924] |
| PX 334 | Text message from Hal Chappelle to Tim Turner regarding need to increase/maximize production dated May 27, 2018 [Chappelle_SDTX0007300] |
| PX 335 | Internal Alta Mesa email chain discussing notes from investor calls and previously issued public statements dated July 20, 2018 [AMR_SDTX00019105] |
| PX 336 | Internal Alta Mesa email discussing early testing and implementation of using ESPs dated July 20, 2018 [AMR_SDTX00676282] |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| **PX 337** | ███████████████████████████ |
| **PX 338** | Email chain between Tim Turner to Mike Ellis discussing poor well results in lower Osage dated Dec. 26, 2017 [AMR_SDTX00061566] |
| **PX 339** | Email chain between Jim Hackett and Pierre Lapeyre regarding forwarded AMR slide decks dated Aug. 8, 2018 [RIVERSTONE_SDTX00276645] |
| **PX 340** | Minutes from the Aug. 10, 2018 Telephonic Meeting of the Board of Directors of Alta Mesa Resources, Inc. [AMRAP-1373993] |
| **PX 341** | Email from Jim Hackett to David Leuschen, Pierre Lapeyre and Robert Tichio attaching AMR's goodwill impairment analysis dated Aug. 21, 2018 [RIVERSTONE_SDTX00032647] |
| **PX 342** | Email from Jim Hackett to Robert Tichio, David Leuschen and Pierre Lapeyre providing summary of meeting with Meridian, BCE and HPS dated Oct. 19, 2018 [RIVERSTONE_SDTX00254250] |
| **PX 343** | Internal Alta Mesa email chain discussing revised upside management case dated Nov. 14, 2018 [AMR_SDTX01095571] |
| **PX 344** | Email from Mike Ellis to Hal Chappelle describing his involvement with ESPs and AMR's drilling strategy dated Dec. 13, 2018 [AMR_SDTX01122038] |
| **PX 345** | ███████████████████████████ |
| **PX 346** | Email from Jim Hackett forwarding email and presentation from Hal Chappelle to Riverstone technical team dated Dec. 16, 2018 [AMR_SDTX00003610] |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX 347 | Email from Stephen Coats to Pierre Lapeyre and David Leuschen providing comments on draft press release announcing AMR leadership transition and attachment dated Dec. 17, 2018 [RIVERSTONE_SDTX00024967-968] |
| PX 348 | Email from Stephen Coats to Pierre Lapeyre forwarding thread discussing changes to press release dated Dec. 19, 2018 [RIVERSTONE_SDTX00024976] |
| PX 349 | Email conversation between Stephen Coats and Pierre Lapeyre discussing comments from Hackett regarding press release announcing AMR leadership transition dated Dec. 20, 2018 [RIVERSTONE_SDTX00024978] |
| PX 350 | Email from Stephen Coats to Scott Grandt regarding language in press release announcing AMR leadership transition dated Dec. 20, 2018 [RIVERSTONE_SDTX00024994] |
| PX 351 | Internal Riverstone email discussing Riverstone influence on AMR leadership change dated Dec. 20, 2018 [RIVERSTONE_SDTX00127202] |
| PX 352 | Email from Stephen Coats to Pierre Lapeyre and David Leuschen regarding Hackett taking Riverstone's request for reimbursement for Meridian engagement to AMR Board dated Dec. 20, 2018 [RIVERSTONE_SDTX00127246] |
| PX 353 | Alta Mesa Resources, Inc. Form 8-K dated Dec. 20, 2018, available at https://www.sec.gov/Archives/edgar/data/1690769/000119312518359207/d611945d8k.htm. |
| PX 354 | Email from Randy Limbacher to himself attaching notes on budget approval for Board meeting dated Jan. 31, 2019 [AMR_SDTX00015065] |
| PX 355 | ███████████████████████████ |
| PX 356 | Alta Mesa Resources, Inc. Form 10-K for fiscal year ending Dec. 31, 2018, dated Aug. 26, 2019 [CP-0757] |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX 357 | Alta Mesa Resources, Inc. Form 10-K/A Amendment No. 1 for fiscal year ending Dec. 31, 2019, dated Apr. 14, 2020, available at https://www.sec.gov/Archives/edgar/data/1690769/000169076920000034/amr-2019x10xka.htm. |
| PX 358 | [redacted] |
| PX 359 | [redacted] |
| PX 360 | [redacted] |
| PX 361 | Email from Gene Cole to John Baldauff regarding meeting on wellbore trajectory dated July 7, 2018 [AMR_SDTX00632255] |
| PX 362 | Internal Riverstone email creating SRII de-SPAC committee dated Mar. 27, 2017 [RIVERSTONE_SDTX00028823] |
| PX 363 | Email from Kevin Wang to Pierre Lapeyre and others attaching Project Amberjack and other materials dated May 12, 2017 [RIVERSTONE_SDTX00042526-686] |
| PX 364 | Letter from Jim Hackett to Hal Chappelle regarding Riverstone's updated proposal to AMH dated Aug. 7, 2017 [RIVERSTONE_SDTX00003053] |
| PX 365 | Email from Kevin Wang to Citi forwarding correspondence from Hackett regarding KFM Phase III volumes dated Aug. 13, 2017 [RIVERSTONE_SDTX00026387] |
| PX 366 | Email from Jim Hackett to SRII independent directors regarding final offer terms and attachment dated Aug. 13, 2017 [Gutermuth_SDTX0000203-207] |
| PX 367 | Email from Jim Hackett to James Jackson and others regarding KFM projections in draft SRII press release dated Aug. 14, 2017 [RIVERSTONE_SDTX00187245] |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX 368 | Email from Jim Hackett to David Leuschen regarding EUR statement in draft SRII press release dated Aug. 14, 2017 [RIVERSTONE_SDTX00029439] |
| PX 369 | Email from Jim Hackett to Diana Walters and others regarding board minutes and status of SRII purchase announcement dated Aug. 15, 2017 [RIVERSTONE_SDTX00025137] |
| PX 370 | Email from Maynard Holt to Pierre Lapeyre congratulating him on the acquisition dated Aug. 17, 2017 [RIVERSTONE_SDTX00381311] |
| PX 371 | Email from David McClure forwarding December roadshow presentation to Don Sinclair dated Feb. 13, 2018 [AMR_SDTX000222748] |
| PX 372 | Excerpted Centennial Resource Development, Inc. Schedule 14A Definitive Proxy Statement dated Mar. 21, 2018 [CP-0301] |
| PX 373 | Email from Hal Chappelle to David McClure and others regarding KFM budget dated Mar. 25, 2018 [AMR_SDTX01000242] |
| PX 374 | Email from Jim Hackett to the AMR Board regarding draft 10-Ks with attachment dated Mar. 28, 2018 [RIVERSTONE_SDTX00285370-586] |
| PX 375 | Bloomberg Transcript, Q4 2017 Earnings Call, dated Mar. 29, 2018 [PLAINTIFFS_AMR_00001006] |
| PX 376 | Email from Jim Hackett to Jeff Tepper and Don Sinclair discussing role of Nominating and Governance Committee in selecting new Board member dated Apr. 8, 2018 [Tepper_SDTX0002037] |
| PX 377 | Email from Jeff Hostettler to Don Dimitrievich discussing issues with BDO in connection with financial filings dated May 14, 2018 [HPS_00084579] |
| PX 378 | ISS Proxy Analysis & Benchmark Policy Voting Recommendations with proposals to elect Sylvia J. Kerrigan and Donald R. Sinclair as directors of AMR dated June 4, 2018 [Walters_SDTX0010845] |
| PX 379 | Engagement Letter from KPMG to Alta Mesa Holdings, LP, addressed to Diana Walters as Chairman of the Audit Committee dated July 6, 2018 [Walters_SDTX0000897] |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX 380 | Email from Scott Grandt to the AMR Board providing update on behalf of Chappelle regarding recent equity research and IR efforts dated July 20, 2018 [Tepper_SDTX0002690] |
| PX 381 | Email from Scott Grandt to Pierre Lapeyre attaching AMR corporate model per Riverstone's request dated Aug. 22, 2018 [AMR_SDTX01012969] |
| PX 382 | Email from Scott Grandt to Hal Chappelle, Jim Hackett and others regarding draft investor feedback summary prepared for the AMR Board dated Nov. 15, 2018 [AMR_SDTX00571483] |
| PX 383 | Text message from Hal Chappelle to Mike Ellis discussing Riverstone's failed due diligence dated Dec. 23, 2018 [Chappelle_SDTX0007213] |
| PX 384 | Email from John Regan to Audit Committee members discussing upcoming 9A/SOX assessments and inclusion of material weakness language dated Apr. 10, 2019 [Walters_SDTX0005863] |
| PX 385 | [REDACTED] |
| PX 386 | Text message produced by Jeffrey Tepper discussing installing Hackett as interim CEO [Tepper_SDTX0004556] |
| PX 387 | Email from Jim Hackett to Debbi Yew and others regarding SRII certificate of designation dated July 24, 2017 [RIVERSTONE_SDTX00222847] |
| PX 388 | [REDACTED] |
| PX 389 | Internal Riverstone email discussing earnout negotiations dated Aug. 12, 2017 [RIVERSTONE_SDTX00224611] |
| PX 390 | Internal Alta Mesa email chain discussing metrics for upcoming Barclays presentation dated Sept. 3, 2018 [AMR_SDTX00588749] |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| PX 391 | ■■■ |
| PX 392 | SRII Form 8-K dated Aug. 16, 2017 [AMR_SDTX01781036] |
| PX 393 | Excerpt of Deposition Transcript of Gene Cole dated Mar. 1, 2023 |
| PX 394 | Internal Alta Mesa email discussing inputs in current production model dated Feb. 11, 2018 [AMR_SDTX00877110] |
| PX 395 | ■■■ |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 16, 2024, in Austin, Texas.

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle

## CERTIFICATE OF SERVICE

I certify that the foregoing has been served under seal via the Court's ECF system, and a copy has been served via email to counsel for all parties on February 16, 2024.

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle