# PX 283

| **From:** | Jean, Jason <jason.jean@bracewell.com> on behalf of |
| | Jean, Jason <jason.jean@bracewell.com> |
| **Sent:** | Wednesday, August 16, 2017 1:19 AM |
| **To:** | Nelson, Bill <Bill.Nelson@haynesboone.com>; Jones, Cyril V. |
| | <cyril.jones@kirkland.com>; Odette, Vicki <Vicki.Odette@haynesboone.com>; |
| | Trauger, Kristina <Kristina.Trauger@haynesboone.com>; Shiman, Don |
| | <Don.Shiman@haynesboone.com>; Lichtman, Sam |
| | <Sam.Lichtman@haynesboone.com>; Menke, John <John.Menke@haynesboone.com>; |
| | McGinley, Liz <elizabeth.mcginley@bracewell.com>; Ouyang, Vivian |
| | <vivian.ouyang@bracewell.com>; Keenan, Charlotte |
| | <charlotte.keenan@bracewell.com>; Berg, Jared <jared.berg@bracewell.com>; |
| | hchappelle@altamesa.net; mmccabe@altamesa.net |
| **Cc:** | Benitez, William Joseph <wbenitez@kirkland.com>; Dundon, Mark |
| | <mark.dundon@kirkland.com>; Wallin, Jesse <jesse.wallin@kirkland.com>; Poland, |
| | Jeannie B. <jeannie.poland@kirkland.com>; Rafte, Alan <alan.rafte@bracewell.com>; |
| | Holmes, Mark <mark.holmes@bracewell.com>; Rice, Nick |
| | <Nick.Rice@haynesboone.com> |
| **Subject:** | RE: HMI Exit Term Sheet |
| **Attach:** | DM-#5523470-v12-HMI_Exit_Term_Sheet.DOCX; DM-#5523470-vpdf- |
| | HMI_Exit_Term_Sheet.PDF; RE_ HMI Exit Term Sheet.msg |

Please find attached the further revised exit term sheet. HPS is in agreement on the attachments circulated by K&E earlier this evening (attached here for reference).

Thanks,
Jason

**From:** Nelson, Bill [mailto:Bill.Nelson@haynesboone.com]
**Sent:** Tuesday, August 15, 2017 1:09 PM
**To:** Jean, Jason <jason.jean@bracewell.com>; Jones, Cyril V. <cyril.jones@kirkland.com>; Odette, Vicki <Vicki.Odette@haynesboone.com>; Trauger, Kristina <Kristina.Trauger@haynesboone.com>; Shiman, Don <Don.Shiman@haynesboone.com>; Lichtman, Sam <Sam.Lichtman@haynesboone.com>; Menke, John <John.Menke@haynesboone.com>; McGinley, Liz <elizabeth.mcginley@bracewell.com>; Ouyang, Vivian <vivian.ouyang@bracewell.com>; Keenan, Charlotte <charlotte.keenan@bracewell.com>; Berg, Jared <jared.berg@bracewell.com>; hchappelle@altamesa.net; mmccabe@altamesa.net
**Cc:** Benitez, William Joseph <wbenitez@kirkland.com>; Dundon, Mark <mark.dundon@kirkland.com>; Wallin, Jesse <jesse.wallin@kirkland.com>; Poland, Jeannie B. <jeannie.poland@kirkland.com>; Rafte, Alan <alan.rafte@bracewell.com>; Holmes, Mark <mark.holmes@bracewell.com>; Rice, Nick <Nick.Rice@haynesboone.com>
**Subject:** RE: HMI Exit Term Sheet

Attached please find a clean and marked copy of the exit term sheet. The marked copy is a comparison versus the Bracewell draft sent yesterday afternoon.

Additionally, could someone at Kirkland please let us know when we should expect to see the example calculations that are intended to be attached as exhibits to the term sheet.

haynes*boone*
**Bill Nelson**
Partner
bill.nelson@haynesboone.com

**Exhibit**
**CP- 0153**
3/7/2023
Dimitrievich

**Haynes and Boone, LLP**
1221 McKinney Street
Suite 2100
Houston, TX 77010

(t) 713.547.2084
(f) 713.236.5557

vCard | Bio | Website

**From:** Jean, Jason [mailto:jason.jean@bracewell.com]
**Sent:** Monday, August 14, 2017 1:23 PM
**To:** Jones, Cyril V.; Odette, Vicki; Nelson, Bill; Trauger, Kristina; Shiman, Don; Lichtman, Sam; Menke, John; McGinley,
Liz; Ouyang, Vivian; Keenan, Charlotte; Berg, Jared; hchappelle@altamesa.net; mmccabe@altamesa.net
**Cc:** Benitez, William Joseph; Dundon, Mark; Wallin, Jesse; Poland, Jeannie B.; Rafte, Alan; Holmes, Mark
**Subject:** RE: HMI Exit Term Sheet

Please find attached the further revised term sheet. I have also attached a marked copy to the K&E draft circulated by
the email below.

Thanks,
Jason

**From:** Jones, Cyril V. [mailto:cyril.jones@kirkland.com]
**Sent:** Sunday, August 13, 2017 8:03 PM
**To:** Odette, Vicki <Vicki.Odette@haynesboone.com>; Jean, Jason <jason.jean@bracewell.com>; Nelson, Bill
<Bill.Nelson@haynesboone.com>; Trauger, Kristina <Kristina.Trauger@haynesboone.com>; Shiman, Don
<Don.Shiman@haynesboone.com>; Lichtman, Sam <Sam.Lichtman@haynesboone.com>; Menke, John
<John.Menke@haynesboone.com>; McGinley, Liz <elizabeth.mcginley@bracewell.com>; Ouyang, Vivian
<vivian.ouyang@bracewell.com>; Keenan, Charlotte <charlotte.keenan@bracewell.com>; Berg, Jared
<jared.berg@bracewell.com>; hchappelle@altamesa.net; mmccabe@altamesa.net
**Cc:** Benitez, William Joseph <wbenitez@kirkland.com>; Dundon, Mark <mark.dundon@kirkland.com>; Wallin, Jesse
<jesse.wallin@kirkland.com>; Poland, Jeannie B. <jeannie.poland@kirkland.com>
**Subject:** RE: HMI Exit Term Sheet

Attached please find a revised draft of the Exit Term Sheet marked against H&B's draft from earlier this afternoon. This
draft is being circulated to simultaneously to BCE and remains subject to its ongoing review and comment in all
respects. We understand that BCE has also circulated a draft of the exhibits contemplated in this term sheet to the
business teams.

Best,

Cy

**Cy Jones**

-----------------------------------------------------------
**KIRKLAND & ELLIS LLP**
600 Travis Street, Suite 3300, Houston, TX 77002
**T** +1 713 835 3743█████████████
**F** +1 713 835 3601█████████████
-----------------------------------------------------------
cyril.jones@kirkland.com

**From:** Odette, Vicki [mailto:Vicki.Odette@haynesboone.com]
**Sent:** Sunday, August 13, 2017 2:44 PM
**To:** 'Jean, Jason' <jason.jean@bracewell.com>; Jones, Cyril V. <cyril.jones@kirkland.com>; Nelson, Bill
<Bill.Nelson@haynesboone.com>; Trauger, Kristina <Kristina.Trauger@haynesboone.com>; Shiman, Don

AMR_SDTX01656640

<Don.Shiman@haynesboone.com>; Lichtman, Sam <Sam.Lichtman@haynesboone.com>; Menke, John <John.Menke@haynesboone.com>
**Cc:** Benitez, William Joseph <wbenitez@kirkland.com>; Dundon, Mark <mark.dundon@kirkland.com>; Wallin, Jesse <jesse.wallin@kirkland.com>; Poland, Jeannie B. <jeannie.poland@kirkland.com>; McGinley, Liz <elizabeth.mcginley@bracewell.com>; Ouyang, Vivian <vivian.ouyang@bracewell.com>; Keenan, Charlotte <charlotte.keenan@bracewell.com>; Berg, Jared <jared.berg@bracewell.com>; hchappelle@altamesa.net; mmccabe@altamesa.net
**Subject:** RE: HMI Exit Term Sheet

Attached please find a revised draft of the term sheet. There are a number of footnotes for the business teams to discuss.

Regards,

Vicki

**From:** Jean, Jason [mailto:jason.jean@bracewell.com]
**Sent:** Saturday, August 12, 2017 4:10 PM
**To:** Jones, Cyril V.; Odette, Vicki; Nelson, Bill; Trauger, Kristina; Shiman, Don; Lichtman, Sam; Menke, John
**Cc:** Benitez, William Joseph; Dundon, Mark; Wallin, Jesse; Poland, Jeannie B.; McGinley, Liz; Ouyang, Vivian; Keenan, Charlotte; Berg, Jared
**Subject:** RE: HMI Exit Term Sheet

Please find attached the revised term sheet marked to the K&E draft below.

Thanks,
Jason

**JASON M. JEAN**
Partner
jason.jean@bracewell.com
T: +1.713.221.1328 | F: +1.800.404.3970

**BRACEWELL LLP**
711 Louisiana Street Suite 2300 | Houston, TX | 77002-2770
bracewell.com | profile | download v-card

**CONFIDENTIALITY STATEMENT**
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Jones, Cyril V. [mailto:cyril.jones@kirkland.com]
**Sent:** Tuesday, August 1, 2017 10:15 PM
**To:** Odette, Vicki <Vicki.Odette@haynesboone.com>; Nelson, Bill <Bill.Nelson@haynesboone.com>; Trauger, Kristina <Kristina.Trauger@haynesboone.com>; Shiman, Don <Don.Shiman@haynesboone.com>; Lichtman, Sam <Sam.Lichtman@haynesboone.com>; Menke, John <John.Menke@haynesboone.com>; Jean, Jason <jason.jean@bracewell.com>
**Cc:** Benitez, William Joseph <wbenitez@kirkland.com>; Dundon, Mark <mark.dundon@kirkland.com>; Wallin, Jesse <jesse.wallin@kirkland.com>; Poland, Jeannie B. <jeannie.poland@kirkland.com>
**Subject:** RE: HMI Exit Term Sheet

AMR_SDTX01656641

Attached please find a revised draft of the HMI exit term sheet marked against the draft circulated by H&B below. This draft generally reflects a series of mechanical clarifications and additional detail on the crystallization process at both the HMI and HMH levels, but has not been reviewed by BCE and remains subject to their ongoing review.

We are working with BCE to prepare a series of simple examples to be attached in the contemplated exhibits and will circulate those for review by the commercial teams when ready.

Please let us know of any questions or if you would like to discuss.

Thanks,

Cy

**Cy Jones**
-------------------------------------------------------------
**KIRKLAND & ELLIS LLP**
600 Travis Street, Suite 3300, Houston, TX 77002
**T** +1 713 835 3743
**F** +1 713 835 3601
-------------------------------------------------------------
cyril.jones@kirkland.com

**From:** Menke, John [mailto:John.Menke@haynesboone.com]
**Sent:** Sunday, July 30, 2017 9:34 AM
**To:** Jones, Cyril V. <cyril.jones@kirkland.com>; Benitez, William Joseph <wbenitez@kirkland.com>; Jean, Jason (jason.jean@bracewell.com) <jason.jean@bracewell.com>
**Cc:** Odette, Vicki <Vicki.Odette@haynesboone.com>; Nelson, Bill <Bill.Nelson@haynesboone.com>; Menke, John <John.Menke@haynesboone.com>; Trauger, Kristina <Kristina.Trauger@haynesboone.com>; Shiman, Don <Don.Shiman@haynesboone.com>; Lichtman, Sam <Sam.Lichtman@haynesboone.com>
**Subject:** HMI Exit Term Sheet.DOCX

Attached please find our comments to the Exit Matrix we received from K&E.

We reserve further comment on this draft.

haynes*boone*
**John W. Menke**
Counsel
john.menke@haynesboone.com

**Haynes and Boone, LLP**
1221 McKinney Street
Suite 2100
Houston, TX 77010

(t) 713.547.2584
(f) 713.236.5429

vCard | Bio | Website

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only

for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

CONFIDENTIAL
AMR_SDTX01656643

*Bracewell Draft 8-15-17*

## HIGH MESA INC. - EQUITY EXIT PLAN TERM SHEET

### AUGUST [15], 2017[1]

| | |
|---|---|
| **Company:** | High Mesa Inc. (the "**Company**") and the other parties thereto are currently subject to the terms of that certain Fourth Amended and Restated Stockholders Agreement of the Company (the "**Stockholders Agreement**"), dated as of the date hereof (the "**Effective Date**"). Capitalized terms used, but not otherwise defined in this term sheet, including in the exhibits hereto, have the meanings given to such terms in the Stockholders Agreement. |
| **Company Capitalization:** | The Equity Securities of the Company are owned as follows as of the Effective Date: (i) the Highbridge Holders own all of the issued and outstanding Series B Preferred Stock and Series C Preferred Stock, (ii) the Bayou City Holders own all of the issued and outstanding Series D Preferred Stock and Series E Preferred Stock and (iii) the Management Holders (collectively with the Highbridge Holders and the Bayou City Holders, the "**Holders**") own all of the issued and outstanding Common Stock. Upon the consummation of the transactions contemplated by the SRII Agreements (the "**SRII Closing**"), the Board, by Unanimous Consent, shall declare such consummation a Liquidity Event for all purposes under the Stockholders Agreement (the "**SRII Liquidity Event**") and enter into the Fifth Amended and Restated Stockholders Agreement (the "**Closing Stockholders Agreement**"). Pursuant to the SRII Liquidity Event, all outstanding Shares of Preferred Stock shall be converted to Shares of Common Stock in accordance with the Stockholders Agreement and the crystallization described on Exhibit A (the share of Common Stock held by a given Holder, its "**Crystallization Share**"). Thereafter, each Holder will be entitled (pursuant to and in accordance with an Exit Transaction, as defined below) to its Crystallization Share of each class of assets held by the Company: |

(i) directly (*i.e.*, equity interests in High Mesa Holdings, LP ("**HMH**") and High Mesa Services, LLC ("**HMS**")) and

(ii) indirectly through HMH (with the classes being):

(a) cash and securities received from SRII and the Partnership (as defined in Exhibit A) including SRII Class C Common Stock (as defined in Exhibit A) and Common Units (as defined in Exhibit A), whether initially received by HMH pursuant to the SRII Agreement (AMH) or pursuant to the Contribution Agreement (KFM) as a result of AMH LP's (as defined in Exhibit A) 10% interest in ARM-M I, LLC (collectively, the "**SPAC Consideration (AMH)**"),

(b) rights to future payments under the Tax Receivable Agreement (as defined in the SRII Agreement (AMH)),

(c) rights to Earn-Out Consideration (as defined in the SRII Agreement (AMH)) (the "**Earn-Out Consideration (AMH)**"), and

---

[1]     Note to Draft: This term sheet to be attached to and made part of the Stockholders Agreement at signing of the SRII transaction, including a covenant to be included in the Stockholders Agreement for the Holders to use reasonable best efforts to incorporate these terms in the appropriate agreements after the signing of the SRII Transaction and prior to the SRII Closing.

#5523470.12
KE 48031835
16467314_7

CONFIDENTIAL

AMR_SDTX01656644

(d) any Non-STACK Assets (as defined below) of HMH; and

(iii) indirectly through HMS (with the classes being):

(a) cash and securities received from SRII and the Partnership including SRII Class C Common Stock and Common Units (including the Reserved Units (as defined in the SRII Agreement (KFM))) (collectively, the "**SPAC Consideration (KFM)**"),

(b) rights to Earn-Out Consideration (as defined in the SRII Agreement (KFM)) (the "**Earn-Out Consideration (KFM)**"), and

(c) indirect interest in Northwest Gas Processing, LLC (the "**Gas Processing Asset**").

"**Non-STACK Assets**" means, collectively, the assets of HMH and HMS (other than the SPAC Consideration (AMH), the Tax Receivable Agreement, the Earn-Out Consideration (AMH), the Earn-Out Consideration (KFM), the SPAC Consideration (KFM)) and the assets of the Company other than the HMH Common Units and the HMS Common Units (each as defined below).

|                       |   |
|-----------------------|---|
| **HMH Capitalization** | Upon the SRII Closing, the Board, by Unanimous Consent, shall cause the general partner of HMH to amend and restate the HMH LP Agreement (as defined in <u>Exhibit A</u>) (the "**A&R HMH LP Agreement**") to provide for only four classes of common units, "**Class A Common Units**", "**Class B Common Units**", "**Class C Common Units**" and "**Class D Common Units**" (collectively, the "**HMH Common Units**"). At the SRII Closing, an equal number of each class of HMH Common Units shall be issued to the Company and the other existing direct owners of Equity Securities in HMH based upon the share of such HMH Common Units each such direct owner is entitled to receive pursuant to the HMH Waterfall (as defined in <u>Exhibit A</u>). The HMH Common Units shall carry no preferences as between classes thereof; *provided, however*, that (i) any distributions on account of the SPAC Consideration (AMH) shall be paid within five Business Days of receipt by HMH pro rata to the holders of the Class A Common Units; (ii) any distributions on account of the Tax Receivable Agreement shall be paid within five Business Days of receipt by HMH pro rata to the holders of the Class B Common Units; (iii) any Earn-Out Consideration (AMH) shall be distributed within five Business Days of receipt by HMH pro rata to the holders of the Class C Common Units; and (iv) any distributions on account of the Non-STACK Assets of HMH shall be paid pro rata to the holders of the Class D Common Units in accordance with the "Distributions" and "Illiquid Asset Sale Right" sections below. For the avoidance of doubt, unless and until an Exit Transaction has occurred, (a) the HMH Common Units shall all be held by the Company and the other existing direct owners of Equity Securities in HMH and (b) following an Exit Transaction, the HMH Common Units shall be held by the Company and the Exiting Holder(s) or, if all Holders are Exiting Holders, only the Exiting Holders. |
| **HMS Capitalization:** | Upon the SRII Closing, the Board, by Unanimous Consent, shall cause HMS to amend and restate the HMS LLC Agreement (as defined in <u>Exhibit A</u>) ("**A&R HMS LLC Agreement**") to provide for only three classes of limited liability company membership interest, "**Class X Units**", "**Class Y Units**" and "**Class Z Units**" (collectively, the "**HMS Common Units**"). At the SRII Closing, an equal number of each class of HMS Common Units shall be issued to the Company. The HMS Common Units shall carry no preferences as between classes thereof; |

2

*provided, however*, subject to the "Distribution" section below, that (i) any distributions on account of the Earn-Out Consideration (KFM) shall be paid within five Business Days of receipt by HMS pro rata to the holders of the Class X Units, (ii) any distributions on account of the SPAC Consideration (KFM) shall be paid within five Business Days of receipt by HMS pro rata to the holders of the Class Y Units; and (iii) any distributions on account of the Gas Processing Asset shall be paid within five Business Days of receipt by HMS pro rata to the holders of the Class Z Units in accordance with the "Illiquid Asset Sale Right" section below. For the avoidance of doubt, unless and until an Exit Transaction has occurred, (a) the HMS Common Units shall all be held by the Company and (b) following an Exit Transaction, the HMS Common Units shall be held by the Company and the Exiting Holder(s) or, if all Holders are Exiting Holders, only the Exiting Holders.

**Mezzanine Debt:** Prior to the occurrence of a Mezzanine Termination Event, no distribution, (whether in cash or in kind), including in connection with any Exit Transaction, shall be permitted by the Company.

Additionally, until such time as a Mezzanine Termination Event is achieved, the Holders and the Company shall use commercially reasonable efforts to as promptly as practicable achieve a Mezzanine Termination Event, including by using commercially reasonable efforts to exchange Common Units and SRII Class C Common Stock for SRII Class A Common Stock and selling such SRII Class A Common Stock in a manner that is prudent in light of SRII Class A Common Stock trading volume and general market conditions (as reasonably recommended by a trading desk that is mutually agreeable among all Holders) and applying proceeds from any sales of assets prior to the SRII Closing to achieve a Mezzanine Termination Event; provided, however, that notwithstanding anything herein, in the Stockholders Agreement or Note Purchase Agreement to the contrary any sale of SRII Class A Common Stock by the Company or its Subsidiaries shall not require the consent of any Highbridge Holder or any Director appointed thereby if the net proceeds from such transaction are used to cause a Mezzanine Termination Event.

**Exit Transactions:** After the date that is six months and one day after the date of the SRII Closing, any Holder (an "**Exiting Holder**") may elect by written notice to the Company and the other Holders (an "**Exit Election**") or after the date that is one year after the date of the SRII Closing, the Highbridge Holders by written notice to the Company and the other Holders may compel the Bayou City Holders and the Management Holders (each of the Bayou City Holders and the Management Holders in such event, an "**Exiting Holder**") to cause the Company to distribute to such Exiting Holder by no later than five Business Days from the Company's receipt of the Exit Election or such notice from the Highbridge Holders:

(a) the number of:

(i) HMH Common Units (subject to adjustment to take into account the payment of the applicable Tax Reconciliation Amount (as defined below)),

(ii) "Class B Units" of High Mesa Holdings GP, LLC ("**HMH GP**") and

(iii) any other assets of the Company,

3

(b) the number of HMS Common Units (subject to adjustment to take into account the payment of the applicable Tax Reconciliation Amount);

in the case of each of the foregoing (a) and (b), equal to such Holder's Crystallization Share thereof as of the SRII Closing (the assets set forth in foregoing (a) and (b), collectively, the "**Exit Consideration**"), in redemption of all of such Exiting Holder's Shares of Common Stock (an "**Exit Transaction**"). For the avoidance of doubt, no partial redemption of an Exiting Holder's Shares of Common Stock shall be permitted.

At any time after the consummation of, or in connection with, an Exit Transaction, an Exiting Holder may, in its sole discretion, cause (i) HMH to distribute to such Exiting Holder (in redemption of such Exiting Holder's Class A Common Units) all, but not less than all, of such Exiting Holder's pro rata share of SPAC Consideration (AMH) based on such Exiting Holder's pro rata ownership of issued and outstanding Class A Common Units (an "**SRII Distribution (AMH)**") and (ii) HMS to distribute to such Exiting Holder (in redemption of such Exiting Holder's Class Y Units) all, but not less than all, of such Exiting Holder's pro rata share of SPAC Consideration (KFM) based on such Exiting Holder's pro rata ownership of issued and outstanding Class Y Units (an "**SRII Distribution (KFM)**"); *provided*, *however*, that any SRII Distribution (KFM) in respect of Reserved Units shall not be effected until such Reserved Units are no longer subject to the indemnity provisions of the SRII Agreement (KFM). In connection with any SRII Distribution (AMH), HMH shall also distribute to the Holder receiving such SRII Distribution (AMH) (a) such Holder's allocable rights under that certain Registration Rights Agreement among HMH, SRII and the other parties thereto (the "**Registration Rights Agreement**"), including, without limitation, any remaining demand rights or piggyback rights based upon each of the three Holders having two demand rights and (b) in redemption of all, but not less than all, of such Exiting Holder's Class B Common Units, assign the Exiting Holder the right to receive payments under the Tax Receivable Agreement with respect to the SPAC Consideration (AMH) originally allocated to such Exiting Holder before any adjustment for the Tax Reconciliation Amount (as defined below), which redemption shall be mandatory in connection with an SRII Distribution (AMH).[2] As allocable rights of an Exiting Holder in the Registration Rights Agreement will be distributed to such Exiting Holder in connection with an SRII Distribution (AMH) to such Exiting Holder, no additional distribution to such Exiting Holder will occur in connection with an SRII Distribution (KFM).

Notwithstanding anything herein to the contrary, no distribution of HMH Common Units or HMS Common Units shall be permitted to the extent such distribution would cause HMH or HMS, respectively, to become taxable as a corporation for U.S. federal income tax purposes.

**Tax Reconciliation:**      If any Holder consummates an Exit Transaction, such Holder shall fund to the Company (i) the amount of cash tax liability of the Company and the amount of any cash required to be withheld or deducted pursuant to Section 1441 or 1445 of the Internal Revenue Code of 1986, as amended, in each case, attributable to the distribution of the Exit Consideration received in such Exit Transaction (including, for the avoidance of doubt, tax imposed with respect to the SPAC Consideration (AMH) (attributable to the Class A Common Units), the Non-

---

[2] Note to Draft: At the SRII Closing, a "golden share" will be issued directly to each of the three Holders, and, therefore, will not be distributed in connection with an SRII Distribution.

4

STACK Assets (attributable to the Class D Common Units), the Earn-Out Consideration (AMH) (attributable to the Class C Common Units), the benefits under Tax Receivable Agreement (attributable to the Class B Common Units), the Earn-Out Consideration (KFM) (attributable to the Class X Common Units), the SPAC Consideration (KFM) (attributable to the Class Y Units) and the Gas Processing Asset (attributable to the Class Z Units) distributed to such Holder) and (ii) the value of any federal or state net operating loss (including any net operating loss that would have resulted for the portion of the taxable year in which such Exit Transaction occurs, calculated without regard to any gain attributable to such Exit Transaction and assuming that the applicable taxable year of the Company ended as of the date of the Exit Transaction) ("**NOL**") utilized by the Company as a direct result of such Exit Transaction in excess of an amount equal to the product of (x) such Holder's Company Percentage multiplied by (y) the Company's aggregate NOL at the time of the Exit Transaction (determined assuming that the applicable taxable year of the Company ended on the date the Exit Transaction is consummated) (the "**Allocable NOL**") (such compensation amount determined by multiplying (a) the excess of the amount of the NOL utilized over the applicable Allocable NOL by (b) the highest marginal federal and state tax rate applicable to such NOL) (the aggregate amount in items (i) and (ii), the "**Tax Reconciliation Amount**"). For clarity, Tax Reconciliation Amount also includes any tax on the gain from the sale of SRII Class A Common Stock by the Company to raise cash to pay taxes as described below. At the election of such Holder, the Tax Reconciliation Amount (as estimated in good faith by the Company's tax return preparer based on the most recent financial reports with the cost of such estimation to be borne by the Exiting Holder in an amount not to exceed $75,000) shall be satisfied by either (i) such Exiting Holder purchasing from the Company a portion of the Company's Class A Common Units allocable to such Exiting Holder or (ii) provided that there is an effective registration statement on file covering shares of SRII Class A Common Stock underlying the SRII Consideration, directing HMH to distribute SPAC Consideration (AMH) to the Company in partial redemption of the Company's Class A Common Units allocable to such Exiting Holder and exchange such SPAC Consideration (AMH) for cash or SPAC Class A Common Stock (as defined in Exhibit A), which SRII Class A Common Stock shall, subject to compliance with applicable securities laws, be sold by the Company for cash. Within three months after the end of any taxable year in which an Exit Transaction occurs, the Company shall provide the Holder consummating such Exit Transaction with a revised calculation of the Tax Reconciliation Amount, together with information supporting such calculation reasonably requested by such Holder. Such Holder shall have a right to dispute such calculation, with any dispute resolved by an independent accounting firm. For the avoidance of doubt, a Holder shall not be entitled to consummate an Exit Transaction if the Tax Reconciliation Amount is not able to be satisfied pursuant to the methods described in clauses (i) and (ii) in the preceding sentence. If the estimated Tax Reconciliation Amount initially paid by the applicable Holder is (i) less than the amount of the final Tax Reconciliation Amount, then such Holder shall, within 15 Business Days of the filing of the Reconciliation Return, pay the amount of such difference in cash to the Company or (ii) more than the amount of the final Tax Reconciliation Amount, then the Company shall, within 15 Business Days of the filing of the Reconciliation Return, pay the amount of such difference in cash to such Holder; *provided, however*, that if either the applicable Exiting Holder or the Company is unable to pay any such amount due in cash within the 15 Business Day period, then any future distributions on account of the Tax Receivable Agreement or Earn-Out Consideration (AMH) pursuant to

5

the A&R HMH LP Agreement or Earn-Out Consideration (KFM) pursuant to the A&R HMS LLC Agreement allocable to the party unable to pay such amount shall be used to satisfy such amount (plus interest on such amount equal to the lesser of 15% per annum or the maximum lawful rate until such amount and all accrued and unpaid interest on such amount are paid).

An Exiting Holder shall provide the Company with credit support to support such Exiting Holder's obligation to fund any deficiency in its Tax Reconciliation Amount, which support may be in the form of a letter of credit or a parent guarantee from a creditworthy party, as reasonably determined by the Holders (other than the Exiting Holder).

| | |
|---|---|
| **Board and Voting Rights:** | The composition of the Board shall be adjusted in connection with any Exit Transaction in accordance with the terms of the Closing Stockholders Agreement. Upon the consummation of an Exit Transaction, the limited liability company agreement of each of HMH GP and HMS shall be amended and restated to, as closely as possible, replicate the governance rights of the Exiting Holder in the Company immediately prior to the consummation of such Exit Transaction(s); *provided*, that, if the Non-STACK Assets, the Gas Processing Asset and other assets of the Company other than the HMH Common Units and the HMS Common Units have been liquidated and the proceeds from such liquidation fully distributed, the unanimous consent provisions contained in such amended and restated HMH GP and HMS limited liability company agreements and with respect to the Company shall be eliminated. Following such amendment and restatement, HMH GP and HMS shall be governed directly by the Exiting Holders and the Company (in accordance with the Closing Stockholders Agreement) and such Holders who effected Exit Transactions shall no longer be parties to the Closing Stockholders Agreement or otherwise restricted by the Company; *provided* that, until any amounts due to, or owed by, an Exiting Holder under the "Tax Reconciliation" section noted above are fully and finally resolved in accordance with the terms of the Closing Stockholders Agreement, the Closing Stockholders Agreement shall not be amended in a manner adverse to such Exiting Holder without such Exiting Holder's consent. |
| **Management Holder Participation:** | The Management Holders shall retain at least the Minimum Interest (as defined below) until the 181st day following the SRII Closing.  Thereafter, if the Management Holders propose to enter into a transaction whereby the Management Holders will cease to retain at least the Minimum Interest, then, in the case of each such transaction, the Bayou City Holders and the Highbridge Holders shall be entitled to participate in such transaction on the same terms as the Management Holders. "**Minimum Interest**" means 25% of the Class D Common Units and Class Z Common Units in the aggregate (whether held directly or through the Company) that the Management Holders held (whether held directly or through the Company) as of the SRII Closing. |
| **Transfer Restrictions:** | Subject to the provisions of the "Exit Transactions" section above, transfer restrictions on Exit Consideration, including Tag-Along Rights, shall be eliminated in full once the Non-STACK Assets and the Gas Processing Asset have been disposed of in their entirety. |
| **Cash Management:** | Holders will include a cash management policy, as may be mutually agreed among the Holders, which will apply following a Mezzanine Termination Event and be designed to minimize risk of SRII Class A Common Stock volatility while not otherwise limiting Holders' rights provided in this term sheet. |

CONFIDENTIAL
AMR_SDTX01656649

| | |
|---|---|
| **Distributions:** | Subject to the cash management policy described in the "Cash Management" section above, once any Holder owns direct interests in HMH, distributions of "Available Cash" (customary definition to be agreed upon, but limited to distributions to Class D Common Unit holders on account of the Non-STACK Assets owned by HMH) are to be made quarterly to all Class D Common Unit holders pro rata. Subject to the retention of cash proceeds to fund the budget then in effect and mutually agreeable provisions for reserves relating to applicable indemnity obligations, within five Business Days of receipt by HMH of proceeds from the disposition of any Non-STACK Assets, HMH shall distribute up to 100%, but no less than 75% of such proceeds to the holders Class D Common Units pro rata. If any applicable laws require the deduction or withholding of any tax from any distribution by the Company, as determined in the sole discretion of the Company, then the Company will be entitled to make such deduction or withholding. Any amounts so withheld or deducted shall be treated as distributed to the applicable Holder with respect to which such withholding or deduction was made. To the fullest extent permitted by law, each Holder hereby agrees to indemnify and hold harmless the Company and the other Holders from and against any liability (including, without limitation, any liability for taxes, penalties, additions to tax or interest) with respect to distributions to such Holder. |
| | Without limiting "Exit Transactions" above, no distributions by the Company (whether in cash or in kind) to its equityholders shall be permitted except in connection with a redemption of the equity thereof.  In no event shall the Highbridge Holders be required to receive in kind distributions from the Company. |
| **Illiquid Asset Sale Right:** | After the date that is one year after the date of the SRII Closing, any Holder may elect by written notice to HMH and/or HMS (the "**Selling Party**") to initiate a marketed process for the sale of any Illiquid Assets (as defined below) and the proceeds thereof shall be distributed pro rata to the holders of the applicable HMH Common Units or HMS Common Units, as the case may be, (subject to any applicable reserves relating to indemnity obligations from such sale) (the "**Illiquid Asset Sale Right**"). "**Illiquid Assets**" means all assets of HMI and its Subsidiaries other than the SPAC Consideration (AMH) (and the HMH Common Units associated therewith) and the SPAC Consideration (KFM) (and the HMS Common Units associated therewith). Prior to or upon exercising an Illiquid Asset Sale Right, any Holder may offer to purchase any remaining Illiquid Assets (the "**Holder Purchase Offer**"). If the material terms (including price) a willing third party purchaser offers for the Illiquid Assets to be sold pursuant to the exercised Illiquid Asset Sale Right within 60 days from the delivery of the notice with respect to the exercise of Illiquid Asset Sale Right are less favorable in the aggregate to the Selling Party than the terms of the Holder Purchase Offer, the Selling Party shall sell the applicable Illiquid Assets to the party who made the Holder Purchase Offer pursuant to the terms of such offer. For the avoidance of doubt, any sale of Illiquid Assets (i) prior to the third anniversary of the SRII Closing shall require consent of the Board consistent with the consent requirements in effect as of the date hereof or (ii) shall be made to the third party offering to purchase such Illiquid Assets on the terms most favorable in the aggregate to the Selling Party (A) in connection with the exercise of the Illiquid Asset Sale Right where no Holder Purchase Offer is made or (B) where the third party offer for such Illiquid Assets is more favorable in the aggregate to the Selling Party than the Holder Purchase Offer. |

16467314_7
CONFIDENTIAL

AMR_SDTX01656650

In connection with the completion of the sale of any remaining Illiquid Assets, any Holder shall have the right to cause the Company to, to the extent not distributed prior thereto, distribute in full pro rata to the Management Holders and the Bayou City Holders, in redemption of all of such Holder's remaining interest in the Company, the HMH Common Units and HMS Common Units to which such Holder is entitled.  After the complete redemption of the Bayou City Holders and the Management Holders by the Company, the Company shall have the right to either sell its interest in HMH and HMS or cause HMH and HMS to distribute to the Company the Company's pro rata share of the assets of HMH and HMS.

For purposes of the "High Mesa Inc. Crystallization" on Exhibit A, the Holders have ascribed a value of $75 million in the aggregate to the Non-STACK Assets.

If any Illiquid Assets remain after the second anniversary of the SRII Closing, the Highbridge Holders may compel the Company or its applicable Subsidiary to sell, and the Management Holders shall purchase, such remaining Illiquid Assets at fair market value, as determined by a mutually agreeable independent valuation expert, which purchase may be financed with a seller note on then-prevailing market terms.

| | |
|---|---|
| **Definitive Documentation:** | The transactions contemplated by this term sheet will entail the following, in each case, to the extent necessary to implement the terms in this term sheet: |

1. Amendment of Certificate of Incorporation to increase Common Stock;

2. Preferred Stock Certificates of Designations of the Company to be cancelled;

3. The Closing Stockholders Agreement;

4. An amendment and restatement of the HMH GP limited liability company;

5. An amendment and restatement of the HMH limited partnership agreement;

6. An amendment and restatement of the HMS limited liability company agreement; and

7. Amendment to HMI Note Purchase Agreement to provide (i) that if the Company is required by law to withhold on any payment under the HMI Note Purchase Agreement due to any lender thereof, such payment due from the Company to such lender shall be increased to an amount which (after such applicable withholding) leaves an amount to such lender equal to the payment which would have been due if no such withholding had been required, and (ii) for immediate cash sweeps with respect to the sale of any assets of the Company or its Subsidiaries, which cash shall be applied to achieve a Mezzanine Termination Event.

| | |
|---|---|
| **Governing Law:** | State of Delaware. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

8

AMR_SDTX01656651

## CRYSTALLIZATION

"**20-Day VWAP**" means, as of a particular date, the average of the per share volume-weighted average price as displayed under the heading "Bloomberg VWAP" on the Bloomberg page applicable to the SRII Class A Common Stock (or, if Bloomberg ceases to publish such price, any successor service reasonably chosen by SRII) in respect of the period from the open of trading on the relevant trading day until the close of trading on such trading day for the 20 trading day period ending on the trading day immediately prior to such date (or, if such volume-weighted average price is unavailable, the market price of one share of such security on such trading day determined, using a volume-weighted average method, by a nationally recognized investment banking firm (unaffiliated with SRII) retained for such purpose by SRII).

"**AMH GP**" means Alta Mesa Holdings GP, LLC, a Texas limited liability company.

"**AMH LP**" means Alta Mesa Holdings, LP, a Texas limited partnership.

"**Common Units**" means common units representing limited partner interests in the Partnership.

"**Founder Notes**" means (i) the Second Amended and Restated Promissory Note dated as of March 25, 2014, made by Galveston Bay Resources, LP in favor of Michael E. Ellis in the original principal amount of $345,523.89, (ii) the Second Amended and Restated Promissory Note dated as of March 25, 2014, made by AMH LP in favor of Michael E. Ellis in the original principal amount of $11,561,550.87, and (iii) the Second Amended and Restated Promissory Note dated as of March 25, 2014, made by Petro Acquisitions, LP in favor of Michael E. Ellis in the original principal amount of $178,278.21, each of which may be assigned to a pass through entity managed by Michael Ellis in connection with a charitable donation.

"**HMI Note Purchase Agreement**" means the Note Purchase Agreement, dated as of March 25, 2014, by and among the Company, as issuer, Cortland Capital Market Services LLC, as administrative agent for the holders, and the holders named therein, as amended to date.

"**HMS LLC Agreement**" means the Company Agreement of High Mesa Services, LLC, a Delaware limited liability company, dated October 31, 2014.

"**Kingfisher Note Purchase Agreement**" means the Note Purchase Agreement dated as of August 31, 2015, by and among: HMS Kingfisher Holdco, LLC, HPS Investment Partners, LLC, as Administrative Agent, HPS Investment Partners, LLC, as Investor Advisor, and each entity from time to time party thereto as a holder, as amended to date.

"**Participant**" means a Class A Limited Partner in HMH and/or a stockholder in the Company.

"**Partnership**" means SRII Opco, LP, a Delaware limited partnership.

"**RBL Credit Agreement**" means that certain Seventh Amended and Restated Credit Agreement dated as of November 10, 2016 among AMH LP, the lenders from time to time party thereto and Wells Fargo Bank, N.A. as administrative agent.

"**Riverstone**" means Riverstone VI Alta Mesa, L.P., a Delaware limited partnership.

"**SRII Agreement (AMH)**" means, that certain Contribution Agreement by and among HMH, HMH GP, AMH LP, AMH GP, Riverstone and the Contributor Owners named therein.

16467314_7

"**SRII Agreement (KFM)**" means, that certain Contribution Agreement by and among KFM Holdco, LLC, Kingfisher Midstream, LLC, SRII, and the Contributor Members named therein.

"**SRII Agreements**" means, collectively, (i) the SRII Agreement (AMH) and (ii) the SRII Agreement (KFM).

"**SRII Class A Common Stock**" means the Class A common stock, par value $0.0001 par value, of SRII.

"**SRII Class C Common Stock**" means the Class C common stock, par value $0.0001 par value, of SRII.

"**Tax Receivables Agreement**" means the Tax Receivables Agreement by and among SRII, the Partnership, Riverstone and HMH.

**SRII Closing Flow of Funds:**

Upon the signing of the SRII Agreements, Riverstone will contribute $200 million to AMH LP, which will use the proceeds to pay down the RBL Credit Agreement. Amounts will thereafter be drawn down under the RBL Credit Agreement to fund "Organic CapEx" and "Inorganic Acquisition CapEx" in accordance with the terms of the SRII Agreement (AMH) and the AMH LP agreement of limited partnership.

Unless the SRII Closing occurs by September 30, 2017, the Company will no longer be able to redeem the holders of Sub-Series E-1 Preferred Stock pursuant to the Company Redemption (each as defined in the Series E Certificate of Designations) for cash as contemplated by the terms set forth in the Series E Certificate of Designations. If the Sub-Series E-1 Preferred Stock is not purchased pursuant to the Shareholder Purchase Right (as defined in the Series E Certificate of Designations) within fifteen Business Days following the SRII Closing (which all Holders agree constitutes a Liquidity Event (as defined in the Series E Certificate of Designations)), then Sub-Series E-1 Preferred Stock then outstanding will convert into Common Stock as if it had converted at the time of the SRII Closing when all other Preferred Stock converted.

The cash received by HMH (i) directly pursuant to the Contribution Agreement (AMH) in connection with the SRII Closing and (ii) indirectly pursuant to the Contribution Agreement (KFM) in connection with the SRII Closing as a result of AMH LP's 10% interest in ARM-M I, LLC will be used as follows:

1. to pay off debt under the HMI Note Purchase Agreement (the amount of which if paid off on September 30, 2017 would be $235,718,910.80);

2. to pay off all performance appreciation rights then outstanding under the Alta Mesa Holdings, L.P. Performance Appreciation Rights Plan (which payment will only burden the consideration allocable to the Management Holders) (approximately $[●]); and

3. if the Closing is funded by September 30, 2017, to pay off the redemption price for the Sub-Series E-1 Preferred Stock (approximately $[●]).

The cash received by HMS Kingfisher Holdco, LLC indirectly pursuant to the Contribution Agreement (KFM) in connection with the SRII Closing will be used as follows:

4. to pay off debt under the Kingfisher Note Purchase Agreement (the amount of which if paid off on September 30, 2017 would be $205,259,751.60); and

16467314_7

AMR_SDTX01656653

5.   to pay off debt under the HMI Note Purchase Agreement (the amount of which is specified in item 1 above 2).

Payoff of legal, accounting, tax, financial and other advisors, including the banking fees payable to Citi, to be made immediately after the SRII Closing, by a draw-down of debt under the RBL Credit Agreement, so as to take advantage of SRII's obligation to pay half of such fees, up to $10 million. In addition, debt will be drawn down under the RBL Credit Agreement to pay off all account balances under the [Alta Mesa Holdings, L.P. Deferred Compensation Incentive Plan and the Alta Mesa Holdings, L.P. Supplemental Executive Retirement Plan, since those are obligations of AMH LP.][3]

**High Mesa Inc. Crystallization:**

On the date of the SRII Closing (the "**Closing Date**"), all outstanding Shares of Preferred Stock of the Company shall be converted into Common Stock based on the SRII Closing constituting a Liquidity Event under the Amended and Restated Agreement of Limited Partnership of HMH, dated as of the date hereof (the "**HMH LP Agreement**") of HMH and under the Certificates of Designations and Stockholders Agreement that govern the terms of the Preferred Stock (with such conversion metrics, the "**HMI Waterfall**"), based upon the following assumptions:

1.   On the Closing Date, but immediately prior to the Closings, certain of the Founder Notes will be transferred to [Ellis Church Entity, LLC] and immediately thereafter, all of the Founders Notes will be exchanged for limited partnership interests in HMH (which payment will only burden the consideration allocable to the Management Holders) with a value equal to all outstanding principal and interest thereon (approximately $28 million as of June 30, 2017);

2.   After the application of the flow of funds in accordance with items 1 through 3 and item 4 in the "SRII Closing Flow of Funds" Section above, any cash (including any proceeds received from the sale of any Non-STACK Assets prior to the SRII Closing) will be immediately prior to the conversion of all outstanding Preferred Stock into Common Stock (including the Sub-Series E-1 Preferred Stock, if any, being deemed to have converted on the Closing Date as described in the "SRII Closing Flow of Funds" Section above);

3.   The Non-STACK Assets shall be valued at $75 million on the Closing Date; provided, however, such amount shall be reduced by the Company's pro rata portion of any proceeds received in respect of the sale of the Weeks Island asset prior to the Closing Date;

4.   The SPAC Consideration (AMH) and SPAC Consideration (KFM) received by HMH in connection with the SRII Agreements shall be valued at $10.00 per Common Unit and associated share of SRII Class C Common Stock;

5.   For purposes of the SRII Liquidity Event, the valuation of the Company to be run through the HMI Waterfall shall be based on the value of the Company's pro rata ownership of HMH pursuant to the HMH Waterfall (as defined below), the value of any Non-STACK Assets owned directly by the Company and the value of HMS (the "**Base Value**"); and

6.   Although both SRII Agreements contain post-closing adjustments, all of the foregoing calculations will assume that, absent manifest error, the net effect on valuation of the post-

---

[3] Note to Draft: Management to provided estimates for expected payoffs of these amounts.

16467314_7

CONFIDENTIAL                                                                                      AMR_SDTX01656654

closing adjustments will be zero for purposes of determining Base Value and the Company's indirect share in all cash held in escrow and Reserved Units will be counted as having been received by the Company. The above calculations will not be revisited based upon any events that are scheduled to occur after the Closing Date.

**HMH Crystallization**

On the Closing Date, all outstanding economic equity interests of HMH shall be converted into HMH Common Units and an equal number of each class of HMH Common Units distributed to the "Class A Limited Partners" and "Class B Limited Partners" (each as defined in the HMH LP Agreement) based on the SRII Closing constituting a Liquidity Event under the HMH LP Agreement with the value of HMH calculated as the aggregate amounts set forth in items 2 through 4 (including amounts allocated to the Company and flowed through the HMI Waterfall) in the "High Mesa Inc. Crystallization" Section above applied in accordance with Section 4.1 of the HMH LP Agreement (the "**HMH Waterfall**" and collectively with the HMI Waterfall, the "**Waterfalls**"). Example calculations of ownership splits in HMH and the Company contemplated by the Waterfalls are attached hereto as Exhibit A-1.

**Separate Crystallization for Earn-Out Consideration payable under the SRII Agreements:**

7.  Once the Base Value is determined, the Company shall also run the values set forth in item 8 below through the Waterfalls all on and as of the Closing Date to determine the allocation of the Earn-Out Consideration (AMH) that remains payable under the SRII Agreement (AMH) and the Earn-Out Consideration (KFM) that remains payable under the SRII Agreement (KFM) in order to determine the percentage each Participant is entitled to receive out of each tranche of the Earn-Out Consideration (AMH) and Earn-Out Consideration (KFM), if and when paid.

8.  The values to be run through the Waterfalls shall be: (a) Base Value plus $182.5 million (the "**$14.00 Value**"), (b) Base Value plus $365.0 million (the "**$16.00 Value**"), (c) Base Value plus $615.0 million (the "**$18.00 Value**"), and (d) Base Value plus $865.0 million (the "**$20.00 Value**").

9.  The Company will compare the value payable to each Participant in the Waterfalls at the Base Value and the value payable to each such Participant at the $14.00 Value (with respect to each Participant, the "**$14.00 Value Difference**") and each such Participant will be entitled to receive out of the SPAC Consideration then issuable under the SRII Agreements, if and when the 20-Day VWAP equals or exceeds $14.00, a number of shares of SRII Class A Common Stock equal to his or its $14.00 Value Difference divided by $14.00 per share.

10. The Company will compare the value payable to each Participant in the Waterfalls at the $14.00 Value and the value payable to each such Participant at the $16.00 Value (with respect to each Participant, the "**$16.00 Value Difference**") and each such Participant will be entitled to receive out of the SPAC Consideration then issuable under the SRII Agreements, if and when the 20-Day VWAP equals or exceeds $16.00, a number of shares of SRII Class A Common Stock equal to his or its $16.00 Value Difference divided by $16.00 per share.

16467314_7

CONFIDENTIAL                                                                AMR_SDTX01656655

11. The Company will compare the value payable to each Participant in the Waterfalls at the $16.00 Value and the value payable to each such Participant at the $18.00 Value (with respect to each Participant, the "**$18.00 Value Difference**") and each such Participant will be entitled to receive out of the SPAC Consideration then issuable under the SRII Agreements, if and when the 20-Day VWAP equals or exceeds $18.00, a number of shares of SRII Class A Common Stock equal to his or its $18.00 Value Difference divided by $18.00 per share.

12. The Company will compare the value payable to each Participant in the Waterfalls at the $18.00 Value and the value payable to each such Participant at the $20.00 Value (with respect to each Participant, the "**$20.00 Value Difference**") and each such Participant will be entitled to receive out of the SPAC Consideration then issuable under the SRII Agreements, if and when the 20-Day VWAP equals or exceeds $20.00, a number of shares of SRII Class A Common Stock equal to his or its $20.00 Value Difference divided by $20.00 per share.

13. With respect to any Earn-Out Consideration (AMH) and Earn-Out Consideration (KFM) issued pursuant to items 9 through 12 above, a Participant may elect by written notice to HMH at least five days prior to HMH's receipt thereof to receive such Participant's allocable portion of such Earn-Out Consideration (AMH) in SPAC Consideration (AMH) or Earn-Out Consideration (KFM) in SPAC Consideration (KFM), in each case, in lieu of SRII Class A Common Stock.

14. The Participants' rights under the Tax Receivable Agreement shall follow the Class B Common Units (or the Common Units and associated SRII Class C Common Stock, as the case may be) distributable to them in accordance with all of the Crystallization procedures (whether or not such shares are distributed, including shares sold by HMI to cover taxes).

15. Example calculations of ownership splits contemplated by this separate crystallization calculation of the Earn-Out Consideration (AMH) and Earn-Out Consideration (KFM) are attached hereto as Exhibit A-2.

CONFIDENTIAL

AMR_SDTX01656656

Exhibit A-1

Waterfall Calculation Examples

Exhibit A-1 to Exit Term Sheet

16467314_7

CONFIDENTIAL

AMR_SDTX01656657

<u>Exhibit A-2</u>

Separate Earn-Out Crystallization Calculation Examples

Exhibit A-2 to Exit Term Sheet

16467314_7

CONFIDENTIAL

AMR_SDTX01656658

*HHBracewell Draft 8-15-17*

# HIGH MESA INC. - EQUITY EXIT PLAN TERM SHEET

## AUGUST [15], 2017[1]

**Company:** High Mesa Inc. (the "**Company**") and the other parties thereto are currently subject to the terms of that certain Fourth Amended and Restated Stockholders Agreement of the Company (the "**Stockholders Agreement**"), dated as of the date hereof (the "**Effective Date**"). Capitalized terms used, but not otherwise defined in this term sheet, including in the exhibits hereto, have the meanings given to such terms in the Stockholders Agreement.

**Company Capitalization:** The Equity Securities of the Company are owned as follows as of the Effective Date: (i) the Highbridge Holders own all of the issued and outstanding Series B Preferred Stock and Series C Preferred Stock, (ii) the Bayou City Holders own all of the issued and outstanding Series D Preferred Stock and Series E Preferred Stock and (iii) the Management Holders (collectively with the Highbridge Holders and the Bayou City Holders, the "**Holders**") own all of the issued and outstanding Common Stock. Upon the consummation of the transactions contemplated by the SRII Agreements (the "**SRII Closing**"), the Board, by Unanimous Consent, shall declare such consummation a Liquidity Event for all purposes under the Stockholders Agreement (the "**SRII Liquidity Event**") and enter into the Fifth Amended and Restated Stockholders Agreement (the "**Closing Stockholders Agreement**"). Pursuant to the SRII Liquidity Event, all outstanding Shares of Preferred Stock shall be converted to Shares of Common Stock in accordance with the Stockholders Agreement and the crystallization described on <u>Exhibit A</u> (the share of Common Stock held by a given Holder, its "**Crystallization Share**"). Thereafter, each Holder will be entitled (pursuant to and in accordance with an Exit Transaction, as defined below) to its Crystallization Share of each class of assets held by the Company:

    (i) directly (*i.e.*, equity interests in High Mesa Holdings, LP ("**HMH**") and High Mesa Services, LLC ("**HMS**")) and

    (ii) indirectly through HMH (with the classes being):

        (a) cash and securities received from SRII and the Partnership (as defined in <u>Exhibit A</u>) including SRII Class C Common Stock (as defined in <u>Exhibit A</u>) and Common Units (as defined in <u>Exhibit A</u>), whether initially received by HMH pursuant to the SRII Agreement (AMH) or pursuant to the Contribution Agreement (KFM) as a result of AMH LP's (as defined in <u>Exhibit A</u>) 10% interest in ARM-M I, LLC (collectively, the "**SPAC Consideration (AMH)**"),

        (b) rights to future payments under the Tax Receivable Agreement (as defined in the SRII Agreement (AMH)),

        (c) rights to Earn-Out Consideration (as defined in the SRII Agreement (AMH)) (the "**Earn-Out Consideration (AMH)**"), and

---

[1] <u>Note to Draft</u>: This term sheet to be attached to and made part of the Stockholders Agreement at signing of the SRII transaction, including a covenant to be included in the Stockholders Agreement for the Holders to use ~~commercially~~ reasonable <u>best</u> efforts to incorporate these terms in the appropriate agreements after the signing of the SRII Transaction and prior to the SRII Closing.

~~#5523470.11~~#5523470.12
KE 48031835

CONFIDENTIAL

AMR_SDTX01656659

(d) any Non-STACK Assets (as defined below) of HMH; and

(iii) indirectly through HMS (with the classes being):

(a) cash and securities received from SRII and the Partnership including SRII Class C Common Stock and Common Units (including the Reserved Units (as defined in the SRII Agreement (KFM))) (collectively, the "**SPAC Consideration (KFM)**"),

(b) rights to Earn-Out Consideration (as defined in the SRII Agreement (KFM)) (the "**Earn-Out Consideration (KFM)**"), and

(c) indirect interest in Northwest Gas Processing, LLC (the "**Gas Processing Asset**").

"**Non-STACK Assets**" means, collectively, the assets of HMH and HMS (other than the SPAC Consideration (AMH), the Tax Receivable Agreement, the Earn-Out Consideration (AMH), the Earn-Out Consideration (KFM), the SPAC Consideration (KFM)) and the assets of the Company other than the HMH Common Units and the HMS Common Units (each as defined below).

**HMH Capitalization**  Upon the SRII Closing, the Board, by Unanimous Consent, shall cause the general partner of HMH to amend and restate the HMH LP Agreement (as defined in Exhibit A) (the "**A&R HMH LP Agreement**") to provide for only four classes of common units, "**Class A Common Units**", "**Class B Common Units**", "**Class C Common Units**" and "**Class D Common Units**" (collectively, the "**HMH Common Units**"). At the SRII Closing, an equal number of each class of HMH Common Units shall be issued to the Company and the other existing direct owners of Equity Securities in HMH based upon the share of such HMH Common Units each such direct owner is entitled to receive pursuant to the HMH Waterfall (as defined in Exhibit A). The HMH Common Units shall carry no preferences as between classes thereof; *provided, however*, that (i) any distributions on account of the SPAC Consideration (AMH) shall be paid within five Business Days of receipt by HMH pro rata to the holders of the Class A Common Units; (ii) any distributions on account of the Tax Receivable Agreement shall be paid within five Business Days of receipt by HMH pro rata to the holders of the Class B Common Units; (iii) any Earn-Out Consideration (AMH) shall be distributed within five Business Days of receipt by HMH pro rata to the holders of the Class C Common Units; and (iv) any distributions on account of the Non-STACK Assets of HMH shall be paid pro rata to the holders of the Class D Common Units in accordance with the "Distributions" and "Illiquid Asset Sale Right" sections below. For the avoidance of doubt, unless and until an Exit Transaction has occurred, (a) the HMH Common Units shall all be held by the Company and the other existing direct owners of Equity Securities in HMH and (b) following an Exit Transaction, the HMH Common Units shall be held by the Company and the Exiting Holder(s) or, if all Holders are Exiting Holders, only the Exiting Holders.

**HMS Capitalization:**  Upon the SRII Closing, the Board, by Unanimous Consent, shall cause HMS to amend and restate the HMS LLC Agreement (as defined in Exhibit A) ("**A&R HMS LLC Agreement**") to provide for only three classes of limited liability company membership interest, "**Class X Units**", "**Class Y Units**" and "**Class Z Units**" (collectively, the "**HMS Common Units**"). At the SRII Closing, an equal number of each class of HMS Common Units shall be issued to the

2

AMR_SDTX01656660

Company. The HMS Common Units shall carry no preferences as between classes thereof; *provided, however,* subject to the "Distribution" section below, that (i) any distributions on account of the Earn-Out Consideration (KFM) shall be paid within five Business Days of receipt by HMS pro rata to the holders of the Class X Units, (ii) any distributions on account of the SPAC Consideration (KFM) shall be paid within five Business Days of receipt by HMS pro rata to the holders of the Class Y Units; and (iii) any distributions on account of the Gas Processing Asset shall be paid within five Business Days of receipt by HMS pro rata to the holders of the Class Z Units in accordance with the "Illiquid Asset Sale Right" section below. For the avoidance of doubt, unless and until an Exit Transaction has occurred, (a) the HMS Common Units shall all be held by the Company and (b) following an Exit Transaction, the HMS Common Units shall be held by the Company and the Exiting Holder(s) or, if all Holders are Exiting Holders, only the Exiting Holders.

|                     |                                                                 |
|---------------------|-----------------------------------------------------------------|
| **Mezzanine Debt:** | Prior to the occurrence of a Mezzanine Termination Event, no distribution, (whether in cash or in kind), including in connection with any Exit Transaction, shall be permitted by the Company. |

Additionally, until such time as a Mezzanine Termination Event is achieved, the Holders and the Company shall use commercially reasonable efforts to as promptly as practicable achieve a Mezzanine Termination Event, including by using commercially reasonable efforts to exchange Common Units and SRII Class C Common Stock for SRII Class A Common Stock and selling such SRII Class A Common Stock in a manner that is prudent in light of SRII Class A Common Stock trading volume and general market conditions (as reasonably recommended by a trading desk that is mutually agreeable among all Holders) and applying proceeds from any sales of assets prior to the SRII Closing to achieve a Mezzanine Termination Event; provided, however, that notwithstanding anything herein, in the Stockholders Agreement or Note Purchase Agreement to the contrary any sale of SRII Class A Common Stock by the Company or its Subsidiaries shall not require the consent of any Highbridge Holder or any Director appointed thereby if the net proceeds from such transaction are used to cause a Mezzanine Termination Event.

|                        |                                                                 |
|------------------------|-----------------------------------------------------------------|
| **Exit Transactions:** | After the date that is six months and one day after the date of the SRII Closing, any Holder (an "**Exiting Holder**") may elect by written notice to the Company and the other Holders (an "**Exit Election**") or after the date that is one year after the date of the SRII Closing, the Highbridge Holders by written notice to the Company and the other Holders may compel the Bayou City Holders and the Management Holders (each of the Bayou City Holders and the Management Holders in such event, an "**Exiting Holder**") to cause the Company to distribute to such Exiting Holder by no later than five Business Days from the Company's receipt of the Exit Election or such notice from the Highbridge Holders: |

(a) the number of:

(i) HMH Common Units (subject to adjustment to take into account the payment of the applicable Tax Reconciliation Amount (as defined below)),

(ii) "Class B Units" of High Mesa Holdings GP, LLC ("**HMH GP**") and

(iii) any other assets of the Company,

3

AMR_SDTX01656661

(b) the number of HMS Common Units (subject to adjustment to take into account the payment of the applicable Tax Reconciliation Amount);

in the case of each of the foregoing (a) and (b), equal to such Holder's Crystallization Share thereof as of the SRII Closing (the assets set forth in foregoing (a) and (b), collectively, the "**Exit Consideration**"), in redemption of all of such Exiting Holder's Shares of Common Stock (an "**Exit Transaction**"). For the avoidance of doubt, no partial redemption of an Exiting Holder's Shares of Common Stock shall be permitted.

At any time after the consummation of, or in connection with, an Exit Transaction, an Exiting Holder may, in its sole discretion, cause (i) HMH to distribute to such Exiting Holder (in redemption of such Exiting Holder's Class A Common Units) all, but not less than all, of such Exiting Holder's pro rata share of SPAC Consideration (AMH) based on such Exiting Holder's pro rata ownership of issued and outstanding Class A Common Units (an "**SRII Distribution (AMH)**") and (ii) HMS to distribute to such Exiting Holder (in redemption of such Exiting Holder's Class Y Units) all, but not less than all, of such Exiting Holder's pro rata share of SPAC Consideration (KFM) based on such Exiting Holder's pro rata ownership of issued and outstanding Class Y Units (an "**SRII Distribution (KFM)**"); *provided, however*, that any SRII Distribution (KFM) in respect of Reserved Units shall not be effected until such Reserved Units are no longer subject to the indemnity provisions of the SRII Agreement (KFM). In connection with any SRII Distribution (AMH), HMH shall also distribute to the Holder receiving such SRII Distribution (AMH) (a) such Holder's allocable rights under that certain Registration Rights Agreement among HMH, SRII and the other parties thereto (the "**Registration Rights Agreement**"), including, without limitation, any remaining demand rights or piggyback rights based upon each of the three Holders having two demand rights and (b) in redemption of all, but not less than all, of such Exiting Holder's Class B Common Units, assign the Exiting Holder the right to receive payments under the Tax Receivable Agreement with respect to the SPAC Consideration (AMH) originally allocated to such Exiting Holder before any adjustment for the Tax Reconciliation Amount (as defined below), which redemption shall be mandatory in connection with an SRII Distribution (AMH).[2] As allocable rights of an Exiting Holder in the Registration Rights Agreement will be distributed to such Exiting Holder in connection with an SRII Distribution (AMH) to such Exiting Holder, no additional distribution to such Exiting Holder will occur in connection with an SRII Distribution (KFM).

Notwithstanding anything herein to the contrary, no distribution of HMH Common Units or HMS Common Units shall be permitted to the extent such distribution would cause HMH or HMS, respectively, to become taxable as a corporation for U.S. federal income tax purposes.

**Tax Reconciliation:**   If any Holder consummates an Exit Transaction, such Holder shall fund to the Company (i) the amount of cash tax liability of the Company and the amount of any cash required to be withheld or deducted pursuant to Section 1441 or 1445 of the Internal Revenue Code of 1986, as amended, in each case, attributable to the distribution of the Exit Consideration received in such Exit Transaction (including, for the avoidance of doubt, tax imposed with respect to the SPAC Consideration (AMH) (attributable to the Class A Common Units), the

---

[2] Note to Draft: At the SRII Closing, a "golden share" will be issued directly to each of the three Holders, and, therefore, will not be distributed in connection with an SRII Distribution.

CONFIDENTIAL                                                                      AMR_SDTX01656662

Non-STACK Assets (attributable to the Class D Common Units), the Earn-Out Consideration (AMH) (attributable to the Class C Common Units), the benefits under Tax Receivable Agreement (attributable to the Class B Common Units), the Earn-Out Consideration (KFM) (attributable to the Class X Common Units), the SPAC Consideration (KFM) (attributable to the Class Y Units) and the Gas Processing Asset (attributable to the Class Z Units) distributed to such Holder) and (ii) the value of any federal or state net operating loss (including any net operating loss that would have resulted for the portion of the taxable year in which such Exit Transaction occurs, calculated without regard to any gain attributable to such Exit Transaction and assuming that the applicable taxable year of the Company ended as of the date of the Exit Transaction) ("**NOL**") utilized by the Company as a direct result of such Exit Transaction in excess of an amount equal to the product of (x) such Holder's Company Percentage multiplied by (y) the Company's aggregate NOL at the time of the Exit Transaction (determined assuming that the applicable taxable year of the Company ended on the date the Exit Transaction is consummated) (the "**Allocable NOL**") (such compensation amount determined by multiplying (a) the excess of the amount of the NOL utilized over the applicable Allocable NOL by (b) the highest marginal federal and state tax rate applicable to such NOL) (the aggregate amount in items (i) and (ii), the "**Tax Reconciliation Amount**"). For clarity, Tax Reconciliation Amount also includes any tax on the gain from the sale of SRII Class A Common Stock by the Company to raise cash to pay taxes as described below. At the election of such Holder, the Tax Reconciliation Amount (as estimated in good faith by the Company's tax return preparer based on the most recent financial reports with the cost of such estimation to be borne by the Exiting Holder in an amount not to exceed $75,000) shall be satisfied by either (i) such Exiting Holder purchasing from the Company a portion of the Company's Class A Common Units allocable to such Exiting Holder or (ii) provided that there is an effective registration statement on file covering shares of SRII Class A Common Stock underlying the SRII Consideration, directing HMH to distribute SPAC Consideration (AMH) to the Company in partial redemption of the Company's Class A Common Units allocable to such Exiting Holder and exchange such SPAC Consideration (AMH) for cash or SRII Class A Common Stock (as defined in Exhibit A), which SRII Class A Common Stock shall, subject to compliance with applicable securities laws, be sold by the Company for cash. Within three months after the end of any taxable year in which an Exit Transaction occurs, the Company shall provide the Holder consummating such Exit Transaction with a revised calculation of the Tax Reconciliation Amount, together with information supporting such calculation reasonably requested by such Holder. Such Holder shall have a right to dispute such calculation, with any dispute resolved by an independent accounting firm. For the avoidance of doubt, a Holder shall not be entitled to consummate an Exit Transaction if the Tax Reconciliation Amount is not able to be satisfied pursuant to the methods described in clauses (i) and (ii) in the preceding sentence. If the estimated Tax Reconciliation Amount initially paid by the applicable Holder is (i) less than the amount of the final Tax Reconciliation Amount, then such Holder shall, within 15 Business Days of the filing of the Reconciliation Return, pay the amount of such difference in cash to the Company or (ii) more than the amount of the final Tax Reconciliation Amount, then the Company shall, within 15 Business Days of the filing of the Reconciliation Return, pay the amount of such difference in cash to such Holder; *provided, however*, that if either the applicable Exiting Holder or the Company is unable to pay any such amount due in cash within the 15 Business Day period, then any future distributions on

5

AMR_SDTX01656663

account of the Tax Receivable Agreement or Earn-Out Consideration (AMH) pursuant to the A&R HMH LP Agreement or Earn-Out Consideration (KFM) pursuant to the A&R HMS LLC Agreement allocable to the party unable to pay such amount shall be used to satisfy such amount (plus interest on such amount equal to the lesser of 15% per annum or the maximum lawful rate until such amount and all accrued and unpaid interest on such amount are paid).

An Exiting Holder shall provide the Company with credit support to support such Exiting Holder's obligation to fund any deficiency in its Tax Reconciliation Amount, which support may be in the form of a letter of credit or a parent guarantee from a creditworthy party, as reasonably determined by the Holders (other than the Exiting Holder).

|  |  |
|---|---|
| **Board and Voting Rights:** | The composition of the Board shall be adjusted in connection with any Exit Transaction in accordance with the terms of the Closing Stockholders Agreement. Upon the consummation of an Exit Transaction, the limited liability company agreement of each of HMH GP and HMS shall be amended and restated to, as closely as possible, replicate the governance rights of the Exiting Holder in the Company immediately prior to the consummation of such Exit Transaction(s); *provided*, that, if the Non-STACK Assets, the Gas Processing Asset and other assets of the Company other than the HMH Common Units and the HMS Common Units have been liquidated and the proceeds from such liquidation fully distributed, the unanimous consent provisions contained in such amended and restated HMH GP and HMS limited liability company agreements and with respect to the Company shall be eliminated. Following such amendment and restatement, HMH GP and HMS shall be governed directly by the Exiting Holders and the Company (in accordance with the Closing Stockholders Agreement) and such Holders who effected Exit Transactions shall no longer be parties to the Closing Stockholders Agreement or otherwise restricted by the Company; *provided* that, until any amounts due to, or owed by, an Exiting Holder under the "Tax Reconciliation" section noted above are fully and finally resolved in accordance with the terms of the Closing Stockholders Agreement, the Closing Stockholders Agreement shall not be amended in a manner adverse to such Exiting Holder without such Exiting Holder's consent. |
| **Management Holder Participation:** | The Management Holders shall retain at least the Minimum Interest ~~in Class D~~ (as defined below) until the 181st day following the SRII Closing. Thereafter, if the Management Holders propose to enter into a transaction whereby the Management Holders will cease to retain at least the Minimum Interest ~~in Class D~~, then, in the case of each such transaction, the Bayou City Holders and the Highbridge Holders shall be entitled to participate in such transaction on the same terms as the Management Holders. "**Minimum Interest**" means 25% of the Class D ~~interest in HMH~~ <u>Common Units and Class Z Common Units in the aggregate</u> (whether held directly or through the Company) that the Management Holders held (whether held directly or through the Company) as of the SRII Closing. |
| **Transfer Restrictions:** | Subject to the provisions of the "Exit Transactions" section above, transfer restrictions on Exit Consideration, including Tag-Along Rights, shall be eliminated in full once the Non-STACK Assets and the Gas Processing Asset have been disposed of in their entirety. |
| **Cash Management:** | Holders will include a cash management policy, as may be mutually agreed among the Holders, <u>which will apply following a Mezzanine Termination Event and be</u> designed to minimize risk of SRII Class A Common Stock |

6

AMR_SDTX01656664

volatility while not otherwise limiting Holders' rights provided in this term sheet; provided that such cash management policy will include provisions to provide for an amount of cash reserved at the Company to service the obligations under the HMI Note Purchase Agreement.

**Distributions:**

Subject to the cash management policy described in the "Cash Management" section above, once any Holder owns direct interests in HMH, distributions of "Available Cash" (customary definition to be agreed upon, but limited to distributions to Class D Common Unit holders on account of the Non-STACK Assets owned by HMH) are to be made quarterly to all Class D Common Unit holders pro rata. Subject to the retention of cash proceeds to fund the budget then in effect and mutually agreeable provisions for reserves relating to applicable indemnity obligations, within five Business Days of receipt by HMH of proceeds from the disposition of any Non-STACK Assets, HMH shall distribute up to 100%, but no less than 75% of such proceeds to the holders Class D Common Units pro rata. If any applicable laws require the deduction or withholding of any tax from any distribution by the Company, as determined in the sole discretion of the Company, then the Company will be entitled to make such deduction or withholding. Any amounts so withheld or deducted shall be treated as distributed to the applicable Holder with respect to which such withholding or deduction was made. To the fullest extent permitted by law, each Holder hereby agrees to indemnify and hold harmless the Company and the other Holders from and against any liability (including, without limitation, any liability for taxes, penalties, additions to tax or interest) with respect to distributions to such Holder.

Without limiting "Exit Transactions" above, no distributions by the Company (whether in cash or in kind) to its equityholders shall be permitted except in connection with a redemption of the equity thereof.  In no event shall the Highbridge Holders be required to receive in kind distributions from the Company.

**Illiquid Asset Sale Right:**

After the date that is one year after the date of the SRII Closing, any Holder may elect by written notice to HMH and/or HMS (the "**Selling Party**") to initiate a marketed process for the sale of any Illiquid Assets (as defined below) and the proceeds thereof shall be distributed pro rata to the holders of the applicable HMH Common Units or HMS Common Units, as the case may be, (subject to any applicable reserves relating to indemnity obligations from such sale) (the "**Illiquid Asset Sale Right**"). "**Illiquid Assets**" means all assets of HMI and its Subsidiaries other than the SPAC Consideration (AMH) (and the HMH Common Units associated therewith) and the SPAC Consideration (KFM) (and the HMS Common Units associated therewith). Prior to or upon exercising an Illiquid Asset Sale Right, any Holder may offer to purchase any remaining Illiquid Assets (the "**Holder Purchase Offer**"). If the material terms (including price) a willing third party purchaser offers for the Illiquid Assets to be sold pursuant to the exercised Illiquid Asset Sale Right within 60 days from the delivery of the notice with respect to the exercise of Illiquid Asset Sale Right are less favorable in the aggregate to the Selling Party than the terms of the Holder Purchase Offer, the Selling Party shall sell the applicable Illiquid Assets to the party who made the Holder Purchase Offer pursuant to the terms of such offer. For the avoidance of doubt, any sale of Illiquid Assets (i) prior to the third anniversary of the SRII Closing shall require consent of the Board consistent with the consent requirements in effect as of the date hereof or (ii) shall be made to the third party offering to purchase such Illiquid Assets on the terms most favorable in the aggregate to the Selling Party (A) in connection

7

AMR_SDTX01656665

with the exercise of the Illiquid Asset Sale Right where no Holder Purchase Offer is made or (B) where the third party offer for such Illiquid Assets is more favorable in the aggregate to the Selling Party than the Holder Purchase Offer.

In connection with the completion of the sale of any remaining Illiquid Assets, any Holder shall have the right to cause the Company to, to the extent not distributed prior thereto, distribute in full pro rata to the Management Holders and the Bayou City Holders, in redemption of all of such Holder's remaining interest in the Company, the HMH Common Units and HMS Common Units to which such Holder is entitled. After the complete redemption of the Bayou City Holders and the Management Holders by the Company, the Company shall have the right to either sell its interest in HMH and HMS or cause HMH and HMS to distribute to the Company the Company's pro rata share of the assets of HMH and HMS.

For purposes of the "High Mesa Inc. Crystallization" on Exhibit A, the Holders have ascribed a value of $75 million in the aggregate to the Non-STACK Assets.

If any Illiquid Assets remain after the second anniversary of the SRII Closing, the Highbridge Holders may compel the Company or its applicable Subsidiary to sell, and the Management Holders shall purchase, such remaining Illiquid Assets at fair market value, as determined by a mutually agreeable independent valuation expert, which purchase may be financed with a seller note on then-prevailing market terms.

**Definitive Documentation:** The transactions contemplated by this term sheet will entail the following, in each case, to the extent necessary to implement the terms in this term sheet:

1. Amendment of Certificate of Incorporation to increase Common Stock;

2. Preferred Stock Certificates of Designations of the Company to be cancelled;

3. The Closing Stockholders Agreement;

4. An amendment and restatement of the HMH GP limited liability company;

5. An amendment and restatement of the HMH limited partnership agreement;

6. An amendment and restatement of the HMS limited liability company agreement; ¦and

7. Amendment to HMI Note Purchase Agreement to provide (i) that if the Company is required by law to withhold on any payment under the HMI Note Purchase Agreement due to any lender thereof, such payment due from the Company to such lender shall be increased to an amount which (after such applicable withholding) leaves an amount to such lender equal to the payment which would have been due if no such withholding had been required, and (ii) for immediate cash sweeps with respect to the sale of any assets of the Company or its Subsidiaries, which cash shall be applied to achieve a Mezzanine Termination Event.¦

8

**Governing Law:**          State of Delaware.

*******************

CONFIDENTIAL                                                AMR_SDTX01656667

**CRYSTALLIZATION**

"**20-Day VWAP**" means, as of a particular date, the average of the per share volume-weighted average price as displayed under the heading "Bloomberg VWAP" on the Bloomberg page applicable to the SRII Class A Common Stock (or, if Bloomberg ceases to publish such price, any successor service reasonably chosen by SRII) in respect of the period from the open of trading on the relevant trading day until the close of trading on such trading day for the 20 trading day period ending on the trading day immediately prior to such date (or, if such volume-weighted average price is unavailable, the market price of one share of such security on such trading day determined, using a volume-weighted average method, by a nationally recognized investment banking firm (unaffiliated with SRII) retained for such purpose by SRII).

"**AMH GP**" means Alta Mesa Holdings GP, LLC, a Texas limited liability company.

"**AMH LP**" means Alta Mesa Holdings, LP, a Texas limited partnership.

"**Common Units**" means common units representing limited partner interests in the Partnership.

"**Founder Notes**" means (i) the Second Amended and Restated Promissory Note dated as of March 25, 2014, made by Galveston Bay Resources, LP in favor of Michael E. Ellis in the original principal amount of $345,523.89, (ii) the Second Amended and Restated Promissory Note dated as of March 25, 2014, made by AMH LP in favor of Michael E. Ellis in the original principal amount of $11,561,550.87, and (iii) the Second Amended and Restated Promissory Note dated as of March 25, 2014, made by Petro Acquisitions, LP in favor of Michael E. Ellis in the original principal amount of $178,278.21, each of which may be assigned to a pass through entity managed by Michael Ellis in connection with a charitable donation.

"**HMI Note Purchase Agreement**" means the Note Purchase Agreement, dated as of March 25, 2014, by and among the Company, as issuer, Cortland Capital Market Services LLC, as administrative agent for the holders, and the holders named therein, as amended to date.

"**HMS LLC Agreement**" means the Company Agreement of High Mesa Services, LLC, a Delaware limited liability company, dated October 31, 2014.

"**Kingfisher Note Purchase Agreement**" means the Note Purchase Agreement dated as of August 31, 2015, by and among: HMS Kingfisher Holdco, LLC, HPS Investment Partners, LLC, as Administrative Agent, HPS Investment Partners, LLC, as Investor Advisor, and each entity from time to time party thereto as a holder, as amended to date.

"**Participant**" means a Class A Limited Partner in HMH and/or a stockholder in the Company.

"**Partnership**" means SRII Opco, LP, a Delaware limited partnership.

"**RBL Credit Agreement**" means that certain Seventh Amended and Restated Credit Agreement dated as of November 10, 2016 among AMH LP, the lenders from time to time party thereto and Wells Fargo Bank, N.A. as administrative agent.

"**Riverstone**" means Riverstone VI Alta Mesa, L.P., a Delaware limited partnership.

"**SRII Agreement (AMH)**" means, that certain Contribution Agreement by and among HMH, HMH GP, AMH LP, AMH GP, Riverstone and the Contributor Owners named therein.

CONFIDENTIAL

AMR_SDTX01656668

"**SRII Agreement (KFM)**" means, that certain Contribution Agreement by and among KFM Holdco, LLC, Kingfisher Midstream, LLC, SRII, and the Contributor Members named therein.

"**SRII Agreements**" means, collectively, (i) the SRII Agreement (AMH) and (ii) the SRII Agreement (KFM).

"**SRII Class A Common Stock**" means the Class A common stock, par value $0.0001 par value, of SRII.

"**SRII Class C Common Stock**" means the Class C common stock, par value $0.0001 par value, of SRII.

"**Tax Receivables Agreement**" means the Tax Receivables Agreement by and among SRII, the Partnership, Riverstone and HMH.

**SRII Closing Flow of Funds:**

Upon the signing of the SRII Agreements, Riverstone will contribute $200 million to AMH LP, which will use the proceeds to pay down the RBL Credit Agreement. Amounts will thereafter be drawn down under the RBL Credit Agreement to fund "Organic CapEx" and "Inorganic Acquisition CapEx" in accordance with the terms of the SRII Agreement (AMH) and the AMH LP agreement of limited partnership.

Unless the SRII Closing occurs by September 30, 2017, the Company will no longer be able to redeem the holders of Sub-Series E-1 Preferred Stock pursuant to the Company Redemption (each as defined in the Series E Certificate of Designations) for cash as contemplated by the terms set forth in the Series E Certificate of Designations. If the Sub-Series E-1 Preferred Stock is not purchased pursuant to the Shareholder Purchase Right (as defined in the Series E Certificate of Designations) within fifteen Business Days following the SRII Closing (which all Holders agree constitutes a Liquidity Event (as defined in the Series E Certificate of Designations)), then Sub-Series E-1 Preferred Stock then outstanding will convert into Common Stock as if it had converted at the time of the SRII Closing when all other Preferred Stock converted.

The cash received by HMH (i) directly pursuant to the Contribution Agreement (AMH) in connection with the SRII Closing and (ii) indirectly pursuant to the Contribution Agreement (KFM) in connection with the SRII Closing as a result of AMH LP's 10% interest in ARM-M I, LLC will be used as follows:

1. to pay off debt under the HMI Note Purchase Agreement (the amount of which if paid off on September 30, 2017 would be $235,718,910.80);

2. to pay off all performance appreciation rights then outstanding under the Alta Mesa Holdings, L.P. Performance Appreciation Rights Plan (which payment will only burden the consideration allocable to the Management Holders) (approximately $[●]); and

3. if the Closing is funded by September 30, 2017, to pay off the redemption price for the Sub-Series E-1 Preferred Stock (approximately $[●]).

The cash received by HMS Kingfisher Holdco, LLC indirectly pursuant to the Contribution Agreement (KFM) in connection with the SRII Closing will be used as follows:

CONFIDENTIAL

AMR_SDTX01656669

4.   to pay off debt under the Kingfisher Note Purchase Agreement (the amount of which if paid off on September 30, 2017 would be $205,259,751.60); and

5.   to pay off debt under the HMI Note Purchase Agreement (the amount of which is specified in item 1 above 2).

Payoff of legal, accounting, tax, financial and other advisors, including the banking fees payable to Citi, to be made immediately after the SRII Closing, by a draw-down of debt under the RBL Credit Agreement, so as to take advantage of SRII's obligation to pay half of such fees, up to $10 million. In addition, debt will be drawn down under the RBL Credit Agreement to pay off all account balances under the [Alta Mesa Holdings, L.P. Deferred Compensation Incentive Plan and the Alta Mesa Holdings, L.P. Supplemental Executive Retirement Plan, since those are obligations of AMH LP.][3]

**High Mesa Inc. Crystallization:**

On the date of the SRII Closing (the "**Closing Date**"), all outstanding Shares of Preferred Stock of the Company shall be converted into Common Stock based on the SRII Closing constituting a Liquidity Event under the Amended and Restated Agreement of Limited Partnership of HMH, dated as of the date hereof (the "**HMH LP Agreement**") of HMH and under the Certificates of Designations and Stockholders Agreement that govern the terms of the Preferred Stock (with such conversion metrics, the "**HMI Waterfall**"), based upon the following assumptions:

1.   On the Closing Date, but immediately prior to the Closings, certain of the Founder Notes will be transferred to [Ellis Church Entity, LLC] and immediately thereafter, all of the Founders Notes will be exchanged for limited partnership interests in HMH (which payment will only burden the consideration allocable to the Management Holders) with a value equal to all outstanding principal and interest thereon (approximately $28 million as of June 30, 2017);

2.   After the application of the flow of funds in accordance with items 1 through 3 and item 4 in the "SRII Closing Flow of Funds" Section above, any cash (including any proceeds received from the sale of any Non-STACK Assets prior to the SRII Closing) will be immediately prior to the conversion of all outstanding Preferred Stock into Common Stock (including the Sub-Series E-1 Preferred Stock, if any, being deemed to have converted on the Closing Date as described in the "SRII Closing Flow of Funds" Section above);

3.   The Non-STACK Assets shall be valued at $75 million on the Closing Date; provided, however, such amount shall be reduced by the Company's pro rata portion of any proceeds received in respect of the sale of the Weeks Island asset prior to the Closing Date;

4.   The SPAC Consideration (AMH) and SPAC Consideration (KFM) received by HMH in connection with the SRII Agreements shall be valued at $10.00 per Common Unit and associated share of SRII Class C Common Stock;

5.   For purposes of the SRII Liquidity Event, the valuation of the Company to be run through the HMI Waterfall shall be based on the value of the Company's pro rata ownership of

---

[3] Note to Draft: Management to provided estimates for expected payoffs of these amounts.

16467314_7

CONFIDENTIAL                                                                     AMR_SDTX01656670

HMH pursuant to the HMH Waterfall (as defined below), the value of any Non-STACK Assets owned directly by the Company and the value of HMS (the "**Base Value**"); and

6. Although both SRII Agreements contain post-closing adjustments, all of the foregoing calculations will assume that, absent manifest error, the net effect on valuation of the post-closing adjustments will be zero for purposes of determining Base Value and the Company's indirect share in all cash held in escrow and Reserved Units will be counted as having been received by the Company. The above calculations will not be revisited based upon any events that are scheduled to occur after the Closing Date.

**HMH Crystallization**

On the Closing Date, all outstanding economic equity interests of HMH shall be converted into HMH Common Units and an equal number of each class of HMH Common Units distributed to the "Class A Limited Partners" and "Class B Limited Partners" (each as defined in the HMH LP Agreement) based on the SRII Closing constituting a Liquidity Event under the HMH LP Agreement with the value of HMH calculated as the aggregate amounts set forth in items 2 through 4 (including amounts allocated to the Company and flowed through the HMI Waterfall) in the "High Mesa Inc. Crystallization" Section above applied in accordance with Section 4.1 of the HMH LP Agreement (the "**HMH Waterfall**" and collectively with the HMI Waterfall, the "**Waterfalls**"). Example calculations of ownership splits in HMH and the Company contemplated by the Waterfalls are attached hereto as Exhibit A-1.

**Separate Crystallization for Earn-Out Consideration payable under the SRII Agreements:**

7. Once the Base Value is determined, the Company shall also run the values set forth in item 8 below through the Waterfalls all on and as of the Closing Date to determine the allocation of the Earn-Out Consideration (AMH) that remains payable under the SRII Agreement (AMH) and the Earn-Out Consideration (KFM) that remains payable under the SRII Agreement (KFM) in order to determine the percentage each Participant is entitled to receive out of each tranche of the Earn-Out Consideration (AMH) and Earn-Out Consideration (KFM), if and when paid.

8. The values to be run through the Waterfalls shall be: (a) Base Value plus $182.5 million (the "**$14.00 Value**"), (b) Base Value plus $365.0 million (the "**$16.00 Value**"), (c) Base Value plus $615.0 million (the "**$18.00 Value**"), and (d) Base Value plus $865.0 million (the "**$20.00 Value**").

9. The Company will compare the value payable to each Participant in the Waterfalls at the Base Value and the value payable to each such Participant at the $14.00 Value (with respect to each Participant, the "**$14.00 Value Difference**") and each such Participant will be entitled to receive out of the SPAC Consideration then issuable under the SRII Agreements, if and when the 20-Day VWAP equals or exceeds $14.00, a number of shares of SRII Class A Common Stock equal to his or its $14.00 Value Difference divided by $14.00 per share.

10. The Company will compare the value payable to each Participant in the Waterfalls at the $14.00 Value and the value payable to each such Participant at the $16.00 Value (with

13

CONFIDENTIAL                                                                          AMR_SDTX01656671

respect to each Participant, the "**$16.00 Value Difference**") and each such Participant will be entitled to receive out of the SPAC Consideration then issuable under the SRII Agreements, if and when the 20-Day VWAP equals or exceeds $16.00, a number of shares of SRII Class A Common Stock equal to his or its $16.00 Value Difference divided by $16.00 per share.

11. The Company will compare the value payable to each Participant in the Waterfalls at the $16.00 Value and the value payable to each such Participant at the $18.00 Value (with respect to each Participant, the "**$18.00 Value Difference**") and each such Participant will be entitled to receive out of the SPAC Consideration then issuable under the SRII Agreements, if and when the 20-Day VWAP equals or exceeds $18.00, a number of shares of SRII Class A Common Stock equal to his or its $18.00 Value Difference divided by $18.00 per share.

12. The Company will compare the value payable to each Participant in the Waterfalls at the $18.00 Value and the value payable to each such Participant at the $20.00 Value (with respect to each Participant, the "**$20.00 Value Difference**") and each such Participant will be entitled to receive out of the SPAC Consideration then issuable under the SRII Agreements, if and when the 20-Day VWAP equals or exceeds $20.00, a number of shares of SRII Class A Common Stock equal to his or its $20.00 Value Difference divided by $20.00 per share.

13. With respect to any Earn-Out Consideration (AMH) and Earn-Out Consideration (KFM) issued pursuant to items 9 through 12 above, a Participant may elect by written notice to HMH at least five days prior to HMH's receipt thereof to receive such Participant's allocable portion of such Earn-Out Consideration (AMH) in SPAC Consideration (AMH) or Earn-Out Consideration (KFM) in SPAC Consideration (KFM), in each case, in lieu of SRII Class A Common Stock.

14. The Participants' rights under the Tax Receivable Agreement shall follow the Class B Common Units (or the Common Units and associated SRII Class C Common Stock, as the case may be) distributable to them in accordance with all of the Crystallization procedures (whether or not such shares are distributed, including shares sold by HMI to cover taxes).

15. Example calculations of ownership splits contemplated by this separate crystallization calculation of the Earn-Out Consideration (AMH) and Earn-Out Consideration (KFM) are attached hereto as Exhibit A-2.

16467314_7

CONFIDENTIAL

AMR_SDTX01656672

Exhibit A-1

Waterfall Calculation Examples

Exhibit A-1 to Exit Term Sheet

CONFIDENTIAL

AMR_SDTX01656673

<u>Exhibit A-2</u>

Separate Earn-Out Crystallization Calculation Examples

Exhibit A-2 to Exit Term Sheet

16467314_7

CONFIDENTIAL

AMR_SDTX01656674

Document comparison by Workshare Professional on Tuesday, August 15, 2017
8:15:06 PM

| Input: | |
|---|---|
| Document 1 ID | PowerDocs://DM/5523470/11 |
| Description | DM-#5523470-v11-HMI_Exit_Term_Sheet |
| Document 2 ID | PowerDocs://DM/5523470/12 |
| Description | DM-#5523470-v12-HMI_Exit_Term_Sheet |
| Rendering set | Standard |

| Legend: |
|---|
| Insertion |
| Deletion |
| Moved from |
| Moved to |
| Style change |
| Format change |
| Moved deletion |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 9 |
| Deletions | 9 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 18 |

AMR_SDTX01656675

| | |
|---|---|
| **From:** | Wallin, Jesse <jesse.wallin@kirkland.com> on behalf of Wallin, Jesse <jesse.wallin@kirkland.com> |
| **Sent:** | Tuesday, August 15, 2017 11:40 PM |
| **To:** | Nelson, Bill <Bill.Nelson@haynesboone.com>; 'Jean, Jason' <jason.jean@bracewell.com>; Jones, Cyril V. <cyril.jones@kirkland.com>; Odette, Vicki <Vicki.Odette@haynesboone.com>; Trauger, Kristina <Kristina.Trauger@haynesboone.com>; Shiman, Don <Don.Shiman@haynesboone.com>; Lichtman, Sam <Sam.Lichtman@haynesboone.com>; Menke, John <John.Menke@haynesboone.com>; McGinley, Liz <elizabeth.mcginley@bracewell.com>; Ouyang, Vivian <vivian.ouyang@bracewell.com>; Keenan, Charlotte <charlotte.keenan@bracewell.com>; Berg, Jared <jared.berg@bracewell.com>; hchappelle@altamesa.net; mmccabe@altamesa.net; Vaughan, Timothy J. <timothy.vaughan@kirkland.com> |
| **Cc:** | Benitez, William Joseph <wbenitez@kirkland.com>; Dundon, Mark <mark.dundon@kirkland.com>; Poland, Jeannie B. <jeannie.poland@kirkland.com>; Rafte, Alan <alan.rafte@bracewell.com>; Holmes, Mark <mark.holmes@bracewell.com>; Rice, Nick <Nick.Rice@haynesboone.com> |
| **Subject:** | RE: HMI Exit Term Sheet |
| **Attach:** | HMI Exit Term Sheet Exhibits Workbook (8.15.17).xlsm; Exhibit A-1.pdf; Exhibit A-2.pdf |

All,

Please see attached for what should be a final spreadsheet and associated Exhibits.

Thanks,
Jesse

**Jesse Wallin**
--------------------------------------------------------
**KIRKLAND & ELLIS LLP**
609 Main, Houston, TX 77002
**T** +1 713 836 3611
**F** +1 713 836 3601
--------------------------------------------------------
Jesse.Wallin@kirkland.com

**From:** Wallin, Jesse
**Sent:** Tuesday, August 15, 2017 4:34 PM
**To:** Nelson, Bill <Bill.Nelson@haynesboone.com>; 'Jean, Jason' <jason.jean@bracewell.com>; Jones, Cyril V. <cyril.jones@kirkland.com>; Odette, Vicki <Vicki.Odette@haynesboone.com>; Trauger, Kristina <Kristina.Trauger@haynesboone.com>; Shiman, Don <Don.Shiman@haynesboone.com>; Lichtman, Sam <Sam.Lichtman@haynesboone.com>; Menke, John <John.Menke@haynesboone.com>; McGinley, Liz <elizabeth.mcginley@bracewell.com>; Ouyang, Vivian <vivian.ouyang@bracewell.com>; Keenan, Charlotte <charlotte.keenan@bracewell.com>; Berg, Jared <jared.berg@bracewell.com>; hchappelle@altamesa.net; mmccabe@altamesa.net; Vaughan, Timothy J. <timothy.vaughan@kirkland.com>
**Cc:** Benitez, William Joseph <wbenitez@kirkland.com>; Dundon, Mark <mark.dundon@kirkland.com>; Poland, Jeannie B. <jeannie.poland@kirkland.com>; Rafte, Alan <alan.rafte@bracewell.com>; Holmes, Mark <mark.holmes@bracewell.com>; Rice, Nick <Nick.Rice@haynesboone.com>
**Subject:** RE: HMI Exit Term Sheet

AMR_SDTX01656676

All,

Please see attached for a slightly revised spreadsheet together with PDFs of each Exhibit.

Thanks,
Jesse

**Jesse Wallin**
------------------------------------------------------------
**KIRKLAND & ELLIS LLP**
609 Main, Houston, TX 77002
**T** +1 713 836 3611
**F** +1 713 836 3601
------------------------------------------------------------
Jesse.Wallin@kirkland.com

**From:** Wallin, Jesse
**Sent:** Tuesday, August 15, 2017 3:29 PM
**To:** Nelson, Bill <Bill.Nelson@haynesboone.com>; 'Jean, Jason' <jason.jean@bracewell.com>; Jones, Cyril V. <cyril.jones@kirkland.com>; Odette, Vicki <Vicki.Odette@haynesboone.com>; Trauger, Kristina <Kristina.Trauger@haynesboone.com>; Shiman, Don <Don.Shiman@haynesboone.com>; Lichtman, Sam <Sam.Lichtman@haynesboone.com>; Menke, John <John.Menke@haynesboone.com>; McGinley, Liz <elizabeth.mcginley@bracewell.com>; Ouyang, Vivian <vivian.ouyang@bracewell.com>; Keenan, Charlotte <charlotte.keenan@bracewell.com>; Berg, Jared <jared.berg@bracewell.com>; hchappelle@altamesa.net; mmccabe@altamesa.net; Vaughan, Timothy J. <timothy.vaughan@kirkland.com>
**Cc:** Benitez, William Joseph <wbenitez@kirkland.com>; Dundon, Mark <mark.dundon@kirkland.com>; Poland, Jeannie B. <jeannie.poland@kirkland.com>; Rafte, Alan <alan.rafte@bracewell.com>; Holmes, Mark <mark.holmes@bracewell.com>; Rice, Nick <Nick.Rice@haynesboone.com>
**Subject:** RE: HMI Exit Term Sheet

All,

Please see attached for an example set of calculations (understanding that the ultimate inputs will change between signing and closing). Included in this spreadsheet are the exhibits that may be attached to the Exit Term Sheet.

Thanks,
Jesse

**Jesse Wallin**
------------------------------------------------------------
**KIRKLAND & ELLIS LLP**
609 Main, Houston, TX 77002
**T** +1 713 836 3611
**F** +1 713 836 3601
------------------------------------------------------------
Jesse.Wallin@kirkland.com

**From:** Wallin, Jesse
**Sent:** Tuesday, August 15, 2017 1:47 PM
**To:** 'Nelson, Bill' <Bill.Nelson@haynesboone.com>; 'Jean, Jason' <jason.jean@bracewell.com>; Jones, Cyril V. <cyril.jones@kirkland.com>; Odette, Vicki <Vicki.Odette@haynesboone.com>; Trauger, Kristina <Kristina.Trauger@haynesboone.com>; Shiman, Don <Don.Shiman@haynesboone.com>; Lichtman, Sam <Sam.Lichtman@haynesboone.com>; Menke, John <John.Menke@haynesboone.com>; McGinley, Liz <elizabeth.mcginley@bracewell.com>; Ouyang, Vivian <vivian.ouyang@bracewell.com>; Keenan, Charlotte <charlotte.keenan@bracewell.com>; Berg, Jared <jared.berg@bracewell.com>; hchappelle@altamesa.net;

 AMR_SDTX01656677

mmccabe@altamesa.net; Vaughan, Timothy J. <timothy.vaughan@kirkland.com>
**Cc:** Benitez, William Joseph <wbenitez@kirkland.com>; Dundon, Mark <mark.dundon@kirkland.com>; Poland, Jeannie
B. <jeannie.poland@kirkland.com>; Rafte, Alan <alan.rafte@bracewell.com>; Holmes, Mark
<mark.holmes@bracewell.com>; Rice, Nick <Nick.Rice@haynesboone.com>
**Subject:** RE: HMI Exit Term Sheet

We anticipate being in a position to circulate these examples later in the day.

Thanks,
Jesse

**Jesse Wallin**
-----------------------------------------------------
**KIRKLAND & ELLIS LLP**
609 Main, Houston, TX 77002
**T** +1 713 836 3611
**F** +1 713 836 3601
-----------------------------------------------------
Jesse.Wallin@kirkland.com

**From:** Nelson, Bill [mailto:Bill.Nelson@haynesboone.com]
**Sent:** Tuesday, August 15, 2017 1:09 PM
**To:** 'Jean, Jason' <jason.jean@bracewell.com>; Jones, Cyril V. <cyril.jones@kirkland.com>; Odette, Vicki
<Vicki.Odette@haynesboone.com>; Trauger, Kristina <Kristina.Trauger@haynesboone.com>; Shiman, Don
<Don.Shiman@haynesboone.com>; Lichtman, Sam <Sam.Lichtman@haynesboone.com>; Menke, John
<John.Menke@haynesboone.com>; McGinley, Liz <elizabeth.mcginley@bracewell.com>; Ouyang, Vivian
<vivian.ouyang@bracewell.com>; Keenan, Charlotte <charlotte.keenan@bracewell.com>; Berg, Jared
<jared.berg@bracewell.com>; hchappelle@altamesa.net; mmccabe@altamesa.net
**Cc:** Benitez, William Joseph <wbenitez@kirkland.com>; Dundon, Mark <mark.dundon@kirkland.com>; Wallin, Jesse
<jesse.wallin@kirkland.com>; Poland, Jeannie B. <jeannie.poland@kirkland.com>; Rafte, Alan
<alan.rafte@bracewell.com>; Holmes, Mark <mark.holmes@bracewell.com>; Rice, Nick <Nick.Rice@haynesboone.com>
**Subject:** RE: HMI Exit Term Sheet

Attached please find a clean and marked copy of the exit term sheet.  The marked copy is a comparison versus the
Bracewell draft sent yesterday afternoon.

Additionally, could someone at Kirkland please let us know when we should expect to see the example calculations that
are intended to be attached as exhibits to the term sheet.

**haynes**boone
**Bill Nelson**
Partner
bill.nelson@haynesboone.com

**Haynes and Boone, LLP**
1221 McKinney Street
Suite 2100
Houston, TX 77010

(t) 713.547.2084
(f) 713.236.5557

vCard | Bio | Website

**From:** Jean, Jason [mailto:jason.jean@bracewell.com]
**Sent:** Monday, August 14, 2017 1:23 PM

AMR_SDTX01656678

**To:** Jones, Cyril V.; Odette, Vicki; Nelson, Bill; Trauger, Kristina; Shiman, Don; Lichtman, Sam; Menke, John; McGinley, Liz; Ouyang, Vivian; Keenan, Charlotte; Berg, Jared; hchappelle@altamesa.net; mmccabe@altamesa.net
**Cc:** Benitez, William Joseph; Dundon, Mark; Wallin, Jesse; Poland, Jeannie B.; Rafte, Alan; Holmes, Mark
**Subject:** RE: HMI Exit Term Sheet

Please find attached the further revised term sheet.  I have also attached a marked copy to the K&E draft circulated by the email below.

Thanks,
Jason

---

**From:** Jones, Cyril V. [mailto:cyril.jones@kirkland.com]
**Sent:** Sunday, August 13, 2017 8:03 PM
**To:** Odette, Vicki <Vicki.Odette@haynesboone.com>; Jean, Jason <jason.jean@bracewell.com>; Nelson, Bill <Bill.Nelson@haynesboone.com>; Trauger, Kristina <Kristina.Trauger@haynesboone.com>; Shiman, Don <Don.Shiman@haynesboone.com>; Lichtman, Sam <Sam.Lichtman@haynesboone.com>; Menke, John <John.Menke@haynesboone.com>; McGinley, Liz <elizabeth.mcginley@bracewell.com>; Ouyang, Vivian <vivian.ouyang@bracewell.com>; Keenan, Charlotte <charlotte.keenan@bracewell.com>; Berg, Jared <jared.berg@bracewell.com>; hchappelle@altamesa.net; mmccabe@altamesa.net
**Cc:** Benitez, William Joseph <wbenitez@kirkland.com>; Dundon, Mark <mark.dundon@kirkland.com>; Wallin, Jesse <jesse.wallin@kirkland.com>; Poland, Jeannie B. <jeannie.poland@kirkland.com>
**Subject:** RE: HMI Exit Term Sheet

Attached please find a revised draft of the Exit Term Sheet marked against H&B's draft from earlier this afternoon.  This draft is being circulated to simultaneously to BCE and remains subject to its ongoing review and comment in all respects.  We understand that BCE has also circulated a draft of the exhibits contemplated in this term sheet to the business teams.

Best,

Cy

**Cy Jones**
--------------------------------------------------------
**KIRKLAND & ELLIS LLP**
600 Travis Street, Suite 3300, Houston, TX 77002
**T** +1 713 835 3743  **M** +1 346 221 4835
**F** +1 713 835 3601
--------------------------------------------------------
cyril.jones@kirkland.com

---

**From:** Odette, Vicki [mailto:Vicki.Odette@haynesboone.com]
**Sent:** Sunday, August 13, 2017 2:44 PM
**To:** 'Jean, Jason' <jason.jean@bracewell.com>; Jones, Cyril V. <cyril.jones@kirkland.com>; Nelson, Bill <Bill.Nelson@haynesboone.com>; Trauger, Kristina <Kristina.Trauger@haynesboone.com>; Shiman, Don <Don.Shiman@haynesboone.com>; Lichtman, Sam <Sam.Lichtman@haynesboone.com>; Menke, John <John.Menke@haynesboone.com>
**Cc:** Benitez, William Joseph <wbenitez@kirkland.com>; Dundon, Mark <mark.dundon@kirkland.com>; Wallin, Jesse <jesse.wallin@kirkland.com>; Poland, Jeannie B. <jeannie.poland@kirkland.com>; McGinley, Liz <elizabeth.mcginley@bracewell.com>; Ouyang, Vivian <vivian.ouyang@bracewell.com>; Keenan, Charlotte <charlotte.keenan@bracewell.com>; Berg, Jared <jared.berg@bracewell.com>; hchappelle@altamesa.net; mmccabe@altamesa.net
**Subject:** RE: HMI Exit Term Sheet

Attached please find a revised draft of the term sheet.   There are a number of footnotes for the business teams to

AMR_SDTX01656679

discuss.

Regards,

Vicki

---

**From:** Jean, Jason [mailto:jason.jean@bracewell.com]
**Sent:** Saturday, August 12, 2017 4:10 PM
**To:** Jones, Cyril V.; Odette, Vicki; Nelson, Bill; Trauger, Kristina; Shiman, Don; Lichtman, Sam; Menke, John
**Cc:** Benitez, William Joseph; Dundon, Mark; Wallin, Jesse; Poland, Jeannie B.; McGinley, Liz; Ouyang, Vivian; Keenan, Charlotte; Berg, Jared
**Subject:** RE: HMI Exit Term Sheet

Please find attached the revised term sheet marked to the K&E draft below.

Thanks,
Jason

_____

**JASON M. JEAN**
Partner
jason.jean@bracewell.com
T: +1.713.221.1328 | F: +1.800.404.3970 | M: +1.832.659.9230

**BRACEWELL LLP**
711 Louisiana Street Suite 2300 | Houston, TX | 77002-2770
bracewell.com | profile | download v-card

CONFIDENTIALITY STATEMENT
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Jones, Cyril V. [mailto:cyril.jones@kirkland.com]
**Sent:** Tuesday, August 1, 2017 10:15 PM
**To:** Odette, Vicki <Vicki.Odette@haynesboone.com>; Nelson, Bill <Bill.Nelson@haynesboone.com>; Trauger, Kristina <Kristina.Trauger@haynesboone.com>; Shiman, Don <Don.Shiman@haynesboone.com>; Lichtman, Sam <Sam.Lichtman@haynesboone.com>; Menke, John <John.Menke@haynesboone.com>; Jean, Jason <jason.jean@bracewell.com>
**Cc:** Benitez, William Joseph <wbenitez@kirkland.com>; Dundon, Mark <mark.dundon@kirkland.com>; Wallin, Jesse <jesse.wallin@kirkland.com>; Poland, Jeannie B. <jeannie.poland@kirkland.com>
**Subject:** RE: HMI Exit Term Sheet

Attached please find a revised draft of the HMI exit term sheet marked against the draft circulated by H&B below.  This draft generally reflects a series of mechanical clarifications and additional detail on the crystallization process at both the HMI and HMH levels, but has not been reviewed by BCE and remains subject to their ongoing review.

We are working with BCE to prepare a series of simple examples to be attached in the contemplated exhibits and will circulate those for review by the commercial teams when ready.

Please let us know of any questions or if you would like to discuss.

CONFIDENTIAL
AMR_SDTX01656680

Thanks,

Cy

**Cy Jones**
---------------------------------------------------------
**KIRKLAND & ELLIS LLP**
600 Travis Street, Suite 3300, Houston, TX 77002
**T** +1 713 835 3743  **M** +1 346 221 4835
**F** +1 713 835 3601
---------------------------------------------------------
cyril.jones@kirkland.com

**From:** Menke, John [mailto:John.Menke@haynesboone.com]
**Sent:** Sunday, July 30, 2017 9:34 AM
**To:** Jones, Cyril V. <cyril.jones@kirkland.com>; Benitez, William Joseph <wbenitez@kirkland.com>; Jean, Jason (jason.jean@bracewell.com) <jason.jean@bracewell.com>
**Cc:** Odette, Vicki <Vicki.Odette@haynesboone.com>; Nelson, Bill <Bill.Nelson@haynesboone.com>; Menke, John <John.Menke@haynesboone.com>; Trauger, Kristina <Kristina.Trauger@haynesboone.com>; Shiman, Don <Don.Shiman@haynesboone.com>; Lichtman, Sam <Sam.Lichtman@haynesboone.com>
**Subject:** HMI Exit Term Sheet.DOCX

Attached please find our comments to the Exit Matrix we received from K&E.

We reserve further comment on this draft.

## haynes*boone*
**John W. Menke**
Counsel
john.menke@haynesboone.com

**Haynes and Boone, LLP**
1221 McKinney Street
Suite 2100
Houston, TX 77010

(t) 713.547.2584
(f) 713.236.5429
(m) 713.203.0616

vCard | Bio | Website

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

   AMR_SDTX01656681

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

AMR_SDTX01656682

INPUTS

| | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | |
| 2 | **Inputs** | | | | **Proceeds and Shares** | | | | | | | | | |
| 3 | Effective Date | 11/15/2017 | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 5 | **Enterprise Values** | **$MM** | | | | | | | | **Data Table Refresh** | | | | |
| 6 | Enterprise Value of Alta Mesa | $2,200 | | | | | | | | **If making changes to the inputs, click the** | | | | |
| 7 | Enterprise Value of KFM | $1,350 | | | | | | | | **adjacent button to refresh the data tables** | | Data Table Refresh | | |
| 8 | | | | | | | | | | **feeding into the Exhibit tabs** | | (Click here) | | |
| 9 | **AMH Equity Value*** | **$MM** | | | | | | | | | | | | |
| 10 | EV of AMH | $2,200 | | | | | | | | | | | | |
| 11 | Net Debt at AMH | (770) | | | | | | | | | | | | |
| 12 | Inorganic Acq. Made (NFX acq. estimate represented) | 45 | | | | | | | | **Crystallized HMI Value (Pre-Pars Adjustment)** | | **$MM** | **%** | |
| 13 | Riverstone Capital Draw | 0 | | | | | | | | Series D Preferred Stock | | $464 | 29.5% | |
| 14 | AM Transaction Expenses (incl. Banking Fees, SERP, etc.) | (28) | | | | | | | | Series E Preferred Stock | | $97 | 6.2% | |
| 15 | Equity Value of AMH | $ 1,447 | | | | | | | | Series B Preferred Stock | | $449 | 28.5% | |
| 16 | | | | | | | | | | Series C Preferred Stock | | $89 | 5.6% | |
| 17 | **KFM Equity Value** | **$MM** | | | | | | | | Management HMI Common | | $299 | 19.0% | |
| 18 | EV of Midstream | $1,350 | | | | | | | | Management HMH Class A | | $177 | 11.2% | |
| 19 | Max Capex Credit | $77 | | | | | | | | Total | | $1,574 | 100.0% | |
| 20 | KFM NWC Estimate | $3 | | | | | | | | | | | | |
| 21 | KFM Escrow Holdback | ($5) | | | | | | | | **Crystallized HMI Sharing (Post-Pars)** | | **$MM** | **%** | |
| 22 | KFM Debt Estimate | ($77) | | | | | | | | Series D Preferred Stock | | $464 | 29.7% | |
| 23 | KFM Transaction Expenses | ($35) | | | | | | | | Series E Preferred Stock | | $97 | 6.2% | |
| 24 | Adjusted KFM Ent. / Eq. Value | $1,313 | | | | | | | | Series B Preferred Stock | | $449 | 28.7% | |
| 25 | Pref @ Midstream | (400) | | | | | | | | Series C Preferred Stock | | $89 | 5.7% | |
| 26 | Equity @ Midstream | 913 | | | | | | | | Management HMI Common | | $299 | 19.1% | |
| 27 | Equity % to High Mesa | 31.5% | | | | | | | | Management HMH Class A | | $164 | 10.5% | |
| 28 | Equity Value to High Mesa from KFM | $287.4 | | | | | | | | Total | | $1,562 | 100.0% | |
| 29 | | | | | | | | | | | | | | |
| 30 | AMH + KFM Equity Value | $1,734 | | | | | | | | | | | | |
| 31 | HPS Mezz (NPA at High Mesa)** | ($235) | | | | | | | | 287.1 | | | | |
| 32 | Called 60% of Series E | ~ | | | | | | | | | | | | |
| 33 | Value for Other Assets HMI/HMH Waterfall | $75.0 | | | | | | | | | | | | |
| 34 | HMI Waterfall Value | $1,574 | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | |
| 36 | **PARS Value** | **$12.5** | | | | | | | | | | | | |
| 37 | *(funded out of AMH/HMH Class A)* | | | | | | | | | | | | | |
| 38 | | | | | | | | | | | | | | |
| 39 | **Alta Mesa Contributors Earn Out** | **$MM** | | | | | | | | | | | | |
| 40 | Tier 1 ($14 / share) | $182.5 | | | | | | | | | | | | |
| 41 | Tier 2 ($16 / share) | $182.5 | | | | | | | | | | | | |
| 42 | Tier 3 ($18 / share) | $250.0 | | | | | | | | | | | | |
| 43 | Tier 4 ($20 / share) | $250.0 | | | | | | | | | | | | |
| 44 | Total | $865.0 | | | | | | | | | | | | |
| 45 | | | | | | | | | | | | | | |
| 46 | *To be updated to include SERP payment and adjustment for RS payment of fees | | | | | | | | | | | | | |
| 47 | **To be updated based on amount of cash received by HMI and ultimate amount of HPS Mezz paid off. | | | | | | | | | | | | | |

Mezz Prepayment

| HMI Mezz Prepayment Calcs | | | | |
|---|---|---|---|---|
| Prepayment Date | | 11/15/2017 | | |
| Prepayment Fee | | 6.0% | | |
| | | | | |
| CASH INTEREST RATE | | 7.00% | 7.00% | 7.00% |
| PIK INTEREST RATE | | 4.00% | 4.00% | 4.00% |
| DAY COUNT | | 360 | 360 | 360 |
| DAYS | | 92 | 46 | - |
| | | | | |
| Quarter End | 6/30/2017 | 9/30/2017 | 12/31/2017 | 3/31/2018 |
| Earlier of Quarter End or Prepayment Date | 6/30/2017 | 9/30/2017 | 11/15/2017 | 11/15/2017 |
| | | | | |
| BOP Principal Balance | | $216,631,287.40 | $218,845,740.56 | - |
| Cash Interest | | $3,875,293.03 | $1,957,453.57 | - |
| PIK Interest | | $2,214,453.16 | $1,118,544.90 | - |
| Principal Repayment | | - | ($218,845,740.56) | - |
| EOP Principal Balance | $216,631,287.40 | $218,845,740.56 | - | - |
| | | | | |
| | | | | |
| Prepayment Amount Due at Closing | | $0.00 | $3,075,998.46 | $0.00 |
| Interest Due | $3,075,998.46 | $0.00 | $13,130,744.43 | $0.00 |
| Prepayment Fees | $13,130,744.43 | $0.00 | $218,845,740.56 | $0.00 |
| Principal Balance | $218,845,740.56 | $0.00 | $235,052,483.46 | $0.00 |
| Total Due | $235,052,483.46 | $3,875,293.03 | $0.00 | $0.00 |
| Note: cumulative cash interest paid after 6/30 | $3,875,293.03 | | | |
| Total payments on HMI Mezz paid after 6/30 | $238,927,776.49 | | | |

Exhibit A-1

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | |
| 5 | | | Effective Date | **11/15/2017** | | | | | | | | |
| 6 | | | | | | | | | | | | |
| 7 | | | **Inputs \*** | | | **Proceeds and Shares** | | | | **Waterfalls** | | |
| 8 | | | **Enterprise Values** | **$MM** | | Equity Value | $1,574 | | | | | |
| 9 | | | Enterprise Value of Alta Mesa | $2,200 | | | | | | **High Mesa Holdings Crystallization** | | |
| 10 | | | Enterprise Value of KFM | $1,350 | | **Crystallized HMI Sharing (Post-Pars)** | **$MM** | **%** | | Total | **$MM** | **% of Group** |
| 11 | | | | | | Series D Preferred Stock | $464.3 | 29.7% | | Management Class A | $164.4 | 10.53% |
| 12 | | | **AMH Equity Value\*** | **$MM** | | Series E Preferred Stock | $96.9 | 6.2% | | HMI Class A + Class B | $1,397.5 | 89.47% |
| 13 | | | EV of AMH | $2,200 | | Series B Preferred Stock | $448.8 | 28.7% | | Total | **$1,561.9** | **100.0%** |
| 14 | | | Net Debt at AMH | (770) | | Series C Preferred Stock | $88.6 | 5.7% | | | | |
| 15 | | | Inorganic Acq. Made (NFX acq. estimate represented) | 45 | | Management HMI Common | $299.0 | 19.1% | | **High Mesa, Inc. Crystallization** | | |
| 16 | | | Riverstone Capital Draw | 0 | | Management HMH Class A | $164.4 | 10.5% | | Total | **$MM** | **% of Group** |
| 17 | | | AM Transaction Expenses (incl. Banking Fees, SERP, etc.) | (28) | | Total | $1,561.9 | 100.0% | | BCE - D | $464.3 | 33.22% |
| 18 | | | Equity Value of AMH | $ 1,447 | | | | | | BCE - E | $96.9 | 6.93% |
| 19 | | | | | | | | | | HPS - B | $448.8 | 32.11% |
| 20 | | | **KFM Equity Value** | **$MM** | | | | | | HPS - C | $88.6 | 6.34% |
| 21 | | | EV of Midstream | $1,350 | | | | | | Common | $299.0 | 21.39% |
| 22 | | | Max Capex Credit | $77 | | | | | | Total | **$1,397.5** | **100.0%** |
| 23 | | | KFM NWC Estimate | $3 | | | | | | | | |
| 24 | | | KFM Escrow Holdback | ($5) | | | | | | **Sum Crystallization** | | |
| 25 | | | KFM Debt Estimate | ($77) | | | | | | Total | **$MM** | **% of Group** |
| 26 | | | KFM Transaction Expenses | ($35) | | | | | | BCE - D | $464.3 | 29.73% |
| 27 | | | **Adjusted KFM Ent. / Eq. Value** | **$1,313** | | | | | | BCE - E | $96.9 | 6.20% |
| 28 | | | Pref @ Midstream | (400) | | | | | | HPS - B | $448.8 | 28.73% |
| 29 | | | Equity @ Midstream | 913 | | | | | | HPS - C | $88.6 | 5.67% |
| 30 | | | Equity % to High Mesa | 31.5% | | | | | | Common | $299.0 | 19.14% |
| 31 | | | Equity Value to High Mesa from KFM | $287 | | | | | | Management HMH Class A | $164.4 | 10.53% |
| 32 | | | | | | | | | | Total | **$1,561.9** | **100.0%** |
| 33 | | | AMH + KFM Equity Value | $1,734 | | | | | | | | |
| 34 | | | HPS Mezz (NPA at High Mesa)\*\* | ($235) | | | | | | | | |
| 35 | | | Value for Other Assets HMI/HMH Waterfall | $75.0 | | | | | | | | |
| 36 | | | **HMI Waterfall Value** | **$1,574** | | | | | | | | |
| 37 | | | | | | | | | | | | |
| 38 | | | PARS Value | $12.5 | | | | | | | | |
| 39 | | | | | | | | | | | | |
| 40 | | | **\* Inputs subject to final transaction adjustments at closing.** | | | | | | | | | |

Exhibit A-2

| Base | AM Earn out | Total Value | | | | Series D | Series E | Series B | Series C | Management HMI Common | Management HMH Class A | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Crystallization Percentages** | | | | | | | |
| $1,574 | $0.0 | $1,574.4 | | Base ($10 / Share) | | 29.7% | 6.2% | 28.7% | 5.7% | 19.1% | 10.5% | *100.0%* |
| | | | | *Value Difference* | | *29.3%* | *6.1%* | *16.1%* | *3.5%* | *22.6%* | *22.5%* | *100.0%* |
| $1,574 | $182.5 | $1,756.9 | | Earn-Out Tier 1 (Base + $183mm) | | 29.7% | 6.2% | 27.4% | 5.4% | 19.5% | 11.8% | *100.0%* |
| | | | | *Value Difference* | | *29.3%* | *6.1%* | *16.0%* | *3.2%* | *22.9%* | *22.5%* | *100.0%* |
| $1,574 | $365.0 | $1,939.4 | | Earn-Out Tier 1 (Base + $365mm) | | 29.6% | 6.2% | 26.3% | 5.2% | 19.8% | 12.8% | *100.0%* |
| | | | | *Value Difference* | | *29.3%* | *6.1%* | *16.0%* | *3.2%* | *22.9%* | *22.5%* | *100.0%* |
| $1,574 | $615.0 | $2,189.4 | | Earn-Out Tier 1 (Base + $615mm) | | 29.6% | 6.2% | 25.1% | 5.0% | 20.2% | 13.9% | *100.0%* |
| | | | | *Value Difference* | | *29.3%* | *6.1%* | *14.9%* | *3.2%* | *24.1%* | *22.5%* | *100.0%* |
| $1,574 | $865.0 | $2,439.4 | | Earn-Out Tier 1 (Base + $865mm) | | 29.6% | 6.2% | 24.1% | 4.8% | 20.6% | 14.8% | *100.0%* |

| | | | | | | Series D | Series E | Series B | Series C | Management HMI Common | Management HMH Class A | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ***Distributed Value ($MM)*** | | | | | | | |
| | | $182.5 | | Base ($10 / Share) | | $464 | $97 | $449 | $89 | $299 | $164 | $1,562 |
| | | | | *Value Difference* | | *$53* | *$11* | *$29* | *$6* | *$41* | *$41* | *$183* |
| | | $182.5 | | Earn-Out Tier 1 (Base + $183mm) | | $518 | $108 | $478 | $95 | $340 | $205 | $1,744 |
| | | | | *Value Difference* | | *$53* | *$11* | *$29* | *$6* | *$42* | *$41* | *$183* |
| | | $250.0 | | Earn-Out Tier 1 (Base + $365mm) | | $571 | $119 | $507 | $101 | $382 | $247 | $1,927 |
| | | | | *Value Difference* | | *$73* | *$15* | *$40* | *$8* | *$57* | *$56* | *$250* |
| | | $250.0 | | Earn-Out Tier 1 (Base + $615mm) | | $644 | $134 | $547 | $109 | $439 | $303 | $2,177 |
| | | | | *Value Difference* | | *$73* | *$15* | *$37* | *$8* | *$60* | *$56* | *$250* |
| | | | | Earn-Out Tier 1 (Base + $865mm) | | $717 | $150 | $585 | $117 | $499 | $359 | $2,427 |

CONFIDENTIAL

AMR_SDTX01656683

## Asset Sale Equity Outputs

| | |
|---|---|
| Pre-Money Equity ($mm): | $ 1,574 |
| PARS Value | $ 13 |

| | Total Equity Value ($mm) HMI BCE - D | BCE - E | HPS - B | HPS - C | Common | AMH Class A | Both Total | % of Total HMI BCE - D | BCE - E | HPS - B | HPS - C | Common | AMH Class A | Both Total | % of B, C and Common HMI HPS - B | HPS - C | Common | PARS Value | Total Equity Va... HMI BCE - D | BCE - E | HPS - B | HPS - C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/15/2017 | | | | | | | | | | | | | | | | | | | | | | |
| | $464 | $97 | $449 | $89 | $476 | | | | | | | | | | | | | | | | | |
| $1,574 | $464 | $97 | $449 | $89 | $299 | $177 | $1,574 | 29.49% | 6.15% | 28.51% | 5.63% | 18.99% | 11.24% | 100.00% | 53.66% | 10.59% | 35.75% | $ 13 | $464 | $97 | $449 | $89 |
| $1,757 | $518 | $108 | $478 | $95 | $340 | $218 | $1,757 | 29.47% | 6.15% | 27.22% | 5.40% | 19.36% | 12.41% | 100.00% | 52.36% | 10.39% | 37.25% | $ 13 | $518 | $108 | $478 | $95 |
| $1,939 | $571 | $119 | $507 | $101 | $382 | $259 | $1,939 | 29.45% | 6.14% | 26.16% | 5.19% | 19.69% | 13.36% | 100.00% | 51.25% | 10.18% | 38.58% | $ 13 | $571 | $119 | $507 | $101 |
| $2,189 | $644 | $134 | $547 | $109 | $439 | $315 | $2,189 | 29.43% | 6.14% | 25.00% | 4.97% | 20.06% | 14.40% | 100.00% | 49.98% | 9.93% | 40.10% | $ 13 | $644 | $134 | $547 | $109 |
| $2,439 | $717 | $150 | $585 | $117 | $499 | $372 | $2,439 | 29.41% | 6.14% | 23.96% | 4.79% | 20.47% | 15.23% | 100.00% | 48.69% | 9.72% | 41.59% | $ 13 | $717 | $150 | $585 | $117 |
| $2,689 | $791 | $165 | $620 | $124 | $562 | $428 | $2,689 | 29.40% | 6.13% | 23.05% | 4.60% | 20.91% | 15.91% | 100.00% | 47.47% | 9.46% | 43.07% | $ 13 | $791 | $165 | $620 | $124 |
| $2,939 | $864 | $180 | $655 | $130 | $626 | $484 | $2,939 | 29.39% | 6.13% | 22.30% | 4.43% | 21.29% | 16.47% | 100.00% | 46.44% | 9.23% | 44.33% | $ 13 | $864 | $180 | $655 | $130 |
| $3,189 | $942 | $185 | $682 | $137 | $704 | $540 | $3,189 | 29.52% | 5.79% | 21.38% | 4.31% | 22.07% | 16.94% | 100.00% | 44.77% | 9.02% | 46.21% | $ 13 | $942 | $185 | $682 | $137 |
| $3,439 | $995 | $195 | $698 | $142 | $812 | $597 | $3,439 | 28.92% | 5.68% | 20.30% | 4.14% | 23.61% | 17.34% | 100.00% | 42.24% | 8.62% | 49.14% | $ 13 | $995 | $195 | $698 | $142 |
| $3,689 | $1,048 | $206 | $714 | $146 | $922 | $653 | $3,689 | 28.41% | 5.59% | 19.36% | 3.95% | 25.00% | 17.69% | 100.00% | 40.08% | 8.17% | 51.75% | $ 13 | $1,048 | $206 | $714 | $146 |
| $3,939 | $1,101 | $217 | $731 | $149 | $1,033 | $709 | $3,939 | 27.95% | 5.52% | 18.55% | 3.78% | 26.21% | 18.00% | 100.00% | 38.21% | 7.78% | 54.01% | $ 13 | $1,101 | $217 | $731 | $149 |
| $4,189 | $1,154 | $228 | $747 | $152 | $1,143 | $765 | $4,189 | 27.56% | 5.45% | 17.83% | 3.63% | 27.28% | 18.27% | 100.00% | 36.58% | 7.44% | 55.98% | $ 13 | $1,154 | $228 | $747 | $152 |
| $4,439 | $1,208 | $237 | $763 | $155 | $1,254 | $822 | $4,439 | 27.22% | 5.33% | 17.19% | 3.49% | 28.25% | 18.51% | 100.00% | 35.13% | 7.14% | 57.73% | $ 13 | $1,208 | $237 | $763 | $155 |
| $4,689 | $1,245 | $244 | $781 | $159 | $1,383 | $878 | $4,689 | 26.54% | 5.20% | 16.66% | 3.38% | 29.50% | 18.72% | 100.00% | 33.63% | 6.83% | 59.54% | $ 13 | $1,245 | $244 | $781 | $159 |
| $4,939 | $1,281 | $251 | $799 | $162 | $1,512 | $934 | $4,939 | 25.93% | 5.09% | 16.18% | 3.28% | 30.61% | 18.91% | 100.00% | 32.32% | 6.55% | 61.13% | $ 13 | $1,281 | $251 | $799 | $162 |
| $5,189 | $1,317 | $259 | $817 | $166 | $1,641 | $990 | $5,189 | 25.37% | 4.98% | 15.75% | 3.19% | 31.62% | 19.08% | 100.00% | 31.15% | 6.31% | 62.54% | $ 13 | $1,317 | $259 | $817 | $166 |
| $5,439 | $1,353 | $266 | $837 | $169 | $1,768 | $1,047 | $5,439 | 24.87% | 4.89% | 15.39% | 3.11% | 32.50% | 19.24% | 100.00% | 30.18% | 6.09% | 63.73% | $ 13 | $1,353 | $266 | $837 | $169 |
| $5,689 | $1,389 | $273 | $883 | $173 | $1,870 | $1,103 | $5,689 | 24.41% | 4.80% | 15.51% | 3.03% | 32.86% | 19.38% | 100.00% | 30.18% | 5.90% | 63.92% | $ 13 | $1,389 | $273 | $883 | $173 |
| $5,939 | $1,425 | $280 | $928 | $177 | $1,971 | $1,159 | $5,939 | 23.99% | 4.72% | 15.62% | 2.98% | 33.18% | 19.51% | 100.00% | 30.17% | 5.75% | 64.08% | $ 13 | $1,425 | $280 | $928 | $177 |
| $6,189 | $1,461 | $288 | $973 | $185 | $2,067 | $1,215 | $6,189 | 23.60% | 4.65% | 15.72% | 2.99% | 33.40% | 19.63% | 100.00% | 30.17% | 5.75% | 64.08% | $ 13 | $1,461 | $288 | $973 | $185 |
| $6,439 | $1,495 | $293 | $1,019 | $194 | $2,167 | $1,272 | $6,439 | 23.21% | 4.55% | 15.83% | 3.02% | 33.65% | 19.75% | 100.00% | 30.16% | 5.74% | 64.10% | $ 13 | $1,495 | $293 | $1,019 | $194 |
| $6,689 | $1,522 | $298 | $1,067 | $203 | $2,271 | $1,328 | $6,689 | 22.75% | 4.46% | 15.95% | 3.04% | 33.95% | 19.85% | 100.00% | 30.13% | 5.74% | 64.13% | $ 13 | $1,522 | $298 | $1,067 | $203 |
| $6,939 | $1,549 | $304 | $1,115 | $212 | $2,376 | $1,384 | $6,939 | 22.32% | 4.38% | 16.06% | 3.06% | 34.23% | 19.94% | 100.00% | 30.11% | 5.73% | 64.16% | $ 13 | $1,549 | $304 | $1,115 | $212 |
| $7,189 | $1,576 | $309 | $1,162 | $221 | $2,480 | $1,440 | $7,189 | 21.93% | 4.30% | 16.17% | 3.08% | 34.49% | 20.03% | 100.00% | 30.08% | 5.73% | 64.19% | $ 13 | $1,576 | $309 | $1,162 | $221 |
| $7,439 | $1,604 | $315 | $1,210 | $230 | $2,584 | $1,497 | $7,439 | 21.56% | 4.23% | 16.26% | 3.10% | 34.74% | 20.12% | 100.00% | 30.06% | 5.73% | 64.21% | $ 13 | $1,604 | $315 | $1,210 | $230 |
| $7,689 | $1,631 | $320 | $1,257 | $240 | $2,689 | $1,553 | $7,689 | 21.21% | 4.16% | 16.35% | 3.11% | 34.97% | 20.19% | 100.00% | 30.04% | 5.72% | 64.23% | $ 13 | $1,631 | $320 | $1,257 | $240 |
| $7,939 | $1,658 | $326 | $1,305 | $249 | $2,793 | $1,609 | $7,939 | 20.88% | 4.10% | 16.44% | 3.13% | 35.18% | 20.27% | 100.00% | 30.03% | 5.72% | 64.26% | $ 13 | $1,658 | $326 | $1,305 | $249 |
| $8,189 | $1,685 | $331 | $1,353 | $258 | $2,897 | $1,665 | $8,189 | 20.58% | 4.04% | 16.52% | 3.15% | 35.38% | 20.33% | 100.00% | 30.01% | 5.72% | 64.28% | $ 13 | $1,685 | $331 | $1,353 | $258 |
| $8,439 | $1,712 | $337 | $1,400 | $267 | $3,002 | $1,722 | $8,439 | 20.28% | 3.99% | 16.59% | 3.16% | 35.57% | 20.40% | 100.00% | 29.99% | 5.71% | 64.29% | $ 13 | $1,712 | $337 | $1,400 | $267 |
| $8,689 | $1,740 | $342 | $1,448 | $276 | $3,106 | $1,778 | $8,689 | 20.02% | 3.94% | 16.66% | 3.17% | 35.75% | 20.46% | 100.00% | 29.98% | 5.71% | 64.31% | $ 13 | $1,740 | $342 | $1,448 | $276 |
| $8,939 | $1,767 | $347 | $1,496 | $285 | $3,211 | $1,834 | $8,939 | 19.77% | 3.89% | 16.73% | 3.19% | 35.91% | 20.52% | 100.00% | 29.97% | 5.71% | 64.33% | $ 13 | $1,767 | $347 | $1,496 | $285 |
| $9,189 | $1,794 | $353 | $1,543 | $294 | $3,315 | $1,890 | $9,189 | 19.52% | 3.84% | 16.79% | 3.20% | 36.07% | 20.57% | 100.00% | 29.95% | 5.71% | 64.34% | $ 13 | $1,794 | $353 | $1,543 | $294 |
| $9,439 | $1,821 | $358 | $1,591 | $303 | $3,419 | $1,947 | $9,439 | 19.30% | 3.80% | 16.85% | 3.21% | 36.22% | 20.62% | 100.00% | 29.94% | 5.70% | 64.36% | $ 13 | $1,821 | $358 | $1,591 | $303 |
| $9,689 | $1,849 | $364 | $1,638 | $312 | $3,524 | $2,003 | $9,689 | 19.08% | 3.75% | 16.91% | 3.22% | 36.37% | 20.67% | 100.00% | 29.93% | 5.70% | 64.37% | $ 13 | $1,849 | $364 | $1,638 | $312 |
| $9,939 | $1,876 | $369 | $1,686 | $321 | $3,628 | $2,059 | $9,939 | 18.87% | 3.71% | 16.96% | 3.23% | 36.50% | 20.72% | 100.00% | 29.92% | 5.70% | 64.38% | $ 13 | $1,876 | $369 | $1,686 | $321 |
| $10,189 | $1,903 | $375 | $1,734 | $330 | $3,732 | $2,115 | $10,189 | 18.68% | 3.68% | 17.02% | 3.24% | 36.63% | 20.76% | 100.00% | 29.91% | 5.70% | 64.39% | $ 13 | $1,903 | $375 | $1,734 | $330 |
| $10,439 | $1,930 | $380 | $1,781 | $339 | $3,837 | $2,172 | $10,439 | 18.49% | 3.64% | 17.06% | 3.25% | 36.75% | 20.80% | 100.00% | 29.90% | 5.70% | 64.40% | $ 13 | $1,930 | $380 | $1,781 | $339 |
| $10,689 | $1,957 | $386 | $1,829 | $348 | $3,941 | $2,228 | $10,689 | 18.31% | 3.61% | 17.11% | 3.26% | 36.87% | 20.84% | 100.00% | 29.89% | 5.69% | 64.41% | $ 13 | $1,957 | $386 | $1,829 | $348 |
| $10,939 | $1,985 | $391 | $1,877 | $357 | $4,046 | $2,284 | $10,939 | 18.14% | 3.57% | 17.15% | 3.27% | 36.98% | 20.88% | 100.00% | 29.88% | 5.69% | 64.42% | $ 13 | $1,985 | $391 | $1,877 | $357 |
| $11,189 | $2,012 | $396 | $1,924 | $367 | $4,150 | $2,340 | $11,189 | 17.98% | 3.54% | 17.20% | 3.28% | 37.09% | 20.92% | 100.00% | 29.88% | 5.69% | 64.43% | $ 13 | $2,012 | $396 | $1,924 | $367 |
| $11,439 | $2,039 | $402 | $1,972 | $376 | $4,254 | $2,397 | $11,439 | 17.83% | 3.51% | 17.24% | 3.28% | 37.19% | 20.95% | 100.00% | 29.87% | 5.69% | 64.44% | $ 13 | $2,039 | $402 | $1,972 | $376 |

AMR_SDTX01656683

## Asset Sale Equity Outputs

| # | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI | AK | AL | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV | AW | AX | AY |
|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| | lue ($mm) | | | % of Total | | | | | | | Total Equity Value ($mm) | | | | | | | % of Total | | | | | | | |
| | AMH | | Both | HMI | | | | AMH | | Both | | | HMI | | | AMH | Both | | | HMI | | | AMH | Both | Anchor |
| | Common | Class A | Total | BCE - D | BCE - E | HPS - B | HPS - C | Common | Class A | Total | BCE - D | BCE - E | HPS - B | HPS - C | Common | Class A | Total | BCE - D | BCE - E | HPS - B | HPS - C | Common | Class A | Total | Column |
| 12 | $299 | $164 | $1,562 | 29.73% | 6.20% | 28.73% | 5.67% | 19.14% | 10.53% | 100.00% | $464 | $97 | $449 | $89 | $299 | $164 | $1,562 | 29.73% | 6.20% | 28.73% | 5.67% | 19.14% | 10.53% | 100.00% | $1,574 |
| 13 | $340 | $205 | $1,744 | 29.68% | 6.19% | 27.41% | 5.44% | 19.50% | 11.78% | 100.00% | $518 | $108 | $478 | $95 | $340 | $205 | $1,744 | 29.68% | 6.19% | 27.41% | 5.44% | 19.50% | 11.78% | 100.00% | $1,757 |
| 14 | $382 | $247 | $1,927 | 29.64% | 6.18% | 26.33% | 5.23% | 19.82% | 12.79% | 100.00% | $571 | $119 | $507 | $101 | $382 | $247 | $1,927 | 29.64% | 6.18% | 26.33% | 5.23% | 19.82% | 12.79% | 100.00% | $1,939 |
| 15 | $439 | $303 | $2,177 | 29.60% | 6.18% | 25.15% | 5.00% | 20.18% | 13.91% | 100.00% | $644 | $134 | $547 | $109 | $439 | $303 | $2,177 | 29.60% | 6.18% | 25.15% | 5.00% | 20.18% | 13.91% | 100.00% | $2,189 |
| 16 | $499 | $359 | $2,427 | 29.56% | 6.17% | 24.09% | 4.81% | 20.58% | 14.79% | 100.00% | $717 | $150 | $585 | $117 | $499 | $359 | $2,427 | 29.56% | 6.17% | 24.09% | 4.81% | 20.58% | 14.79% | 100.00% | $2,439 |
| 17 | $562 | $415 | $2,677 | 29.53% | 6.16% | 23.16% | 4.62% | 21.01% | 15.51% | 100.00% | $791 | $165 | $620 | $124 | $562 | $415 | $2,677 | 29.53% | 6.16% | 23.16% | 4.62% | 21.01% | 15.51% | 100.00% | $2,689 |
| 18 | $626 | $472 | $2,927 | 29.51% | 6.16% | 22.39% | 4.45% | 21.38% | 16.11% | 100.00% | $864 | $180 | $655 | $130 | $626 | $472 | $2,927 | 29.51% | 6.16% | 22.39% | 4.45% | 21.38% | 16.11% | 100.00% | $2,939 |
| 19 | $704 | $528 | $3,177 | 29.64% | 5.81% | 21.46% | 4.32% | 22.15% | 16.61% | 100.00% | $942 | $185 | $682 | $137 | $704 | $528 | $3,177 | 29.64% | 5.81% | 21.46% | 4.32% | 22.15% | 16.61% | 100.00% | $3,189 |
| 20 | $812 | $584 | $3,427 | 29.03% | 5.70% | 20.37% | 4.16% | 23.70% | 17.04% | 100.00% | $995 | $195 | $698 | $142 | $812 | $584 | $3,427 | 29.03% | 5.70% | 20.37% | 4.16% | 23.70% | 17.04% | 100.00% | $3,439 |
| 21 | $922 | $640 | $3,677 | 28.50% | 5.61% | 19.43% | 3.96% | 25.08% | 17.41% | 100.00% | $1,048 | $206 | $714 | $146 | $922 | $640 | $3,677 | 28.50% | 5.61% | 19.43% | 3.96% | 25.08% | 17.41% | 100.00% | $3,689 |
| 22 | $1,033 | $697 | $3,927 | 28.04% | 5.53% | 18.60% | 3.79% | 26.29% | 17.74% | 100.00% | $1,101 | $217 | $731 | $149 | $1,033 | $697 | $3,927 | 28.04% | 5.53% | 18.60% | 3.79% | 26.29% | 17.74% | 100.00% | $3,939 |
| 23 | $1,143 | $753 | $4,177 | 27.64% | 5.46% | 17.88% | 3.64% | 27.36% | 18.02% | 100.00% | $1,154 | $228 | $747 | $152 | $1,143 | $753 | $4,177 | 27.64% | 5.46% | 17.88% | 3.64% | 27.36% | 18.02% | 100.00% | $4,189 |
| 24 | $1,254 | $809 | $4,427 | 27.30% | 5.35% | 17.24% | 3.50% | 28.33% | 18.28% | 100.00% | $1,208 | $237 | $763 | $155 | $1,254 | $809 | $4,427 | 27.30% | 5.35% | 17.24% | 3.50% | 28.33% | 18.28% | 100.00% | $4,439 |
| 25 | $1,383 | $865 | $4,677 | 26.61% | 5.22% | 16.70% | 3.39% | 29.57% | 18.50% | 100.00% | $1,245 | $244 | $781 | $159 | $1,383 | $865 | $4,677 | 26.61% | 5.22% | 16.70% | 3.39% | 29.57% | 18.50% | 100.00% | $4,689 |
| 26 | $1,512 | $922 | $4,927 | 25.99% | 5.10% | 16.22% | 3.29% | 30.69% | 18.70% | 100.00% | $1,281 | $251 | $799 | $162 | $1,512 | $922 | $4,927 | 25.99% | 5.10% | 16.22% | 3.29% | 30.69% | 18.70% | 100.00% | $4,939 |
| 27 | $1,641 | $978 | $5,177 | 25.43% | 5.00% | 15.79% | 3.20% | 31.70% | 18.89% | 100.00% | $1,317 | $259 | $817 | $166 | $1,641 | $978 | $5,177 | 25.43% | 5.00% | 15.79% | 3.20% | 31.70% | 18.89% | 100.00% | $5,189 |
| 28 | $1,768 | $1,034 | $5,427 | 24.92% | 4.90% | 15.43% | 3.12% | 32.58% | 19.05% | 100.00% | $1,353 | $266 | $837 | $169 | $1,768 | $1,034 | $5,427 | 24.92% | 4.90% | 15.43% | 3.12% | 32.58% | 19.05% | 100.00% | $5,439 |
| 29 | $1,870 | $1,090 | $5,677 | 24.46% | 4.81% | 15.55% | 3.04% | 32.93% | 19.21% | 100.00% | $1,389 | $273 | $883 | $173 | $1,870 | $1,090 | $5,677 | 24.46% | 4.81% | 15.55% | 3.04% | 32.93% | 19.21% | 100.00% | $5,689 |
| 30 | $1,971 | $1,147 | $5,927 | 24.04% | 4.73% | 15.66% | 2.98% | 33.25% | 19.34% | 100.00% | $1,425 | $280 | $929 | $177 | $1,971 | $1,147 | $5,927 | 24.04% | 4.73% | 15.66% | 2.98% | 33.25% | 19.34% | 100.00% | $5,939 |
| 31 | $2,067 | $1,203 | $6,177 | 23.65% | 4.66% | 15.76% | 3.00% | 33.47% | 19.47% | 100.00% | $1,461 | $288 | $973 | $185 | $2,067 | $1,203 | $6,177 | 23.65% | 4.66% | 15.76% | 3.00% | 33.47% | 19.47% | 100.00% | $6,189 |
| 32 | $2,167 | $1,259 | $6,427 | 23.26% | 4.56% | 15.86% | 3.02% | 33.71% | 19.59% | 100.00% | $1,495 | $293 | $1,019 | $194 | $2,167 | $1,259 | $6,427 | 23.26% | 4.56% | 15.86% | 3.02% | 33.71% | 19.59% | 100.00% | $6,439 |
| 33 | $2,271 | $1,315 | $6,677 | 22.79% | 4.47% | 15.98% | 3.04% | 34.01% | 19.70% | 100.00% | $1,522 | $298 | $1,067 | $203 | $2,271 | $1,315 | $6,677 | 22.79% | 4.47% | 15.98% | 3.04% | 34.01% | 19.70% | 100.00% | $6,689 |
| 34 | $2,376 | $1,372 | $6,927 | 22.36% | 4.39% | 16.09% | 3.06% | 34.29% | 19.80% | 100.00% | $1,549 | $304 | $1,115 | $212 | $2,376 | $1,372 | $6,927 | 22.36% | 4.39% | 16.09% | 3.06% | 34.29% | 19.80% | 100.00% | $6,939 |
| 35 | $2,480 | $1,428 | $7,177 | 21.96% | 4.31% | 16.19% | 3.08% | 34.55% | 19.89% | 100.00% | $1,576 | $309 | $1,162 | $221 | $2,480 | $1,428 | $7,177 | 21.96% | 4.31% | 16.19% | 3.08% | 34.55% | 19.89% | 100.00% | $7,189 |
| 36 | $2,584 | $1,484 | $7,427 | 21.59% | 4.24% | 16.29% | 3.10% | 34.80% | 19.98% | 100.00% | $1,604 | $315 | $1,210 | $230 | $2,584 | $1,484 | $7,427 | 21.59% | 4.24% | 16.29% | 3.10% | 34.80% | 19.98% | 100.00% | $7,439 |
| 37 | $2,689 | $1,540 | $7,677 | 21.24% | 4.17% | 16.38% | 3.12% | 35.02% | 20.06% | 100.00% | $1,631 | $320 | $1,257 | $240 | $2,689 | $1,540 | $7,677 | 21.24% | 4.17% | 16.38% | 3.12% | 35.02% | 20.06% | 100.00% | $7,689 |
| 38 | $2,793 | $1,597 | $7,927 | 20.92% | 4.11% | 16.46% | 3.14% | 35.23% | 20.14% | 100.00% | $1,658 | $326 | $1,305 | $249 | $2,793 | $1,597 | $7,927 | 20.92% | 4.11% | 16.46% | 3.14% | 35.23% | 20.14% | 100.00% | $7,939 |
| 39 | $2,897 | $1,653 | $8,177 | 20.61% | 4.05% | 16.54% | 3.15% | 35.43% | 20.21% | 100.00% | $1,685 | $331 | $1,353 | $258 | $2,897 | $1,653 | $8,177 | 20.61% | 4.05% | 16.54% | 3.15% | 35.43% | 20.21% | 100.00% | $8,189 |
| 40 | $3,002 | $1,709 | $8,427 | 20.32% | 3.99% | 16.62% | 3.17% | 35.62% | 20.28% | 100.00% | $1,712 | $337 | $1,400 | $267 | $3,002 | $1,709 | $8,427 | 20.32% | 3.99% | 16.62% | 3.17% | 35.62% | 20.28% | 100.00% | $8,439 |
| 41 | $3,106 | $1,765 | $8,677 | 20.05% | 3.94% | 16.69% | 3.18% | 35.80% | 20.34% | 100.00% | $1,740 | $342 | $1,448 | $276 | $3,106 | $1,765 | $8,677 | 20.05% | 3.94% | 16.69% | 3.18% | 35.80% | 20.34% | 100.00% | $8,689 |
| 42 | $3,211 | $1,822 | $8,927 | 19.79% | 3.89% | 16.75% | 3.19% | 35.96% | 20.40% | 100.00% | $1,767 | $347 | $1,496 | $285 | $3,211 | $1,822 | $8,927 | 19.79% | 3.89% | 16.75% | 3.19% | 35.96% | 20.40% | 100.00% | $8,939 |
| 43 | $3,315 | $1,878 | $9,177 | 19.55% | 3.85% | 16.82% | 3.20% | 36.12% | 20.46% | 100.00% | $1,794 | $353 | $1,543 | $294 | $3,315 | $1,878 | $9,177 | 19.55% | 3.85% | 16.82% | 3.20% | 36.12% | 20.46% | 100.00% | $9,189 |
| 44 | $3,419 | $1,934 | $9,427 | 19.32% | 3.80% | 16.88% | 3.21% | 36.27% | 20.52% | 100.00% | $1,821 | $358 | $1,591 | $303 | $3,419 | $1,934 | $9,427 | 19.32% | 3.80% | 16.88% | 3.21% | 36.27% | 20.52% | 100.00% | $9,439 |
| 45 | $3,524 | $1,990 | $9,677 | 19.10% | 3.76% | 16.93% | 3.23% | 36.41% | 20.57% | 100.00% | $1,849 | $364 | $1,638 | $312 | $3,524 | $1,990 | $9,677 | 19.10% | 3.76% | 16.93% | 3.23% | 36.41% | 20.57% | 100.00% | $9,689 |
| 46 | $3,628 | $2,047 | $9,927 | 18.90% | 3.72% | 16.99% | 3.24% | 36.55% | 20.62% | 100.00% | $1,876 | $369 | $1,686 | $321 | $3,628 | $2,047 | $9,927 | 18.90% | 3.72% | 16.99% | 3.24% | 36.55% | 20.62% | 100.00% | $9,939 |
| 47 | $3,732 | $2,103 | $10,177 | 18.70% | 3.68% | 17.04% | 3.24% | 36.68% | 20.66% | 100.00% | $1,903 | $375 | $1,734 | $330 | $3,732 | $2,103 | $10,177 | 18.70% | 3.68% | 17.04% | 3.24% | 36.68% | 20.66% | 100.00% | $10,189 |
| 48 | $3,837 | $2,159 | $10,427 | 18.51% | 3.65% | 17.08% | 3.25% | 36.80% | 20.71% | 100.00% | $1,930 | $380 | $1,781 | $339 | $3,837 | $2,159 | $10,427 | 18.51% | 3.65% | 17.08% | 3.25% | 36.80% | 20.71% | 100.00% | $10,439 |
| 49 | $3,941 | $2,215 | $10,677 | 18.33% | 3.61% | 17.13% | 3.26% | 36.91% | 20.75% | 100.00% | $1,957 | $386 | $1,829 | $348 | $3,941 | $2,215 | $10,677 | 18.33% | 3.61% | 17.13% | 3.26% | 36.91% | 20.75% | 100.00% | $10,689 |
| 50 | $4,046 | $2,272 | $10,927 | 18.16% | 3.58% | 17.17% | 3.27% | 37.02% | 20.79% | 100.00% | $1,985 | $391 | $1,877 | $357 | $4,046 | $2,272 | $10,927 | 18.16% | 3.58% | 17.17% | 3.27% | 37.02% | 20.79% | 100.00% | $10,939 |
| 51 | $4,150 | $2,328 | $11,177 | 18.00% | 3.55% | 17.22% | 3.28% | 37.13% | 20.83% | 100.00% | $2,012 | $396 | $1,924 | $367 | $4,150 | $2,328 | $11,177 | 18.00% | 3.55% | 17.22% | 3.28% | 37.13% | 20.83% | 100.00% | $11,189 |
| 52 | $4,254 | $2,384 | $11,427 | 17.85% | 3.52% | 17.26% | 3.29% | 37.23% | 20.86% | 100.00% | $2,039 | $402 | $1,972 | $376 | $4,254 | $2,384 | $11,427 | 17.85% | 3.52% | 17.26% | 3.29% | 37.23% | 20.86% | 100.00% | $11,439 |

AMR_SDTX01656683

## KFM Waterfall

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | KFM LLCA and HPS HoldCo Note Waterfall | | | | | | | | | | | | | | | | | | |
| 2 | Tranche | Face | OID | Investment | MOIC | Payoff | | | | | | | | | | | | | |
| 3 | Notes A | $126,000 | 3.00% | $122,220 | 1.65x | $201,663 | | | | | | | | | | | | | |
| 4 | Notes B | $84,000 | 2.00% | $82,320 | 1.65x | $135,828 | | | | | | | | | | | | | |
| 5 | Notes C | $42,000 | 3.00% | $40,740 | 1.20x | $48,888 | | 1.65 | | $67,221 | | | | | | | | | |
| 6 | Notes D | $45,000 | 2.00% | $44,100 | 1.20x | $52,920 | | 1.65 | | $72,765 | | | | | | | | | |
| 7 | Class A-1 | $5,000 | | $5,000 | 1.65x | $8,250 | | | | | | | | | | | | | |
| 8 | Class A-2 | $1,000 | | $1,000 | 1.20x | $1,200 | | 1.65 | | $1,650 | | | | | | | | | |
| 9 | Total | $303,000 | | $295,380 | | $448,749 | | | | $141,636 | $487,377 | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | |
| 11 | Less: | | | Cash Interest Paid | | ($38,000) | | | | | ($38,000) | | | | | | | | |
| 12 | Current Net HPS Payoff Amount | | | | | $410,749 | | | | | $449,377 | | | | | | | | |
| 13 | | | | | | | | | | | | | | | Common Dist to HPS Delta | | | | |
| 14 | | | | | | | | | | | | | | | $38,143 | | | | |
| 15 | KFM Adjusted Enterprise Value | | | | | $1,313,300 | | | | | | | | | $38,143 | | | | |
| 16 | - Prepayment Amount MOIC | | | | | $448,749 | | | | | | | | | | | | | |
| 17 | | | | Cash interest paid | | ($38,000) | | | | | | | | | | | | | |
| 18 | Total Prepayment & Hurdle | | | | | $400,385 | | | | | | | | | | | | | |
| 19 | | | | Add'l Fees & Expenses | | $0 | | | | | | | | | | | | | |
| 20 | Active Case Remainder Proceeds | | | | | $912,914.61 | 46558.64499 | | Active Case Remainder Proceeds | | | | | | $912,914.61 | 46558.64499 | | Active Case Remainder Proceeds | |
| 21 | | 1.52x | | | | | | | | 1.52x | | | | | | | | 1.65x | |
| 22 | Tier 1 | | | | | | | | Tier 1 | | | | | | | | | Tier 1 | |
| 23 | | 45.1% | | | | $289,701 | 2.46x | | | 40.0% | | | | | $289,701 | 2.46x | | 49.4% | |
| 24 | | 0.98x | | | | $289,701 | | | | 0.98x | | | | | $289,701 | | | 0.85x | |
| 25 | | 2.50x | | | | $0 | | | | 2.50x | | | | | $0 | | | 2.50x | |
| 26 | | | | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | | | | |
| 29 | HMS & ARM | | | | | $352,652 | | | HMS & ARM | | | | | | $434,552 | | | HMS & ARM | |
| 30 | Remainder | | | | | $270,562 | | | Remainder | | | | | | $188,662 | | | Remainder | |
| 32 | Tier 2 | | | | | | | | Tier 2 | | | | | | | | | Tier 2 | |
| 33 | | 40.1% | | | | $73,845 | 2.71x | | | 35.0% | | | | | $66,032 | 2.69x | | 44.4% | |
| 34 | | 0.25x | | | | $73,845 | | | | 0.25x | | | | | $73,845 | | | 0.25x | |
| 35 | | 2.75x | | | | $0 | | | | 2.75x | | | | | $0 | | | 2.75x | |
| 36 | | | | | | $0 | | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | | | | | | | | |
| 39 | HMS & ARM | | | | | $110,307 | | | HMS & ARM | | | | | | $122,630 | | | HMS & ARM | |
| 40 | Remainder | | | | | $86,410 | | | Remainder | | | | | | $0 | | | Remainder | |
| 42 | Tier 3 | | | | | | | | Tier 3 | | | | | | | | | Tier 3 | |
| 43 | | 35.1% | | | | $30,330 | 2.82x | | | 30.0% | | | | | $0 | 2.71x | | 39.4% | |
| 44 | | 0.25x | | | | $73,845 | | | | 0.25x | | | | | $73,845 | | | 0.25x | |
| 45 | | 3.00x | | | | $0 | | | | 3.00x | | | | | $0 | | | 3.00x | |
| 46 | | | | | | $0 | | | | | | | | | $0 | | | | |
| 47 | | | | | | $0 | | | | | | | | | $0 | | | | |
| 49 | HMS & ARM | | | | | $56,080 | | | HMS & ARM | | | | | | $0 | | | HMS & ARM | |
| 50 | Remainder | | | | | $0 | | | Remainder | | | | | | $0 | | | Remainder | |
| 52 | Tier 4 | | | | | | | | Tier 4 | | | | | | | | | Tier 4 | |
| 53 | | 30.1% | | | | $0 | 2.82x | | | 25.0% | | | | | $0 | 2.82x | | 34.4% | |
| 54 | | 0.50x | | | | $147,690 | | | | 0.50x | | | | | $147,690 | | | 0.50x | |
| 55 | | 3.50x | | | | $0 | | | | 3.50x | | | | | $0 | | | 3.50x | |
| 56 | | | | | | $0 | | | | | | | | | $0 | | | | |
| 57 | | | | | | $0 | | | | | | | | | $0 | | | | |
| 59 | HMS & ARM | | | | | $0 | | | HMS & ARM | | | | | | $0 | | | HMS & ARM | |
| 60 | Remainder | | | | | $0 | | | Remainder | | | | | | $0 | | | Remainder | |
| 62 | Tier 5 | | | | | | | | Tier 5 | | | | | | | | | Tier 5 | |
| 63 | | 25.1% | | | | $0 | | | | 20.0% | | | | | $0 | | | 29.4% | |
| 64 | HMS & ARM | | | | | $0 | | | HMS & ARM | | | | | | $0 | | | HMS & ARM | |
| 67 | Total HPS Proceeds | | | | | $832,261 | 2.82x | $393,876 | Total HPS Proceeds | | | | | | $794,118 | 2.69x | $355,733 | Total HPS Proceeds | |
| 68 | | | | | | 62% | | | | | | | | | 59% | | | | |
| 69 | Total HMS & ARM Proceeds | | | | | $519,039 | | | Total HMS & ARM Proceeds | | | | | | $557,182 | | | Total HMS & ARM Proceeds | |
| 70 | | | | | | 38% | | | | | | | | | 42% | | | | |
| 71 | Total HMS Proceeds | | | | | $ 285,471 | 31.27% | | Total HMS Proceeds | | | | | | $ 306,450 | 33.57% | | Total HMS Proceeds | |
| 72 | | | | | | 21% | | | | | | | | | 23% | | | | |
| 74 | | | | | | $1,351,300 | | | | | | | | | $1,351,300 | | | | |
| 75 | | | | | | ($38,000) | | | | | | | | | ($38,000) | | | | |
| 76 | | | | | | $1,313,300 | $259,519 | | | | | | | | $1,313,300 | | | | |

## KFM Waterfall

| Row | V | W | X | Z | AA | AB | AC | AD | AE | AF | AG | AH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | Sharing of December 2016 and after KFM Capital Rounds | | | | | | | | |
| 2 | | | | | | HPS 100% | HPS 50% | BCE 50% | BCE 100% | | | |
| 3 | | | | | | $1,313,300 | $1,313,300 | $1,313,300 | | | | |
| 4 | | | | | | $337,491 | $337,491 | $337,491 | | | | |
| 5 | | | | | | $8,250 | $8,250 | $8,250 | | | | In effect from December 22, 2016 - December 22, 2017: |
| 6 | | | | | | -$38,000 | -$38,000 | -$38,000 | | | | |
| 7 | | | | | | $50,904 | $50,904 | $101,808 | | | | |
| 8 | | | | | | $600 | $600 | $1,200 | | | | |
| 9 | | | | | | $954,055 | $954,055 | $902,551 | | | | |
| 13 | Common Dist to HPS Delta | | | | | | | | | | | |
| 14 | $96,253 | | | | | | | | | | | |
| 15 | | | | Adjusted KFM Enterprise Value | Pre - 12.22.17 | Common Tiers (to Class A) | | | | | | |
| 16 | $47,262 | | | Less HPS Tranche A & B HoldCo Note Preference | $1,313,300 | Tier | % | Until | | | | |
| 17 | | | | Less Class A Round 1 Preference | $337,491 | 1 | 45.1% | 2.50x | | | | |
| 18 | | | | Plus HPS Cash Interest Received | $8,250 | 2 | 40.1% | 2.75x | | | | |
| 19 | | | | Less Tranche C & D HoldCo Note Preference | -$38,000 | 3 | 35.1% | 3.00x | | | | |
| 20 | $874,286.61 | 44588.61699 | | Less Class A Round 2 Preference | $101,808 | 4 | 30.1% | 3.50x | | | | |
| 21 | | | | For Common Distribution Tiers | $902,551 | 5 | 25.1% | Thereafter | | | | |
| 23 | $251,073 | 2.50x | | | | | | | | | | |
| 24 | $251,073 | | | | | Participation Level in December 2016 and after KFM Capital R... | | | | | | |
| 25 | $0 | | | | | Share of Tranche C & D Pref and Incremental Class A Common... | | | | | | |
| 26 | | | | BCE Investment Profile | | 50% | 75% | 100% | | | | |
| 27 | | | | Capital (Tranche C & D HoldCo Notes + Class A) | | $42,920 | $64,380 | $85,840 | | | | |
| 28 | | | | Proceeds (Pre-12.22.17 Waterfall) | | $70,576 | $105,863 | $141,151 | | | | |
| 29 | $257,172 | | | Profit | | $27,656 | $41,483 | $55,311 | | | | |
| 30 | $366,042 | | | | | | | | | | | |
| 31 | | | | Proceeds (Post-12.22.17 Waterfall) | | $94,449 | $141,673 | $188,898 | | | | |
| 32 | | | | Profit | | $51,529 | $77,293 | $103,058 | | | | |
| 33 | $73,845 | 2.71x | | | | | | | | | | |
| 34 | $73,845 | | | | | | | | | | | |
| 35 | $0 | | | | | | | | | | | |
| 36 | $0 | | | | | | | | | | | |
| 37 | $0 | | | | | | | | | | | |
| 39 | $92,473 | | | | | | | | | | | |
| 40 | $199,724 | | | | | | | | | | | |
| 43 | $73,845 | 2.96x | | | | | | | | | | |
| 44 | $73,845 | | | | | | | | | | | |
| 45 | $0 | | | | | | | | | | | |
| 46 | $0 | | | | | | | | | | | |
| 47 | $0 | | | | | | | | | | | |
| 48 | | | | | | KFM Waterfall as Revised | | | | | | |
| 49 | $113,579 | | | | | Incr. Capital at 1.2x | | | Incr. Capital at 1.2x | | Incr. Capital at 1.05x | |
| 50 | $12,300 | | | | | & "Equity Kicker" | | | No Equity Kicker | | (Lower Cost Debt) | |
| 51 | | | | | | 401,755,268 | | | $ 426,879,367 | | $ 429,535,042 | |
| 52 | | | | HMI Distribution | | 142,221,365 | | | $ 151,115,296 | | $ 152,055,405 | |
| 53 | $4,231 | 2.83x | | BCE Share (35.4%) | | 60,801,365 | | | $ 69,695,296 | | $ 70,635,405 | |
| 54 | $147,690 | | | BCE Share Net of HMI Mezz (35.4%) | | | | | | | | |
| 55 | $0 | | | Change in HMI Distribution | | $ - | | | $ 25,124,099 | | 27,779,774 | |
| 56 | $0 | | | Change in BCE Share of HMI Distribution | | $ - | | | $ 8,893,931 | | $ 9,834,040 | |
| 57 | $0 | | | Change in BCE Share of (Net) HMI Distribution | | $ - | | | $ 8,893,931 | | $ 9,834,040 | |
| 59 | $8,069 | | | | | $942,535,876 | | | $896,855,696 | | $892,027,196 | |
| 60 | $0 | | | HPS Total Proceeds | | $0 | | | ($45,680,180) | | ($50,508,680) | |
| 61 | | | | Change in HPS Total Proceeds | | | | | | | | |
| 62 | | | | | | | | | 86000000 | | | |
| 63 | $0 | | | | | | | | 103200000 | | | |
| 64 | $0 | | | | | | | | $148,880,180 | $1.73 | | |
| 67 | $890,371 | 3.01x | $402,994 | | | | | | | | | |
| 68 | 65% | | | | $832,261,281 | | | | | | | |
| 69 | $471,292 | | | | | | | | | | | |
| 70 | 35% | | | | | | | | | | | |
| 71 | $ 259,211 | 29.65% | | | | | | | | | | |
| 72 | 19% | | | | 285471295.7 | | | | | | | |
| 74 | $1,361,664 | | | | | | | | | | | |
| 75 | ($38,000) | | | | | | | | | | | |
| 76 | $1,323,664 | | | | | | | | | | | |
| 79 | | | | | | KFM Waterfall as Revised | | | | | | |
| 80 | | | | | | Incr. Capital at 1.2x | | | Incr. Capital at 1.2x | | Incr. Capital at 1.05x | |
| 81 | | | | | | & "Equity Kicker" | | | No Equity Kicker | | (Lower Cost Debt) | |
| 82 | | | | | | $ 401,755,268 | | | $ 426,879,367 | | $ 429,535,042 | |
| 83 | | | | HMI Distribution | | $ 142,221,365 | | | $ 151,115,296 | | $ 152,055,405 | |
| 84 | | | | BCE Share (35.4%) | | $ 60,801,365 | | | $ 69,695,296 | | $ 70,635,405 | |
| 85 | | | | BCE Share Net of HMI Mezz (35.4%) | | | | | | | | |
| 86 | | | | Change in HMI Distribution | | $ - | | | $ 25,124,099 | | 27,779,774 | |
| 87 | | | | Change in BCE Share of HMI Distribution | | $ - | | | $ 8,893,931 | | $ 9,834,040 | |
| 88 | | | | Change in BCE Share of (Net) HMI Distribution | | $ - | | | $ 8,893,931 | | $ 9,834,040 | |
| 90 | | | | | | $942,535,876 | | | $896,855,696 | | $892,027,196 | |
| 91 | | | | HPS Total Proceeds | | $0 | | | ($45,680,180) | | ($50,508,680) | |
| 92 | | | | Change in HPS Total Proceeds | | | | | | | | |
| 93 | | | | | | | | | 86,000,000 | | | |
| 94 | | | | | | | | | $17,200,000 | | | |
| 95 | | | | | | | | | $45,680,180 | | | |
| 96 | | | | | | | | | $86,000,000 | 1.73x | | |

## KFM Waterfall

| Distribution Level | Narrative Description | Distribution Threshold | | Percentage of Subject Distribution | | | |
|---|---|---|---|---|---|---|---|
| | | MOIC | IRR | Class A Units(i) HPS(ii) | Class B Units(i) HMS(ii) | ARM(ii) | Total |
| 1 | Accrued Holdco Debt Interest Distribution (1) | n/a | n/a | — | 50.0% | 50.0% | 100.0% |
| 2 | Return of Capital to Class B (Base) (2) | n/a | n/a | — | 50.0% | 50.0% | 100.0% |
| 3 | Return of Capital to Class A (Base) (3) | n/a | n/a | 100.0% | — | — | 100.0% |
| 4 | Return of Capital to Class A (Expansion) (4) | n/a | n/a | 100.0% | — | — | 100.0% |
| 5 | Holdco Debt Distribution (5) | n/a | n/a | — | 50.0% | 50.0% | 100.0% |
| 6 | Minimum MOIC IRR to Class A (Base) (6) | 1.65x | 16.0% | 100.0% | — | — | 100.0% |
| 7 | Minimum MOIC IRR to Class A (Expansion) (7) | 1.20x/ 1.65x | 16.0% | 100.0% | — | — | 100.0% |
| 8 | Return of Capital to Class B (Contingent) (8) | n/a | n/a | — | 50.0% | 50.0% | 100.0% |
| 9-13 | Common Distributions | | | See Table I or Table II, as applicable, below | | | |

**TABLE I.**  This table shall apply until the first anniversary of the Effective Date and, thereafter, in the event that, on or prior to the **first** anniversary of the Effective Date, (1) a transaction defined in clause (a) or (b) of the definition of Liquidity Event has been consummated (without regard to the distribution contemplated by clause (i) as it relates to clause (a) of such definition) or (2) the Holdco Debt Total Termination Event has occurred.

| Distribution Level | Narrative Description | Distribution Threshold | | Percentage of Subject Distribution | | | |
|---|---|---|---|---|---|---|---|
| | | MOIC | IRR | Class A Units(i) HPS(ii) | Class B Units(i) HMS(ii) | ARM(ii) | Total |
| 9 | Common Distributions I (9) | 2.50x | 20.0% | 45.10% | 27.45% | 27.45% | 100.00% |
| 10 | Common Distributions II (9) | 2.75x | 22.5% | 40.50% | 29.95% | 29.95% | 100.00% |
| 11 | Common Distributions III (9) | 3.00x | 25.0% | 35.10% | 32.45% | 32.45% | 100.00% |
| 12 | Common Distributions IV (9) | 3.50x | 27.5% | 30.10% | 34.95% | 34.95% | 100.00% |
| 13 | Common Distributions V (9) | thereafter | thereafter | 25.10% | 37.45% | 37.45% | 100.00% |

(6) Distribution level 6 shall be satisfied when the Class A Members have received both (i) total distributions pursuant to Distribution level 3 and this Distribution level 6 with, on a Subject Distribution by Subject Distribution basis, aggregate discounted present values – discounted quarterly in the case of each Subject Distribution at the IRR percentage set forth in this table for Distribution level 6 from the day on which such Subject Distribution was actually received by the Class A Members to the date of the Capital Contribution by such Class A Members in respect of which such Subject Distribution relates – that equal the Class A Invested Capital (Base) and (ii) total distributions pursuant to Distribution level 3 and this Distribution level 6 that equal the product obtained by multiplying (A) the Class A Invested Capital (Base) by (B) the MOIC multiple set forth in this table for Distribution level 6.

The distinction between Distribution levels 6 and 7 is made in order to provide for distinct returns on the Capital Contributions that are the subject matter of such Distribution levels. Such distinction is not intended to, and shall not, provide that Distribution level 6 will have priority over Distribution level 7. Rather, amounts distributable pursuant to Distribution levels 6 and 7 will be distributed to the Class A Members *pari passu*.

(7) Distribution level 7 shall be satisfied when the Class A Members have received both (i) total distributions pursuant to Distribution level 4 and this Distribution level 7 with, on a Subject Distribution by Subject Distribution basis, aggregate discounted present values – discounted quarterly in the case of each Subject Distribution at the IRR percentage set forth in this table for Distribution level 7 from the day on which each Subject Distribution was actually received by the Class A Members to the date of the Capital Contribution by each Class A Members in respect of which such Subject Distribution relates – that equal the Class A Invested Capital (Expansion) and (ii) total distributions pursuant to Distribution level 4 and this Distribution level 7 that equal the product obtained by multiplying (A) the Class A Invested Capital (Expansion) by (B) the applicable MOIC multiple set forth below.

For purposes of this Distribution level 7, the applicable MOIC multiple shall be (i) 1.20x if, prior to the first anniversary of the Effective Date, (A) the Subject Distribution which satisfies this Distribution level 7 is actually received by the Class A Member or (B) the Holdco Debt Total Termination Event has occurred, and (ii) 1.65x if, on or after the first anniversary of the Effective Date, (A) the Subject Distribution which satisfies this Distribution level 7 is actually received or (B) the Holdco Debt Total Termination Event has occurred.

The distinction between Distribution levels 6 and 7 is made in order to provide for distinct returns on the Capital Contributions that are the subject matter of such Distribution levels. Such distinction is not intended to, and shall not, provide that Distribution level 6 will have priority over Distribution level 7. Rather, amounts distributable pursuant to Distribution levels 6 and 7 will be distributed to the Class A Members *pari passu*.

# Summary

Buyback: 0%

| Inputs: | | | | | | | |
|---|---|---|---|---|---|---|---|
| Description | Class B | Class C | Class D | Class E | All Pref | Common | Total |
| Targeted Amount | $150,000 | $31,250 | $500,000 | $500,000 | | | |
| Liquidation Value | $150,000 | $31,250 | $371,056 | $72,700 | | | |
| Purchase Px | $150,000 | $25,000 | $371,056 | $72,700 | | | |
| Invest Date | 3/25/2014 | 8/13/2015 | 9/30/2016 | 12/31/2016 | | | |
| IPO Percentages (Exhibit D) | 32.034% | 6.070% | 29.265% | 6.107% | 73.475% | 26.525% | 100.000% |
| Shares | 231,075 | 43,783 | 211,106 | 44,051 | 530,015 | 191,337 | 721,352 |
| Check | 32.034% | 6.070% | 29.265% | 6.107% | 73.475% | 26.525% | 100.000% |

| AMH LPA - Capital Accounts | Prior: | Amended: |
|---|---|---|
| Class B | 68.810% | 75.000% |
| Class A | 31.190% | 25.000% |
| High Mesa - Asset Sale % | 71.929% | 77.500% |
| Non High Mesa - Asset Sale % | 28.071% | 22.500% |

## Exhibit C - Annex A-1 - Section 9(g) (IPO Scenario)

| Level | Description | Class D | Class E | Class B, Class C and Common | Total | Class D and Class E MOIC | |
|---|---|---|---|---|---|---|---|
| 1 | Series B & C - Return of Capital | - | - | 100.000% | 100.000% | | - |
| 2 | Series D & E - Return of Capital | --- 100.000% pro rata --- | | - | 100.000% | | - |
| 3 | Catch Up (I) | --- 10.000% pro rata --- | | 90.000% | 100.000% | | - |
| - | - | - | - | - | - | - | - |
| 4 | Ordinary Sharing I | 29.265% | 6.107% | 64.628% | 100.000% | Until: | 2.500x |
| 5 | Ordinary Sharing II | 21.292% | 4.362% | 74.346% | 100.000% | Until: | 3.250x |
| 6 | Ordinary Sharing III | 14.411% | 2.908% | 82.681% | 100.000% | Until: | 4.000x |
| 7 | Ordinary Sharing IV | 10.889% | 2.181% | 86.930% | 100.000% | --- thereafter --- | |

## Exhibit C - Annex A-1 - Section 4(a) (Asset Sale Scenario)

| Level | Description | Class D | Class E | Class B, Class C and Common | Total | Class D MOIC | | Class D & Class E |
|---|---|---|---|---|---|---|---|---|
| 1 | Series B & C - Return of Capital | - | - | 100.000% | 100.000% | - | - | |
| 2 | Series D - Return of Capital | --- 100.000% pro rata --- | | - | 100.000% | - | - | |
| 3 | Catch Up (I) | --- 10.000% pro rata --- | | 90.000% | 100.000% | - | - | 10.000% |
| | Catch Up (II) | --- 12.903% pro rata --- | | 87.097% | 100.000% | - | - | 12.903% |
| 4 | Ordinary Sharing I | 37.762% | 7.880% | 54.359% | 100.000% | Until: | 2.500x | |
| 5 | Ordinary Sharing II | 27.474% | 5.628% | 66.898% | 100.000% | Until: | 3.250x | |
| 6 | Ordinary Sharing III | 18.594% | 3.752% | 77.653% | 100.000% | Until: | 4.000x | |
| 7 | Ordinary Sharing IV | 14.050% | 2.814% | 83.136% | 100.000% | --- thereafter --- | | |

MBL / RBS - ADJUSTED

## Exhibit C - Annex A-2 - Section 9(g) only (IPO Scenario)

| Level | Description | Class B | Class C | Common | Class B and Class C IRR & MOIC | | |
|---|---|---|---|---|---|---|---|
| 1 | Series B & C - Return of Capital | --- 100.000% pro rata --- | | - | | - | - |
| 2 | Series B & C - Pref Dvds | --- 100.000% pro rata --- | | - | | - | - |
| 3 | Common Catch Up | - | - | 100.000% | | - | - |
| 4 | Prior to 1st Flip / 1st % | 49.566% | 9.392% | 41.042% | Until: | 20.00% | 2.125x |
| 5 | After 1st Flip / 2nd % | 46.436% | 8.870% | 44.695% | Until: | 22.00% | 2.250x |
| 6 | After 2nd Flip / 3rd % | 43.305% | 8.348% | 48.347% | Until: | 24.00% | 2.375x |
| 7 | After 3rd Flip / 4th % | 40.175% | 7.826% | 51.999% | Until: | 26.00% | 2.500x |
| 8 | After 4th Flip / 5th % | 34.044% | 6.652% | 59.304% | Until: | 27.00% | 2.750x |
| 9 | After 5th Flip / 6th % | 27.914% | 5.478% | 66.608% | Until: | 28.00% | 3.000x |
| 10 | After 6th Flip / 7th % | 24.783% | 4.957% | 70.260% | Until: | 30.00% | 3.750x |
| 11 | After 7th Flip / 8th % | 21.914% | 4.174% | 73.913% | Until: | 32.00% | 4.500x |
| 12 | After 8th Flip / 9th % | 8.739% | 1.696% | 89.565% | Until: | 10th % cum. Split | |
| 13 | After 9th Flip / 10th % | 21.914% | 4.174% | 73.913% | --- thereafter --- | | |

## Exhibit C - Annex A-2 - Section 4(a) (Asset Sale Scenario)

| Level | Description | Class B | Class C | Common | Class B and Class C IRR & MOIC | | |
|---|---|---|---|---|---|---|---|
| 1 | Series B & C - Return of Capital | --- 100.000% pro rata --- | | - | | - | - |
| 2 | Series B & C - Pref Dvds | --- 100.000% pro rata --- | | - | | - | - |
| 3 | Common Catch Up | - | - | 100.000% | | - | - |
| 4 | Prior to 1st Flip / 1st % | 76.039% | 14.407% | 9.554% | Until: | 20.00% | 2.125x |
| 5 | After 1st Flip / 2nd % | 71.237% | 13.607% | 15.157% | Until: | 22.00% | 2.250x |
| 6 | After 2nd Flip / 3rd % | 66.434% | 12.807% | 20.759% | Until: | 24.00% | 2.375x |
| 7 | After 3rd Flip / 4th % | 61.632% | 12.006% | 26.362% | Until: | 26.00% | 2.500x |
| 8 | After 4th Flip / 5th % | 52.227% | 10.205% | 37.568% | Until: | 27.00% | 2.750x |
| 9 | After 5th Flip / 6th % | 42.822% | 8.404% | 48.774% | Until: | 28.00% | 3.000x |
| 10 | After 6th Flip / 7th % | 38.019% | 7.604% | 54.377% | Until: | 30.00% | 3.750x |
| 11 | After 7th Flip / 8th % | 33.617% | 6.403% | 59.979% | Until: | 32.00% | 4.500x |
| 12 | After 8th Flip / 9th % | 13.407% | 2.601% | 83.992% | Until: | 10th % cum. Split | |
| 13 | After 9th Flip / 10th % | 33.617% | 6.403% | 59.979% | --- thereafter --- | | |

ORIGINAL

## Exhibit C - Annex I (w/ Special Dividend) - Section 9(g) only (IPO Scenario)

| Level | Description | Class B | Class C | Common | Class B and Class C IRR & MOIC | | |
|---|---|---|---|---|---|---|---|
| 1 | Series B & C - Return of Capital | - 100.000% pro rata - | | - | | - | - |
| 2 | Series B & C - Pref Dividends | - 100.000% pro rata - | | - | | - | - |
| 3 | Common Catch Up | - | - | 100.000% | | - | - |
| 4 | Prior to 1st Flip / 1st % | 47.500% | 9.000% | 43.500% | Until: | 20.00% | 2.125x |
| 5 | After 1st Flip / 2nd % | 44.500% | 8.500% | 47.000% | Until: | 22.00% | 2.250x |
| 6 | After 2nd Flip / 3rd % | 41.500% | 8.000% | 50.500% | Until: | 24.00% | 2.375x |
| 7 | After 3rd Flip / 4th % | 38.500% | 7.500% | 54.000% | Until: | 26.00% | 2.500x |
| 8 | After 4th Flip / 5th % | 32.625% | 6.375% | 61.000% | Until: | 27.00% | 2.750x |
| 9 | After 5th Flip / 6th % | 26.750% | 5.250% | 68.000% | Until: | 28.00% | 3.000x |
| 10 | After 6th Flip / 7th % | 23.750% | 4.750% | 71.500% | Until: | 30.00% | 3.750x |
| 11 | After 7th Flip / 8th % | 21.000% | 4.000% | 75.000% | Until: | 32.00% | 4.500x |
| 12 | After 8th Flip / 9th % | 8.375% | 1.625% | 90.000% | Until: | 75/25% cum. split | |
| 13 | After 9th Flip / 10th % | 21.000% | 4.000% | 75.000% | --- thereafter --- | | |

Common Catch up: 69.613%

| Class E Share Count | | | |
|---|---|---|---|
| Date | Total | E-1 | E-2 |
| thru 9/30/2017 | 72,700 | 43,620 | 29,080 |
| 12/31/2017 | 74,336 | 45,256 | 29,080 |
| 3/31/2018 | 76,033 | 46,953 | 29,080 |
| 6/30/2018 | 78,967 | 49,887 | 29,080 |
| 9/30/2018 | 82,085 | 53,005 | 29,080 |
| | 73,536 | 44,456 | 29,080 |

| | | | | |
|---|---|---|---|---|
| 9/30/2017 | | | | |
| 11/15/2017 | | | | |
| Days | 46 | | | |
| Year | 360 | | | |
| thru 9/30/2017 | | 72,700.0 | 43,620.0 | 29,080.0 |
| 11/15/2017 | | 73,536.1 | 44,456.1 | 29,080.0 |

## Exhibit C - Annex A-2 - Section 4(a) (Asset Sale Scenario; Stub Period Only)

| Level | Description | Class B | Class C | Common | Class B and Class C IRR & MOIC | | |
|---|---|---|---|---|---|---|---|
| 1 | Series B & C - Return of Capital | --- 100.000% pro rata --- | | - | | - | - |
| 2 | Series B & C - Pref Dvds | --- 100.000% pro rata --- | | - | | - | - |
| 3 | Common Catch Up | - | - | 100.000% | | - | - |
| 4 | Prior to 1st Flip / 1st % | 66.088% | 12.522% | 21.390% | Until: | 20.00% | 2.125x |
| 5 | After 1st Flip / 2nd % | 61.914% | 11.826% | 26.259% | Until: | 22.00% | 2.250x |
| 6 | After 2nd Flip / 3rd % | 57.740% | 11.131% | 31.129% | Until: | 24.00% | 2.375x |
| 7 | After 3rd Flip / 4th % | 53.566% | 10.435% | 35.999% | Until: | 26.00% | 2.500x |
| 8 | After 4th Flip / 5th % | 45.392% | 8.870% | 45.738% | Until: | 27.00% | 2.750x |
| 9 | After 5th Flip / 6th % | 37.218% | 7.305% | 55.477% | Until: | 28.00% | 3.000x |
| 10 | After 6th Flip / 7th % | 33.044% | 6.609% | 60.347% | Until: | 30.00% | 3.750x |
| 11 | After 7th Flip / 8th % | 29.218% | 5.565% | 65.217% | Until: | 32.00% | 4.500x |
| 12 | After 8th Flip / 9th % | 11.652% | 2.261% | 86.087% | Until: | 10th % cum. Split | |
| 13 | After 9th Flip / 10th % | 29.218% | 5.565% | 65.217% | --- thereafter --- | | |

## HPS and AMH Calculations

2019 Exit

| Total Eq B Calcs | Total Eq C Calcs | 11/15/2017 Class B | 11/15/2017 Class C | Marginal Class B | Marginal Class C | Marg. Eq B Calcs | Marg. Eq C Calcs |
|---|---|---|---|---|---|---|---|
| $643,079 | $707,089 | $318,750 | $66,406 | $318,750 | $66,406 | $643,079 | $707,089 |
| $683,457 | $751,129 | $337,500 | $70,313 | $18,750 | $3,906 | $40,378 | $44,040 |
| $726,754 | $797,922 | $356,250 | $74,219 | $18,750 | $3,906 | $43,297 | $46,793 |
| $775,555 | $847,834 | $375,855 | $78,125 | $19,605 | $3,906 | $48,800 | $49,912 |
| $883,193 | $965,274 | $412,500 | $85,938 | $36,645 | $7,813 | $107,638 | $117,440 |
| $1,017,536 | $1,107,880 | $450,000 | $93,750 | $37,500 | $7,813 | $134,343 | $142,606 |
| $1,471,474 | $1,580,732 | $562,500 | $117,188 | $112,500 | $23,438 | $453,938 | $472,852 |
| $1,984,856 | $2,142,244 | $675,000 | $140,625 | $112,500 | $23,438 | $513,382 | $561,512 |
| $1,984,856 | $2,142,244 | $675,000 | $140,625 | $0 | $0 | $0 | $0 |

| | | | | | |
|---|---|---|---|---|---|
| 12.00% | 1.000x | Liquidation | $230,855 | $40,824 | $271,679 |

| | | % Total | % AMHB | Class B | Class C | |
|---|---|---|---|---|---|---|
| Total Equity Value: | $1,574,378 | | | | | |
| Equity Value to BCE: | $561,169 | 35.644% | | | | |
| Equity Value to AMHB: | $1,013,209 | | | | | |
| Equity Value to HPS: | $ 537,356 | 34.131% | 53.035% | $ 448,792 | $ 88,564 | $ 537,356 |
| Equity Value to AMH: | $475,853 | 30.225% | 46.965% | 44.29% | 8.74% | |
| | | | | $ 448,792 | $ 88,564 | |

2020 Exit

| Total Eq B Calcs | Total Eq C Calcs | 12/31/2020 Class B | 12/31/2020 Class C | Marginal Class B | Marginal Class C | Marg. Eq B Calcs | Marg. Eq C Calcs |
|---|---|---|---|---|---|---|---|
| $1,135,440 | $952,522 | $562,795 | $89,456 | $562,795 | $89,456 | $1,135,440 | $952,522 |
| $1,301,971 | $1,061,276 | $640,125 | $99,102 | $77,330 | $9,646 | $166,531 | $108,754 |
| $1,504,053 | $1,188,651 | $727,637 | $109,736 | $87,512 | $10,633 | $202,082 | $127,375 |
| $1,750,421 | $1,338,351 | $826,615 | $121,451 | $98,977 | $11,716 | $246,367 | $149,700 |
| $1,909,716 | $1,432,997 | $880,846 | $127,748 | $54,231 | $6,296 | $159,296 | $94,646 |
| $2,116,244 | $1,553,593 | $938,495 | $134,354 | $57,649 | $6,607 | $206,527 | $120,596 |
| $2,626,238 | $1,840,153 | $1,064,887 | $148,558 | $126,393 | $14,204 | $509,994 | $286,560 |
| $3,277,463 | $2,214,583 | $1,207,594 | $164,187 | $142,706 | $15,629 | $651,226 | $374,430 |
| $3,277,463 | $2,214,583 | $1,207,594 | $164,187 | $0 | $0 | $0 | $0 |
| | | $334,193 | $59,098 | $393,291 | | | |

| | | % Total | % AMHB | Class B | Class C | |
|---|---|---|---|---|---|---|
| Total Equity Value: | $1,574,378 | | | | | |
| Equity Value to BCE: | $561,169 | 35.644% | | | | |
| Equity Value to AMHB: | $1,013,209 | | | | | |
| Equity Value to HPS: | $ 597,049 | 37.923% | 58.926% | $ 502,210 | $ 94,839 | $ 597,049 |
| Equity Value to AMH: | $416,160 | 26.433% | 41.074% | 49.57% | 9.36% | |
| | | | | $ 502,210 | $ 94,839 | |

## Share Count and Conversion Calculations

2019 Exit

| | Class B | Class C | Class D | Class E | Common | Common post-Converts | % Common | Total Fully Diluted |
|---|---|---|---|---|---|---|---|---|
| % | 28.51% | 5.63% | 29.49% | 6.15% | 30.22% | 100.00% | | 100.00% |
| Shares | | | | | 191,337 | 191,337 | 30.22% | 633,044 |
| All Converted | 180,456 | 35,611 | 186,685 | 38,956 | 191,337 | 633,044 | 100.00% | 633,044 |
| | 28.51% | 5.63% | 29.49% | 6.15% | 30.22% | | | 100.00% |
| % | 28.51% | 5.63% | 29.49% | 6.15% | 30.22% | 100.00% | | 100.00% |
| Shares | | | | | 191,337 | 191,337 | 30.22% | 633,044 |
| Just B & C | 180,456 | 35,611 | | | 191,337 | 407,403 | 64.36% | 633,044 |
| Then D | 180,456 | 35,611 | 186,685 | 38,956 | 191,337 | 633,044 | 100.00% | 633,044 |
| | 28.51% | 5.63% | 29.49% | 6.15% | 30.22% | | | |
| % | 28.51% | 5.63% | 29.49% | 6.15% | 30.22% | 100.00% | | 100.00% |
| Shares | | | | | 191,337 | 191,337 | 30.22% | 633,044 |
| Just D | | | 186,685 | 38,956 | 191,337 | 416,978 | 65.87% | 633,044 |

2020 Exit

| | Class B | Class C | Class D | Class E | Common | Common post-Converts | % Common | Total Fully Diluted |
|---|---|---|---|---|---|---|---|---|
| % | 31.90% | 6.02% | 29.49% | 6.15% | 26.43% | 100.00% | | 100.00% |
| Shares | | | | | 185,459 | 185,459 | 26.43% | 701,609 |
| All Converted | 223,806 | 42,264 | 206,905 | 43,175 | 185,459 | 701,609 | 100.00% | 701,609 |
| | 31.90% | 6.02% | 29.49% | 6.15% | 26.43% | | | 100.00% |
| % | 31.90% | 6.02% | 29.49% | 6.15% | 26.43% | 100.00% | | 100.00% |
| Shares | | | | | 185,459 | 185,459 | 26.43% | 701,609 |
| Just B & C | 223,806 | 42,264 | | | 185,459 | 451,528 | 64.36% | 701,609 |
| Then D | 223,806 | 42,264 | 206,905 | 43,175 | 185,459 | 701,609 | 100.00% | 701,609 |
| | 31.90% | 6.02% | 29.49% | 6.15% | 26.43% | | | |
| % | 31.90% | 6.02% | 29.49% | 6.15% | 26.43% | 100.00% | | 100.00% |
| Shares | | | | | 185,459 | 185,459 | 26.43% | 701,609 |
| Just D | | | 206,905 | 43,175 | 185,459 | 435,539 | 62.08% | 701,609 |

Summary

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | Then R & C | 180,450 | 31,611 | 186,680 | 38,956 | 191,337 | 633,044 | 100.00% | 633,044 | | Then R & C | 333,906 | 42,264 | 208,905 | 43,175 | 185,459 | 701,609 | 100.00% | 701,609 |
| | | | | | | | | | | | | | | | 28.51% | 5.63% | 29.49% | 6.15% | 30.22% | | | | | | 33.90% | 6.02% | 29.49% | 6.15% | 26.43% | | | |
| | | | | | | | | | | | | | | | | | | | | | | $ 2,486.99 | | | | | | | | | | $ 2,245.96 |
| | | | | | | | | | | | | | | | | | $464 | $97 | | | | | | | | | $464 | $97 | | | | |
| | | | | | | | | | | | | | | | | | 83% | 17% | | | | | | | | | 83% | 17% | | | | |

CONFIDENTIAL

AMR_SDTX01656683

Annex A-3

| | | | |
|---|---|---|---|
| $ 371.1 | $ 73.5 | | |
| $ 371.1 | $ 72.7 | $ 371 | $ 73 |

### Exhibit C - Annex A-3 - Section 9(g) (IPO Scenario) - 12/31/19

| Level | Description | Sharing % Class D | Sharing % Class E | Flip Points (marginal) Class D | Flip Points (marginal) Class E | Flip Points (cumulative) Class D | Flip Points (cumulative) Class E | MOIC | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Series B & C - Return of Capital | - | - | $ 230.7 | $ 230.7 | $ 230.7 | $ 230.7 | - | | | | | | |
| 2 | Series D & E - Return of Capital | 100.000% pro rata | | $ 444.6 | $ 444.6 | $ 675.3 | $ 675.3 | - | $ 371 | $ 371 | 1.000x | $ 74 | $ 74 | 1.012x |
| 3 | Catch Up | -10.000% pro rata | | $ 751.0 | $ 369.1 | $ 1,426.4 | $ 1,044.5 | - | $ 50 | $ 421 | 1.135x | $ 14 | $ 88 | 1.208x |
| - | | | | | | $ 1,426.4 | $ 1,044.5 | - | $ - | $ 421 | 1.135x | $ - | $ 88 | 1.208x |
| 4 | Ordinary Sharing I | 29.265% | 6.10% | $ 1,731.3 | $ 1,537.7 | $ 3,157.7 | $ 2,582.2 | 2.500x | | | | | | |
| 5 | Ordinary Sharing II | 21.292% | 4.362% | $ 1,307.0 | $ 1,250.0 | $ 4,464.7 | $ 3,832.2 | 3.250x | | | | | | |
| 6 | Ordinary Sharing III | 14.411% | 2.908% | $ 1,931.2 | $ 1,875.0 | $ 6,395.8 | $ 5,707.2 | 4.000x | | | | | | |
| 7 | Ordinary Sharing IV | 10.889% | 2.181% | | | | | | | | | | | |

### Exhibit C - Annex A-3 - Section 9(g) (IPO Scenario) - 12/31/20

| Level | Description | Sharing % Class D | Sharing % Class E | Flip Points (marginal) Class D | Flip Points (marginal) Class E | Flip Points (cumulative) Class D | Flip Points (cumulative) Class E | MOIC | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Series B & C - Return of Capital | - | - | $ 230.7 | $ 230.7 | $ 230.7 | $ 230.7 | - | | | | | | |
| 2 | Series D & E - Return of Capital | 100.000% pro rata | | $ 444.6 | $ 444.6 | $ 675.3 | $ 675.3 | - | $ 371 | $ 371 | 1.000x | $ 74 | $ 74 | 1.012x |
| 3 | Catch Up | -10.000% pro rata | | $ 751.0 | $ 369.1 | $ 1,426.4 | $ 1,044.5 | - | $ 50 | $ 421 | 1.135x | $ 14 | $ 88 | 1.208x |
| - | | | | | | $ 1,426.4 | $ 1,044.5 | - | $ - | $ 421 | 1.135x | $ - | $ 88 | 1.208x |
| 4 | Ordinary Sharing I | 29.265% | 6.10% | $ 1,731.3 | $ 1,537.7 | $ 3,157.7 | $ 2,582.2 | 2.500x | | | | | | |
| 5 | Ordinary Sharing II | 21.292% | 4.362% | $ 1,307.0 | $ 1,250.0 | $ 4,464.7 | $ 3,832.2 | 3.250x | | | | | | |
| 6 | Ordinary Sharing III | 14.411% | 2.908% | $ 1,931.2 | $ 1,875.0 | $ 6,395.8 | $ 5,707.2 | 4.000x | | | | | | |
| 7 | Ordinary Sharing IV | 10.889% | 2.181% | | | | | | | | | | | |

### Exhibit C - Annex A-3 - Section 4(a) (Asset Sale Scenario) - 12/31/19

| Level | Description | Sharing % Class D | Sharing % Class E | Flip Points (marginal) Class D | Flip Points (marginal) Class E | Flip Points (cumulative) Class D | Flip Points (cumulative) Class E | N | O | MOIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Series B & C - Return of Capital | - | - | $ 230.7 | $ 230.7 | $ 230.7 | $ 230.7 | | | - |
| 2 | Series D & E - Return of Capital | 100.000% pro rata | | $ 444.6 | $ 444.6 | $ 675.3 | $ 675.3 | | | - |
| 3(a) | Catch Up (I) | -10.000% pro rata | | $ 115.4 | $ 115.4 | $ 790.8 | $ 790.8 | | | - |
| 3(b) | Catch Up (II) | -12.903% pro rata | | $ 624.7 | $ 582.5 | $ 1,415.5 | $ 1,373.3 | | | - |
| 4 | Ordinary Sharing I | 37.762% | 7.880% | $ 1,731.3 | $ 1,537.7 | $ 3,146.8 | $ 2,911.0 | $ 1,341.8 | $ 1,191.8 | 2.500x |
| 5 | Ordinary Sharing II | 27.474% | 5.628% | $ 1,307.0 | $ 1,250.0 | $ 4,453.8 | $ 4,161.0 | $ 1,012.9 | $ 968.8 | 3.250x |
| 6 | Ordinary Sharing III | 18.594% | 3.752% | $ 1,931.2 | $ 1,875.0 | $ 6,385.0 | $ 6,036.0 | $ 1,496.6 | $ 1,453.1 | 4.000x |
| 7 | Ordinary Sharing IV | 14.050% | 2.814% | | | | | | | |

### Exhibit C - Annex A-3 - Section 4(a) (Asset Sale Scenario) - 12/31/20

| Level | Description | Sharing % Class D | Sharing % Class E | Flip Points (marginal) Class D | Flip Points (marginal) Class E | Flip Points (cumulative) Class D | Flip Points (cumulative) Class E | N | O | MOIC |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Series B & C - Return of Capital | - | - | $ 230.7 | $ 230.7 | $ 230.7 | $ 230.7 | | | - |
| 2 | Series D & E - Return of Capital | 100.000% pro rata | | $ 444.6 | $ 444.6 | $ 675.3 | $ 675.3 | | | - |
| 3(a) | Catch Up (I) | -10.000% pro rata | | $ 344.6 | $ 344.6 | $ 1,020.0 | $ 1,020.0 | | | - |
| 3(b) | Catch Up (II) | -12.903% pro rata | | $ 395.5 | $ 499.7 | $ 1,415.5 | $ 1,519.6 | | | - |
| 4 | Ordinary Sharing I | 37.762% | 7.880% | $ 1,754.3 | $ 1,456.6 | $ 3,169.8 | $ 2,976.2 | $ 2,456.6 | $ 2,306.5 | 2.500x |
| 5 | Ordinary Sharing II | 27.474% | 5.628% | $ 1,307.0 | $ 1,250.0 | $ 4,476.8 | $ 4,226.2 | $ 1,012.9 | $ 968.8 | 3.250x |
| 6 | Ordinary Sharing III | 18.594% | 3.752% | $ 1,931.2 | $ 1,875.0 | $ 6,407.9 | $ 6,101.2 | $ 1,496.6 | $ 1,453.1 | 4.000x |
| 7 | Ordinary Sharing IV | 14.050% | 2.814% | | | | | | | |

### Exhibit C - Annex A-3 - Section 9(g) (IPO Scenario) - 12/31/19

| Level | Description | Sharing % Class B | Sharing % Class C | Flip Points (marginal) Class B | Flip Points (marginal) Class C | Flip Points (cumulative) Class B | Flip Points (cumulative) Class C | N | O |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $ 34.7 | $ 196.0 |
| 1 | Series B & C - Return of Capital | 100.000% pro rata | | $ 230.7 | $ 230.7 | $ 230.7 | $ 230.7 | $ 196.0 | $ 34.7 |
| 2 | Series D & C - Pref Dvds | 100.000% pro rata | | $ 40.9 | $ 40.9 | $ 271.7 | $ 271.7 | $ 34.8 | $ 6.2 |
| 3 | Common Catch Up | - | - | $ 62.9 | $ 62.9 | $ 334.6 | $ 334.6 | | |
| 4 | Prior to 1st Flip / 1st % | 49.566% | 9.392% | $ 177.4 | $ 272.1 | $ 512.0 | $ 606.7 | | |
| 5 | After 1st Flip / 2nd % | 46.436% | 8.870% | $ 40.4 | $ 44.0 | $ 552.4 | $ 650.8 | | |
| 6 | After 2nd Flip / 3rd % | 43.305% | 8.348% | $ 43.3 | $ 46.8 | $ 595.7 | $ 697.6 | | |
| 7 | After 3rd Flip / 4th % | 40.175% | 7.826% | $ 48.8 | $ 49.9 | $ 644.5 | $ 747.5 | | |
| 8 | After 4th Flip / 5th % | 34.044% | 6.652% | $ 107.6 | $ 117.4 | $ 752.1 | $ 864.9 | | |
| 9 | After 5th Flip / 6th % | 27.914% | 5.478% | $ 134.3 | $ 142.6 | $ 886.5 | $ 1,007.5 | | |
| 10 | After 6th Flip / 7th % | 24.783% | 4.957% | $ 453.9 | $ 472.9 | $ 1,340.4 | $ 1,480.4 | | |
| 11 | After 7th Flip / 8th % | 21.914% | 4.174% | $ 513.4 | $ 561.5 | $ 1,853.8 | $ 2,041.9 | | |
| 12 | After 8th Flip / 9th % | 8.739% | 1.696% | $ 3,076.0 | $ 2,415.0 | $ 4,929.8 | $ 4,456.9 | | |
| 13 | After 9th Flip / 10th % | 21.914% | 4.174% | | | | | | |

### Exhibit C - Annex A-3 - Section 9(g) (IPO Scenario) - 12/31/20

| Level | Description | Sharing % Class B | Sharing % Class C | Flip Points (marginal) Class B | Flip Points (marginal) Class C | Flip Points (cumulative) Class B | Flip Points (cumulative) Class C | N | O |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $ 34.7 | $ 196.0 |
| 1 | Series B & C - Return of Capital | 100.000% pro rata | | $ 230.7 | $ 230.7 | $ 230.7 | $ 230.7 | $ 196.0 | $ 34.7 |

| Level | Description | Class B | Class C | Class B | Class C | Class B | Class C | | | | | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | *Series B & C - Pref Dvds* | 100.000% pro rata | | $ 162.6 | $ 162.6 | $ 393.3 | $ 393.3 | | | | | $ 138.1 | $ 24.4 |
| 3 | *Common Catch Up* | - | - | $ 147.6 | $ 147.6 | $ 540.9 | $ 540.9 | | | | | | |
| 4 | After to 1st Flip / 1st % | 49.566% | 9.392% | $ 461.3 | $ 322.8 | $ 1,002.2 | $ 863.7 | | | | | | |
| 5 | After 1st Flip / 2nd % | 46.436% | 8.870% | $ 166.5 | $ 108.8 | $ 1,168.7 | $ 972.5 | | | | | | |
| 6 | After 2nd Flip / 3rd % | 43.305% | 8.348% | $ 202.1 | $ 127.4 | $ 1,370.8 | $ 1,099.9 | | | | | | |
| 7 | After 3rd Flip / 4th % | 40.175% | 7.826% | $ 246.4 | $ 149.7 | $ 1,617.2 | $ 1,249.6 | | | | | | |
| 8 | After 4th Flip / 5th % | 34.044% | 6.652% | $ 159.3 | $ 94.6 | $ 1,776.5 | $ 1,344.2 | | | | | | |
| 9 | After 5th Flip / 6th % | 27.914% | 5.478% | $ 206.5 | $ 120.6 | $ 1,983.0 | $ 1,464.8 | | | | | | |
| 10 | After 6th Flip / 7th % | 24.783% | 4.957% | $ 510.0 | $ 286.6 | $ 2,493.0 | $ 1,751.4 | | | | | | |
| 11 | After 7th Flip / 8th % | 21.914% | 4.174% | $ 651.2 | $ 374.4 | $ 3,144.2 | $ 2,125.8 | | | | | | |
| 12 | After 8th Flip / 9th % | 8.739% | 1.696% | $ 3,936.0 | $ 3,044.0 | $ 7,080.2 | $ 5,169.8 | | | | | | |
| 13 | After 9th Flip / 10th % | 21.914% | 4.174% | | | | | | | | | | |

### Exhibit C - Annex A-3 - Section 4(a) (Asset Sale Scenario) - 12/31/19

| | | Sharing % | | Flip Points (marginal) | | Flip Points (cumulative) | |
|---|---|---|---|---|---|---|---|
| Level | Description | Class B | Class C | Class B | Class C | Class B | Class C |
| 1 | *Series B & C - Return of Capital* | 100.000% pro rata | | $ 230.7 | $ 230.7 | $ 230.7 | $ 230.7 |
| 2 | *Series B & C - Pref Dvds* | 100.000% pro rata | | $ 40.9 | $ 40.9 | $ 271.7 | $ 271.7 |
| 3 | *Common Catch Up* | - | - | $ 62.9 | $ 62.9 | $ 334.6 | $ 334.6 |
| 4 | Prior to 1st Flip / 1st % | --- Various --- | | $ 177.4 | $ 272.1 | $ 512.0 | $ 606.7 |
| 5 | After 1st Flip / 2nd % | --- Various --- | | $ 40.4 | $ 44.0 | $ 552.4 | $ 650.8 |
| 6 | After 2nd Flip / 3rd % | --- Various --- | | $ 43.3 | $ 46.8 | $ 595.7 | $ 697.6 |
| 7 | After 3rd Flip / 4th % | --- Various --- | | $ 48.8 | $ 49.9 | $ 644.5 | $ 747.5 |
| 8 | After 4th Flip / 5th % | --- Various --- | | $ 107.6 | $ 117.4 | $ 752.1 | $ 864.9 |
| 9 | After 5th Flip / 6th % | --- Various --- | | $ 134.3 | $ 142.6 | $ 886.5 | $ 1,007.5 |
| 10 | After 6th Flip / 7th % | --- Various --- | | $ 453.9 | $ 472.9 | $ 1,340.4 | $ 1,480.4 |
| 11 | After 7th Flip / 8th % | --- Various --- | | $ 513.4 | $ 561.5 | $ 1,853.8 | $ 2,041.9 |
| 12 | After 8th Flip / 9th % | --- Various --- | | $ 3,076.0 | $ 2,415.0 | $ 4,929.8 | $ 4,456.9 |
| 13 | After 9th Flip / 10th % | --- Various --- | | | | | |

### Exhibit C - Annex A-3 - Section 4(a) (Asset Sale Scenario) - 12/31/20

| | | Sharing % | | Flip Points (marginal) | | Flip Points (cumulative) | |
|---|---|---|---|---|---|---|---|
| Level | Description | Class B | Class C | Class B | Class C | Class B | Class C |
| 1 | *Series B & C - Return of Capital* | 100.000% pro rata | | $ 230.7 | $ 230.7 | $ 230.7 | $ 230.7 |
| 2 | *Series B & C - Pref Dvds* | 100.000% pro rata | | $ 162.6 | $ 162.6 | $ 393.3 | $ 393.3 |
| 3 | *Common Catch Up* | - | | $ 147.6 | $ 147.6 | $ 540.9 | $ 540.9 |
| 4 | Prior to 1st Flip / 1st % | --- Various --- | | $ 461.3 | $ 322.8 | $ 1,002.2 | $ 863.7 |
| 5 | After 1st Flip / 2nd % | --- Various --- | | $ 166.5 | $ 108.8 | $ 1,168.7 | $ 972.5 |
| 6 | After 2nd Flip / 3rd % | --- Various --- | | $ 202.1 | $ 127.4 | $ 1,370.8 | $ 1,099.9 |
| 7 | After 3rd Flip / 4th % | --- Various --- | | $ 246.4 | $ 149.7 | $ 1,617.2 | $ 1,249.6 |
| 8 | After 4th Flip / 5th % | --- Various --- | | $ 159.3 | $ 94.6 | $ 1,776.5 | $ 1,344.2 |
| 9 | After 5th Flip / 6th % | --- Various --- | | $ 206.5 | $ 120.6 | $ 1,983.0 | $ 1,464.8 |
| 10 | After 6th Flip / 7th % | --- Various --- | | $ 510.0 | $ 286.6 | $ 2,493.0 | $ 1,751.4 |
| 11 | After 7th Flip / 8th % | --- Various --- | | $ 651.2 | $ 374.4 | $ 3,144.2 | $ 2,125.8 |
| 12 | After 8th Flip / 9th % | --- Various --- | | $ 3,936.0 | $ 3,044.0 | $ 7,080.2 | $ 5,169.8 |
| 13 | After 9th Flip / 10th % | --- Various --- | | | | | |

## 2019 (Pre-IPO) FD Share Count

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | |
| 2 | | IPO Price ($/share): | | | | $ 2,486.99 | | | | | | | |
| 3 | | IPO Shares Issued: | | | | 100,000 | | | | | | | |
| 4 | | IPO Proceeds: | | | | $ 248,699,464 | | | | | | | |
| 5 | | Pre-money Equity Valuation: | | | | $ 1,574,377,517 | | | | | | | |
| 6 | | **Post-money Equity Valuation:** | | | | $ 1,823,076,980 | | | | | | | |
| 7 | | | | | | | | | | | | | |
| 8 | | **Fully Diluted Share Count - Based on Dec. 31, 2019 Exit Date** | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | |
| 10 | | | | | AMH LP | Preferred | Common | Adj. Common | Adj. | | | | |
| 11 | | **Existing Common Shares:** | | | Class A | Shares | Shares | Shares | Value | | | | |
| 12 | | **Common Shares** | | | - | - | 89,991 | 89,991 | $ 223,807,115 | | | | |
| 13 | | | | | | | | | | | | | |
| 14 | | **Existing Founder Notes:** | | | | | | | | | | | |
| 15 | | Founder Note 1 | | | - | - | 322 | 322 | $ 800,290 | | | | |
| 16 | | Founder Note 2 | | | - | - | 10,776 | 10,776 | $ 26,798,630 | | | | |
| 17 | | Founder Note 3 | | | - | - | 167 | 167 | $ 414,272 | | | | |
| 18 | | **Common Shares to Founder Notes** | | | - | - | 11,264 | 11,264 | $ 28,013,192 | | | | |
| 19 | | | | | | | | | | | | | |
| 20 | | **Existing Class A LPs:** | | | | | | | | | | | |
| 21 | | Management | | | 44,955 | - | 89,991 | 89,991 | $ 223,807,114 | | | | |
| 22 | | High Mesa Inc. | | | 5,000 | - | 10,009 | 10,009 | $ 24,892,349 | | | | |
| 23 | | **Common Shares to Class A LPs** | | | 49,955 | - | 100,000 | 100,000 | $ 248,699,464 | | | | |
| 24 | | | | | | | | | | | | | |
| 25 | | **Existing General Partner:** | | | | | | | | | | | |
| 26 | | Alta Mesa Holdings, GP, LLC | | | 90 | - | 91 | 91 | $ 225,846 | | | | |
| 27 | | **Common Shares to GP** | | | 90 | - | 91 | 91 | $ 225,846 | | | | |
| 28 | | | | | | | | | | | | | |
| 29 | | **Adjustments:** | | | | | | | | | | | |
| 30 | | **Class A owned by HMI (to be treasury stock)** | | | - | - | (10,009) | (10,009) | $ (24,892,349) | | | | |
| 31 | | | | | | | | | | | | | |
| 32 | | **Fully Diluted Common Shares (excluding Preferred Stock)** | | | | | | 191,337 | $ 475,853,267 | | | | |
| 33 | | | | | | | | | | | | | |
| 34 | | | | | AMH LP | Pref Shares | Common | Adjusted | Adj. | | | | |
| 35 | | **Series:** | | | Class A | (ex PIK) | Shares | Splits | Value | | | | |
| 36 | | Series B Preferred Stock | | | - | 150,000,000 | - | 180,456 | $ 448,792,183 | | | | |
| 37 | | Series C Preferred Stock | | | - | 31,250,000 | - | 35,611 | $ 88,563,551 | | | | |
| 38 | | Series D Preferred Stock | | | - | 371,055,966 | - | 186,685 | $ 464,285,810 | | | | |
| 39 | | Series E Preferred Stock | | | - | 72,700,000 | - | 38,956 | $ 96,882,706 | | | | |
| 40 | | Total Preferred Stock | | | - | 625,005,966 | - | 441,708 | $ 1,098,524,249 | | | | |
| 41 | | | | | | | | | | | | | |
| 42 | | **Fully Diluted Common Shares (including Preferred Stock)** | | | | | | 633,044 | $ 1,574,377,517 | | | | |
| 43 | | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | Adj. Splits | |
| 45 | | **Summary:** | | | | | | Adjusted Splits | Adj. Value | | Initial | Pre-IPO | Post-IPO |
| 46 | | Common | | | | | | 191,337 | $ 475,853,267 | | 26.52% | 30.22% | 26.10% |
| 47 | | Series B | | | | | | 180,456 | $ 448,792,183 | | 32.03% | 28.51% | 24.62% |
| 48 | | Series C | | | | | | 35,611 | $ 88,563,551 | | 6.07% | 5.63% | 4.86% |
| 49 | | Series D | | | | | | 186,685 | $ 464,285,810 | | 29.27% | 29.49% | 25.47% |
| 50 | | Series E | | | | | | 38,956 | $ 96,882,706 | | 6.11% | 6.15% | 5.31% |
| 51 | | **Total Pre-Money Value:** | | | | | | 633,044 | $ 1,574,377,517 | | 100.00% | 100.00% | 86.36% |
| 52 | | IPO Shares | | | | | | 100,000 | $ 248,699,464 | | | | 13.64% |
| 53 | | **Total Post-Money Value:** | | | | | | 733,044 | $ 1,823,076,980 | | | | 100.00% |
| 54 | | | | | | | | | | | | | |
| 55 | | | | | | | | | | | | | |
| 56 | | | | | | | | | | | | | |
| 57 | | | | | | | | $ 47,834 | | | | | |
| 58 | | | | | | | | $ 116,549 | | | | | |

## 2020 (Pre-IPO) FD Share Count

|  | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | |
| 2 | | IPO Price ($/share): | | | | $ 2,243.95 | | | | | | | |
| 3 | | IPO Shares Issued: | | | | 100,000 | | | | | | | |
| 4 | | IPO Proceeds: | | | | $ 224,395,391 | | | | | | | |
| 5 | | Pre-money Equity Valuation: | | | | $ 1,574,377,517 | | | | | | | |
| 6 | | Post-money Equity Valuation: | | | | $ 1,798,772,907 | | | | | | | |
| 7 | | | | | | | | | | | | | |
| 8 | | Fully Diluted Share Count - Based on Dec. 31, 2020 Exit Date | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | |
| 10 | | | | | AMH LP | Preferred | Common | Adj. Common | Adj. | | | | |
| 11 | | **Existing Common Shares:** | | | Class A | Shares | Shares | Shares | Value | | | | |
| 12 | | **Common Shares** | | | - | - | 89,991 | 89,991 | $ 201,935,638 | | | | |
| 13 | | | | | | | | | | | | | |
| 14 | | **Existing Founder Notes:** | | | | | | | | | | | |
| 15 | | Founder Note 1 | | | - | - | 154 | 154 | $ 345,524 | | | | |
| 16 | | Founder Note 2 | | | - | - | 5,152 | 5,152 | $ 11,561,551 | | | | |
| 17 | | Founder Note 3 | | | - | - | 79 | 79 | $ 178,278 | | | | |
| 18 | | **Common Shares to Founder Notes** | | | - | - | 5,386 | 5,386 | $ 12,085,353 | | | | |
| 19 | | | | | | | | | | | | | |
| 20 | | **Existing Class A LPs:** | | | | | | | | | | | |
| 21 | | Management | | | 44,955 | - | 89,991 | 89,991 | $ 201,935,638 | | | | |
| 22 | | High Mesa Inc. | | | 5,000 | - | 10,009 | 10,009 | $ 22,459,753 | | | | |
| 23 | | **Common Shares to Class A LPs** | | | 49,955 | - | 100,000 | 100,000 | $ 224,395,391 | | | | |
| 24 | | | | | | | | | | | | | |
| 25 | | **Existing General Partner:** | | | | | | | | | | | |
| 26 | | Alta Mesa Holdings, GP, LLC | | | 90 | - | 91 | 91 | $ 203,776 | | | | |
| 27 | | **Common Shares to GP** | | | 90 | - | 91 | 91 | $ 203,776 | | | | |
| 28 | | | | | | | | | | | | | |
| 29 | | **Adjustments:** | | | | | | | | | | | |
| 30 | | Class A owned by HMI (to be treasury stock) | | | - | - | (10,009) | (10,009) | $ (22,459,753) | | | | |
| 31 | | | | | | | | | | | | | |
| 32 | | **Fully Diluted Common Shares (excluding Preferred Stock)** | | | | | | 185,459 | $ 416,160,405 | | | | |
| 33 | | | | | | | | | | | | | |
| 34 | | | | | AMH LP | Pref Shares | Common | Adjusted | Adj. | | | | |
| 35 | | **Series:** | | | Class A | (ex PIK) | Shares | Splits | Value | | | | |
| 36 | | Series B Preferred Stock | | | - | 150,000,000 | - | 223,806 | $ 502,209,706 | | | | |
| 37 | | Series C Preferred Stock | | | - | 31,250,000 | - | 42,264 | $ 94,838,890 | | | | |
| 38 | | Series D Preferred Stock | | | - | 371,055,966 | - | 206,905 | $ 464,285,810 | | | | |
| 39 | | Series E Preferred Stock | | | - | 72,700,000 | - | 43,175 | $ 96,882,706 | | | | |
| 40 | | Total Preferred Stock | | | - | 625,005,966 | - | 516,150 | $ 1,158,217,112 | | | | |
| 41 | | | | | | | | | | | | | |
| 42 | | **Fully Diluted Common Shares (including Preferred Stock)** | | | | | | 701,609 | $ 1,574,377,517 | | | | |
| 43 | | | | | | | | | | | | | |
| 44 | | | | | | | | Adjusted | Adj. | | | Adj. Splits | |
| 45 | | **Summary:** | | | | | | Splits | Value | | Initial | Pre-IPO | Post-IPO |
| 46 | | Common | | | | | | 185,459 | $ 416,160,405 | | 26.52% | 26.43% | 23.14% |
| 47 | | Series B | | | | | | 223,806 | $ 502,209,706 | | 32.03% | 31.90% | 27.92% |
| 48 | | Series C | | | | | | 42,264 | $ 94,838,890 | | 6.07% | 6.02% | 5.27% |
| 49 | | Series D | | | | | | 206,905 | $ 464,285,810 | | 29.27% | 29.49% | 25.81% |
| 50 | | Series E | | | | | | 43,175 | $ 96,882,706 | | 6.11% | 6.15% | 5.39% |
| 51 | | **Total Pre-Money Value:** | | | | | | 701,609 | $ 1,574,377,517 | | 100.00% | 100.00% | 87.53% |
| 52 | | IPO Shares | | | | | | 100,000 | $ 224,395,391 | | | | 12.47% |
| 53 | | **Total Post-Money Value:** | | | | | | 801,609 | $ 1,798,772,907 | | | | 100.00% |
| 54 | | | | | | | | | | | | | |

Pre-Money (IPO) Equity Outputs

| | C | D | F | G | H | I | J | K | L | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Money Equity ($mm): | | 1,574 | | | | | | | | | | | | | |
| | 2019 | 2020 | | | | | | | | | | | | | |
| Pre-IPO FD Shares: | 633,044 | 701,609 | | **Annex A-4 - Example Distributions (IPO Scenario)** | | | | | | | | | | Series D Issued ($mm): | $371.056 |
| Px ($/share): | $ 2,486.99 | $ 2,243.95 | | | | | | | | | | | | | |
| | | | | **HMI Pre-Money Equity Value ($mm)** | | | | | | | | **Pre-IPO Share Count** | | | |
| | | | 12/31/2019 | BCE - D | BCE - E | HPS - B | HPS - C | Common | Total | | BCE - D | BCE - E | HPS - B | HPS - C | Common |
| | | | | $464 | $97 | $449 | $89 | $476 | | | 186,685 | 38,956 | 180,456 | 35,611 | 191,337 |
| | | | $ 1,574 | $464 | $97 | $449 | $89 | $476 | $1,574 | $1,574 | 186,685 | 38,956 | 180,456 | 35,611 | 191,337 |
| | | | $1,757 | $518 | $108 | $478 | $95 | $558 | $1,757 | $1,757 | 175,865 | 36,698 | 162,434 | 32,240 | 189,589 |
| | | | $1,939 | $571 | $119 | $507 | $101 | $641 | $1,939 | $1,939 | 167,779 | 35,011 | 149,061 | 29,598 | 188,303 |
| | | | $2,189 | $644 | $134 | $547 | $109 | $754 | $2,189 | $2,189 | 159,697 | 33,324 | 135,694 | 26,958 | 187,017 |
| | | | $2,439 | $717 | $150 | $585 | $117 | $871 | $2,439 | $2,439 | 153,272 | 31,983 | 124,890 | 24,946 | 186,058 |
| | | | $2,689 | $791 | $165 | $620 | $124 | $990 | $2,689 | $2,689 | 147,952 | 30,873 | 116,025 | 23,126 | 185,315 |
| | | | $2,939 | $864 | $180 | $655 | $130 | $1,110 | $2,939 | $2,939 | 143,798 | 30,006 | 109,109 | 21,696 | 184,736 |
| | | | $3,189 | $942 | $185 | $682 | $137 | $1,244 | $3,189 | $3,189 | 139,415 | 27,333 | 100,966 | 20,335 | 184,221 |
| | | | $3,439 | $995 | $195 | $698 | $142 | $1,409 | $3,439 | $3,439 | 129,745 | 25,499 | 91,054 | 18,578 | 183,727 |
| | | | $3,689 | $1,048 | $206 | $714 | $146 | $1,575 | $3,689 | $3,689 | 121,980 | 24,024 | 83,147 | 16,946 | 183,333 |
| | | | $3,939 | $1,101 | $217 | $731 | $149 | $1,742 | $3,939 | $3,939 | 115,723 | 22,836 | 76,776 | 15,631 | 183,017 |
| | | | $4,189 | $1,154 | $228 | $747 | $152 | $1,908 | $4,189 | $4,189 | 110,575 | 21,859 | 71,533 | 14,549 | 182,756 |
| | | | $4,439 | $1,208 | $237 | $763 | $155 | $2,076 | $4,439 | $4,439 | 106,269 | 20,822 | 67,112 | 13,636 | 182,536 |
| | | | $4,689 | $1,245 | $244 | $781 | $159 | $2,261 | $4,689 | $4,689 | 100,363 | 19,682 | 63,004 | 12,788 | 182,332 |
| | | | $4,939 | $1,281 | $251 | $799 | $162 | $2,446 | $4,939 | $4,939 | 95,362 | 18,717 | 59,526 | 12,070 | 182,159 |
| | | | $5,189 | $1,317 | $259 | $817 | $166 | $2,631 | $5,189 | $5,189 | 91,072 | 17,888 | 56,542 | 11,454 | 182,011 |
| | | | $5,439 | $1,353 | $266 | $837 | $169 | $2,815 | $5,439 | $5,439 | 87,352 | 17,170 | 53,954 | 10,920 | 181,882 |
| | | | $5,689 | $1,389 | $273 | $883 | $173 | $2,972 | $5,689 | $5,689 | 84,095 | 16,541 | 51,689 | 10,452 | 181,769 |
| | | | $5,939 | $1,425 | $280 | $928 | $177 | $3,130 | $5,939 | $5,939 | 81,220 | 15,986 | 49,689 | 10,039 | 181,670 |
| | | | $6,189 | $1,461 | $288 | $973 | $185 | $3,282 | $6,189 | $6,189 | 78,663 | 15,493 | 47,911 | 9,672 | 181,581 |
| | | | $6,439 | $1,495 | $293 | $1,019 | $194 | $3,438 | $6,439 | $6,439 | 76,192 | 14,931 | 46,289 | 9,338 | 181,501 |
| | | | $6,689 | $1,522 | $298 | $1,067 | $203 | $3,599 | $6,689 | $6,689 | 73,529 | 14,414 | 44,790 | 9,028 | 181,426 |
| | | | $6,939 | $1,549 | $304 | $1,115 | $212 | $3,760 | $6,939 | $6,939 | 71,129 | 13,949 | 43,439 | 8,749 | 181,359 |
| | | | $7,189 | $1,576 | $309 | $1,162 | $221 | $3,921 | $7,189 | $7,189 | 68,957 | 13,528 | 42,216 | 8,497 | 181,298 |
| | | | $7,439 | $1,604 | $315 | $1,210 | $230 | $4,081 | $7,439 | $7,439 | 66,980 | 13,145 | 41,103 | 8,267 | 181,243 |
| | | | $7,689 | $1,631 | $320 | $1,257 | $240 | $4,241 | $7,689 | $7,689 | 65,175 | 12,795 | 40,086 | 8,057 | 181,192 |
| | | | $7,939 | $1,658 | $326 | $1,305 | $249 | $4,402 | $7,939 | $7,939 | 63,519 | 12,474 | 39,154 | 7,865 | 181,146 |
| | | | $8,189 | $1,685 | $331 | $1,353 | $258 | $4,563 | $8,189 | $8,189 | 61,994 | 12,179 | 38,296 | 7,687 | 181,103 |
| | | | $8,439 | $1,712 | $337 | $1,400 | $267 | $4,723 | $8,439 | $8,439 | 60,587 | 11,906 | 37,503 | 7,524 | 181,064 |
| | | | $8,689 | $1,740 | $342 | $1,448 | $276 | $4,884 | $8,689 | $8,689 | 59,283 | 11,653 | 36,769 | 7,372 | 181,027 |
| | | | $8,939 | $1,767 | $347 | $1,496 | $285 | $5,045 | $8,939 | $8,939 | 58,071 | 11,418 | 36,087 | 7,232 | 180,993 |
| | | | $9,189 | $1,794 | $353 | $1,543 | $294 | $5,205 | $9,189 | $9,189 | 56,943 | 11,200 | 35,452 | 7,100 | 180,962 |
| | | | $9,439 | $1,821 | $358 | $1,591 | $303 | $5,366 | $9,439 | $9,439 | 55,889 | 10,995 | 34,858 | 6,978 | 180,932 |
| | | | $9,689 | $1,849 | $364 | $1,638 | $312 | $5,526 | $9,689 | $9,689 | 54,904 | 10,804 | 34,303 | 6,863 | 180,905 |
| | | | $9,939 | $1,876 | $369 | $1,686 | $321 | $5,687 | $9,939 | $9,939 | 53,979 | 10,625 | 33,783 | 6,756 | 180,879 |
| | | | $10,189 | $1,903 | $375 | $1,734 | $330 | $5,848 | $10,189 | $10,189 | 53,111 | 10,457 | 33,294 | 6,655 | 180,855 |
| | | | $10,439 | $1,930 | $380 | $1,781 | $339 | $6,008 | $10,439 | $10,439 | 52,293 | 10,298 | 32,833 | 6,560 | 180,832 |
| | | | $10,689 | $1,957 | $386 | $1,829 | $348 | $6,169 | $10,689 | $10,689 | 51,521 | 10,149 | 32,399 | 6,470 | 180,810 |
| | | | $10,939 | $1,985 | $391 | $1,877 | $357 | $6,330 | $10,939 | $10,939 | 50,793 | 10,008 | 31,989 | 6,386 | 180,793 |
| | | | $11,189 | $2,012 | $396 | $1,924 | $367 | $6,490 | $11,189 | $11,189 | 50,104 | 9,874 | 31,601 | 6,305 | 180,770 |
| | | | $11,439 | $2,039 | $402 | $1,972 | $376 | $6,651 | $11,439 | $11,439 | 49,450 | 9,747 | 31,233 | 6,230 | 180,752 |

Pre-Money (IPO) Equity Outputs

| | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ | AK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | | |
| 6 | | Exit Timing: | | 12/31/19 | | | | | | | | | | | Annex A-4 - Example Distributions (IPO Scenario) | | | | |
| 7 | | | | | | | | | | | | | | | | | | | |
| 8 | | Share Px | | % of Total | | | | | | % of B, C and Common | | | | | HMI Pre-Money Equity Value ($mm) | | | | |
| 9 | Total | $/share | BCE - D | BCE - E | HPS - B | HPS - C | Common | Total | HPS - B | HPS - C | Common | Total | | 12/31/2020 | BCE - D | BCE - E | HPS - B | HPS - C | Common |
| 10 | | | | | | | | | | | | | | | | | | | |
| 11 | 633,044 | | | | | | | | | | | | | | $464 | $97 | $502 | $95 | $416 |
| 12 | 633,044 | $2,486.99 | 29.49% | 6.15% | 28.51% | 5.63% | 30.22% | 100.00% | 44.29% | 8.74% | 46.96% | 100.00% | 35.64% | $ 1,574 | $464 | $97 | $502 | $95 | $416 |
| 13 | 596,826 | $2,943.70 | 29.47% | 6.15% | 27.22% | 5.40% | 31.77% | 100.00% | 42.27% | 8.39% | 49.34% | 100.00% | 35.62% | $ 1,757 | $518 | $108 | $561 | $105 | $466 |
| 14 | 569,752 | $3,403.90 | 29.45% | 6.14% | 26.16% | 5.19% | 33.05% | 100.00% | 40.62% | 8.07% | 51.31% | 100.00% | 35.59% | $ 1,939 | $571 | $119 | $616 | $114 | $519 |
| 15 | 542,690 | $4,034.31 | 29.43% | 6.14% | 25.00% | 4.97% | 34.46% | 100.00% | 38.81% | 7.71% | 53.48% | 100.00% | 35.57% | $ 2,189 | $644 | $134 | $687 | $126 | $597 |
| 16 | 521,149 | $4,680.78 | 29.41% | 6.14% | 23.96% | 4.79% | 35.70% | 100.00% | 37.18% | 7.43% | 55.39% | 100.00% | 35.55% | $ 2,439 | $717 | $150 | $755 | $135 | $682 |
| 17 | 503,291 | $5,343.58 | 29.40% | 6.13% | 23.05% | 4.60% | 36.82% | 100.00% | 35.76% | 7.13% | 57.11% | 100.00% | 35.53% | $ 2,689 | $791 | $165 | $820 | $143 | $771 |
| 18 | 489,345 | $6,006.76 | 29.39% | 6.13% | 22.30% | 4.43% | 37.75% | 100.00% | 34.58% | 6.88% | 58.55% | 100.00% | 35.52% | $ 2,939 | $864 | $180 | $876 | $151 | $869 |
| 19 | 472,270 | $6,753.30 | 29.52% | 5.79% | 21.38% | 4.31% | 39.01% | 100.00% | 33.05% | 6.66% | 60.30% | 100.00% | 35.31% | $ 3,189 | $942 | $185 | $924 | $158 | $982 |
| 20 | 448,602 | $7,666.88 | 28.92% | 5.68% | 20.30% | 4.41% | 40.96% | 100.00% | 31.04% | 6.33% | 62.63% | 100.00% | 34.61% | $ 3,439 | $999 | $195 | $971 | $165 | $1,113 |
| 21 | 429,430 | $8,591.34 | 28.41% | 5.59% | 19.36% | 3.95% | 42.69% | 100.00% | 29.34% | 5.98% | 64.68% | 100.00% | 34.00% | $ 3,689 | $1,048 | $206 | $1,017 | $168 | $1,250 |
| 22 | 413,983 | $9,515.80 | 27.95% | 5.52% | 18.55% | 3.78% | 44.21% | 100.00% | 27.88% | 5.68% | 66.45% | 100.00% | 33.47% | $ 3,939 | $1,101 | $217 | $1,064 | $171 | $1,386 |
| 23 | 401,272 | $10,440.25 | 27.56% | 5.45% | 17.83% | 3.63% | 45.54% | 100.00% | 26.61% | 5.41% | 67.98% | 100.00% | 33.00% | $ 4,189 | $1,154 | $228 | $1,104 | $174 | $1,528 |
| 24 | 390,375 | $11,372.10 | 27.22% | 5.33% | 17.19% | 3.49% | 46.76% | 100.00% | 25.49% | 5.18% | 69.33% | 100.00% | 32.56% | $ 4,439 | $1,208 | $237 | $1,145 | $177 | $1,671 |
| 25 | 378,170 | $12,400.20 | 26.54% | 5.20% | 16.66% | 3.38% | 48.21% | 100.00% | 24.41% | 4.95% | 70.64% | 100.00% | 31.74% | $ 4,689 | $1,245 | $244 | $1,191 | $181 | $1,829 |
| 26 | 367,833 | $13,428.31 | 25.93% | 5.09% | 16.18% | 3.28% | 49.52% | 100.00% | 23.46% | 4.76% | 71.79% | 100.00% | 31.01% | $ 4,939 | $1,281 | $251 | $1,219 | $184 | $2,004 |
| 27 | 358,967 | $14,456.41 | 25.37% | 4.98% | 15.75% | 3.19% | 50.70% | 100.00% | 22.62% | 4.58% | 72.80% | 100.00% | 30.35% | $ 5,189 | $1,317 | $259 | $1,237 | $188 | $2,189 |
| 28 | 351,279 | $15,484.52 | 24.87% | 4.89% | 15.39% | 3.11% | 51.74% | 100.00% | 21.91% | 4.43% | 73.66% | 100.00% | 29.75% | $ 5,439 | $1,353 | $266 | $1,255 | $191 | $2,374 |
| 29 | 344,547 | $16,512.63 | 24.41% | 4.80% | 15.51% | 3.03% | 52.25% | 100.00% | 21.91% | 4.29% | 73.80% | 100.00% | 29.21% | $ 5,689 | $1,389 | $273 | $1,273 | $195 | $2,560 |
| 30 | 338,605 | $17,540.73 | 23.99% | 4.72% | 15.62% | 2.98% | 52.69% | 100.00% | 21.91% | 4.17% | 73.91% | 100.00% | 28.71% | $ 5,939 | $1,425 | $280 | $1,291 | $198 | $2,745 |
| 31 | 333,321 | $18,568.84 | 23.60% | 4.65% | 15.72% | 2.99% | 53.03% | 100.00% | 21.91% | 4.17% | 73.91% | 100.00% | 28.25% | $ 6,189 | $1,461 | $288 | $1,309 | $202 | $2,930 |
| 32 | 328,251 | $19,617.25 | 23.21% | 4.55% | 15.83% | 3.02% | 53.39% | 100.00% | 21.91% | 4.17% | 73.91% | 100.00% | 27.76% | $ 6,439 | $1,495 | $293 | $1,328 | $206 | $3,119 |
| 33 | 323,187 | $20,698.19 | 22.75% | 4.46% | 15.95% | 3.04% | 53.80% | 100.00% | 21.91% | 4.17% | 73.91% | 100.00% | 27.21% | $ 6,689 | $1,522 | $298 | $1,347 | $209 | $3,313 |
| 34 | 318,625 | $21,779.12 | 22.32% | 4.38% | 16.06% | 3.06% | 54.18% | 100.00% | 21.91% | 4.17% | 73.91% | 100.00% | 26.70% | $ 6,939 | $1,549 | $304 | $1,366 | $213 | $3,508 |
| 35 | 314,495 | $22,860.06 | 21.93% | 4.30% | 16.17% | 3.08% | 54.53% | 100.00% | 21.91% | 4.17% | 73.91% | 100.00% | 26.23% | $ 7,189 | $1,576 | $309 | $1,385 | $221 | $3,698 |
| 36 | 310,738 | $23,941.00 | 21.56% | 4.23% | 16.26% | 3.10% | 54.85% | 100.00% | 21.91% | 4.17% | 73.91% | 100.00% | 25.79% | $ 7,439 | $1,604 | $315 | $1,404 | $230 | $3,887 |
| 37 | 307,306 | $25,021.94 | 21.21% | 4.16% | 16.35% | 3.11% | 55.16% | 100.00% | 21.91% | 4.17% | 73.91% | 100.00% | 25.37% | $ 7,689 | $1,631 | $320 | $1,423 | $240 | $4,076 |
| 38 | 304,157 | $26,102.87 | 20.88% | 4.10% | 16.44% | 3.13% | 55.45% | 100.00% | 21.91% | 4.17% | 73.91% | 100.00% | 24.98% | $ 7,939 | $1,658 | $326 | $1,442 | $249 | $4,265 |
| 39 | 301,259 | $27,183.81 | 20.58% | 4.04% | 16.52% | 3.15% | 55.71% | 100.00% | 21.91% | 4.17% | 73.91% | 100.00% | 24.62% | $ 8,189 | $1,685 | $331 | $1,461 | $258 | $4,455 |
| 40 | 298,583 | $28,264.75 | 20.29% | 3.99% | 16.59% | 3.16% | 55.97% | 100.00% | 21.91% | 4.17% | 73.91% | 100.00% | 24.28% | $ 8,439 | $1,712 | $337 | $1,480 | $267 | $4,644 |
| 41 | 296,104 | $29,345.68 | 20.02% | 3.94% | 16.66% | 3.17% | 56.21% | 100.00% | 21.91% | 4.17% | 73.91% | 100.00% | 23.96% | $ 8,689 | $1,740 | $342 | $1,499 | $276 | $4,833 |
| 42 | 293,801 | $30,426.62 | 19.77% | 3.89% | 16.73% | 3.19% | 56.43% | 100.00% | 21.91% | 4.17% | 73.91% | 100.00% | 23.65% | $ 8,939 | $1,767 | $347 | $1,518 | $285 | $5,023 |
| 43 | 291,656 | $31,507.56 | 19.52% | 3.84% | 16.79% | 3.20% | 56.64% | 100.00% | 21.91% | 4.17% | 73.91% | 100.00% | 23.36% | $ 9,189 | $1,794 | $353 | $1,543 | $294 | $5,205 |
| 44 | 289,654 | $32,588.50 | 19.30% | 3.80% | 16.85% | 3.21% | 56.85% | 100.00% | 21.91% | 4.17% | 73.91% | 100.00% | 23.09% | $ 9,439 | $1,821 | $358 | $1,591 | $303 | $5,366 |
| 45 | 287,780 | $33,669.43 | 19.08% | 3.75% | 16.91% | 3.22% | 57.04% | 100.00% | 21.91% | 4.17% | 73.91% | 100.00% | 22.83% | $ 9,689 | $1,849 | $364 | $1,638 | $312 | $5,526 |
| 46 | 286,022 | $34,750.37 | 18.87% | 3.71% | 16.96% | 3.23% | 57.22% | 100.00% | 21.91% | 4.17% | 73.91% | 100.00% | 22.59% | $ 9,939 | $1,876 | $369 | $1,686 | $321 | $5,687 |
| 47 | 284,371 | $35,831.31 | 18.68% | 3.68% | 17.02% | 3.24% | 57.39% | 100.00% | 21.91% | 4.17% | 73.91% | 100.00% | 22.35% | $ 10,189 | $1,903 | $375 | $1,734 | $330 | $5,848 |
| 48 | 282,816 | $36,912.24 | 18.49% | 3.64% | 17.06% | 3.25% | 57.55% | 100.00% | 21.91% | 4.17% | 73.91% | 100.00% | 22.13% | $ 10,439 | $1,930 | $380 | $1,781 | $339 | $6,008 |
| 49 | 281,350 | $37,993.18 | 18.31% | 3.61% | 17.11% | 3.26% | 57.71% | 100.00% | 21.91% | 4.17% | 73.91% | 100.00% | 21.92% | $ 10,689 | $1,957 | $386 | $1,829 | $348 | $6,169 |
| 50 | 279,965 | $39,074.12 | 18.14% | 3.57% | 17.15% | 3.27% | 57.86% | 100.00% | 21.91% | 4.17% | 73.91% | 100.00% | 21.72% | $ 10,939 | $1,985 | $391 | $1,877 | $357 | $6,330 |
| 51 | 278,654 | $40,155.06 | 17.98% | 3.54% | 17.20% | 3.28% | 58.00% | 100.00% | 21.91% | 4.17% | 73.91% | 100.00% | 21.52% | $ 11,189 | $2,012 | $396 | $1,924 | $367 | $6,490 |
| 52 | 277,413 | $41,235.99 | 17.83% | 3.51% | 17.24% | 3.28% | 58.14% | 100.00% | 21.91% | 4.17% | 73.91% | 100.00% | 21.34% | $ 11,439 | $2,039 | $402 | $1,972 | $376 | $6,651 |
| 53 | | | | | | | | | | | | | | | | | | | |

Pre-Money (IPO) Equity Outputs

|  | AL | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV | AW | AX | AY | AZ | BA | BB | BC | BD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | | | Series D Issued ($mm): | | $371 | | | | Exit Timing: | | | 12/31/20 | | | | | | | |
| 8 | | | Pre-IPO Shrare Count | | | | | | Share Px | % of Total | | | | | | % of B, C and Common | | | |
| 9 | Total | Total | BCE - D | BCE - E | HPS - B | HPS - C | Common | Total | $/share | BCE - D | BCE - E | HPS - B | HPS - C | Common | Total | HPS - B | HPS - C | Common | Total |
| 11 | | | 206,905 | 43,175 | 223,806 | 42,264 | 185,459 | 701,609 | | | | | | | | | | | |
| 12 | $1,574 | $1,574 | 206,905 | 43,175 | 223,806 | 42,264 | 185,459 | 701,609 | $2,243.95 | 29.49% | 6.15% | 31.90% | 6.02% | 26.43% | 100.00% | 49.57% | 9.36% | 41.07% | 100.00% |
| 13 | $1,757 | $1,757 | 205,580 | 42,898 | 222,646 | 41,671 | 184,872 | 697,667 | $2,518.22 | 29.47% | 6.15% | 31.91% | 5.97% | 26.50% | 100.00% | 49.57% | 9.28% | 41.16% | 100.00% |
| 14 | $1,939 | $1,939 | 202,851 | 42,329 | 218,646 | 40,657 | 184,365 | 688,849 | $2,815.39 | 29.45% | 6.14% | 31.74% | 5.90% | 26.76% | 100.00% | 49.28% | 9.16% | 41.55% | 100.00% |
| 15 | $2,189 | $2,189 | 198,274 | 41,374 | 211,486 | 38,857 | 183,792 | 673,783 | $3,249.39 | 29.43% | 6.14% | 31.39% | 5.77% | 27.28% | 100.00% | 48.71% | 8.95% | 42.34% | 100.00% |
| 16 | $2,439 | $2,439 | 192,865 | 40,245 | 202,971 | 36,367 | 183,322 | 655,771 | $3,719.86 | 29.41% | 6.14% | 30.95% | 5.55% | 27.96% | 100.00% | 48.02% | 8.60% | 43.37% | 100.00% |
| 17 | $2,689 | $2,689 | 187,693 | 39,166 | 194,660 | 34,017 | 182,942 | 638,478 | $4,212.17 | 29.40% | 6.13% | 30.49% | 5.33% | 28.65% | 100.00% | 47.29% | 8.26% | 44.44% | 100.00% |
| 18 | $2,939 | $2,939 | 181,606 | 37,896 | 184,172 | 31,719 | 182,614 | 618,006 | $4,756.23 | 29.39% | 6.13% | 29.80% | 5.13% | 29.55% | 100.00% | 46.22% | 7.96% | 45.82% | 100.00% |
| 19 | $3,189 | $3,189 | 174,853 | 34,282 | 171,548 | 29,319 | 182,317 | 592,319 | $5,384.56 | 29.52% | 5.79% | 28.96% | 4.95% | 30.78% | 100.00% | 44.77% | 7.65% | 47.58% | 100.00% |
| 20 | $3,439 | $3,439 | 162,715 | 31,978 | 158,902 | 26,953 | 182,050 | 562,598 | $6,113.39 | 28.92% | 5.68% | 28.24% | 4.79% | 32.36% | 100.00% | 43.19% | 7.33% | 49.48% | 100.00% |
| 21 | $3,689 | $3,689 | 152,493 | 30,034 | 148,059 | 24,435 | 181,831 | 536,852 | $6,872.25 | 28.41% | 5.59% | 27.58% | 4.55% | 33.87% | 100.00% | 41.79% | 6.90% | 51.32% | 100.00% |
| 22 | $3,939 | $3,939 | 144,304 | 28,476 | 139,371 | 22,418 | 181,656 | 516,227 | $7,631.11 | 27.95% | 5.52% | 27.00% | 4.34% | 35.19% | 100.00% | 40.58% | 6.53% | 52.89% | 100.00% |
| 23 | $4,189 | $4,189 | 137,126 | 27,108 | 131,189 | 20,695 | 181,508 | 497,626 | $8,418.73 | 27.56% | 5.45% | 26.36% | 4.16% | 36.47% | 100.00% | 39.35% | 6.21% | 54.44% | 100.00% |
| 24 | $4,439 | $4,439 | 131,166 | 25,701 | 124,328 | 19,255 | 181,384 | 481,834 | $9,213.51 | 27.22% | 5.33% | 25.80% | 4.00% | 37.64% | 100.00% | 38.26% | 5.93% | 55.82% | 100.00% |
| 25 | $4,689 | $4,689 | 123,338 | 24,188 | 118,013 | 17,929 | 181,271 | 464,737 | $10,090.39 | 26.54% | 5.20% | 25.39% | 3.86% | 39.00% | 100.00% | 37.20% | 5.65% | 57.14% | 100.00% |
| 26 | $4,939 | $4,939 | 115,757 | 22,720 | 110,189 | 16,670 | 181,165 | 446,502 | $11,062.40 | 25.93% | 5.09% | 24.68% | 3.73% | 40.57% | 100.00% | 35.77% | 5.41% | 58.82% | 100.00% |
| 27 | $5,189 | $5,189 | 108,894 | 21,389 | 102,314 | 15,543 | 181,072 | 429,211 | $12,090.51 | 25.37% | 4.98% | 23.84% | 3.62% | 42.19% | 100.00% | 34.23% | 5.20% | 60.57% | 100.00% |
| 28 | $5,439 | $5,439 | 103,106 | 20,267 | 95,672 | 14,592 | 180,994 | 414,631 | $13,118.61 | 24.87% | 4.89% | 23.07% | 3.52% | 43.65% | 100.00% | 32.85% | 5.01% | 62.14% | 100.00% |
| 29 | $5,689 | $5,689 | 98,159 | 19,308 | 89,996 | 13,779 | 180,927 | 402,170 | $14,146.72 | 24.41% | 4.80% | 22.38% | 3.43% | 44.99% | 100.00% | 31.61% | 4.84% | 63.55% | 100.00% |
| 30 | $5,939 | $5,939 | 93,883 | 18,479 | 85,089 | 13,077 | 180,869 | 391,397 | $15,174.82 | 23.99% | 4.72% | 21.74% | 3.34% | 46.21% | 100.00% | 30.49% | 4.69% | 64.82% | 100.00% |
| 31 | $6,189 | $6,189 | 90,149 | 17,755 | 80,805 | 12,463 | 180,819 | 381,991 | $16,202.93 | 23.60% | 4.65% | 21.15% | 3.26% | 47.34% | 100.00% | 29.48% | 4.55% | 65.97% | 100.00% |
| 32 | $6,439 | $6,439 | 86,642 | 16,978 | 76,962 | 11,913 | 180,773 | 373,268 | $17,251.34 | 23.21% | 4.55% | 20.62% | 3.19% | 48.43% | 100.00% | 28.54% | 4.42% | 67.04% | 100.00% |
| 33 | $6,689 | $6,689 | 83,018 | 16,274 | 73,460 | 11,412 | 180,732 | 364,896 | $18,332.28 | 22.75% | 4.46% | 20.13% | 3.13% | 49.53% | 100.00% | 27.66% | 4.30% | 68.05% | 100.00% |
| 34 | $6,939 | $6,939 | 79,798 | 15,649 | 70,348 | 10,966 | 180,695 | 357,457 | $19,413.22 | 22.32% | 4.38% | 19.68% | 3.07% | 50.55% | 100.00% | 26.85% | 4.19% | 68.97% | 100.00% |
| 35 | $7,189 | $7,189 | 76,917 | 15,090 | 67,565 | 10,567 | 180,662 | 350,802 | $20,494.15 | 21.93% | 4.30% | 19.26% | 3.08% | 51.43% | 100.00% | 26.11% | 4.17% | 69.72% | 100.00% |
| 36 | $7,439 | $7,439 | 74,325 | 14,587 | 65,060 | 10,209 | 180,633 | 344,813 | $21,575.09 | 21.56% | 4.23% | 18.87% | 3.10% | 52.25% | 100.00% | 25.42% | 4.17% | 70.40% | 100.00% |
| 37 | $7,689 | $7,689 | 71,981 | 14,131 | 62,794 | 9,884 | 180,606 | 339,397 | $22,656.03 | 21.21% | 4.16% | 18.50% | 3.11% | 53.01% | 100.00% | 24.79% | 4.17% | 71.03% | 100.00% |
| 38 | $7,939 | $7,939 | 69,850 | 13,717 | 60,735 | 9,589 | 180,582 | 334,473 | $23,736.96 | 20.88% | 4.10% | 18.16% | 3.13% | 53.73% | 100.00% | 24.21% | 4.17% | 71.62% | 100.00% |
| 39 | $8,189 | $8,189 | 67,904 | 13,340 | 58,855 | 9,320 | 180,560 | 329,979 | $24,817.90 | 20.58% | 4.04% | 17.84% | 3.15% | 54.40% | 100.00% | 23.66% | 4.17% | 72.16% | 100.00% |
| 40 | $8,439 | $8,439 | 66,121 | 12,993 | 57,132 | 9,074 | 180,539 | 325,859 | $25,898.84 | 20.29% | 3.99% | 17.53% | 3.16% | 55.03% | 100.00% | 23.15% | 4.17% | 72.67% | 100.00% |
| 41 | $8,689 | $8,689 | 64,481 | 12,675 | 55,547 | 8,847 | 180,521 | 322,070 | $26,979.77 | 20.02% | 3.94% | 17.25% | 3.17% | 55.62% | 100.00% | 22.68% | 4.17% | 73.15% | 100.00% |
| 42 | $8,939 | $8,939 | 62,967 | 12,381 | 54,084 | 8,637 | 180,503 | 318,573 | $28,060.71 | 19.77% | 3.89% | 16.98% | 3.19% | 56.18% | 100.00% | 22.24% | 4.17% | 73.59% | 100.00% |
| 43 | $9,189 | $9,189 | 61,566 | 12,109 | 52,729 | 8,443 | 180,488 | 315,335 | $29,141.65 | 19.52% | 3.84% | 16.79% | 3.20% | 56.64% | 100.00% | 21.91% | 4.17% | 73.91% | 100.00% |
| 44 | $9,439 | $9,439 | 60,265 | 11,856 | 51,472 | 8,263 | 180,473 | 312,329 | $30,222.59 | 19.30% | 3.80% | 16.85% | 3.21% | 56.85% | 100.00% | 21.91% | 4.17% | 73.91% | 100.00% |
| 45 | $9,689 | $9,689 | 59,053 | 11,621 | 50,301 | 8,096 | 180,459 | 309,530 | $31,303.52 | 19.08% | 3.75% | 16.91% | 3.22% | 57.04% | 100.00% | 21.91% | 4.17% | 73.91% | 100.00% |
| 46 | $9,939 | $9,939 | 57,923 | 11,401 | 49,209 | 7,939 | 180,446 | 306,918 | $32,384.46 | 18.87% | 3.71% | 16.96% | 3.23% | 57.22% | 100.00% | 21.91% | 4.17% | 73.91% | 100.00% |
| 47 | $10,189 | $10,189 | 56,865 | 11,196 | 48,187 | 7,793 | 180,434 | 304,475 | $33,465.40 | 18.68% | 3.68% | 17.02% | 3.24% | 57.39% | 100.00% | 21.91% | 4.17% | 73.91% | 100.00% |
| 48 | $10,439 | $10,439 | 55,874 | 11,004 | 47,229 | 7,656 | 180,423 | 302,185 | $34,546.33 | 18.49% | 3.64% | 17.06% | 3.25% | 57.55% | 100.00% | 21.91% | 4.17% | 73.91% | 100.00% |
| 49 | $10,689 | $10,689 | 54,943 | 10,823 | 46,329 | 7,527 | 180,412 | 300,034 | $35,627.27 | 18.31% | 3.61% | 17.11% | 3.26% | 57.71% | 100.00% | 21.91% | 4.17% | 73.91% | 100.00% |
| 50 | $10,939 | $10,939 | 54,067 | 10,653 | 45,482 | 7,406 | 180,402 | 298,009 | $36,708.21 | 18.14% | 3.57% | 17.15% | 3.27% | 57.86% | 100.00% | 21.91% | 4.17% | 73.91% | 100.00% |
| 51 | $11,189 | $11,189 | 53,240 | 10,492 | 44,684 | 7,291 | 180,393 | 296,100 | $37,789.15 | 17.98% | 3.54% | 17.20% | 3.28% | 58.00% | 100.00% | 21.91% | 4.17% | 73.91% | 100.00% |
| 52 | $11,439 | $11,439 | 52,460 | 10,341 | 43,930 | 7,183 | 180,384 | 294,298 | $38,870.08 | 17.83% | 3.51% | 17.24% | 3.28% | 58.14% | 100.00% | 21.91% | 4.17% | 73.91% | 100.00% |

BCE Waterfall (IPO)

|  | | 0.000% | | | | 0.000% | 30.000% | 60.000% | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Intervals | | 34.330% | | | | 32.898% | 31.663% | 30.435% | | | | | |
| $100 | | | | | | | | | | | | | |
| $500 | | | | | 90.00% | 10.00% | 10.00% | | | | | | |
| | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | $ 14.3 | | $ 751.0 | 91.45% | | | | | |
| | 83.5% | 16.5% | | | | | | | | | | | |

**BCE DRAFT Proposal**

**Assumptions**

| Equity Value | AMHB Pref | BCE Pref D | BCE Pref E | AMHB First Loss | BCE D First Loss | BCE E First Loss | AMHB Waterfall | BCE Waterfall D | BCE Waterfall E | AMHB Total | BCE Total D | BCE Total E | CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $1,574 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | $ 14.30705 | $ 95.7 | $ 43.3 | $ 9.0 | $ 1,013.2 | $ 464.3 | $ 96.9 | $ 1,574.4 |
| $1,674 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3070% | $ 160.3 | $ 72.6 | 15.1 | $ 1,077.8 | $ 493.6 | $ 103.0 | $ 1,674.4 |
| $1,774 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 224.9 | $ 101.9 | 21.3 | $ 1,142.5 | $ 523.8 | $ 109.1 | $ 1,774.4 |
| $1,874 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 289.5 | $ 131.1 | 27.4 | $ 1,207.1 | $ 552.1 | $ 115.2 | $ 1,874.4 |
| $1,974 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 354.2 | $ 160.4 | 33.5 | $ 1,271.7 | $ 581.3 | $ 121.3 | $ 1,974.4 |
| $2,074 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 418.8 | $ 189.6 | 39.6 | $ 1,336.3 | $ 610.6 | $ 127.4 | $ 2,074.4 |
| $2,174 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 483.4 | $ 218.9 | 45.7 | $ 1,401.0 | $ 639.9 | $ 133.5 | $ 2,174.4 |
| $2,274 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 548.1 | $ 248.2 | 51.8 | $ 1,465.6 | $ 669.1 | $ 139.6 | $ 2,274.4 |
| $2,374 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 612.7 | $ 277.4 | 57.9 | $ 1,530.2 | $ 698.4 | $ 145.7 | $ 2,374.4 |
| $2,474 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 677.3 | $ 306.7 | 64.0 | $ 1,594.9 | $ 727.7 | $ 151.8 | $ 2,474.4 |
| $2,574 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 741.9 | $ 336.0 | 70.1 | $ 1,659.5 | $ 756.9 | $ 158.0 | $ 2,574.4 |
| $2,674 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 806.6 | $ 365.2 | 76.2 | $ 1,724.1 | $ 786.2 | $ 164.1 | $ 2,674.4 |
| $2,774 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 871.2 | $ 394.5 | 82.3 | $ 1,788.7 | $ 815.5 | $ 170.2 | $ 2,774.4 |
| $2,874 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 935.8 | $ 423.8 | 88.4 | $ 1,853.4 | $ 844.7 | $ 176.3 | $ 2,874.4 |
| $2,974 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 1,000.6 | $ 453.4 | 94.0 | $ 1,918.2 | $ 874.4 | $ 181.8 | $ 2,974.4 |
| $3,074 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 1,066.9 | $ 486.4 | 94.7 | $ 1,984.5 | $ 907.3 | $ 182.6 | $ 3,074.4 |
| $3,574 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 1,432.0 | $ 602.5 | 113.5 | $ 2,349.5 | $ 1,023.5 | $ 201.4 | $ 3,574.4 |
| $4,074 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 1,803.7 | $ 709.0 | 135.4 | $ 2,721.2 | $ 1,129.9 | $ 223.2 | $ 4,074.4 |
| $4,574 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 2,188.2 | $ 807.0 | 152.9 | $ 3,105.7 | $ 1,228.0 | $ 240.7 | $ 4,574.4 |
| $5,074 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 2,601.6 | $ 879.0 | 167.4 | $ 3,519.1 | $ 1,300.0 | $ 255.3 | $ 5,074.4 |
| $5,574 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 3,015.0 | $ 951.1 | 182.0 | $ 3,932.5 | $ 1,372.1 | $ 269.8 | $ 5,574.4 |
| $6,074 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 3,428.4 | $ 1,023.1 | 196.5 | $ 4,345.9 | $ 1,444.1 | $ 284.3 | $ 6,074.4 |
| $6,574 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 3,851.6 | $ 1,088.4 | 208.0 | $ 4,769.2 | $ 1,509.4 | $ 295.8 | $ 6,574.4 |
| $7,074 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 4,286.3 | $ 1,142.9 | 218.9 | $ 5,203.8 | $ 1,563.8 | $ 306.7 | $ 7,074.4 |
| $7,574 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 4,720.9 | $ 1,197.3 | 229.8 | $ 5,638.5 | $ 1,618.3 | $ 317.6 | $ 7,574.4 |
| $8,074 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 5,155.6 | $ 1,251.8 | 240.7 | $ 6,073.1 | $ 1,672.7 | $ 328.6 | $ 8,074.4 |
| $8,574 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 5,590.2 | $ 1,306.2 | 251.6 | $ 6,507.8 | $ 1,727.2 | $ 339.5 | $ 8,574.4 |
| $9,074 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 6,024.9 | $ 1,360.6 | 262.5 | $ 6,942.4 | $ 1,781.6 | $ 350.4 | $ 9,074.4 |
| $9,574 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 6,459.5 | $ 1,415.1 | 273.4 | $ 7,377.1 | $ 1,836.1 | $ 361.3 | $ 9,574.4 |
| $10,074 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 6,894.2 | $ 1,469.5 | 284.3 | $ 7,811.7 | $ 1,890.5 | $ 372.2 | $ 10,074.4 |
| $10,574 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 7,328.8 | $ 1,524.0 | 295.2 | $ 8,246.4 | $ 1,944.9 | $ 383.1 | $ 10,574.4 |
| $11,074 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 7,763.5 | $ 1,578.4 | 306.1 | $ 8,681.0 | $ 1,999.4 | $ 394.0 | $ 11,074.4 |
| $11,574 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 8,198.1 | $ 1,632.9 | 317.0 | $ 9,115.7 | $ 2,053.8 | $ 404.9 | $ 11,574.4 |
| $12,074 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 8,632.8 | $ 1,687.3 | 328.0 | $ 9,550.3 | $ 2,108.3 | $ 415.8 | $ 12,074.4 |
| $12,574 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 9,067.4 | $ 1,741.8 | 338.9 | $ 9,985.0 | $ 2,162.7 | $ 426.7 | $ 12,574.4 |
| $13,074 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 9,502.1 | $ 1,796.2 | 349.8 | $ 10,419.6 | $ 2,217.2 | $ 437.6 | $ 13,074.4 |
| $13,574 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 9,936.7 | $ 1,850.6 | 360.7 | $ 10,854.3 | $ 2,271.6 | $ 448.5 | $ 13,574.4 |
| $14,074 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 10,371.4 | $ 1,905.1 | 371.6 | $ 11,288.9 | $ 2,326.1 | $ 459.4 | $ 14,074.4 |
| $14,574 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 10,806.0 | $ 1,959.5 | 382.5 | $ 11,723.6 | $ 2,380.5 | $ 470.3 | $ 14,574.4 |
| $15,074 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 11,240.7 | $ 2,014.0 | 393.4 | $ 12,158.2 | $ 2,434.9 | $ 481.2 | $ 15,074.4 |
| $15,574 | $ 230.7 | $ 371.1 | $ 73.5 | $ 686.8 | $ 49.9 | 14.3 | $ 11,675.3 | $ 2,068.4 | 404.3 | $ 12,592.9 | $ 2,489.4 | $ 492.1 | $ 15,574.4 |

**Assumptions (left panel):**

| | D | E | F |
|---|---|---|---|
| BCE Investment | $371 | $73 | |
| | 29.265% | 6.107% | |
| | 42.000% | 42.000% | |

**Waterfall Splits**

| | |
|---|---|
| BC$_0$ | 29.3% |
| AMHB$_0$ | 70.7% |

**Flip 1** 2.50x | 4.362% | 30.0%

| | |
|---|---|
| BC$_1$ | 21.3% |
| AMHB$_1$ | 78.7% |

**Flip 2** 3.25x | 2.908% | 20.0%

| | |
|---|---|
| BC$_2$ | 14.4% |
| AMHB$_2$ | 85.6% |

**Flip 3** 4.00x | 2.181% | 15.0%

| | |
|---|---|
| BC$_3$ | 10.9% |
| AMHB$_3$ | 89.1% |

**Bottom rows:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | $ 917.54 | $ 420.97 | $ 87.84 | | 1,426.4 | | | | |
| | 64.328% | 29.513% | 6.159% | | 35.672% | | | | |
| | | 29.265% | 6.107% | | 35.372% | | | | |

## BCE Waterfall (IPO)

| | AK | AL | | AO | AP | | AS | AT | | AW | AX |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (6) | 1.50x | 1.50x | | 0.75x | 0.75x | | 0.75x | 0.75x | | | |
| (7) | 2.50x | 2.50x | | 3.25x | 3.25x | | 4.00x | 4.00x | | | |
| (8) | $ 506.7 | $ 93.9 | | $ 278.3 | $ 54.5 | | $ 278.3 | $ 54.5 | | $ 50,000.0 | |
| (9) | 29.265% | 6.107% | | 21.292% | 4.362% | | 14.411% | 2.908% | | 10.889% | 2.181% |

as % of Total Equity

| Row | % AMHB | % BCE D | % BCE E | Check | AH | AI | AJ | BCE D | BCE E | AMHB | AN | BCE D | BCE E | AMHB | AR | BCE D | BCE E | AMHB | AV | BCE D | BCE E | AMHB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 64.4% | 29.4901% | 6.1537% | 100.0% | 1,343.6 | 899.0 | 148.0 | 43.3 | 9.0 | 95.7 | - | - | - | - | - | - | - | - | - | - | - | - |
| 16 | 64.4% | 29.4767% | 6.1509% | 100.0% | 1,443.6 | 999.0 | 248.0 | 72.6 | 15.1 | 160.3 | - | - | - | - | - | - | - | - | - | - | - | - |
| 17 | 64.4% | 29.4648% | 6.1484% | 100.0% | 1,543.6 | 1,099.0 | 348.0 | 101.9 | 21.3 | 224.9 | - | - | - | - | - | - | - | - | - | - | - | - |
| 18 | 64.4% | 29.4541% | 6.1462% | 100.0% | 1,643.6 | 1,199.0 | 448.0 | 131.1 | 27.4 | 289.5 | - | - | - | - | - | - | - | - | - | - | - | - |
| 19 | 64.4% | 29.4446% | 6.1442% | 100.0% | 1,743.6 | 1,299.0 | 548.0 | 160.4 | 33.5 | 354.2 | - | - | - | - | - | - | - | - | - | - | - | - |
| 20 | 64.4% | 29.4359% | 6.1424% | 100.0% | 1,843.6 | 1,399.0 | 648.0 | 189.6 | 39.6 | 418.8 | - | - | - | - | - | - | - | - | - | - | - | - |
| 21 | 64.4% | 29.4281% | 6.1408% | 100.0% | 1,943.6 | 1,499.0 | 748.0 | 218.9 | 45.7 | 483.4 | - | - | - | - | - | - | - | - | - | - | - | - |
| 22 | 64.4% | 29.4209% | 6.1393% | 100.0% | 2,043.6 | 1,599.0 | 848.0 | 248.2 | 51.8 | 548.1 | - | - | - | - | - | - | - | - | - | - | - | - |
| 23 | 64.4% | 29.4144% | 6.1379% | 100.0% | 2,143.6 | 1,699.0 | 948.0 | 277.4 | 57.9 | 612.7 | - | - | - | - | - | - | - | - | - | - | - | - |
| 24 | 64.5% | 29.4083% | 6.1367% | 100.0% | 2,243.6 | 1,799.0 | 1,048.0 | 306.7 | 64.0 | 677.3 | - | - | - | - | - | - | - | - | - | - | - | - |
| 25 | 64.5% | 29.4028% | 6.1355% | 100.0% | 2,343.6 | 1,899.0 | 1,148.0 | 336.0 | 70.1 | 741.9 | - | - | - | - | - | - | - | - | - | - | - | - |
| 26 | 64.5% | 29.3976% | 6.1344% | 100.0% | 2,443.6 | 1,999.0 | 1,248.0 | 365.2 | 76.2 | 806.6 | - | - | - | - | - | - | - | - | - | - | - | - |
| 27 | 64.5% | 29.3929% | 6.1334% | 100.0% | 2,543.6 | 2,099.0 | 1,348.0 | 394.5 | 82.3 | 871.2 | - | - | - | - | - | - | - | - | - | - | - | - |
| 28 | 64.5% | 29.3884% | 6.1325% | 100.0% | 2,643.6 | 2,199.0 | 1,448.0 | 423.8 | 88.4 | 935.8 | - | - | - | - | - | - | - | - | - | - | - | - |
| 29 | 64.5% | 29.3970% | 6.1131% | 100.0% | 2,743.6 | 2,299.0 | 1,548.0 | 453.0 | 93.9 | 999.3 | 1.8 | 0.4 | 0.1 | 1.3 | - | - | - | - | - | - | - | - |
| 30 | 64.5% | 29.5123% | 5.9388% | 100.0% | 2,843.6 | 2,399.0 | 1,648.0 | 482.3 | 93.9 | 1,052.8 | 19.0 | 4.1 | 0.8 | 14.2 | - | - | - | - | - | - | - | - |
| 31 | 65.7% | 28.6339% | 5.6341% | 100.0% | 3,343.6 | 2,899.0 | 2,148.0 | 506.7 | 93.9 | 1,097.3 | 450.1 | 95.8 | 19.6 | 334.7 | - | - | - | - | - | - | - | - |
| 32 | 66.8% | 27.7329% | 5.4780% | 100.0% | 3,843.6 | 3,399.0 | 2,648.0 | 506.7 | 93.9 | 1,097.3 | 950.1 | 202.3 | 41.4 | 706.4 | - | - | - | - | - | - | - | - |
| 33 | 67.9% | 26.8442% | 5.2623% | 100.0% | 4,343.6 | 3,899.0 | 3,148.0 | 506.7 | 93.9 | 1,097.3 | 1,450.1 | 278.3 | 54.5 | 964.5 | 152.8 | 22.0 | 4.4 | 126.3 | - | - | - | - |
| 34 | 69.4% | 25.6190% | 5.0303% | 100.0% | 4,843.6 | 4,399.0 | 3,648.0 | 506.7 | 93.9 | 1,097.3 | 1,950.1 | 278.3 | 54.5 | 964.5 | 652.8 | 94.1 | 19.0 | 539.8 | - | - | - | - |
| 35 | 70.5% | 24.6137% | 4.8400% | 100.0% | 5,343.6 | 4,899.0 | 4,148.0 | 506.7 | 93.9 | 1,097.3 | 2,450.1 | 278.3 | 54.5 | 964.5 | 1,152.8 | 166.1 | 33.5 | 953.2 | - | - | - | - |
| 36 | 71.5% | 23.7738% | 4.6810% | 100.0% | 5,843.6 | 5,399.0 | 4,648.0 | 506.7 | 93.9 | 1,097.3 | 2,950.1 | 278.3 | 54.5 | 964.5 | 1,652.8 | 238.2 | 48.1 | 1,366.6 | - | - | - | - |
| 37 | 72.5% | 22.9586% | 4.4999% | 100.0% | 6,343.6 | 5,899.0 | 5,148.0 | 506.7 | 93.9 | 1,097.3 | 3,450.1 | 278.3 | 54.5 | 964.5 | 2,152.8 | 278.3 | 54.5 | 1,588.9 | 231.1 | 25.2 | 5.0 | 200.9 |
| 38 | 73.6% | 22.1056% | 4.3360% | 100.0% | 6,843.6 | 6,399.0 | 5,648.0 | 506.7 | 93.9 | 1,097.3 | 3,950.1 | 278.3 | 54.5 | 964.5 | 2,652.8 | 278.3 | 54.5 | 1,588.9 | 731.1 | 79.6 | 15.9 | 635.5 |
| 39 | 74.4% | 21.3651% | 4.1937% | 100.0% | 7,343.6 | 6,899.0 | 6,148.0 | 506.7 | 93.9 | 1,097.3 | 4,450.1 | 278.3 | 54.5 | 964.5 | 3,152.8 | 278.3 | 54.5 | 1,588.9 | 1,231.1 | 134.1 | 26.8 | 1,070.2 |
| 40 | 75.2% | 20.7164% | 4.0691% | 100.0% | 7,843.6 | 7,399.0 | 6,648.0 | 506.7 | 93.9 | 1,097.3 | 4,950.1 | 278.3 | 54.5 | 964.5 | 3,652.8 | 278.3 | 54.5 | 1,588.9 | 1,731.1 | 188.5 | 37.8 | 1,504.8 |
| 41 | 75.9% | 20.1433% | 3.9590% | 100.0% | 8,343.6 | 7,899.0 | 7,148.0 | 506.7 | 93.9 | 1,097.3 | 5,450.1 | 278.3 | 54.5 | 964.5 | 4,152.8 | 278.3 | 54.5 | 1,588.9 | 2,231.1 | 242.9 | 48.7 | 1,939.5 |
| 42 | 76.5% | 19.6334% | 3.8610% | 100.0% | 8,843.6 | 8,399.0 | 7,648.0 | 506.7 | 93.9 | 1,097.3 | 5,950.1 | 278.3 | 54.5 | 964.5 | 4,652.8 | 278.3 | 54.5 | 1,588.9 | 2,731.1 | 297.4 | 59.6 | 2,374.1 |
| 43 | 77.0% | 19.1767% | 3.7733% | 100.0% | 9,343.6 | 8,899.0 | 8,148.0 | 506.7 | 93.9 | 1,097.3 | 6,450.1 | 278.3 | 54.5 | 964.5 | 5,152.8 | 278.3 | 54.5 | 1,588.9 | 3,231.1 | 351.8 | 70.5 | 2,808.8 |
| 44 | 77.5% | 18.7654% | 3.6943% | 100.0% | 9,843.6 | 9,399.0 | 8,648.0 | 506.7 | 93.9 | 1,097.3 | 6,950.1 | 278.3 | 54.5 | 964.5 | 5,652.8 | 278.3 | 54.5 | 1,588.9 | 3,731.1 | 406.3 | 81.4 | 3,243.4 |
| 45 | 78.0% | 18.3930% | 3.6227% | 100.0% | 10,343.6 | 9,899.0 | 9,148.0 | 506.7 | 93.9 | 1,097.3 | 7,450.1 | 278.3 | 54.5 | 964.5 | 6,152.8 | 278.3 | 54.5 | 1,588.9 | 4,231.1 | 460.7 | 92.3 | 3,678.1 |
| 46 | 78.4% | 18.0542% | 3.5576% | 100.0% | 10,843.6 | 10,399.0 | 9,648.0 | 506.7 | 93.9 | 1,097.3 | 7,950.1 | 278.3 | 54.5 | 964.5 | 6,652.8 | 278.3 | 54.5 | 1,588.9 | 4,731.1 | 515.2 | 103.2 | 4,112.7 |
| 47 | 78.8% | 17.7446% | 3.4982% | 100.0% | 11,343.6 | 10,899.0 | 10,148.0 | 506.7 | 93.9 | 1,097.3 | 8,450.1 | 278.3 | 54.5 | 964.5 | 7,152.8 | 278.3 | 54.5 | 1,588.9 | 5,231.1 | 569.6 | 114.1 | 4,547.4 |
| 48 | 79.1% | 17.4607% | 3.4436% | 100.0% | 11,843.6 | 11,399.0 | 10,648.0 | 506.7 | 93.9 | 1,097.3 | 8,950.1 | 278.3 | 54.5 | 964.5 | 7,652.8 | 278.3 | 54.5 | 1,588.9 | 5,731.1 | 624.1 | 125.0 | 4,982.0 |
| 49 | 79.4% | 17.1994% | 3.3934% | 100.0% | 12,343.6 | 11,899.0 | 11,148.0 | 506.7 | 93.9 | 1,097.3 | 9,450.1 | 278.3 | 54.5 | 964.5 | 8,152.8 | 278.3 | 54.5 | 1,588.9 | 6,231.1 | 678.5 | 135.9 | 5,416.7 |
| 50 | 79.7% | 16.9581% | 3.3470% | 100.0% | 12,843.6 | 12,399.0 | 11,648.0 | 506.7 | 93.9 | 1,097.3 | 9,950.1 | 278.3 | 54.5 | 964.5 | 8,652.8 | 278.3 | 54.5 | 1,588.9 | 6,731.1 | 732.9 | 146.8 | 5,851.3 |
| 51 | 80.0% | 16.7345% | 3.3041% | 100.0% | 13,343.6 | 12,899.0 | 12,148.0 | 506.7 | 93.9 | 1,097.3 | 10,450.1 | 278.3 | 54.5 | 964.5 | 9,152.8 | 278.3 | 54.5 | 1,588.9 | 7,231.1 | 787.4 | 157.7 | 6,286.0 |
| 52 | 80.2% | 16.5269% | 3.2642% | 100.0% | 13,843.6 | 13,399.0 | 12,648.0 | 506.7 | 93.9 | 1,097.3 | 10,950.1 | 278.3 | 54.5 | 964.5 | 9,652.8 | 278.3 | 54.5 | 1,588.9 | 7,731.1 | 841.8 | 168.6 | 6,720.6 |
| 53 | 80.4% | 16.3334% | 3.2270% | 100.0% | 14,343.6 | 13,899.0 | 13,148.0 | 506.7 | 93.9 | 1,097.3 | 11,450.1 | 278.3 | 54.5 | 964.5 | 10,152.8 | 278.3 | 54.5 | 1,588.9 | 8,231.1 | 896.3 | 179.5 | 7,155.3 |
| 54 | 80.7% | 16.1529% | 3.1923% | 100.0% | 14,843.6 | 14,399.0 | 13,648.0 | 506.7 | 93.9 | 1,097.3 | 11,950.1 | 278.3 | 54.5 | 964.5 | 10,652.8 | 278.3 | 54.5 | 1,588.9 | 8,731.1 | 950.7 | 190.4 | 7,589.9 |
| 55 | 80.9% | 15.9839% | 3.1599% | 100.0% | 15,343.6 | 14,899.0 | 14,148.0 | 506.7 | 93.9 | 1,097.3 | 12,450.1 | 278.3 | 54.5 | 964.5 | 11,152.8 | 278.3 | 54.5 | 1,588.9 | 9,231.1 | 1,005.2 | 201.3 | 8,024.6 |

# BCE Waterfall (Asset Sale)

|  |  |  |  |  | 23.3303% |  |  |  |  |  |  | $ 49.9 | $ 14.3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | $ 371.1 | $ 73.5 |  |  |  |  |  |  |  |  |  |  |
|  |  | 83.5% | 16.5% | 90.0% | 10.0% |  |  | 87.1% | 12.9% |  |  |  |  |

**BCE DRAFT Proposal**

**Assumptions**

| Equity Value | AMHB Pref | BCE Pref D | BCE Pref E | Annex A-2 (2+3) B's, C's Common | Annex A-1(3a) Class D | Annex A-1(3a) Class E | AMH LP Class A Units | Annex A-2 (4+) B's, C's Common | Annex A-1(3b) Class D | Annex A-1(3b) Class E | AMHB First Loss | Class D First Loss | Class E First Loss | AMHB Waterfall | Class D | Class E | AMHB Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $1,574 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 66.9 | $ 46.5 | $ 9.7 | $ 984.5 |
| $1,674 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 109.1 | $ 75.8 | $ 15.8 | $ 1,026.6 |
| $1,774 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 151.2 | $ 105.0 | $ 21.9 | $ 1,068.7 |
| $1,874 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 193.3 | $ 134.3 | $ 28.0 | $ 1,110.9 |
| $1,974 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 235.5 | $ 163.6 | $ 34.1 | $ 1,153.0 |
| $2,074 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 277.6 | $ 192.8 | $ 40.2 | $ 1,195.1 |
| $2,174 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 319.7 | $ 222.1 | $ 46.3 | $ 1,237.3 |
| $2,274 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 361.8 | $ 251.4 | $ 52.5 | $ 1,279.4 |
| $2,374 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 404.0 | $ 280.6 | $ 58.6 | $ 1,321.5 |
| $2,474 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 446.1 | $ 309.9 | $ 64.7 | $ 1,363.6 |
| $2,574 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 488.2 | $ 339.2 | $ 70.8 | $ 1,405.8 |
| $2,674 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 530.4 | $ 368.4 | $ 76.9 | $ 1,447.9 |
| $2,774 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 572.5 | $ 397.7 | $ 83.0 | $ 1,490.0 |
| $2,874 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 614.6 | $ 427.0 | $ 89.1 | $ 1,532.2 |
| $3,074 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 657.1 | $ 457.0 | $ 94.1 | $ 1,574.6 |
| $3,074 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 700.9 | $ 489.9 | $ 94.8 | $ 1,618.4 |
| $3,574 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 954.3 | $ 604.8 | $ 114.0 | $ 1,871.8 |
| $4,074 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 1,486.4 | $ 808.6 | $ 153.2 | $ 2,404.0 |
| $5,074 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 1,787.3 | $ 880.6 | $ 167.7 | $ 2,704.9 |
| $5,574 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 2,088.2 | $ 952.7 | $ 182.3 | $ 3,005.8 |
| $6,074 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 2,389.1 | $ 1,024.7 | $ 196.8 | $ 3,306.7 |
| $6,574 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 2,700.3 | $ 1,089.6 | $ 208.2 | $ 3,617.9 |
| $7,074 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 3,022.5 | $ 1,144.1 | $ 219.1 | $ 3,940.0 |
| $7,574 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 3,344.8 | $ 1,198.6 | $ 230.0 | $ 4,262.2 |
| $8,074 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 3,666.8 | $ 1,252.9 | $ 240.9 | $ 4,584.3 |
| $8,574 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 3,988.9 | $ 1,307.4 | $ 251.9 | $ 4,906.5 |
| $9,074 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 4,311.1 | $ 1,361.8 | $ 262.8 | $ 5,228.6 |
| $9,574 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 4,633.2 | $ 1,416.3 | $ 273.7 | $ 5,550.8 |
| $10,074 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 4,955.4 | $ 1,470.7 | $ 284.6 | $ 5,872.9 |
| $10,574 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 5,277.5 | $ 1,525.2 | $ 295.5 | $ 6,195.1 |
| $11,074 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 5,599.7 | $ 1,579.6 | $ 306.4 | $ 6,517.2 |
| $11,574 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 5,921.8 | $ 1,634.1 | $ 317.3 | $ 6,839.4 |
| $12,074 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 6,244.0 | $ 1,688.5 | $ 328.2 | $ 7,161.5 |
| $12,574 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 6,566.1 | $ 1,742.9 | $ 339.1 | $ 7,483.7 |
| $13,074 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 6,888.3 | $ 1,797.4 | $ 350.0 | $ 7,805.8 |
| $13,574 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 7,210.4 | $ 1,851.8 | $ 360.9 | $ 8,128.0 |
| $14,074 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 7,532.6 | $ 1,906.3 | $ 371.8 | $ 8,450.1 |
| $14,574 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 7,854.7 | $ 1,960.7 | $ 382.7 | $ 8,772.3 |
| $15,074 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 8,176.9 | $ 2,015.2 | $ 393.6 | $ 9,094.4 |
| $15,574 | $ 230.7 | $ 371.1 | $ 73.5 | $ 103.9 | $ 9.0 | $ 2.6 | $ 143.0 | $ 429.00 | $ 40.9 | $ 11.7 | $ 686.8 | $ 49.9 | $ 14.3 | 8,499.0 | $ 2,069.6 | $ 404.5 | $ 9,416.6 |

**BCE Investment** — $371 / $73 — 37.76% / 7.88%

**Waterfall Splits**

$BC_0$

$AMHB_0$

**Flip 1** — 2.50x — $BC_1$ 27.5% / 5.63%

$BC_1$

$AMHB_1$

**Flip 2** — 3.25x — $BC_2$ 18.6% / 3.75%

$BC_2$

$AMHB_2$

**Flip 3** — 4.00x — $BC_3$ 14.05% / 2.81%

$BC_3$

$AMHB_3$

## BCE Waterfall (Asset Sale)

| | AE | AF | AG | AH | AI | AJ | AK | AL | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV | AW | AX | AY | AZ | BA | BB | BC | BD | BE | BF | BG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | | | | | | | | | | | | | | | 1.50x | 1.50x | | | 0.75x | 0.75x | | | 0.75x | 0.75x | | | | | |
| 7 | | | | | | | | | | | | | | | 2.50x | 2.50x | | | 3.25x | 3.25x | | | 4.00x | 4.00x | | | | | |
| 8 | | | | | | | | | | | | | | | $ 506.67 | $ 93.9 | | | $ 278.3 | $ 54.5 | | | $ 278.3 | $ 54.5 | | $ 50,000.0 | $ 50,000.0 | | |
| 9 | | | | | | | | | | | | | | | 37.762% | 7.880% | 45.641% | | 27.474% | 5.628% | 33.102% | | 18.594% | 3.752% | 22.347% | | 14.050% | 2.814% | 16.864% |
| 12 | | | as % of Total Equity | | | | | | | | | | AMH LP | HMI | | | | | | | | | | | | | | | |
| 13 | Class D Total | Class E Total | % AMHB | % Class D | % Class E | | | | | | | | Class A | Waterfall | BCE D | BCE E | AMHB | | BCE D | BCE E | AMHB | | BCE D | BCE E | AMHB | | BCE D | BCE E | AMHB |
| 15 | $ 467.5 | $ 97.5 | 62.5% | 29.7% | 6.2% | | 35.9% | $ 1,343.6 | $ 972.6 | $ 899.0 | $ 158.9 | $ 35.8 | $ 123.2 | $ 46.5 | $ 9.7 | $ 66.9 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 16 | $ 496.7 | $ 103.7 | 61.3% | 29.7% | 6.2% | | 35.9% | $ 1,443.6 | $ 1,072.6 | $ 999.0 | $ 258.9 | $ 58.3 | $ 200.7 | $ 75.8 | $ 15.8 | $ 109.1 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 17 | $ 526.0 | $ 109.8 | 60.2% | 29.7% | 6.2% | | 35.9% | $ 1,543.6 | $ 1,172.6 | $ 1,099.0 | $ 358.9 | $ 80.8 | $ 278.2 | $ 105.0 | $ 21.9 | $ 151.2 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 18 | $ 555.3 | $ 115.9 | 59.3% | 29.6% | 6.2% | | 35.8% | $ 1,643.6 | $ 1,272.6 | $ 1,199.0 | $ 458.9 | $ 103.3 | $ 355.7 | $ 134.3 | $ 28.0 | $ 193.3 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 19 | $ 584.5 | $ 122.0 | 58.4% | 29.6% | 6.2% | | 35.8% | $ 1,743.6 | $ 1,372.6 | $ 1,299.0 | $ 558.9 | $ 125.8 | $ 433.2 | $ 163.6 | $ 34.1 | $ 235.5 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 20 | $ 613.8 | $ 128.1 | 57.6% | 29.6% | 6.2% | | 35.8% | $ 1,843.6 | $ 1,472.6 | $ 1,399.0 | $ 658.9 | $ 148.3 | $ 510.7 | $ 192.8 | $ 40.2 | $ 277.6 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 21 | $ 643.1 | $ 134.2 | 56.9% | 29.6% | 6.2% | | 35.8% | $ 1,943.6 | $ 1,572.6 | $ 1,499.0 | $ 758.9 | $ 170.8 | $ 588.2 | $ 222.1 | $ 46.3 | $ 319.7 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 22 | $ 672.3 | $ 140.3 | 56.3% | 29.6% | 6.2% | | 35.7% | $ 2,043.6 | $ 1,672.6 | $ 1,599.0 | $ 858.9 | $ 193.3 | $ 665.7 | $ 251.4 | $ 52.5 | $ 361.8 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 23 | $ 701.6 | $ 146.4 | 55.7% | 29.6% | 6.2% | | 35.7% | $ 2,143.6 | $ 1,772.6 | $ 1,699.0 | $ 958.9 | $ 215.8 | $ 743.2 | $ 280.6 | $ 58.6 | $ 404.0 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 24 | $ 730.9 | $ 152.5 | 55.1% | 29.5% | 6.2% | | 35.7% | $ 2,243.6 | $ 1,872.6 | $ 1,799.0 | $ 1,058.9 | $ 238.3 | $ 820.7 | $ 309.9 | $ 64.7 | $ 446.1 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 25 | $ 760.1 | $ 158.6 | 54.6% | 29.5% | 6.2% | | 35.7% | $ 2,343.6 | $ 1,972.6 | $ 1,899.0 | $ 1,158.9 | $ 260.8 | $ 898.2 | $ 339.2 | $ 70.8 | $ 488.2 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 26 | $ 789.4 | $ 164.7 | 54.1% | 29.5% | 6.2% | | 35.7% | $ 2,443.6 | $ 2,072.6 | $ 1,999.0 | $ 1,258.9 | $ 283.3 | $ 975.7 | $ 368.4 | $ 76.9 | $ 530.4 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 27 | $ 818.7 | $ 170.8 | 53.7% | 29.5% | 6.2% | | 35.7% | $ 2,543.6 | $ 2,172.6 | $ 2,099.0 | $ 1,358.9 | $ 305.8 | $ 1,053.2 | $ 397.7 | $ 83.0 | $ 572.5 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 28 | $ 847.9 | $ 176.9 | 53.3% | 29.5% | 6.2% | | 35.7% | $ 2,643.6 | $ 2,272.6 | $ 2,199.0 | $ 1,458.9 | $ 328.3 | $ 1,130.7 | $ 427.0 | $ 89.1 | $ 614.6 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 29 | $ 878.0 | $ 181.9 | 52.9% | 29.5% | 6.1% | | 35.6% | $ 2,743.6 | $ 2,372.6 | $ 2,299.0 | $ 1,558.9 | $ 350.8 | $ 1,208.2 | $ 456.2 | $ 93.9 | $ 655.2 | $ 2.8 | $ 0.8 | $ 0.2 | $ 1.9 | $ - | $ - | $ - | $ - | $ - |
| 30 | $ 910.9 | $ 182.7 | 52.6% | 29.6% | 5.9% | | 35.6% | $ 2,843.6 | $ 2,472.6 | $ 2,399.0 | $ 1,658.9 | $ 373.3 | $ 1,285.7 | $ 485.5 | $ 93.9 | $ 690.1 | $ 16.2 | $ 4.9 | $ 0.9 | $ 10.8 | $ - | $ - | $ - | $ - | $ - |
| 31 | $ 1,025.8 | $ 201.9 | 52.4% | 28.7% | 5.6% | | 34.3% | $ 3,343.6 | $ 2,972.6 | $ 2,899.0 | $ 2,158.9 | $ 485.8 | $ 1,673.2 | $ 506.7 | $ 93.9 | $ 715.3 | $ 357.3 | $ 98.2 | $ 20.1 | $ 239.0 | $ - | $ - | $ - | $ - | $ - |
| 32 | $ 1,132.3 | $ 223.7 | 52.3% | 27.8% | 5.5% | | 33.3% | $ 3,843.6 | $ 3,472.6 | $ 3,399.0 | $ 2,658.9 | $ 598.3 | $ 2,060.7 | $ 506.7 | $ 93.9 | $ 715.3 | $ 744.8 | $ 204.6 | $ 41.9 | $ 498.2 | $ - | $ - | $ - | $ - | $ - |
| 33 | $ 1,229.5 | $ 241.0 | 52.6% | 26.9% | 5.3% | | 32.1% | $ 4,343.6 | $ 3,972.6 | $ 3,899.0 | $ 3,158.9 | $ 710.8 | $ 2,448.2 | $ 506.7 | $ 93.9 | $ 715.3 | $ 1,132.3 | $ 278.3 | $ 54.5 | $ 672.6 | $ 126.9 | $ 23.6 | $ 4.8 | $ 98.5 | $ - |
| 34 | $ 1,301.6 | $ 255.6 | 53.3% | 25.6% | 5.0% | | 30.7% | $ 4,843.6 | $ 4,472.6 | $ 4,399.0 | $ 3,658.9 | $ 823.3 | $ 2,835.7 | $ 506.7 | $ 93.9 | $ 715.3 | $ 1,519.8 | $ 278.3 | $ 54.5 | $ 672.6 | $ 514.4 | $ 95.6 | $ 19.3 | $ 399.4 | $ - |
| 35 | $ 1,373.6 | $ 270.1 | 53.9% | 24.6% | 4.8% | | 29.5% | $ 5,343.6 | $ 4,972.6 | $ 4,899.0 | $ 4,158.9 | $ 935.8 | $ 3,223.2 | $ 506.7 | $ 93.9 | $ 715.3 | $ 1,907.3 | $ 278.3 | $ 54.5 | $ 672.6 | $ 901.9 | $ 167.7 | $ 33.8 | $ 700.3 | $ - |
| 36 | $ 1,445.7 | $ 284.7 | 54.4% | 23.8% | 4.7% | | 28.5% | $ 5,843.6 | $ 5,472.6 | $ 5,399.0 | $ 4,658.9 | $ 1,048.3 | $ 3,610.7 | $ 506.7 | $ 93.9 | $ 715.3 | $ 2,294.8 | $ 278.3 | $ 54.5 | $ 672.6 | $ 1,289.4 | $ 239.7 | $ 48.4 | $ 1,001.2 | $ - |
| 37 | $ 1,510.6 | $ 296.1 | 55.0% | 23.0% | 4.5% | | 27.5% | $ 6,343.6 | $ 5,972.6 | $ 5,899.0 | $ 5,158.9 | $ 1,160.8 | $ 3,998.2 | $ 506.7 | $ 93.9 | $ 715.3 | $ 2,682.3 | $ 278.3 | $ 54.5 | $ 672.6 | $ 1,676.9 | $ 278.3 | $ 26.3 | $ 5.3 | $ 155.9 |
| 38 | $ 1,565.0 | $ 307.0 | 55.7% | 22.1% | 4.3% | | 26.5% | $ 6,843.6 | $ 6,472.6 | $ 6,399.0 | $ 5,658.9 | $ 1,273.3 | $ 4,385.7 | $ 506.7 | $ 93.9 | $ 715.3 | $ 3,069.8 | $ 278.3 | $ 54.5 | $ 672.6 | $ 2,064.4 | $ 278.3 | $ 80.8 | $ 16.2 | $ 478.1 |
| 39 | $ 1,619.5 | $ 317.9 | 56.3% | 21.4% | 4.2% | | 25.5% | $ 7,343.6 | $ 6,972.6 | $ 6,899.0 | $ 6,158.9 | $ 1,385.8 | $ 4,773.2 | $ 506.7 | $ 93.9 | $ 715.3 | $ 3,457.3 | $ 278.3 | $ 54.5 | $ 672.6 | $ 2,451.9 | $ 278.3 | $ 96.2.5 | $ 135.7 | $ 800.2 |
| 40 | $ 1,673.9 | $ 328.8 | 56.8% | 20.7% | 4.1% | | 24.8% | $ 7,843.6 | $ 7,472.6 | $ 7,399.0 | $ 6,658.9 | $ 1,498.3 | $ 5,160.7 | $ 506.7 | $ 93.9 | $ 715.3 | $ 3,844.8 | $ 278.3 | $ 54.5 | $ 672.6 | $ 2,839.4 | $ 278.3 | $ 1,350.0 | $ 189.7 | $ 1,122.4 |
| 41 | $ 1,728.3 | $ 339.7 | 57.2% | 20.2% | 4.0% | | 24.1% | $ 8,343.6 | $ 7,972.6 | $ 7,899.0 | $ 7,158.9 | $ 1,610.8 | $ 5,548.2 | $ 506.7 | $ 93.9 | $ 715.3 | $ 4,232.3 | $ 278.3 | $ 54.5 | $ 672.6 | $ 3,226.9 | $ 278.3 | $ 1,737.5 | $ 241.7 | $ 48.9 | $ 1,444.5 |
| 42 | $ 1,782.8 | $ 350.6 | 57.6% | 19.6% | 3.9% | | 23.5% | $ 8,843.6 | $ 8,472.6 | $ 8,399.0 | $ 7,658.9 | $ 1,723.3 | $ 5,935.7 | $ 506.7 | $ 93.9 | $ 715.3 | $ 4,619.8 | $ 278.3 | $ 54.5 | $ 672.6 | $ 3,614.4 | $ 278.3 | $ 2,125.0 | $ 298.6 | $ 59.8 | $ 1,766.7 |
| 43 | $ 1,837.2 | $ 361.5 | 58.0% | 19.0% | 3.7% | | 22.9% | $ 9,343.6 | $ 8,972.6 | $ 8,899.0 | $ 8,158.9 | $ 1,835.8 | $ 6,323.2 | $ 506.7 | $ 93.9 | $ 715.3 | $ 5,007.3 | $ 278.3 | $ 54.5 | $ 672.6 | $ 4,001.9 | $ 278.3 | $ 2,512.5 | $ 353.0 | $ 70.7 | $ 2,088.8 |
| 44 | $ 1,891.7 | $ 372.4 | 58.3% | 18.8% | 3.7% | | 22.5% | $ 9,843.6 | $ 9,472.6 | $ 9,399.0 | $ 8,658.9 | $ 1,948.3 | $ 6,710.7 | $ 506.7 | $ 93.9 | $ 715.3 | $ 5,394.8 | $ 278.3 | $ 54.5 | $ 672.6 | $ 4,389.4 | $ 278.3 | $ 2,900.0 | $ 407.5 | $ 81.6 | $ 2,411.0 |
| 45 | $ 1,946.1 | $ 383.3 | 58.6% | 18.4% | 3.6% | | 22.0% | $ 10,343.6 | $ 9,972.6 | $ 9,899.0 | $ 9,158.9 | $ 2,060.8 | $ 7,098.2 | $ 506.7 | $ 93.9 | $ 715.3 | $ 5,782.3 | $ 278.3 | $ 54.5 | $ 672.6 | $ 4,776.9 | $ 278.3 | $ 3,287.5 | $ 461.9 | $ 92.5 | $ 2,733.1 |
| 46 | $ 2,000.6 | $ 394.2 | 58.8% | 18.1% | 3.6% | | 21.6% | $ 10,843.6 | $ 10,472.6 | $ 10,399.0 | $ 9,658.9 | $ 2,173.3 | $ 7,485.7 | $ 506.7 | $ 93.9 | $ 715.3 | $ 6,169.8 | $ 278.3 | $ 54.5 | $ 672.6 | $ 5,164.4 | $ 278.3 | $ 3,675.0 | $ 516.3 | $ 103.4 | $ 3,055.3 |
| 47 | $ 2,055.0 | $ 405.1 | 59.1% | 17.8% | 3.5% | | 21.3% | $ 11,343.6 | $ 10,972.6 | $ 10,899.0 | $ 10,158.9 | $ 2,285.8 | $ 7,873.2 | $ 506.7 | $ 93.9 | $ 715.3 | $ 6,557.3 | $ 278.3 | $ 54.5 | $ 672.6 | $ 5,551.9 | $ 278.3 | $ 4,062.5 | $ 570.8 | $ 114.3 | $ 3,377.4 |
| 48 | $ 2,109.5 | $ 416.0 | 59.3% | 17.5% | 3.4% | | 20.9% | $ 11,843.6 | $ 11,472.6 | $ 11,399.0 | $ 10,658.9 | $ 2,398.3 | $ 8,260.7 | $ 506.7 | $ 93.9 | $ 715.3 | $ 6,944.8 | $ 278.3 | $ 54.5 | $ 672.6 | $ 5,939.4 | $ 278.3 | $ 4,450.0 | $ 625.2 | $ 125.2 | $ 3,699.6 |
| 49 | $ 2,163.9 | $ 426.9 | 59.5% | 17.2% | 3.4% | | 20.6% | $ 12,343.6 | $ 11,972.6 | $ 11,899.0 | $ 11,158.9 | $ 2,510.8 | $ 8,648.2 | $ 506.7 | $ 93.9 | $ 715.3 | $ 7,332.3 | $ 278.3 | $ 54.5 | $ 672.6 | $ 6,326.9 | $ 278.3 | $ 4,837.5 | $ 679.7 | $ 136.1 | $ 4,021.7 |
| 50 | $ 2,218.3 | $ 437.8 | 59.7% | 17.0% | 3.3% | | 20.0% | $ 12,843.6 | $ 12,472.6 | $ 12,399.0 | $ 11,658.9 | $ 2,623.3 | $ 9,035.7 | $ 506.7 | $ 93.9 | $ 715.3 | $ 7,719.8 | $ 278.3 | $ 54.5 | $ 672.6 | $ 6,714.4 | $ 278.3 | $ 5,225.0 | $ 734.1 | $ 147.0 | $ 4,343.9 |
| 51 | $ 2,272.8 | $ 448.7 | 59.9% | 16.7% | 3.3% | | 20.0% | $ 13,343.6 | $ 12,972.6 | $ 12,899.0 | $ 12,158.9 | $ 2,735.8 | $ 9,423.2 | $ 506.7 | $ 93.9 | $ 715.3 | $ 8,107.3 | $ 278.3 | $ 54.5 | $ 672.6 | $ 7,101.9 | $ 278.3 | $ 5,612.5 | $ 788.6 | $ 157.9 | $ 4,666.0 |
| 52 | $ 2,327.2 | $ 459.7 | 60.0% | 16.5% | 3.3% | | 19.8% | $ 13,843.6 | $ 13,472.6 | $ 13,399.0 | $ 12,658.9 | $ 2,848.3 | $ 9,810.7 | $ 506.7 | $ 93.9 | $ 715.3 | $ 8,494.8 | $ 278.3 | $ 54.5 | $ 672.6 | $ 7,489.4 | $ 278.3 | $ 6,000.0 | $ 843.0 | $ 168.9 | $ 4,988.2 |
| 53 | $ 2,381.7 | $ 470.6 | 60.2% | 16.3% | 3.2% | | 19.4% | $ 14,343.6 | $ 13,972.6 | $ 13,899.0 | $ 13,158.9 | $ 2,960.8 | $ 10,198.2 | $ 506.7 | $ 93.9 | $ 715.3 | $ 8,882.3 | $ 278.3 | $ 54.5 | $ 672.6 | $ 7,876.9 | $ 278.3 | $ 6,387.5 | $ 897.5 | $ 179.8 | $ 5,310.3 |
| 54 | $ 2,436.1 | $ 481.5 | 60.3% | 16.2% | 3.2% | | 19.4% | $ 14,843.6 | $ 14,472.6 | $ 14,399.0 | $ 13,658.9 | $ 3,073.3 | $ 10,585.7 | $ 506.7 | $ 93.9 | $ 715.3 | $ 9,269.8 | $ 278.3 | $ 54.5 | $ 672.6 | $ 8,264.4 | $ 278.3 | $ 6,775.0 | $ 951.9 | $ 190.7 | $ 5,632.5 |
| 55 | $ 2,490.6 | $ 492.4 | 60.5% | 16.0% | 3.2% | | 19.4% | $ 15,343.6 | $ 14,972.6 | $ 14,899.0 | $ 14,158.9 | $ 3,185.8 | $ 10,973.2 | $ 506.7 | $ 93.9 | $ 715.3 | $ 9,657.3 | $ 278.3 | $ 54.5 | $ 672.6 | $ 8,651.9 | $ 278.3 | $ 7,162.5 | $ 1,006.3 | $ 201.6 | $ 5,954.6 |

## BCE Waterfall (Asset Sale BE)

Top annotations:

| | | |
|---|---|---|
| (row 6) | 23.3303% | |
| (row 10) M: $371.1 | O: 90.0%  Q: 10.0% | S: 87.1%  U: 12.9%  X: $49.9  Y: 14.3 |
| (row 11) M: 83.5%  N: 16.5% | | |

Left-side labels:

- **BCE DRAFT Proposal**
- **Assumptions**
- BCE Investment: $371 / $73 — 37.76% / 7.88%
- **Waterfall Splits**
  - BC₀
  - AMHB₀
- Flip 1 — 2.50x
  - BC₁ — 27.5% / 5.63%
  - AMHB₁
- Flip 2 — 3.25x
  - BC₂ — 18.6% / 3.75%
  - AMHB₂
- Flip 3 — 4.00x
  - BC₃ — 14.05% / 2.81%
  - AMHB₃

Main waterfall table:

| Equity Value | AMHB Pref | BCE Pref D | BCE Pref E | Annex A-2 (2+3) B's, C's Common | Annex A-1 (3a) Class D | Annex A-1 (3a) Class E | AMH LP Class A Units | Annex A-2 (4+) B's, C's Common | Annex A-1 (3b) Class D | Annex A-1 (3b) Class E | AMHB First Loss | Class D First Loss | Class E First Loss | AMHB Waterfall | Waterfall Class D | Waterfall Class E | AMHB Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $1,574 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 66.9 | 46.5 | 9.7 | 984.5 |
| $1,674 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 109.1 | 75.8 | 15.8 | 1,026.6 |
| $1,774 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 151.2 | 105.0 | 21.9 | 1,068.7 |
| $1,874 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 193.3 | 134.3 | 28.0 | 1,110.9 |
| $1,974 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 235.5 | 163.6 | 34.1 | 1,153.0 |
| $2,074 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 277.6 | 192.8 | 40.2 | 1,195.1 |
| $2,174 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 319.7 | 222.1 | 46.3 | 1,237.3 |
| $2,274 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 361.8 | 251.4 | 52.5 | 1,279.4 |
| $2,374 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 404.0 | 280.6 | 58.6 | 1,321.5 |
| $2,474 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 446.1 | 309.9 | 64.7 | 1,363.6 |
| $2,574 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 488.2 | 339.2 | 70.8 | 1,405.8 |
| $2,674 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 530.4 | 368.4 | 76.9 | 1,447.9 |
| $2,774 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 572.5 | 397.7 | 83.0 | 1,490.0 |
| $2,874 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 614.6 | 427.0 | 89.1 | 1,532.2 |
| $3,074 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 657.1 | 457.0 | 94.1 | 1,574.6 |
| $3,574 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 700.9 | 489.5 | 98.8 | 1,618.4 |
| $4,074 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 954.3 | 604.8 | 114.0 | 1,871.8 |
| $4,574 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 1,213.5 | 713.3 | 135.8 | 2,131.1 |
| $5,074 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 1,486.4 | 808.6 | 153.2 | 2,404.0 |
| $5,574 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 1,787.3 | 880.6 | 167.7 | 2,704.9 |
| $6,074 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 2,088.2 | 952.7 | 182.3 | 3,005.8 |
| $6,574 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 2,389.1 | 1,024.7 | 196.8 | 3,306.7 |
| $7,074 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 2,700.3 | 1,089.6 | 208.2 | 3,617.9 |
| $7,574 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 3,022.5 | 1,144.1 | 219.1 | 3,940.0 |
| $8,074 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 3,666.8 | 1,252.9 | 240.9 | 4,262.2 |
| $8,574 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 3,988.9 | 1,307.4 | 251.9 | 4,584.3 |
| $9,074 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 4,311.1 | 1,361.8 | 262.8 | 5,228.6 |
| $9,574 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 4,633.2 | 1,416.3 | 273.7 | 5,550.8 |
| $10,074 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 4,955.4 | 1,470.7 | 284.6 | 5,872.9 |
| $10,574 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 5,277.5 | 1,525.2 | 295.5 | 6,195.1 |
| $11,074 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 5,599.7 | 1,579.6 | 306.4 | 6,517.2 |
| $11,574 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 5,921.8 | 1,634.1 | 317.3 | 6,839.4 |
| $12,074 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 6,244.0 | 1,688.5 | 328.2 | 7,161.5 |
| $12,574 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 6,566.1 | 1,742.9 | 339.1 | 7,483.7 |
| $13,074 | 230.7 | 371.1 | 73.5 | 103.9 | 9.0 | 2.6 | 143.0 | 429.0 | 40.9 | 11.7 | 686.8 | 49.9 | 14.3 | 6,888.3 | 1,797.4 | 350.0 | 7,805.8 |

| H | Equity Value | AMHB Pref | BCE Pref D | BCE Pref E | … | AMHB First Loss | Class D First Loss | Class E First Loss | AMHB Waterfall | Waterfall Class D | Waterfall Class E | AMHB Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $422.0 | $653 | 230.7 | 352.2 | 69.8 | – | 686.8 | (0.0) | (0.0) | – | 66.9 | 46.5 | 917.5 |
| $565.0 | $1,574 | 230.7 | 371.1 | 73.5 | 103.9 / 9.0 / 2.6 / 143.0 … | 686.8 | 49.9 | 14.3 | 66.9 | 46.5 | 9.7 | 984.5 |
| $843.5 | $2,362 | 230.7 | 371.1 | 73.5 | 103.9 / 9.0 / 2.6 / 143.0 / 429.0 / 40.9 / 11.7 | 686.8 | 49.9 | 14.3 | 264.1 | 183.8 | 38.3 | 1,316.1 |
| $1,118.5 | $3,149 | 230.7 | 371.1 | 73.5 | 103.9 / 9.0 / 2.6 / 143.0 / 429.0 / 40.9 / 11.7 | 686.8 | 49.9 | 14.3 | 733.6 | 514.7 | 95.5 | 1,651.2 |
| $1,320.4 | $3,936 | 230.7 | 371.1 | 73.5 | 103.9 / 9.0 / 2.6 / 143.0 / 429.0 / 40.9 / 11.7 | 686.8 | 49.9 | 14.3 | 1,141.8 | 681.8 | 129.8 | 2,059.3 |

## BCE Waterfall (Asset Sale BE)

| | AE | AF | AH | AI | AJ | AL | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV | AW | AX | AY | AZ | BA | BB | BC | BD | BE | BF | BG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | | | | | | | | | | | | | 1.50x | 1.50x | | | 0.75x | 0.75x | | | 0.75x | 0.75x | | | | | |
| 7 | | | | | | | | | | | | | 2.50x | 2.50x | | | 3.25x | 3.25x | | | 4.00x | 4.00x | | | | | |
| 8 | | | | | | | | | | | | | $ 506.67 | $ 93.9 | | | $ 278.3 | 54.5 | | | $ 278.3 | 54.5 | | | $ 50,000.0 | $ 50,000.0 | |
| 9 | | | | | | | | | | | | | 37.762% | 7.880% | 45.641% | | 27.474% | 5.628% | 33.102% | | 18.594% | 3.752% | 22.347% | | 14.050% | 2.814% | 16.864% |
| 12 | | | | as % of Total Equity | | | | | | | AMH LP | HMI | | | | | | | | | | | | | | | |
| 13 | Class D Total | Class E Total | % AMHB | % Class D | % Class E | | | | | | Class A | Waterfall | BCE D | BCE E | AMHB | | BCE D | BCE E | AMHB | | BCE D | BCE E | AMHB | | BCE D | BCE E | AMHB |
| 15 | $ 467.5 | $ 97.5 | 62.5% | 29.7% | 6.2% | | $ 1,343.6 | $ 972.6 | $ 899.0 | $ 158.9 | $ 35.8 | $ 123.2 | $ 46.5 | $ 9.7 | $ 66.9 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 16 | $ 496.7 | $ 103.7 | 61.3% | 29.7% | 6.2% | | $ 1,443.6 | $ 1,072.6 | $ 999.0 | $ 258.9 | $ 58.3 | $ 200.7 | $ 75.8 | $ 15.8 | $ 109.1 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 17 | $ 526.0 | $ 109.8 | 60.2% | 29.7% | 6.2% | | $ 1,543.6 | $ 1,172.6 | $ 1,099.0 | $ 358.9 | $ 80.8 | $ 278.2 | $ 105.0 | $ 21.9 | $ 151.2 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 18 | $ 555.3 | $ 115.9 | 59.3% | 29.6% | 6.2% | | $ 1,643.6 | $ 1,272.6 | $ 1,199.0 | $ 458.9 | $ 103.3 | $ 355.7 | $ 134.3 | $ 28.0 | $ 193.3 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 19 | $ 584.5 | $ 122.0 | 58.4% | 29.6% | 6.2% | | $ 1,743.6 | $ 1,372.6 | $ 1,299.0 | $ 558.9 | $ 125.8 | $ 433.2 | $ 163.6 | $ 34.1 | $ 235.5 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 20 | $ 613.8 | $ 128.1 | 57.6% | 29.6% | 6.2% | | $ 1,843.6 | $ 1,472.6 | $ 1,399.0 | $ 658.9 | $ 148.3 | $ 510.7 | $ 192.8 | $ 40.2 | $ 277.6 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 21 | $ 643.1 | $ 134.2 | 56.9% | 29.6% | 6.2% | | $ 1,943.6 | $ 1,572.6 | $ 1,499.0 | $ 758.9 | $ 170.8 | $ 588.2 | $ 222.1 | $ 46.3 | $ 319.8 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 22 | $ 672.3 | $ 140.3 | 56.3% | 29.6% | 6.2% | | $ 2,043.6 | $ 1,672.6 | $ 1,599.0 | $ 858.9 | $ 193.3 | $ 665.7 | $ 251.4 | $ 52.5 | $ 361.8 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 23 | $ 701.6 | $ 146.4 | 55.7% | 29.5% | 6.2% | | $ 2,143.6 | $ 1,772.6 | $ 1,699.0 | $ 958.9 | $ 215.8 | $ 743.2 | $ 280.6 | $ 58.6 | $ 404.0 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 24 | $ 730.9 | $ 152.5 | 55.1% | 29.5% | 6.2% | | $ 2,243.6 | $ 1,872.6 | $ 1,799.0 | $ 1,058.9 | $ 238.3 | $ 820.7 | $ 309.9 | $ 64.8 | $ 446.2 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 25 | $ 760.1 | $ 158.6 | 54.6% | 29.5% | 6.2% | | $ 2,343.6 | $ 1,972.6 | $ 1,899.0 | $ 1,158.9 | $ 260.8 | $ 898.2 | $ 339.2 | $ 70.8 | $ 488.2 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 26 | $ 789.4 | $ 164.7 | 54.1% | 29.5% | 6.2% | | $ 2,443.6 | $ 2,072.6 | $ 1,999.0 | $ 1,258.9 | $ 283.3 | $ 975.7 | $ 368.4 | $ 76.9 | $ 530.4 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 27 | $ 818.7 | $ 170.8 | 53.7% | 29.5% | 6.2% | | $ 2,543.6 | $ 2,172.6 | $ 2,099.0 | $ 1,358.9 | $ 305.8 | $ 1,053.2 | $ 397.7 | $ 83.0 | $ 572.5 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 28 | $ 847.9 | $ 176.9 | 53.3% | 29.5% | 6.2% | | $ 2,643.6 | $ 2,272.6 | $ 2,199.0 | $ 1,458.9 | $ 328.3 | $ 1,130.7 | $ 427.0 | $ 89.1 | $ 614.6 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 29 | $ 878.0 | $ 181.9 | 52.9% | 29.5% | 6.1% | | $ 2,743.6 | $ 2,372.6 | $ 2,299.0 | $ 1,558.9 | $ 350.8 | $ 1,208.2 | $ 456.3 | $ 93.9 | $ 655.2 | $ 2.8 | $ 0.8 | $ 0.2 | $ 1.9 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 30 | $ 910.9 | $ 187.7 | 52.6% | 29.6% | 5.9% | | $ 2,843.6 | $ 2,472.6 | $ 2,399.0 | $ 1,658.9 | $ 373.3 | $ 1,285.7 | $ 485.5 | $ 93.9 | $ 690.1 | $ 16.2 | $ 4.9 | $ 0.9 | $ 10.5 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 31 | $ 1,025.8 | $ 201.9 | 52.4% | 28.7% | 5.6% | | $ 3,343.6 | $ 2,972.6 | $ 2,899.0 | $ 2,158.9 | $ 485.8 | $ 1,673.2 | $ 506.7 | $ 93.9 | $ 715.3 | $ 357.3 | $ 98.2 | $ 20.1 | $ 239.0 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 32 | $ 1,132.3 | $ 223.7 | 52.3% | 27.8% | 5.5% | | $ 3,843.6 | $ 3,472.6 | $ 3,399.0 | $ 2,658.9 | $ 598.3 | $ 2,060.7 | $ 506.7 | $ 93.9 | $ 715.3 | $ 744.8 | $ 204.6 | $ 41.9 | $ 498.2 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 33 | $ 1,229.5 | $ 241.0 | 52.6% | 26.9% | 5.3% | | $ 4,343.6 | $ 3,972.6 | $ 3,899.0 | $ 3,158.9 | $ 710.8 | $ 2,448.2 | $ 506.7 | $ 93.9 | $ 715.3 | $ 1,132.3 | $ 278.3 | $ 54.5 | $ 672.6 | $ 126.9 | $ 23.6 | $ 4.8 | $ 98.5 | $ - | $ - | $ - | $ - |
| 34 | $ 1,301.6 | $ 255.6 | 53.3% | 25.6% | 5.0% | | $ 4,843.6 | $ 4,472.6 | $ 4,399.0 | $ 3,658.9 | $ 823.3 | $ 2,835.7 | $ 506.7 | $ 93.9 | $ 715.3 | $ 1,519.8 | $ 278.3 | $ 54.5 | $ 672.6 | $ 514.4 | $ 95.6 | $ 19.3 | $ 399.4 | $ - | $ - | $ - | $ - |
| 35 | $ 1,373.6 | $ 270.1 | 53.9% | 24.6% | 4.8% | | $ 5,343.6 | $ 4,972.6 | $ 4,899.0 | $ 4,158.9 | $ 935.8 | $ 3,223.2 | $ 506.7 | $ 93.9 | $ 715.3 | $ 1,907.3 | $ 278.3 | $ 54.5 | $ 672.6 | $ 901.9 | $ 167.7 | $ 33.8 | $ 700.3 | $ - | $ - | $ - | $ - |
| 36 | $ 1,445.7 | $ 284.7 | 54.4% | 23.8% | 4.7% | | $ 5,843.6 | $ 5,472.6 | $ 5,399.0 | $ 4,658.9 | $ 1,048.3 | $ 3,610.7 | $ 506.7 | $ 93.9 | $ 715.3 | $ 2,294.8 | $ 278.3 | $ 54.5 | $ 672.6 | $ 1,289.4 | $ 239.7 | $ 48.4 | $ 1,001.2 | $ - | $ - | $ - | $ - |
| 37 | $ 1,510.6 | $ 296.1 | 55.0% | 23.0% | 4.5% | | $ 6,343.6 | $ 5,972.6 | $ 5,899.0 | $ 5,158.9 | $ 1,160.8 | $ 3,998.2 | $ 506.7 | $ 93.9 | $ 715.3 | $ 2,682.3 | $ 278.3 | $ 54.5 | $ 672.6 | $ 1,676.9 | $ 278.3 | $ 54.5 | $ 1,156.5 | $ 187.5 | $ 26.3 | $ 5.3 | $ 155.9 |
| 38 | $ 1,565.0 | $ 307.0 | 55.7% | 22.1% | 4.3% | | $ 6,843.6 | $ 6,472.6 | $ 6,399.0 | $ 5,658.9 | $ 1,273.3 | $ 4,385.7 | $ 506.7 | $ 93.9 | $ 715.3 | $ 3,069.8 | $ 278.3 | $ 54.5 | $ 672.6 | $ 2,064.4 | $ 278.3 | $ 54.5 | $ 1,156.5 | $ 575.0 | $ 80.8 | $ 16.2 | $ 478.1 |
| 39 | $ 1,619.5 | $ 317.9 | 56.3% | 21.4% | 4.2% | | $ 7,343.6 | $ 6,972.6 | $ 6,899.0 | $ 6,158.9 | $ 1,385.8 | $ 4,773.2 | $ 506.7 | $ 93.9 | $ 715.3 | $ 3,457.3 | $ 278.3 | $ 54.5 | $ 672.6 | $ 2,451.9 | $ 278.3 | $ 54.5 | $ 1,156.5 | $ 962.5 | $ 135.2 | $ 27.1 | $ 800.2 |
| 40 | $ 1,673.9 | $ 328.8 | 56.8% | 20.7% | 4.1% | | $ 7,843.6 | $ 7,472.6 | $ 7,399.0 | $ 6,658.9 | $ 1,498.3 | $ 5,160.7 | $ 506.7 | $ 93.9 | $ 715.3 | $ 3,844.8 | $ 278.3 | $ 54.5 | $ 672.6 | $ 2,839.4 | $ 278.3 | $ 54.5 | $ 1,156.5 | $ 1,350.0 | $ 189.7 | $ 38.0 | $ 1,122.4 |
| 41 | $ 1,728.3 | $ 339.7 | 57.2% | 20.2% | 4.0% | | $ 8,343.6 | $ 7,972.6 | $ 7,899.0 | $ 7,158.9 | $ 1,610.8 | $ 5,548.2 | $ 506.7 | $ 93.9 | $ 715.3 | $ 4,232.3 | $ 278.3 | $ 54.5 | $ 672.6 | $ 3,226.9 | $ 278.3 | $ 54.5 | $ 1,156.5 | $ 1,737.5 | $ 244.1 | $ 48.9 | $ 1,444.5 |
| 42 | $ 1,782.8 | $ 350.6 | 57.6% | 19.6% | 3.9% | | $ 8,843.6 | $ 8,472.6 | $ 8,399.0 | $ 7,658.9 | $ 1,723.3 | $ 5,935.7 | $ 506.7 | $ 93.9 | $ 715.3 | $ 4,619.8 | $ 278.3 | $ 54.5 | $ 672.6 | $ 3,614.4 | $ 278.3 | $ 54.5 | $ 1,156.5 | $ 2,125.0 | $ 298.6 | $ 59.8 | $ 1,766.7 |
| 43 | $ 1,837.2 | $ 361.5 | 58.0% | 19.2% | 3.8% | | $ 9,343.6 | $ 8,972.6 | $ 8,899.0 | $ 8,158.9 | $ 1,835.8 | $ 6,323.2 | $ 506.7 | $ 93.9 | $ 715.3 | $ 5,007.3 | $ 278.3 | $ 54.5 | $ 672.6 | $ 4,001.9 | $ 278.3 | $ 54.5 | $ 1,156.5 | $ 2,512.5 | $ 353.0 | $ 70.7 | $ 2,088.8 |
| 44 | $ 1,891.7 | $ 372.4 | 58.3% | 18.8% | 3.7% | | $ 9,843.6 | $ 9,472.6 | $ 9,399.0 | $ 8,658.9 | $ 1,948.3 | $ 6,710.7 | $ 506.7 | $ 93.9 | $ 715.3 | $ 5,394.8 | $ 278.3 | $ 54.5 | $ 672.6 | $ 4,389.4 | $ 278.3 | $ 54.5 | $ 1,156.5 | $ 2,900.0 | $ 407.5 | $ 81.6 | $ 2,411.0 |
| 45 | $ 1,946.1 | $ 383.3 | 58.6% | 18.4% | 3.6% | | $ 10,343.6 | $ 9,972.6 | $ 9,899.0 | $ 9,158.9 | $ 2,060.8 | $ 7,098.2 | $ 506.7 | $ 93.9 | $ 715.3 | $ 5,782.3 | $ 278.3 | $ 54.5 | $ 672.6 | $ 4,776.9 | $ 278.3 | $ 54.5 | $ 1,156.5 | $ 3,287.5 | $ 461.9 | $ 92.5 | $ 2,733.1 |
| 46 | $ 2,000.6 | $ 394.2 | 58.8% | 18.1% | 3.6% | | $ 10,843.6 | $ 10,472.6 | $ 10,399.0 | $ 9,658.9 | $ 2,173.3 | $ 7,485.7 | $ 506.7 | $ 93.9 | $ 715.3 | $ 6,169.8 | $ 278.3 | $ 54.5 | $ 672.6 | $ 5,164.4 | $ 278.3 | $ 54.5 | $ 1,156.5 | $ 3,675.0 | $ 516.3 | $ 103.0 | $ 3,055.3 |
| 47 | $ 2,055.0 | $ 405.1 | 59.1% | 17.8% | 3.5% | | $ 11,343.6 | $ 10,972.6 | $ 10,899.0 | $ 10,158.9 | $ 2,285.8 | $ 7,873.2 | $ 506.7 | $ 93.9 | $ 715.3 | $ 6,557.3 | $ 278.3 | $ 54.5 | $ 672.6 | $ 5,551.9 | $ 278.3 | $ 54.5 | $ 1,156.5 | $ 4,062.5 | $ 570.8 | $ 114.3 | $ 3,377.4 |
| 48 | $ 2,109.5 | $ 416.0 | 59.3% | 17.5% | 3.4% | | $ 11,843.6 | $ 11,472.6 | $ 11,399.0 | $ 10,658.9 | $ 2,398.3 | $ 8,260.7 | $ 506.7 | $ 93.9 | $ 715.3 | $ 6,944.8 | $ 278.3 | $ 54.5 | $ 672.6 | $ 5,939.4 | $ 278.3 | $ 54.5 | $ 1,156.5 | $ 4,450.0 | $ 625.2 | $ 125.2 | $ 3,699.6 |
| 49 | $ 2,163.9 | $ 426.9 | 59.5% | 17.2% | 3.4% | | $ 12,343.6 | $ 11,972.6 | $ 11,899.0 | $ 11,158.9 | $ 2,510.8 | $ 8,648.2 | $ 506.7 | $ 93.9 | $ 715.3 | $ 7,332.3 | $ 278.3 | $ 54.5 | $ 672.6 | $ 6,326.9 | $ 278.3 | $ 54.5 | $ 1,156.5 | $ 4,837.5 | $ 679.7 | $ 136.1 | $ 4,021.7 |
| 50 | $ 2,218.3 | $ 437.8 | 59.7% | 17.0% | 3.3% | | $ 12,843.6 | $ 12,472.6 | $ 12,399.0 | $ 11,658.9 | $ 2,623.3 | $ 9,035.7 | $ 506.7 | $ 93.9 | $ 715.3 | $ 7,719.8 | $ 278.3 | $ 54.5 | $ 672.6 | $ 6,714.4 | $ 278.3 | $ 54.5 | $ 1,156.5 | $ 5,225.0 | $ 734.1 | $ 147.0 | $ 4,343.9 |
| 51 | $ 352.2 | $ 69.8 | 140.6% | 140.7% | 10.7% | | $ 422.0 | $ 69.8 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 52 | $ 467.5 | $ 97.5 | 62.5% | 29.7% | 6.2% | | $ 1,343.6 | $ 972.6 | $ 899.0 | $ 158.9 | $ 35.8 | $ 123.2 | $ 46.5 | $ 9.7 | $ 66.9 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 53 | $ 697.8 | $ 145.6 | 55.7% | 29.6% | 6.2% | | $ 2,130.8 | $ 1,759.8 | $ 1,686.2 | $ 946.1 | $ 212.3 | $ 776.9 | $ 276.9 | $ 57.8 | $ 398.6 | $ - | $ - | $ - | $ - | $ 27.4 | $ 7.5 | $ 1.5 | $ 18.3 | $ - | $ - | $ - | $ - |
| 54 | $ 935.2 | $ 183.3 | 52.4% | 29.7% | 5.8% | | $ 2,918.0 | $ 2,547.0 | $ 2,473.4 | $ 1,733.3 | $ 390.0 | $ 1,343.3 | $ 506.7 | $ 93.9 | $ 715.3 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 55 | $ 1,102.8 | $ 217.6 | 52.3% | 28.0% | 5.5% | | $ 3,705.2 | $ 3,334.2 | $ 3,260.6 | $ 2,520.5 | $ 567.1 | $ 1,953.4 | $ 506.7 | $ 93.9 | $ 715.3 | $ 637.5 | $ 175.1 | $ 35.9 | $ 426.5 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

## BCE Waterfall (Asset2020)

**BCE DRAFT Proposal**

**Assumptions**

BCE Investment: $371  $573   37.76%  7.88%

**Waterfall Splits**
- BC₀ / AMHB₀
- Flip 1: 2.50x — BC₁ 27.47%  5.63% — AMHB₁
- Flip 2: 3.25x — BC₂ 18.59%  3.75% — AMHB₂
- Flip 3: 4.00x — BC₃ 14.05%  2.81% — AMHB₃

Top reference values: 23.5134% ; $371.1 / $73.5 (83.5% / 16.5%) ; 90.0% / 10.0% ; 87.1% / 12.9%

| Equity Value | AMHB Pref | BCE Pref D | BCE Pref E | Annex A-2 (2+3) B's, C's Common (90.0%) | Annex A-1(3a) Class D (10.0%) | Annex A-1(3a) Class E | AMH LP Class A Units | Annex A-2 (4+) B's, C's Common (87.1%) | Annex A-1(3b) Class D (12.9%) | Annex A-1(3b) Class E | AMHB First Loss | Class D First Loss | Class E First Loss | AMHB Waterfall | Class D Waterfall | Class E Waterfall | AMHB Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $1,574 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 66.9 | 46.5 | 9.7 | 984.5 |
| $1,674 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 109.1 | 75.8 | 15.8 | 1,026.6 |
| $1,774 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 151.2 | 105.0 | 21.9 | 1,068.7 |
| $1,874 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 193.3 | 134.3 | 28.0 | 1,110.9 |
| $1,974 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 235.5 | 163.6 | 34.1 | 1,153.0 |
| $2,074 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 277.6 | 192.8 | 40.2 | 1,195.1 |
| $2,174 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 319.7 | 222.1 | 46.3 | 1,237.3 |
| $2,274 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 361.8 | 251.4 | 52.5 | 1,279.4 |
| $2,374 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 404.0 | 280.6 | 58.6 | 1,321.5 |
| $2,474 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 446.1 | 309.9 | 64.7 | 1,363.6 |
| $2,574 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 488.2 | 339.2 | 70.8 | 1,405.8 |
| $2,674 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 530.4 | 368.4 | 76.9 | 1,447.9 |
| $2,774 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 572.5 | 397.7 | 83.0 | 1,490.0 |
| $2,874 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 614.6 | 427.0 | 89.1 | 1,532.2 |
| $2,974 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 657.1 | 457.0 | 94.1 | 1,574.6 |
| $3,074 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 700.9 | 489.9 | 94.8 | 1,618.4 |
| $3,574 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 954.3 | 604.8 | 114.0 | 1,871.8 |
| $4,074 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 1,213.5 | 713.3 | 135.8 | 2,131.1 |
| $4,574 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 1,486.4 | 808.6 | 153.2 | 2,404.0 |
| $5,074 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 1,787.3 | 880.6 | 167.7 | 2,704.9 |
| $5,574 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 2,088.2 | 952.7 | 182.3 | 3,005.8 |
| $6,074 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 2,389.1 | 1,024.7 | 196.8 | 3,307.9 |
| $6,574 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 2,700.3 | 1,089.6 | 208.2 | 3,617.9 |
| $7,074 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 3,022.5 | 1,144.1 | 219.1 | 3,940.0 |
| $7,574 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 3,344.7 | 1,198.5 | 230.9 | 4,262.2 |
| $8,074 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 3,666.8 | 1,252.9 | 240.9 | 4,584.3 |
| $8,574 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 3,988.9 | 1,307.4 | 251.9 | 4,906.5 |
| $9,074 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 4,311.1 | 1,361.8 | 262.8 | 5,228.6 |
| $9,574 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 4,633.2 | 1,416.3 | 273.7 | 5,550.8 |
| $10,074 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 4,955.4 | 1,470.7 | 284.6 | 5,872.9 |
| $10,574 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 5,277.5 | 1,525.2 | 295.5 | 6,195.1 |
| $11,074 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 5,599.7 | 1,579.6 | 306.4 | 6,517.2 |
| $11,574 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 5,921.8 | 1,634.0 | 317.8 | 6,839.4 |
| $12,074 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 6,244.0 | 1,688.5 | 328.2 | 7,161.5 |
| $12,574 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 6,566.1 | 1,742.9 | 339.1 | 7,483.7 |
| $13,074 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 6,888.3 | 1,797.4 | 350.0 | 7,805.8 |
| $13,574 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 7,210.4 | 1,851.8 | 360.9 | 8,128.0 |
| $14,074 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 7,532.6 | 1,906.3 | 371.8 | 8,450.1 |
| $14,574 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 7,854.8 | 1,960.7 | 382.7 | 8,772.3 |
| $15,074 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 8,176.9 | 2,015.2 | 393.6 | 9,094.4 |
| $15,574 | 230.7 | 371.1 | 73.5 | 310.2 | 26.8 | 7.7 | 91.4 | 274.3 | 23.1 | 6.6 | 686.8 | 49.9 | 14.3 | 8,499.0 | 2,069.6 | 404.5 | 9,416.6 |

CONFIDENTIAL

AMR_SDTX01656683

## BCE Waterfall (Asset2020)

| | AE | AF | AH | AI | AJ | AL | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV | AW | AX | AY | AZ | BA | BB | BC | BD | BE | BF | BG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | | | | | | | | | | | | | 1.50x | 1.50x | | | 0.75x | 0.75x | | | 0.75x | 0.75x | | | | | |
| 7 | | | | | | | | | | | | | 2.50x | 2.50x | | | 3.25x | 3.25x | | | 4.00x | 4.00x | | | | | |
| 8 | | | | | | | | | | | | | $ 506.7 | $ 93.9 | | | $ 278.3 | 54.5 | | | $ 278.3 | 54.5 | | | $ 50,000.0 | $ 50,000.0 | |
| 9 | | | | | | | | | | | | | 37.762% | 7.880% | 45.641% | | 27.474% | 5.628% | 33.102% | | 18.594% | 3.752% | 22.347% | | 14.050% | 2.814% | 16.864% |
| 12 | | | | as % of Total Equity | | | | | | | AMH LP | HMI | | | | | | | | | | | | | | | |
| 13 | Class D Total | Class E Total | % AMHB | % Class D | % Class E | | | | | | Class A | Waterfall | BCE D | BCE E | AMHB | | BCE D | BCE E | AMHB | | BCE D | BCE E | AMHB | | BCE D | BCE E | AMHB |
| 15 | $ 467.5 | $ 97.5 | 62.5% | 29.7% | 6.2% | | $ 1,343.6 | $ 972.6 | 899.0 | $ 158.9 | $ 35.8 | $ 123.2 | $ 46.5 | $ 9.7 | $ 66.9 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 16 | 496.7 | 103.7 | 61.3% | 29.7% | 6.2% | | 1,443.6 | 1,072.6 | 999.0 | 258.9 | 58.3 | 200.7 | 75.8 | 15.8 | 109.1 | - | - | - | - | - | - | - | - | - | - | - | - |
| 17 | 526.0 | 109.8 | 60.2% | 29.6% | 6.2% | | 1,543.6 | 1,172.6 | 1,099.0 | 358.9 | 80.8 | 278.2 | 105.0 | 21.9 | 151.2 | - | - | - | - | - | - | - | - | - | - | - | - |
| 18 | 555.3 | 115.9 | 59.3% | 29.6% | 6.2% | | 1,643.6 | 1,272.6 | 1,199.0 | 458.9 | 103.3 | 355.7 | 134.3 | 28.0 | 193.3 | - | - | - | - | - | - | - | - | - | - | - | - |
| 19 | 584.5 | 122.0 | 58.4% | 29.6% | 6.2% | | 1,743.6 | 1,372.6 | 1,299.0 | 558.9 | 125.8 | 433.2 | 163.6 | 34.1 | 235.5 | - | - | - | - | - | - | - | - | - | - | - | - |
| 20 | 613.8 | 128.1 | 57.6% | 29.6% | 6.2% | | 1,843.6 | 1,472.6 | 1,399.0 | 658.9 | 148.3 | 510.7 | 192.8 | 40.2 | 277.6 | - | - | - | - | - | - | - | - | - | - | - | - |
| 21 | 643.1 | 134.2 | 56.9% | 29.6% | 6.2% | | 1,943.6 | 1,572.6 | 1,499.0 | 758.9 | 170.8 | 588.2 | 222.1 | 46.4 | 319.7 | - | - | - | - | - | - | - | - | - | - | - | - |
| 22 | 672.3 | 140.3 | 56.3% | 29.6% | 6.2% | | 2,043.6 | 1,672.6 | 1,599.0 | 858.9 | 193.3 | 665.7 | 251.4 | 52.5 | 361.8 | - | - | - | - | - | - | - | - | - | - | - | - |
| 23 | 701.6 | 146.4 | 55.7% | 29.5% | 6.2% | | 2,143.6 | 1,772.6 | 1,699.0 | 958.9 | 215.8 | 743.2 | 280.6 | 58.6 | 404.0 | - | - | - | - | - | - | - | - | - | - | - | - |
| 24 | 730.9 | 152.5 | 55.1% | 29.5% | 6.2% | | 2,243.6 | 1,872.6 | 1,799.0 | 1,058.9 | 238.3 | 820.7 | 309.9 | 64.7 | 446.1 | - | - | - | - | - | - | - | - | - | - | - | - |
| 25 | 760.1 | 158.6 | 54.6% | 29.5% | 6.2% | | 2,343.6 | 1,972.6 | 1,899.0 | 1,158.9 | 260.8 | 898.2 | 339.2 | 70.8 | 488.2 | - | - | - | - | - | - | - | - | - | - | - | - |
| 27 | 789.4 | 164.7 | 54.1% | 29.5% | 6.2% | | 2,443.6 | 2,072.6 | 1,999.0 | 1,258.9 | 283.3 | 975.7 | 368.4 | 76.9 | 530.4 | - | - | - | - | - | - | - | - | - | - | - | - |
| 27 | 818.7 | 170.8 | 53.7% | 29.5% | 6.2% | | 2,543.6 | 2,172.6 | 2,099.0 | 1,358.9 | 305.8 | 1,053.2 | 397.7 | 83.0 | 572.5 | - | - | - | - | - | - | - | - | - | - | - | - |
| 28 | 847.9 | 176.9 | 53.3% | 29.5% | 6.2% | | 2,643.6 | 2,272.6 | 2,199.0 | 1,458.9 | 328.3 | 1,130.7 | 427.0 | 89.1 | 614.6 | $ - | - | - | - | - | - | - | - | - | - | - | - |
| 29 | 878.0 | 181.9 | 52.9% | 29.5% | 6.1% | | 2,743.6 | 2,372.6 | 2,299.0 | 1,558.9 | 350.8 | 1,208.2 | 456.3 | 93.9 | 655.2 | 2.8 | 0.8 | 0.2 | 1.9 | - | - | - | - | - | - | - | - |
| 30 | 910.9 | 187.7 | 52.6% | 29.6% | 5.9% | | 2,843.6 | 2,472.6 | 2,399.0 | 1,658.9 | 373.3 | 1,285.7 | 485.5 | 93.9 | 690.1 | 16.2 | 4.5 | 0.9 | 10.8 | - | - | - | - | - | - | - | - |
| 31 | 1,025.8 | 201.9 | 52.4% | 28.7% | 5.6% | | 3,343.6 | 2,972.6 | 2,899.0 | 2,158.9 | 485.8 | 1,673.2 | 506.7 | 93.9 | 715.3 | 357.3 | 98.2 | 20.1 | 239.0 | $ - | - | - | - | - | - | - | - |
| 32 | 1,132.3 | 223.7 | 52.3% | 27.8% | 5.5% | | 3,843.6 | 3,472.6 | 3,399.0 | 2,658.9 | 598.3 | 2,060.7 | 506.7 | 93.9 | 715.3 | 744.8 | 204.6 | 41.9 | 498.2 | $ - | - | - | - | - | - | - | - |
| 33 | 1,229.5 | 241.0 | 52.6% | 26.9% | 5.3% | | 4,343.6 | 3,972.6 | 3,899.0 | 3,158.9 | 710.8 | 2,448.2 | 506.7 | 93.9 | 715.3 | 1,132.3 | 278.3 | 54.5 | 672.6 | 126.9 | 23.6 | 4.8 | 98.5 | $ - | - | - | - |
| 34 | 1,301.6 | 255.6 | 53.3% | 25.6% | 5.0% | | 4,843.6 | 4,472.6 | 4,399.0 | 3,658.9 | 823.3 | 2,835.7 | 506.7 | 93.9 | 715.3 | 1,519.8 | 278.3 | 54.5 | 672.6 | 514.4 | 95.6 | 19.3 | 399.4 | $ - | - | - | - |
| 35 | 1,373.6 | 270.1 | 53.9% | 24.6% | 4.8% | | 5,343.6 | 4,972.6 | 4,899.0 | 4,158.9 | 935.8 | 3,223.2 | 506.7 | 93.9 | 715.3 | 1,907.3 | 278.3 | 54.5 | 672.6 | 901.9 | 167.7 | 33.8 | 700.3 | $ - | - | - | - |
| 36 | 1,445.7 | 284.7 | 54.4% | 23.8% | 4.7% | | 5,843.6 | 5,472.6 | 5,399.0 | 4,658.9 | 1,048.3 | 3,610.7 | 506.7 | 93.9 | 715.3 | 2,294.8 | 278.3 | 54.5 | 672.6 | 1,289.4 | 239.7 | 48.4 | 1,001.2 | $ - | - | - | - |
| 37 | 1,510.6 | 296.1 | 55.0% | 23.0% | 4.5% | | 6,343.6 | 5,972.6 | 5,899.0 | 5,158.9 | 1,160.8 | 3,998.2 | 506.7 | 93.9 | 715.3 | 2,682.3 | 278.3 | 54.5 | 672.6 | 1,676.9 | 278.3 | 54.5 | 1,155.5 | 187.5 | 26.3 | 5.3 | 155.9 |
| 38 | 1,565.0 | 307.0 | 55.7% | 22.1% | 4.3% | | 6,843.6 | 6,472.6 | 6,399.0 | 5,658.9 | 1,273.3 | 4,385.7 | 506.7 | 93.9 | 715.3 | 3,069.8 | 278.3 | 54.5 | 672.6 | 2,064.4 | 278.3 | 54.5 | 1,155.5 | 575.0 | 80.8 | 16.2 | 478.1 |
| 39 | 1,619.5 | 317.9 | 56.3% | 21.4% | 4.2% | | 7,343.6 | 6,972.6 | 6,899.0 | 6,158.9 | 1,385.8 | 4,773.2 | 506.7 | 93.9 | 715.3 | 3,457.3 | 278.3 | 54.5 | 672.6 | 2,451.9 | 278.3 | 54.5 | 1,155.5 | 962.5 | 135.2 | 27.1 | 800.2 |
| 40 | 1,673.9 | 328.8 | 56.8% | 20.7% | 4.1% | | 7,843.6 | 7,472.6 | 7,399.0 | 6,658.9 | 1,498.3 | 5,160.7 | 506.7 | 93.9 | 715.3 | 3,844.8 | 278.3 | 54.5 | 672.6 | 2,839.4 | 278.3 | 54.5 | 1,155.5 | 1,350.0 | 189.7 | 38.0 | 1,122.4 |
| 41 | 1,728.3 | 339.7 | 57.2% | 20.2% | 4.0% | | 8,343.6 | 7,972.6 | 7,899.0 | 7,158.9 | 1,610.8 | 5,548.2 | 506.7 | 93.9 | 715.3 | 4,232.3 | 278.3 | 54.5 | 672.6 | 3,226.9 | 278.3 | 54.5 | 1,155.5 | 1,737.5 | 244.1 | 48.9 | 1,444.5 |
| 42 | 1,782.8 | 350.6 | 57.6% | 19.6% | 3.9% | | 8,843.6 | 8,472.6 | 8,399.0 | 7,658.9 | 1,723.3 | 5,935.7 | 506.7 | 93.9 | 715.3 | 4,619.8 | 278.3 | 54.5 | 672.6 | 3,614.4 | 278.3 | 54.5 | 1,155.5 | 2,125.0 | 298.6 | 59.8 | 1,766.7 |
| 43 | 1,837.2 | 361.5 | 58.0% | 19.2% | 3.8% | | 9,343.6 | 8,972.6 | 8,899.0 | 8,158.9 | 1,835.8 | 6,323.2 | 506.7 | 93.9 | 715.3 | 5,007.3 | 278.3 | 54.5 | 672.6 | 4,001.9 | 278.3 | 54.5 | 1,155.5 | 2,512.5 | 353.0 | 70.7 | 2,088.8 |
| 44 | 1,891.7 | 372.4 | 58.3% | 18.8% | 3.7% | | 9,843.6 | 9,472.6 | 9,399.0 | 8,658.9 | 1,948.3 | 6,710.7 | 506.7 | 93.9 | 715.3 | 5,394.8 | 278.3 | 54.5 | 672.6 | 4,389.4 | 278.3 | 54.5 | 1,155.5 | 2,900.0 | 407.5 | 81.6 | 2,411.0 |
| 45 | 1,946.1 | 383.3 | 58.6% | 18.4% | 3.6% | | 10,343.6 | 9,972.6 | 9,899.0 | 9,158.9 | 2,060.8 | 7,098.2 | 506.7 | 93.9 | 715.3 | 5,782.3 | 278.3 | 54.5 | 672.6 | 4,776.9 | 278.3 | 54.5 | 1,155.5 | 3,287.5 | 461.9 | 92.5 | 2,733.1 |
| 46 | 2,000.6 | 394.2 | 58.8% | 18.1% | 3.6% | | 10,843.6 | 10,472.6 | 10,399.0 | 9,658.9 | 2,173.3 | 7,485.7 | 506.7 | 93.9 | 715.3 | 6,169.8 | 278.3 | 54.5 | 672.6 | 5,164.4 | 278.3 | 54.5 | 1,155.5 | 3,675.0 | 516.3 | 103.4 | 3,055.3 |
| 47 | 2,055.0 | 405.1 | 59.1% | 17.8% | 3.5% | | 11,343.6 | 10,972.6 | 10,899.0 | 10,158.9 | 2,285.8 | 7,873.2 | 506.7 | 93.9 | 715.3 | 6,557.3 | 278.3 | 54.5 | 672.6 | 5,551.9 | 278.3 | 54.5 | 1,155.5 | 4,062.5 | 570.8 | 114.3 | 3,377.4 |
| 48 | 2,109.5 | 416.0 | 59.3% | 17.5% | 3.4% | | 11,843.6 | 11,472.6 | 11,399.0 | 10,658.9 | 2,398.3 | 8,260.7 | 506.7 | 93.9 | 715.3 | 6,944.8 | 278.3 | 54.5 | 672.6 | 5,939.4 | 278.3 | 54.5 | 1,155.5 | 4,450.0 | 625.2 | 125.2 | 3,699.6 |
| 49 | 2,163.9 | 426.9 | 59.5% | 17.2% | 3.4% | | 12,343.6 | 11,972.6 | 11,899.0 | 11,158.9 | 2,510.8 | 8,648.2 | 506.7 | 93.9 | 715.3 | 7,332.3 | 278.3 | 54.5 | 672.6 | 6,326.9 | 278.3 | 54.5 | 1,155.5 | 4,837.5 | 679.7 | 136.1 | 4,021.7 |
| 50 | 2,218.3 | 437.8 | 59.7% | 17.0% | 3.3% | | 12,843.6 | 12,472.6 | 12,399.0 | 11,658.9 | 2,623.3 | 9,035.7 | 506.7 | 93.9 | 715.3 | 7,719.8 | 278.3 | 54.5 | 672.6 | 6,714.4 | 278.3 | 54.5 | 1,155.5 | 5,225.0 | 734.1 | 147.0 | 4,343.9 |
| 51 | 2,272.8 | 448.7 | 59.9% | 16.7% | 3.3% | | 13,343.6 | 12,972.6 | 12,899.0 | 12,158.9 | 2,735.8 | 9,423.2 | 506.7 | 93.9 | 715.3 | 8,107.3 | 278.3 | 54.5 | 672.6 | 7,101.9 | 278.3 | 54.5 | 1,155.5 | 5,612.5 | 788.6 | 157.9 | 4,666.0 |
| 52 | 2,327.2 | 459.7 | 60.0% | 16.5% | 3.3% | | 13,843.6 | 13,472.6 | 13,399.0 | 12,658.9 | 2,848.3 | 9,810.7 | 506.7 | 93.9 | 715.3 | 8,494.8 | 278.3 | 54.5 | 672.6 | 7,489.4 | 278.3 | 54.5 | 1,155.5 | 6,000.0 | 843.0 | 168.9 | 4,988.2 |
| 53 | 2,381.7 | 470.6 | 60.0% | 16.3% | 3.2% | | 14,343.6 | 13,972.6 | 13,899.0 | 13,158.9 | 2,960.8 | 10,198.2 | 506.7 | 93.9 | 715.3 | 8,882.3 | 278.3 | 54.5 | 672.6 | 7,876.9 | 278.3 | 54.5 | 1,155.5 | 6,387.5 | 897.5 | 179.8 | 5,310.3 |
| 54 | 2,436.1 | 481.5 | 60.0% | 16.2% | 3.2% | | 14,843.6 | 14,472.6 | 14,399.0 | 13,658.9 | 3,073.3 | 10,585.7 | 506.7 | 93.9 | 715.3 | 9,269.8 | 278.3 | 54.5 | 672.6 | 8,264.4 | 278.3 | 54.5 | 1,155.5 | 6,775.0 | 951.9 | 190.7 | 5,632.5 |
| 55 | 2,490.6 | 492.4 | 60.5% | 16.0% | 3.2% | | 15,343.6 | 14,972.6 | 14,899.0 | 14,158.9 | 3,185.8 | 10,973.2 | 506.7 | 93.9 | 715.3 | 9,657.3 | 278.3 | 54.5 | 672.6 | 8,651.9 | 278.3 | 54.5 | 1,155.5 | 7,162.5 | 1,006.3 | 201.6 | 5,954.6 |

| Effective Date | 11/15/2017 |
|---|---|

## Inputs *

| Enterprise Values | $MM |
|---|---|
| Enterprise Value of Alta Mesa | $2,200 |
| Enterprise Value of KFM | $1,350 |

| AMH Equity Value* | $MM |
|---|---|
| EV of AMH | $2,200 |
| Net Debt at AMH | (770) |
| Inorganic Acq. Made (NFX acq. estimate represented) | 45 |
| Riverstone Capital Draw | 0 |
| AM Transaction Expenses (incl. Banking Fees, SERP, etc.) | (28) |
| Equity Value of AMH | $ 1,447 |

| KFM Equity Value | $MM |
|---|---|
| EV of Midstream | $1,350 |
| Max Capex Credit | $77 |
| KFM NWC Estimate | $3 |
| KFM Escrow Holdback | ($5) |
| KFM Debt Estimate | ($77) |
| KFM Transaction Expenses | ($35) |
| **Adjusted KFM Ent. / Eq. Value** | **$1,313** |
| Pref @ Midstream | (400) |
| Equity @ Midstream | 913 |
| Equity % to High Mesa | 31.5% |
| Equity Value to High Mesa from KFM | $287 |
| | |
| AMH + KFM Equity Value | $1,734 |
| HPS Mezz (NPA at High Mesa)** | ($235) |
| Value for Other Assets HMI/HMH Waterfall | $75.0 |
| **HMI Waterfall Value** | **$1,574** |
| | |
| PARS Value | $12.5 |

*Inputs subject to final transaction adjustments at closing.*

## Proceeds and Shares

| Equity Value | | $1,574 |
|---|---|---|

| Crystallized HMI Sharing (Post-Pars) | $MM | % |
|---|---|---|
| Series D Preferred Stock | $464.3 | 29.7% |
| Series E Preferred Stock | $96.9 | 6.2% |
| Series B Preferred Stock | $448.8 | 28.7% |
| Series C Preferred Stock | $88.6 | 5.7% |
| Management HMI Common | $299.0 | 19.1% |
| Management HMH Class A | $164.4 | 10.5% |
| Total | $1,561.9 | 100.0% |

## Waterfalls

### High Mesa Holdings Crystallization

| Total | $MM | % of Group |
|---|---|---|
| Management Class A | $164.4 | 10.53% |
| HMI Class A + Class B | $1,397.5 | 89.47% |
| **Total** | **$1,561.9** | **100.0%** |

### High Mesa, Inc. Crystallization

| Total | $MM | % of Group |
|---|---|---|
| BCE - D | $464.3 | 33.22% |
| BCE - E | $96.9 | 6.93% |
| HPS - B | $448.8 | 32.11% |
| HPS - C | $88.6 | 6.34% |
| Common | $299.0 | 21.39% |
| **Total** | **$1,397.5** | **100.0%** |

### Sum Crystallization

| Total | $MM | % of Group |
|---|---|---|
| BCE - D | $464.3 | 29.73% |
| BCE - E | $96.9 | 6.20% |
| HPS - B | $448.8 | 28.73% |
| HPS - C | $88.6 | 5.67% |
| Common | $299.0 | 19.14% |
| Management HMH Class A | $164.4 | 10.53% |
| **Total** | **$1,561.9** | **100.0%** |

AMR_SDTX01656684

**Crystallization Percentages**

| | Series D | Series E | Series B | Series C | Management HMI Common | Management HMH Class A | Total |
|---|---|---|---|---|---|---|---|
| Base ($10 / Share) | 29.7% | 6.2% | 28.7% | 5.7% | 19.1% | 10.5% | 100.0% |
| *Value Difference* | *29.3%* | *6.1%* | *16.1%* | *3.5%* | *22.6%* | *22.5%* | *100.0%* |
| Earn-Out Tier 1 (Base + $183mm) | 29.7% | 6.2% | 27.4% | 5.4% | 19.5% | 11.8% | 100.0% |
| *Value Difference* | *29.3%* | *6.1%* | *16.0%* | *3.2%* | *22.9%* | *22.5%* | *100.0%* |
| Earn-Out Tier 1 (Base + $365mm) | 29.6% | 6.2% | 26.3% | 5.2% | 19.8% | 12.8% | 100.0% |
| *Value Difference* | *29.3%* | *6.1%* | *16.0%* | *3.2%* | *22.9%* | *22.5%* | *100.0%* |
| Earn-Out Tier 1 (Base + $615mm) | 29.6% | 6.2% | 25.1% | 5.0% | 20.2% | 13.9% | 100.0% |
| *Value Difference* | *29.3%* | *6.1%* | *14.9%* | *3.2%* | *24.1%* | *22.5%* | *100.0%* |
| Earn-Out Tier 1 (Base + $865mm) | 29.6% | 6.2% | 24.1% | 4.8% | 20.6% | 14.8% | 100.0% |

**Distributed Value ($MM)**

| | Series D | Series E | Series B | Series C | Management HMI Common | Management HMH Class A | Total |
|---|---|---|---|---|---|---|---|
| Base ($10 / Share) | $464 | $97 | $449 | $89 | $299 | $164 | $1,562 |
| *Value Difference* | *$53* | *$11* | *$29* | *$6* | *$41* | *$41* | *$183* |
| Earn-Out Tier 1 (Base + $183mm) | $518 | $108 | $478 | $95 | $340 | $205 | $1,744 |
| *Value Difference* | *$53* | *$11* | *$29* | *$6* | *$42* | *$41* | *$183* |
| Earn-Out Tier 1 (Base + $365mm) | $571 | $119 | $507 | $101 | $382 | $247 | $1,927 |
| *Value Difference* | *$73* | *$15* | *$40* | *$8* | *$57* | *$56* | *$250* |
| Earn-Out Tier 1 (Base + $615mm) | $644 | $134 | $547 | $109 | $439 | $303 | $2,177 |
| *Value Difference* | *$73* | *$15* | *$37* | *$8* | *$60* | *$56* | *$250* |
| Earn-Out Tier 1 (Base + $865mm) | $717 | $150 | $585 | $117 | $499 | $359 | $2,427 |

CONFIDENTIAL

# PX 284

| From: | Shah, Neil <neil.shah@citi.com> on behalf of "Shah, Neil " <neil.shah@citi.com> |
|---|---|
| Sent: | Wed, 16 Aug 2017 00:05:14 +0000 (UTC) |
| To: | "'Dodds Williamson, Chelsea'" <cwilliamson@riverstonellc.com> |
| Cc: | "'Wassenaar, Olivia'" <owassenaar@riverstonellc.com>; "'Wang, Kevin'"<KWang@riverstonellc.com>; "'Hal H. Chappelle'" <hchappelle@AltaMesa.net>; "'Hackett, Jim'" <JHackett@riverstonellc.com>; "'Babaria, Neil'"<NBabaria@riverstonellc.com>; "'Karian, Drew'" <dkarian@riverstonellc.com>; "Jackson, James R " <james.r.jackson@citi.com> |
| Subject: | RE: SRII Press Release |

Took lawyers and broader team off

Wanted to make sure we made the valuation jump off the page a bit more in our press release

Also, wanted to make sure folks saw the aggregate market cap (given size is important for many investors by investment mandate)

Also, I wanted to get away from the 'acquired' language since this is a partnership and mgmt. is looking to build this over the long term vs. sell out

Prior language:

Alta Mesa will be acquired for $2,200 million in equity of the combined company, adjusted for debt and other closing adjustments.  Kingfisher will be acquired for $800 million in cash and $550 million in equity of the combined company, adjusted for debt and other closing adjustments.

Suggested language:

"Alta Mesa Resources will have an aggregate market capitalization of approximately $3.9 billion. At $10.00 per share, the combined company would represent a valuation of 7.1x FV/2018E EBITDA.  Alta Mesa would represent [6.1x] FV/2018E EBITDA and Kingfisher would represent [7.3x] FV/2018E EBITDA.  Riverstone and Alta Mesa management will collectively own a significant portion of the combined company, representing x% of the pro-forma market capitalization."

Chelsea – perhaps you can help calculate the adjusted multiples if you were to include the founder shares and weight it proportionally.

Welcome edits or thoughts on this

---

**From:** Shah, Neil [ICG-CMO]
**Sent:** Tuesday, August 15, 2017 7:03 PM
**To:** 'Dodds Williamson, Chelsea'; Hal H. Chappelle; Hackett, Jim; Michael A. McCabe; michael.christopher@armenergy.com; Dave Cooke; Coats, Stephen; Jayne.Wabeke@lw.com; Nick.Luongo@lw.com; Debbie.Yee@lw.com; Bill.Finnegan@lw.com; Chad.MacDonald@lw.com; Jeff Hostettler; Don Dimitrievich; BCE 2; BCE 1; Jackson, James R [ICG-CIB]
**Cc:** Wassenaar, Olivia; Wang, Kevin; Babaria, Neil; Karian, Drew
**Subject:** RE: SRII Press Release

Did we want to reference the overall value?

CONFIDENTIAL

RIVERSTONE_SDTX00072235

Also, this would be the largest ever reverse merger by a US SPAC into a US Company

Not sure if there is any value in that statement or not

**From:** Dodds Williamson, Chelsea [mailto:cwilliamson@riverstonellc.com]
**Sent:** Tuesday, August 15, 2017 1:30 PM
**To:** Hal H. Chappelle; Hackett, Jim; Shah, Neil [ICG-CMO]; Michael A. McCabe; michael.christopher@armenergy.com; Dave Cooke; Coats, Stephen; Jayne.Wabeke@lw.com; Nick.Luongo@lw.com; Debbie.Yee@lw.com; Bill.Finnegan@lw.com; Chad.MacDonald@lw.com; Jeff Hostettler; Don Dimitrievich; BCE 2; BCE 1; Jackson, James R [ICG-CIB]
**Cc:** Wassenaar, Olivia; Wang, Kevin; Babaria, Neil; Karian, Drew
**Subject:** RE: SRII Press Release

Latest version of the press release attached with this morning's round of comments.

Thank you!
Chelsea

**From:** Hal H. Chappelle [mailto:hchappelle@AltaMesa.net]
**Sent:** Tuesday, August 15, 2017 11:00 AM
**To:** Dodds Williamson, Chelsea <cwilliamson@riverstonellc.com>; Hackett, Jim <JHackett@riverstonellc.com>; Shah, Neil <neil.shah@citi.com>; Michael A. McCabe <mmccabe@AltaMesa.net>; michael.christopher@armenergy.com; Dave Cooke <dave.cooke@armenergy.com>; Coats, Stephen <scoats@riverstonellc.com>; Jayne.Wabeke@lw.com; Nick.Luongo@lw.com; Debbie.Yee@lw.com; Bill.Finnegan@lw.com; Chad.MacDonald@lw.com; Jeff Hostettler <jeff.hostettler@hpspartners.com>; Don Dimitrievich <don.dimitrievich@hpspartners.com>; BCE 2 <will@bayoucityenergy.com>; BCE 1 <mark@bayoucityenergy.com>; James Jackson (james.r.jackson@citi.com) <james.r.jackson@citi.com>
**Cc:** Wassenaar, Olivia <owassenaar@riverstonellc.com>; Wang, Kevin <KWang@riverstonellc.com>; Babaria, Neil <NBabaria@riverstonellc.com>
**Subject:** Re: SRII Press Release

See attached.  Counsel advised the change in language around reserves.

Hal

**From:** "Dodds Williamson, Chelsea" <cwilliamson@riverstonellc.com>
**Date:** Tuesday, August 15, 2017 at 9:26 AM
**To:** "Hackett, Jim" <JHackett@riverstonellc.com>, "Shah, Neil" <neil.shah@citi.com>, Hal Chappelle <hchappelle@altamesa.net>, "Michael A. McCabe" <mmccabe@AltaMesa.net>, Michael Christopher <michael.christopher@armenergy.com>, Dave Cooke <dave.cooke@armenergy.com>, "Coats, Stephen" <scoats@riverstonellc.com>, "Jayne.Wabeke@lw.com" <Jayne.Wabeke@lw.com>, "Nick.Luongo@lw.com" <Nick.Luongo@lw.com>, "Debbie.Yee@lw.com" <Debbie.Yee@lw.com>, "Bill.Finnegan@lw.com" <Bill.Finnegan@lw.com>, "Chad.MacDonald@lw.com" <Chad.MacDonald@lw.com>, Jeff Hostettler <jeff.hostettler@hpspartners.com>, Don Dimitrievich <don.dimitrievich@hpspartners.com>, BCE 2 <will@bayoucityenergy.com>, BCE 1 <mark@bayoucityenergy.com>, James Jackson <james.r.jackson@citi.com>
**Cc:** "Wassenaar, Olivia" <owassenaar@riverstonellc.com>, "Wang, Kevin" <KWang@riverstonellc.com>, "Babaria, Neil" <NBabaria@riverstonellc.com>
**Subject:** RE: SRII Press Release

Attached is the latest draft of the press release incorporating a few very minor adjustments that came across last night and this morning.  Please send across final comments or confirm sign off when you can.

Thank you,
Chelsea

**From:** Dodds Williamson, Chelsea
**Sent:** Monday, August 14, 2017 11:06 PM
**To:** Hackett, Jim <JHackett@riverstonellc.com>; 'Shah, Neil ' <neil.shah@citi.com>; 'Hal H. Chappelle (hchappelle@AltaMesa.net)' <hchappelle@AltaMesa.net>; 'Michael A. McCabe (mmccabe@AltaMesa.net)' <mmccabe@AltaMesa.net>; 'michael.christopher@armenergy.com' <michael.christopher@armenergy.com>; 'Dave Cooke' <dave.cooke@armenergy.com>; Coats, Stephen <scoats@riverstonellc.com>; 'Jayne.Wabeke@lw.com' <Jayne.Wabeke@lw.com>; 'Nick.Luongo@lw.com' <Nick.Luongo@lw.com>; 'Debbie.Yee@lw.com' <Debbie.Yee@lw.com>; 'Bill.Finnegan@lw.com' <Bill.Finnegan@lw.com>; 'Chad.MacDonald@lw.com' <Chad.MacDonald@lw.com>; 'Jeff Hostettler' <jeff.hostettler@hpspartners.com>; 'Don Dimitrievich' <don.dimitrievich@hpspartners.com>; 'BCE 2' <will@bayoucityenergy.com>; Mark Stoner (mark@bayoucityenergy.com) <mark@bayoucityenergy.com>; James Jackson (james.r.jackson@citi.com) <james.r.jackson@citi.com>
**Cc:** Wassenaar, Olivia <owassenaar@riverstonellc.com>; Wang, Kevin <KWang@riverstonellc.com>; 'Babaria, Neil (NBabaria@riverstonellc.com)' <NBabaria@riverstonellc.com>
**Subject:** RE: SRII Press Release

All –

I have attached the latest version of the press release, which should incorporate comments received throughout the day.  Please take a look when you have a moment and let us know if you have any further comments prior to announcement.

Thank you all for your help with this!

Chelsea

**From:** Dodds Williamson, Chelsea
**Sent:** Monday, August 14, 2017 12:07 PM
**To:** Hackett, Jim <JHackett@riverstonellc.com>; Shah, Neil <neil.shah@citi.com>; Hal H. Chappelle (hchappelle@AltaMesa.net) <hchappelle@AltaMesa.net>; Michael A. McCabe (mmccabe@AltaMesa.net) <mmccabe@AltaMesa.net>; michael.christopher@armenergy.com; Dave Cooke <dave.cooke@armenergy.com>; Coats, Stephen <scoats@riverstonellc.com>; Jayne.Wabeke@lw.com; Nick.Luongo@lw.com; Debbie.Yee@lw.com; Bill.Finnegan@lw.com; Chad.MacDonald@lw.com; Jeff Hostettler <jeff.hostettler@hpspartners.com>; Don Dimitrievich <don.dimitrievich@hpspartners.com>; BCE 2 <will@bayoucityenergy.com>; Mark Stoner (mark@bayoucityenergy.com) <mark@bayoucityenergy.com>; James Jackson (james.r.jackson@citi.com) <james.r.jackson@citi.com>
**Cc:** Wassenaar, Olivia <owassenaar@riverstonellc.com>; Wang, Kevin <KWang@riverstonellc.com>; 'Babaria, Neil (NBabaria@riverstonellc.com)' <NBabaria@riverstonellc.com>
**Subject:** RE: SRII Press Release

All –

Attached is a clean version of the latest draft that hopefully captures this morning's comments thus far.

Hal / Mike – Citi suggested changing the EUR wording to specifically reference the well history supporting the type curves (see below) vs the original wording of "sufficient production history to support…". Please let us know if you'd like to make this change, and if so, please advise on the days of production to insert into the sentence below.

*As of the end of the second quarter of 2017, Alta Mesa had completed 160 STACK wells with 156 on production.  Of these, 114 have production history greater than [X] days, and reflect an average well result of over 250 MBO and 1.8 BCF per well.*

Thank you all for your feedback and patience on this. Please continue to send comments my direction.


Chelsea

---

**From:** Hackett, Jim
**Sent:** Monday, August 14, 2017 11:35 AM
**To:** Shah, Neil <neil.shah@citi.com>; Dodds Williamson, Chelsea <cwilliamson@riverstonellc.com>; Hal H. Chappelle (hchappelle@AltaMesa.net) <hchappelle@AltaMesa.net>; Michael A. McCabe (mmccabe@AltaMesa.net) <mmccabe@AltaMesa.net>; michael.christopher@armenergy.com; Dave Cooke <dave.cooke@armenergy.com>; Coats, Stephen <scoats@riverstonellc.com>; Jayne.Wabeke@lw.com; Nick.Luongo@lw.com; Debbie.Yee@lw.com; Bill.Finnegan@lw.com; Chad.MacDonald@lw.com
**Cc:** Wassenaar, Olivia <owassenaar@riverstonellc.com>; Wang, Kevin <KWang@riverstonellc.com>
**Subject:** Re: SRII Press Release

Agree with Neil's changes, if lawyers concur.

---

**From:** Neil Shah <neil.shah@citi.com>
**Date:** Monday, August 14, 2017 at 9:33 AM
**To:** "Dodds Williamson, Chelsea" <cwilliamson@riverstonellc.com>, Harlan Chappelle <hchappelle@altamesa.net>, Mike McCabe <mmccabe@AltaMesa.net>, Michael Christopher <michael.christopher@armenergy.com>, Dave Cooke <dave.cooke@armenergy.com>, Jim Hackett <jhackett@riverstonellc.com>, steve coats <scoats@riverstonellc.com>, "Jayne.Wabeke@lw.com" <Jayne.Wabeke@lw.com>, "Nick.Luongo@lw.com" <Nick.Luongo@lw.com>, "Debbie.Yee@lw.com" <Debbie.Yee@lw.com>, "Bill.Finnegan@lw.com" <Bill.Finnegan@lw.com>, "Chad.MacDonald@lw.com" <Chad.MacDonald@lw.com>
**Cc:** "Wassenaar, Olivia" <owassenaar@riverstonellc.com>, "Wang, Kevin" <KWang@riverstonellc.com>
**Subject:** RE: SRII Press Release

My comments attached

---

**From:** Dodds Williamson, Chelsea [mailto:cwilliamson@riverstonellc.com]
**Sent:** Monday, August 14, 2017 9:33 AM
**To:** Hal H. Chappelle (hchappelle@AltaMesa.net); Michael A. McCabe (mmccabe@AltaMesa.net); michael.christopher@armenergy.com; Dave Cooke; Shah, Neil [ICG-CMO]; Hackett, Jim; Coats, Stephen; Jayne.Wabeke@lw.com; Nick.Luongo@lw.com; Debbie.Yee@lw.com; Bill.Finnegan@lw.com; Chad.MacDonald@lw.com
**Cc:** Wassenaar, Olivia; Wang, Kevin
**Subject:** SRII Press Release

Team –

Attached is a clean version of the latest press release. I believe this incorporates everyone's comments from yesterday. Note that there is still a bracketed reference to the earnout, which may be removed pending a final discussion. Please take a look through and let us know if anything was missed or if anyone has further adjustments.


Thank you,
Chelsea
CONFIDENTIALITY NOTICE:

The information contained in this transmission is intended only for the person or entity to which it is addressed and may contain confidential, trade secret and/or privileged material. If you are not the intended recipient of this information, do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon, this information. If you received this transmission in error, please contact the sender and destroy all printed copies and delete the material from all computers. The information included in this email does not constitute and will not give rise to any legally binding obligation nor may it be relied upon as the basis for a contract by estoppel or otherwise.

CONFIDENTIALITY NOTICE:

The information contained in this transmission is intended only for the person or entity to which it is addressed and may contain confidential, trade secret and/or privileged material. If you are not the intended recipient of this information, do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon, this information. If you received this transmission in error, please contact the sender and destroy all printed copies and delete the material from all computers. The information included in this email does not constitute and will not give rise to any legally binding obligation nor may it be relied upon as the basis for a contract by estoppel or otherwise.

## CONFIDENTIALITY NOTICE:

The information contained in this transmission is intended only for the person or entity to which it is addressed and may contain confidential, trade secret and/or privileged material. If you are not the intended recipient of this information, do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon, this information. If you received this transmission in error, please contact the sender and destroy all printed copies and delete the material from all computers. The information included in this email does not constitute and will not give rise to any legally binding obligation nor may it be relied upon as the basis for a contract by estoppel or otherwise.

# PX 285

8-K 1 a17-20303_28k.htm 8-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM 8-K

## CURRENT REPORT

### PURSUANT TO SECTION 13 OR 15(D) OF THE
### SECURITIES EXCHANGE ACT OF 1934

Date of Report (Date of earliest event reported): **August 17, 2017 (August 16, 2017)**

# SILVER RUN ACQUISITION CORPORATION II
(Exact name of registrant as specified in its charter)

| **Delaware** | **001-38040** | **81-4433840** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**1000 Louisiana Street, Suite 1450**
**Houston, TX, 77002**
(address of principal executive offices)
(zip code)

**(713) 357-1400**
(Registrant's telephone number, including area code)

Check the appropriate box below if the Form 8-K is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communication pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☒ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencements communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).   Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

PLAINTIFFS_AMR_00000347

**Item 1.01 Entry into a Material Definitive Agreement**

**Contribution Agreements**

On August 16, 2017, Silver Run Acquisition Corporation II, a Delaware corporation (the "*Company*"), entered into the following agreements:

- a Contribution Agreement (the "*AM Contribution Agreement*") with High Mesa Holdings, LP, a Delaware limited partnership (the "*AM Contributor*"), High Mesa Holdings GP, LLC, a Texas limited liability company and the sole general partner of the AM Contributor, Alta Mesa Holdings, LP, a Texas limited partnership ("*Alta Mesa*"), Alta Mesa Holdings GP, LLC, a Texas limited liability company and the sole general partner of Alta Mesa ("*Alta Mesa GP*"), and, solely for certain provisions therein, the equity owners of the AM Contributor, pursuant to which the Company will acquire from the AM Contributor (i) all of its limited partner interests in Alta Mesa and (ii) 100% of the economic interests and 90% of the voting interests in Alta Mesa GP, on the terms and subject to the conditions set forth therein (the "*AM Contribution*"");

- a Contribution Agreement (the "*KFM Contribution Agreement*") with KFM Holdco, LLC, a Delaware limited liability company (the "*KFM Contributor*"), Kingfisher Midstream, LLC, a Delaware limited liability company ("*Kingfisher*"), and, solely for certain provisions therein, the equity owners of the KFM Contributor, pursuant to which the Company will acquire 100% of the outstanding membership interests in Kingfisher (the "*KFM Contribution*"); and

- a Contribution Agreement (the "*RS Contribution Agreement*" and, together with the AM Contribution Agreement and the KFM Contribution Agreement, the "*Contribution Agreements*") with Riverstone VI Alta Mesa Holdings, L.P., a Delaware limited partnership (the "*RS Contributor*"), pursuant to which the Company will acquire from the RS Contributor all of its limited partner interests in Alta Mesa.

Pursuant to the Contribution Agreements, the Company will contribute cash to SRII Opco, LP, a Delaware limited partnership and wholly owned subsidiary of the Company ("*SRII Opco*"), in exchange for (a) a number of common units representing limited partner interests in SRII Opco (the "*Common Units*") equal to the number of shares of the Company's Class A common stock, par value $0.0001 per share (the "*Class A Common Stock*"), outstanding as of the Closing (as defined herein), and (b) a number of SRII Opco warrants exercisable for Common Units equal to the number of the Company's warrants outstanding as of the Closing. Following the Closing, the Company will control SRII Opco through its ownership of SRII Opco GP, LLC, the sole general partner of SRII Opco.

The acquisition of Alta Mesa and Kingfisher pursuant to the Contribution Agreements is referred to herein as the "*business combination*" and the transactions contemplated by the Contribution Agreements are referred to herein as the "*Transactions*."

*Alta Mesa Consideration*

Pursuant to the AM Contribution Agreement, at the closing of the Transactions (the "*Closing*"), the AM Contributor will receive consideration consisting of 220,000,000 Common Units, as adjusted (i) upward for any inorganic acquisition capital expenditures invested by Alta Mesa during the interim period (based on a value of $10.00 per Common Unit), (ii) downward for the $200 million to be contributed by the RS Contributor to Alta Mesa during the interim period (based on a value of $10.00 per Common Unit) as described in further detail below and (iii) downward for debt and transaction expenses.

The AM Contributor will also purchase from the Company a number of newly issued shares of non-economic capital stock of the Company, designated as Class C common stock, par value $0.0001 per share (the "*Class C Common Stock*") corresponding to the number of Common Units received by the AM Contributor at the Closing.

2

In addition to the above, for a period of seven years following the Closing, the AM Contributor will be entitled to receive an aggregate of up to $800 million in earn-out consideration to be paid in the form of Common Units (and acquire a corresponding number of shares of Class C Common Stock) as specified below if the 20-day volume-weighted average price ("*20-Day VWAP*") of the Class A Common Stock equals or exceeds the following prices (each such payment, an "*Earn-Out Payment*"):

| 20-Day VWAP | Earn-Out Consideration |
| --- | --- |
| $14.00 | 10,714,285 Common Units |
| $16.00 | 9,375,000 Common Units |

PLAINTIFFS_AMR_00000348

| | |
|---|---|
| $18.00 | 13,888,889 Common Units |
| $20.00 | 12,500,000 Common Units |

The AM Contributor will not be entitled to receive a particular Earn-Out Payment on more than one occasion and, if, on a particular date, the 20-Day VWAP entitles the AM Contributor to more than one Earn-Out Payment (each of which has not been previously paid), the AM Contributor will be entitled to receive each such Earn-Out Payment. The AM Contributor will be entitled to the earn-out consideration described above in connection with certain liquidity events of the Company, including a merger or sale of all or substantially all of the Company's assets, if the consideration paid to holders of Class A Common Stock in connection with such liquidity event is greater than any of the above-specified 20-Day VWAP hurdles.

     The Company will also contribute $400 million in cash to Alta Mesa at the Closing.

### *Kingfisher Consideration*

     Pursuant to the KFM Contribution Agreement, at the Closing, the KFM Contributor will receive consideration consisting of:

- 55,000,000 Common Units; and

- subject to the KFM Contributor's election to receive additional Common Units as described below, $800 million in cash, as adjusted for net working capital, debt, transaction expenses, capital expenditures and banking fees.

The KFM Contributor will also purchase from the Company a number of shares of Class C Common Stock corresponding to the number of Common Units received by the KFM Contributor at the Closing.

     If the Company does not have cash on hand at the Closing necessary to pay the cash consideration to the KFM Contributor, the KFM Contributor has the option to receive any deficit in the form of Common Units (and acquire a corresponding number of shares of Class C Common Stock) valued at $10.00 per Common Unit. At the Closing, $5 million of the cash consideration to be received by the KFM Contributor will be funded into escrow to satisfy any post-Closing purchase price adjustments. If such escrowed amount is insufficient to satisfy any post-Closing adjustment, then the KFM Contributor will transfer to the Company a number of Common Units (not to exceed 16,000,000 Common Units), and a corresponding number of shares of Class C Common Stock, with a value equal to the deficiency.

     In addition to the above, for a period of seven years following the Closing, the KFM Contributor will be entitled to receive an aggregate of up to $200 million in earn-out consideration to be paid in the form of Common Units (and acquire a corresponding number of shares of Class C Common Stock) as specified below if the 20-Day VWAP equals or exceeds the following prices:

| 20-Day VWAP | Earn-Out Consideration |
|---|---|
| $14.00 | 7,142,857 Common Units |
| $16.00 | 6,250,000 Common Units |

3

The terms of the payment of the earn-out consideration, including in connection with a liquidity event of the Company, are substantially similar to the terms of the payment of the earn-out consideration to the AM Contributor described above under "—Alta Mesa Consideration."

### *RS Contributor Investment in Alta Mesa and RS Contributor Consideration*

     In connection with the execution of the RS Contribution Agreement, the RS Contributor will make a $200 million capital contribution to Alta Mesa, in exchange for limited partner interests in Alta Mesa. Alta Mesa may use such capital to fund its capital expenditures during the interim period. Pursuant to the RS Contribution Agreement, at the Closing, the RS Contributor will receive 20,000,000 Common Units in exchange for the RS Contributor's limited partner interests in Alta Mesa and will acquire a corresponding number of shares of Class C Common Stock from the Company.

### *Exchange or Redemption of Common Units*

     Beginning 90 days after Closing, the KFM Contributor will have the right to redeem 39,000,000 Common Units for shares of Class A Common Stock or cash (at the Company's election) (such right, the "***Redemption Right***"). Beginning 180 days after Closing, the KFM Contributor will have the Redemption Right with respect to its remaining Common Units and the AM Contributor and the RS

PLAINTIFFS_AMR_00000349

Contributor will have the Redemption Right with respect to all of their Common Units. Upon any redemption of Common Units by the AM Contributor, the KFM Contributor and the RS Contributor, a corresponding number of shares of Class C Common Stock owned by such party will be cancelled.

### Issuance of Preferred Stock

Upon the Closing, the Company will issue to each of Bayou City Energy Management, LLC, a Delaware limited liability company ("**Bayou City**"), HPS Investment Partners, LLC, a Delaware limited liability company ("**Highbridge**"), and AM Equity Holdings, LP, a Texas limited partnership ("**Management**"), one newly issued share of its Series A preferred stock, par value $0.0001 per share (the "**Series A Preferred Stock**"). In addition, the Company will issue to the RS Contributor one share of its Series B preferred stock, par value $0.0001 per share (the "**Series B Preferred Stock**" and, together with the Series A Preferred Stock, "**Preferred Stock**"). The shares of Preferred Stock will entitle Bayou City, Highbridge, Management and the RS Contributor to nominate and elect directors to the Company's Board of Directors (the "**Board**") for a period of five years following the Closing based on their and their affiliates' beneficial ownership of Class A Common Stock as follows:

| Holder / Beneficial Ownership and Other Requirements | Designation Right |
|---|---|
| **Bayou City and its affiliates** | |
| • at least 10% | one director who must be independent for purposes of the listing rules of The NASDAQ Capital Markets ("**NASDAQ**") |
| **Highbridge and its affiliates** | |
| • at least 10% | one director who must be independent for purposes of the listing rules of NASDAQ |
| **Management and its affiliates** | |
| • at least 10% | two directors who need not be independent for purposes of the listing rules of NASDAQ |
| • less than 10% but at least 5% and either Hal Chappelle or Michael Ellis is a member of the Company's management | one director who need not be independent for purposes of the listing rules of NASDAQ |

4

| | |
|---|---|
| **RS Contributor and its affiliates** | |
| • at least 15% | three directors (one of whom will be the Chairman) |
| • less than 15% but at least 10% | two directors (one of whom will be the Chairman) |
| • less than 10% but at least 5% | one director (who may be the Chairman if such person is Jim Hackett) |

### Representations, Warranties and Covenants

Each of the Contribution Agreements contains customary representations and warranties by the parties thereto. The representations and warranties of the AM Contributor and the RS Contributor included in the AM Contribution Agreement and RS Contribution Agreement, respectively, do not survive the Closing, whereas the representations and warranties of the KFM Contributor and Kingfisher survive for 18 months post-Closing.

Each of the Contribution Agreements also contains customary pre-closing covenants of the parties, including the obligation of Alta Mesa and Kingfisher to conduct their respective businesses in the ordinary course consistent with past practice and to refrain from taking certain specified actions, subject to certain exceptions, without the prior written consent of the Company. Additionally, each of Alta Mesa and Kingfisher has agreed not to directly or indirectly solicit, negotiate or enter into any agreement with any other person relating to an acquisition of any interests in such party or all or substantially all of such party's assets. Similarly, the Company has agreed not to solicit, negotiate or enter into any agreement with any person (other than Alta Mesa or Kingfisher, as applicable) relating to the Company's acquisition of such other person.

Under the Alta Mesa Contribution Agreement, Alta Mesa has also agreed to transfer to its existing owners all of the assets and liabilities related to its oil and gas properties located outside of Oklahoma (the "non-STACK assets") prior to Closing, and such existing owners will indemnify Alta Mesa for any losses relating to employment, environmental and tax liabilities of such non-STACK assets.

PLAINTIFFS_AMR_00000350

*Conditions to the Parties' Obligations to Consummate the Transactions*

Under each of the Contribution Agreements, the obligations of the applicable parties to consummate the transactions contemplated thereby are subject to a number of customary conditions, including, among others, the following: (i) the absence of specified adverse laws or orders, (ii) if applicable, the expiration of the waiting period (or extension thereof) under the Hart-Scott-Rodino Antitrust Improvements Act of 1976, as amended, (iii) the representations and warranties of the other party being true and correct, subject to the materiality standards contained in the applicable Contribution Agreement, (iv) material compliance by the other parties with their respective covenants, (v) no material adverse effect having occurred with respect to Alta Mesa or Kingfisher, as applicable, since the signing of the applicable Contribution Agreement, (vi) the approval for listing on the NASDAQ of the shares of Class A Common Stock issuable to the AM Contributor, the KFM Contributor and the RS Contributor and (vii) the approval of the business combination and the Transactions by the Company's stockholders. The closing of the transactions contemplated under each of the Contribution Agreements is also conditioned upon the closing of the transactions contemplated by the other Contributions Agreements.

In addition to the above conditions, under the AM Contribution Agreement, it is a condition to each party's obligation to consummate the AM Contribution that SRII Opco's leverage ratio is less than 1.5x on a pro forma, last twelve months (LTM) basis (the "*Leverage Ratio Condition*"). Under the KFM Contribution Agreement, the satisfaction of the Leverage Ratio Condition is a condition to only the Company's obligations to consummate the KFM Contribution. The KFM Contribution Agreement also provides that, subject to the KFM Contributor electing to receive additional Common Units as described above under "—Kingfisher Consideration," the KFM Contributor's obligation to consummate the KFM Contribution is conditioned upon the Company having available funds to pay the cash consideration.

*Termination Rights*

Each of the Contribution Agreements contains certain customary termination rights, including, among others, the following: (i) if the closing of the applicable transaction is not consummated by February 28, 2018 (the "*Outside Date*"); (ii) upon the applicable parties' mutual written consent; (iii) if the consummation of the applicable transaction is prohibited by law; (iv) breach of a representation, warranty, covenant or other agreement by a party

which has not been cured by the earlier of (x) 30 days following written notice from the other party of such breach and (y) the Outside Date; (v) in the case of the Alta Mesa Contribution Agreement, by either party if the KFM Contribution Agreement has been terminated in accordance with its terms or by the AM Contributor if the Board has changed its recommendation for the Company's stockholders to approve the business combination or (vi) in the case of the KFM Contribution Agreement, by either party if the AM Contribution Agreement has been terminated in accordance with its terms.

None of the parties to the Contribution Agreements is required to pay a termination fee or reimburse any other party for its expenses as a result of a termination of the applicable Contribution Agreement.

*Indemnification under the KFM Contribution Agreement*

Under the KFM Contribution Agreement, the KFM Contributor will indemnify the Company for any losses relating to (i) a breach of any representation, warranty or covenant of the KFM Contributor or Kingfisher; (ii) pre-Closing taxes; (iii) obligations under Kingfisher's engagement letters with its financial advisors and (iv) indemnification claims made by Asset Risk Management, LLC ("*ARM*") against Kingfisher after Closing under an existing operator agreement. Additionally, the Company will indemnify the KFM Contributor for any losses relating to a breach of any of its representations, warranties or covenants.

The indemnification obligations of the KFM Contributor and the Company set forth above are subject to a de minimis threshold of $250,000, a deductible of $40 million and a cap equal to the value of the Reserved Units (as defined herein). The KFM Contributor has agreed that it will not transfer 16,000,000 Common Units (and a corresponding number of shares of Class C Common Stock) received as consideration (the "*Reserved Units*") and, subject to the removal of such transfer restriction as described herein, such Reserved Units will be available to satisfy any indemnification obligations of the KFM Contributor. The transfer restriction relating to 8,000,000 Reserved Units will be removed on the first anniversary of the Closing and the transfer restriction relating to any remaining Reserved Units will be removed 18 months after Closing. The value of the Reserved Units will be based on the volume-weighted average price of the Class A Common Stock for the 20 trading days immediately prior to the applicable valuation date.

*Other Ancillary Agreements*

PLAINTIFFS_AMR_00000351

The Contribution Agreements contemplate the execution by the parties of various agreements at the Closing, including, among others, (i) a registration rights agreement relating to the resale of the shares of Class A Common Stock issuable to the AM Contributor, the KFM Contributor and the RS Contributor, (ii) a transition services agreement with respect to Kingfisher's midstream assets, (iii) a management services agreement pursuant to which Alta Mesa's management will perform certain services for High Mesa, Inc., a current affiliate of Alta Mesa, (iv) a partnership agreement of SR II Opco defining the rights of the parties thereto, including the Company, (v) a tax receivable agreement, pursuant to which the Company will agree to pay the AM Contributor and the RS Contributor 85% of the cash tax savings realized as a result of tax benefits created upon the exchange of their common units and (vi) a restrictive covenant agreement pursuant to which ARM will agree not to conduct certain midstream services in Kingfisher, Garfield, Major, Blaine and Logan Counties, Oklahoma and certain townships in Canadian County, Oklahoma.

The AM Contribution Agreement, the KFM Contribution Agreement and the RS Contribution Agreement are filed as Exhibits 10.1, 10.2 and 10.3, respectively, to this Current Report on Form 8-K (this "**Current Report**"), and the foregoing descriptions thereof are qualified in their entirety by reference to such exhibits. The Contribution Agreements are filed herewith to provide investors with information regarding their respective terms, and are not intended to provide any other factual information about the parties. In particular, the assertions embodied in the representations and warranties contained in the Contribution Agreements were made as of the date of the Contribution Agreements only and are qualified by information in confidential disclosure schedules provided by the parties to each other in connection with the signing of the Contribution Agreements. These disclosure schedules contain information that modifies, qualifies and creates exceptions to the representations and warranties set forth in the Contribution Agreements. Moreover, certain representations and warranties in the Contribution Agreements may have been used for the purpose of allocating risk between the parties rather than establishing matters of fact.

<div align="center">6</div>

Accordingly, you should not rely on the representations and warranties in the Contribution Agreements as characterizations of the actual statements of fact about the parties.

**Forward Purchase Agreement**

In connection with the execution of the Contribution Agreements, on August 16, 2017, the Company entered into a forward purchase agreement (the "**Forward Purchase Agreement**") with Riverstone VI SR II Holdings, L.P., a Delaware limited partnership ("**Riverstone**"), pursuant to which the Company has agreed to sell at the Closing, and Riverstone has agreed to purchase, up to $200 million of shares of Class A Common Stock at a purchase price of $10.00 per share. The number of shares of Class A Common Stock to be sold by the Company, and purchased by Riverstone, will equal that number which, after payment of the aggregate purchase price paid by Riverstone under the Forward Purchase Agreement, will result in gross proceeds to the Company in an aggregate amount necessary to satisfy any exercise of rights of the public stockholders in connection with the business combination or determined by the Company and Riverstone to be necessary for general corporate purposes of the Company in connection with or following consummation of the business combination, but in no event will the number of shares of Class A Common Stock purchased exceed 20,000,000 shares.

**Item 3.02 Unregistered Sales of Equity Securities**

In connection with the Closing, and as described in more detail above in Item 1.01 of this Current Report, the Company expects to issue (i) shares of Class C Common Stock to the AM Contributor, the KFM Contributor and the RS Contributor, (ii) shares of Series A Preferred Stock to certain affiliates of the AM Contributor and (iii) one share of Series B Preferred Stock to the RS Contributor. The shares of Class C Common Stock, Series A Preferred Stock and Series B Preferred Stock to be issued will not be registered under the Securities Act of 1933, as amended (the "**Securities Act**"), in reliance on the exemption from registration provided by Section 4(a)(2) of the Securities Act. The disclosure set forth above in Item 1.01 of this Current Report is incorporated by reference herein.

**Item 8.01 Other Events**

On August 17, 2017, the Company provided information regarding the proposed business combination in an investor presentation, a copy of which is furnished as Exhibit 99.1 hereto.

On August 17, 2017, the Company provided information regarding the proposed business combination in a pre-recorded webcast. A copy of the transcript of the pre-recorded webcast is furnished as Exhibit 99.2 hereto.

PLAINTIFFS_AMR_00000352

Item 9.01 Financial Statements and Exhibits

**(d) Exhibits.** The following exhibits are filed with this Form 8-K:

| Exhibit No. | Description of Exhibits |
|---|---|
| 2.1* | Contribution Agreement, dated as of August 16, 2017, among High Mesa Holdings, LP, High Mesa Holdings GP, LLC, Alta Mesa Holdings, LP, Alta Mesa Holdings GP, LLC, Silver Run Acquisition Corporation II and, solely for certain provisions therein, the Contributor Owners party thereto. |
| 2.2* | Contribution Agreement, dated as of August 16, 2017, among KFM Holdco, LLC, Kingfisher Midstream, LLC, Silver Run Acquisition Corporation II and, solely for certain provisions therein, the Contributor Members party thereto. |
| 2.3* | Contribution Agreement, dated as of August 16, 2017, between Riverstone VI Alta Mesa Holdings, L.P. and Silver Run Acquisition Corporation II. |
| 10.1 | Forward Purchase Agreement, dated as of August 16, 2017, between Silver Run Acquisition Corporation II and Riverstone VI SR II Holdings, L.P. |
| 99.1 | Investor Presentation dated August 17, 2017. |

7

| 99.2 | Transcript of Investor Webcast dated August 17, 2017. |
|---|---|

*Certain schedules and exhibits have been omitted pursuant to Item 601(b)(2) of Regulation S-K. A copy of any omitted schedule or exhibit will be furnished supplementally to the SEC upon request.

**Legend Information**

**Forward-Looking Statements**

    This communication includes certain statements that may constitute "forward-looking statements" for purposes of the federal securities laws. Forward-looking statements include, but are not limited to, statements that refer to projections, forecasts or other characterizations of future events or circumstances, including any underlying assumptions. The words "anticipate," "believe," "continue," "could," "estimate," "expect," "intends," "may," "might," "plan," "possible," "potential," "predict," "project," "should," "would" and similar expressions may identify forward-looking statements, but the absence of these words does not mean that a statement is not forward-looking. Forward-looking statements may include, for example, statements about the Company's ability to effect the business combination; the benefits of the business combination; the future financial performance of the Company following the business combination; changes in Alta Mesa's and Kingfisher's strategy, future operations, financial position, estimated revenues, and losses, projected costs, prospects, plans and objectives of management. These forward-looking statements are based on information available as of the date of this Current Report on Form 8-K, and current expectations, forecasts and assumptions, and involve a number of judgments, risks and uncertainties. Accordingly, forward-looking statements should not be relied upon as representing the Company's views as of any subsequent date, and the Company does not undertake any obligation to update forward-looking statements to reflect events or circumstances after the date they were made, whether as a result of new information, future events or otherwise, except as may be required under applicable securities laws. You should not place undue reliance on these forward-looking statements. As a result of a number of known and unknown risks and uncertainties, the Company's actual results or performance may be materially different from those expressed or implied by these forward-looking statements. Some factors that could cause actual results to differ include: (i) the occurrence of any event, change or other circumstances that could delay the business combination or give rise to the termination of the Contribution Agreements; (ii) the outcome of any legal proceedings that may be instituted against the Company following announcement of the Transactions; (iii) the inability to complete the business combination due to the failure to obtain approval of the stockholders of the Company, or other conditions to closing in the Contribution Agreements; (iv) the risk that the proposed business combination disrupts current plans and operations of the Company, Alta Mesa or Kingfisher as a result of the announcement and consummation of the Transactions; (v) the Company's ability to realize the anticipated benefits of the business combination, which may be affected by, among other things, competition and the ability of the Company to grow and manage growth profitably following the business combination; (vi) costs related to the business combination; (vii) changes in applicable laws

PLAINTIFFS_AMR_00000353

or regulations; and (viii) the possibility that the Company, Alta Mesa or Kingfisher may be adversely affected by other economic, business, and/or competitive factors.

**No Offer or Solicitation**

      This Current Report is for informational purposes only and shall not constitute an offer to sell or the solicitation of an offer to buy any securities pursuant to the proposed business combination or otherwise, nor shall there be any sale of securities in any jurisdiction in which the offer, solicitation or sale would be unlawful prior to the registration or qualification under the securities laws of any such jurisdiction. No offer of securities shall be made except by means of a prospectus meeting the requirements of Section 10 of the Securities Act.

**Important Information For Investors and Stockholders**

      In connection with the proposed business combination, the Company intends to file a proxy statement with the SEC. The definitive proxy statement and other relevant documents will be sent or given to the stockholders of the Company and will contain important information about the proposed business combination and related matters. The Company stockholders and other interested persons are advised to read, when available, the proxy statement in

<center>8</center>

---

connection with the Company's solicitation of proxies for the meeting of stockholders to be held to approve the business combination because the proxy statement will contain important information about the proposed business combination. When available, the definitive proxy statement will be mailed to the Company stockholders as of a record date to be established for voting on the business combination. Stockholders will also be able to obtain copies of the proxy statement, without charge, once available, at the SEC's website at www.sec.gov.

**Participants in the Solicitation**

      The Company and its directors and officers may be deemed participants in the solicitation of proxies of the Company's stockholders in connection with the proposed business combination. The Company stockholders and other interested persons may obtain, without charge, more detailed information regarding the directors and officers of the Company in the Company's Registration Statement on Form S-1 initially filed with the SEC on March 2, 2017. Additional information will be available in the definitive proxy statement when it becomes available.

<center>9</center>

---

<center>SIGNATURE</center>

      Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

<center>Silver Run Acquisition Corporation II</center>

Date: August 17, 2017

| | | |
|---|---|---|
| By: | /s/ Thomas J. Walker | |
| Name: | Thomas J. Walker | |
| Title: | Chief Financial Officer | |

<center>10</center>

---

<center>EXHIBIT INDEX</center>

**Exhibit No.**                                                                **Description of Exhibits**

PLAINTIFFS_AMR_00000354

| 2.1* | Contribution Agreement, dated as of August 16, 2017, among High Mesa Holdings, LP, High Mesa Holdings GP, LLC, Alta Mesa Holdings, LP, Alta Mesa Holdings GP, LLC, Silver Run Acquisition Corporation II and, solely for certain provisions therein, the Contributor Owners party thereto. |
| 2.2* | Contribution Agreement, dated as of August 16, 2017, among KFM Holdco, LLC, Kingfisher Midstream, LLC, Silver Run Acquisition Corporation II and, solely for certain provisions therein, the Contributor Members party thereto. |
| 2.3* | Contribution Agreement, dated as of August 16, 2017, between Riverstone VI Alta Mesa Holdings, L.P. and Silver Run Acquisition Corporation II. |
| 10.1 | Forward Purchase Agreement, dated as of August 16, 2017, between Silver Run Acquisition Corporation II and Riverstone VI SR II Holdings, L.P. |
| 99.1 | Investor Presentation dated August 17, 2017. |
| 99.2 | Transcript of Investor Webcast dated August 17, 2017. |

---

*Certain schedules and exhibits have been omitted pursuant to Item 601(b)(2) of Regulation S-K. A copy of any omitted schedule or exhibit will be furnished supplementally to the SEC upon request.

11

PLAINTIFFS_AMR_00000355

EX-99.1 6 a17-20303_2ex99d1.htm EX-99.1

Exhibit 99.1



PLAINTIFFS_AMR_00000356



# Disclaimer

**FORWARD-LOOKING STATEMENTS**

The information in this presentation and the oral statements made in connection therewith include "forward-looking statements" within the meaning of Section 27A of the Securities Act and Section 21E of the Securities Exchange Act of 1934, as amended. All statements, other than statements of present or historical fact included in this presentation, regarding Silver Run II's proposed business combination with Alta Mesa Holdings, LP ("Alta Mesa") and Kingfisher Midstream, LLC ("KFM"), Silver Run II's ability to consummate the business combination, the benefits of the business combination and Silver Run II's future financial performance following the business combination, as well as Alta Mesa's and KFM's strategy, future operations, financial position, estimated revenues and losses, projected costs, prospects, plans and objectives of management are forward-looking statements. When used in this presentation, including any oral statements made in connection therewith, the words "could," "should," "will," "may," "believe," "anticipate," "intend," "estimate," "expect," "project," the negative of such terms and other similar expressions are intended to identify forward-looking statements, although not all forward-looking statements contain such identifying words. These forward-looking statements are based on management's current expectations and assumptions about future events and are based on currently available information as to the outcome and timing of future events. Except as otherwise required by applicable law, Silver Run II, Alta Mesa and KFM disclaim any duty to update any forward-looking statements, all of which are expressly qualified by the statements in this section, to reflect events or circumstances after the date of this presentation. Silver Run II cautions you that these forward-looking statements are subject to all of the risks and uncertainties, most of which are difficult to predict and many of which are beyond the control of Silver Run II, Alta Mesa and KFM, incident to the development, production, gathering and sale of oil, natural gas and natural gas liquids. These risks include, but are not limited to, commodity price volatility, low prices for oil and/or natural gas, global economic conditions, inflation, increased operating costs, lack of availability of drilling and production equipment, supplies, services and qualified personnel, processing volumes and pipeline throughput, uncertainties related to new technologies, geographical concentration of Alta Mesa's and KFM's operations, environmental risks, weather risks, security risks, drilling and other operating risks, regulatory changes, the uncertainty inherent in estimating oil and natural gas reserves and in projecting future rates of production, reductions in cash flow, lack of access to capital, Alta Mesa's and KFM's ability to satisfy future cash obligations, restrictions in existing or future debt agreements of Alta Mesa or KFM, the timing of development expenditures, managing Alta Mesa's and KFM's growth and integration of acquisitions, failure to realize expected value creation from property acquisitions, title defects and limited control over non-operated properties. Should one or more of the risks or uncertainties described in this presentation and the oral statements made in connection therewith occur, or should underlying assumptions prove incorrect, Silver Run II's, Alta Mesa's and KFM's actual results and plans could differ materially from those expressed in any forward-looking statements.

**RESERVE INFORMATION**

Reserve engineering is a process of estimating underground accumulations of hydrocarbons that cannot be measured in an exact way. The accuracy of any reserve estimate depends on the quality of available data, the interpretation of such data and price and cost assumptions made by reserve engineers. In addition, the results of drilling, testing and production activities may justify revisions of estimates that were made previously. If significant, such revisions could impact Alta Mesa's strategy and change the schedule of any further production and development drilling. Accordingly, reserve estimates may differ significantly from the quantities of oil and natural gas that are ultimately recovered. Estimated Ultimate Recoveries, or "EURs," refers to estimates of the sum of total gross remaining proved reserves per well as of a given date and cumulative production prior to such given date for developed wells. These quantities do not necessarily constitute or represent reserves as defined by the Securities and Exchange Commission (the "SEC") and are not intended to be representative of anticipated future well results of all wells drilled on Alta Mesa's STACK acreage.

**USE OF PROJECTIONS**

This presentation contains projections for Alta Mesa and KFM, including with respect to their EBITDA, net debt to EBITDA ratio and capital budget, as well as Alta Mesa's production and KFM's volumes, for the fiscal years 2017, 2018 and 2019. Neither Silver Run II's nor Alta Mesa's and KFM's independent auditors or Alta Mesa's independent petroleum engineering firm have audited, reviewed, compiled, or performed any procedures with respect to the projections for the purpose of their inclusion in this presentation, and accordingly, none of them expressed an opinion or provided any other form of assurance with respect thereto for the purpose of this presentation. The se projections are for illustrative purposes only and should not be relied upon as being necessarily indicative of future results.

In this presentation, certain of the above-mentioned projected information has been repeated (in each case, with an indication that the information is subject to the qualifications presented herein), for purposes of providing comparisons with historical data. The assumptions and estimates underlying the projected information are inherently uncertain and are subject to a wide variety of significant business, economic and competitive risks and uncertainties that could cause actual results to differ materially from those contained in the projected information. Even if our assumptions and estimates are correct, projections are inherently uncertain due to a number of factors outside our control. Accordingly, there can be no assurance that the projected results are indicative of the future performance of Silver Run II, Alta Mesa or KFM or the combined company after completion of any business combination or that actual results will not differ materially from those presented in the projected information. Inclusion of the projected information in this presentation should not be regarded as a representation by any person that the results contained in the projected information will be achieved.

**USE OF NON-GAAP FINANCIAL MEASURES**

This presentation includes non-GAAP financial measures, including EBITDA and Adjusted EBITDAX of Alta Mesa. Please refer to the Appendix for a reconciliation of Adjusted EBITDAX to net (loss) income, the most comparable GAAP measure. Silver Run II, Alta Mesa and KFM believe EBITDA and Adjusted EBITDAX are useful because they allow Silver Run II, Alta Mesa and KFM to more effectively evaluate their operating performance and compare the results of their operations from period to period and against their peers without regard to financing methods or capital structure. The computations of EBITDA and Adjusted EBITDAX may not be comparable to other similarly titled measures of other companies. Alta Mesa excludes the items noted in the Appendix from net (loss) income in arriving at Adjusted EBITDAX because these amounts can vary substantially from company to company within its industry depending upon accounting methods and book values of assets, capital structures and the method by which the assets were acquired. Adjusted EBITDAX should not be considered as an alternative to, or more meaningful than, net income as determined in accordance with GAAP or as an indicator of Alta Mesa's operating performance or liquidity. Certain items excluded from Adjusted EBITDAX are significant components in understanding and assessing a company's financial performance, such as a company's cost of capital and tax structure, as well as the historic costs of depreciable assets, none of which are components of Adjusted EBITDAX. Alta Mesa's presentation of Adjusted EBITDAX should be construed as an inference that its results will be unaffected by unusual or non-recurring items.

**INDUSTRY AND MARKET DATA**

This presentation has been prepared by Silver Run II and includes market data and other statistical information from sources believed by Silver Run II, Alta Mesa and KFM to be reliable, including independent industry publications, government publications, government publications or other published independent sources. Some data is also based on the good faith estimates of Alta Mesa and KFM, which are derived from their review of internal sources as well as the independent sources described above. Although Silver Run II, Alta Mesa and KFM believe these sources are reliable, they have not independently verified the information and cannot guarantee its accuracy and completeness.

**TRADEMARKS AND TRADE NAMES**

Alta Mesa and KFM own or have rights to various trade marks, service marks and trade names that they use in connection with the operation of their respective businesses. This presentation also contains trademarks, service marks and trade names of third parties, which are the property of their respective owners. The use or display of third parties' trademarks, service marks, trade names or products in this presentation is not intended to, and does not imply, a relationship with Silver Run II, Alta Mesa or KFM, or an endorsement or sponsorship by or of Silver Run II, Alta Mesa or KFM. Solely for convenience, the trademarks, service marks and trade names referred to in this presentation may appear without the ®, TM or SM symbols, but such references are not intended to indicate, in any way, that Alta Mesa or KFM will not assert, to the fullest extent under applicable law, their rights or the right of the applicable licensor to these trademarks, service marks and trade names.

2

PLAINTIFFS_AMR_00000357

# Table of Contents



I.    **Introduction**

II.    **Company Overview**

III.   **Our Upstream Assets**

IV.   **Our Midstream Assets**

V.    **Financial Summary**

VI.   **Valuation and Timeline**

**Appendix**

3

PLAINTIFFS_AMR_00000358



Introduction

PLAINTIFFS_AMR_00000359



# Silver Run II Delivering on Investment Criteria

### Upstream

 Assets economic well below current oil price

 High margin core basin with low field break-evens, deep inventory

 Multiple Stacked Pays

 High-quality assets with significant unbooked resource potential

 Opportunities to improve costs through technology

 Opportunity to expand through technology and acquisitions



### Midstream

 Competitively-positioned assets that benefit from strong supply/demand fundamentals

 Expansion opportunities in rapidly growing basin

 Locked-in base returns through stable fee-based contracts

 Assets with return asymmetry from incremental volumes, moderate margin exposure, and/or organic growth projects

 Synergy with existing upstream portfolio

*Combined upstream and midstream company allows for significant value uplift from financial optimization*

5

PLAINTIFFS_AMR_00000360

# Pure Play STACK Company
*Premier liquids upstream growth with value-enhancing midstream*



- World class asset with attractive geology
    - Highly contiguous ~120,000 acres with substantial infrastructure in core of STACK
    - Oil-weighted resource with $25/BBL breakeven; >85% single-well rate of return
    - 4,200+[1] gross primary locations; 12,000+[1] possible through down-spacing and additional zones
- Top-tier operator with substantial in-basin expertise and highly consistent well results
    - 200+ horizontal STACK wells drilled across entirety of Kingfisher acreage maximizes confidence in type well EUR
    - Consistency and geographic breadth of well results affirms repeatability
    - Oil-weighted production in early well life maximizes near-term oil-based revenue (first month 2-stream production at 82% oil with 57% of the type well EUR oil produced in the first five years); consistent GOR profile
    - Industry-leading growth potential; 2-year expected EBITDA CAGR of 128%
    - Demonstrated ability to manage a large development program – average of 6 rigs running in 2017
    - Robust acquisition pipeline coupled with track record as an aggregator
- Highly strategic and synergistic midstream subsidiary with Kingfisher Midstream
    - Flow assurance de-risks production growth
    - Purpose built system designed to accommodate third party volumes – currently 6 contracted customers with approximately 300,000 gross dedicated acres
    - Strategic advantage supporting acquisition of new upstream assets
    - Future opportunity to monetize Kingfisher Midstream through an IPO, and fund upstream capital needs through proceeds of an IPO, drop downs, and GP / IDR distributions
- Financial strength and flexibility to execute business plan through the cycle; cash flow positive in 2019
    - Team has demonstrated the discipline to survive and grow through cyclical downturns

[1] Does not include additional resource potential or undeveloped locations on ~20,000 net acres recently acquired in Major, Blaine and Kingfisher counties in July 2017, as described in further detail on page 27 (the "Major County Acquisition")

6

PLAINTIFFS_AMR_00000361

# Transaction Overview



- Jim Hackett and Riverstone raised ~$1 billion through Silver Run Acquisition Corporation II ("Silver Run II") IPO to invest in a market leading company which could generate significant potential return

- Silver Run II has agreed to merge with Alta Mesa ("Alta Mesa") and Kingfisher Midstream ("KFM"), collectively renamed as Alta Mesa Resources, Inc. ("AMR") at the closing of the contemplated transaction. The existing Silver Run II public stockholders and Riverstone will collectively hold a 49% interest in the combined Company1

- Pursuant to the contemplated transaction, the combined Company implied Firm Value ("FV") will be ~$3.8 billion at $10 per share, representing the following acquisition metrics:

|                  | AMR  | KFM  | Total |
|------------------|------|------|-------|
| FV / 2018E EBITDA | 6.1x | 7.3x | 7.1x  |
| FV / 2019E EBITDA | 3.1  | 4.2  | 3.8   |

- Existing owners of Alta Mesa will roll 100% of their equity into Silver Run II; owners of KFM will retain significant equity stakes

- Riverstone and related investment vehicles will invest at least $600 million of cash[2]

- Anticipated closing of the transaction in 4Q 2017

[1] Assumes no Silver Run II public stockholders elect to have their shares of Class A common stock redeemed in connection with the closing of the transaction.
[2] Includes $400 million of shares of Class A Common Stock and warrants to be purchased from Silver Run II under the forward purchase agreement dated as of March 17, 2017. Does not include additional $200 million commitment from Riverstone under a forward purchase agreement entered into in connection with the proposed transaction.

7

PLAINTIFFS_AMR_00000362

# Transaction Summary



| Sources & Uses ($ MM) | |
|---|---|
| **Sources** | |
| Legacy Owners' Rollover Equity | $1,993 |
| Silver Run II Cash Investment | 999 [1] |
| Riverstone Cash Investment [2] | 600 |
| Total Sources | $3,591 |
| Total Cash Sources | $1,599 |
| **Uses** | |
| Legacy Owners' Rollover Equity | $1,993 |
| Cash to KFM Owners | 813 |
| Cash to Alta Mesa Balance Sheet & Interim Capex Funding | 786 |
| Total Uses | $3,591 |
| Total Cash Uses | $1,599 |

| Implied Firm Value | |
|---|---|
| *($ millions)* | |
| Shares Outstanding | 388.6 |
| Share Price | $10.00 |
| **Equity Value** | **$3,886** |
| Less: Cash | (551) |
| Plus: Debt | 500 |
| **Firm Value** | **$3,836** |

| Transaction Multiples | |
|---|---|
| FV / 2018E EBITDA ($543) | 7.1x |
| FV / 2019E EBITDA ($1019) | 3.8x |

**Post-Transaction Ownership [3]**

KFM Owners 14%
Legacy Alta Mesa Owners 37%
Riverstone [2] 22%
Legacy SRII Owners 27%

## Pro Forma Organizational Structure



**Alta Mesa Resources, Inc.: AMR**
*Jim Hackett, Executive Chairman*
*Hal Chappelle, President & CEO*

| Finance & Accounting | Upstream Operations | Kingfisher Midstream | Corporate Development | Land |
|---|---|---|---|---|
| **Mike McCabe** *Vice President and CFO* | **Mike Ellis** *Founder and COO* | **Jim Hackett** *COO* | **Tim Turner** *Vice President* | **David Murrell** *Vice President* |

Note: Sources & Uses includes estimates of transaction fees, debt at close, and other transaction closing adjustments, and is subject to change.
[1] SPAC capital net of deferred underwriting expense.
[2] Reflects Riverstone and related investment vehicles, and includes $400 million of shares of Class A Common Stock and warrants to be purchased from Silver Run II under the forward purchase agreement dated as of March 17, 2017. Does not include additional $200 million commitment from Riverstone under a forward purchase agreement entered into in connection with the proposed transaction.
[3] Assumes none of legacy Silver Run II owners exercise their stockholder redemption rights and does not give effect to any shares of Class A Common Stock that may be acquired by the Alta Mesa or KFM sellers in connection with certain earn-out provisions in the applicable contribution agreements.

8

PLAINTIFFS_AMR_00000363



PLAINTIFFS_AMR_00000364

## Alta Mesa Overview
### *Focused on development and acquisition in the STACK*

| Upstream Metrics | |
| --- | --- |
| Net STACK Surface Acres | ~120,000 |
| Current Production (BOE/D) | ~20,000 |
| % Liquids | 69% |
| Proved Reserves (MMBOE) | 144 |
| Resource Potential (MMBOE)[1] | >1,000 |
| Estimated Potential Gross Identified Locations[1] | 4,196 |
| Estimated Total Gross Locations[1,2] | 12,133 |
| Gross Stack Wells Producing / Horizontal Operated STACK Wells Drilled[3] | 167 / 205 |
| 2017 Average Rigs | 6 |

| Midstream Metrics | |
| --- | --- |
| Natural Gas Processing Current / YE 2017 | 60 / 340[4] MMCF/D |
| Pipelines | 300+ miles |
| Dedicated Acreage | ~300,000 gross acres |
| Storage Capacity | 50 MBBL with 6 loading LACTs[5] |



### Contiguous Core Position in STACK Oil Window



Source: Public Filings, Investor Relations.
Note: All reserve figures per NYMEX strip pricing as of 12/31/2016 close; represents acreage as of 7/20/2017.
[1] Does not include additional resource potential or undeveloped locations on ~20,000 net acres recently acquired in the Major County Acquisition.
[2] Includes additional locations from downspacing in the Oswego, Meramec, Lower and Upper Osage formations as well as additional locations in the Big Lime, Cherokee, Manning, Chester, Woodford and Hunton formations.
[3] Horizontal wells drilled as of 6/14/17
[4] Includes 80 MMCF/D offtake processing expected 3Q 2017.
[5] Lease Automatic Custody Transfer units.

10

PLAINTIFFS_AMR_00000365



# High Caliber STACK Operating Team
## Cohesive, tenured, scalable team producing world class results

| Name | Position | Years at AMR | Years Experience |
|---|---|---|---|
| Hal Chappelle | President and CEO | 13 | 30+ |
| Mike Ellis | Founder and Chief Operating Officer | 30 | 30+ |
| Mike McCabe | VP and Chief Financial Officer | 11 | 25+ |
| Gene Cole | VP and Chief Technical Officer | 10 | 25+ |
| Kevin Bourque | VP, Mid Continent Operations | 10 | 20+ |
| David McClure | VP, Facilities and Midstream | 7 | 15+ |
| Tim Turner | VP, Corporate Planning and Reserves | 4 | 30+ |
| Dave Smith | VP, Geology, Geophysics & Exploration | 18 | 30+ |
| Ron Smith | VP and Chief Accounting Officer | 10 | 30+ |
| David Murrell | VP, Land | 10 | 25+ |

**Robust Capabilities, Organizational Scale, Public Company Processes to Drive Long-Term Success**

| Operations (60 Employees) (40 Contractors) | Engineering & Geology (45 Employees) | Land (25 Employees) | Corporate / Finance & Accounting (50 Employees) |
|---|---|---|---|

**Relentless focus on technological advancements and continuous learning**

11

PLAINTIFFS_AMR_00000366



# Optimization, Delineation and Expansion
## Systematic horizontal development and growth of contiguous acreage



### 1992 - 2013
**40,000+ Net Acres**

**1987**
- Founded by Mike Ellis with ~$200K

**1991**
- Initial Sooner Trend acreage acquired from Conoco/Exxon/Texaco-operated units

**2007-2012**
- Drilled 27 vertical stratigraphic delineation wells within legacy acreage; defined robust Osage prospectivity in vertical wells
- Spud first two operated HZ STACK wells in December 2012



### 2014 - 2015
**73,000+ Net Acres**

**2013**
- Progressed through first two completion designs (Gen 1.0 and Gen 1.5)

**2014-2015**
- Commenced aggressive STACK leasing/acquisition and accelerated STACK development, increasing from 4 operated rigs (37% of capex budget) to 70% of total capex budget
- Built STACK acreage from 40K to 70K+ acres through bolt-on acquisitions



### 2016 & 2017 Plan
**120,000+ Net Acres**

**2016**
- Production reached ~20 MBOE/D
- Drilled 100% STACK HZ well & first Gen 2.5 well
- DrillCo JV started, accelerated STACK drilling with 5 operated rigs
- Phase I of Kingfisher Midstream completed, with 60 MMCF/D processing plant, crude and gas gathering, transmission pipelines, 50,000 BBL/D crude terminal, and field compression

**2017**
- Increased to 6 STACK operated rigs (95% of capex budget)
- Phase II of KFM expected to be complete, which includes 200MMCF/D cryo plant expansion, gas gathering pipelines, field compression and high-pressure gas transmission pipelines

12

PLAINTIFFS_AMR_00000367



# Alluring Macroeconomic Fundamentals
*High quality rock drives compelling returns, robust rig activity*



Source: BakerHughes, Wall Street Research
[1] Based on 15% IRR hurdle. Assumes gas price deck of 2017: $3.10/mcf, 2018: $2.99/mcf, 2019: $2.83/mcf, 2020: $2.83/mcf, thereafter: $2.83/mcf.
[2] AMR breakeven price company prepared. Based on AMR 651 MBOE mean type curve.
[3] Osage type curves assume 17% royalty burden and $3.2mm D&C well cost. Adjusted for transportation costs paid to KFM. Excludes $1.25 /bbl oil transportation costs.
[4] NYMEX strip pricing as of 8/3/2017 close until 2021 and held flat thereafter.
[5] Assumes Broker Consensus Price Deck (2017: $51.15/bbl / $3.16/mcf, 2018: $54.96/bbl / $3.14/mcf, 2019: $58.00/bbl / $3.05/mcf and held flat thereafter)
[6] Not inclusive of producer customers' entire gross acreage position, additional gross acreage proximate to KFM available for gathering and processing services. Includes additional acreage to come and/or under negotiation.
[7] Percentage of Phase I & II shown

13

PLAINTIFFS_AMR_00000368



## Asset Value of AMR's STACK Position
### ~$7B PV-10 Value from Identified Gross Locations before downspacing

14

PLAINTIFFS_AMR_00000369



Our Upstream Assets

PLAINTIFFS_AMR_00000370

# Significant Activity in Alta Mesa "Neighborhood"
## Prominent operators active in Updip Oil Window adjoining Alta Mesa





Source: IHS Enerdeq, HPDI.
Note: Represents a combination of current and recent rig activity.
¹ Operators with 2 rigs or fewer running.

16

PLAINTIFFS_AMR_00000371

# Alta Mesa Vision
*Rigorous development and balance sheet to consolidate regional assets*

## Existing Asset Value

- Early phase of systematic Meramec/Osage, and Oswego development
- Our goal: maximize discounted cash flow
    - Improve drilling efficiencies through technology and pad drilling
    - Continually optimize well density, stage spacing, pump rates, fluids, proppant, hydraulics
- Delineate and develop other horizons
    - Established productive zones – Big Lime, Manning, Cherokee sands, Woodford, Hunton
    - Untested zones – Chester Shale

## STACK Enterprise Expansion

- Consolidate acreage where we can be best-in-class Operator



Alta Mesa Position in Expanding STACK/MERGE/SCOOP Area

Note: Wells drilled map as of August 2017

17

PLAINTIFFS_AMR_00000372



# Progressive Increase in Completion Intensity
## Alta Mesa leadership in operational advancements

### Completion Summary By Generation

- Alta Mesa has proactively advanced completion designs with each generation – leading to improved well response and economics:

  - Number of stages increases with each generation as stage spacing decreases

  - Average sand per stage has increased with each generation

  - Total fluid per stage increases with each generation

- Continuously optimizing completions designs through reduced frac stage spacing for increased formation stimulation

| Design Parameters | Gen 1.0 | Gen 1.5 | Gen 2.0 | Gen 2.5 | Current | Future |
|---|---|---|---|---|---|---|
| Avg Frac Stages | 12 | 18 | 24 | 32 | 35 | |
| Avg. Stage Spacing (Ft.) | 340 | 256 | 194 | 150 | 140 | |
| Slickwater - Avg Total (BBLS/Ft.) | 29 | 42 | 56 | 66 | 75 | Further Improvement |
| Sand - Total Avg. (Lbs/Ft.) | 317 | 457 | 677 | 1,193 | 1,500 | |
| Frac Design Type | Packer/Sleeve | Hybrid | Plug/Perf | Plug/Perf | Plug/Perf | |
| Flow Design Type | Slickwater | Slickwater | Slickwater | Slickwater | Slickwater | |
| Packers Type | Mechanical | Hybrid | Swell | Swell | Swell | |
| Well Count[1] | 7 | 6 | 59 | 94 | – | |

### Current Type Curve – Gen 2.0



[1] Wells completed as of 8/16/17

18

PLAINTIFFS_AMR_00000373



# Average Well Results
## Results as of YE 2016 with early-stage Gen 2.5 forecasts

### Average EUR by Generation[1]



■ MBO  ■ MBOE

| | Average Generation 1.0 | Average Generation 1.5 | Average Generation 2.0 | Expected Generation 2.5 | Beyond Generation 2.5 |
|---|---|---|---|---|---|
| MBOE | 149 | 472 | 598 | | |
| MBO | 71 | 183 | 247 | | |



| # of Wells | 7 | 6 | 50 | | |

### Optimizing Stimulated Reservoir Volume

- Financial goal: maximize discounted cash flow

- Well design goal: optimize stimulated reservoir volume

  – Well spacing

  – Proppant loading

  – Fluid rates

  – Landing zones

### Oil and Liquids Content Over Time[2]



— Cumulative % MBOE (2-Stream)   — Oil % (2-Stream)   — % Liquids (3-Stream)   — GOR (MCF/BBL)

### Oil-Weighting Over Time

- Approximately 57% of the oil, 50% of the natural gas liquids, and 38% of the natural gas are produced in the first five years thereby enhancing the early revenue per unit and the resulting economics

- The GOR increases over time with month one approximately 1 Mcf/Bbl, month twelve approximately 5 Mcf/Bbl, month sixty approximately 8 Mcf/Bbl.

- In month one, 2-stream production from the well is 82% oil and 3-stream production is 86% liquids

- In year one, 2-stream production from the well is 66% oil and 3-stream production is 74% liquids

- The well breaches the 2-stream 50% oil point near the end of year 2 and 3-stream production remains above 50% liquids point for the life of the well

Source: Ryder Scott-audited Reserve Report, Company data.
[1] Based on Ryder Scott-audited Reserve Report. Excludes 9 wells with circumstances that will not be repeated due to unacceptable results: i) 4 wells with 660' spacing in a high porosity area, ii) 3 child wells drilled between 2 parent wells without injecting water into the parent wells prior to frac, iii) 1 well which were shut in for more than 90 days after frac, iv) 1 well that fraced into a vertical well and the vertical well was not plugged in the Osage/Meramec.
[2] LN1J17N08W02A Miss well (Ryder Scott-audited Reserve Report).

19

PLAINTIFFS_AMR_00000374



PLAINTIFFS_AMR_00000375



# Alta Mesa: Low Cost Operator
*Peer leader in operating cost and capital efficiency*



### SEC Future Development Cost Per Proved Undeveloped BOE ($ / BOE)[1]

| AMR | XEC | CLR | PE | FANG | RSPP | NFX | MRO[2] | DVN[2] |
|-----|-----|-----|-----|------|------|-----|-----|-----|
| $5.62 | $7.96 | $8.53 | $8.77 | $8.89 | $9.37 | $10.02 | $13.78 | $24.21 |

### Recycle Ratio[3]

| CLR | AMR | FANG | PE | RSPP | XEC | NFX | MRO | DVN |
|-----|-----|------|-----|------|-----|-----|-----|-----|
| 4.0x | 3.7x (Illustrative HFM Margin Uplift) | 3.4x | 3.2x | 3.1x | 1.8x | 1.7x | 1.1x | 0.8x |

### Q1 2017 LTM LOE ($ / BOE)[4]

| XEC | NFX | CLR | AMR[5] | PE | MRO | RSPP | FANG | DVN |
|-----|-----|-----|-----|-----|-----|------|------|-----|
| $2.99 | $3.58 | $3.66 | $3.70 | $3.87 | $4.81 | $4.98 | $5.10 | $6.39 |

Legend: Alta Mesa | STACK Peers | Permian Peers

Source: Public Filings as of 4Q 2016.
[1] Calculated as future development costs divided by proved undeveloped reserves. Shown as of 12/31/2016.
[2] MRO and DVN PUD F&D evaluated based on US assets only.
[3] Calculated as 4Q16 unhedged EBITDA/BOE divided by organic F&D. Includes Q4 acquired BOE wells in calculation. Organic F&D defined as Future Development Costs / PUD volumes per SEC filings and excludes reserves added through acquisitions.
[4] Does not include gathering & transportation.
[5] LTM 3/31/2017 excluding legacy vertical and waterflood-related production

21

PLAINTIFFS_AMR_00000376



# Solid Results Affirm De-Risked Acreage Position
## Representative wells across 11 townships

**Notable 2017 Alta Mesa Wells**

| Well | Target | IP30 (BOE.Es) |
|---|---|---|
| Aces High 1506-4-11MH | Osage | 523 |
| Coleman 1706 5A-9MH | U Osage/L Meramec | 514 |
| Dalehorse 1506 1-33MH | Osage | 702 |
| Fabs 1706 1-10MH | Osage | 909 |
| Hauley 1606 1-20MH | Osage | 549 |
| Huntsman 1506 2-23MH | Meramec | 698 |
| Macallan 1506 4-17MH | Osage | 643 |
| Odie 1606 1-12MH | U Osage/L Meramec | 649 |
| Peat 1506 1-26MH | Osage | 522 |
| Pollard 1505 3-2MH | Osage | 507 |
| Red Queen 1606 1-1MH | Osage | 609 |
| Shiner 1506 1-26H | Osage | 686 |
| Speyside 1606 1-27MH | Osage | 997 |
| Yellowstone 1506 4-09H | Osage | 740 |

| Well Name[1] | Lateral Length | EUR (MBOE)[2] | EUR/000 Lateral ft[2] | IP90 (BOE/D) | IP90 % Oil | IP90/000 Lateral ft |
|---|---|---|---|---|---|---|
| **Operated** | | | | | | |
| Barbara 1706 3-22MH | 4,912 | 679 | 120 | 346 | 82% | 72 |
| Beyer 4-8H | 4,482 | 863 | 194 | 605 | 76% | 113 |
| Blonshot 1706 4-10MH | 4,822 | 574 | 119 | 660 | 72% | 116 |
| Bollenbach 1705 4-21MH | 4,820 | 994 | 206 | 185 | 55% | 38 |
| Bollenbach 1705 5-30MH | 4,795 | 1,199 | 250 | 435 | 92% | 91 |
| Brown 1706 6-27MH | 4,850 | 839 | 173 | 316 | 78% | 65 |
| Clark 1705 5-12MH | 4,857 | 827 | 170 | 615 | 85% | 132 |
| Cleveland 1605 2-28MH | 4,645 | 686 | 148 | 451 | 77% | 97 |
| Dixon 1505 3-16MH | 4,858 | 657 | 135 | 325 | 81% | 67 |
| EHU 219H | 4,950 | 790 | 160 | 123 | 88% | 25 |
| EHU 220H | 3,651 | 678 | 186 | 216 | 81% | 59 |
| EHU 235H | 5,300 | 559 | 106 | 357 | 69% | 67 |
| Evelyn 1706 5-18MH | 4,857 | 575 | 118 | 621 | 67% | 128 |
| Francis 1706 5-8MH | 4,856 | 664 | 137 | 349 | 69% | 72 |
| Gilbert 1706 6-21MH | 4,738 | 590 | 125 | 409 | 59% | 86 |
| Hawk 1606 7-10MH | 4,812 | 540 | 112 | 216 | 90% | 45 |
| Helen 1806 5-33MH | 4,820 | 652 | 141 | 331 | 77% | 72 |
| Hoskins 1705 3-3MH | 4,893 | 932 | 199 | 507 | 95% | 108 |
| James 1706 5-26MH | 4,749 | 738 | 155 | 352 | 79% | 74 |
| Lankard 1706 8-34MH | 4,855 | 847 | 174 | 1,291 | 64% | 266 |
| LNU 18-2H | 4,786 | 873 | 192 | 282 | 69% | 59 |
| LNU 49-4H | 4,516 | 758 | 167 | 519 | 70% | 115 |
| Mad Hatter 1606 2-3MH | 4,670 | 632 | 136 | 294 | 60% | 63 |
| Martin 1505 4-8MH | 4,796 | 620 | 129 | 278 | 64% | 58 |
| Matheson 1705 5-18MH | 4,765 | 729 | 153 | 448 | 79% | 94 |
| Mitchell 1606 2D-27MH | 4,598 | 646 | 140 | 311 | 51% | 68 |
| Oak Tree 1605 2-20MH | 4,744 | 813 | 171 | 634 | 69% | 134 |
| Oltmanns 1605 6-14MH | 4,930 | 822 | 167 | 631 | 70% | 128 |
| Oswald 1705 3-8MH | 4,815 | 1,144 | 238 | 276 | 66% | 58 |
| Pinehurst 1706 5-5MH | 5,061 | 672 | 133 | 672 | 73% | 113 |
| Redbreast 1505 4-7MH | 4,708 | 665 | 139 | 251 | 73% | 53 |
| Rigdon 17D15 6-11MH | 4,827 | 725 | 150 | 697 | 82% | 144 |
| Rudd 1606 3A-5MH | 4,010 | 520 | 130 | 489 | 58% | 122 |
| Three Wood 1505 6-17MH | 4,634 | 629 | 136 | 321 | 78% | 69 |
| Todd 1706 6-4MH | 5,019 | 946 | 188 | 588 | 60% | 119 |
| Vadder 1605 3-13RMH | 4,504 | 669 | 148 | 542 | 63% | 120 |
| Wakeman 1706 6-25MH | 4,842 | 925 | 191 | 787 | 62% | 162 |
| Weber 1606 3-22MH | 4,797 | 646 | 135 | 112 | 75% | 22 |
| White Rabbit 1606 2-27MH | 4,811 | 633 | 132 | 429 | 81% | 88 |
| **Non-Operated** | | | | | | |
| Deep River 3D-1MH | 5,588 | NA | 88 | 324 | 41% | 58 |
| Holliday Road 2-1H | 5,100 | NA | 67 | 153 | 95% | 30 |
| King Koopa 1606 2UMH-22 | 4,691 | NA | 80 | 380 | 80% | 81 |
| OOCI 1CH-24 | 5,357 | 1,459 | 272 | 533 | 88% | 88 |
| Pore 1706 1-36MH | 4,919 | 456 | 93 | 461 | 66% | 90 |
| Ruzek 1H-3X | 8,872 | 488 | 72 | 688 | 67% | 100 |
| Trifecta 1607 20H-14-1 | 4,346 | 682 | 152 | 555 | 92% | 129 |

**Legend:**
- Notable Horizontal Wells
- Horizontal Wells
- Notable 2017 Wells
- Updip Oil
- Oil
- Volatile Oil
- Wet Gas
- Fieldwide Units
- Alta Mesa Kingfisher Acreage
- Alta Mesa Major County Acquisition
- Osage Structure
- Nemaha Ridge Uplift

Source: Alta Mesa Year-End Reserve Report. For non-Alta Mesa operated wells, IHS Enerdeq.
Note: EURs based on NYMEX 2016 pricing. Does not include additional resource potential or undeveloped locations on ~20,000 net acres recently acquired in the Major County Acquisition.
[1] Includes 7 wells not operated by Alta Mesa. Includes wells operated by Chaparral, GST, MRO and NFX.
[2] 3-Stream EUR assuming 75.4 BBL/MMCF NGL yield and 15.9% shrink.

22

PLAINTIFFS_AMR_00000377



## Alta Mesa STACK Development
*Moving into development mode on de-risked Kingfisher acreage*

### Base Case Development Plan For AMR



### Alta Mesa Development Strategy

- Near term development plan focuses on continued optimization of frac stage spacing, transitioning to development mode, delineating Oswego performance, and accelerating infrastructure investments
- Delineate and de-risk recently acquired Major County Acquisition acreage
- All wells in inventory are planned as single-section laterals
- Transition to primarily pattern development in 2017
- Average of 6 rigs running in 2017

### 2017 Development Plan



23

PLAINTIFFS_AMR_00000378



# STACK: A Significant Petroleum System
## Additional development potential in multiple stacked pay zones

### Alta Mesa Existing Development

- Existing spacing tests at 660' show full development potential
- 660' spacing tests have more than 200 days of online production
- Over 800 days of strong well performance at spacing of 1,200'
- Three target zones in Osage/Meramec, which represents a continuous 550' section and one additional in Oswego

### Additional Zones

- Eight zones have proven hydrocarbon production from vertical wells
- Chester Shale offers added potential
- AMR and others have already drilled successful Oswego, Meramec, Osage, Woodford, and Hunton horizontal wells
- Additional formations, including Big Lime and Red Fork, have horizontal permits and strong vertical production
- Drilling days expected to remain similar across the various formations
- AMR drilling Manning Limestone in 2017

### Potential 55 Wells per Section

| Type Log | Formation | Targeted | Down-spacing | Additional Formations | Total |
|---|---|---|---|---|---|
| | Big Lime | | | 4 | 4 |
| | Oswego | 2 | 2 | | 4 |
| | Cherokee Shale<br>Prue Sand<br>Skinner Sand<br>Red Fork Sand | | | 4 | 4 |
| | Manning Lime | | | 4 | 4 |
| | Chester Shale | | | 4 | 4 |
| | Meramec | 4 | 4 | | 8 |
| | Osage | 4 | 3 | | 7 |
| | | 4 | 4 | | 8 |
| | Woodford Shale | | | 8 | 8 |
| | Hunton Lime | | | 4 | 4 |
| | Total | 14 | 13 | 28 | 55 |

Note: Actual Alta Mesa log above displays productive formations.

24

PLAINTIFFS_AMR_00000379



PLAINTIFFS_AMR_00000380



# Progressive Execution
*Track record of growth in production, reserves, acreage position*



**Net STACK Acreage**

YE 2013: 40,587
YE 2014: 44,506
YE 2015: 73,512
YE 2016: 102,466

**Total Net Production (MBOE/D)[1]**

100% CAGR

2012: 1.0
2013: 1.7
2014: 4.8
2015: 8.8
2016: 13.1
June 2017: 22.2

**Proved Reserves (MMBOE)[2,3]**

102% CAGR

YE12: 8.7
YE13: 17.0
YE14: 27.6
YE15: 68.3
YE 16 (SEC): 129.6
YE 16 (NYMEX): 143.6



**Alta Mesa Footprint**

*Recent addition*

*Core STACK acreage*

- Acreage has grown from ~40,000 net acres to ~120,000 net acres since 2013

- Disciplined acreage aggregation focused primarily on "bolt-on" acquisitions to systematically increase contiguous position

- July 2017 added ~20,000 net acres in Major, Blaine, and Kingfisher; geologic character similar to central-eastern Kingfisher acreage

Source: Company data, Public Filings, IHS Herolds, RigData
[1] Inclusive of Net Production from Bayou City JV. 2012 and 2013 data reflects occurrence date and not accounting date LOS, due to the reasoning that occurrence date method incorporated a change in NGL accounting, whereas accounting date LOG does not.
[2] YE 2016 proved reserves as of 12/31/2016 close.
[3] YE12-15 proved reserves based on NYMEX pricing.

26

PLAINTIFFS_AMR_00000381





PLAINTIFFS_AMR_00000382



PLAINTIFFS_AMR_00000383



# KFM is Value Accretive to Alta Mesa
## Vertical integration yields substantial strategic and financial benefits

| | |
|---|---|
| **Rapidly Expanding G&P Complex in the Heart of the STACK** | • KFM is positioned to capture volume growth from the STACK<br>• Acreage dedications / resource allocations of ~300,000 gross acres |
| **Gathering, Processing and Market Access Support Production Growth** | • Total processing capacity is expected to be 340 MMCF/D in 4Q 2017, including 80 MMCF/D of additional offtake<br>• Substantial firm transport to support future growth |
| **Bundled Natural Gas Residue Solution Enhances Marketability** | • KFM capable of providing takeaway solutions to end-markets today<br>• KFM has secured firm takeaway capacity on PEPL and OGT |
| **Competitive Advantage in Acquisitions** | • KFM well positioned to serve other operators; major gas pipeline projects recently announced by others will be more costly and less timely<br>• Modern processing recoveries and priority residue access to premium markets should result in higher netbacks |
| **KFM's Expansion Offers Complementary, High-Growth Development Project** | • Expansion focused on the next stage of STACK development<br>• Limited G&P infrastructure provides opportunity for KFM expansion<br>• KFM involved in negotiations with anchor customers |
| **Midstream Business Can Support Future Capital Needs** | • Volumetric growth from third-party development provides upside<br>• Attractive trading multiples and GP/IDR optionality / currency<br>• Future opportunity to monetize KFM and fund upstream capital needs through an MLP IPO, drop downs, and GP / IDR distributions |

29

PLAINTIFFS_AMR_00000384

# Market Multiples for Midstream Higher than Upstream
## Alta Mesa owners to capture GP / IDR cash flow / multiple arbitrage

**Valuation Arbitrage**

- Likely valuation uplift (multiple arbitrage vs. traditional peer group)



| | Upstream | Midstream | GP | |
|---|---|---|---|---|
| EBITDA | $1.0 | $1.0 | $1.0 | |
| Splits | 100% | 100% | 75% | 25% |
| Multiple | 7.5x | 13.7x | 13.7x | 25.3x |
| Implied Value | $7.5 | $13.7 | $10.3 | $6.3 |
| Uplift | -- | 1.8x | 2.2x | |

### Illustrative Value Accretion from GP Structure

- Potential to continue to benefit from cash flows through retained LP, GP, and IDR ownership interest

### Illustrative Midstream Value Creation[1]

($ in millions)



[1] Illustrative KFM future value expansion assuming KFM 2019E EBITDA of $318mm

30

PLAINTIFFS_AMR_00000385

# Kingfisher Midstream Summary
## Existing Infrastructure



Cushing ~60 mi.

| | |
|---|---|
| **Natural Gas Processing** | • Current processing capacity of 60 MMCF/D<br>• Second 200 MMCF/D plant under construction<br>• 80 MMCF/D offtake processing expected 3Q 2017<br>• 1,200 BBL/D condensate stabilizer |
| **Low Pressure Pipeline** | • 223 miles[1] of low-pressure crude and gas gathering lines<br>  – Natural gas gathering: 6"-16" pipeline<br>  – Crude gathering: 6"-8" pipeline |
| **High Pressure Pipeline** | • 98 miles[2] of 4" to 16" rich gas transportation pipeline<br>  – Average operating pressure of 1,100 psig and piggable<br>• 4 miles of 16" residue gas pipeline with 230 MMCF/D of capacity to PEPL<br>• 5 miles of 16" residue gas pipeline connecting KFM to OGT in service October 2017<br>• 4 miles of 6" NGL Y-grade pipeline, with 10,000 BBL/D capacity to Chisolm Pipeline |
| **Compression Facilities** | • Field Compression<br>  – 3 CAT 3516s at Lincoln South Location (4,140 total horse power)<br>  – 3 CAT 3516s at WSOR Location (4,140 total horse power)<br>  – 1 CAT 3516, 1 CAT 3306 at Garfield Compressor Site<br>  – 1 CAT 3508 at Snowden Compressor Site<br>  – 1 CAT 3516 at West Kingfisher Compressor Site<br>  – 1 CAT 3508 at Great Divide Compressor Site<br>• Inlet Compression – 6x CAT 3606s (10,650 total horse power)<br>• Residue Compression - 3x CAT 3516s (4,140 total horse power) |
| **Other Infrastructure** | • 50,000 BBL crude storage with 6 truck loading LACTS<br>• 3 NGL bullet tanks: 90,000 gallon capacity |
| **Producer Connections** | • 54 central delivery point receipt connections serve 188 units |

Note: Represents multiple lines in ditch
[1] Includes 16 miles under construction
[2] Includes 20 miles under construction

31

PLAINTIFFS_AMR_00000386



# KFM Midstream Takeaway Overview

| Pipeline | | Description | Current Takeaway Capacity | Expansion Projects | Commentary |
|---|---|---|---|---|---|
| Natural Gas | | • Connected to PEPL – owned and operated by Energy Transfer<br>• PEPL consists of four large diameter pipelines extending approximately 1,300 miles throughout Mid-Continent and other market centers<br>• KFM will connect to OGT Q3 2017<br>• OGT services local Oklahoma gas demand, but via on expansion will begin to deliver gas to WAHA in Q2 2018 | • 100,000/day FT on PEPL<br>• 50,000/day FT on OGT, expanding to 125,000/day June 2018<br>  – 25,000 Dth/d for 4 years<br>  – 100,000 Dth/d for 10 years | • KFM in discussion with all proximate outlet pipelines looking to expand out of the basin | • Gas takeaway is functionally full creating a constrained environment for some producers. KFM's residue position provides flow assurance and better netbacks for KFM producer clients<br>• Residue gas is split connect between PEPL and OGT, and under long term agreements insuring that KFM producer customers can flow out of the basin<br>• Capacity rates are low compared to new rates that will be needed to solidify new capacity out of the basin creating better netbacks for KFM producers dedicated to the system |
| NGL | | • Connected to Chisholm Pipeline - operated by Phillips 66<br>• Delivers NGLs to Conway | • Operational capacity of ~41,000 Bbls/d on existing Chisholm line<br>• Currently under a 3 year contract extendable for 2 1-year terms with shipper history | • Opportunity to tie into other NGL pipelines in the area<br>• Volumes could warrant expansion or new build to Mt. Belvieu | • Connected to P66's Chisolm Y-grade pipeline that takes Y-grade to Conway, KS for fractionation<br>• Multiple NGL lines within 7 miles of plant to further diversify Y-Grade options when needed<br>• KFM Y-grade optionality will allow producers to capture netback uplift between Conway, KS and Mt Belvieu |
| Crude | | • Crude gathered to a central delivery point at the plant site<br>• Six truck bays for LACT loading and unloading<br>• Multiple pipeline connection options | • Not currently committed | • Long haul pipeline opportunities to Cushing and other demand sources in the area | • Crude system is focused around keeping Alta Mesa barrels and future third party barrels clean to market, producing better netbacks<br>• Proximity to Cushing provides market optionality between in-state and the Gulf Coast refineries.<br>• No long terms commitments provide KFM the option to build out long-haul crude pipelines enhancing drop down inventory |

32

PLAINTIFFS_AMR_00000387

# KFM Phase III Expansion Overview

- Recent Major county acquisition adds scale through ~20,000 acre dedication

- Offset operator activity in the Western STACK reflects compelling economics driving producer interest and investment

- KFM has identified and plans to capitalize on this midstream opportunity and is rapidly commercializing this growth initiative

- KFM is in the process of securing acreage dedications and other resource allocations in the Western STACK



33

PLAINTIFFS_AMR_00000388



PLAINTIFFS_AMR_00000389



# Financial Strategy and Pro Forma Financial Impacts

| | |
|---|---|
| **Significant Financial Flexibility** | • Demonstrated trajectory to positive free cash flow with near-term development funded with transaction proceeds<br>• Secure robust liquidity to fund development, with near-term production growth ensured by KFM takeaway capacity<br>• Pro forma for this transaction, financial flexibility in place to pursue opportunistic acquisitions with a goal toward consolidation of the STACK region |
| **Maintain Conservative Balance Sheet** | • Maintain conservative credit metrics of < 2.0x leverage through the cycle<br>• Preserve an optimal debt maturity profile<br>• Maintain simplified balance sheet |
| **Protect Cash Flow** | • Prudent capital budget focused on securing leasehold and developing existing acreage<br>• Ensure capital budget is flexible to future changes in commodities and/or service costs<br>• Continued rolling hedge strategy to protect revenues and support development program |

### Capitalization at Announcement

| | Current | | | |
|---|---|---|---|---|
| ($ in millions, unless specified) | Alta Mesa | KFM | Adjustments | Pro Forma |
| Cash and Cash Equivalents | $5 | $28 | $517[1] | $551 |
| | | | | |
| Revolving Credit Facility | 269[2] | $0 | (269)[2] | 0 |
| 7.875% Senior Notes due 2024 | 500 | | | 500[3] |
| Total Debt | $769 | $0 | ($269) | $500 |
| Net Debt | 763 | | | (51) |
| | | | | |
| **Financial and Operating Statistics** | | | | |
| 2017E EBITDA | $155 | $42 | | $197 |
| 2018E EBITDA | 358 | 184 | | 543 |
| 2019E EBITDA | 701 | 318 | | 1,019 |
| | | | | |
| **Credit Metrics** | | | | |
| Net Debt / | | | | |
| 2017E EBITDA | | | | NM |
| 2018E EBITDA | | | | NM |
| 2019E EBITDA | | | | NM |
| | | | | |
| **Liquidity** | | | | |
| Expected Borrowing Base | $315 | $200 | | $515 |
| Less: Amount Drawn | 269 | | (269) | 0 |
| Expected Borrowing Base Availability | $46 | | | $515 |
| Plus: Cash and Cash Equivalents | 5 | | | 551 |
| Liquidity | $52 | | | $1,066 |

[1] Cash to balance sheet includes funding for interim cash needs until closing.
[2] Current revolving credit facility balance as of 8/10/2017 does not include approximately $5mm of letters of credit
[3] Change of control not triggered for 2024 Senior Notes upon execution of transaction.

35

PLAINTIFFS_AMR_00000390

# 2017 Capital Budget and Hedge Position

| Commentary |
|---|

**Alta Mesa**
- Alta Mesa's 2017 net capital budget is estimated to be $349MM, ~11% higher than capital expenditures of $316MM in 2016
- Alta Mesa estimates that ~$108MM of the FY 2017 capital budget will be funded by Bayou City per the JV agreement
- Alta Mesa's total 2017 capital budget is estimated to be $458MM, including the Bayou City Energy JV
- FY 2017 acquisition (including leaseholds) capex spending expected to total $85MM, or ~19% of the total deployed budget (including Bayou City Energy JV)
- Expect 10-Rig program in the STACK by YE18
- Continue growth and efficiency gains in the STACK while maintaining conservative Leverage Ratio

**Kingfisher Midstream**
- KFM's 2017 net capital budget is estimated to be $251MM
- Growth capital categorized through processing, pipeline, high / low pressure well connects, compression lease principal payments and compression lease interest expense items

## 2017E Capital Budget by Quarter ($MM) – Excl. Acquisitions[1]



| Oil Hedged (BBL/D) – as of 6/30/17 |
|---|



| | Jul-Dec'17 | 2018 | 2019 |
|---|---|---|---|
| Average Floor Price ($/BBL) | $49.55 | $51.67 | $50.00 |

| Gas Hedges (MCF/D) – as of 6/30/17 |
|---|



| | Aug-Dec'17 | 2018 |
|---|---|---|
| Average Floor Price ($/BBL) | $3.18 | $4.43 |

**Disciplined management protects future revenues and preserves asset value by hedging large percentage of proved-developed and prompt-year production. Currently hedge WTI (oil), Henry Hub (gas), Conway (propane), and Mid-Con gas basis.**

[1] Does not include Bayou City Energy JV

36

PLAINTIFFS_AMR_00000391



Valuation and Timeline

PLAINTIFFS_AMR_00000392



# Summary Financial Projections



PLAINTIFFS_AMR_00000393



# Valuation Benchmarking

($ in millions unless otherwise noted)







[1] PDP value adjusted at $30,000 / BOE/D unless otherwise noted.
[2] PDP value adjusted at $15,000 / BOE/D.
[3] Alta Mesa PDP value assumes Broker Consensus Price Deck (2017: $51.16/bbl / $3.16/mcf, 2018: $54.90/bbl / $3.14/mcf, 2019: $58.00/bbl / $3.05/mcf and held flat thereafter). Excluding the Major County acreage, our adjusted $ / net acre is $17,158 / acre    39

PLAINTIFFS_AMR_00000394

# Benchmarking KFM Against High Growth G&P Peers

($ in millions unless otherwise noted)



**Firm Value / 2018E EBITDA**

EQM 13.8x · AM 13.8x · HESM 13.6x · NBLX 12.3x · KFM[1] 7.3x



**Firm Value / 2019E EBITDA**

AM 11.4x · EQM 11.2x · HESM 10.1x · NBLX 8.7x · KFM[1] 4.2x



**Midstream 2017E – 2019E EBITDA CAGR**

KFM 175% · NBLX 41% · AM 27% · EQM 26% · HESM 22%



**Consolidated 2017E – 2019E EBITDA CAGR**

AMR+KFM 128% · EQT 41% · AR 33% · NBL 23% · HES 19%

**Integrated Upstream/Midstream Peers**

[1] Includes midstream Firm Value only.

40

PLAINTIFFS_AMR_00000395



# Anticipated Transaction Timeline

| Date | Event |
|---|---|
| Weeks of September 4th – September 29th | • Transaction marketing |
| Mid-September 2017 | • File preliminary proxy statement / marketing materials with the SEC |
| Mid/Late-November 2017 | • Anticipated close |

41

PLAINTIFFS_AMR_00000396



## Pure Play STACK Company
*Premier liquids upstream growth with value-enhancing midstream*

- World class asset with attractive geology

- Top-tier operator with substantial in-basin expertise

- Industry-leading growth potential; 2-year expected EBITDA CAGR of 128%

- Highly strategic and synergistic midstream subsidiary with Kingfisher Midstream

- Financial strength and flexibility to execute business plan through the cycle; cash flow positive in 2019

42

PLAINTIFFS_AMR_00000397



PLAINTIFFS_AMR_00000398



# Alta Mesa Management

## Jim Hackett

*Executive Chairman and COO of Midstream*

- Jim Hackett is a Partner at Riverstone and became a director of Silver Run II in 2017

- Prior roles include:

  - Chairman and CEO of Anadarko

  - President and COO of Devon Energy

  - Chairman, President and CEO of Ocean Energy

  - President of several midstream companies, as well as responsible for DCP Midstream and Western Gas Resources

- Director of Enterprise Products Holdings, Fluor Corporation, National Oilwell Varco, Sierra Oil & Gas, and Talen Energy

- Former Chairman of the Board of the Federal Reserve Bank of Dallas

- Holds a B.S. from the University of Illinois and a MBA/MTS from Harvard University

## Hal Chappelle

*President and Chief Executive Officer*

- Hal Chappelle joined Alta Mesa as President and CEO in 2004 and became a director in 2004

- Developed Alta Mesa into a premier STACK operator, building a strong management and technical team

- Successfully navigated Alta Mesa through significant industry cycles, building the Company's oil assets in 2009-2010 and divesting of the company's gas assets in 2014-2016

- Over 30 years of industry experience in field operations, engineering, management, trading, acquisitions and divestitures, and field re-development

- Previously held roles at Louisiana Land & Exploration, Burlington Resources, Southern Company and Mirant

- Holds a Bachelor of Chemical Engineering from Auburn University and an M.S. in Petroleum Engineering from the University of Texas

## Michael McCabe

*Vice President and Chief Financial Officer*

- Michael McCabe joined Alta Mesa in 2006 and became a director in 2014

- Raised private equity capital for Alta Mesa from Denham Capital in 2006, HPS Investment Partners in 2013, and Bayou City in 2015; successfully navigated Alta Mesa through two industry cycles

- Has over 25 years of corporate finance experience with a focus on the energy industry

- Previous management experience includes serving as President and sole owner of Bridge Management Group, Inc., a private consulting firm

- Mr. McCabe's leadership experience also spans senior positions with Bank of Tokyo, Bank of New England and Key Bank

- Holds a B.S. in Chemistry and Physics from Bridgewater State University, an M.S. in Chemical Engineering from Purdue University, and an MBA from Pace University

44

PLAINTIFFS_AMR_00000399

# Alta Mesa Management

## Michael Ellis

*Founder and COO of Upstream Operations*

- Michael Ellis founded Alta Mesa in 1987 after beginning his career with Amoco
- Served as Chairman and COO as well as Vice President of Engineering and has over 30 years of experience in management, engineering, exploration, and acquisitions and divestitures
- Built Alta Mesa's asset base by starting with small earn-in exploitation projects, then growing with successive acquisitions of fields from major oil companies
- Holds a B.S. in Civil Engineering from West Virginia University

## Gene Cole

*VP and Chief Technical Officer*

- Gene Cole has served in the position of Vice President and Chief Technical Officer since 2015 and became a director in 2015
- Over 25 years of extensive domestic and international oilfield experience in management, well completions, well stimulation design and execution
- Started his career with Schlumberger Dowell as a field engineer and served in numerous increasingly responsible positions from 1986 to 2007
- Holds a B.S. in Petroleum Engineering from Marietta College

## David Murrell

*VP, Land and Business Development*

- David Murrell has served as Vice President, Land and Business Development since 2006
- Over 25 years of experience in Gulf Coast leasing, exploration and development programs, contract management and acquisitions and divestitures
- Created a structured land management system for Alta Mesa and built a team of lease analysts, landmen, and field representatives to facilitate Alta Mesa's growth
- Holds a B.B.A in Petroleum Land Management from the University of Oklahoma

## Kevin Bourque

*VP, Operations*

- Kevin Bourque progressed through several roles to the position of Vice President of Mid-Continent Operations in 2012 when we began STACK horizontal drilling program
- He joined Alta Mesa as a field engineer in 2007
- Led the growth of our mid-continent drilling and production operations as we expanded our presence in Oklahoma
- 10+ years of E&P operational experience with Alta Mesa
- 10+ years of project management and business management experience as the owner of his own company

## Tim Turner

*VP, Corporate Development*

- Tim Turner joined Alta Mesa as Vice President of Corporate Development in 2013
- Over 30 years of industry experience including various operations, reservoir engineering and managerial roles with Sun Oil, Santa Fe Minerals, Fina Oil & Chemical, Total, Newfield Exploration, and Quantum Resources
- Led multi-disciplined A&D and asset teams
- Managed corporate reserves and planning functions
- Led business development and new ventures teams
- Holds a B.S. in Petroleum Engineering from the University of Texas and an MBA in Finance from Oklahoma City University

## David McClure

*VP, Facilities & Midstream*

- David McClure has served as Vice President of Facilities and Midstream Operations since 2016
- From 2010 to 2016, he was Vice President for Louisiana Operations, leading a multi-disciplined team of engineers, regulatory, land, geoscience, and operations personnel in development of the Weeks Island field
- Previously held roles at ExxonMobil Production Company and Tetra Technologies
- Over 15 years of industry experience in field operations, facilities and subsea engineering, pipelines, and management
- Holds a B.S. in Chemical Engineering from Auburn University

45

PLAINTIFFS_AMR_00000400



# Jim Hackett's Track Record

*Under Mr. Hackett's leadership as Chairman, President, and/or CEO of Anadarko from 2003 to 2013, Anadarko was transformed into one of the largest U.S. oil and gas producers, growing its market cap from approximately $12 billion to over $43 billion. Prior to Anadarko, Mr. Hackett was also a key contributor to the market outperformance of Devon Energy.*



| | |
|---|---|
| **Strategic Thought Leader** | • Created new mission for Anadarko in 2003, upgraded corporate leadership capabilities, rationalized and refocused the portfolio, improved technical and financial risk management tools and processes, and generated success through expansion into unconventional onshore and conventional offshore assets<br>• Applied leading-edge technology and processes in drilling, completions, and production<br>• Dynamic leader for years serving as President and COO of Devon Energy, Chairman, President and/or CEO of Ocean Energy, president of several midstream companies, responsible for Duke Energy and PanEnergy's midstream and upstream businesses, and drove Anadarko's midstream business consolidation and MLP/GP IPO – Western Gas Partners and Western Gas Resources |
| **Benchmark for Operational Excellence and Execution** | • Premier operator with some of the best production metrics in U.S. onshore, U.S. Gulf of Mexico, and offshore East Africa |

Source: FactSet
Note: An investment in Silver Run Acquisition Corporation II is not an investment in Anadarko or Devon. The results of Anadarko or Devon are not necessarily indicative of the future performance of Silver Run Acquisition Corporation II.
1 Chart displays Ocean share price performance until merger with Devon completed. Thereafter, chart shows Devon performance on a per-Ocean share basis.

46

PLAINTIFFS_AMR_00000401





Source: 1Derrick, IHS, Drilling Info and Company Presentations

47

PLAINTIFFS_AMR_00000402





# Completion Design
*Focus on increasing stimulated reservoir volume*

### STACK Well Completion Strategy
- Progressed through testing multiple generations
- Highly fractured area benefits from "open-hole" design
- Targeting average lateral length of 4,800ft (one-mile)
- Drilling N–S orientation to intersect natural fractures
- Controlled flowback rate to optimize conductivity
- Generation 2.5 proppant loading is optimum at an average of 1,400 lb/ft; tested up to 2,100 lb/ft

### Current Completion Design Targets
- 7" intermediate casing • 4.5" liner in lateral
- Open-hole swell packers; proppant loading of 1,400 lbs/ft
- 3 joints (casing) between packers defines 150ft stages
- 10,000 bbls of slick water per stage
- 100 bbl/min total fluid injection rate
- Cap flowback rate at 100 bbl/hr of total fluid

### Total D&C Cost ($MM)
■ Actual D&C ■ Target Pattern Test D&C

| | 2012 | 2013 | 2014 | 2015 | 2016 | Target Pad Drilling |
|---|---|---|---|---|---|---|
| | $5.1 | $4.2 | $4.7 | $3.4 | $3.4 | $3.2 |

### D&C Cost / Lateral Foot
■ Actual D&C ■ Target Pattern Test D&C

| | 2012 | 2013 | 2014 | 2015 | 2016 | Target Pad Drilling |
|---|---|---|---|---|---|---|
| | $1,359 | $940 | $1,074 | $720 | $713 | $667 |

| Avg. Days Spud to TD | 46 | 34 | 25 | 17 | 13 | 13 |

## Averages by Completion Generation



### Stage Spacing

| | Gen 1.0 | Gen 1.5 | Gen 2.0 | Gen 2.5 |
|---|---|---|---|---|
| Stages | 12 | 18 | 24 | 32 |
| Stage Spacing | 340 | 256 | 194 | 150 |

### Proppant

| | Gen 1.0 | Gen 1.5 | Gen 2.0 | Gen 2.5 |
|---|---|---|---|---|
| Proppant Lbs./Lateral Ft. | 317 | 457 | 677 | 1,275 |
| Total Proppant | 1,339 | 2,128 | 3,122 | 6,078 |

### Fluid

| | Gen 1.0 | Gen 1.5 | Gen 2.0 | Gen 2.5 |
|---|---|---|---|---|
| Fluid/Lateral Ft. | 1,218 | 1,764 | 2,352 | 2,630 |
| Fluid / Stage | 9,660 | 10,752 | 10,864 | 9,750 |

Source : Company Data

48

PLAINTIFFS_AMR_00000403



PLAINTIFFS_AMR_00000404

# NAV Model Assumptions

| Area | Operated | | | Other |
| --- | --- | --- | --- | --- |
| | Osage | Meramec | Oswego | DrillCo |
| **Pricing & Discount Assumptions** | | | | |
| Gas Differential (% of HH) | 95% | 95% | 95% | 95% |
| Oil Differential (% of WTI) | 94% | 94% | 94% | 94% |
| NGL Realization (% of WTI) | 45% | 45% | 45% | 45% |
| **Drilling Assumptions** | | | | |
| Number of Drilling Locations | 2,388 | 1,264 | 484 | 60 |
| Working Interest - Operated (%) | 72% | 74% | 75% | 57% |
| Working Interest - Other (%) | 15% | 15% | 13% | – |
| NRI - Operated (%) | 60% | 61% | 62% | 47% |
| NRI - Other (%) | 12% | 12% | 11% | – |
| Fixed Operating Cost ($k/well/month) | $9.7 | $9.7 | $9.7 | $9.7 |
| Variable LOE ($ / bbl of oil) | $2.23 | $2.23 | $2.23 | $2.23 |
| Gas Marketing & Transportation ($ / mcf of gas) - Until 2021 | $0.35 | $0.35 | $0.35 | $0.35 |
| Gas Marketing & Transportation ($ / mcf of gas) - Thereafter | $0.35 | $0.35 | $0.35 | $0.35 |
| Initial Production Tax - Oil (%) | 2.1% | 2.1% | 2.1% | 2.1% |
| Initial Production Tax - Gas/NGLs (%) | 2.1% | 2.1% | 2.1% | 2.1% |
| Severance Holiday (months) | 36 | 36 | 36 | 36 |
| Production Tax - Oil (%) | 7.1% | 7.1% | 7.1% | 7.1% |
| Production Tax - Gas/NGLs (%) | 7.1% | 7.1% | 7.1% | 7.1% |
| Ad Valorem Tax (%) | 0.0% | 0.0% | 0.0% | 0.0% |
| Drilling & Completion Cost ($mm) [1] | $3.5 | $3.5 | $2.5 | $0.3 |
| **EUR Assumption** | | | | |
| **Gross EUR** | | | | |
| Gross Sales Gas EUR (MMcf) | 1,571 | 1,425 | 168 | 1,571 |
| Gross NGL EUR (Mbbl) | 141 | 128 | 15 | 141 |
| Gross Oil EUR (Mbbl) | 250 | 249 | 200 | 250 |
| Total Gross EUR (Mboe) | 652 | 615 | 243 | 652 |
| **Type Curve Assumptions** | | | | |
| **Oil** | | | | |
| IP, 24-hr (Bbl/d) | 200 | 170 | 320 | 200 |
| Duration of Incline (Months) | 2 | 2 | – | 2 |
| Peak Rate (Bbl/d) | 350 | 500 | 320 | 350 |
| B Factor | 1.20 | 1.20 | 1.20 | 1.20 |
| Di-Continuous (Nominal) Decline (%) | 73% | 80% | 72% | 73% |
| Terminal Decline (%) | 7% | 7% | 7% | 7% |
| **Natural Gas** | | | | |
| IP, Unshrunk, 24-hr (Mcf/d) | 500 | 296 | 320 | 500 |
| Duration of Incline (Months) | 4 | 2 | – | 4 |
| Peak Rate (Mcf/d) | 900 | 1,250 | 320 | 900 |
| B Factor | 1.50 | 1.50 | 1.20 | 1.50 |
| 1-Di-Continuous (Nominal) Decline (%) | 41% | 56% | 72% | 41% |
| Terminal Decline (%) | 5% | 5% | 7% | 5% |
| NGL Yield (bbls/MMcf) | 75 | 75 | 75 | 75 |
| % Gas Shrink | 15.9% | 16.1% | 15.9% | 15.9% |

DrillCo includes all Osage Wells

Note: Assumes 4,000 lateral length for all type curves.
[1] D&C shown including PAD D&C facilities costs.

50

PLAINTIFFS_AMR_00000405

# Osage Type Curve

## Summary

- 118 Generation 2.0+ wells with production history
- Average Generation 2.5 lateral length of 4,612'; Generation 2.0+ 4,767'
- Type Curve average 30-day IP 0.3 MBOE/D
- Type Curve average 180-day cumulative production of 75 MBOE
- Generation 2.5 Type Curve
    - 622 MBOE 2-Stream EUR; 714 MBOE 3-Stream EUR
    - 303 MBO, 1.6 BCF residue, 144 MB NGL
- Generation 2.0 Type Curve
    - 561 MBOE 2-Stream EUR; 652 MBOE 3-Stream EUR
    - 250 MBO, 1.6 BCF residue, 141 MB NGL
- Type Curves assume 16% Shrink and 75 bbl/MMcf NGL yield

### Average Type Curve Cumulative Production



## Average Type Curve



Note: Production data normalized for 4,800' lateral length.
[1] NYMEX Strip as of 8/5/2017. Does not include $500k PAD D&C facilities costs. Adjusted for transportation costs paid to KFM. Excludes $1.25 / bbl oil transportation costs.

51

PLAINTIFFS_AMR_00000406

# Meramec Type Curve

## Summary

- Over 100 wells drilled in the Meramec by Newfield, Devon, Marathon, Gastar, and Chaparral
- Alta Mesa is beginning to drill Meramec wells with performance expectations similar to the Osage
- Alta Mesa will be joint developing the Meramec with Osage stack and staggered well tests
- Majority of active rigs in the STACK play are targeting the Meramec to the southwest
- Average Type Curve Results
    - 532 MBOE 2-Stream EUR; 615 MBOE 3-Stream EUR
    - 249 MBO, 1.4 BCF residue, 128 MB NGL
- Type Curve assumes 16% Shrink and 75 bbl/MMcf NGL yield

## Average Type Curve



| Key Statistics | |
|---|---|
| Initial Rate (BO/D / MCF/D) | 170 / 296 |
| Incline Period (oil / gas) | 2 months / 2 months |
| Peak Rate (BO/D / MCF/D) | 500 / 1250 |
| b factor (oil / gas) | 1.2 / 1.5 |
| Initial Decline (oil / gas) | 80% / 50% |
| Lateral Length | 4,800 |
| Type Well IRR %[2] | 31.1% |

## Average Type Curve Cumulative Production

Note: Production data normalized for 4,800' lateral length.
[1] Offset results based on Meramec wells drilled in the Updip Oil window of Kingfisher County since 2014.
[2] NYMEX Strip as of 8/3/2017. Does not include $300k PAD D&C facilities costs. Adjusted for transportation costs paid to KFM. Excludes $1.25 / bbl oil transportation costs.

52

PLAINTIFFS_AMR_00000407

# Oswego Type Curve



## Summary

- Chesapeake, Chaparral, Cimarex, Gastar, and Longfellow are actively targeting the Oswego
- Other operators have future plans to develop the Oswego as a cheaper/shallower target
- IP rates are typically lower than Osage/Meramec wells, but decline rates are shallower
- With drilling and completion costs cheaper for the Oswego, well results do not have to be as strong as the headline STACK formations to make economic wells
- Average Type Curve Results
  - 233 MBOE 2-Stream EUR; 243 MBOE 3-Stream EUR
  - 200 MBO, 0.2 BCF residue, 15 MB NGL
- Type Curve assumes 16% Shrink and 75 bbl/MMcf NGL yield

Note: Production data normalized for 4,800' lateral length.
[1] Offset results based on Oswego wells drilled in the Updip Oil window of Kingfisher County since 2014.
[2] NYMEX Strip as of 8/3/2017. Does not include $390k PAD D&C facilities costs. Adjusted for transportation costs paid to KFM. Excludes $1.25 / bbl oil transportation costs.

53

PLAINTIFFS_AMR_00000408



# Substantial Inventory of Drilling Locations

| | Identified Drilling Locations | | Prospective Drilling Locations | | | | Combined |
|---|---|---|---|---|---|---|---|
| | Locations | Average Working Interest (%) | Other Formations Locations | Downspacing Locations | Total Locations | Average Working Interest (Including Downspacing Locations) (%) | Total Locations |
| Operated: | | | | | | | |
| Osage.......................... | 1,196 | 72% | -- | 1,141 | 1,141 | 73% | 2,337 |
| Meramec........................ | 676 | 74% | -- | 676 | 676 | 74% | 1,352 |
| Oswego........................ | 203 | 75% | -- | 206 | 206 | 81% | 409 |
| Manning........................ | -- | -- | 168 | -- | 168 | 75% | 168 |
| Other Formations............. | -- | -- | 1,327 | -- | 1,327 | 70% | 1,327 |
| Total Operated...... | 2,075 | 73% | 1,495 | 2,023 | 3,518 | 73% | 5,593 |
| Drilling Inventory (Years) | 14.4 | -- | 10.4 | 14.0 | 24.4 | -- | 38.8 |
| Other: | | | | | | | |
| Osage.......................... | 1,252 | 15% | -- | 1,113 | 1,113 | 15% | 2,365 |
| Meramec........................ | 588 | 15% | -- | 596 | 596 | 15% | 1,184 |
| Oswego........................ | 281 | 13% | -- | 310 | 310 | 14% | 591 |
| Manning........................ | -- | -- | 316 | -- | 316 | 14% | 316 |
| Other Formations............. | -- | -- | 2,084 | -- | 2,084 | 55% | 2,084 |
| Total Other.......... | 2,121 | 15% | 2,400 | 2,019 | 4,419 | 28% | 6,540 |
| Total Gross Locations | 4,196 | | 3,895 | 4,042 | 7,937 | | 12,133 |

Note: Does not include additional resource potential or undeveloped locations on ~30,000 net acres recently acquired in the Major County Acquisition.

54

PLAINTIFFS_AMR_00000409





Note: PV-10 figures are pre-tax, pre-G&A, pre-Net Debt, do not include the impact of hedges, and exclude $64mm Pipeline and facilities capital expenditures (PV-10). PV-10 figures as of 7/1/2017. Reflects Generation 2.0 Type Curve. Assumes Broker Consensus Price Deck (2017: $51.16/bbl / $3.16/mcf, 2018: $54.90/bbl / $3.14/mcf, 2019: $56.00/bbl / $3.05/mcf and held flat thereafter), unless otherwise noted. Does not include additional resource potential or undeveloped locations on ~26,000 net acres recently acquired in the Major County Acquisition. Adjusted for transportation costs paid to KFM. Excludes $1.25 / bbl oil transportation costs.
[1] NYMEX strip pricing as of 5/3/2017 close until 2021 and held flat thereafter. For 4,196 Primary Identified locations (for all but bottom left output that includes downspacing).
[2] Low Risk downspacing of Osage to 11 WPS (966 locations), Meramec to 5 WPS (318 locations), and Oswego to 4 WPS (516 locations). Additional downspacing of Osage to 16 WPS (1,286 locations) and Meramec to 8 WPS (954 locations).

55

PLAINTIFFS_AMR_00000410



## Stacked Pay: Oswego, Osage/Meramec Prominent
*Oswego, Osage, and Meramec consistent east to west*



56

PLAINTIFFS_AMR_00000411

# Significant Oswego, Osage/Meramec Section
## Consistent thickness east to west



57

PLAINTIFFS_AMR_00000412



PLAINTIFFS_AMR_00000413

# Top Cumulative Producing STACK Wells
## *Alta Mesa wells among top producers*



### Cumulative Osage/Meramec STACK Producing Wells Drilled by Operator (2012-2016)[1]



| Newfield | Alta Mesa | Longfellow | Devon/ Felix | Chaparral | Marathon/ PayRock | Cimarex | Continental | Chesapeake |
|----------|-----------|------------|--------------|-----------|-------------------|---------|-------------|------------|
| 122 | 108 | 70 | 61 | 48 | 48 | 38 | 28 | 20 |

### Number of Top 100 Wells in the Oil and Updip Oil Windows by Operator, Measured by 60-Day Cumulative Oil Production[2]



| Newfield | Alta Mesa | Marathon / PayRock | Devon / Felix | Other[3] |
|----------|-----------|--------------------|---------------|----------|
| 29 | 21 | 20 | 12 | 18 |

Source  Company data, HPDI, IHS Herolds.
Note  Publicly disclosed Alta Mesa well / permits include those assigned to Oklahoma Energy Acquisitions LP and Hinkle Oil & Gas Inc.
[1] Based on publicly disclosed data for wells producing in Kingfisher, Blaine, Canadian, and S. Garfield counties. Excludes wells for which Woodford is primary target
[2] Top Osage/Meramec wells (excluding Mississippian Lime) in Updip Oil and Oil window based on 60-Day Cumulative Oil Production (BBLS) per 1,000 Ft. of Lateral
[3] Operators with 2 wells or fewer, except for Longfellow (6)

59

PLAINTIFFS_AMR_00000414



## Alta Mesa Track Record of Growth
### Consistent increases in production, reserves and acreage



Source: Company data, Public Filings, IHS Herolds, RigData
[1] Inclusive of Net Production from Bayou City JV. 2012 and 2013 data reflects occurrence date and not accounting date LOS, due to the reasoning that occurrence date method incorporated a change in NGL accounting; whereas accounting date LOS does not.
[2] YE 2016 proved reserves as of 12/31/2016 close.
[3] YE12-15 proved reserves based on NYMEX pricing.

60

PLAINTIFFS_AMR_00000415



# DrillCo JV
## *Pivotal relationship with Bayou City Energy*

| Parameters |
|---|

- Entered into joint development agreement with Houston-based private equity firm, Bayou City Energy, in January 2016

- Bayou City Energy primarily targets small operators with current production and focuses on off-balance sheet structures

- DrillCo funds 100% D&C cost, capped at average of $3.2MM/well

- DrillCo gains 80% working interest in wellbore until 20-well tranche earns 15% IRR, 20% working interest until 25% IRR, then 12.5% working interest

- Specific wells pre-agreed for each tranche

| Strengths for Alta Mesa |
|---|

- Cash flow

- Grow reserves

- Continue resource definition

- Continue pace up learning curve(s)

- Capture, hold acreage

- Maintain people/crews

| 2017 Alta Mesa Estimated Capital Expenditures |
|---|



61

PLAINTIFFS_AMR_00000416



# One Mile Laterals Optimum for Up-Dip STACK
*Alta Mesa and other efficient operators adopt fit-for-purpose solutions*

**~5,000' laterals used for multi-faceted benefits: drilling, completions, production operations, land and legal**

| Consideration | Commentary |
|---|---|
| **Spacing** | One-mile lateral fits into a single section; two-mile laterals require establishing a "Multi-Unit spacing" |
| **Drilling** | Ability to use lower cost water-based muds and reduced time spent drilling helps to reduce drilling risk and control costs associated to high levels of natural fractures |
| **Completions** | Less proppant, fluids, and pumping time per well, more simplified design, lower friction while pumping all help to reduce costs of optimized completions |
| **Mineral Owner Relations** | Working with mineral owners across one-section (versus two-sections for longer laterals) allows for more seamless and confident development program planning |

62

PLAINTIFFS_AMR_00000417

# Alta Mesa Summary STACK Pro Forma Financials



| ($ in millions, unless specified) | Three Months Ended | | Years Ended December 31, | | |
| --- | --- | --- | --- | --- | --- |
| | March 31, 2017 | December 31, 2016 | 2016 | 2015 | 2014 |
| **Production** | | | | | |
| Oil (MBBLS) | 942.0 | 989.1 | 3,057.2 | 2,006.1 | 1,071.6 |
| Natural Gas (MMCF) | 3,116.0 | 3,088.9 | 9,110.2 | 4,272.6 | 2,083.0 |
| NGLs (MBBLS) | 275.0 | 280.4 | 901.0 | 499.4 | 315.6 |
| Total Production (MBOE) | 1,736.3 | 1,784.3 | 5,476.6 | 3,217.6 | 1,734.4 |
| Daily Production (BOE/D) | 19,292.6 | 19,394.7 | 15,004.3 | 8,815.3 | 4,751.7 |
| | | | | | |
| **Statement of Operations** | | | | | |
| Revenue | $63.6 | $61.7 | $166.4 | $133.6 | $117.3 |
| Operating Expenses (Cash Items) | 17.2 | 16.2 | 51.6 | 34.7 | 24.6 |
| Exploration Costs (Cash Item) | 5.0 | 7.5 | 17.2 | 9.8 | 11.8 |
| Operating Expenses (Non-Cash) | 20.2 | 23.8 | 63.3 | 80.3 | 29.4 |
| General and Administrative[1] | 9.7 | 8.7 | 40.5 | 37.9 | 68.4 |
| Interest Expense[1] | 12.3 | 1.4 | 43.4 | 62.5 | 55.8 |
| | | | | | |
| **Other Financial Data** | | | | | |
| Adjusted EBITDAX[2] | $36.7 | $36.8 | $74.3 | $61.0 | $24.3 |
| % Margin[2] | 57.7% | 59.6% | 44.7% | 45.7% | 20.7% |

Note: This historical pro forma financial information is unaudited and gives effect to (i) the expected disposition of Alta Mesa's non-STACK assets and operations prior to the closing of the business combination as if such transaction occurred on January 1, 2014 and (ii) the contribution to Alta Mesa of interests in 24 producing wells that were drilled under the BCE joint development agreement and purchased by High Mesa from BCE on December 31, 2016, as if such transaction occurred on January 1, 2016.
[1] General and administrative expense and interest expense for the total company.
[2] Adjusted EBITDAX is a Non-GAAP financial measure. See reconciliation to the nearest comparable GAAP measure in the appendix to this presentation.

63

PLAINTIFFS_AMR_00000418

# Reconciliation of Adjusted EBITDAX to Net Income

| ($ in millions, unless specified) | Three Months Ended | | Years Ended December 31, | | |
| --- | --- | --- | --- | --- | --- |
| | March 31, 2017 | December 31, 2016 | 2016 | 2015 | 2014 |
| Net Income (Loss) | ($0.8) | $4.1 | ($49.6) | ($91.6) | ($72.7) |
| Adjustments: | | | | | |
| Interest expense | 12.3 | 1.4 | 43.4 | 62.5 | 55.8 |
| Exploration expense | 5.0 | 7.5 | 17.2 | 9.8 | 11.8 |
| Depreciation, depletion and amortization expense | 18.9 | 23.7 | 62.6 | 61.3 | 29.1 |
| Impairment expense | 1.2 | 0.0 | 0.4 | 18.8 | 0.0 |
| Accretion expense | 0.1 | 0.1 | 0.3 | 0.2 | 0.3 |
| **Adjusted EBITDAX[1]** | **$36.7** | **$36.8** | **$74.3** | **$61.0** | **$24.3** |

Note: This notional pro forma financial information is unaudited and gives effect to (i) the expected disposition of Alta Mesa's non-STACK assets and operations prior to the closing of the business combination as if such transaction occurred on January 1, 2014 and (ii) the contribution to Alta Mesa of interests in 24 producing wells that were drilled under the BCE joint development agreement and purchased by High Mesa from BCE on December 31, 2016, as if such transaction occurred on January 1, 2016.
[1] Does not include non-cash items - provision for income taxes, loss on extinguishment of debt, unrealized loss (gain) on oil and gas hedges and (gain)/loss on sale of assets.

64

PLAINTIFFS_AMR_00000419

EX-99.2 7 a17-20303_2ex99d2.htm EX-99.2

Exhibit 99.2



**Alta Mesa Holdings, LP**

**August 17, 2017**

## CORPORATE PARTICIPANTS

**James Hackett,** *Chief Executive Officer, Silver Run II*

**Harlan Chappelle,** *President and Chief Executive Officer, Alta Mesa Holdings, LP*

**Michael McCabe,** *Vice President and Chief Financial Officer, Alta Mesa Holdings, LP*

## PRESENTATION

### James Hackett:

Hello, everyone. I'm Jim Hackett. Hal Chappelle and I are very excited to be here today to talk about a compelling investment opportunity. I'll walk through an introduction of the company, as well as a brief overview of the transaction. Hal will come in and speak about the Upstream and Midstream assets. Then he'll turn it over to Mike McCabe, the CFO, to talk about the financial overview. Finally, I'll finish with some comments about valuation and timeline going forward. Hal?

### Harlan Chappelle:

Thanks, Jim, and hello. We cannot be more excited than to work with Jim Hackett and Silver Run II to build upon the value we've created and the progress that we've made in the STACK. We look forward to walking through this material with you today. Jim?

### James Hackett:

Thanks, Hal. First, we'll talk about the introduction. When we went out to look for targets for Silver Run II, we had laid out investment criteria that are shown on Slide 5. Both individually as an Upstream and Midstream Company, and collectively as an integrated platform, this transaction satisfies those criteria.

Turning to Slide 6, this is the first pure-play publicly traded STACK company, which is, I think, very exciting for the investor community. It has everything we desired in terms of highly contiguous oil weighted acreage, 120,000 acres in the core of the STACK, at very attractive breakeven prices, as you can see on the top of Slide 6. We have 4,000-plus primary gross locations based on what we are currently doing. As a drilling and a completion strategy, we have over 12,000 possible locations from down spacing, as well as additional zone penetration. Hal will go through more of that with you in a minute.

We have here a very seasoned cohesive, very experienced team in terms of what they've been doing for over a decade. This is unlike almost any other private company you can name. They have drilled over 200 horizontal STACK wells, they've survived several commodity cycles, they have industry-leading growth potential at approximately 130%. By virtue of combining the Midstream and Upstream, we have both flow assurance for constraining periods of time on all three liquids that we produce. We also produce better net backs because of that position, and, importantly, the purpose-built system that

ViaVid has made considerable efforts to provide an accurate transcription. There may be material errors, omissions, or inaccuracies in the reporting of the substance of the conference call. This transcript is being made available for information purposes only.

PLAINTIFFS_AMR_00000420

accommodates Alta Mesa also accommodates third-party volumes. We have 300,000 gross acres dedicated to that system in addition to the 120,000 acres that Alta Mesa has committed to this system.

We have, I think, tremendous advantages in terms of strategic positioning for consolidation down the road and a future opportunity to restructure the Midstream business into an MLP IPO, which I'll cover later in the presentation.

Finally, Mike McCabe will talk more about the financial strength and flexibility, and we're very excited about the position we've put ourselves in with regard to the balance sheet.

Turning to Slide 7, in the middle of that slide you'll see the multiples that we anticipate for the firm value relative to the EBITDAs for 2018 and 2019. A little later in the presentation I'll show you competitive data that indicates these are highly attractive multiples for each of the individual businesses. Importantly, to Investors, the existing owners of Alta Mesa will roll 100% of their equity position in Alta Mesa into this combination and are on the same side of the table as all of us, as well as the other owners of KFM are retaining significant equity stakes in the combined entity going forward. Riverstone and its affiliates will invest at least $600 million of additional cash into the business, and the anticipated closing is the fourth quarter of 2017. We'll talk more about that timeline in a minute.

On Slide 8, we have the Transaction Summary we've arrayed for you in the upper left portion the Sources and Uses statement. In the middle on the top is the implied firm value at 3.836 billion dollars. And on the post transaction ownership is on the upper right portion. It's the legacy Alta Mesa owners you can see in the orange there at 37%, Riverstone in Green at 22%, the rollover equity for the KFM owners is 14%. And then the Legacy Silver Run II owners are at 27%. So there is a major commitment here from the sellers to the future of the organization. The bottom is a proforma organizational chart. You can see that Hal and I are joined at the top. I will be Executive Chairman, he'll be the CEO. I'll also report to Hal running the Midstream business as COO because we'll be losing that team after a transition period and we'll be building a team there to replace them. And then Mike Ellis will remain as COO of the Upstream business. Mike will be stepping down as Chairman of the combined Company.

**Harlan Chappelle:**

Thanks, Jim. I'll be going over the Upstream and Midstream assets of this Enterprise. Let's start on Page 10. As you can see on the map on the right, we've got a highly blocked up contiguous acreage position in the up-dip oil window of the STACK.

We have a durable asset. Not only do we have a resource that has three zones that we have de-risked and delineated, but we have a complete petroleum system of over a billion barrels of resource in the area. This is a redevelopment of the Sooner Trend field that we get to be a part of. Not only that, but we have infrastructure—water, gas, oil, salt water disposal—and so we have an opportunity to be very systematic in development of this acreage.

We've got a team that has been executing on this for quite a number of years together, as Jim indicated earlier. We now have a multi-rig program we've averaged six rigs through the bulk of this year, and we can scale up with confidence because we have the discipline processes, both on the front end of drilling in terms of getting the land position together, in terms of defining where we want to drill, but then also in executing on that.

We have over 200 wells that we've drilled here and we've demonstrated the value and we have confidence in the upside. As an illustration of that, at the end of the second quarter, we had drilled on the order of 200 wells. Of those, over 160 were on production, and of that number, about 114 had sufficient

production history to give us confidence that at the end of this year, our year-end reserves will reflect better than 650,000 BOE. Since our average lateral length is just under 4,700 feet, that equates to about 140 BOE per lateral foot. That's an important metric as we look and try to compare what this asset is to others in the basin, which very typically denominate their results in terms of a normalized 10,000-foot of lateral.

PLAINTIFFS_AMR_00000421

Let's move on to Page 11. I talked about the team. The character of this team is we have major league players with relevant experience who have worked together for a considerable amount of time. We have capabilities in all assets of the operation and we've got disciplined processes. Among those processes are the public company processes that are necessary, the disciplines, if you will, the accountability of being a public company. For the last almost seven years, we've been a public reporter because of the bonds that we have issued, and then we also issued new bonds last year. So, we're very comfortable with that and we're confident that we can execute in all aspects of this Enterprise.

How did we get here? Page 12 is a history, if you will, in pictures. Mike Ellis founded our Company in 1987, and early in the 1990s he was acquiring various pieces of acreage. In 1992 he was able to start the acquisition of large production units in the eastern side of Kingfisher County, which Conoco, Texaco, and Exxon had been operating but were exiting North America at the time in favor of other places. We entered in 1992. Through the next couple of decades there's been a stewardship that's occurred. In the mid-2000s we began a program while we were producing about a thousand barrels a day. We went through the process of drilling about 27 vertical wells so that we could delineate other zones, either shallower or deeper, that could be prospective and could be the target of additional development, whether horizontal or vertical at the time. Consistently, as we drilled those wells, we found that the Osage and the Meramec were prospective and productive in a commercial way.

By the time we got into this decade, in 2012, we had a high level of confidence that we could begin horizontal drilling and in 2012 we spud our first two wells. By the end of 2013, we had 13 wells that had flowed back and we had gone through two generations of well designs, starting with 12 stages of fracks, to 18 stages, and from one completion configuration to a more advanced one. We learned a lot during that period, such that by 2014 we had confidence that this was a scalable program and so we began a process of acquiring additional acreage all around our initial footprint. You can see that by the end of 2015 we had acquired over 70,000 net acres to our interest.

By 2016, we had hit our stride in terms of having a de-risked and delineated acreage position, in our view, and we had disciplines in place and processes that allowed us to scale and operate in a development mode.

Let's move on to Page 13 so we can look at basically the economics of this. I talked about how many wells we've drilled, our expectations of those, and our confidence in those. On the upper left-hand part of this page you can see the breakevens. We're below $30 per barrel, and that's to achieve a 15% internal rate of return in terms of breakeven price. On the upper right-hand side you can see the individual well returns, depending on which price deck that you might want to use, that generate about 85% internal rate return, even at a NYMEX strip.

Now, other STACK operators have achieved good well head returns here as well, and so there's been an enormous investment in drilling capital in the basin. This, in turn, as well as our development, became an ideal backdrop for the growth of the Kingfisher Midstream operation. To date, as you can see on the lower left-hand side of the page, Kingfisher Midstream has acreage dedications of about 300,000 gross acres with a line of sight to over 500,000 gross acres. Now, this also has provided the opportunity for a substantial growth in third-party volumes which Kingfisher Midstream has been able to begin and continue to grow.

3

Finally, when it comes to the importance of Kingfisher Midstream to Alta Mesa, it's simply a strategic competitive advantage for us. We've got a purpose-built system that allows us to operate confidently in a multi-well development mode, we've got efficient processing, and we have access that's assured to the interstate markets during a time where there could be periodic constraints due to the large-scale growth in the area.

How does this all build up? Let's summarize the overview here. On Slide 14, you can see the NAV build-up to about $7 billion based on 4,200 identified gross drilling locations that we'll describe. It's broken up so that we can distinctly illustrate to you the Upstream and the Midstream value components, and you can see this here on the page.

On the right side of the page you can see the growth opportunities that we see from additional down spacing and other opportunities that Kingfisher could have through additional third-party development.

Finally, we did make an acquisition—about a month ago we closed on it—and we have not included any of the locations that we believe could be drilled there in our tallies that show up on these pages, so we simply show you on the right-hand side of the page that that represents some upside.

Let's move on and focus down now on the Upstream a little bit more. First on Page 16, simply, we're in a neighborhood where there's a lot of activity going on, vigorous drilling around us, and even within our footprint, targeting both Oswego and the Mississippian-age,

PLAINTIFFS_AMR_00000422

Osage and Meramec.

On Page 17, you get a maybe even better sense of how well-established in a short period of time this play has gotten. Not too many years ago, what you see on this map in Northwestern Canadian County, as listed as the Cana-Woodford, was really the biggest extend of activity. In the time since then, a lot of drilling has occurred by Devon, Continental, Newfield, now Marathon, and certainly by Alta Mesa and some of the other private companies in the area, so it's a large density of wells here. We've only drilled 200 wells, though, so far, and there's a lot of room to run.

Let's move on to Slide 18. This shows the progress in mean well results that we've been able to achieve in a very short period of time by drilling intensely and purposely across about a 300 square mile area here in Easter Kingfisher County. We focused on a couple of keys. The first is isolation between stages. Our first well design was a sliding sleeve configuration and we found that to be very ineffective and we had very good science behind our assessment of those wells. We've gone to a plug-and-perf, open-hole design, and now we have high confidence in a very effective frack job. The next key is a landing. We look for mechanical rock properties and reservoir properties that give us the best opportunity to find the most attractive reservoir and get a very effective frack job off.

Then, finally, the way that we steer our wells is very, very important. We have a dedicated team of geo-steerers that assure to the best of their ability that we stay within the zone that we're targeting, and that's given us a big part of the reason that we have been able to get consistent well results.

You see here on this page that we've gone through generations, beginning with 12 stages, going on to 18, 24, and then 32 to 36, depending on how long the lateral is, and our next-generation design is likely to be 100-foot frack stage spacing, meaning on the order of 45 to 48 stages for a one-mile, lateral, if you will, 4,800-foot lateral would be the typical target.

On Page 19, there's some more detail here for you that shows you first the progress of well completions on the upper left; second, very importantly, the consistent production characteristics of our wells. We're in an area with hundreds of vertical wells that give us solid data upon which we can base our projections and our understanding of the Meramec and Osage system, as well as the Oswego above that. In the Meramec and Osage, as shown here on the lower left, we have early flow back, which is almost entirely

4

oil in terms of the hydrocarbons—would be flowing back water from the frack, obviously—and then the GOR climbs over time. These production characteristics, with the oil waiting being biased to the early years of the well, give us good economics as well.

Let's move on to Page 20 where—let's talk about our cost structure in some more detail. Relative to what our competitors in the area have published is shown here. We have a fairly low cost per well. First, we have geologic advantages. We're shallow, we're naturally fractured, we have a simple well design. Second, we have a legacy infrastructure for water supply, water disposal, access to well sites, access to services. All those things combined together to give us a very good drilling time, and when we couple that with consistent deployment of rigs over a period of time, we can get efficiencies of process that we're taking advantage of today.

We think there's upside in our drilling and completion costs in terms of the opportunity to cut our costs because we're going into more of the development mode and we'll be drilling multi-well pads where there are shared services, there's less mobilization time associated with that, and the other advantages of scale.

Let's move on with just a little bit more specificity on the cost structure. On Page 21, this shows the effects of our costs. First on the top, future development cost per PUD barrel, is shown here as very low, and we compare it to what others have published. Probably the most important measure on this page is the recycle ratio. You can see how we measure up compared to our competitors and the peers that we think are relevant, as well as showing you what that additional benefit that will come to us from having an integrated midstream operation as part of the enterprise.

Finally, on the lower right you can see where LOE per barrel ranks. Now, we see some tremendous upside in our ability to cut costs, our LOE costs as well, from the same points that I made earlier about F&D costs. The bottom line of our cost structure here is we've got durable operations, low F&D, high capital efficiency, and low lease operating expenses, with the opportunity to cut those costs with scale, very much a factor of robust infrastructure that we have. This goes back to one of the first points I made. We have highly contiguous acreage here where we can scale with confidence and manage across a larger acreage footprint than simply one drilling unit at a time.

Now, let's talk about results. I describe them in terms of the type curve we expected at the end of last year, and I showed you other results earlier, but on Page 22, one of the things we think is very important to communicate is how pervasive and extensive over this

PLAINTIFFS_AMR_00000423

large area in the up-dip oil window, we have good well results. This table on the right-hand side of the page is meant to help you with that and it shows you a number of wells. We highlight some key wells here as well. While we don't have audited reserves for our newer wells, we did think it relevant to give you some information in terms of the IP 30s of some recent wells, and so that's also listed on this page.

Let's move on to Page 23 now. Those good well results, the very, very good cost structure, our confidence in the geology and our ability to execute, all boil down to our ability to take on the development program that's shown here in a base case, if you will.

The graphic on the left side shows our base development plan. We've performed 11 spacing tests across our footprint. Continental, Newfield, Devon, Marathon have all described their spacing tests in the STACK as well. We have 11 spacing tests, 7 of which are on flow back, some of which for an extended period of time. These have given us insights that give us the confidence in a base case shown here. In this 550- foot plus or minus interval of the Meramec Osage, there would be three benches, each bench would have four wells landed in them, so spacing of about what you might call 160 acres or 1,500 feet between the laterals.

5

---

Ultimately, we seek to maximize discounted cash flow and we believe that this is going to be achieved with a combination of either further down spacing and/or optimized completion techniques where we can get more of this at a more valuable basis.

How do we put this in perspective? One of the things that's helpful—there's on the other order of 33 to 35 million barrels of oil in place in the Meramec and Osage, on average within a drilling unit across—or a section, a square mile—across our acreage position. This based development plan in the Osage Meramec recovers about 8% of that oil in place. That should be a good measure and a comparator to some of the other resource plays. It also gives us confidence that that combination of optimized well completions and/or additional wells—in other words, down spacing—will be profitable to undertake.

Finally, we show the Oswego as a zone in which we have immense confidence of the development capability here. We show only two wells per drilling unit—in other words, a section square-mile—although there are other operators within our footprint who are developing the Oswego with four wells per section.

The bigger picture really here is shown on Page 24. I described this earlier when I talked about the 1,100-foot thick section that's a major part of this petroleum system that is the Sooner Trend field area. Each of these zones that are listed here are commercially productive from vertical wells within our footprint, with the one exception of the Chester Shale, which we believe could be a horizontal target but which has not been, to our knowledge, a successful vertical target in time. We tried to provide you with a grid here. It shows you how many wells we think per section could be prospective in these various zones.

Finally, this log that's on the left-hand side of the graphic is a well log from a continuous section from a log in the northern part of our acreage, and it actually has some of the Manning Limestone that does show here. That's important since we are flowing back our first Manning horizontal after having over 200 Manning vertical wells that have produced.

The bottom line on this slide is it's a petroleum system that works. There's a focus on an 1,100-foot thick multi-STACK pay area. The three zones that we have the most confidence in are the Osage, Meramec, and Oswego at this point in time, but we see every one of these zones as a potential target.

This could be described in terms of the drilling inventory on page 25 to which I referred earlier. On the left side of this page you can see how the approximate forty-two hundred locations were identified in Meramec, Osage and Oswego. The middle of the page reflects the potential for down spacing and/or increased effectiveness of completions. The right hand side is our way of showing you the potential for further development of additional zones that we believe are prospective within our acreage footprint. Now we can define the upstream opportunity in terms of this drilling inventory because of our demonstrated ability to execute. Turning now to slide 26, we illustrate our growth in net acreage, net production and proved reserves since we began horizontal development of our STACK position. Please note the map on the right side of this slide shows a recent acquisition in Major and Blaine counties. Our goal in acquisitions is to control good acreage of scale. Summarizing, the growth we've achieved gives us confidence in the continued execution and expected growth that we project.

Turning to Page 27, in the broader STACK area there is significant acreage that could be consolidated by operators such as ourselves. We believe that this combination with Jim positions us to compete effectively for good opportunities. We have the advantage of a solid operations base, a scalable team with years of experience, a low cost structure and the expertise to determine value in this area.

PLAINTIFFS_AMR_00000424

Now moving on to Page 29 to discuss the midstream assets. Kingfisher Midstream is an important part of our operation today and will be increasingly so in the combined enterprise. For want of capital, we

would have built this ourselves a few years ago due to the growing functional constraints and inherent inefficiencies of older legacy processing and gathering, as well as concerns that this basin may experience, periodic and near-term limitations to residue gas takeaway, particularly to interstate markets. Kingfisher affords us and other nearby operators with a purpose-filled system to handle the larger volumes associated with multiple wells sold back from single pads and to do so in a more efficient processing system giving us lower shrink, higher yields and better economics. As I alluded a moment ago, Kingfisher gives us flow assurance. It is physically positioned to connect directly to interstate markets by Panhandle Eastern to access Midwest and Gulf Coast markets as well as OGT for access to western interstate markets. Importantly, we have firm transport rights on both of these interstate systems. Which also makes us more competitive as we consider potential acquisitions. Since commissioning just a year ago, Kingfisher has systematically grown its customer base to include several other operators besides Alta Mesa, and we believe this will be an increasingly important and valuable part of the midstream business. Let me now turn this over for a moment to Jim so he can discuss the broader vision for our midstream operations. Jim…

**James Hackett:**

On slide 30, we just are trying to portray here the valuation arbitrage that exists between the margin that is in KFM within the E&P business as a combined entity, and then eventually as an MLP Entity restructured out of the E&P entity where we control the GP interest. And what is very familiar to all of you is that the multiple step up that you get from the upstream median at 7 ½X to midstream medians of 13.7X EBITDA and eventually to the GP interest at 25.3X EBITDA.

On the lower left we've just taken an illustrative EBITDA, call it 1.0 dollars and just showing that step up in terms of the multiples applied to that investment or that value — that implied value — on those various multiples. And so we take the KFM EBITDA projection in 2019, estimated at $318 million, and we roll that over to the right under the illustrative midstream value creation, and you have the value of that EBITDA in the margin in the upstream of $2.4 billion increasing by $1.96 billion with the MLP issuance, which is currently anticipated in the first part of 2019, to create an MLP value fully distributed at $4.35 billion. And then eventually several years later issuing a GP into a public entity and getting an uplift of some $924 million and that amounts to a total of $5.275 billion for the value of that total margin. Comparing that against the $2.39 billion that is within the combined entity at the beginning, you can see the uplift represents nearly $3 billion, and that is approximately 80% of the combined purchase price of these entities at $3.8 billion, essentially paying for a large portion of the merger.

**Harlan Chappelle:**

Thanks, Jim. On Slide 31 you can see the existing infrastructure. Kingfisher Midstream today has 60 million cubic feet a day of processing in the center of our acreage. It's currently undergoing an expansion of 200 million a day for a total of 260 million a day of processing. That'll be done by the end of this year. There's about 250 miles of low-pressure gathering line and about 75 miles of high-pressure gathering line here. We have significant deal compression and there's crude storage in the middle of the field here.

On Page 32, there's even more detail for you to refer to here on natural gas, NGLs, and crude aspects of this Kingfisher Midstream enterprise. You can see, in terms of takeaway on the gas side, we have 120 a day of FT on Panhandle Eastern and 50 million a day of FT on OGT. That 50 million a day is going to increase to 125 million a day in June of next year. For NGLs there's about 41,000 barrels of capacity on the Chisholm line. For crude, today we're trucking our crude from the central gathering system to Cushing, but we have several opportunities to interconnect to pipelines direct into Cushing, which gives us additional advantages in terms of both net back price and in terms of reliability.

Finally on Page 33, Kingfisher Midstream is well-positioned to gather and process increasing volumes from the play as it moves to the West. Notably, as we move to the West in this play, gas volumes do increase.

Let me turn it over now to Mike McCabe, our CFO, as he goes through the finances of this new enterprise.

**Mike McCabe:**

PLAINTIFFS_AMR_00000425

Turning to Page 35, obviously this would become a major de-leveraging event for Alta Mesa Resources. It will create a zero-net debt on our balance sheet and provide us with excellent pro forma liquidity to execute the development plan in the STACK and Kingfisher County. Our intent is to manage to a 1.0X debt to EBITDA tax ratio with 1.5-2.0X guardrails on a situational basis. This will allow Alta Mesa Resources to have positive cash flow from Operations as early as 2019 and to continue to maintain a simplified balance sheet with our revolver and senior unsecured bonds. Turning to Page 36, our 2017 Capex budget is $458 million which includes $108 million of funds from Bayou City Drilling JV. KFM will complete the expansion of its facility to $260 million a day capacity which is included in their $120 million capex budget remaining for 2017. And we will expect to grow from currently at 6 rigs to 10 rigs by the end of 2018. Also, our hedges are summarized at the bottom of Page 36. We will continue to be disciplined, but active, in our hedge program and protecting our revenues going forward.

Turning to Page 38, which is a summary of financial objectives for the future, we are expecting a 3X growth in net daily production to approximately 65K BOE per day in 2019, and a 5X growth in EBITDAX over the same period. And again we will go positive free cash flow from operations in 2019 while we create and maintain sufficient liquidity to fund our development plan as summarized in the middle section of the bottom bar on Page 38.

**James Hackett:**

On Slide 39, we have the first of two valuation pages. This is just for the upstream portion of the merger. And you can see in the upper left the firm value is a multiple of 2018 EBITDA, and of course, it looks very attractive relative to the peer group. And then 2019 gets even better and that's because the growth rate in the lower right portion of this slide. And then if you look in the bottom left portion all we've done here is try to give you comparables for the Anadarko Basin for acquisitions on a net acreage basis.

Turning to Page 40, we've done the same for KFM. If you look at the Midstream multiples of 2018 and 2019 EBITDA, the firm value for this transaction is highly attractive relative to those entities on the lower left portion of the graph. Then when you take the combined companies, both Upstream and Midstream, you can see that that growth rate, not surprisingly, captures both of these slides in terms of combining the two, and matches what we had told you earlier in the presentation.

On Slide 41, we are showing the anticipated transaction timeline.

On Page 42, just to summarize, what we see in this opportunity in front of us for a pure-play STACK company is a world-class asset. We've got great rocks, we've got great technical tools, great people, and a great track record with high growth in front of us. We've put together a Midstream business that provides us defensive and offensive capabilities in terms of both internally growing our business, as well

8

as consolidating those around us, and a potential financial restructuring of that Midstream business, that I've spoken to you earlier about, is incredibly compelling in terms of the upside for our Investors.

We'll have financial strength and flexibility to execute the business plan through this current down cycle, and we'll still end up being positive cash flow-wise in 2019.

With that, I'll end the pro forma presentation. Hal and I will look forward to seeing all of you in the near future. We couldn't be more excited about this opportunity in front of us. Thank you.

9

PLAINTIFFS_AMR_00000426

# PX 286

Company Name: Alta Mesa Holdings Lp
Company Ticker: 3499108Z U
Date: 2017-08-17
Event Description: Alta Mesa and Kingfisher Midstream and Run Acquisition Corporation II Merger Call - Pre-recorded

Market Cap: N.A.
Current PX: N.A.
YTD Change($): N.A.
YTD Change(%): N.A.

Bloomberg Estimates - EPS
Current Quarter: N.A.
Current Year: N.A.
Bloomberg Estimates - Sales
Current Quarter: N.A.
Current Year: N.A.

# Alta Mesa and Kingfisher Midstream and Run Acquisition Corporation II Merger Call - Pre-recorded

## Company Participants

- James T. Hackett
- Harlan H. Chappelle
- Michael E. Ellis
- Michael A. McCabe

# MANAGEMENT DISCUSSION SECTION

### James T. Hackett

Hello, everyone. I am Jim Hackett. Hal Chappelle and I are very excited to be here today to talk about a compelling investment opportunity. I'll walk through an introduction of the company as well as a brief overview of the transaction. Hal will come in and speak about the Upstream and Midstream assets. Then he'll turn it over to Mike McCabe, the CFO, to talk about the financial overview, and finally I'll finish with some comments about valuation and timeline going forward. Hal?

### Harlan H. Chappelle

Thanks, Jim and hello. We could not be more excited than to work with Jim Hackett and Silver Run II to build upon the value we've created and the progress that we've made in the STACK. We look forward to walking through this material with you today. Jim?

### James T. Hackett

Thanks, Hal. First, we'll talk about the introduction. When we went out to look for targets for Silver Run II, we had laid out investment criteria shown on slide 5, and both individually as an Upstream and Midstream company and collectively as an integrated platform, this transaction satisfies those criteria.

Turning to slide 6, this is the first pure play publicly-traded STACK company, which is I think very exciting for the investor community. It has everything we desired in terms of highly contiguous oil-weighted acreage, 120,000 acres in the core of the STACK at very attractive breakeven prices as you can see on the top of slide 6. We have 4,000-plus primary gross locations based on what we are currently doing. As a drilling and completion strategy, we have over 12,000 possible locations from down-spacing as well as additional zone penetration. Hal will go through more of that with you in a minute.

We have here a very seasoned cohesive, very experienced team in terms of what they've been doing for over a decade. This is unlike almost any other private company you can name. They have drilled over 200 horizontal STACK wells. They've survived several commodity cycles. They have industry-leading growth potential at approximately 130%. By virtue of combining the Midstream and Upstream, we have both flow assurance for constraining periods of time on all three liquids that we produce. We also produce better netbacks because of that position. And importantly, the purpose-built system that accommodates Alta Mesa also accommodates third-party volumes. We have 300,000 gross acres dedicated to that system in addition to the 120,000 acres – including, forgive me, the 120,000 acres that Alta Mesa has committed to this system.



GAGLIARDI_AMR-00000347

Company Name: Alta Mesa Holdings Lp
Company Ticker: 3499108Z U
Date: 2017-08-17
Event Description: Alta Mesa and Kingfisher
Midstream and Run Acquisition Corporation II Merger
Call - Pre-recorded

Market Cap: N.A.
Current PX: N.A.
YTD Change($): N.A.
YTD Change(%): N.A.

Bloomberg Estimates - EPS
   Current Quarter: N.A.
   Current Year: N.A.
Bloomberg Estimates - Sales
   Current Quarter: N.A.
   Current Year: N.A.

And we have, I think, tremendous advantages in terms of strategic positioning for consolidation down the road and a future opportunity to restructure the Midstream business into an MLP IPO, which I'll cover later in the presentation. Finally, Mike McCabe will talk more about the financial strength and flexibility, and we're very excited about the position we put ourselves in with regard to the balance sheet.

Turning to slide 7, in the middle of that slide, you'll see the multiples that we anticipate for the firm value relative to the EBITDAs for 2018 and 2019. And a little later in the presentation, I'll show you competitive data that indicates these are highly attractive multiples for each of the individual businesses. Importantly, to investors, the existing owners of Alta Mesa will roll a 100% of their equity position in Alta Mesa into this combination and are on the same side of the table as all of us, as well as the other owners of KFM are retaining significant equity stakes in the combined entity going forward.

Riverstone and its affiliates will invest at least $600 million of additional cash into the business and the anticipated closing is the fourth quarter of 2017, and then we'll talk more about that timeline in a minute.

On slide 8, we have the transaction summary we've arrayed for you in the upper-left portion the Sources and Uses statement. In the middle on the top is the implied firm value at $3.836 billion, and on the post-transaction ownership is on the upper-right portion is the legacy Alta Mesa owners, you can see in orange there at 37%, Riverstone in green at 22%, the rollover equity from the KFM owners is 14% and then the Legacy Silver Run II owners are at 27%.

So there is a major commitment here from the sellers to the future of the organization. On the bottom is a pro forma organizational chart. You can see that Hal and I are joined at the top; I'll be Executive Chairman, he will be the CEO. I'll also report to Hal running the Midstream business as COO, because we'll be losing that team after a transition period and we'll be building a team there to replace them. And then Mike Ellis will remain as COO of the Upstream business. Mike will be stepping down as Chairman of the combined company.

# Michael E. Ellis

Thanks, Jim. I'll be going over the Upstream and Midstream assets of this Enterprise. Let's start on page 10. As you can see on the map on the right, we've got a highly blocked up contagious acreage position up-dip oil window of the STACK. We have a durable asset. Not only do we have a resource that has three zones that we had de-risked and delineated, but we have a complete petroleum system of over a billion barrels of resource in the area. This is a redevelopment of the Sooner Trend field that we get to be a part of. Not only that, but we have infrastructure, water, gas, oil, saltwater disposal. And so we have an opportunity to be very systematic in development of this acreage. We've got a team that's been executing on this for quite a number of years together, as Jim indicated earlier.

We now have a multi-rig program. We've averaged six rigs through the bulk of this year, and we can scale up with confidence, because we have the disciplined processes, both on the front-end of drilling in terms of getting the land position together, in terms of defining where we want to drill, but then also in executing on that.

We have over 200 wells that we've drilled here and we've demonstrated the value, and we have confidence in the upside. As an illustration of that, at the end of the second quarter, we had drilled on the order of 200 wells; of those over a 160 wells were on production. And of that number, about a 114 had sufficient production history to give us confidence that at the end of this year, our year-end reserves will reflect better than 650,000 Boe.

Since our average lateral length is just under 4,700 feet, that equates to about a 140 Boe per lateral foot. That's an important metric, as we look and try to compare what this asset is to others in the basin, which very typically denominate their results in terms of a normalized 10,000 foot of lateral.

Let's move on to page 11. I talked about the team. The character of this team is we have major league players with relevant experience, who have worked together for a considerable amount of time.

We have capabilities in all assets of the operation, and we've got disciplined processes. Among those processes are the public company processes that are necessary the disciplines, if you will, the accountability of being a public company.



GAGLIARDI_AMR-00000348

| | | |
|---|---|---|
| Company Name: Alta Mesa Holdings Lp | Market Cap: N.A. | Bloomberg Estimates - EPS |
| Company Ticker: 3499108Z U | Current PX: N.A. | Current Quarter: N.A. |
| Date: 2017-08-17 | YTD Change($): N.A. | Current Year: N.A. |
| Event Description: Alta Mesa and Kingfisher | YTD Change(%): N.A. | Bloomberg Estimates - Sales |
| Midstream and Run Acquisition Corporation II Merger | | Current Quarter: N.A. |
| Call - Pre-recorded | | Current Year: N.A. |

For the last almost seven years, we've been a public reporter, because of the bonds that we've issued, and then we also issued new bonds last year. So, we're very comfortable with that. We're confident that we can execute in all aspects of this Enterprise.

So how did we get here? Page 12 is a history, if you will, in pictures. Mike Ellis founded our company in 1987 and early in the 1990s he was acquiring various pieces of acreage. In 1992, he was able to start the acquisition of large production units in the eastern side of Kingfisher County, which Conoco, Texaco and Exxon had been operating, but were exiting North America at that time in favor of other places.

So we entered in 1992. Through the next couple of decades, there has been a stewardship that's occurred. In mid-2000's, we began a program, while we were producing about a 1,000 barrels a day, we went through the process of drilling about 27 vertical wells, so that we can delineate other zones either shallower or deeper that could be prospective and could be the target of an additional development, whether horizontal or vertical at the time.

Consistently as we drilled those wells, we found that the Osage and the Meramec were prospective and productive in a commercial way. So, by the time we got into this decade, in 2012, we had a high level of confidence that we could begin horizontal drilling, and in 2012, we spud our first two wells. By the end of 2013, we had 13 wells that had flowed back and we had gone through two generations of well designs starting with 12 stages of fracs to 18 stages. And from a one completion configuration to a more advanced one.

We learned a lot during that period such that by 2014, we had confidence that this was a scalable program. And so, we began a process of acquiring additional acreage all around our initial footprint. And you can see that by the end of 2015, we had acquired over 70,000 net acres to our interest. By 2016, we had hit our stride in terms of having a de-risked and delineated acreage position in our view and we had disciplines in place and processes that allowed us to scale and operate in a development mode.

Let's move on to page 13, so we can look at basically the economics of this. I talked about how many wells we've drilled, our expectations of those and our confidence in those. On the upper-left hand part of this page, you can see the breakevens. We're below $30 per barrel and that's to achieve a 15% internal rate of return in terms of breakeven price. On the upper-right hand side, you can see the individual well returns, depending on which price deck that you might want to use that generate about 85% internal rate return even at a NYMEX strip.

Now, other stack operators have achieved good well head return here as well, and so there's been an enormous investment in drilling capital in the basin. This in turns as well as our development became an ideal backdrop for the growth of the Kingfisher Midstream operation.

So, to-date, as you can see on the lower-left hand side of the page, Kingfisher Midstream has acreage dedications of about 300,000 gross acres with a line of sight to over 500,000 gross acres. Now, this also has provided the opportunity for a substantial growth in third-party volumes, which Kingfisher Midstream has been able to begin and continue to grow. Finally, when it comes to the importance of Kingfisher Midstream to Alta Mesa, it's simply a strategic competitive advantage for us.

We've got a purpose-built system, that allows us to operate confidently in a multi-well development mode. We've got efficient processing. And we have access that's assured to the interstate markets, during a time where there could be periodic constraints due to the large-scale growth in the area.

So, how is this all build up? Let's summarize the overview here. On slide 14, you can see the NAV build up to about $7 billion based on 4,200 identified gross drilling locations that we'll describe. It's broken up so that we can distinctly illustrate to you the Upstream and the Midstream value components, and you can see this here on the page.

On the right side of the page, you can see, the growth opportunities that we see from additional down-spacing and other opportunities that Kingfisher could have through additional third-party development. Finally, we did make an acquisition, about a month ago we closed on it, and we have not included any of the locations that we believe could be drilled there in our tallies that show up on this stage. So we simply show you on the right-hand side of the page that that represents some upside.

GAGLIARDI_AMR-00000349

Company Name: Alta Mesa Holdings Lp
Company Ticker: 3499108Z U
Date: 2017-08-17
Event Description: Alta Mesa and Kingfisher
Midstream and Run Acquisition Corporation II Merger
Call - Pre-recorded

Market Cap: N.A.
Current PX: N.A.
YTD Change($): N.A.
YTD Change(%): N.A.

Bloomberg Estimates - EPS
   Current Quarter: N.A.
   Current Year: N.A.
Bloomberg Estimates - Sales
   Current Quarter: N.A.
   Current Year: N.A.

So, let's move on and focus down now on the Upstream a little bit more. First, on page 16. Simply, we're in a neighborhood where there is a lot of activity going on. Vigorous drilling around us, and even within our footprint, targeting both Oswego and the Mississippian-age Osage and Meramec.

On page 17, you get maybe even better sense of how well-established in a short period of time this play has gotten. Not too many years ago what you see on this map in NorthWestern Canadian County as listed as the Cana-Woodford was really the biggest extend of activity. In the time since then, a lot of drilling has occurred by Devon, Continental, Newfield, now Marathon, and certainly by Alta Mesa and some of the other private companies in the area. So there's a large density of wells here. We've only drilled 200 wells though so far, and there's a lot of room to run.

So, let's move on to slide 18. This shows the progress in mean well results that we've been able to achieve in a very short period of time by drilling intensely and purposely across about 300 square mile area here in Eastern Kingfisher County. We focused on a couple of keys. The first is, isolation between stages. Our first well design was a sliding sleeve configuration and we found that to be very effective and we had very good science behind our assessment of those wells.

We've gone to a plug-and-perf open-hole design and now we have high confidence in a very effective frac job. The next key is landing. We look for mechanical rock properties and reservoir properties that give us the best opportunity to find the most attractive reservoir and get a very effective frac job off. And then finally, the way that we steer our wells is very, very important. We have a dedicated team of geo-steerers that assure to the best of their ability that we stay within the zone that we're targeting, and that's given us a big part of the reason that we have been able to get consistent well results. So, you see here on this page, that we've gone through generations beginning with 12 stages, going on to 18, 24 and then 32 to 36, depending on how long the lateral is. And our next-generation design is likely to be a 100 foot frac stage spacing, meaning on the order at 45 to 48 stages for a one mile lateral or, if you will 4,800 foot lateral would be the typical target.

On page 19, there's some more detail here for you that shows you first the progress of well completions on the upper-left. Second, very importantly, the consistent production characteristics of our wells. We're in an area with hundreds of vertical wells that give us solid data upon which we can base our projections and our understanding of the Meramec and Osage system, as well as the Oswego above that. In the Meramec and Osage, as shown here on the lower left, we have early flow-back, which is almost entirely oil in terms of the hydrocarbons, would be flowing back water from the frac obviously. And then the GOR climbs over time. These production characteristics with the oil weighting being biased to the early years of the well give us good economics as well.

Let's move on to page 20, let's talk about our cost structure in some more detail. Relative to what our competitors in the area published as shown here, we have a fairly low cost per well. First, we have geologic advantages; we're shallow; we're naturally fractured; we have a simple well design. Second, we have a legacy infrastructure for water supply, water disposal, access to well sites, access to services. All those things combine together to give us a very good drilling time. And when we couple that with consistent deployment of rigs over a period of time, we can get efficiencies of process that we're taking advantage of today.

We think there's upside in our drilling and completion costs in terms of the opportunity that cut our costs, because we're going into more of the development mode and we'll be drilling multi-well pads where there's shared services, there's less mobilization time associated with that and the other advantages of scale.

Let's move on with just a little bit more specificity on the cost structure. On page 21, this shows the effects of our costs. First on the top, future development cost per PUD barrel, is shown here as very low, and we compare it to what others have published. Probably the most important measure on this page is the recycle ratio and you can see how we measure up compared to our competitors and the peers that we think are relevant as well as showing you what that additional benefit that will come to us from having an integrated midstream operation as part of the enterprise.

And then finally, on the lower right, you can see where our LOE per barrel ranks. Now, we see some tremendous upside in our ability to cut costs, our LOE costs as well from the same points that I made earlier about F&D costs. So the bottom line of our cost structure here is we've got durable operations, low F&D, high capital efficiency, and low

GAGLIARDI_AMR-00000350

Company Name: Alta Mesa Holdings Lp
Company Ticker: 3499108Z U
Date: 2017-08-17
Event Description: Alta Mesa and Kingfisher
Midstream and Run Acquisition Corporation II Merger
Call - Pre-recorded

Market Cap: N.A.
Current PX: N.A.
YTD Change($): N.A.
YTD Change(%): N.A.

Bloomberg Estimates - EPS
  Current Quarter: N.A.
  Current Year: N.A.
Bloomberg Estimates - Sales
  Current Quarter: N.A.
  Current Year: N.A.

lease operating expenses, with the opportunity to cut those costs with scale, very much a factor of robust infrastructure that we have. This goes back to one of the first points I made. We have highly contiguous acreage here, where we can scale with confidence and manage across a larger acreage footprint than simply one drilling unit at a time.

Now, let's talk about results. I describe them in terms of the type curve we expect at the end of last year, and I showed you other results earlier. But on page 22, one of the things we think is very important to communicate is how pervasive and extensive over this large area in the up-dip oil window, we have good well results. This table on the right hand side of the page is meant to help you with that and it shows you a number of wells. We highlight some key wells here as well. While we don't have audited reserves for our newer wells, we did think it relevant to give you some information in terms of the IP 30s of some recent wells, and so that's also listed on this page.

Let's move on to page 23 now. Those good well results, the very, very good cost structure, our confidence in the geology and our ability to execute all boil down to our ability to take on the development program that's shown here in a base case, if you will. So the graphic on the left side shows our base development plan.

We performed 11 spacing tests across our footprint; Continental, Newfield, Devon, Marathon have all described their spacing tests in the STACK as well. We have 11 spacing tests, 7 of which are on flow back, some of which for an extended period of time. These have given us insights that give us the confidence in a base case shown here. In this 550-foot plus or minus interval of the Meramec/Osage, there would be three benches, each bench would have four wells landed in there. So spacing of about, what you might call 160 acres or 1,500 feet between the laterals.

Ultimately, we seek to maximize discount and cash flow and we believe that this is going to be achieved with a combination of either further downspacing and/or optimized completion techniques, where we can get more of this at a more valuable basis.

How do we put this in perspective? One of the things that's helpful, there is on the order of 33 million barrels of oil to 35 million barrels of oil in place in the Meramec and Osage, on average, within a drilling unit across or a section or square mile across our acreage position. This base development plan in the Osage/Meramec recovers about 8% of that oil in place. That should be a good measure and a comparator to some of the other resource plays. It also gives us confidence that that combination of optimized well completions and/or additional wells, in other words downspacing will be profitable will be profitable to undertake.

Finally, we show the Oswego as a zone in which we have immense confidence of the development capability here. We show only two wells per drilling unit, in other words, a section square mile, although there are other operators within our footprint who are developing the Oswego with four wells per section.

The bigger picture really here, shown on page 24, and I've described this earlier, when I talked about the 1,100 foot thick section that's a major part of this petroleum system that is the Sooner Trend field area. Each of these zones that are listed here are commercially productive from vertical wells within our footprint, with the one exception, the Chester shale, which we believe could be a horizontal target, but which has not been to our knowledge a successful vertical target in time. We tried to provide you with a grid here that shows you how many wells we think per section could be prospective in these various zones.

Finally, this log that's on the left hand side of the graphic is a well log from a continuous section from a log in the Northern part of our acreage and it actually has some of the manning limestone that does show here and that's important since we're are flowing back our first manning horizontal after having over 200 manning vertical wells that have produced. So the bottom-line of this slide is, it's a petroleum system that works. There is a focus on an 1,100 foot thick multi-stack pay area, the three zones that we have the most confidence in are the Osage, Meramec and Oswego at this point in time, but we see every one of these zones as a potential target. This can be described in terms of the drilling inventory in page 25 to which I referred earlier.

On the left side of this page, you can see how the approximate 4,200 locations were identified in Meramec, Osage, and Oswego. The middle of the page reflects the potential for down spacing and/or increased effectiveness of completions. The right-hand side is our way of showing you the potential for further development of additional zones that we believe are perspective within our acreage footprint. Now, we can define the upstream opportunity in terms of this drilling

GAGLIARDI_AMR-00000351

**final**

Company Name: Alta Mesa Holdings Lp
Company Ticker: 3499108Z U
Date: 2017-08-17
Event Description: Alta Mesa and Kingfisher
Midstream and Run Acquisition Corporation II Merger
Call - Pre-recorded

Market Cap: N.A.
Current PX: N.A.
YTD Change($): N.A.
YTD Change(%): N.A.

Bloomberg Estimates - EPS
    Current Quarter: N.A.
    Current Year: N.A.
Bloomberg Estimates - Sales
    Current Quarter: N.A.
    Current Year: N.A.

inventory because of our demonstrated ability to execute.

Turning now to slide 26, we illustrate our growth in net acreage, net production, and proved reserves since we began horizontal development of our stack position. Please note the map on the right side of this slide, shows a recent acquisition in Major and Blaine counties. Our goal in acquisitions is to control good acreage of scale. Summarizing, the growth we've achieved gives us confidence in the continued execution and expected growth that we project.

Turning to page 27, in the broader STACK area, there is significant acreage that could be consolidated by operators such as ourselves. We believe that this combination with Jim, positions us to compete effectively for good opportunities. We have the advantage of a solid operations base, a scalable team with years of experience, and low cost structure, and the expertise to determine value in this area.

Now, moving on to page 29, to discuss the midstream assets. Kingfisher Midstream is an important part of our operation today and will be increasingly so in the combined enterprise. For want of capital, we would have built this ourselves a few years ago due to the growing functional constraints and inherent inefficiencies of older and legacy processing and gathering. As well as concerns of this basin might experience periodic near-term limitations to residue gas takeaway particularly to interstate markets.

Kingfisher affords us and other nearby operators with a purpose-built system to handle the larger volumes associated with multiple wells selling back from single pads. And to do so in a more efficient processing system giving us lower shrink, higher yields, and better economics.

As I alluded a moment ago, Kingfisher gives us well insurance, it is physically positioned to connect directly to interstate markets by Panhandle Eastern to access Midwest and Gulf Coast markets, as well as OGT for access to western interstate markets.

Importantly, we have firm transport rights on both of these interstate systems which also makes us more competitive as we consider potential acquisitions. Since commissioning just a year ago, Kingfisher has systematically grown its customer base to include several other operators besides Alta Mesa, and we believe this will be an increasingly important and valuable part of the midstream business.

Let me now turn this over for a moment to Jim, so he can discuss the broader vision for our midstream operations. Jim?

## James T. Hackett

On slide 30, we just are trying to portrait here the valuation arbitrage that exists between the margin that is in KFM, within the EMP business as a combined entity and then eventually, as an MLP entity restructured out of the EMP entity, where we control the GP interest. And what you are – is very similar to all of you is the multiple step-up that you get from the upstream medium 7.5 times to midstream medians of 13.7 times EBITDA and eventually to the GP interest of 25.3 times EBITDA.

On the lower left, we've just taken an illustrative EBITDA of call it $1.0, and just showing that step-up in terms of the multiples applied to that investment or that value, that implied value on those various multiples. And so, we take the KFM EBITDA projection in 2019 estimated of $318 million and we rolled that over to the right under the illustrative midstream value creation and you have the value of that EBITDA in the margin in the upstream of $2.4 billion increasing by $1.96 billion with the MLP issuance, which is currently anticipated in the first part of 2019, to create an MLP value fully distributed at $4.35 billion, and that eventually several years later issuing a GP into a public entity and getting an uplift of some $924 million, and that amounts to a total of $5.275 billion for the value of that total margin. Comparing that against the $2.39 billion that is within the combined entity at the beginning, you can see the uplift represents nearly $3 billion and that is approximately 80% of the combined purchase price of these entities of $3.8 billion essentially paying for a large portion of the merger.

## Harlan H. Chappelle

Bloomberg

GAGLIARDI_AMR-00000352

| Company Name: Alta Mesa Holdings Lp | Market Cap: N.A. | Bloomberg Estimates - EPS |
| Company Ticker: 3499108Z U | Current PX: N.A. | Current Quarter: N.A. |
| Date: 2017-08-17 | YTD Change($): N.A. | Current Year: N.A. |
| Event Description: Alta Mesa and Kingfisher | YTD Change(%): N.A. | Bloomberg Estimates - Sales |
| Midstream and Run Acquisition Corporation II Merger | | Current Quarter: N.A. |
| Call - Pre-recorded | | Current Year: N.A. |

Thanks, Jim. On slide 31, you can see the existing infrastructure. Kingfisher Midstream today has 60 million cubic feet a day of processing in the center of our acreage. It's currently undergoing an expansion of 200 million a day for a total of 260 million a day of processing. And that will be done by the end of this year.

There's about 250 miles of low-pressure gathering line, and about 75 miles of high-pressure gathering line here. We have significant field compression and there's crude storage in the middle of the field here.

On page 32, there is even more detail for you to refer to here on natural gas, NGLs and crude aspects of this Kingfisher Midstream enterprise. You can see in terms of takeaway on the gas side, we have 120 a day of FT on Panhandle Eastern and 50 million a day of FT on OGT. That 50 million a day is going to increase to 125 million a day in June of next year.

For NGLs, there's about 41,000 barrels of capacity on the Chisholm line. And for crude, today we're trucking our crude from the central gathering system to Cushing, but we have several opportunities to interconnect to pipelines direct into Cushing which gives us additional advantages in terms of both net debt price and in terms of reliability.

Finally on page 33, Kingfisher Midstream is well positioned to gather and process increasing volumes from the play as it moves to the west. Notably as we move to the west in this play, gas volumes do increase. So let me turn it over now to Mike McCabe, our CFO as he goes through the financials of this new enterprise.

## Michael A. McCabe

Turning to page 35, obviously this will become a major deleveraging event for Alta Mesa Resources. It will create a zero net debt on our balance sheet and provide us with excellent pro forma liquidity to execute the development plan in the STACK and Kingfisher County. Our intent is to manage through a 1.0 times debt to EBITDAX ratio with a 1.5 times to 2.0 times guardrails on a situational basis.

This will allow Alta Mesa Resources to have positive cash flow from operations as early as 2019 and to continue to maintain a simplified balance sheet with our revolver and senior unsecured bonds.

Turning to page 36, our 2017 CapEx budget is $458 million, which includes $108 million of funds from Bayou City Drilling JV. KFM will complete the expansion of this facility to $260 million a day capacity, which is included in their $120 million CapEx budget remaining for 2017, and we expect to grow from currently at 6 rigs to 10 rigs by the end of 2018. Also our hedges are summarized at the bottom of page 36. We will continue to be disciplined, but active in our hedge program and protecting our revenues going forward.

Turning to page 38, which is a summary of financial projections for the future. We are expecting a three times growth in net daily production to approximately 65,000 BOE per day in 2019 and a 5x growth in EBITDAX over the same period. And again, we will go positive free cash flow from operations in 2019, while we create, maintain, sufficient liquidity to fund our development plan as summarized in the middle section of the bottom bar in page 38.

## James T. Hackett

On slide 39, we have the first of two valuation pages. This is just for the upstream portion of the merger and you can see in the upper left firm value as a multiple of 2018 EBITDA, and of course, it looks very attractive relative to the peer group. And then 2019 gets even better and that's because the growth rate in the lower right portion of this slide. And then if you look on the bottom-left portion, all we've done here is tried to give you comparables for the Anadarko Basin for acquisitions on a net acreage basis.

Turning to Page 40, we've done the same for KFM. So, if you look at the midstream multiples of 2018 and 2019 EBITDA, the firm value for this transaction is highly attractive relative to those entities from the lower left portion of the graph and then when you take the combined company's both upstream and midstream, you can see that that growth rate not surprisingly captures both of these slides in terms of combining the two and matches what we had told you

Bloomberg

GAGLIARDI_AMR-00000353

Company Name: Alta Mesa Holdings Lp
Company Ticker: 3499108Z U
Date: 2017-08-17
Event Description: Alta Mesa and Kingfisher Midstream and Run Acquisition Corporation II Merger Call - Pre-recorded

Market Cap: N.A.
Current PX: N.A.
YTD Change($): N.A.
YTD Change(%): N.A.

Bloomberg Estimates - EPS
Current Quarter: N.A.
Current Year: N.A.
Bloomberg Estimates - Sales
Current Quarter: N.A.
Current Year: N.A.

earlier in the presentation.

On Slide 41, we're just showing the anticipated transaction timeline. On Page 42, just to summarize what we see in this opportunity in front of us for a pure-play STACK company is a world class asset. So we've got great rocks, we've got great technical tools, great people, and a great track record with high growth in front of us. We put together our midstream business that provides us defensive and offensive capabilities in terms of both internally growing our business as well as consolidating those around us and a potential financial restructuring of that midstream business, that I've spoken to you earlier about is incredibly compelling in terms of the upside for our investors. We'll have financial strength and flexibility to execute the business plan through this current down cycle and we'll still be, end-up being positive cash flow wise in 2019.

With that, I'll end the formal presentation. Hal and I will look forward to seeing all of you in the near future. We couldn't be more excited about this opportunity in front of us. Thank you.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

*©COPYRIGHT 2017, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

GAGLIARDI_AMR-00000354

# PX 287

| From: | Dodds Williamson; Chelsea <cwilliamson@riverstonellc.com> on behalf of "Dodds Williamson, Chelsea" <cwilliamson@riverstonellc.com> |
|---|---|
| Sent: | Thu, 17 Aug 2017 13:54:43 +0000 (UTC) |
| To: | "Staudinger, John" <jstaudinger@riverstonellc.com> |
| Cc: | "Wang, Kevin" <KWang@riverstonellc.com>; "Babaria, Neil"<NBabaria@riverstonellc.com> |
| Subject: | Re: can someone send me the alta mesa prez that was published asap |

Hopefully the sponsor shares were buried pretty well too.

On Aug 17, 2017, at 8:53 AM, Staudinger, John <jstaudinger@riverstonellc.com> wrote:

Got it. those facts ring a bell on shares and warrants. You guys did one helluva job burying the earnout in the presentation... I mean, I only saw a footnote referencing an earn out and nothing else.

**From:** Wang, Kevin
**Sent:** Thursday, August 17, 2017 9:51 AM
**To:** Staudinger, John; Dodds Williamson, Chelsea; Babaria, Neil
**Subject:** RE: can someone send me the alta mesa prez that was published asap

Correct on the $600mm of primary shares. $200mm is going in today. $400mm going in at closing through the forward purchase agreement that was agreed at IPO.

We get 25.875mm sponsor shares at closing. This is 25% of the shares issued in the IPO (103.5mm shares) or 20% of IPO shares post-dilution from sponsor shares.

We have 15.133mm warrants from funding startup costs. With the $400mm forward purchase agreement we will also acquire 13.333mm warrants. Warrants are struck at $1.50 and are trading at about $2.00 (moving a bit this morning).

Yes, there is a $1bn earnout. This will be paid in shares from the company (so dilution is to everybody, not just RSH). $250mm worth of shares issued at once stock reaches $14, $16, $18, and $20. Earnout is split between KFM and AM. KFM's earnout is $100mm at $14 and $16. The rest is AM's ($800mm).

**From:** Staudinger, John
**Sent:** Thursday, August 17, 2017 8:44 AM
**To:** Wang, Kevin; Dodds Williamson, Chelsea; Babaria, Neil
**Subject:** RE: can someone send me the alta mesa prez that was published asap

Thx. What's the day 1 riverstone math?

We have $600mm of primary shares and how many of sponsor shares? Just trying to get to day 1 mark.

Isn't there like a billion of earnout?

**From:** Wang, Kevin
**Sent:** Thursday, August 17, 2017 9:37 AM
**To:** Staudinger, John; Dodds Williamson, Chelsea; Babaria, Neil
**Subject:** RE: can someone send me the alta mesa prez that was published asap

Exhibit
CP- 0246
3/28/2023
Wang

RIVERSTONE_SDTX00024264

Attached.

**From:** Staudinger, John
**Sent:** Thursday, August 17, 2017 8:33 AM
**To:** Dodds Williamson, Chelsea; Babaria, Neil; Wang, Kevin
**Subject:** can someone send me the alta mesa prez that was published asap

Have an investor meeting in 30 min and I bet that will be the focus. The one on the SEC has individual slides posted and is unmanageable. thx

John Staudinger
Riverstone Holdings LLC

712 Fifth Avenue, 36th Floor
New York, NY 10019
Office: 212-993-0094

RIVERSTONE_SDTX00024265