**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: ALTA MESA RESOURCES, INC. SECURITIES LITIGATION CAMELOT EVENT DRIVEN FUND, A SERIES OF FRANK FUNDS TRUST, et al. § § § §<br>    Plaintiff(s), §<br> § CIVIL ACTION NO. 4:19−cv−00957<br> §<br>ALTA MESA RESOURCES, INC., et al. §<br> §<br>    Defendant. § | |

## NOTICE OF SETTING

A Pre−Motion Conference has been set in this matter for 01:00 PM on 2/21/2024. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1613328897?pwd=Y3lsQjFMNVBmSGVFNXJZbEdGaE9HUT09*
Meeting phone number: 16692545252
Meeting ID: 161 332 8897
Meeting Password: 504922

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 2/20/2024                                  Byron Thomas
                                                              cm4147@txs.uscourts.gov
                                                              Case Manager to
                                                              U.S. District Judge George C. Hanks, Jr.