# HEARING MINUTES

Cause No:       4:19-CV-957

Style:          Camelot Event Driven Fund, A Series of Frank Funds Trust v. Alta Mesa Resources, Inc. f/k/a Silver Run Acquisition Corporation II et al

Hearing Type:   Status conference

**Appearances:**

| Counsel | Representing |
|---|---|
| Christopher Darnell Porter | Don Dimitrievich; HPS Investment Partners, LLC |
| Courtney C. Whang | Don Dimitrievich; HPS Investment Partners, LLC |
| Melanie Guzman | Don Dimitrievich; HPS Investment Partners, LLC |
| Michael J. Hampson | Alyeska Plaintiffs; Orbis Plaintiffs |
| Andrew J. Entwistle | FNY plaintiffs; Paul Burbach |
| James Christian Word | Alta Mesa Resources, Inc. and certain of its current and former officers and directors; Riverstone Holdings, Inc. |
| Trig R. Smith | Plumbers and Pipefitters National Pension Fund |

Date: February 21, 2024  　　　　　　　Court reporter: ERO
Time: 1:31 p.m.—2:18 p.m.  　　　　　　Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

The Court held a status conference.

Defendants' request for a continuance of the April 12, 2024 docket call and June trial setting [Dkt. 660] is respectfully **DENIED**.

The request by certain defendants for oral argument on their motions for summary judgment [Dkt. 641] is respectfully **DENIED**.

The Court will hold another status conference **on March 8, 2024 at 1:00 p.m., by video.**

Join ZoomGov Meeting
https://www.zoomgov.com/j/1605529319?pwd=U2dkeFgzSnRNSmp3VWZVMU9IRW9Pdz09

Meeting ID: 160 552 9319
Passcode: 329646
Dial-in: 1-669-254-5252