# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION

Case No. 4:19-cv-00957

Judge George C. Hanks, Jr.

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL CORRECTED APPENDICES OF EXHIBITS IN SUPPORT OF DEFENDANTS' *DAUBERT* MOTIONS**

The Court having considered Defendants' Unopposed Motion to File Under Seal Defendants' Corrected *Daubert* Appendices of Exhibits, and Proposed Order in Support of Same, IT IS HEREBY ORDERED that Defendants' Motion to Seal is GRANTED.

**Signed On**_____

**George C. Hanks, Jr.**
**United States District Judge**