United States District Court
Southern District of Texas
**ENTERED**
February 27, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957 |

## ORDER GRANTING CLASS PLAINTIFFS' UNOPPOSED MOTION TO SEAL THEIR FEBRUARY CONFIDENTIAL FILINGS

Having considered Class Plaintiffs' Motion to Seal Their (1) Motion for Separate Trials of the Class Action and the Individual Actions and accompanying declaration and exhibits (Dkt. 659), (2) Reply in Further Support of Motion to Strike the KPMG Memo (Dkt. 663), and (3) Declaration of Andrew J. Entwistle and accompanying exhibits (Dkt. 661), and for good cause shown, the motion to seal is **GRANTED.**

Class Plaintiffs are hereby given leave to file unredacted copies of their February Confidential Filings under seal.

Signed this   26th   day of    February    ,  2024  .

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE