United States District Court
Southern District of Texas
**ENTERED**
February 27, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |

### ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL CORRECTED APPENDICES OF EXHIBITS IN SUPPORT OF DEFENDANTS' *DAUBERT* MOTIONS

The Court having considered Defendants' Unopposed Motion to File Under Seal Defendants' Corrected *Daubert* Appendices of Exhibits, and Proposed Order in Support of Same, IT IS HEREBY ORDERED that Defendants' Motion to Seal is GRANTED.

**Signed On** February 26, 2024

_____
**George C. Hanks, Jr.**
**United States District Judge**