United States District Court
Southern District of Texas
**ENTERED**
February 27, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO FILE UNDER SEAL THE CORRECTED DECLARATION OF J. CHRISTIAN WORD AND ACCOMPANYING EXHIBITS IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**

The Court having considered the Unopposed Motion to File Under Seal the Corrected Declaration J. Christian Word and supporting exhibits in support of their Motions for Summary Judgment in support of same of Defendants Alta Mesa Resources, Inc., Riverstone Holdings, LLC, Harlan H. Chappelle, Stephen S. Coats, Michael E. Ellis, William D. Gutermuth, James T. Hackett, David M. Leuschen, Pierre F. Lapeyre, Jr., Donald R. Sinclair, Ronald J. Smith, Jeffrey H. Tepper, Thomas J. Walker, and Diana J. Walters ("Defendants"), and for good cause shown, IT IS HEREBY ORDERED THAT Defendants' Motion to Seal is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court is directed to place the unredacted versions of the Corrected Declaration of J. Christian Word and the supporting appendices and exhibits in support of the Motion under seal, without further order of the Court.

It is so ORDERED.

**Signed On** ___February 26, 2024___

_____
**George C. Hanks, Jr.**
**United States District Judge**