# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr |

**SUMMARY NOTICE OF PENDENCY OF CLASS ACTION**

**TO: (1) ALL PERSONS AND ENTITIES WHO HELD SHARES OF ALTA MESA (SILVER RUN II) COMMON STOCK AND/OR SILVER RUN II UNITS ON JANUARY 22, 2018; AND (2) ALL PERSONS AND ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED SECURITIES OF ALTA MESA / SILVER RUN II FROM AUGUST 16, 2017 THROUGH MAY 17, 2019, INCLUSIVE (THE "CLASS PERIOD").**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of Texas (the "Court") that a class action lawsuit is now pending in the Court under the above caption (the "Action") against (i) Alta Mesa Resources, Inc. f/k/a Silver Run II ("AMR"), (ii) Riverstone Holdings, LLC, (iii) HPS Investment Partners, LLC, (iv) Bayou City Energy Management, LLC, (v) ARM Energy Holdings, LLC and (vi) certain current and former officers and directors of AMR. The Action has been certified by the Court to proceed as a class action on behalf of individuals and entities meeting the precise definition below (the "Class" and "Class Members").

THIS NOTICE IS NOT A SETTLEMENT NOTICE AND YOU ARE NOT BEING ASKED TO SUBMIT A CLAIM AT THIS TIME. NO ACTION ON YOUR PART IS REQUIRED. HOWEVER, IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THIS ACTION.

This is a securities class action against Defendants for alleged violations of the federal securities laws. Class Representatives allege that certain Defendants made material misrepresentations and omissions of material facts in the Definitive Proxy Statement ("Proxy") issued in connection with the Business Combination in which Silver Run II "De-SPAC'd," acquiring Alta Mesa Holdings and Kingfisher Midstream and changing its name to Alta Mesa Resources, Inc. Class Representatives also allege that certain Defendants made material misrepresentations and omissions of material facts in other public statements during the Class Period. Defendants deny the allegations of wrongdoing asserted in the Action and deny any liability whatsoever to any members of the Class.

By an order granting Plaintiffs' Motion for Class Certification dated January 24, 2022, the Court certified the following class (the "Class"):

> (a) All persons and entities that held shares of Alta Mesa (Silver Run II) common stock (CUSIP 02133L109; ticker "SRUN"), and/or Silver Run II Units ("Silver Run Units") (CUSIP 82812A202; ticker "SRUNU") on the January 22, 2018 record date that were entitled to vote on Alta Mesa's proposed transaction with AMH and Kingfisher (the "Section 14a Class Members");
>
> (b) All persons and entities that purchased or otherwise acquired Alta Mesa (Silver Run II) common stock (CUSIP 02133L109; ticker "SRUN"), Alta Mesa (Silver Run II) warrants (CUSIP 02133L117; ticker "SRUNW"),

and/or Silver Run II Units ("Silver Run Units") (CUSIP 82812A202; ticker "SRUNU") on or after August 16, 2017 and prior to the closing of the Business Combination on February 9, 2018 (the "Silver Run Class Members");

and

(c) All persons and entities that purchased or otherwise acquired Alta Mesa common stock (CUSIP 02133L109; ticker "AMR") or Alta Mesa warrants (CUSIP 02133L117; ticker "AMRWW") (other than those automatically converted from Silver Run Units by operation of the Business Combination) between the February 9, 2018 closing of the Business Combination and May 17, 2019 (inclusive) (the "Alta Mesa Class Members").

(Dkt. No. 241).  Certain individuals and entities are excluded from the Class.  (Dkt. No. 241).

A full Notice of Pendency of Class Action (the "Notice") is available at [**NOTICE/CLASS WEBSITE**].  If you believe you may be a member of the Class and you would like a printed copy of the Notice, you may request one from:

> Alta Mesa Securities Litigation
> c/o JND Legal Administration
> P.O. Box [Address]
> [Email Address]
> [Phone]

If you are a Class Member, you have the right to decide whether to remain a Class Member.  ***If you want to remain a Class Member, you do not need to do anything at this time other than to retain your documentation reflecting your transactions and holdings in securities of Alta Mesa/Silver Run II***.  If you are a Class Member and do not exclude yourself from the Class, you will be bound by the proceedings in the Action, including all past, present and future orders and judgments of the Court, whether favorable or unfavorable.  If you move, or if the Notice was mailed to an old or incorrect address, please send the Notice Administrator written notification of your new address.

As a member of the Class you will be represented by Class Counsel, who are listed below.

| ENTWISTLE & CAPPUCCI LLP | ROBBINS GELLER RUDMAN & DOWD LLP |
|---|---|
| Andrew J. Entwistle | Trig Smith |
| 500 W. 2nd Street, Suite 1900 | 655 West Broadway, Suite 1900 |
| Austin, TX  78701 | San Diego, CA  92101 |
| Tel.: (512) 710-5960 | Tel.: (619) 231-1058 |

If you would like to remain part of the Class but be represented separately, you may hire your own attorney at your expense.

If you ask to be excluded from the Class, you will not be bound by any order or judgment of this Court in this Action; however you will not be eligible to receive a share of any funds which might be recovered for the benefit of the Class. To exclude yourself from the Class, you must submit a written request for exclusion **postmarked no later than forty-five (45) days from the date of this publication,** in accordance with the instructions set forth in the Notice.

**Further information regarding this matter may be obtained by writing to the Notice Administrator at the address provided above.**

     **PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.**

DATED:                  BY ORDER OF THE COURT
                                       UNITED STATES DISTRICT COURT
                                       SOUTHERN DISTRICT OF TEXAS