# EXHIBIT C

| **Court-Ordered Legal Notice** **Forwarding Service Requested** *Important Notice about a Pending Securities Class Action* *This Notice may affect your legal rights* *Please read it Carefully* | JND Legal Administration [Address] *In Re Alta Mesa Resources, Inc. Sec. Litig.,* Case No. 4:19-cv-00957 (S.D. Tex.) Case Pending in the U.S. District Court for the Southern District of Texas | **Presorted** **First Class Mail** **U.S. Postage PAID** **[CITY]** **Permit No. [ ]** **[WEBSITE QR CODE]** |
|---|---|---|
| | | |

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.**

*In Re Alta Mesa Resources, Inc. Securities Litigation*, Case No. 4:19-cv-00957 (S.D. Tex.)
THIS CARD PROVIDES LIMITED INFORMATION ABOUT THE SETTLEMENT.
VISIT [**WEBSITE**] OR CALL [**NUMBER**] FOR MORE INFORMATION.

**If you: (1) held shares of Alta Mesa (Silver Run II) common stock and/or Silver Run II Units on January 22, 2018; and/or (2) purchased or otherwise acquired securities of Alta Mesa / Silver Run II from August 16, 2017 through May 17, 2019, inclusive, your rights might be affected by the above-captioned Class Action.**

THIS IS NOT A SETTLEMENT NOTICE – THERE IS NO SETTLEMENT AND YOU ARE NOT BEING ASKED TO SUBMIT A CLAIM FORM.

The precise definition of the Class has been set by the Court and is available at [**Settlement Website**]. If you are a Class Member, you have the right to decide whether to remain a Class Member. *If you want to remain a Class Member, you do not need to do anything at this time other than to retain your documentation reflecting your transactions and holdings in securities of Alta Mesa / Silver Run II*. If you are a member of the Class and do not exclude yourself, you will be bound by the proceedings in the Action, including all past, present, and future orders and judgments of the Court, whether favorable or unfavorable. If you move, or if this card was mailed to an old or incorrect address, please send the Notice Administrator written notification of your new address.

If you ask to be excluded from the Class, you will not be bound by any order or judgment of the Court in this Action; however you will not be eligible to receive a share of any funds which might be recovered for the benefit of the Class. To exclude yourself from the Class, you must submit a written request for exclusion **postmarked no later than forty-five (45) days from the time of mailing of this Notice,** in accordance with the instructions set forth at [**Administrator's Website**].

The Class is represented by Andrew J. Entwistle, Entwistle & Cappucci LLP, 500 W. 2nd St., Suite 1900, Austin, TX 78701, (512) 710-5960, and Trig Smith, Robbins Geller Rudman & Dowd LLP, 655 W. Broadway, Suite 1900, San Diego, CA 92101, (619) 231-1058.

**NOTICE TO SECURITIES BROKERS AND OTHER NOMINEES:** If you acquired and/or held relevant Alta Mesa/Silver Run securities for the benefit of an individual or entity other than yourself, you are directed, **by order of the Court** to visit the Administrator's website or contact the Administrator within 7 days for instructions on how to disseminate this information to the beneficial owners.