# EXHIBIT D

«PrintedNotéeDate»

«FirstName» «LastName»
«Company»
«Addr1»
«Addr2»
«City», «State» «ZIP»«FCountry»

Re: *In re Alta Mesa Resources, Inc. Securities Litigation*, Case No. 4:19-cv-00957 (S.D. Tex.)

Dear «GENDER» «LastName»:

Please find enclosed the Postcard Notice of Pendency of Class Action for *In re Alta Mesa Resources, Inc. Securities Litigation*. Please note both the relevant periods and the designated eligible securities described on the Postcard Notice, specifically the inclusion of persons or entities who (i) held shares of Alta Mesa (Silver Run II) common stock and/or Silver Run II Units on January 22, 2018; and (ii) purchased or otherwise acquired Alta Mesa/ Silver Run II Securities from August 16, 2017 through May 17, 2019, inclusive, subject to certain exclusions. In addition, **the Postcard Notice provides that the Exclusion Deadline is [date 45 days after mailing notice].**

Brokers and nominees who held Silver Run II common stock and/or Silver Run II Units on January 22, 2018 and/or purchased or otherwise acquired Alta Mesa/Silver Run II Securities between August 16, 2017 and May 17, 2019, inclusive, for the beneficial ownership of another are requested to send a list of the names and addresses (and email addresses where available) of such beneficial owners to JND Legal Administration (the "Notice Administrator") at www.jndla.com or Alta Mesa Securities Litigation, Notice Administrator, c/o JND Legal Administration, _____, _____, _____ no later than seven (7) days after receipt of notice of this Litigation. The Notice Administrator will thereafter email or mail copies of the Postcard Notice directly to all such beneficial owners. Brokers and nominees that prefer to mail or email Postcard Notices themselves may request the required number of Postcard Notices from the Notice Administrator. Class Counsel will reimburse the reasonable and actually incurred costs of preparing a list of the names, addresses and email addresses (where available) of such beneficial owners or mailing or emailing such Notice. Reasonable out-of-pocket expenses actually incurred in connection with the foregoing includes up to $0.03 for providing names, addresses, and email addresses to the Notice Administrator per record; up to a maximum of $0.03 per Postcard Notice mailed by you, plus postage at the rate used by the Notice Administrator; or $0.03 per Postcard Notice sent by email.

Additional copies of the appropriate documents may be requested by contacting us at the above address and/or phone number. If we conduct the necessary mailing on your behalf, please submit names and addresses either via email to _____, via CD-Rom to the above address or contact _____ to obtain secure FTP transmission instructions. Mailing labels will be accepted, but you may be requested to provide an additional copy of the address information you send. Do not include any confidential information that should not appear on a mailing label.

The data provided must be in one of the following formats:
- ASCII Fixed Length file
- ASCII Tab Delimited file
- Microsoft Excel spreadsheet

Your request must also specify the case name and Control Total(s) (for example, the total number of name and address records provided) for each file submission. If you have any questions, please email _____.

Sincerely,

_____