UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957 |

**DECLARATION OF ANDREW J. ENTWISTLE IN SUPPORT OF CLASS PLAINTIFFS' MOTION FOR SEPARATE TRIALS OF THE CLASS ACTION AND THE INDIVIDUAL ACTIONS PURSUANT TO FED. R. CIV. P. 42(b)**

I, Andrew J. Entwistle, declare as follows:

1. I am a Partner at the law firm Entwistle & Cappucci LLP, counsel for Class Plaintiffs and Court-Appointed Co-Class Counsel. I am a member of the State Bar of Texas and am admitted to practice before this Court.

2. I respectfully submit this declaration in support of Class Plaintiffs' Motion for Separate Trials of the Class Action and the Individual Actions Pursuant to Fed. R. Civ. P. 42(b).

3. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

4. Attached hereto are true and correct copies of the following documents:

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| Ex. A | Excerpt of Deposition Transcript of Jonathan Berger dated July 13, 2023 |
| Ex. B | Excerpt of Deposition Transcript of Alec Cutler, in his individual capacity and as a 30(b)(6) designee of Orbis, dated July 14, 2023 |

2

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| **Ex. C** | ██████████████████████████ |
| **Ex. D** | ██████████████████████████ |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 14, 2024, in Austin, Texas.

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle

## CERTIFICATE OF SERVICE

I certify that the foregoing has been served under seal via the Court's ECF system, and a copy has been served via email to counsel for all parties on February 14, 2024.

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle