# EXHIBIT A

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
 2                      HOUSTON DIVISION
 3    IN RE:
 4    ALTA MESA RESOURCES,          Civil Action No.
      INC. SECURITIES               4:19-cv-00957
 5    LITIGATION
      _____
 6    ALYESKA MASTER FUND,
      L.P., ALYESKA MASTER
 7    FUND 2, L.P., and
      ALYESKA MASTER FUND 3,
 8    L.P.,
                  Plaintiffs,
 9       v.                         Case No.
      ALTA MESA RESOURCES,          4:22-cv-01189
10    INC., f/k/a SILVER RUN
      ACQUISITION CORPORATION
11    II; RIVERSTONE HOLDINGS,
      LLC; ARM ENERGY
12    HOLDINGS, LLC; BAYOU
      CITY ENERGY MANAGEMENT,
13    LLC; HPS INVESTMENT
      PARTNERS, LLC; JAMES T.
14    HACKETT; HARLAN H.
      CHAPPELLE; WILLIAM
15    GUTERMUTH; JEFFREY H.
      TEPPER; DIANA J.
16    WALTERS; MICHAEL E.
      ELLIS; RONALD SMITH; DON
17    DIMITRIEVICH; PIERRE F.
      LAPEYRE, JR.; DAVID M.
18    LEUSCHEN; WILLIAM W.
      McMULLEN; DONALD
19    SINCLAIR; STEPHEN COATS;
      and THOMAS J. WALKER,
20                Defendants.
      ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
21
                 VIDEOTAPED DEPOSITION OF
22                    JONATHAN BERGER
23
24
25
```

Page 2

VIDEOTAPED DEPOSITION OF

JONATHAN BERGER

July 13, 2023

9:41 a.m. Central

Latham & Watkins

330 North Wabash Avenue

Chicago, Illinois

Stenographically Reported By:

Deanna Amore - CRR, RPR, CSR - 084-003999

[PAGES INTENTIONALLY OMITTED]

Page 181

1    Q.   I'll read it aloud in full.  It provides,
2    in quote, "The concentration of Kingfisher's
3    operations in this region increases Kingfisher's
4    exposure to unexpected events that may occur in
5    this region, such as natural disasters or labor
6    difficulties."
7         Do you see that full quote?
8    A.   I do.
9    Q.   And did you read it at the time?
10   A.   Same as previous sentence.  I don't recall    13:51:21
11   reading this specific sentence at the time.
12   Presume yes.
13   Q.   But you don't recall?
14   A.   Don't recall.
15   Q.   And fair to say you don't recall anything
16   specific about it?
17   A.   I don't recall anything specific about it.
18   Q.   Were you making any investment decisions
19   in January 2018 based on this language about
20   potential risks?                                   13:51:44
21   A.   Can't speculate.  Don't have, like,
22   context of remember reading this.  So wouldn't want
23   to -- wouldn't want to say either way.
24   Q.   So, I guess, flipping ahead, to jump back,
25   it's page 309.  I've got another line I want to

Page 182

1   look at with you there, please, and this is in
2   reference to a percentage of Kingfisher's revenues
3   being derived from production out of wells.  Do you
4   see some language to that effective?
5           The percentage is 96.9 percent.
6       A.  For 2016, yep, see it.
7       Q.  Okay.  So the language, I believe, is
8   "96.9 percent of Kingfisher's revenue was derived
9   from production out of wells operated by
10  Alta Mesa."                                          13:52:41
11          Do you see that?
12      A.  I do.
13      Q.  And did you read that in January of 2018?
14      A.  Don't recall.
15      Q.  So then do you recall anything about this
16  language that's memorable to you from
17  January of 2018?
18      A.  Nothing -- there's nothing memorable from
19  the proxy statement, no.
20      Q.  Okay.  In January of 2018 at Alyeska were    13:53:03
21  you basing investment decisions off of this
22  language?
23      A.  Can't speculate because don't recall
24  reviewing this specific line from the proxy.
25      Q.  Okay.  So flipping back to page 70 of the

[PAGES INTENTIONALLY OMITTED]

Page 190

1   practices, you presume you've read it.  Do you
2   presume you read it word for word?
3       A.   This document?  I don't know.  I don't
4   recall.
5       Q.   Well, what's your general practice?
6       A.   Depends.  Some we read word for word and
7   others not always word for word.
8       Q.   So if your general practice is to
9   sometimes read word for word but not always, then
10  you can't say for sure you read this in full, can          14:02:13
11  you?
12      A.   I don't recall.
13      Q.   Okay.  Let's take a look at page 15,
14  please.
15           If you look towards the top -- sorry.  Are
16  you there?
17      A.   Yes.
18      Q.   Okay.  Great.  Thanks.
19           If you look at the top of the -- towards
20  the top of the page, at least, it's under some              14:02:52
21  bolded, italicized text.  I see a paragraph that
22  starts off with "Our operations involve the use
23  of."
24      A.   Yes.
25      Q.   So I'll just read it aloud for the record.

[PAGE INTENTIONALLY OMITTED]

Page 192

1   A.   Don't specifically recall reading this
2   exact sentence.
3   Q.   So you don't have any independent
4   recollection of these words on a page at the time
5   the filing was issued?
6   A.   Independent recollection, other than just
7   reading it in the proxy a minute ago, no
8   independent recollection.
9   Q.   Okay.  Thank you.
10       So at this point in time, then,                14:04:20
11  March 29 of '18, Alyeska has invested in AMR.  Were
12  you basing investment decisions for Alyeska on the
13  language that we've just read?
14  A.   I wouldn't speculate just given I don't
15  recall exactly reading these sentences.  So I can't
16  comment.
17  Q.   And then at the end of that bulleted list,
18  the next paragraph, you see it starts
19  "In addition"?
20  A.   Yes.                                           14:04:46
21  Q.   All right.  I'll just read aloud again for
22  the record.
23       It says "In addition, certain of the new
24  techniques we are adopting may cause irregularities
25  or interruptions in production due to offset wells

[PAGES INTENTIONALLY OMITTED]

Page 196

1      You may proceed.
2  BY MR. JONES:
3      Q.  Okay.  So, Mr. Berger, sticking with this
4  March 29, 2018, 10-K, if you would, please, flip
5  back to page 15.  There's one line I want to ask
6  you about there, and we'll keep pushing ahead.
7      A.  Okay.
8      Q.  So I don't think I asked you about this
9  specific line before.  It's the first bolded and
10 italicized language.  It says "Our business                  14:16:28
11 strategy involves the use of the latest available
12 horizontal drilling, completion, and production
13 technology which involves risks and uncertainties
14 in their application."
15      Did I read that correctly?
16     A.  You read that correctly.
17     Q.  And did you read this in March of 2018
18 when it was filed?
19     A.  I don't recall reading this in March '18
20 in this K, no.                                               14:16:50
21     Q.  Okay.  You didn't rely on this statement
22 in any sense with respect to making investment
23 decisions?
24     A.  I wouldn't speculate but don't recall
25 whether we read it here or elsewhere.

[PAGES INTENTIONALLY OMITTED]

Page 199

1  seat.
2        So from that first paragraph of just
3  standard, not bolded text, do you see a sentence
4  that third line down begins with "The primary
5  factors affecting our ability"?
6     A.   Yes, I do.
7     Q.   Okay.  So I'll read it aloud real quick.
8  "The primary factors affecting our ability to
9  connect new wells to our gathering facilities
10 include our success in contracting for existing          14:19:29
11 supplies that are not committed to other systems
12 and the level of drilling activity near our
13 gathering system."
14       Did I state that correctly?
15    A.   Yes.
16    Q.   Okay.  And did you read this at the time
17 it was filed in March of 2018?
18    A.   Do not recall.
19    Q.   Okay.  Did you rely on this statement in
20 the sense of making an investment decision because       14:19:48
21 you read it?
22    A.   Can't speculate because I don't recall.
23    Q.   So you don't remember; is that fair?
24    A.   I don't remember reading this here in this
25 document.

[PAGES INTENTIONALLY OMITTED]

Page 234

1      Not exclusively.  There are some buys, and
2  we'll talk about them.  But, otherwise, pretty much
3  all sales?
4      A.   That's correct.
5      Q.   So sticking with the April 2, 2018, sale
6  that sort of starts out this trend, why is it that
7  we see this -- at least when tabulated this way --
8  seemingly start change from almost exclusively or
9  pretty much exclusively buying to almost
10 exclusively selling?                                     15:18:44
11     A.   I would presume this is when the first
12 earnings print occurs, but I don't know for sure.
13 I'd be speculating.
14     Q.   Yeah.  And we had looked at some of
15 those --
16     A.   Do we have the date?
17     Q.   -- earnings-related material; right?
18          For example, there was a --
19     A.   There you go.  Operational --
20     Q.   -- March 29 --                                  15:19:15
21     A.   -- date March 29.  Last buy was on
22 March 28.
23     Q.   Yeah.  So you think it was connected?
24     A.   That's my memory.
25     Q.   And then after that it's all sales; right?

Page 235

1  A.  Not all but --

2  Q.  Mostly all.  Thank you.

3  A.  -- majority.

4  Q.  Large majority.

5      So March 29, what you just pointed out for

6  me, that's like -- Alta Mesa, at that point in

7  time, is conducting an earnings call.  It's

8  revising its guidance.  Its figures as announced at

9  that point are revised related to what they

10 previously were announced to be.  So at that point    15:20:00

11 Alyeska starts selling off the shares; right?

12 A.  Sorry.  That was a mouthful of a question.

13 Q.  I'll break it down.

14 A.  Yeah.

15 Q.  March 29.  We just talked about these

16 materials.  At that point in time, Alta Mesa is

17 revising its financial guidance.  So immediately

18 thereafter, Alyeska sells shares, and I'm asking

19 whether that's connected.

20 A.  I presume so.  There could be other           15:20:33

21 factors in the sales that occur but yes.

22 Q.  And then -- okay.  Thank you.

23     And what's your presumption informed by?

24 A.  Relative to what -- my memory of coming

25 out of the meeting was an extreme confidence that

[PAGES INTENTIONALLY OMITTED]