UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 |

**[PROPOSED] ORDER GRANTING CLASS PLAINTIFFS' MOTION FOR SEPARATE TRIALS OF THE CLASS ACTION AND THE INDIVIDUAL ACTIONS**

The Court, having considered (1) Class Plaintiffs' Motion for Separate Trials of the Class Action and the Individual Actions Pursuant to Fed. R. Civ. P. 42(b), (2) the accompanying declaration and exhibits, (3) all submissions in opposition thereto, and (4) all submissions in further support thereof, hereby **GRANTS** the Motion for Separate Trials as follows:

The Class Action will be tried first followed by a trial of the Individual Actions.

The Court will provide further detail at the April 12, 2024 Docket Call.

Signed this __ day of _____, _____.

_____
THE HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE