UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr.<br><br>**CLASS ACTION** |
| ALYESKA MASTER FUND, L.P., ALYESKA MASTER FUND 2, L.P., and ALYESKA MASTER FUND 3, L.P.,<br><br>                Plaintiffs,<br>   v.<br><br>ALTA MESA RESOURCES, INC., f/k/a SILVER RUN ACQUISITION CORPORATION II *et al.*,<br><br>                Defendants. | Case No. 4:22-cv-01189<br><br>Judge George C. Hanks, Jr. |
| ORBIS GLOBAL EQUITY LE FUND (AUSTRALIA REGISTERED), *et al.*,<br><br>                Plaintiffs,<br>   v.<br><br>ALTA MESA RESOURCES, INC., f/k/a SILVER RUN ACQUISITION CORPORATION II, *et al.*,<br><br>                Defendants. | Case No. 4:22-cv-02590<br><br>Judge George C. Hanks, Jr. |

**MOTION TO WITHDRAW SILPA MARURI AS COUNSEL**

Pursuant to Local Rule 83.2, Defendants HPS Investment Partners, LLC ("HPS")

and Don Dimitrievich ("Dimitrievich"), by and through the undersigned counsel, respectfully request that the appearance of Silpa Maruri in this matter be withdrawn, and in support thereof states as follows:

1. Ms. Maruri's Motion for Admission *Pro Hac Vice* (ECF No. 389) was granted on July 14, 2023 (ECF No. 394).

2. Ms. Maruri has left Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") for another firm and no longer represents HPS and Dimitrievich.

3. Attorneys from Quinn Emanuel will continue to represent HPS and Dimitrievich.

4. No parties will be prejudiced by the withdrawal of Ms. Maruri.

WHEREFORE, Defendants HPS and Dimitrievich respectfully request that the appearance of Silpa Maruri in this matter be withdrawn.

Dated:   March 4, 2024              Respectfully submitted,

/s/ *Christopher Porter*
(signed by permission of Attorney-in-Charge)

Karl S. Stern (Attorney-in-Charge) (SBN 19175665)
Christopher D. Porter (SBN 24070437)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
700 Louisiana Street, Suite 3900
Houston, TX 77002
Telephone:  (713) 221-7000 /
Facsimile:  (713) 221-7100
Email:
karlstern@quinnemanuel.com
christopherporter@quinnemanuel.com

2

**-AND-**

Michael B. Carlinsky (*pro hac vice*)
Courtney C. Whang (*pro hac vice*)
Jacob J. Waldman (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email:
michaelcarlinsky@quinnemanuel.com
courtneywhang@quinnemanuel.com
jacobwaldman@quinnemanuel.com

**COUNSEL TO HPS INVESTMENT PARTNERS, LLC AND DON DIMITRIEVICH**

## **CERTIFICATE OF SERVICE**

I certify that this motion has been served on counsel of record by the Court's ECF system on March 4, 2024.

/s/ *Christopher D. Porter*
By: Christopher D. Porter