# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr.<br><br>**CLASS ACTION** |
| ALYESKA MASTER FUND, L.P., ALYESKA MASTER FUND 2, L.P., and ALYESKA MASTER FUND 3, L.P.,<br><br>      Plaintiffs,<br>  v.<br><br>ALTA MESA RESOURCES, INC., f/k/a SILVER RUN ACQUISITION CORPORATION II *et al.*,<br><br>      Defendants. | Case No. 4:22-cv-01189<br><br>Judge George C. Hanks, Jr. |
| ORBIS GLOBAL EQUITY LE FUND (AUSTRALIA REGISTERED), *et al.*,<br><br>      Plaintiffs,<br>  v.<br><br>ALTA MESA RESOURCES, INC., f/k/a SILVER RUN ACQUISITION CORPORATION II, *et al.*,<br><br>      Defendants. | Case No. 4:22-cv-02590<br><br>Judge George C. Hanks, Jr. |

**[PROPOSED] ORDER GRANTING**
**<u>MOTION TO WITHDRAW SILPA MARURI AS COUNSEL</u>**

Upon consideration of the Motion to Withdraw Silpa Maruri as Counsel on behalf of HPS Investment Partners, LLC and Don Dimitrievich, it is hereby ordered that:

1. The motion is GRANTED; and

2. The clerk is ordered to reflect on the docket the termination of attorney Silpa Maruri as counsel of record.

**IT IS SO ORDERED.**


Signed on _____, 2024

                                                                       _____
                                                                       HONORABLE GEORGE C. HANKS, JR.
                                                                       UNITED STATES DISTRICT JUDGE