UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr.<br><br>**CLASS ACTION** |
| ALYESKA MASTER FUND, L.P., ALYESKA MASTER FUND 2, L.P., and ALYESKA MASTER FUND 3, L.P.,<br>　　　　　　　Plaintiffs,<br>　　v.<br>ALTA MESA RESOURCES, INC., f/k/a SILVER RUN ACQUISITION CORPORATION II *et al.*,<br>　　　　　　　Defendants. | Case No. 4:22-cv-01189<br><br>Judge George C. Hanks, Jr. |
| ORBIS GLOBAL EQUITY LE FUND (AUSTRALIA REGISTERED), *et al.*,<br>　　　　　　　Plaintiffs,<br>　　v.<br>ALTA MESA RESOURCES, INC., f/k/a SILVER RUN ACQUISITION CORPORATION II, *et al.*,<br>　　　　　　　Defendants. | Case No. 4:22-cv-02590<br><br>Judge George C. Hanks, Jr. |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Asher B. Griffin of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 300 West 6th Street, Suite 2010, Austin, Texas 78701,

2

hereby appears on behalf of Defendants HPS Investment Partners, LLC and Don Dimitrievich in the above-captioned matter and requests service of all notices and pleadings given or filed in the above-captioned case.

DATED: March 4, 2024

    Respectfully submitted,

*/s/ Asher B. Griffin*
Asher B. Griffin
Texas Bar No. 24036684
ashergriffin@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
300 West 6th Street, Suite 2010
Austin, Texas 78701
(737) 667-6100 – Telephone
(737) 667-6110 – Facsimile

**ATTORNEYS FOR DEFENDANTS HPS INVESTMENT PARTNERS, LLC and DON DIMITRIEVICH**

## **CERTIFICATE OF SERVICE**

  A copy of the foregoing Notice of Appearance was served on all parties via CM/ECF on March 4, 2024.

                  /s/*Asher B. Griffin*
                  Asher B. Griffin