UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|

IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION

*versus*

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jesse Bernstein<br>Quinn Emanuel Urquhart & Sullivan<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br>(212) 849-7000; jessebernstein@quinnemanuel.com<br>New York - 5416797 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | HPS Investment Partners, LLC and Don Dimitrievich |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/6/2024 | Signed: | /s/ Jesse Bernstein |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**          **This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                              United States District Judge