UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr.<br><br>ORAL ARGUMENT REQUESTED |

**[PROPOSED] ORDER DENYING CLASS PLAINTIFFS'
MOTION FOR SEPARATE TRIALS**

The Court having considered Defendants' Opposition to Class Plaintiffs' Motion For Separate Trials, IT IS HEREBY ORDERED that Class Plaintiffs' Motion for Separate Trials is **DENIED**.

**Signed On**_____

_____
**George C. Hanks, Jr.
United States District Judge**