## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 (CONSOLIDATED) |
| | JUDGE GEORGE C. HANKS, JR. |
| | THIS DOCUMENT RELATES TO: |
| | CASE NO. 4:22-CV-01189 CASE NO. 4:22-CV-02590 |

**[PROPOSED] ORDER DENYING CLASS PLAINTIFFS'
MOTION FOR SEPARATE TRIALS OF THE CLASS ACTION AND THE
INDIVIDUAL ACTIONS PURSUANT TO FED. R. CIV. P. 42(b)**

Before the Court is the Class Plaintiffs' Motion for Separate Trials of the Class Action and the Individual Actions Pursuant to Fed. R. Civ. P. 42(b) (ECF No. 659) (the "Motion").

After careful consideration of the record, the Motion, the Opt-Out Action Plaintiffs' Opposition thereto, the Class Plaintiffs' reply in further support of the Motion, and the applicable law, the Court **DENIES** the Motion in its entirety.

Signed this _____ day of _____, 2024

_____
HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

1