UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr.<br><br><br>ORAL ARGUMENT REQUESTED |

**DON DIMITRIEVICH AND HPS INVESTMENT PARTNERS, LLC'S JOINDER IN DEFENDANTS' OPPOSITION TO CLASS PLAINTIFFS' MOTION FOR SEPARATE TRIALS**

Don Dimitrievich and HPS Investment Partners, LLC ("HPS") hereby submit this joinder in the Opposition to Class Plaintiffs' Motion for Separate Trials (ECF No. 703) (the "Opposition") by Alta Mesa Resources, Inc., Riverstone Holdings, LLC, Harlan H. Chappelle, Stephan S. Coats, Michael E. Ellis, William D. Gutermuth, James T. Hackett, Pierre F. Lapeyre, Jr., David M. Leuschen, Donald R. Sinclair, Ronald J. Smith, Jeffrey H. Tepper, Thomas J. Walker, and Diana J. Walters.

## JOINDER

In the interest of judicial economy, Mr. Dimitrievich and HPS hereby join the Opposition and reserve all rights to be heard before this Court with respect to the Opposition.

## CONCLUSION

Accordingly, Mr. Dimitrievich and HPS respectfully submit this joinder.

Dated: March 6, 2024								Respectfully submitted,

/s/ *Christopher Porter*
(signed by permission of Attorney-in-Charge)
Karl S. Stern (attorney in charge SBN 19175665)
Christopher D. Porter (SBN 24070437)
**QUINN, EMANUEL, URQUHART & SULLIVAN, LLP**
700 Louisiana Street, Suite 3900
Houston, TX 77002
(713) 221-7000
karlstern@quinnemanuel.com
chrisporter@quinnemanuel.com

Michael B. Carlinsky (*pro hac vice*)
Courtney C. Whang (*pro hac vice*)
Jacob J. Waldman (*pro hac vice*)
**QUINN, EMANUEL, URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
michaelcarlinsky@quinnemanuel.com
courtneywhang@quinnemanuel.com
jacobwaldman@quinnemanuel.com

*Counsel for HPS Investment Partners, LLC and Don Dimitrievich*