## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 (CONSOLIDATED)<br><br>JUDGE GEORGE C. HANKS, JR.<br><br>THIS DOCUMENT RELATES TO:<br><br>CASE NO. 4:22-CV-01189<br>CASE NO. 4:22-CV-02590 |

## DECLARATION OF LAWRENCE M. ROLNICK
## IN SUPPORT OF THE OPT-OUT ACTION PLAINTIFFS' OPPOSITION TO CLASS PLAINTIFFS' MOTION FOR SEPARATE TRIALS OF THE CLASS ACTION AND OPT-OUT ACTIONS PURSUANT TO FED. R. CIV. P. 42(b)

Pursuant to 28 U.S.C. § 1746, Lawrence M. Rolnick, under penalty of perjury, hereby declares as follows:

1. I am a partner at the law firm of Rolnick Kramer Sadighi LLP, counsel to the Individual Action Plaintiffs in the above-captioned action (the "Action"). I submit this declaration in support of the Opt-Out Action Plaintiffs' Opposition to Class Plaintiffs' Motion for Separate Trials of the Class Action and Opt-Out Actions Pursuant to Fed. R. Civ. P. 42(b) in the Action.

2. Attached hereto as **Exhibit A** is a true and correct copy of the transcript of the February 21, 2024 Pre-Motion Hearing before this Court in the Action.

1

3. Attached hereto as **Exhibit B** is a true and correct copy of the transcript of the February 1, 2024 Status Conference before this Court in the Action.

4. Attached hereto as **Exhibit C** is a true and correct copy of a February 4, 2024 email from Andrew Sher of Entwistle & Cappucci LLP, Class Counsel in the Action, to various counsel in the Action attaching a draft stipulation concerning pretrial deadlines in the Action.

5. Attached hereto as **Exhibit D** are excerpts from a true and correct copy of a July 20, 2009 hearing transcript in *In re Vivendi Universal, S.A. Securities Litigation*, 1:02-cv-05571 (S.D.N.Y.).

6. Attached hereto as **Exhibit E** is a true and correct copy of a July 8, 2019 Stipulation and Order Setting Pretrial Schedule in *In re American Realty Capital Properties, Inc. Litigation*, 1:15-mc-00040 (S.D.N.Y.) (ECF No. 255).

7. Attached hereto as **Exhibit F** is a true and correct copy of a November 18, 2015 Order in *In re Petrobras Securities Litigation*, 1:15-cv-00093 (S.D.N.Y.) (ECF No. 28).

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 6, 2024.

By: */s/ Lawrence M. Rolnick*
Lawrence M. Rolnick
**ROLNICK KRAMER SADIGHI LLP**
1251 Avenue of the Americas
New York, New York 10020
(212) 597-2800
lrolnick@rksllp.com