# EXHIBIT C

**From:** Andrew Sher <asher@entwistle-law.com>
**Sent:** Sunday, February 4, 2024 4:17 PM
**To:** Christian.Word@lw.com; Kathryn.George@lw.com; Matthew.Peters@lw.com; Heather.waller@lw.com; Sarah.Gragert@lw.com; Emani.Walks@lw.com; Kenneth.Young@kirkland.com; Nick.Brown@kirkland.com; Sydney.Corry@kirkland.com; Stefan.Atkinson@kirkland.com; karlstern@quinnemanuel.com; chrisporter@quinnemmanuel.com; emilycouture@quinnemanuel.com; michaelcarlinsky@quinnemanuel.com; silpamaruri@quinnemanuel.com; jacobwaldman@quinnemanuel.com; courtneywhang@quinnemanuel.com; brucebettigole@eversheds-sutherland.com; andreagordon@eversheds-sutherland.com; adampollet@eversheds-sutherland.com; jimsilliman@eversheds-sutherland.com; kpreston@winston.com; cberger@winston.com; mvranderic@winston.com; schreiber@winston.com; acodell@winston.com
**Cc:** Andrew J. Entwistle; trigs@rgrdlaw.com; Joshua Porter; Brendan Brodeur; Callie Crispin; Sal Lee; Andrew Sher; Neave Casey; lbrowne@rgrdlaw.com; Jack Kelley; dwatts@rgrdlaw.com; Villegas, Carol C.; dsaldamando@labaton.com; lrolnick@rksllp.com; mhampson@rksllp.com; mpeller@rksllp.com; jsparacio@rksllp.com; fcatalina@rksllp.com; Richard Bodnar; jslim@slimlawfirm.com; Stiene, Charles
**Subject:** Alta Mesa - Proposed Pretrial Deadlines
**Attachments:** In Re Alta Mesa - Proposed Stipulation re Pretrial Deadlines (00136345xAE895).docx

Counsel:

Class Plaintiffs propose the schedule reflected in the attached draft stipulation for the various pretrial deadlines leading up to the April 12th docket call.

We are generally available to meet and confer regarding the proposed schedule on Wednesday, February 7th or Thursday, February 8th.  Please let us know what time works best for Defendants.  We ask that you also provide any redline/comments on the schedule in advance of the meet and confer so we can have a productive discussion.

Best,
Andrew

**Andrew Sher**
Entwistle & Cappucci LLP
230 Park Avenue, 3rd Floor | New York, NY 10169
Office (212) 894-7262  | Mobile (314) 608-5470
asher@entwistle-law.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. Please notify the sender immediately if you have received this e-mail by mistake and delete it from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited

DRAFT --- CLASS PLAINTIFFS' PROPOSAL

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957 <br><br> Judge George C. Hanks, Jr. |

## STIPULATION CONCERNING PRETRIAL DEADLINES

This Stipulation is entered into by court-appointed Class Plaintiffs FNY Partners Fund LP, FNY Managed Accounts, LLC, Paul J. Burbach and United Association National Pension Fund (f/k/a Plumbers and Pipefitters National Pension Fund) and Additional Plaintiff Camelot Event Driven Fund, A Series of Frank Funds Trust, by Opt Out Plaintiffs Alyeska Master Fund LP, Alyeska Master Fund 2, LP, Alyeska Master Fund 3, LP, Orbis Global Equity LE Fund, Orbis Global Equity Fund, Orbis Global Balanced Fund, Orbis SICAV, Orbis Institutional Global Equity LP, Orbis Global Equity Fund Limited, Orbis Institutional Funds Limited, Allan Gray Australia Balanced Fund, Orbis OEIC, Orbis Institutional US Equity LP, and by Defendants James T. Hackett, Thomas J. Walker, Michael A. McCabe, William D. Gutermuth, Jeffrey H. Tepper, Diana J. Walters, Stephen Coats, Pierre F. Lapeyre, David M. Leuschen, Donald Sinclair, Ronald Smith, Riverstone Investment Group LLC, Alta Mesa Resources Inc., Harlan H. Chappelle, Michael E. Ellis, William McMullen, Bayou City Energy Management LLC, Donald Dimitrievich, HPS Investment Partners LLC, and ARM Energy Holdings LLC (collectively, the "Parties"), by

DRAFT --- CLASS PLAINTIFFS' PROPOSAL

and through undersigned counsel to govern pretrial deadlines leading up to the April 12, 2024 Docket Call.  The Parties agree to the following deadlines:

1. **February 27, 2024** – The parties will each exchange their (a) proposed exhibit list; (b) proposed jury charges; (c) portion of the joint trial worksheet (including which witnesses they intend to present live vs. by deposition).  Also on February 27, 2024, Class Plaintiffs will provide Defendants with an initial draft of the Joint Pretrial Order.

2. **March 6, 2024** – By no later than this date the parties will serve any written objections to proposed exhibits and the trial worksheet.  Also by this date Defendants will provide their inserts for the Joint Pretrial Order.  The parties will meet and confer as needed regarding the exhibit list, trial worksheet, jury charges and Joint Pretrial Order.

3. **March 28, 2024** – Deadline for the parties to finalize the Joint Pretrial Order, joint exhibit list, jury charges and trial worksheet.  Class Plaintiffs will be responsible for filing the agreed Joint Pretrial Order and attachments with the Court.

4. **April 5, 2024** – Deadline to file (a) trial memorandum, (b) deposition designations and (c) Motions in Limine.

5. **April 12, 2024** – Docket Call.

DRAFT --- CLASS PLAINTIFFS' PROPOSAL

## IT IS SO ORDERED

Signed this _____ day of _____, 2024

_____
THE HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

DRAFT --- CLASS PLAINTIFFS' PROPOSAL

*/s/ DRAFT*
Andrew J. Entwistle
(Texas Bar No. 24038131)
Attorney-in-Charge for Plaintiffs
Callie Crispin
(Texas Bar No. 24104231)
**ENTWISTLE & CAPPUCCI LLP**
500 W. 2nd Street, Suite 1900-16
Austin, TX 78701
(512) 710-5960

Joshua K. Porter (*pro hac vice*)
Brendan J. Brodeur (*pro hac vice*)
Andrew M. Sher (*pro hac vice*)
**ENTWISTLE & CAPPUCCI LLP**
230 Park Avenue, 3rd Fl.
New York, New York 10169
 (212) 894-7200

*Court-Appointed Co-Lead Counsel*

*/s/ DRAFT*
Trig R. Smith (*pro hac vice*)
Sean C. McGuire (*pro hac vice*)
Lonnie A. Browne (*pro hac vice*)
**ROBBINS GELLER RUDMAN &
DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058

*Court-Appointed Co-Lead Counsel*

Carol Villegas (*pro hac vice*)
David Schwartz (*pro hac vice*)
**LABATON KELLER SUCHAROW
LLP**
140 Broadway
New York, NY 10005
(212) 907-0650

*/s/ DRAFT*
J. Christian Word
Attorney-in-Charge
D.C. Bar No. 461346
S.D. Tex. Bar No. 3398485
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Christian.Word@lw.com

Of Counsel:
Heather A. Waller (*pro hac vice*)
IL Bar No. 6302537
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700
Fax: (312) 993-9767
Heather.Waller@lw.com

Matthew Peters (*pro hac vice*)
D.C. Bar No. 1015700
Laura E. Bladow (*pro hac vice*)
D.C. Bar No. 1740343
Morgan R. Hoffman (*pro hac vice*)
D.C. Bar No. 1739625
Emani V. Walks (*pro hac vice*)
D.C. Bar No. 1719531
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 673-2201
Matthew.Peters@lw.com
Laura.Bladow@lw.com
Morgan.Hoffman@lw.com
Emani.Walks@lw.com

Ashley Gebicke (*pro hac vice*)

DRAFT --- CLASS PLAINTIFFS' PROPOSAL

*Counsel for Plaintiff Camelot Event Driven Fund, A Series of Frank Funds Trust*

/s/ DRAFT
David A. Baay
Fed. ID No. 598715
Attorney-in-Charge
**EVERSHEDS SUTHERLAND (US) LLP**
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Tel.: (713) 470-6112
Fax: (713) 654-1301
davidbaay@eversheds-sutherland.com

Of Counsel:
Bruce M. Bettigole (*pro hac vice*)
Adam Pollet (*pro hac vice*)
Andrea Gordon (*pro hac vice*)
**EVERSHEDS SUTHERLAND (US) LLP**
700 Sixth Street N.W., Suite 700
Washington, DC 20001
Telephone: (202) 383-0100
Fax: (202) 637-3593
brucebettigole@eversheds-sutherland.com
adampollet@eversheds-sutherland.com
andreagordon@eversheds-sutherland.com

*Counsel for ARM Energy Holdings, LLC*

/s/ DRAFT
Kenneth A. Young
Attorney-in-Charge
Texas Bar No. 24088699
S.D. Tex. No. 2506614
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
609 Main Street
Houston, Texas 77002

**LATHAM & WATKINS LLP**
12670 High Bluff Drive
San Diego, CA 92130
Tel: (858) 523-5400
Fax: 858-523-5450
Ashley.Gebicke@lw.com

Herman H. Yue
TX Bar No. 24099071
S.D. Tex. Bar No. NY4602645
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
Herman.Yue@lw.com

*Counsel for Alta Mesa Resources, Inc., Riverstone Holdings LLC, Harlan H. Chappelle, Stephen S. Coats, Michael E. Ellis, William D. Gutermuth, James T. Hackett, Pierre F. Lapeyre, Jr., David M. Leuschen, Donald R. Sinclair, Ronald J. Smith, Jeffrey H. Tepper, Thomas J. Walker, and Diana J. Walters*

Walter M. Berger
TX Bar No. 00798063
Attorney-in-Charge
Katherine A. Preston
TX Bar No. 24088255
**WINSTON & STRAWN LLP**
800 Capitol Street, Suite 2400
Houston, TX 77002-2925
Tel.: (713) 615-2699
Fax: (713) 651-2700
cberger@winston.com
kpreston@winston.com

Of Counsel:
John E. Schreiber (*pro hac vice pending*)
CA Bar No. 261558

DRAFT --- CLASS PLAINTIFFS' PROPOSAL

Tel.: (713) 836-3600
Fax: (713) 836-3601
kenneth.young@kirkland.com

Of Counsel:
Stefan Atkinson (*pro hac vice*)
NY Bar No. 4543362
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS**
**INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Tel.: (212) 446-4800
Fax: (212) 446-4900
stefan.atkinson@kirkland.com

*Counsel for Bayou City Energy*
*Management LLC, William W.*
*McMullen*


/s/ DRAFT
Matthew A. Peller (*pro hac vice*)
**ROLNICK KRAMER SADIGHI LLP**
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 597-2800
lrolnick@rksllp.com
mkramer@rksllp.com
shecht@rksllp.com
mpeller@rksllp.com

Jules P. Slim
State Bar No. 00793026
Attorney and Counselor
PO Box 140307
Irving, TX 75014-0307
Tel.: (214) 350-5183
Fax: (214) 350-5184
jslim@slimlawfirm.com

*Counsel for Alyeska Master Fund, L.P.,*
*Alyeska Master Fund 2, L.P., Alyeska*

Aaron C. O'Dell (*pro hac vice*
*pending*)
CA Bar No. 281851
**WINSTON & STRAWN LLP**
333 S. Grand Ave., 38th Floor
Los Angeles, CA 90071
Tel.: (213) 615-1700
Fax: (213) 615-1750
jschreiber@winston.com
acodell@winston.com

*Co-Counsel for Harlan H.*
*Chappelle, Michael E. Ellis*


/s/ DRAFT
Karl S. Stern
TX Bar No. 19175665
Federal Bar No. 04870
Attorney-in-Charge
**QUINN, EMANUEL, URQUHART &**
**SULLIVAN, LLP**
711 Louisiana Street, Suite 500
Houston, TX 77002
(713) 221-7000
karlstern@quinnemanuel.com

Of Counsel:
Christopher D. Porter
**QUINN, EMANUEL, URQUHART &**
**SULLIVAN, LLP**
711 Louisiana Street, Suite 500
Houston, TX 77002
(713) 221-7000
chrisporter@quinnemanuel.com

Michael B. Carlinsky
Jacob J. Waldman
Courtney C. Whang
**QUINN, EMANUEL, URQUHART &**
**SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010

DRAFT --- CLASS PLAINTIFFS' PROPOSAL

*Master Fund 3, L.P., Orbis Global Equity Le Fund (Australia Registered), Orbis Global Equity Fund (Australia Registered), Orbis Global Balanced Fund (Australia Registered), Orbis SICAV, Orbis Institutional Global Equity L.P., Orbis Global Equity Fund Limited, Orbis Institutional Funds Limited, Allan Gray Australia Balanced Fund, Orbis Oeic, and Orbis Institutional U.S. Equity L.P.*

(212) 849-7000
michaelcarlinsky@quinnemanuel.com
jacobwaldman@quinnemanuel.com
courtneywhang@quinnemanuel.com

*Counsel for HPS Investment Partners, Donald Dimitrievich*