# EXHIBIT E

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7-8-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN REALTY CAPITAL PROPERTIES, INC. LITIGATION | Civil Action No.: 1:15-mc-00040-AKH<br><br>CLASS ACTION |
| This Document Relates To:<br><br>    ALL ACTIONS | |
| JET CAPITAL MASTER FUND, L.P., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*,<br><br>    Defendants. | Civil Action No.: 1:15-cv-00307-AKH |

STIPULATION AND [PROPOSED] ORDER SETTING PRETRIAL SCHEDULE

WHEREAS, trial in this matter is scheduled to commence on January 21, 2020;

WHEREAS, on June 14, 2019, the Court entered an order scheduling a hearing on *Daubert* motions and motions *in limine* for September 9, 2019, and scheduling the Final Pretrial Conference for October 3, 2019;

WHEREAS, the parties have met and conferred concerning proposed pretrial deadlines; and

THEREFORE, IT IS STIPULATED AND AGREED, by and between the parties, subject to approval by the Court, as follows:

1. The following pretrial schedule shall apply in these proceedings:

**Witness Lists**

| June 10, 2019 | Initial Witness Lists Exchanged[1] |
|---|---|
| July 8, 2019 | Deadline to Identify Any Witnesses Not Previously Deposed |
| July 26, 2019 | Final Witness Lists Exchanged[2] |

**Exhibit Lists**

| July 19, 2019 | Opening Exhibit Lists Exchanged[3] |
|---|---|
| August 12, 2019 | Objections to Exhibit Lists Exchanged |
| August 13-21, 2019 | Meet and Confer regarding Exhibit Lists |

**Deposition Designations[4]**

| August 8, 2019 | Deposition Designations Exchanged |
|---|---|
| August 30, 2019 | Cross Designations and Objections Exchanged |

---

[1] All witness lists (including any supplemental or revised lists) should identify witnesses each party "Will Call," "May Call," and will submit "By Designation."

[2] Witnesses can be added after this date on agreement or upon a showing of good cause.

[3] Exhibits can be added after this date on agreement or upon a showing of good cause. This exchange does not include demonstrative exhibits or exhibits which may be used solely for impeachment or in rebuttal.

[4] The exchange of deposition designations should include a chart documenting the lines designated and a pdf of each transcript with the relevant portions highlighted or marked. The parties will

| September 13, 2019 | Objections to Cross Designations Exchanged |
| --- | --- |
| September 16-18, 2019 | Meet and Confer regarding Deposition Designations |

**Proposed Pretrial Order**

| September 23, 2019 | Parties to Exchange Sections |
| --- | --- |
| September 30, 2019 | File Final Proposed Pretrial Order, Pretrial Memoranda, Jury Charges, Special Verdict Forms, Witness Lists, Exhibit Lists, Deposition Designations, Jury Questionnaires, and Proposed Voir Dire Questions |

**Motions *in Limine***

| July 31, 2019 | Motions and Opening Briefs Filed |
| --- | --- |
| August 16, 2019 | Opposition Briefs Filed |
| August 28, 2019 | Reply Briefs Filed |

***Daubert* Motions**

| August 5, 2019 | Motions and Opening Briefs Filed |
| --- | --- |
| August 21, 2019 | Opposition Briefs Filed |
| August 30, 2019 | Reply Briefs Filed |

2. The dates in the "Witness Lists", "Exhibit Lists", and "Deposition Designations" categories, and the date for the parties' exchange of sections of the proposed pretrial order, may be amended without court order by agreement of all parties.

---

meet and confer to discuss logistics of appropriately combining the parties' designations and objections for the Court's review, including identifying appropriate colors for each party's designated testimony and determining how objections will be documented.

- 2 -

DATED: July 3, 2019

ROBBINS GELLER RUDMAN
 & DOWD LLP
DARREN J. ROBBINS
PATRICK J. COUGHLIN
MICHAEL J. DOWD
JASON A. FORGE
JONAH H. GOLDSTEIN
DEBRA J. WYMAN
JESSICA T. SHINNEFIELD

s/ DEBRA J. WYMAN
DEBRA J. WYMAN

655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
patc@rgrdlaw.com
miked@rgrdlaw.com
jforge@rgrdlaw.com
jonahg@rgrdlaw.com
debraw@rgrdlaw.com
jshinnefield@rgrdlaw.com

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
rrothman@rgrdlaw.com

Lead Counsel for Lead Plaintiff and the Class

LOWENSTEIN SANDLER LLP
LAWRENCE M. ROLNICK
MARC B. KRAMER
THOMAS E. REDBURN, JR. (*PRO HAC VICE*)
MICHAEL J. HAMPSON
BRANDON FIERRO


s/ LAWRENCE S. ROLNICK
LAWRENCE S. ROLNICK

1251 AVENUE OF THE AMERICAS
New York, NY 10020
Telephone: 212/262-6700
212/262-7402 (fax)

Counsel for Plaintiffs in the Jet Capital Action

MILBANK LLP
SCOTT A. EDELMAN
ANTONIA M. APPS
JED M. SCHWARTZ
JONATHAN OHRING


s/ SCOTT A. EDELMAN
SCOTT A. EDELMAN

55 Hudson Yards
New York, NY 10001-2163
Telephone: 212/530-5000

MILBANK LLP
JERRY L. MARKS
2029 Century Park East
33rd Floor
Los Angeles, CA US 90067-3019

Attorneys for Defendants American Realty Capital Properties, Inc. (n/k/a VEREIT, Inc.) and ARC Properties Operating Partnership, L.P. (n/k/a VEREIT Operating Partnership, L.P.)

- 4 -

| | |
|---|---|
| MORRIS, MANNING & MARTIN, LLP<br>JOHN P. MacNAUGHTON | KELLOGG, HANSEN, TODD, FIGEL<br>  FREDERICK, P.L.L.C.<br>REID M. FIGEL<br>REBECCA A. BEYNON<br>ANDREW E. GOLDSMITH<br>BRADLEY E. OPPENHEIMER<br>CODY HERCHE |
| s/ JOHN P. MacNAUGHTON<br>JOHN P. MacNAUGHTON | s/ REID M. FIGEL<br>REID M. FIGEL |
| 1600 Atlanta Financial Center<br>3343 Peachtree Road, NE<br>Atlanta, GA 30326<br>Telephone: 404/504-7689 | 1615 M Street, NW, Suite 400<br>Washington, DC 20036<br>Telephone: 202/326-7900 |
| BECKER, BLYNN, MUFFLY,<br>CHASSIN & HOSINSKI LLP<br>299 Park Avenue<br>New York, NY 10171<br>Telephone: 212/888-3033 | |
| Attorneys for Defendant Scott P. Sealy, Sr. | Attorneys for Defendants AR Capital, LLC, Edward M. Weil, Peter Budko, Brian D. Jones, William M. Kahane, and Scott J. Bowman |
| SHEARMAN & STERLING LLP<br>ADAM S. HAKKI<br>DANIEL C. LEWIS<br>H. MIRIAM FARBER | STEPTOE & JOHNSON LLP<br>MICHAEL C. MILLER<br>MICHAEL G. SCAVELLI |
| s/ DANIEL C. LEWIS<br>DANIEL C. LEWIS | s/ MICHAEL C. MILLER<br>MICHAEL C. MILLER |
| 599 Lexington Avenue<br>New York, NY 10022<br>Telephone: 212/848-4000 | 1114 Avenue of the Americas<br>New York, NY 10036<br>Telephone: 212/506-3900 |
| Attorneys for Underwriter Defendants | Attorneys for Defendant Brian S. Block |

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>RICHARD W. SLACK<br>CHRISTOPHER L. GARCIA | KIRKLAND & ELLIS LLP<br>JAMES P. GILLESPIE<br>BETH MUELLER |
| s/ RICHARD W. SLACK<br>RICHARD W. SLACK | s/ JAMES P. GILLESPIE<br>JAMES P. GILLESPIE |
| 767 Fifth Avenue<br>New York, NY 10153<br>Telephone: 212/310-8000 | 1301 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone: 202/389-5000 |
| Attorneys for Defendants Thomas A. Andruskevich, Leslie D. Michelson, Edward G. Rendell and William G. Stanley | Attorneys for Defendant David S. Kay |
| ZUCKERMAN SPAEDER LLP<br>ADAM L. FOTIADES | PETRILLO KLEIN & BOXER LLP<br>GUY PETRILLO<br>DANIEL Z. GOLDMAN |
| s/ ADAM L. FOTIADES<br>ADAM L. FOTIADES | s/ GUY PETRILLO<br>GUY PETRILLO |
| 1800 M Street, NW, Suite 1000<br>Washington, DC 20036<br>Telephone: 202/778-1800 | 655 Third Avenue, 22nd Floor<br>New York, NY 10017<br>Telephone: 212/370-0330 |
| Daniel P. Moylan<br>100 East Pratt Street, Suite 2440<br>Baltimore, MD 21202-1031<br>Telephone: 410/332-0444 | |
| Attorneys for Defendant Lisa P. McAlister | Attorneys for Defendant Lisa Beeson |

- 6 -

| | |
|---|---|
| WINGET, SPADAFORA<br>  & SCHWARTZBERG LLP<br>LUIGI SPADAFORA<br>MATTHEW TRACY | PAUL, WEISS, RIFKIND, WHARTON<br>  & GARRISON LLP<br>THEODORE V. WELLS, JR.<br>DANIEL J. KRAMER<br>AUDRA J. SOLOWAY<br>JUSTIN D. LERER<br>JOSHUA D. KAYE |
| s/ MATTHEW TRACY<br>MATTHEW TRACY | s/ AUDRA J. SOLOWAY<br>AUDRA J. SOLOWAY |
| 45 Broadway, 19th Floor<br>New York, NY 10003<br>Telephone: 212/221-6900 | 1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: 212/373-3000 |
| Attorneys for Defendant Realty Capital Securities, LLC | Attorneys for Defendant Nicholas S. Schorsch |

SIDLEY AUSTIN LLP
GARY F. BENDINGER

s/ GARY F. BENDINGER
GARY F. BENDINGER

787 Seventh Avenue
New York, NY 10019
Telephone: 212/839-5300

BRUCE R. BRAUN
MELANIE E. WALKER
KENDRA L. STEAD
One South Dearborn
Chicago, IL 60603
Telephone: 312/853-7000

Attorneys for Defendant Grant Thornton, LLP

- 7 -

* * *

ORDER

IT IS SO ORDERED.

DATED: 7-8-19

_____
THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

- 8 -