# EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

In re: PETROBRAS SECURITIES  :   14-cv-9662 (JSR)
LITIGATION                   :
                             :   ORDER
This Document Applies to: ALL CASES:
                             :
                             :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

The Court has received the parties' letter dated November 4, 2015, regarding scheduling the single overall trial in this matter. The parties jointly suggested that the trial begin on September 26, 2016, but they also requested that trial not be held on numerous dates in October. To accommodate those requests (as well as certain conflicting obligations of the Court) but also assure that the trial is completed before the year-end holidays, the Court hereby orders that the trial will begin on Monday, September 19, 2016. In addition to not sitting on the dates that the parties requested the Court not sit, the trial will also not be held on September 26-28, 2016, when the Court is unavailable.

SO ORDERED.

Dated:  New York, NY
        November 5, 2015

                                    _____
                                    JED S. RAKOFF, U.S.D.J.

1