UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957 <br><br> Judge George C. Hanks, Jr. <br><br> **CLASS ACTION** |
| ALYESKA MASTER FUND, L.P., ALYESKA MASTER FUND 2, L.P., and ALYESKA MASTER FUND 3, L.P., <br><br>            Plaintiffs, <br>   v. <br><br> ALTA MESA RESOURCES, INC., f/k/a SILVER RUN ACQUISITION CORPORATION II *et al.*, <br><br>            Defendants. | Case No. 4:22-cv-01189 <br><br> Judge George C. Hanks, Jr. |
| ORBIS GLOBAL EQUITY LE FUND (AUSTRALIA REGISTERED), *et al.*, <br><br>            Plaintiffs, <br>   v. <br><br> ALTA MESA RESOURCES, INC., f/k/a SILVER RUN ACQUISITION CORPORATION II, *et al.*, <br><br>            Defendants. | Case No. 4:22-cv-02590 <br><br> Judge George C. Hanks, Jr. |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John F. Bash of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 300 West 6th Street, Suite 2010, Austin, Texas 78701,

hereby appears on behalf of Defendants HPS Investment Partners, LLC and Don Dimitrievich in the above-captioned matter and requests service of all notices and pleadings given or filed in the above-captioned case.

DATED: March 7, 2024

                                         Respectfully submitted,

                                         */s/ John F. Bash*
                                         John F. Bash
                                         Texas Bar No. 24067504
                                         johnbash@quinnemanuel.com
                                         QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
                                         300 West 6th Street, Suite 2010
                                         Austin, Texas 78701
                                         (737) 667-6100 – Telephone
                                         (737) 667-6110 – Facsimile

                                         **ATTORNEYS FOR DEFENDANTS**
                                         **HPS INVESTMENT PARTNERS, LLC**
                                         **and DON DIMITRIEVICH**

## **CERTIFICATE OF SERVICE**

      A copy of the foregoing Notice of Appearance was served on all parties via CM/ECF on March 7, 2024.

                                        /s/ *John F. Bash*
                                        John F. Bash