UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Camelot Event Driven Fund, A Series of Frank Funds Trust, et al. | § § § § § | Case Number: 4:19−cv−00957 |
| *versus* | | |
| Alta Mesa Resources, Inc., et al. | | |

# Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

    Canceled setting: Status Conference

    Date and Time: 3/8/2024 at 1:00 PM

Date: March 8, 2024

                                                             Nathan Ochsner, Clerk