United States District Court
Southern District of Texas

**ENTERED**
March 11, 2024
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|
| | IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | | |
| | *versus* | | |
| | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Christopher Tayback<br>Quinn Emanuel Urquhart & Sullivan<br>865 S. Figueroa, 10th Floor<br>Los Angeles, CA 90017<br>(213) 443-3000; christayback@quinnemanuel.com<br>California - 145532 |
|---|---|

| Name of party applicant seeks to appear for: | HPS Investment Partners, LLC and Don Dimitrievich |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/4/2024 | Signed: /s/ Christopher Tayback |
|---|---|

The state bar reports that the applicant's status is: **Active**

Dated: 03/11/2024   Clerk's signature: *[signature]*

## Order

This lawyer is admitted *pro hac vice*.

Dated: March 11, 2024

*/s/ George C. Hanks Jr.*
United States District Judge