Case 4:19-cv-00957   Document 713   Filed on 03/11/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 11, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr.<br><br>**CLASS ACTION** |
| ALYESKA MASTER FUND, L.P., ALYESKA MASTER FUND 2, L.P., and ALYESKA MASTER FUND 3, L.P.,<br>      Plaintiffs,<br> v.<br>ALTA MESA RESOURCES, INC., f/k/a SILVER RUN ACQUISITION CORPORATION II *et al.*,<br>      Defendants. | Case No. 4:22-cv-01189<br><br>Judge George C. Hanks, Jr. |
| ORBIS GLOBAL EQUITY LE FUND (AUSTRALIA REGISTERED), *et al.*,<br>      Plaintiffs,<br> v.<br>ALTA MESA RESOURCES, INC., f/k/a SILVER RUN ACQUISITION CORPORATION II, *et al.*,<br>      Defendants. | Case No. 4:22-cv-02590<br><br>Judge George C. Hanks, Jr. |

**[PROPOSED] ORDER GRANTING**
**<u>MOTION TO WITHDRAW SILPA MARURI AS COUNSEL</u>**

Upon consideration of the Motion to Withdraw Silpa Maruri as Counsel on behalf of HPS Investment Partners, LLC and Don Dimitrievich, it is hereby ordered that:

1. The motion is GRANTED; and

2. The clerk is ordered to reflect on the docket the termination of attorney Silpa Maruri as counsel of record.

**IT IS SO ORDERED.**

Signed on _____March 11_____, 2024

_____
HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE