UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: ALTA MESA RESOURCES, INC. SECURITIES LITIGATION CAMELOT EVENT DRIVEN FUND, A SERIES OF FRANK FUNDS TRUST, et al. <br>    Plaintiff(s), <br><br> ALTA MESA RESOURCES, INC., et al. <br><br>    Defendant. | § § § § § § § § § | CIVIL ACTION NO. 4:19−cv−00957 |

## NOTICE OF SETTING

A Status Conference has been set in this matter for 03:30 PM on 3/22/2024. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1605529319?pwd=U2dkeFgzSnRNSmp3VWZVMU9IRW9Pdz09*
*https://www.zoomgov.com/j/1605529319?pwd=U2dkeFgzSnRNSmp3VWZVMU9IRW9Pdz09*
Meeting phone number: 669−254−5252
Meeting ID: 160 552 9319
Meeting Password: 329646

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 3/12/2024

Byron Thomas
cm4147@txs.uscourts.gov
Case Manager to
U.S. District Judge George C. Hanks, Jr.