UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | § § § § § § § |

Civil Action No. 4:19-cv-00957

<u>CLASS ACTION</u>

Judge George C. Hanks, Jr.

**MOTION TO WITHDRAW LONNIE BROWNE AS COUNSEL**

4896-0382-8143.v1

Pursuant to Local Rule 83.2, Co-Lead Plaintiff United Association National Pension Fund (f/k/a Plumbers and Pipefitters National Pension Fund) ("Plaintiff"), by its attorneys, respectfully requests that the appearance of Lonnie Browne in this matter be withdrawn, and in support thereof, states as follows:

1. Mr. Browne's Motion for Admission *Pro Hac Vice* (ECF 221) was granted on December 17, 2021 (ECF 224).

2. Mr. Browne has left Robbins Geller Rudman & Dowd LLP ("Robbins Geller") and no longer represents Plaintiff in this matter.

3. Plaintiff will continue to be represented by attorneys from Robbins Geller.

4. No parties will be prejudiced by Mr. Browne's withdrawal.

WHEREFORE, Plaintiff respectfully requests that the appearance of Lonnie Browne in this matter be withdrawn.

DATED: March 25, 2024      ROBBINS GELLER RUDMAN
    & DOWD LLP
TRIG R. SMITH
JOHN M. KELLEY (admitted *pro hac vice*)

s/ Trig R. Smith<br>
TRIG R. SMITH

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
Email: trigs@rgrdlaw.com
Email: jkelley@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  (631) 367-7100
Facsimile:  (631) 367-1173
Email:  drosenfeld@rgrdlaw.com

ENTWISTLE & CAPPUCCI LLP
ANDREW J. ENTWISTLE
(Texas Bar No. 24038131)
500 West 2nd Street, Floor 19, Suite 140
Austin, TX  78701
Telephone:  (512) 710-5960
Email:  aentwistle@entwistle-law.com

*Co-Lead Counsel for Lead Plaintiff and the Class*

O'DONOGHUE & O'DONOGHUE LLP
LOUIS P. MALONE
5301 Wisconsin Avenue, N.W., Suite 800
Washington, DC  20015
Telephone:  (202) 362-0041
Facsimile:  (202) 362-2640
Email:  lmalone@odonoghuelaw.com

*Additional Counsel for Lead Plaintiff*

LABATON KELLER SUCHAROW LLP
IRA A. SCHOCHET (Admitted *Pro Hac Vice*)
DAVID SCHWARTZ (Admitted *Pro Hac Vice*)
140 Broadway, 34th Floor
New York, NY  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477
Email:  ischochet@labaton.com
Email:  dschwartz@labaton.com

*Counsel for Plaintiff Camelot Event Driven Fund, A Series of Frank Funds Trust*

McDOWELL HETHERINGTON LLP
JASON A. RICHARDSON
Texas Bar No. 24056206
Southern District No. 827917
1001 Fannin Street, Suite 2700
Houston, TX  77002
Telephone:  (713) 337-8872
Facsimile:  (713) 337-8862
Email:  Jason.Richardson@mhllp.com

*Liaison Counsel*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on March 25, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Trig R. Smith
TRIG R. SMITH

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  trigs@rgrdlaw.com

4896-0382-8143.v1

# Mailing Information for a Case 4:19-cv-00957 Camelot Event Driven Fund, A Series of Frank Funds Trust v. Alta Mesa Resources, Inc. f/k/a Silver Run Acquisition Corporation II et al

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Thomas Robert Ajamie**
  tajamie@ajamie.com,jedwards@ajamie.com,dmolloy@ajamie.com

- **Stefan Atkinson**
  stefan.atkinson@kirkland.com,kenymanagingclerk@kirkland.com

- **John Franklin Bash , III**
  johnbash@quinnemanuel.com,priscillarubio@quinnemanuel.com

- **Walter Moreau Berger**
  cberger@winston.com,casey-berger-0715@ecf.pacerpro.com,ECF_Houston@winston.com

- **Jesse Bernstein**
  jessebernstein@quinnemanuel.com

- **Laura Elizabeth Bladow**
  laura.bladow@lw.com,laura-bladow-6069@ecf.pacerpro.com

- **Richard Alexander Bodnar**
  rbodnar@rksllp.com,docket@rksllp.com

- **Roberto J. Borgert**
  roberto.borgert@lw.com

- **Brendan Brodeur**
  bbrodeur@entwistle-law.com

- **Nick M. Brown**
  nick.brown@kirkland.com

- **Lonnie A Browne**
  lbrowne@rgrdlaw.com,slandry@rgrdlaw.com,dwatts@rgrdlaw.com

- **Robert N Cappucci**
  rcappucci@entwistle-law.com

- **Frank T. M. Catalina**
  fcatalina@rksllp.com,docket@rksllp.com

- **Alec Coquin**
  acoquin@labaton.com

- **Sydney Elizabeth Corry**
  sydney.corry@kirkland.com,shannon.drake@kirkland.com

- **Emily Couture**
  emilycouture@quinnemanuel.com

- **Callie Danielle Crispin**
  ccrispin@entwistle-law.com

- **John Saul Edwards , Jr**
  jedwards@ajamie.com,jackedwards1975@recap.email,dmolloy@ajamie.com

- **Andrew J. Entwistle**
  aentwistle@entwistle-law.com,anealon@entwistle-law.com,bbrodeur@entwistle-law.com,efilings@entwistle-law.com,slee@entwistle-law.com,asher@entwistle-law.com,rarnall@Entwistle-Law.com,jporter@entwistle-law.com

- **Brandon Fierro**
  bfierro@rksllp.com,docket@rksllp.com

- **Arthur F. Foerster**
  arthur.foerster@lw.com

- **Jonathan Gardner**
  jgardner@labaton.com,lpina@labaton.com,4027988420@filings.docketbird.com,fmalonzo@labaton.com,electroniccasefilng@labaton.com,agreenbaum@labaton.com

- **Ashley Gebicke**
  ashley.gebicke@lw.com

- **Sarah Gragert**
  sarah.gragert@lw.com,sarah-gragert-8334@ecf.pacerpro.com,dc-lit-services-8640@ecf.pacerpro.com

- **Asher Benjamin Griffin**
  ashergriffin@quinnemanuel.com,priscillarubio@quinnemanuel.com

- **Michael J Hampson**
  mhampson@rksllp.com,docket@rksllp.com

- **Morgan Rachel Hoffman**
  morgan.hoffman@lw.com,morgan-hoffman-0422@ecf.pacerpro.com

- **Wesley Horton**
  wesley.horton@lw.com,karen.patterson@lw.com,#ocecf@lw.com,wesley-horton-5210@ecf.pacerpro.com

- **James Grant Jones , II**
  grant.jones@kirkland.com,polly.razmdideh@kirkland.com

- **William Tazewell Jones**
  taz.jones@lw.com

- **Eunice M. Kabuga**
  eunice.kabuga@lw.com

- **Christopher J Keller**
  ckeller@labaton.com,matthewbelz@labaton.com,thoffman@labaton.com,EChan-Lee@labaton.com,mpenrhyn@LABATON.com,lmehringer@labaton.com,electroniccasefiling@labaton.com,sauer@labaton.com

- **John M. Kelley**
  JKelley@rgrdlaw.com

- **Roman Martinez**
  Roman.Martinez@lw.com

- **Gianni Mascioli**
  gianni.mascioli@kirkland.com

- **Francis P McConville**
  fmcconville@labaton.com,lpina@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Stephen T. Nasko**
  stephen.nasko@lw.com

- **Matthew A. Peller**
  mpeller@rksllp.com,docket@rksllp.com

- **Matthew J. Peters**
  matthew.peters@lw.com,matthew-peters-7925@ecf.pacerpro.com

- **Christopher Darnell Porter**
  chrisporter@quinnemanuel.com,rustyedgington@quinnemanuel.com,melanieguzman@quinnemanuel.com,christayback@quinnemanuel.com,calendar@quinnemanuel

- **Joshua K Porter**
  jporter@entwistle-law.com

- **Katherine A. Preston**
  kpreston@winston.com,rsmith@winston.com,katy-preston-2248@ecf.pacerpro.com,ECF_Houston@winston.com

- **Jason Anthony Richardson**
  jason.richardson@mhllp.com,monica.rodriguez@mhllp.com

- **Daniel J. Robinson**
  daniel.robinson@lw.com

- **Lawrence M Rolnick**
  lrolnick@rksllp.com,docket@rksllp.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com,drosenfeld@ecf.courtdrive.com,scaesar@rgrdlaw.com

- **Sheila Sadighi**
  ssadighi@rksllp.com,docket@rksllp.com

- **David Saldamando**
  dsaldamando@labaton.com,2332923420@filings.docketbird.com,lpina@labaton.com,electroniccasefiling@labaton.com

- **Ira A Schochet**
  ischochet@labaton.com,ndonlon@labaton.com,lpina@labaton.com,9523508420@filings.docketbird.com,kjudd@labaton.com,electroniccasefiling@labaton.com

- **John E Schreiber**
  jschreiber@winston.com

- **David J Schwartz**
  dschwartz@labaton.com,lpina@labaton.com,ElectronicCaseFiling@labaton.com,9307852420@filings.docketbird.com

- **Vincent Michael Serra**
  vserra@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Tanvi Shah**
  tanvishah@eversheds-sutherland.us

- **Andrew M Sher**
  asher@entwistle-law.com

- **Allison Silber**
  allisonsilber@quinnemanuel.com

- **James Louis Silliman**
  jimsilliman@eversheds-sutherland.com,ilianagarza@eversheds-sutherland.com,StephanieKeating@eversheds-sutherland.com,SherrellBellamy@eversheds-sutherland.com

- **Jules Peter Slim**
  jslim@slimlawfirm.com

- **Trig R. Smith**
  trigs@rgrdlaw.com,e_file_sd@rgrdlaw.com,scaesar@rgrdlaw.com

- **Joseph R Sparacio**
  jsparacio@rksllp.com

- **Karl S Stern**
  karlstern@quinnemanuel.com,stephanietruss@quinnemanuel.com,gabbytrevino@quinnemanuel.com,calendar@quinnemanuel.com,donnaward@quinnemanuel.com

- **Christopher Tayback**
  christayback@quinnemanuel.com,kellyvelazquez@quinnemanuel.com,calendar@quinnemanuel.com

- **Sarah A. Tomkowiak**
  sarah.tomkowiak@lw.com,sarah-tomkowiak-4288@ecf.pacerpro.com,dc-lit-services-8640@ecf.pacerpro.com

- **Jansen M. VanderMeulen**
  jansen.vandermeulen@lw.com

- **Carol C. Villegas**
  cvillegas@labaton.com

- **Emani Verlynne Walks**
  emani.walks@lw.com,dclitserv@lw.com,emani-walks-8004@ecf.pacerpro.com

- **Heather Ann Waller**
  heather.waller@lw.com

- **James Christian Word**
  christian.word@lw.com,christian-word-5594@ecf.pacerpro.com

- **Kenneth Alan Young**
  kenneth.young@kirkland.com,jessica.davis@kirkland.com,angela.leonard@kirkland.com

- **Herman Heng Yue**
  herman.yue@lw.com,matthew.peters@lw.com,dclitserv@lw.com,charles.berdahl@lw.com,herman-yue-0889@ecf.pacerpro.com

- **Henry Zaytoun**
  henry.zaytoun@lw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Bruce           M Bettigole
Eversheds Sutherland LLP
700 6th Street NW
Suite 700
Washington, DC 20001

Amy             Hood
Quinn Emanuel Urquhart & Sullivan
51 Madison Ave., 22nd Floor
New York,

Aaron           C. O'Dell
Winston  Strawn LLP
333 S Grand Avenue 38th Floor
Los Angeles, CA 90071

Adam            Pollet
Eversheds Sutherland (US) LLP
700 Sixth Street, NW
Ste 700
Washington, DC 20001

Samuel          H Rudman
Lerach Coughlin et al
58 S Service Rd Ste 200
Melville, NY 11747-2342
```