# HEARING MINUTES

Cause No:       4:19-CV-957

Style:          Camelot Event Driven Fund, A Series of Frank Funds Trust v. Alta Mesa Resources, Inc. f/k/a Silver Run Acquisition Corporation II et al

Hearing Type:   Status conference

**Appearances:**

| Counsel | Representing |
|---|---|
| Christopher Darnell Porter | Don Dimitrievich; HPS Investment Partners, LLC |
| Courtney C. Whang | Don Dimitrievich; HPS Investment Partners, LLC |
| Michael J. Hampson | Alyeska Plaintiffs; Orbis Plaintiffs |
| Andrew J. Entwistle | FNY plaintiffs; Paul Burbach |
| James Christian Word | Alta Mesa Resources, Inc. and certain of its current and former officers and directors; Riverstone Holdings, Inc. |

Date:  March 22, 2024            Court reporter:  ERO
Time: 3:34 p.m.—4:22 p.m.        Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

The Court held a status conference.

The parties may submit their pretrial documents **on or before May 15, 2024** as discussed on the record.

The Court will hold docket call **on April 12, 2024 at 3:30 p.m., by video.**

Join ZoomGov Meeting
https://www.zoomgov.com/j/1603195595?pwd=TzB1aTNFcVJuSzBKSVJpLzczUVcvUT09

Meeting ID: 160 319 5595
Passcode: 397976
Dial-in: 1-669-254-5252