United States District Court
Southern District of Texas
**ENTERED**
April 03, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. § <br> SECURITIES LITIGATION § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 4:19-CV-957 |

## ORDER

Pending before the Court in this consolidated securities class action is the class plaintiffs' motion to try their claims separately from those of the opt-out plaintiffs. The motion (Dkt. 659) is respectfully **DENIED**.

SIGNED at Houston, Texas, on April 3, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE