| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** 711 LOUISIANA STREET, SUITE 500 HOUSTON, TEXAS 77002 | **KIRKLAND & ELLIS LLP KIRKLAND & ELLIS INTERNATIONAL LLP** 609 MAIN STREET HOUSTON, TEXAS 77002 | **EVERSHEDS SUTHERLAND (US) LLP** 1001 FANNIN STREET, SUITE 3700 HOUSTON, TEXAS 77002 |
|---|---|---|

April 11, 2024

<u>VIA ECF</u>

Hon. George C. Hanks, Jr.
United States District Judge
Southern District of Texas
515 Rusk St., Room 6202
Houston, TX 77002

Re: <u>In re Alta Mesa Resources Securities Litigation, 4:19-cv-00957-GCH</u>

Dear Judge Hanks:

We write on behalf of HPS Investment Partners, Don Dimitrievich, Bayou City, William McMullen, and ARM Energy (together, "Defendants"), in case no. 4:19-cv-00957 (consolidated), regarding the Summary Judgment Oral Argument Motion Hearing (the "Hearing") set for April 22, 2024 at 10:00 AM. *See* Dkt. 727.

We appreciate the Court granting Defendants' requests for oral argument on Defendants' summary judgment motions. Unfortunately, however, one counsel will be traveling on April 22 returning from a pre-planned tenth-year anniversary trip, and another counsel will be traveling that day returning from a pre-planned family trip. Additionally, a third counsel will be celebrating Passover on April 23-24.

Counsel for Defendants were prepared to request that the Court move the Hearing to Thursday, April 25, 2024, or Friday, April 26, 2024, so that counsel for all Defendants can attend. But when counsel for Class Plaintiffs responded to Defendants' proposal via email, they noted that (1) Mr. Entwistle will be handling the argument for the Class; (2) Mr. Entwistle is not available on April 25 or 26; (3) Class Plaintiffs "object to [Defendants'] request" to reschedule the Hearing; and (4) Class Plaintiffs are "prepared to go forward with the oral argument, which [Defendants] requested, on April 22 as set by the Court."

Accordingly, counsel for Defendants now propose that the Hearing be rescheduled to **April 17, 2024**, **April 18, 2024**, or **April 24, 2024**.[1] We simply seek a minor accommodation based on pre-planned commitments.

That said, if these dates do not work for the Court's schedule, counsel for Defendants will make arrangements to ensure their attendance at the Hearing as currently scheduled on April 22, 2024.

We appreciate the Court's consideration of this request and are happy to answer any questions the Court may have.

---

[1] Please note that if the April 24, 2024 date works for the Court, then the counsel for Defendants who is celebrating Passover will not be able to attend. Nevertheless, counsel for Defendants have conferred and can work around this.

Respectfully submitted,

/s/ Christopher D. Porter
(signed by permission of Attorney-in-Charge)
Karl S. Stern (attorney in charge) (SBN 19175665)
Christopher D. Porter (SBN 24070437)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
711 Louisiana Street, Suite 500
Houston, TX 77002
Telephone: (713) 221-7000
Facsimile: (713) 221-7100
Email: karlstern@quinnemanuel.com
chrisporter@quinnemanuel.com

-AND-

Michael B. Carlinsky (*pro hac vice*)
Jesse Bernstein (*pro hac vice*)
Courtney C. Whang (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email:
michaelcarlinsky@quinnemanuel.com
jessebernstein@quinnemanuel.com
courtneywhang@quinnemanuel.com
*Counsel to HPS Investment Partners, LLC and Don Dimitrievich*


/s/ James L. Silliman
James L. Silliman
Attorney-in-Charge
TX Bar No. 24081416
Federal Bar No. 2365032
**EVERSHEDS SUTHERLAND (US) LLP**

/s/ Kenneth Alan Young
Kenneth Alan Young
Attorney-in-Charge
Nick Brown
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Texas Bar No. 24088699
609 Main Street
Houston, TX 77002
Telephone: (713) 836-3600

-AND-

Stefan Atkinson (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

*Counsel for Bayou City Energy Management LLC and William McMullen*

3

1001 Fannin Street, Suite 3700
Houston, TX 77002
Tel.: (713) 470-6100
Fax: (713) 654-1301
Email:  jimsilliman@eversheds-sutherland.com

-**AND**-

Bruce M. Bettigole (*pro hac vice*)
Adam Pollet (*pro hac vice*)
Andrea Gordon (*pro hac vice*)
**EVERSHEDS SUTHERLAND (US) LLP**
700 Sixth Street N.W., Suite 700
Washington, DC 20001
Telephone: (202) 383-0100

*Counsel for ARM Energy Holdings, LLC*