

Matthew Peller
Senior Counsel

1251 Avenue of the Americas
New York, NY 10020
212.597.2822
mpeller@rksllp.com

April 11, 2024

**VIA CM/ECF & E-MAIL**

Byron Thomas
Case Manager to Judge George C. Hanks, Jr.
United States Courthouse
515 Rusk St., Room 5300
Houston, TX 77002
cm4147@txs.uscourts.gov

**Re:** *In re Alta Mesa Resources, Inc. Sec. Litig.*, **C.A. No. 4:19-cv-00957 (S.D. Tex.)**

Dear Mr. Thomas:

We write on behalf of Plaintiffs Alyeska Master Fund, L.P., Alyeska Master Fund 2, L.P., Alyeska Master Fund 3, L.P. (the "Alyeska Plaintiffs"), Orbis Global Equity LE Fund (Australia Registered), Orbis Global Equity Fund (Australia Registered), Orbis Global Balanced Fund (Australia Registered), Orbis SICAV, Orbis Institutional Equity L.P., Orbis Global Equity Fund Limited, Orbis Institutional Funds Limited, Allan Gray Australia Balanced Fund, Orbis OEIC, and Orbis Institutional U.S. Equity L.P. (the "Orbis Plaintiffs," and, together with the Alyeska Plaintiffs, the "Individual Action Plaintiffs") regarding oral argument on certain summary judgment motions, which is currently scheduled for April 22, 2024 at 10:00am. *See* ECF No. 727.

Counsel for Defendants Donald Dimitrievich, HPS Investment Partners, Bayou City, William McMullen, and ARM Energy wrote the Court earlier today seeking to move oral argument from April 22 to one of April 17, April 18, or April 24. *See* ECF No. 728. As we advised the parties earlier today, however, counsel for the Individual Action Plaintiffs arguing the motion is unavailable on April 17 and April 18, so we respectfully request that the Court not set oral argument for April 17 or April 18. Counsel for the Individual Action Plaintiffs are available for oral argument from April 22 through April 25.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Matthew Peller*

Matthew Peller

cc: Counsel of Record