# HEARING MINUTES

| | |
|---|---|
| Cause No: | 4:19-CV-957 |
| Style: | Camelot Event Driven Fund, A Series of Frank Funds Trust v. Alta Mesa Resources, Inc. f/k/a Silver Run Acquisition Corporation II et al |
| Hearing Type: | Docket call |

**Appearances:**

| Counsel | Representing |
|---|---|
| Christopher Darnell Porter | Don Dimitrievich; HPS Investment Partners, LLC |
| Matthew A. Peller | Alyeska Plaintiffs; Orbis Plaintiffs |
| Andrew J. Entwistle | FNY plaintiffs; Paul Burbach |
| James Christian Word | Alta Mesa Resources, Inc. and certain of its current and former officers and directors; Riverstone Holdings, Inc. |
| Trig R. Smith | Plumbers and Pipefitters National Pension Fund |
| Adam Pollet | ARM Energy Holdings |
| Kenneth Alan Young | Bayou City Energy Management; William McMullen |

Date:  April 12, 2024  
Time: 4:00 p.m.—4:50 p.m.

Court reporter:  ERO  
Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

The Court held docket call and discussed trial logistics with the parties. The parties will submit a joint proposed order setting out the time allotments for opening statements **on or before April 26, 2024**.

The oral argument currently set for April 22, 2024 is **RESET** to **April 24, 2024 at 9:00 a.m., by video.** The oral argument will cover all of the defendants' motions for summary judgment. The parties will submit a joint proposed order setting out the time allotments for oral argument **on or before April 19, 2024**.

George Hanks is inviting you to a scheduled ZoomGov meeting.

Join ZoomGov Meeting  
https://www.zoomgov.com/j/1603195595?pwd=TzB1aTNFcVJuSzBKSVJpLzczUVcvUT09  
Meeting ID: 160 319 5595  
Passcode: 397976  
Dial in: 1-669-254-5252