# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

APR 15 2024

Nathan Ochsner, Clerk of Court

```
20240327-121
```

Jessica Leigh Bengels
Latham & Watkins ,LLP
885 Third Avenue, Suite 1000
New York, NY 10022

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Wednesday, March 27, 2024
Case Number: 4:19-cv-00957
Document Number: 718 (2 pages)
Notice Number: 20240327-121
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED
APR 15 2024
Nathan Ochsner, Clerk of Court

US POSTAGE ᵗᵐ PITNEY BOWES
ZIP 77002
02 1W
0001374615 MAR 28 2024
$ 000.64⁰

RETURN TO SENDER

[Return mail sticker: 1199 NFB 1 RTR 8227F0004/99/24 — NIXIE — RETURN TO SENDER — 1095 AVENUE OF THE AMERICAS FL CL]