# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
F I L E D

APR 15 2024

Nathan Ochsner, Clerk of Court

20240327-170

Jessica Leigh Bengels
Latham & Watkins, LLP
885 Third Avenue, Suite 1000
New York, NY 10022

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Wednesday, March 27, 2024
Case Number: 4:19-cv-00957
Document Number: 721 (8 pages)
Notice Number: 20240327-170
Notice: The attached order has been entered.

Case 4:19-cv-00957 Document 736 Filed on 04/15/24 in TXSD Page 2 of 2

