UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | § § § § § § | Civil Action No. 4:19-cv-00957 CLASS ACTION Judge George C. Hanks, Jr. |

**DECLARATION OF TOR GRONBORG**

I, TOR GRONBORG, declare as follows:

1.      In accordance with §5.G. of Your Honor's Rules of Courtroom Procedure, I hereby declare that I have familiarized myself with the Local Rules of the Southern District of Texas and the Court's Procedures.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 19, 2024, at San Diego, California.

_____
                    TOR GRONBORG

- 1 -