| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|

In re Alta Mesa Resources, Inc. Securities Litigation

*versus*

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Shawn Williams<br>Robbins Geller Rudman & Dowd LLP<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>(415) 288-4545; ShawnW@rgrdlaw.com<br>California - 213113<br>Northern District of California - N/A |
|---|---|

| Name of party applicant seeks to appear for: | Co-Lead Plaintiff United Association National Pension Fund (f/k/a Plumbers and Pipefitters National Pension Fund) |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/19/2024 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**                    **This lawyer is admitted *pro hac vice*.**

Dated: _____            _____
                                           United States District Judge