| **ENTWISTLE & CAPPUCCI LLP** | **ROBBINS GELLER RUDMAN & DOWD LLP** |
|---|---|
| 500 W. 2ND STREET, SUITE 1900-16 | 655 WEST BROADWAY, SUITE 1900 |
| AUSTIN, TEXAS 78701 | SAN DIEGO, CALIFORNIA 92101 |
| TELEPHONE: (512) 710-5960 | TELEPHONE: (619) 231-1058 |
| FACSIMILE: (212) 894-7272 | FACSIMILE: (619) 231-7423 |

April 19, 2024

**VIA ECF**

Hon. George C. Hanks, Jr.
United States District Judge
Southern District of Texas
515 Rusk St., Room 6202
Houston, TX 77002

Re:   *In re Alta Mesa Resources Securities Litigation*, 4:19-cv-00957-GCH

Dear Judge Hanks:

Pursuant to Your Honor's instruction at the April 12, 2024 Docket Call (*see* Dkt. 734), having been unable to reach agreement with defendants regarding the sequencing and allocation of time for the oral argument in this matter set for April 24, 2024 at 9:00 a.m., plaintiffs hereby provide the Court with their proposed order regarding the same.

Respectfully submitted,

| s/ *Andrew J. Entwistle* | s/ *Trig Smith* |
|---|---|
| Andrew J. Entwistle | Trig Smith (*pro hac vice*) |
| (Attorney-in-Charge) | **ROBBINS GELLER RUDMAN** |
| State Bar No. 24038131 | **& DOWD LLP** |
| **ENTWISTLE & CAPPUCCI LLP** | 655 West Broadway, Suite |
| 500 West 2nd Street, Suite 1900 | 1900 San Diego, CA 92101 |
| Austin, TX 78701 | Tel: (619) 231-1058 |
| Tel: (512) 710-5960 | Facsimile: (619) 231-7423 |
| Facsimile: (212) 894-7278 | |

*Co-Lead Counsel for Lead Plaintiffs and the Class*

s/ *Lawrence M. Rolnick*
Lawrence M. Rolnick
Sheila Sadighi
Michael J. Hampson
Matthew A. Peller
Joseph R. Sparacio
Rolnick Kramer Sadighi LLP

1251 Avenue of the Americas
New York, New York 10020
(212) 597-2800
lrolnick@rksllp.com
ssadighi@rkllp.com
mhampson@rksllp.com
mpeller@rksllp.com
jsparacio@rksllp.com

*Counsel for the Alyeska and Orbis Plaintiffs*