UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NOS. 4:19-CV-00957<br>4:22-cv-01189<br>4:22-cv-02590 |

**[PLAINTIFFS' PROPOSED] ORDER REGARDING ORAL ARGUMENT ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

The Court, having received defendants' requests for oral argument on their motions for summary judgment, and having discussed with counsel for the parties their availability at the April 12, 2024 docket call, and having set oral argument for April 24, 2024 at 9:00 a.m., (*see* Dkt. 734, minute entry), and having reviewed and considered the parties' joint letter regarding the allocation of time for oral argument, hereby **ORDERS** that the argument shall proceed in the following order and under the following time constraints, subject to any further direction the Court may provide prior to or during argument:

**A.**     **The August Motions**

1. Defendants who moved in August shall collectively have thirty (30) minutes to argue for Dkt. Nos. 422, 423, 424 and 427. (the "August Motions").

2. Class Plaintiffs shall collectively have thirty (30) minutes to argue against the August Motions directed against the class claims.

3. The Individual Action Plaintiffs shall collectively have thirty (30) minutes to argue against the August Motions.

4. Defendants who moved in August shall collectively have five (5) minutes to rebut arguments made by the plaintiffs.

**B.     The December Motions**

1. Defendants who moved in December shall collectively have thirty (30) minutes to argue for Dkt. Nos. 518, 520, 521, 523, 526 (the "December Motions").

2. Class Plaintiffs shall collectively have thirty (30) minutes to argue against the December Motions.

3. The Individual Action Plaintiffs shall collectively have thirty (30) minutes to argue against the December Motions.

4. Defendants who moved in December shall collectively have five (5) minutes to rebut arguments made by the plaintiffs.

Signed this ___ day of April, 2024.

_____

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE