# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NOS. 4:19-CV-00957<br>4:22-cv-01189<br>4:22-cv-02590 |

## [PROPOSED] ORDER REGARDING ORAL ARGUMENT ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

The Court, having received the parties' joint letter regarding a schedule for oral argument on the Defendants' Motions for Summary Judgment, Dkts. 422, 423, 424, 427, 518, 520, 521, 523, 526 (the "Motions") and having set oral argument for April 24, 2024 at 9:00 a.m., Dkt. 734, hereby **ORDERS** that the argument shall proceed under the following schedule, subject to any further direction the Court may provide prior to or during argument:

- 3.5 hours for total argument time (including rebuttal);
- Defendants will allocate amongst themselves 90 minutes of opening argument to address all of their Motions;
- Plaintiffs will then have 90 minutes of argument to address their oppositions;
- Defendants will then collectively have 30 minutes for rebuttal argument.

Signed this __ day of _____, _____.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE