United States District Court
Southern District of Texas
**ENTERED**
April 23, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE ALTA MESA RESOURCES, INC.     §
SECURITIES LITIGATION               §
                                    §
                                    §
                                    §     CIVIL ACTION NO. 4:19-CV-957
                                    §
                                    §
                                    §
                                    §

## ORDER

The Court has reviewed the parties' proposals regarding a schedule for the oral argument on Defendants' motions for summary judgment and will adopt the schedule proposed by Defendants. (Dkt. 745). Accordingly, the Court **ORDERS** that oral argument, which remains set for 9:00 a.m. on April 24, 2024, shall proceed as follows:

- 3.5 hours for total argument time (including rebuttal);

- Defendants will allocate amongst themselves 90 minutes of opening argument to address all of their Motions;

- Plaintiffs will then have 90 minutes of argument to address their oppositions;

- Defendants will then collectively have 30 minutes for rebuttal argument.

For ease of reference, the parties shall group the defendants in the manner utilized in the Third Consolidated Amended Complaint. (Dkt. 218 at pp. 16–23). The parties shall be prepared to discuss, for each defendant: (1) what statements that particular defendant is accused of making; (2) whether and why those statements are misleading; and (3) whether and why evidence in the record would allow a jury to find that that particular defendant

acted with the necessary scienter. For each Control Entity Defendant, the parties shall be prepared to discuss whether and why evidence in the record would allow a jury to find that that Control Entity Defendant possessed or exercised control over a primary violator.

SIGNED at Houston, Texas, on April 23, 2024.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE