**Eversheds Sutherland (US) LLP**
700 Sixth Street, NW, Suite 700
Washington, DC  20001-3980

D: +1 202.383.0812
F: +1 202.637.3593

adampollet@
eversheds-sutherland.com

April 24, 2024

**Via ECF**

Hon. George C. Hanks, Jr.
United States District Judge
Southern District of Texas
515 Rusk St., Room 6202
Houston, TX 77002

Re:    *In re Alta Mesa Resources Securities Litigation*, 4:19-cv-00957-GCH

Dear Judge Hanks:

Defendant ARM Energy Holdings, LLC ("ARM Energy") submits this letter in advance of the April 24, 2024 oral argument to join in Defendants' letter objecting to the purported demonstrative exhibits provided by Class Plaintiffs on April 22, 2024. (ECF No. 747).

ARM Energy objects to the Class Plaintiffs' purported demonstrative exhibits on the same bases and incorporates these objections by reference as if fully set forth herein. For those reasons, Class Plaintiffs should be prohibited from relying on these exhibits during the upcoming oral argument.

Respectfully submitted,

*/s/ James L. Silliman*
James L. Silliman
Attorney-in-Charge
TX Bar No. 24081416
Federal Bar No. 2365032
**EVERSHEDS SUTHERLAND (US) LLP**
1001 Fannin Street, Suite 3700
Houston, TX 77002
Tel.: (713) 470-6100
Fax: (713) 654-1301
Email: jimsilliman@eversheds-sutherland.com

**-AND-**

Bruce M. Bettigole (pro hac vice)
Adam Pollet (pro hac vice)
Andrea Gordon (pro hac vice)
**EVERSHEDS SUTHERLAND (US) LLP**
700 Sixth Street N.W., Suite 700
Washington, DC 20001
Telephone: (202) 383-0100

*Counsel for ARM Energy Holdings, LLC*

cc:    All counsel (via ECF)

Eversheds Sutherland (US) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland.  For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.