United States District Court
Southern District of Texas

**ENTERED**
April 24, 2024

~~Nathan Ochsner~~, Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|

| In re Alta Mesa Resources, Inc. Securities Litigation |
|---|
| *versus* |
| |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Daniel Pfefferbaum<br>Robbins Geller Rudman & Dowd LLP<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>(415) 288-4545; DPfefferbaum@rgrdlaw.com<br>California - 248631<br>Northern District of California - N/A |
|---|---|

| Name of party applicant seeks to appear for: | Co-Lead Plaintiff United Association National Pension Fund (f/k/a Plumbers and Pipefitters National Pension Fund) |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/19/2024 | Signed: |
|---|---|

| The state bar reports that the applicant's status is:  **Active** |
|---|
| Dated: 04/23/2024     Clerk's signature |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____April 23, 2024_____

_____
United States District Judge