United States District Court
Southern District of Texas

**ENTERED**
April 24, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|

In re Alta Mesa Resources, Inc. Securities Litigation

*versus*

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Tor Gronborg<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058; TorG@rgrdlaw.com<br>California - 179109<br>Southern District of California - N/A |
|---|---|

| Name of party applicant seeks to appear for: | Co-Lead Plaintiff United Association National Pension Fund (f/k/a Plumbers and Pipefitters National Pension Fund) |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/19/2024 | Signed: /s/ |
|---|---|

The state bar reports that the applicant's status is: **Active**

| Dated: 04/23/2024 | Clerk's signature |
|---|---|

### Order

This lawyer is admitted *pro hac vice*.

Dated: April 23, 2024

George C. Hanks Jr.
United States District Judge