# HEARING MINUTES

Cause No:        4:19-CV-957

Style:           Camelot Event Driven Fund, A Series of Frank Funds Trust v. Alta Mesa Resources, Inc. f/k/a Silver Run Acquisition Corporation II et al

Hearing Type:    Motion hearing

**Appearances:**

| Counsel | Representing |
|---|---|
| Christopher Darnell Porter | Don Dimitrievich; HPS Investment Partners, LLC |
| Courtney Whang | Don Dimitrievich; HPS Investment Partners, LLC |
| Christopher Tayback | Don Dimitrievich; HPS Investment Partners, LLC |
| Sheila Sadighi | Alyeska Plaintiffs; Orbis Plaintiffs |
| Michael J. Hampson | Alyeska Plaintiffs; Orbis Plaintiffs |
| Andrew J. Entwistle | FNY plaintiffs; Paul Burbach |
| James Christian Word | Alta Mesa Resources, Inc. and certain of its current and former officers and directors; Riverstone Holdings, Inc. |
| Trig R. Smith | Plumbers and Pipefitters National Pension Fund |
| Adam Pollet | ARM Energy Holdings |
| Kenneth Alan Young | Bayou City Energy Management; William McMullen |

| | |
|---|---|
| Date:  April 24, 2024 | Court reporter:  ERO |
| Time: 9:09 a.m.—1:22 p.m. | Law Clerk: L. McKinney |

At the hearing, the following rulings were made as stated on the record:

The Court heard oral argument on Defendants' motions for summary judgment and took the motions under advisement.