April 26, 2024

**VIA ECF**

Hon. George C. Hanks, Jr.
United States District Judge
Southern District of Texas
515 Rusk St., Room 6202
Houston, TX 77002

Re: In re Alta Mesa Resources Securities Litigation, 4:19-cv-00957-GCH, 4:22-cv-01189, 4:22-cv-02590

Dear Judge Hanks:

The minute entry relating to the April 12, 2024 docket call directed the parties in the above-referenced consolidated actions to submit a joint proposed order setting out the time allotments for opening statements on or before April 26, 2024. (Dkt. 734). In light of the Court's comments at the hearing on Defendants' motions for summary judgment and at a prior conference that the Court did not intend to review any of the pretrial submissions prior to ruling on the motions for summary judgment, the parties request that they be permitted to submit their proposed order setting out the time allotments for opening statements a week after the Court's decisions on those motions. As the Court noted, the Court's resolution of the motions will likely impact which defendants and claims proceed to trial and this in turn will inform the remaining parties' proposal for time allotments for opening statements.

Respectfully submitted,

| s/ *Andrew J. Entwistle* | s/ *J. Christian Word* |
|---|---|
| Andrew J. Entwistle | J. Christian Word |
| (attorney-in-charge) | Attorney-in-Charge |
| State Bar No. 24038131 | D.C. Bar No. 461346 |
| Callie Crispin | S.D. Tex. Bar No. 3398485 |
| Sal H. Lee | **LATHAM & WATKINS LLP** |
| **ENTWISTLE & CAPPUCCI LLP** | 555 Eleventh Street, NW |
| 500 West 2nd Street, Suite 1900 | Suite 1000 |
| Austin, TX 78701 | Washington DC 2004 |
| Tel: (512) 710-5960 | Tel.: (202) 637-2200 |
| Facsimile: (212) 894-7278 | |

| | |
|---|---|
| *Court-Appointed Co-Lead Counsel* | Fax: (202) 637-2201<br>Christian.Word@lw.com<br><br>*Counsel for Defendants Alta Mesa Resources, Inc., f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; James T. Hackett, Harlan H. Chappelle, William Gutermuth, Jeffrey H. Tepper, Diana J. Walters; Michael E. Ellis; Ronald Smith; Pierre F. Lapeyre, Jr.; David M. Leuschen; Donald Sinclair; Stephen Coats; and Thomas J. Walker* |
| s/ *Trig Smith* | s/ *Karl S. Stern* |
| Trig Smith (*pro hac vice*)<br>Tor Gronberg (*pro hac vice*)<br>John M. Kelley (*pro hac vice*)<br>Stephen Johnson (*pro hac vice*)<br><br>**ROBBINS GELLER RUDMAN & DOWD LLP**<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Tel: (619) 231-1058<br>Facsimile: (619) 231-7423<br><br><br>*Court-Appointed Co-Lead Counsel* | Karl S. Stern (attorney in charge SBN 19175665)<br>Christopher D. Porter (SBN 24070437)<br>**QUINN, EMANUEL, URQUHART & SULLIVAN, LLP**<br>700 Louisiana Street, Suite 3900<br>Houston, TX 77002<br>713-221-7000<br>karlstern@quinnemanuel.com<br>chrisporter@quinnemanuel.com<br><br>Michael B. Carlinsky (*pro hac vice*)<br>Courtney C. Whang (*pro hac vice*)<br>Jacob J. Waldman (*pro hac vice*)<br>**QUINN, EMANUEL, URQUHART &SULLIVAN, LLP**<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000<br>michaelcarlinsky@quinnemanuel.com |

courtneywhang@quinnemanuel.com
jacobwaldman@quinnemanuel.com

*Counsel for HPS Investment Partners, LLC* and *Don Dimitrievich*

| | |
|---|---|
| s/ *Walter M. Berger* | s/ *Kenneth A. Young* |
| Walter M. Berger | Kenneth A. Young |
| TX Bar No. 00798063 | Attorney-in-Charge |
| Attorney-in-Charge | Texas Bar No. 25088699 |
| Katherine A. Preston | S.D. Tex. No. 2506614 |
| TX Bar No. 24088255 | **KIRKLAND & ELLIS LLP** |
| **WINSTON & STRAWN LLP** | **KIRKLAND & ELLIS** |
| 800 Capitol Street, Suite 2400 | **INTERNATIONAL LLP** |
| Houston, TX 77002-2925 | 609 Main Street |
| Tel.: (713) 615-2699 | Houston, Texas 77002 |
| Fax: (713) 651-2700 | Tel.: (713) 836-3600 |
| cberger@winston.com | Fax: (713) 836-3601 |
| kpreston@winston.com | kenneth.young@kirkland.com |

Of Counsel:
John E. Schreiber (pro hac vice)
CA Bar No. 261558
Aaron C. O'Dell (pro hac vice)
CA Bar No. 281851
**WINSTON & STRAWN LLP**
333 S. Grand Ave., 38th Floor
Los Angeles, CA 90071
Tel.: (213) 615-1700
Fax: (213) 615-1750
jschreiber@winston.com
acodell@winston.com

*Counsel for Bayou City Energy Management, LLC and William W. McMullen*

*Co-Counsel for Harlan H. Chappelle, Michael E. Ellis*

| | |
|---|---|
| s/ *James L. Silliman* | s/ *Lawrence M. Rolnick* |
| James L. Silliman | Lawrence M. Rolnick |
| Attorney-in-Charge | Sheila Sadighi |
| TX Bar No. 24081416 | Michael J. Hampson |
| Federal Bar No. 2365032 | Matthew A. Peller |
| | Joseph R. Sparacio |
| | Rolnick Kramer Sadighi LLP |

3

| | |
|---|---|
| **EVERSHEDS SUTHERLAND LLP**<br>1001 Fannin Street, Suite 3700<br>Houston, Texas 77002<br>Tel.: (713) 470-6100<br>Fax: (713) 654-1301<br>jimsilliman@eversheds-sutherland.com<br><br>*Counsel for ARM Energy Holdings LLC* | 1251 Avenue of the Americas<br>New York, New York 10020<br>(212) 597-2800<br>lrolnick@rksllp.com<br>ssadighi@rkllp.com<br>mhampson@rksllp.com<br>mpeller@rksllp.com<br>jsparacio@rksllp.com<br><br>*Counsel for the Alyeska and Orbis Plaintiffs* |

cc:   All counsel (via ECF)