## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NOS. 4:19-CV-00957<br>4:22-cv-01189<br>4:22-cv-02590 |

## [JOINT PROPOSED] ORDER
## ON PRETRIAL SUBMISSIONS REGARDING OPENING STATEMENTS

The Court, having received the parties' joint letter requesting an extension of time to submit a proposed order setting forth the time allotments for opening statements in the trial of this matter, and for good cause shown, hereby GRANTS the request as follows.

1. The deadline for the parties' joint proposed order setting out the time allotments for opening statements is hereby extended from April 26, 2024 to seven calendar days after the Court's disposition of the pending motions for summary judgment.

Signed this ___ day of _____, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE