# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |

### NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE CLASS PLAINTIFFS' EXPERT D. PAUL REGAN

The undersigned Defendants' respectfully submit this Notice of Supplemental Authority in support of their Motion To Exclude Class Plaintiffs' Accounting Expert D. Paul Regan Under Rule 702 [ECF No. 512] (the "Motion") to bring to the Court's attention a recent judicial ruling, *In re Under Armour Sec. Litig.*, --- F. Supp. 3d ---, 2024 WL 1635680, at *5 (D. Md. Apr. 16, 2024), a copy of which is attached to this Notice as Exhibit A.

The *Under Armour* court is now the second to exclude Regan from testifying about "opinions" that are derived from his interpretation of cherry-picked emails (and the third court to exclude him overall). *See id.* at *5 ("Regan's [] opinion … invades the authority of the trier of fact to determine for itself the plain meanings of the evidence presented at trial. As such, Regan is precluded from testifying as to [that opinion]."). This decision further supports excluding Regan's factual mouthpiece opinions in this case relating to AMH's and Kingfisher's financial projections (ECF 512 at 3-8; *see also* ECF 622 at 3-10), and AMR's internal controls (ECF 512 at 10-13; *see also* ECF 622 at 14-16).

Dated: May 6, 2024                                    Respectfully submitted,

                                By  *J. Christian Word*
                                   J. Christian Word
                                   Attorney-in-Charge for Defendants
                                   DC Bar No. 461346
                                   S.D. Tex. Bar No. 3398485
                                   **LATHAM & WATKINS LLP**
                                   555 Eleventh Street, NW
                                   Suite 1000
                                   Washington DC 20004
                                   Tel: (202) 637-2200
                                   Fax: (202) 637-2201
                                   Christian.Word@lw.com

                                   Of Counsel:
                                   Heather A. Waller
                                   IL Bar No. 6302537
                                   S.D. Tex. Bar No. 2886108
                                   **LATHAM & WATKINS LLP**
                                   330 North Wabash Avenue, Suite 2800
                                   Chicago, IL 60611
                                   Tel: (312) 876-7700
                                   Fax: (312) 993-9767
                                   Heather.Waller@lw.com

*Counsel for Defendants Alta Mesa Resources, Inc., f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; Harlan H. Chappelle; Stephen S. Coats; Michael E. Ellis; William D. Gutermuth; James T. Hackett; Pierre F. Lapeyre, Jr.; David M. Leuschen; Donald R. Sinclair; Ronald J. Smith; Jeffrey H. Tepper; Thomas J. Walker; and Diana J. Walters*

                                   Walter M. Berger
                                   TX Bar No. 00798063
                                   Attorney-in-Charge
                                   **WINSTON & STRAWN LLP**
                                   800 Capitol Street, Suite 2400

Houston, TX 77002-2925
Tel: (713) 615-2699
Fax: (713) 651-2700
cberger@winston.com

Of Counsel:
Katherine A. Preston
TX Bar No. 24088255
**WINSTON & STRAWN LLP**
800 Capitol Street, Suite 2400
Houston, TX 77002-2925
Tel: (713) 615-2699
Fax: (713) 651-2700
kpreston@winston.com

John E. Schreiber (*pro hac vice*)
CA Bar No. 261558
**WINSTON & STRAWN LLP**
333 S. Grand Ave., 38th Floor
Los Angeles, CA 90071
Tel: (213) 615-1700
Fax: (213) 615-1750
jschreiber@winston.com

*Co-Counsel for Defendants Harlan H. Chappelle and Michael E. Ellis*

**CERTIFICATE OF SERVICE**

    I certify that on May 6, 2024, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*J. Christian Word*
J. Christian Word
