May 10, 2024

**VIA ECF**

Hon. George C. Hanks, Jr.
United States District Judge
Southern District of Texas
515 Rusk St., Room 6202
Houston, TX 77002

Re:   *In re Alta Mesa Resources, Inc. Securities Litigation*, 4:19-cv-00957-GCH, 4:22-cv-01189, 4:22-cv-02590

Dear Judge Hanks:

At the March 22, 2024, status conference, the Court said the parties in the above-referenced consolidated actions may submit their pretrial filings on May 15, 2024. (See minute entry, Dkt. 724). The parties, however, appreciate the Court's comments that it does not intend to review those submissions prior to issuing a ruling on the pending motions for summary judgment. The Court further indicated at the April 24, 2024, hearing that the scope of the trial would change following its rulings on the motions for summary judgment.

In light of the Court's comments, the parties jointly agree that postponing the pretrial filings until three weeks after the Court's decisions on those motions, or on such other date the Court may prefer, would promote party and judicial efficiency.

The Court has previously advised the parties that it would modify dates on the schedule if all parties agreed, so we include with this letter an agreed proposed order signed by all parties.

Respectfully submitted,

s/ *Andrew J. Entwistle*           s/ *J. Christian Word*

Andrew J. Entwistle             J. Christian Word
(attorney-in-charge)             Attorney-in-Charge
State Bar No. 24038131          D.C. Bar No. 461346

<div style="display: flex;">
<div>

Callie Crispin
Sal H. Lee
**ENTWISTLE & CAPPUCCI LLP**
500 West 2nd Street, Suite 1900
Austin, TX 78701
Tel: (512) 710-5960
Facsimile: (212) 894-7278

*Court-Appointed Co-Lead Counsel*

</div>
<div>

S.D. Tex. Bar No. 3398485
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington DC 2004
Tel.: (202) 637-2200
Fax: (202) 637-2201
Christian.Word@lw.com

*Counsel for Defendants Alta Mesa Resources, Inc., f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; James T. Hackett, Harlan H. Chappelle, William Gutermuth, Jeffrey H. Tepper, Diana J. Walters; Michael E. Ellis; Ronald Smith; Pierre F. Lapeyre, Jr.; David M. Leuschen; Donald Sinclair; Stephen Coats; and Thomas J. Walker*

</div>
</div>

<div style="display: flex;">
<div>

s/ *Trig Smith*
_____
Trig Smith (*pro hac vice*)
Tor Gronberg (*pro hac vice*)
John M. Kelley (*pro hac vice*)
Stephen Johnson (*pro hac vice*)

**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
Facsimile: (619) 231-7423


*Court-Appointed Co-Lead Counsel*

</div>
<div>

s/ *Karl S. Stern*
_____
Karl S. Stern (attorney in charge SBN 19175665)
Christopher D. Porter (SBN 24070437)
**QUINN, EMANUEL, URQUHART & SULLIVAN, LLP**
700 Louisiana Street, Suite 3900
Houston, TX 77002
713-221-7000
karlstern@quinnemanuel.com
chrisporter@quinnemanuel.com

Michael B. Carlinsky (*pro hac vice*)
Courtney C. Whang (*pro hac vice*)
Jacob J. Waldman (*pro hac vice*)
**QUINN, EMANUEL, URQUHART &SULLIVAN, LLP**

</div>
</div>

2

|  |  |
|---|---|
|  | 51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000<br>michaelcarlinsky@quinnemanuel.com<br>courtneywhang@quinnemanuel.com<br>jacobwaldman@quinnemanuel.com<br><br>*Counsel for HPS Investment Partners, LLC* and *Don Dimitrievich* |
| s/ *Walter M. Berger*<br>Walter M. Berger<br>TX Bar No. 00798063<br>Attorney-in-Charge<br>Katherine A. Preston<br>TX Bar No. 24088255<br>**WINSTON & STRAWN LLP**<br>800 Capitol Street, Suite 2400<br>Houston, TX 77002-2925<br>Tel.: (713) 615-2699<br>Fax: (713) 651-2700<br>cberger@winston.com<br>kpreston@winston.com<br><br>Of Counsel:<br>John E. Schreiber (pro hac vice)<br>CA Bar No. 261558<br>Aaron C. O'Dell (pro hac vice)<br>CA Bar No. 281851<br>**WINSTON & STRAWN LLP**<br>333 S. Grand Ave., 38th Floor<br>Los Angeles, CA 90071<br>Tel.: (213) 615-1700<br>Fax: (213) 615-1750<br>jschreiber@winston.com<br>acodell@winston.com<br><br>*Co-Counsel for Harlan H. Chappelle, Michael E. Ellis* | s/ *Kenneth A. Young*<br>Kenneth A. Young<br>Attorney-in-Charge<br>Texas Bar No. 25088699<br>S.D. Tex. No. 2506614<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>609 Main Street<br>Houston, Texas 77002<br>Tel.: (713) 836-3600<br>Fax: (713) 836-3601<br>kenneth.young@kirkland.com<br><br>*Counsel for Bayou City Energy Management, LLC and William W. McMullen* |
| s/ *James L. Sillman*<br>James L. Sillman | s/ *Lawrence M. Rolnick*<br>Lawrence M. Rolnick |

3

Attorney-in-Charge
TX Bar No. 24081416
Federal Bar No. 2365032
**EVERSHEDS SUTHERLAND LLP**
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Tel.: (713) 470-6100
Fax: (713) 654-1301
jimsilliman@eversheds-sutherland.com

*Counsel for ARM Energy Holdings LLC*

Sheila Sadighi
Michael J. Hampson
Matthew A. Peller
Joseph R. Sparacio
Rolnick Kramer Sadighi LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 597-2800
lrolnick@rksllp.com
ssadighi@rkllp.com
mhampson@rksllp.com
mpeller@rksllp.com
jsparacio@rksllp.com

*Counsel for the Alyeska and Orbis Plaintiffs*

cc:   All counsel (via ECF)