UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NOS. 4:19-CV-00957<br>4:22-cv-01189<br>4:22-cv-02590 |

**[JOINT PROPOSED] ORDER
REGARDING PRETRIAL SUBMISSIONS**

The Court, having received the parties' joint letter requesting an extension of time to file pretrial submissions in this matter, and for good cause shown, hereby GRANTS the request as follows.

1. The deadline for the parties' pretrial submissions is hereby extended from May 15, 2024 to twenty-one calendar days after the Court's disposition of the pending motions for summary judgment.

Signed this ___ day of _____, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE