UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: ALTA MESA RESOURCES, INC. SECURITIES LITIGATION CAMELOT EVENT DRIVEN FUND, A SERIES OF FRANK FUNDS TRUST, et al.<br>    Plaintiff(s), | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:19–cv–00957 |
| ALTA MESA RESOURCES, INC., et al.<br><br>    Defendant. | | |

### NOTICE OF RESETTING

A Pre−Motion Conference has been set in this matter for 05:00 PM on 5/15/2024. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1600772147?pwd=aEhhYURZbFNjSTF1Nm1PN0JGR1FOQT09*
Meeting phone number: 1−669−254−5252
Meeting ID: 160 077 2147
Meeting Password: 538311

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 5/14/2024

Kimberly Picota
cm4147@txs.uscourts.gov
Case Manager to
U.S. District Judge George C. Hanks, Jr.