May 16, 2024

**VIA ECF**
Hon. George C. Hanks, Jr.
United States District Judge
Southern District of Texas
515 Rusk St., Room 6202
Houston, TX 77002

      Re:   In re Alta Mesa Resources Securities Litigation, 4:19-cv-00957-GCH, 4:22-cv-01189, 4:22-cv-02590

Dear Judge Hanks:

      Defendant Riverstone Holdings LLC ("Riverstone") has asserted a claim of attorney-client privilege over portions of one of the exhibits filed by Class Plaintiffs in opposition to Riverstone's motion for summary judgment on Plaintiffs' Section 20(a) claim (ECF Nos. 569-15, 570, 672-15, 673). The portions of the exhibit over which Riverstone asserts privilege are not germane to the Class Plaintiffs' opposition (the exhibit was submitted as evidence of the fact that, on December 17, 2018, Mr. Coats provided comments to Riverstone on an Alta Mesa Resources draft press release and not for the content of Mr. Coats's comments).

      Therefore, Class Plaintiffs and Riverstone jointly and respectfully request that the Court consider the attached (redacted) PX 347-R instead of the originally submitted PX 347 and deem PX 347 replaced by PX 347-R for all purposes. Class Plaintiffs and Riverstone further jointly and respectfully request that the Court restrict public access to the original PX 347, including by disabling the link to the publicly filed copy of that exhibit on PACER (ECF No. 672-15). The undersigned counsel would be pleased to answer any questions the Court may have.

                              Respectfully submitted,

| | |
|---|---|
| */s/ Andrew J. Entwistle* | */s/ J. Christian Word* |
| Andrew J. Entwistle | J. Christian Word |
| (attorney-in-charge) | Attorney-in-Charge |
| State Bar No. 24038131 | D.C. Bar No. 461346 |
| Callie Crispin | S.D. Tex. Bar No. 3398485 |
| Sal H. Lee | **LATHAM & WATKINS LLP** |
| **ENTWISTLE & CAPPUCCI LLP** | 555 Eleventh Street, NW |
| 500 West 2nd Street, Suite 1900 | Suite 1000 |
| Austin, TX 78701 | Washington DC 2004 |

Tel: (512) 710-5960
Facsimile: (212) 894-7278

*Court-Appointed Co-Lead Counsel*

/s/ Trig Smith
Trig Smith (*pro hac vice*)
Tor Gronberg (*pro hac vice*)
John M. Kelley (*pro hac vice*)
Stephen Johnson (*pro hac vice*)

**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
Facsimile: (619) 231-7423

*Court-Appointed Co-Lead Counsel*

cc: All counsel (via ECF)

Tel.: (202) 637-2200
Fax: (202) 637-2201
Christian.Word@lw.com

*Counsel for Defendants Alta Mesa Resources, Inc., f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; James T. Hackett, Harlan H. Chappelle, William Gutermuth, Jeffrey H. Tepper, Diana J. Walters; Michael E. Ellis; Ronald Smith; Pierre F. Lapeyre, Jr.; David M. Leuschen; Donald Sinclair; Stephen Coats; and Thomas J. Walker*