# PX 347-R

**From:** "Coats, Stephen" <scoats@riverstonellc.com>
**Sent:** Mon, 17 Dec 2018 14:23:28 +0000 (UTC)
**To:** "Lapeyre, Pierre F." <pierre@riverstonellc.com>; "Leuschen, David"<david@riverstonellc.com>
**Subject:** PressRelease 12.16 Afternoon Draft
**Attachments:** PressRelease 12.16 Afternoon Draft.docx

I have added some of my own comments on the press release. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

CONFIDENTIAL                                                                                                                                       RIVERSTONE_SDTX00024967

Alta Mesa Resources, Inc.

## ALTA MESA ANNOUNCES LEADERSHIP TRANSITION





15021 Katy Freeway, Suite 400   •   Houston, Texas 77094   •   (281) 530-0991   •   www.altamesa.net

CONFIDENTIAL

RIVERSTONE_SDTX00024969