UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr |

**FIRST DECLARATION OF LUIGGY SEGURA REGARDING (A) NOTICE DISSEMINATION; (B) PUBLICATION/TRANSMISSION OF SUMMARY NOTICE; AND (C) REQUESTS FOR EXCLUSION RECEIVED TO DATE**

I, Luiggy Segura, declare as follows:

1. I am the Vice President of Securities Operations for JND Legal Administration ("JND"). Pursuant to paragraph 4 of the Court's Order Granting Class Representatives' Uncontested Motion for Entry of an Order Approving Notice of Pendency of Class Action, Notice Procedures and Appointment of Notice Administrator, dated March 27, 2024 (the "Notice Order"), JND was authorized to act as the Notice Administrator in connection with the above-captioned action (the "Action"). I submit this Declaration in order to provide the Court and the Parties to the Action with information regarding the dissemination of the Notice of Pendency of Class Action ("Notice") and Postcard Notice, the publication of the Summary Notice of Pendency of Class Action (the "Summary Notice"), establishment of the website and toll-free telephone number dedicated to this Action, and other updates regarding the status of the notice administration process.

2. The following statements are based on my personal knowledge and information provided to me by other experienced JND employees, and, if called as a witness, I could and would testify competently thereto.

I.   **DISSEMINATION OF THE NOTICE AND POSTCARD NOTICE**

3. Pursuant to the Notice Order, JND is responsible for disseminating notice to potential members of the Class and nominees by mailing the Postcard Notice via U.S. mail to such Class Members and nominees, among other means of distribution. The Postcard Notice is attached hereto as Exhibit A. By definition, the Class is comprised of (1) all persons and entities who held shares of Alta Mesa Resources, Inc. ("Alta Mesa"), formerly Silver Run II Acquisition Corp. ("Silver Run II"), common stock and/or Silver Run II units on January 22, 2018; and (2) all persons and entities who purchased or otherwise acquired securities of Alta Mesa/Silver Run II from August 16, 2017 through May 17, 2019 (the "Class Period").

1

4. On February 27, 2024, Class Counsel forwarded to JND a file from Defendants' Counsel that contained the names and mailing addresses of holders of record of Alta Mesa common stock during the Class Period. JND extracted the records from the file received and, after clean-up and de-duplication, identified 52 unique names and addresses (the "Class List"). Prior to mailing the Postcard Notice to the individuals and entities contained on the Class List, JND verified the mailing records through the National Change of Address ("NCOA") database to ensure the most current address was being used. On April 2, 2024, JND caused the Postcard Notice to be sent by First-Class mail to these potential Class Members.

5. JND also identified additional address records through reasonable efforts and researched filings with the U.S. Securities and Exchange Commission on Form 13-F to identify additional institutions or entities that may have held the securities during the Class Period. As a result of these efforts, an additional 222 address records were identified and added to the Class List. On April 2, 2024, JND caused the Postcard Notice to be sent by First-Class mail to these potential Class Members.

6. As in most securities class actions, a large majority of potential Class Members are beneficial purchasers whose securities are held in "street name," *i.e.*, the securities are purchased by brokerage firms, banks, institutions or other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers. JND maintains a proprietary database with the names and addresses of the most common banks and brokerage firms, nominees and known third party filers (the "Broker Database"). On April 2, 2024, JND caused the Postcard Notice, along with an instructional cover letter, to be mailed via First-Class mail, postage prepaid, to the 4,078 mailing records contained in the Broker Database at that time.

7. In total, 4,352 Postcard Notices were mailed to potential Class Members and nominees by First-Class mail on April 2, 2024 in accordance with the Notice Order, as described in the previous paragraphs (the "Initial Mailing").

8. JND also posted the Notice and Postcard Notice for brokers and nominees on the Depository Trust Company Legal Notice System ("DTC LENS"), a place for legal notices to be posted pertaining to publicly traded companies and accessed by any broker or other nominee that participates in DTC's system. JND provided DTC LENS with the Notice and Postcard Notice for posting on April 1, 2024.

9. In a further attempt to garner broker responses, JND mailed reminder postcards to all the entities in the JND Broker Database who had not responded to the mailing. The reminder postcard advised them of their obligation to notice their clients. Additionally, over the course of several weeks JND followed up by telephone and/or email with the top broker/nominees from the JND Broker Database.

10. Through May 23, 2024, JND mailed an additional 3,422 Postcard Notices to potential Class Members whose names and addresses were received from individuals, entities, or nominees requesting that a Postcard Notice be mailed to such persons and mailed another 13,230 Postcard Notices to nominees who requested copies of the Postcard Notice so that they could forward the copies to their customers. Each of the requests was responded to in a timely manner.

11. As a result of the efforts described above, as of May 22, 2024, JND mailed a total of 21,004 Postcard Notices to potential Class Members and their nominees.[1]

---

[1] In addition, JND has re-mailed two (2) Postcards to persons whose original mailings were returned by the U.S. Postal Services ("USPS") as undeliverable and for whom updated addresses were provided to JND by the USPS and advanced address searches.

## II.   PUBLICATION/TRANSMISSION OF THE SUMMARY NOTICE

12. Pursuant to paragraph 4 of the Notice Order, JND is also responsible for publishing/transmitting the Summary Notice.  On April 8, 2024, JND caused the Summary Notice to be (i) published once in *Investor's Business Daily*, (ii) published once in *The Wall Street Journal* and (iii) transmitted once over *PR Newswire*.  Attached hereto as Exhibit B is confirmation of the *Investor's Business Daily*, *The Wall Street Journal* and *PR Newswire* publications/transmission. JND also posted the Summary Notice on the website established by JND for this Action, as described below.

## III.   ESTABLISHMENT OF CALL CENTER SERVICES

13. Prior to the Initial Mailing, JND established and continues to maintain a toll-free telephone number (1-855-208-4124) for Class Members to call and obtain information about the Action.  The toll-free telephone number connects callers with an Interactive Voice Recording ("IVR").  The IVR provides callers with pre-recorded information about the Action, including the option to request copies of the Class notices.  The toll-free telephone number with pre-recorded information is available 24 hours a day, 7 days a week, and provides the option to speak with a live operator during regular business hours.  During other hours, callers may leave a message for a JND representative to call them back.

## IV.   ESTABLISHMENT OF THE WEBSITE

14. In accordance with the Notice Order, and to further assist potential Class Members, JND, in coordination with Class Counsel, designed, implemented and currently maintains a website dedicated to the Action, www.AltaMesaSecuritiesLitigation.com (the "Website").  The Website became operational prior to the Initial Mailing and is accessible 24 hours a day, 7 days a week. Among other things, the Website includes general information regarding the Action and lists the exclusion deadline.  Copies of the Notice, Summary Notice, Notice Order and other relevant

4

documents are posted on the Website and available for downloading. JND will continue operating, maintaining and, as appropriate, updating the Website until the conclusion of this administration.

## V. REPORT ON EXCLUSION REQUESTS RECEIVED TO DATE

15. The Notice, Postcard Notice, Summary Notice and Website inform Class Members that requests for exclusion from the Class are to be addressed to Alta Mesa Resources Securities Litigation, c/o JND Legal Administration, P.O. Box 91218, Seattle, WA 98111, such that they are postmarked by May 17, 2024. The Notice also sets forth the information that must be included in each request for exclusion. JND monitors all mail delivered to the P.O. Box for the litigation. As of May 23, 2024, JND has received three (3) requests for exclusion from the Class. JND received one (1) additional request for exclusion; however, that Class Member subsequently withdrew his request in writing. Attached hereto as Exhibit C is a list of the individual and entities requesting exclusion from the Class, and their city and state. Attached hereto as Exhibit D are copies of the requests for exclusion and withdrawal, with personal information redacted.

I declare under penalty of perjury that the above is true and correct.

Executed on May 24, 2024 at New Hyde Park, New York.

*Luiggy Segura*
Luiggy Segura

5