# EXHIBIT A

**Court-Ordered Legal Notice**
**Forwarding Service Requested**

In Re Alta Mesa Resources. Sec. Litig.,
Case No. 4:19-cv-00957 (S.D. Tex.)

Case Pending in the U.S. District Court for
the Southern District of Texas

*Important Notice about a*
*Pending Securities Class Action*

*This Notice may affect your legal rights*
*Please read it Carefully*

**PLEASE DO NOT CONTACT**
**THE COURT REGARDING**
**THIS NOTICE.**

**Alta Mesa Resources Securities Litigation**
**c/o JND Legal Administration**
**PO Box 91218**
**Seattle, WA 98111**

## <<MAILING_BARCODE>>

Postal Service: Please do not mark barcode

«Fullname»
«AddressLine1»
«AddressLine2»
«City», «State» «Zip»

*In re Alta Mesa Resources, Inc. Securities Litigation, Case No. 4:19-cv-00957 (S.D. Tex.)*

THIS CARD PROVIDES LIMITED INFORMATION ABOUT THE LITIGATION.
VISIT **WWW.ALTAMESASECURITIESLITIGATION.COM** OR CALL **1-855-208-4124** FOR MORE INFORMATION.

If you: (1) held shares of Alta Mesa (Silver Run II) common stock and/or Silver Run II Units on January 22, 2018; and/or (2) purchased or otherwise acquired securities of Alta Mesa/Silver Run II from August 16, 2017 through May 17, 2019, inclusive, your rights might be affected by the above-captioned Class Action.

**THIS IS NOT A SETTLEMENT NOTICE – THERE IS NO SETTLEMENT AND YOU ARE NOT BEING ASKED TO SUBMIT A CLAIM FORM.**

The precise definition of the Class has been set by the Court and is available at **www.AltaMesaSecuritiesLitigation.com**. If you are a Class Member, you have the right to decide whether to remain a Class Member. ***If you want to remain a Class Member, you do not need to do anything at this time other than to retain your documentation reflecting your transactions and holdings in securities of Alta Mesa/Silver Run II***. If you are a member of the Class and do not exclude yourself, you will be bound by the proceedings in the Action, including all past, present and future orders and judgments of the Court, whether favorable or unfavorable. If you move, or if this card was mailed to an old or incorrect address, please send the Notice Administrator written notification of your new address.

If you ask to be excluded from the Class, you will not be bound by any order or judgment of the Court in this Action; however you will not be eligible to receive a share of any funds which might be recovered for the benefit of the Class. To exclude yourself from the Class, you must submit a written request for exclusion **postmarked no later than May 17, 2024,** in accordance with the instructions set forth at **www.AltaMesaSecuritiesLitigation.com.**

The Class is represented by Andrew J. Entwistle, Entwistle & Cappucci LLP, 500 W. 2nd St., Suite 1900, Austin, TX 78701, (512) 710-5960, and Trig Smith, Robbins Geller Rudman & Dowd LLP, 655 W. Broadway, Suite 1900, San Diego, CA 92101, (619) 231-1058.



**NOTICE TO SECURITIES BROKERS AND OTHER NOMINEES:** If you acquired and/or held relevant Alta Mesa/Silver Run II securities for the benefit of an individual or entity other than yourself, you are directed **by order of the Court** to visit the Administrator's website or contact the Administrator within 7 days for instructions on how to disseminate this information to the beneficial owners.

# EXHIBIT B

# MAKING MONEY

## ServiceNow (NOW)



## INVESTOR'S CORNER

# Learn To Identify Chart Bases To Buy Stocks At Optimal Time

**BY DOMINIC GESSEL**
INVESTOR'S BUSINESS DAILY

While there is certainly a right time and wrong time to buy stocks, there is never a wrong time to learn how to invest.

You're likely familiar with the adage "buy low, sell high." IBD's research has shown this to be completely wrong. Our methodology is not about trying to buy at the lowest possible price but rather when your chances of success are greatest.

To that end, stock chart analysis is a critical skill. Learning to recognize the classic base patterns is the best way to improve your chances of success.

Base patterns are supply and demand in motion, or in illustrated form. The formation of any pattern begins when existing shareholders are selling. This creates either stalling action in an advancing stock, or an actual downturn into a price consolidation of weeks or months.

Eventually, large-scale buyers start moving into the downtrodden stock. The stock's price will rise and form the right side (recovery) of the base. With enough accumulation, the tension between supply and demand will (hopefully) give way to a stock's break-

out to further gains.

Studies of winning stocks reveal several successful price patterns.

The most common are the cup without handle, flat base, cup with handle and the double bottom. Additionally, there are less-common patterns such as the high-tight flag, IPO bases, the saucer, and the ascending base.

When identifying bases, start by determining depth and duration. A flat base can form in as little as five weeks. A cup base needs six weeks. All others require seven weeks.

ServiceNow (NOW) began a 14-week cup-with-handle base in February 2023. The 14-week base's handle was nearly as deep as the whole base, but still acceptable **(1)**.

Volume dried up as the stock held support at the 40-week moving average for most of the base. Volume returned the following week as investors rushed in and ServiceNow cleared a 485.58 buy point **(2)**.

By late July, the stock had a gain of 26% and began another base. The 18-week flat base **(3)** was another textbook set up. Volume dried up in the middle before picking up again for another breakout in November **(4)**.

Despite its wavy shape, the pattern's 14% decline fit the mold of a flat base.

## LEGAL NOTICE

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

**IN RE ALTA MESA RESOURCES, INC
SECURITIES LITIGATION**

Case No. 4:19-cv-00957

Judge George C. Hanks, Jr

**SUMMARY NOTICE OF PENDENCY OF CLASS ACTION**

**TO: (1) ALL PERSONS AND ENTITIES WHO HELD SHARES OF ALTA MESA (SILVER RUN II) COMMON STOCK AND/OR SILVER RUN II UNITS ON JANUARY 22, 2018; AND (2) ALL PERSONS AND ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED SECURITIES OF ALTA MESA / SILVER RUN II FROM AUGUST 16, 2017 THROUGH MAY 17, 2019, INCLUSIVE (THE "CLASS PERIOD").**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of Texas (the "Court") that a class action lawsuit is now pending in the Court under the above caption (the "Action") against (i) Alta Mesa Resources, Inc. f/k/a Silver Run II ("AMR"), (ii) Riverstone Holdings, LLC, (iii) HPS Investment Partners, LLC, (iv) Bayou City Energy Management, LLC, (v) ARM Energy Holdings, LLC and (vi) certain current and former officers and directors of AMR. The Action has been certified by the Court to proceed as a class action on behalf of individuals and entities meeting the precise definition below (the "Class" and "Class Members").

THIS NOTICE IS NOT A SETTLEMENT NOTICE AND YOU ARE NOT BEING ASKED TO SUBMIT A CLAIM AT THIS TIME. NO ACTION ON YOUR PART IS REQUIRED. HOWEVER, IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THIS ACTION.

This is a securities class action against Defendants for alleged violations of the federal securities laws. Class Representatives allege that certain Defendants made material misrepresentations and omissions of material facts in the Definitive Proxy Statement ("Proxy") issued in connection with the Business Combination in which Silver Run II (the "De-SPAC'd," acquiring Alta Mesa Holdings and Kingfisher Midstream and changing its name to Alta Mesa Resources, Inc. Class Representatives also allege that certain Defendants made material misrepresentations and omissions of material facts in other public statements during the Class Period. Defendants deny the allegations of wrongdoing asserted in the Action and deny any liability whatsoever to any members of the Class.

By an order granting Plaintiffs' Motion for Class Certification dated January 24, 2022, the Court certified the following class (the "Class"):

(a) All persons and entities that held shares of Alta Mesa (Silver Run II) common stock (CUSIP 02133L109; ticker "SRUN"), and/or Silver Run II Units ("Silver Run Units") (CUSIP 82812A202; ticker "SRUNU") on the January 22, 2018 record date that were entitled to vote on Alta Mesa's proposed transaction with AMH and Kingfisher (the "Section 14a Class Members").

(b) All persons and entities that purchased or otherwise acquired Alta Mesa (Silver Run II) common stock (CUSIP 02133L109; ticker "SRUN"), Alta Mesa (Silver Run II) warrants (CUSIP 02133L117; ticker "SRUNW"), and/or Silver Run II Units ("Silver Run Units") (CUSIP 82812A202; ticker "SRUNU") on or after August 16, 2017 and prior to the closing of the

Business Combination on February 9, 2018 (the "Silver Run Class Members");

and

(c) All persons and entities that purchased or otherwise acquired Alta Mesa common stock (CUSIP 02133L109; ticker "AMR") or Alta Mesa warrants (CUSIP 02133L117; ticker "AMRWW") (other than those automatically converted from Silver Run Units by operation of the Business Combination) between the February 9, 2018 closing of the Business Combination and May 17, 2019 (inclusive) (the "Alta Mesa Class Members").

(D(e. No. 241). Certain individuals and entities are excluded from the Class. (Dkt. No. 241).

A full Notice of Pendency of Class Action (the "Notice") is available on the website www.AltaMesaSecuritiesLitigation.com/ notice. If you believe you may be a member of the Class and you would like a printed copy of the Notice, you may request one from:

Alta Mesa Resources Securities Litigation
c/o JND Legal Administration
P.O. Box 91218
info@AltaMesaSecuritiesLitigation.com
855-208-4124

If you are a Class Member, you have the right to decide whether to remain a Class Member. *If you want to remain a Class Member, you do not need to do anything at this time other than to retain your documentation reflecting your transactions and holdings in securities of Alta Mesa/Silver Run II.* If you are a Class Member and do not exclude yourself from the Class, you will be bound by the proceedings in the Action, including all past, present and future orders and judgments of the Court, whether favorable or unfavorable. If you move, or if the Notice was mailed to an old or incorrect address, please send the Notice Administrator written notification of your new address.

As a member of the Class you will be represented by Class Counsel, who are listed below:

| ENTWISTLE & CAPPUCCI LLP | ROBBINS GELLER RUDMAN & DOWD LLP |
|---|---|
| Andrew J. Entwistle | Trig Smith |
| 500 W. 2nd Street, Suite 1900 | 655 West Broadway, |
| Austin, TX 78701 | Suite 1900 |
| Tel.: (512) 710-5960 | San Diego, CA 92101 |
| | Tel.: (619) 231-1058 |

If you would like to remain part of the Class but be represented separately, you may hire your own attorney at your expense.

If you ask to be excluded from the Class, you will not be bound by any order or judgment of the Court in this Action; however you will not be eligible to receive a share of any funds which might be recovered for the benefit of the Class. To exclude yourself from the Class, you must submit a written request for exclusion **postmarked no later than May 17, 2024**, in accordance with the instructions set forth in the Notice.

Further information regarding this matter may be obtained by writing to the Notice Administrator at the address provided above.

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.**

DATED: April 8, 2024   BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**www.AltaMesaSecuritiesLitigation.com**        855-208-4124

---

# IBD SMART NYSE + NASDAQ Tables With 10 Vital Rankings

*Unsurpassed **ideas** and ratings to help you **invest better***

## 10 VITAL RANKINGS

1 **IBD Composite Rating** has 5 Smart-Select Ratings, 1-99, with 99 the best. Ratings of 98 or more are boldfaced.

2 **Earnings Per Share** (EPS) rating compares your stock's last 2 quarters and 3 years EPS growth to all stocks. Rating of 90 means earns outperformed 90% of all stocks.

3 **Relative Strength** (RS) tracks stock's relative price change in last 12 months vs. all stocks. Best rate 80 or more.

4 **Sales+Profit Margins+ROE Rating** combines recent sales, profit margins and return on equity into an A to E rating. ROE over 17% is preferred.

5 **Accumulation/Distribution** Our price and vol. formula shows if your stock is under accumulation (buying) or distribution (selling) last 3 months. A buying; E selling.

6 **Vol % Change** is volume traded yesterday vs. average daily volume last 50 days. Vol % chg. + 50% & up bolded.

7 **52-Week High** is boldfaced if closing price within 10% of new high.

8 **Boldfaced stocks** are up 1 point or more or at a new high. Underlined stocks are down 1 point or more or at a new low.

9 **Stocks have EPS & RS Ratings** of 80 or more and were IPOs in the last 15 years.

10 ● after the stock symbol means stock story at investors.com

©2024 Investor's Business Daily, LLC. All rights reserved.

THE WALL STREET JOURNAL.                    Monday, April 8, 2024 | **B11**

# INSIDER-TRADING SPOTLIGHT

Trading by 'insiders' of a corporation, such as a company's CEO, vice president or director, potentially conveys new information about the prospects of a company. Insiders are required to report large trades to the SEC within two business days. Here's a look at the biggest individual trades by insiders, based on data received by Refinitiv on April 5, and year-to-date stock performance of the company

**KEY B:** beneficial owner of more than 10% of a security class **CB:** chairman **CEO:** chief executive officer **CFO:** chief financial officer **CO:** chief operating office **D:** director **DO:** director and beneficial owner **GC:** general counsel **H:** officer, director and beneficial owner **I:** indirect transaction filed through a trust, insider spouse, minor child or other **O:** officer **OD:** officer and director **P:** president **UT:** unknown **VP:** vice president   Excludes pure options transactions

## Biggest weekly individual trades
Based on reports filed with regulators this past week

### Buyers

| Date(s) | Company | Symbol | Insider | Title | No.of shrs in trans (000s) | Price range in transaction ($) | $ Value (000s) | Close ($) | Ytd (%) |
|---|---|---|---|---|---|---|---|---|---|
| Mar. 26-28 | Liberty Latin America | LILAK | J.Malone | B | 467 | 6.96-6.99 | 3,257 | 7.30 | -0.5 |
| Mar. 28 | Five Star Bancorp | FSBC | L.Allbaugh | DOI | 138 | 21.75 | 3,000 | 22.00 | -16.0 |
| Mar. 28 | | | R.Perry-Smith | DI | 30 | 21.75 | 1,750 | | |
| Mar. 28 | | | S.Deary-Bell | DI | 14 | 21.75 | 300 | | |
| Mar. 28 | | | K.Ramos | DI | 14 | 21.75 | 300 | | |
| Apr. 2 | Movano | MOVE | E.Fairbairn | DI | 4,690 | .48 | 2,247 | 0.55 | -29.6 |
| Mar. 26-27 | Lululemon Athletica | LULU | M.Moriffit | D | 4* | 387.90-389.98 | 1,440 | 356.87 | -30.2 |
| Apr. 1-2 | CVD Equipment | CVV | | BI | 218 | 4.96-5.07 | 1,084 | 5.99 | 35.2 |
| Apr. 1 | DigiAsia | FAAS | P.Antony | PH | 0.23 | 1725.00 | 397 | | |
| Apr. 2-3 | Greif | GEF.B | G.Martz | GC | 5 | 68.86-69.04 | 339 | 67.51 | 2.3 |
| Apr. 1-2 | BRT Apartments | BRT | M.Gould | ODI | 17 | 16.49-16.73 | 284 | 16.70 | -10.2 |
| Apr. 1 | Dollar Tree | DLTR | J.Davis | CFO | 2 | 136.00 | 245 | 130.71 | -8.0 |
| Mar. 26-27 | Epsilon Energy | EPSN | J.Stakell | CEO | 36 | 5.25 | 191 | 5.54 | 5.1 |
| Apr. 2 | AiTi Global | ALTI | M.Furlong | D | 25 | 5.43 | 136 | 4.93 | -43.7 |
| Apr. 1 | Fennec Pharmaceuticals | FENC | R.Andrade | CFO | 13 | 10.84 | 136 | 10.69 | -4.7 |
| Apr. 2 | Flowers Foods | FLO | E.Casey | D | 5 | 23.55 | 118 | 21.17 | 2.9 |
| Apr. 1 | Amrep | AXR | J.Dahl | B | 5 | 23.50 | 118 | 22.00 | 6.1 |
| Apr. 2 | Walgreens Boots Alliance | WBA | M.Madura | O | 6 | 19.38 | 116 | 19.13 | -26.7 |

### Sellers

| Date(s) | Company | Symbol | Insider | Title | No.of shrs in trans (000s) | Price range in transaction ($) | $ Value (000s) | Close ($) | Yd (%) |
|---|---|---|---|---|---|---|---|---|---|
| Apr. 1 | nCino | NCNO | J.Horing | DOI | 5,100 | 35.20 | 179,520 | 34.21 | 1.7 |
| Mar. 27 | Nuvalent | NUVL | A.Hack | DI | 880 | 72.31-76.88 | 64,036 | 70.20 | -4.6 |
| Mar. 28 | Copart | CPRT | A.Adair | ODI | 600 | 57.77 | 34,662 | 56.55 | 15.4 |
| Apr. 1 | Apple | AAPL | T.Cook | CEO | 196 | 168.62-170.03 | 33,259 | 169.58 | -11.9 |
| Apr. 1 | Workday | WDAY | D.Duffield | B | 120* | 269.87-272.63 | 32,645 | 266.32 | -2.8 |
| Mar. 26 | Meta Platforms | META | M.Zuckerberg | CEO | 81 | 495.73-509.75 | 23,228 | 527.34 | 49.0 |
| Apr. 1 | | | M.Zuckerberg | CEO | 31 | 482.61-496.94 | 15,665 | | |
| Apr. 1 | | | M.Zuckerberg | CEO | 31 | 482.57-496.19 | 15,642 | | |
| Apr. 1 | | | M.Zuckerberg | CEO | 31 | 485.91-491.49 | 15,379 | | |
| Apr. 1 | CrowdStrike Holdings | CRWD | B.Podbere | CFO | 64 | 314.26-320.18 | 20,255 | 315.50 | 23.6 |
| Apr. 1 | Netflix | NFLX | R.Hastings | OD | 21 | 607.09-614.54 | 12,554 | 636.10 | 30.7 |
| Mar. 27-28 | Ares Management | ARES | A.Ressler | H | 19 | 131.87-134.53 | 11,834 | 134.16 | 12.8 |
| | | | B.Rosenthal | ODI | 37 | 129.01-132.39 | 11,350 | | |
| | | | D.Kaplan | ODI | 85 | 129.01-132.38 | 11,028 | | |
| | | | A.Ressler | HI | 35 | 129.97-132.37 | 4,589 | | |
| Apr. 2 | Datadog | DDOG | O.Pomel | CEO | 82 | 122.20-123.71 | 10,530 | 124.40 | 2.5 |
| Apr. 1 | Palo Alto Networks | PANW | N.Zuk | CT | 36 | 279.01-285.01 | 10,096 | 269.01 | -8.8 |
| Mar. 28 | NVIDIA | NVDA | M.Stevens | DI | 11 | 905.65 | 9,962 | 880.08 | 77.7 |

* Half the transactions were indirect  ◇ Two day transaction
p - Pink Sheets

## Buying and selling by sector
Based on actual transaction data in reports received this past week

| Sector | Buying | Selling | | Sector | Buying | Selling |
|---|---|---|---|---|---|---|
| Basic Industries | 339,193 | 15,154,813 | | Finance | 5,915,334 | 59,513,041 |
| Capital Goods | 1,278,270 | 24,205,803 | | Health care | 4,097,215 | 87,195,803 |
| Consumer durables | 6,969 | 11,308,217 | | Public Utilities | 65,090 | 617,807 |
| Consumer non-durables | 1,350,604 | 9,707,658 | | Technology | 14,500 | 349,699,737 |
| Consumer services | 1,320,932 | 64,568,573 | | Transportation | 7,004 | 497,119 |
| Energy | 191,447 | 17,314,723 | | | | |

*Sources: Refinitiv; Dow Jones Market Data*

---

# COMMODITIES

## Cash Prices | wsj.com/market-data/commodities   Friday, April 5, 2024

These prices reflect buying and selling of a variety of actual or "physical" commodities in the marketplace—separate from futures price on an exchange, which reflects what the commodity might be worth in future months.

| | Friday |
|---|---|
| **Energy** | |
| Coal,C.Aplc,12500Btu,1.2%S0.z-w | 75.500 |
| Coal,PwdrRvrBsn,8800Btu,0.8%S0.z-w | 13.650 |
| **Metals** | |
| **Gold, per troy oz** | |
| Englehard industrial | 2290.80 |
| Handy & Harman base | 2290.54 |
| Handy & Harman fabricated | 2551.39 |
| LBMA Gold Price AM | 2292.90 |
| LBMA Gold Price PM | 2293.50 |
| Krugerrand,wholesale-e | 2428.12 |
| Maple Leaf-e | 2442.90 |
| American Eagle-e | 2442.90 |
| Mexican peso-e | 2813.24 |
| Austria crown-e | 2283.56 |
| Austria phil-e | 2442.90 |
| **Silver, troy oz.** | |
| Englehard industrial | 26.7000 |
| Handy & Harman base | 34.2350 |
| Handy & Harman fabricated | 38.1000 |
| LBMA spot price | *$19.8500 |
| (U.S.$ equivalent) | *27.0000 |
| Coins,wholesale,$1000 face-a | 21482 |
| **Other metals** | |
| LBMA Platinum Price PM | *935.0 |
| Platinum,Engelhard industrial | 928.0 |
| Palladium,Engelhard industrial | 1010.0 |
| Aluminum, LME, $ per metric ton | *2294.5 |

| | Friday |
|---|---|
| Copper,Comex, spot | 4.2295 |
| Iron Ore, 62% Fe CFR China-s | *98.3 |
| Steel, HRC USA, FOB Midwest Mill-s | *825.0 |
| **Battery/EV metals** | |
| BMI Lithium Carbonate, EXW China,=100s-v | 15050 |
| BMI Lithium Hydroxide, EXW China,=100s-v | 13625 |
| BMI Cobalt sulphate, EXW China, =20%-v,m | 4485 |
| BMI Nickel Sulphate, EXW China, =22%-v,m | 4291 |
| BMI Flake Graphite, FOB China, -100 Mesh, 94%-v,m | 485 |
| **Fibers and Textiles** | |
| Burlap,10-oz.40-inch NY yd-n,w | 0.6800 |
| Cotton,11/16 std lw-md Mphs-u | 0.8275 |
| Cotlook 'A' Index-t | *94.65 |
| Hides,hvy native steers piece fob-u | n.a. |
| Wool,64s,staple,Terr del-u,w | n.a. |
| **Grains and Feeds** | |
| Bran,wheat middlings, KC-u,w | 90.8 |
| Corn,No. 2 yellow,Cent Ill,-bp,u | 4.0900 |
| Corn gluten feed,Midwest-u,w | 93.8 |
| Corn gluten meal,Midwest-u,w | 401.7 |
| Cottonseed meal-u,w | 338 |
| Hominy feed,Cent Ill-u,w | n.a. |
| Meat-bonemeal,50% pro Mnpls-u,w | 130 |
| Oats,No.2 milling,Mnpls-u | 3.9125 |
| Rice, Long Grain Milled, No. 2 AR-u,w | n.a. |
| Sorghum,(Milo) No.2 Gulf-u | n.a. |
| SoybeanMeal,Cent Ill,rail,ton48%-u,w | 350.10 |
| Soybeans,No.1 yllw IL-bp,u | 11.6300 |
| Wheat,Spring14%-pro Mnpls-u | 8.1800 |

| | Friday |
|---|---|
| Wheat,No.2 soft red,St.Louis-u | 5.6675 |
| Wheat - Hard - KC (USDA) $ per bu-u | 6.2125 |
| Wheat,No.1 soft white,Portld,OR-u | 5.7500 |
| **Food** | |
| Beef,carcass equiv. index | |
| choice 1-3,600-900 lbs.-u | 283.90 |
| select 1-3,600-900 lbs.-u | 276.56 |
| Broilers, National composite avg. wt.-u,w | 1.3380 |
| Butter,AA Chicago-d | 2.9600 |
| Cheddar cheese,bbl,Chicago-d | 153.00 |
| Cheddar cheese,blk,Chicago-d | 151.50 |
| Milk,Nonfat dry,Chicago-d | 113.25 |
| Coffee,Brazilian,Comp-y | 2.0670 |
| Coffee,Colombian, NY-y | 2.2547 |
| Eggs,large white,Chicago-u | 2.4350 |
| Flour,hard winter KC-p | 17.80 |
| Hams,17-20 lbs,Mid-US fob-u | 85.99 |
| Hogs,Iowa-So. Minnesota-u | n.a. |
| Pork bellies,12-14 lb Mid-US-u | n.a. |
| Pork loins,13-19 lb,Mid-US-u | 1.3001 |
| Steers,Tex.-Okla.Choice-u | n.a. |
| Steers,feeder,Okla.City-u,w | 300.63 |
| **Fats and Oils** | |
| Degummed corn oil,crude,wtd. avg-u,w | n.a. |
| Grease,choice white,Chicago-h | 0.4100 |
| Lard,Chicago-u | n.a. |
| Soybean oil,crude,Centl IL-u,w | 0.4314 |
| Tallow,bleachable,Chicago-h | 0.4350 |
| Tallow,edible,Chicago-u | n.a. |

KEY TO CODES: A=ask; B=bid; BP=country elevator bids to producers; C=corrected; D=CME; E=Manfra,Tordella & Brookes; H=American Commodities Brokerage Co; K=bi-weekly; M=monthly; N=nominal; n.a.=not quoted or not available; P=Sesland Publishing; R=SNL Energy; S=Platts-TSI; T=Cotlook Limited; U=USDA; V=Benchmark Mineral Intelligence; W=weekly; Y=International Coffee Organization; Z=not quoted.   *Data as of 4/4

*Source: Dow Jones Market Data*

## Borrowing Benchmarks | wsj.com/market-data/bonds/benchmarks

## Money Rates                    April 5, 2024

Key annual interest rates paid to borrow or lend money in U.S. and international markets. Rates below are a guide to general levels but don't always represent actual transactions.

| | Inflation | | |
|---|---|---|---|
| | Feb.index | Chg From (%) | |
| | level | Jan.'24 | Feb.'23 |
| U.S. consumer price index | | | |
| All items | 310.326 | 0.62 | 3.2 |
| Core | 315.419 | 0.57 | 3.8 |

| International rates | | | | |
|---|---|---|---|---|
| | Latest | Week ago | High | Low |
| | | | --52-WEEK-- | |
| **Prime rates** | | | | |
| U.S. | 8.50 | 8.50 | 8.50 | 7.75 |
| Canada | 7.20 | 7.20 | 7.20 | 6.70 |
| Japan | 1.475 | 1.475 | 1.475 | 1.475 |

**Overnight repurchase**
| U.S. | 5.30 | 5.32 | 5.52 | 4.80 |

**U.S. government rates**

**Discount**
| | 5.50 | 5.50 | 5.50 | 5.00 |

| Federal funds | | | | |
|---|---|---|---|---|
| | Latest | Week ago | High | Low |
| | | | --52-WEEK-- | |
| Effective rate | 5.3300 | 5.3300 | 5.3500 | 4.8400 |
| High | 5.6500 | 5.6500 | 5.6500 | 5.1500 |
| Low | 5.3100 | 5.3100 | 5.3300 | 4.8000 |
| Bid | 5.3100 | 5.3100 | 5.3300 | 4.8200 |
| Offer | 5.3300 | 5.3300 | 5.3500 | 4.8500 |

| Treasury bill auction | | | | |
|---|---|---|---|---|
| 4 weeks | 5.265 | 5.285 | 5.840 | 3.190 |
| 13 weeks | 5.230 | 5.250 | 5.345 | 4.650 |
| 26 weeks | 5.125 | 5.105 | 5.350 | 4.705 |

**Secondary market**

**Fannie Mae**
| 30-year mortgage yields | | | | |
| 30 days | 6.298 | 6.230 | 7.495 | 5.586 |
| 60 days | 6.288 | 6.237 | 7.554 | 5.590 |

| Other short-term rates | | | | |
|---|---|---|---|---|
| | Latest | Week ago | High | Low |
| | | | --52-WEEK-- | |
| **Call money** | | | | |
| | 7.25 | 7.25 | 7.25 | 6.75 |
| **Commercial paper (AA financial)** | | | | |
| 90 days | n.a. | 5.34 | 5.54 | 5.00 |
| **Secured Overnight Financing Rate** | | | | |
| | 5.32 | 5.34 | 5.40 | 4.30 |
| **DTCC GCF Repo Index** | | | | |
| Treasury | 5.365 | 19.740 | 5.504 | 4.806 |
| MBS | 5.373 | 39.000 | 5.489 | 4.829 |

*Notes on data:*
U.S. prime rate is the base rate on corporate loans posted by at least 70% of the 10 largest U.S. banks, and is effective July 27, 2023. Other prime rates aren't directly comparable; lending practices vary widely by location. Discount rate is effective July 27, 2023. Secured Overnight Financing Rate is as of April 4, 2024. DTCC GCF Repo Index is Depository Trust & Clearing Corp.'s weighted average for overnight trades in applicable CUSIPs. Value traded is in billions of U.S. dollars. Federal-funds rates are Tullett Prebon rates as of 5:30 p.m. ET.

*Sources: Federal Reserve; Bureau of Labor Statistics; DTCC; FactSet; Tullett Prebon Information, Ltd.*

---

ADVERTISEMENT

# The Marketplace
To advertise: 800-366-3975 or WSJ.com/classifieds

**CLASS ACTION**

## LEGAL NOTICE

### UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

In re PRUDENTIAL FINANCIAL, INC. SECURITIES LITIGATION

Civil Action No. 2:19-cv-20839-SRC-CLW

CLASS ACTION

This Document Relates To:

SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION

ALL ACTIONS.

**TO: ALL PERSONS AND ENTITIES WHO PURCHASED THE COMMON STOCK OF PRUDENTIAL FINANCIAL, INC. BETWEEN JUNE 5, 2019 AND AUGUST 2, 2019, INCLUSIVE ("CLASS" OR "CLASS MEMBERS")**

THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.

YOU ARE HEREBY NOTIFIED that a hearing will be held on June 13, 2024, at 10:00 a.m., before the Honorable Stanley R. Chesler at the United States District Court, District of New Jersey, Senator Frank R. Lautenberg Building, 2 Federal Square, Newark, NJ, 07101-0999, to determine whether: (1) the proposed settlement (the "Settlement") of the above-captioned Litigation as set forth in the Stipulation of Settlement ("Stipulation")[1] for $35 million in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Litigation with prejudice; (3) to award Lead Plaintiff's Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), which is discussed below) and, if so, in what amounts; and (4) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

There exists the possibility that the Court may decide to conduct the Settlement Hearing by video or telephonic conference, or otherwise allow Class Members to appear at the hearing by phone or videoconference, without further written notice to the Class. In order to determine whether the date and time of the Settlement Hearing have changed, or whether Class Members must or may participate by phone or video, it is important that you monitor the Court's docket and the Settlement website, www.PrudentialSecuritiesSettlement.com, before making any plans to attend the Settlement Hearing. Any updates regarding the Settlement Hearing, including any changes to the date or time of the hearing or updates regarding in-person or telephonic appearances at the hearing, will also be posted to the Settlement website. If the Court requires or allows Class Members to participate in the Settlement Hearing by telephone or videoconference, the access information will be posted to the Settlement website, www.PrudentialSecuritiesSettlement.com.

IF YOU PURCHASED PRUDENTIAL COMMON STOCK BETWEEN JUNE 5, 2019 AND AUGUST 2, 2019, INCLUSIVE, YOUR RIGHTS ARE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION.

To share in the distribution of the Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail **(postmarked no later than July 30, 2024)** or electronically **(no later than July 30, 2024).** Your failure to submit your Proof of Claim by July 30, 2024, will subject your claim to rejection and preclude your receiving any of the recovery in connection with the Settlement of this Litigation. If you purchased Prudential common stock between June 5, 2019 and August 2, 2019, inclusive, and do not request exclusion from the Class, you will be bound by the Settlement and any judgment and release entered in the Litigation, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

The Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), the Proof of Claim, the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice), and other important documents, may be accessed online at www.PrudentialSecuritiesSettlement.com, or by writing to or calling:

Prudential Securities Settlement
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301135
Los Angeles, CA 90030-1135
Telephone: 1-800-449-4900

Inquiries should NOT be directed to Prudential, Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Lead Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 1-800-449-4900
www.PrudentialSecuritiesSettlement.com

IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED BY MAY 23, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY LEAD PLAINTIFF'S COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 25% OF THE $35 MILLION SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $200,000, PLUS INTEREST ON BOTH AMOUNTS. ANY OBJECTIONS MUST BE FILED WITH THE COURT AND SENT TO LEAD COUNSEL AND DEFENDANTS' COUNSEL **BY MAY 23, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: March 8, 2024

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

[1] The Stipulation can be viewed and obtained at www.PrudentialSecuritiesSettlement.com.

---

**CLASS ACTION**

### UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

IN RE ALTA MESA RESOURCES, INC SECURITIES LITIGATION

Case No. 4:19-cv-00957

Judge George C. Hanks, Jr

## SUMMARY NOTICE OF PENDENCY OF CLASS ACTION

**TO: (1) ALL PERSONS AND ENTITIES WHO HELD SHARES OF ALTA MESA (SILVER RUN II) COMMON STOCK AND/OR SILVER RUN II UNITS ON JANUARY 22, 2018; AND (2) ALL PERSONS AND ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED SECURITIES OF ALTA MESA / SILVER RUN II FROM AUGUST 16, 2017 THROUGH MAY 17, 2019, INCLUSIVE (THE "CLASS PERIOD").**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of Texas (the "Court") that a class action lawsuit is now pending in the Court under the above caption (the "Action") against (1) Alta Mesa Resources, Inc. f/k/a Silver Run II ("Alta Mesa"), (ii) Riverstone Holdings, LLC, (iii) HPS Investment Partners, LLC, (iv) Bayou City Energy Management, LLC, (v) ARM Energy Holdings, LLC and (vi) certain current and former officers and directors of AMR. The Action has been certified by the Court to proceed as a class action on behalf of individuals and entities meeting the precise definition below (the "Class" and "Class Members").

THIS NOTICE IS NOT A SETTLEMENT NOTICE AND YOU ARE NOT BEING ASKED TO SUBMIT A CLAIM AT THIS TIME. NO ACTION ON YOUR PART IS REQUIRED. HOWEVER, IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THIS ACTION.

This is a securities class action against Defendants for alleged violations of the federal securities laws. Class Representatives allege that certain Defendants made material misrepresentations and omissions of material facts in the Definitive Proxy Statement ("Proxy") issued in connection with the Business Combination in which Silver Run II "De-SPAC'd," acquiring Alta Mesa Holdings and Kingfisher Midstream and changing its name to Alta Mesa Resources, Inc. Class Representatives also allege that certain Defendants made material misrepresentations and omissions of material facts in other public statements during the Class Period. Defendants deny the allegations of wrongdoing asserted in the Action and deny any liability whatsoever to any members of the Class.

By an order granting Plaintiffs' Motion for Class Certification dated January 24, 2022, the Court certified the following class (the "Class"):

(a) All persons and entities that held shares of Alta Mesa (Silver Run II) common stock (CUSIP 02133L109; ticker "SRUN"), and/or Silver Run II Units ("SRUN.U") (CUSIP 02133L208; ticker "SRUN.U") on the January 22, 2018 record date that were entitled to vote on Alta Mesa's proposed transaction with AMR and Kingfisher (the "Section 14a Class Members");

(b) All persons and entities that purchased or otherwise acquired Alta Mesa (Silver Run II) common stock (CUSIP 02133L109; ticker "SRUN"), Alta Mesa (Silver Run II) warrants (CUSIP 02133L117; ticker "SRUNW"), and/or Silver Run II Units ("SRUN.U") (CUSIP 82812A202; ticker "SRUN.U") on or after August 16, 2017 and prior to the closing of the

Business Combination on February 9, 2018 (the "Silver Run Class Members");

and

(c) All persons and entities that purchased or otherwise acquired Alta Mesa common stock (CUSIP 02133L109; ticker "AMR") or Alta Mesa warrants (CUSIP 02133L117; ticker "AMRWW") (other than those automatically converted from Silver Run Units by operation of the Business Combination) between the February 9, 2018 closing of the Business Combination and May 17, 2019 (inclusive) (the "Alta Mesa Class Members").

(Dkt. No. 241). Certain individuals and entities are excluded from the Class. (Dkt. No. 241).

A full Notice of Pendency of Class Action (the "Notice") is available on the website www.AltaMesaSecuritiesLitigation. com/notice. If you believe you may be a member of the Class and you would like a printed copy of the Notice, you may request one from:

Alta Mesa Resources Securities Litigation
c/o JND Legal Administration
P.O. Box 91218
info@AltaMesaSecuritiesLitigation.com
855-208-4124

If you are a Class Member, you have the right to decide whether to remain a Class Member. *If you want to remain a Class Member, you do not need to do anything at this time other than to retain your documentation reflecting your transactions and holdings in securities of Alta Mesa/Silver Run II.* If you are a Class Member and do not exclude yourself from the Class, you will be bound by the proceedings in the Action, including all past, present and future orders and judgments of the Court, whether favorable or unfavorable. If you move, or if the Notice was mailed to an old or incorrect address, please send the Notice Administrator written notification of your new address.

As a member of the Class you will be represented by Class Counsel, who are listed below.

| ENTWISTLE & CAPPUCCI LLP<br>Andrew J. Entwistle<br>500 W. 2nd Street,<br>Suite 1900<br>Austin, TX 78701<br>Tel.: (512) 710-5960 | ROBBINS GELLER RUDMAN & DOWD LLP<br>Trig Smith<br>655 West Broadway,<br>Suite 1900<br>San Diego, CA 92101<br>Tel.: (619) 231-1058 |
|---|---|

If you would like to remain part of the Class but be represented separately, you may hire your own attorney at your expense.

If you ask to be excluded from the Class, you will not be bound by any order or judgment of the Court in this Action; however, you will not be eligible to receive a share of any funds which might be recovered for the benefit of the Class. To exclude yourself from the Class, you must submit a written request for exclusion **postmarked no later than May 17, 2024**, in accordance with the instructions set forth in the Notice.

**Further information regarding this matter may be obtained by writing to the Notice Administrator at the address provided above.**

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.**

DATED: April 8, 2024

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**www.AltaMesaSecuritiesLitigation.com                    855-208-4124**

# Notice of Pendency of Class Action Involving All Persons and Entities who Held Shares of Alta Mesa Silver Run II Common Stock and Purchased or Otherwise Acquired Securities of Alta Mesa / Silver Run II

NEWS PROVIDED BY

**JND Legal Administration →**

08 Apr, 2024, 09:28 ET

SEATTLE, April 8, 2024 /PRNewswire/ --

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr |

**SUMMARY NOTICE OF PENDENCY OF CLASS ACTION**

**TO: (1) ALL PERSONS AND ENTITIES WHO HELD SHARES OF ALTA MESA (SILVER RUN II) COMMON STOCK AND/OR SILVER RUN II UNITS ON JANUARY 22, 2018; AND (2) ALL PERSONS AND ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED SECURITIES OF ALTA MESA / SILVER RUN II FROM AUGUST 16, 2017 THROUGH MAY 17, 2019, INCLUSIVE (THE "CLASS PERIOD").**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of Texas (the "Court") that a class action lawsuit is now pending in the Court under the above caption (the "Action") against (i) Alta Mesa Resources, Inc. f/k/a Silver Run II ("AMR"), (ii) Riverstone Holdings, LLC, (iii) HPS Investment Partners, LLC, (iv) Bayou City Energy Management, LLC, (v) ARM Energy Holdings, LLC and (vi) certain current and former officers and directors of AMR. The Action has been certified by the Court to proceed as a class action on behalf of individuals and entities meeting the precise definition below (the "Class" and "Class Members").

THIS NOTICE IS NOT A SETTLEMENT NOTICE AND YOU ARE NOT BEING ASKED TO SUBMIT A CLAIM AT THIS TIME. NO ACTION ON YOUR PART IS REQUIRED. HOWEVER, IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THIS ACTION.

This is a securities class action against Defendants for alleged violations of the federal securities laws. Class Representatives allege that certain Defendants made material misrepresentations and omissions of material facts in the Definitive Proxy Statement ("Proxy") issued in connection with the Business Combination in which Silver Run II "De-SPAC'd," acquiring Alta Mesa Holdings and Kingfisher Midstream and changing its name to Alta Mesa Resources, Inc. Class Representatives also allege that certain Defendants made material misrepresentations and omissions of material facts in other public statements during the Class Period. Defendants deny the allegations of wrongdoing asserted in the Action and deny any liability whatsoever to any members of the Class.

By an order granting Plaintiffs' Motion for Class Certification dated January 24, 2022, the Court certified the following class (the "Class"):

(a) All persons and entities that held shares of Alta Mesa (Silver Run II) common stock (CUSIP 02133L109; ticker "SRUN"), and/or Silver Run II Units ("Silver Run Units") (CUSIP 82812A202; ticker "SRUNU") on the January 22, 2018 record date that were entitled to vote on Alta Mesa's proposed transaction with AMH and Kingfisher (the "Section 14a Class Members");

(b) All persons and entities that purchased or otherwise acquired Alta Mesa (Silver Run II) common stock (CUSIP 02133L109; ticker "SRUN"), Alta Mesa (Silver Run II) warrants (CUSIP 02133L117; ticker "SRUNW"), and/or Silver Run II Units ("Silver Run Units") (CUSIP 82812A202; ticker "SRUNU") on or after August 16, 2017 and prior to the closing of the Business Combination on February 9, 2018 (the "Silver Run Class Members");

(c) All persons and entities that purchased or otherwise acquired Alta Mesa common stock (CUSIP 02133L109; ticker "AMR") or Alta Mesa warrants (CUSIP 02133L117; ticker "AMRWW") (other than those automatically converted from Silver Run Units by operation of the Business Combination) between the February 9, 2018 closing of the Business Combination and May 17, 2019 (inclusive) (the "Alta Mesa Class Members").

(Dkt. No. 241).  Certain individuals and entities are excluded from the Class.  (Dkt. No. 241).

A full Notice of Pendency of Class Action (the "Notice") is available on the website **www.AltaMesaSecuritiesLitigation.com/notice**. If you believe you may be a member of the Class and you would like a printed copy of the Notice, you may request one from:

Alta Mesa Resources Securities Litigation

c/o JND Legal Administration

P.O. Box 91218

**info@AltaMesaSecuritiesLitigation.com**

855-208-4124

If you are a Class Member, you have the right to decide whether to remain a Class Member.  ***If you want to remain a Class Member, you do not need to do anything at this time other than to retain your documentation reflecting your transactions and holdings in securities of Alta Mesa/Silver Run II***.  If you are a Class Member and do not exclude yourself from the Class, you will be bound by the proceedings in the Action, including all past, present and future orders and judgments of the Court, whether favorable or unfavorable.  If you move, or if the Notice was mailed to an old or incorrect address, please send the Notice Administrator written notification of your new address.

As a member of the Class you will be represented by Class Counsel, who are listed below.

ENTWISTLE & CAPPUCCI LLP

Andrew J. Entwistle

500 W. 2nd Street, Suite 1900

Austin, TX 78701

Tel.: (512) 710-5960

ROBBINS GELLER RUDMAN & DOWD LLP

Trig Smith

655 West Broadway, Suite 1900

San Diego, CA  92101

Tel.: (619) 231-1058

If you would like to remain part of the Class but be represented separately, you may hire your own attorney at your expense.

If you ask to be excluded from the Class, you will not be bound by any order or judgment of the Court in this Action; however, you will not be eligible to receive a share of any funds which might be recovered for the benefit of the Class.  To exclude yourself from the Class, you must submit a written request for exclusion **postmarked no later than May 17, 2024,** in accordance with the instructions set forth in the Notice.

**Further information regarding this matter may be obtained by writing to the Notice Administrator at the address provided above.**

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.**

BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

SOURCE JND Legal Administration

# EXHIBIT C

<u>List of Individual and Entities Requesting Exclusion</u>

1.  The Orbis Funds
    San Francisco, CA

2.  The Alyeska Funds
    Chicago, IL

3.  Luis F. Guiterrez Quintana
    San Jose, CA

# EXHIBIT D

# EXCLUSION 1





Received

MAY 2 0 2024

by JNDLA



R█████ Bodnar
Partner

New York, NY

May 16, 2024

**VIA MAIL**

Alta Mesa Resources Securities Litigation
c/o JND Legal Administration
P.O. Box 91218
Seattle, WA 98111

**RE:    Orbis Funds Exclusion Request**

Dear Notice Administrator:

This firm represents Orbis Global Equity LE Fund (Australia Registered), Orbis Global Equity Fund (Australia Registered), Orbis Global Balanced Fund (Australia Registered), Orbis SICAV, Orbis Institutional Global Equity L.P., Orbis Global Equity Fund Limited, Orbis Institutional Funds Limited, Allan Gray Australia Balanced Fund, Orbis OEIC, and Orbis Institutional U.S. Equity L.P. (together and/or collectively, for purposes of this exclusion, the "Orbis Funds").

The Orbis Funds have filed a direct action against certain Defendants in the Class Action including Alta Mesa Resources, Inc. ("Alta Mesa") captioned *Orbis Global Equity LE Fund et al v. Alta Mesa Resources Inc. et al;* Case No. 4:22-cv-02590 (S.D. Tex. Aug. 3, 2022). This firm represents the Orbis Funds in that action.

**The Orbis Funds hereby request exclusion from the class in *In re Alta Mesa Resources, Inc. Securities Litigation*, Civil Action No. 4:19-cv-00957 (S.D. Tex.) Notice at ¶¶19-22.**

For avoidance of doubt, each of the Orbis Funds listed above hereby requests exclusion from the Class in *In re Alta Mesa Resources, Inc. Securities Litigation,* Civil Action No. 4:19-cv-00957.

The Orbis Funds are represented by counsel. For purposes of this exclusion, and any communications with the Orbis Funds, the Orbis Funds contact information shall be:

The Orbis Funds

ATTN: R█████ Bodnar

New York, New York █████

Notice Administrator
Page 2

This exclusion request is being signed by R████ Bodnar, Esq., counsel to the Orbis Funds, who is an attorney with ████████████ which is representing the Orbis Funds. ████████ has the authority to act on behalf of the Orbis Funds in this matter. Pursuant to the Notice ¶19, the Orbis Funds (1) purchased or otherwise acquired the below number of relevant AMR/Silver Run securities during the Class Period and (2) held the below number of shares of Alta Mesa (Silver Run II) common stock and/or Silver Run II units as of January 22, 2018.

| | AMR/Silver Run Securities Acquired During the Class Period | Shares of Alta Mesa (Silver Run II) common stock and Silver Run II Units held as of January 22, 2018 |
|---|---|---|
| Orbis Global Equity LE Fund (Australia Registered) | 5,906,081 Common Shares 308,442 Warrants | 1,366,049 |
| Orbis Global Equity Fund (Australia Registered) | 5,191,686 Common Shares 685,722 Warrants | 2,592,045 |
| Orbis Global Balanced Fund (Australia Registered) | 17,050 Common Shares | 0 |
| Orbis SICAV | 7,088,347 Common Shares 465,017 Warrants | 1,509,049 |
| Orbis Institutional Global Equity L.P. | 3,397,884 Common Shares 314,637 Warrants | 1,144,401 |
| Orbis Global Equity Fund Limited | 6,879,207 Common Shares 1,170,034 Warrants | 3,610,627 |
| Orbis Institutional Funds Limited | 3,967,939 Common Shares 642,483 Warrants | 1,737,150 |
| Allan Gray Australia Balanced Fund | 51,735 Common Shares | 0 |
| Orbis OEIC | 177,842 Common Shares | 42,043 |
| Orbis Institutional U.S. Equity L.P. | 1,266,573 Common Shares 218,644 Warrants | 695,748 |

Solely for completeness, the address of the Orbis Funds (no contact with the Orbis Funds is to be made except via counsel) is:

c/o Orbis Investment Management
████████████
San Francisco, CA ████

Notice Administrator
Page 3

Any questions or issues with this exclusion request should be directed to:

R████ Bodnar
████████████████
████████████████
New York, New York ███
████████████████

Very truly yours,

R████ Bodnar

This package is made from post-consumer waste. **Please recycle - again.**

U.S. POSTAGE PAID
PME
WEST ORANGE, NJ
MAY 16, 2024

98111   **$30.45**

RDC 07   R2304E104909-7

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; July 2022; All rights reserved.

PRESS FIRMLY TO SEAL        PRESS FIRMLY TO SEAL

# PRIORITY MAIL EXPRESS®



**PRIORITY MAIL EXPRESS®**

EI 234 752 849 US

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)          PHONE (    )

MAY 20 2024

_____ Bodnar

West Orange, NJ

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
  *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)          PHONE (    )

Alta Mesa Resources Securities Litigation
c/o JND Legal Administration
P.O. Box 91218
Seattle, WA 98111

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.        Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 07052 | 5/14/22 | $ 30.45 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 12 NOON | Insurance Fee | COD Fee |
|---|---|---|---|
| 5/16/22 | | $ | |

| Time Accepted ☐ AM ☐ PM | 10-Day ☐ 2-Day ☐ Military ☐ DPO | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 1:03 | | | |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| | $ | |

| Weight ☐ Flat Rate | Acceptance Employee Initials | |
|---|---|---|
| 1 50 | XCras | $ 30.45 |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| | | |

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| 5/17 | 933 | FW |

LABEL 11-B, MAY 2021        PSN 7690-02-000-9996

◄ **PEEL FROM THIS CORNER**




**UNITED STATES POSTAL SERVICE**

# EXCLUSION 2



Received
MAY 2 0 2024
by JNDLA



May 16, 2024

**VIA MAIL**

Alta Mesa Resources Securities Litigation
c/o JND Legal Administration
P.O. Box 91218
Seattle, WA 98111

### RE:   **Alyeska Funds Exclusion Request**

Dear Notice Administrator:

This firm represents Alyeska Master Fund, L.P., Alyeska Master Fund 2, L.P., and Alyeska Master Fund 3, L.P. (together and/or collectively, for purposes of this exclusion, the "Alyeska Funds").

The Alyeska Funds have filed a direct action against certain Defendants in the Class Action including Alta Mesa Resources, Inc. ("Alta Mesa") captioned *Alyeska Master Fund, LP et al v. Alta Mesa Resources, Inc. et al*; Case No. 4:22-cv-01189 (S.D. Tex. Apr. 13, 2022). This firm represents the Alyeska Funds in that action.

**The Alyeska Funds hereby request exclusion from the class in *In re Alta Mesa Resources, Inc. Securities Litigation*, Civil Action No. 4:19-cv-00957 (S.D. Tex.) Notice at ¶¶19-22.**

For avoidance of doubt, each of the Alyeska Funds listed above hereby requests exclusion from the Class in *In re Alta Mesa Resources, Inc. Securities Litigation,* Civil Action No. 4:19-cv-00957.

The Alyeska Funds are represented by counsel. For purposes of this exclusion, and any communications with the Alyeska Funds, the Alyeska Funds contact information shall be:

The Alyeska Funds

ATTN: R███████ Bodnar

New York, New York ████

This exclusion request is being signed by R███████ Bodnar, Esq., counsel to the Alyeska Funds, who is an attorney with ████████████████ which is representing the Alyeska Funds. ████████████████ has the authority to act on behalf of the Alyeska Funds in this matter.

Notice Administrator
Page 2

Pursuant to the Notice ¶19, the Alyeska Funds (1) purchased or otherwise acquired the below number of relevant AMR/Silver Run securities during the Class Period and (2) held the below number of shares of Alta Mesa (Silver Run II) common stock and Silver Run II units as of January 22, 2018.

| | AMR/Silver Run Securities Acquired during the Class Period | Shares of Alta Mesa (Silver Run II) common stock and Silver Run II Units held as of January 22, 2018 |
|---|---|---|
| Alyeska Master Fund, L.P. | 8,147,491 Common Shares 297,620 Units 99,207 Warrants | 5,426,675 |
| Alyeska Master Fund 2, L.P. | 5,471,242 Common Shares 202,379 Units 67460 Warrants | 3,690,125 |
| Alyeska Master Fund 3, L.P. | 7,436 Common Shares | 0 |

Solely for completeness, the address of the Alyeska Funds (no contact with the Alyeska Funds is to be made except via counsel) is:

c/o Alyeska Investment Group
███████████████
Chicago, IL ███████

Any questions or issues with this exclusion request should be directed to:

R████████ Bodnar
████████████████████
New York, New York ████████
█████████████████

Very truly yours,

R██████ Bodnar

Notice Administrator
Page 3

**PRESS FIRMLY TO SEAL**

**PRESS FIRMLY TO SEAL**

*Retail*




U.S. POSTAGE PAID
PME
WEST ORANGE, NJ
MAY 16, 2024

98111

**$30.45**

RDC 07

R2304E104909-7

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

This package is made from post-consumer waste. **Please recycle – again.**

**UNITED STATES POSTAL SERVICE®**

## PRIORITY MAIL EXPRESS®

EI 234 752 852 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)     PHONE (          )

R     Bodnar

West Orange, NJ

 MAY 20 2024

**DELIVERY OPTIONS (Customer Use Only)**
SIGNATURE REQUIRED *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.*

TO: (PLEASE PRINT)     PHONE (          )

Alta Mesa Resources Securities Litigation
c/o JND Legal Administration
P.O. Box 91218
Seattle, WA 98111

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

◀ PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No.     Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |

PO ZIP Code: 01052 | Scheduled Delivery Date (MM/DD/YY): 5-17-24 | Postage: $30.45
Date Accepted (MM/DD/YY): 5-16-24 | Scheduled Delivery Time 1:00 PM ☐ | Insurance Fee $ | COD Fee $
Time Accepted: 1:08 ☐AM ☑PM | Sunday/Holiday Premium Fee $ | Return Receipt Fee $ | Live Animal Transportation Fee $
Special Handling/Fragile $ | | Total Postage & Fees: $30.45
Weight ___ lbs ___ oz: 40 oz | ☐ Flat Rate | Acceptance Employee Initials: X605

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY): 5/17 | Time 9:32 ☐AM ☐PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐AM ☐PM | Employee Signature

LABEL 11-B, MAY 2021     PSN 7690-02-000-9996

   **UNITED STATES POSTAL SERVICE**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; July 2022; All rights reserved.

# EXCLUSION 3

Dear JND Legal Administration,

Received
MAY 2 1 2024
by JNDLA

I Luis F. Gutierrez Quintana, here by request exclusion from the Class in the Alta Mesa Resources, Inc. Securities Litigation, Case No. 4:19-cv-00957.

My Address is ███████████ San Jose, CA, ██████

My phone number is ██████████

The number of AMR/Silver run securities I purchases/adquared during the Class period was N/A
~~A____ 100 shares~~    ~~#2019~~

The number of share of Alta Mesa(Silver Run II) common stock and Silver Run II Units I held as of January 22, 2018, N/A Approx 100 as of April /2019

Sincerely,



Luis F. Gutierrez

San Jose, CA.

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

Retail

RDC 99

9589 0710 5270 0982 9583 10

SAN JOSE CA 950

U.S. POSTAGE PAID
FCM LETTER
SAN JOSE, CA 95126
MAY 16, 2024

$4.40

R2305H128714-88

98111

MAY 21 2024

Alta Mesa Resources Securities Litigation
c/o JND Legal Administration
P.O. Box 91218
Seattle, W.A. 98111

98111-931818

PARKMOOR
SAN JOSE CA 95121

# EXCLUSION WITHDRAWAL

## Re: Alta Mesa Resources Inc. Securities Class Action

████████████████████████████████

Fri 5/24/2024 8:23 AM

To: ████████████████████████

---

████████████████████

JND Legal Administration | 3333 New Hyde Park
Road, Suite 314, New Hyde Park, NY 11042
████████████████████████   www.jndla.com
| LinkedIn.com

CONFIDENTIALITY NOTICE: This email transmission, and any
documents, files or previous e-mail messages attached to it may
contain confidential information that is legally privileged. If you are
not the intended recipient, or a person responsible for delivering it
to the intended recipient, you are hereby notified that any
disclosure, copying, distribution or use of any of the information
contained in or attached to this transmission is STRICTLY
PROHIBITED. If you have received this transmission in error,
please immediately notify the sender. Please destroy the original
transmission and its attachments without reading or saving in any
manner.

---

**From:** Travis Knudsen ████████████████████████
**Sent:** Thursday, May 23, 2024 1:52 PM
**To:** Robert N. Cappucci <rcappucci@entwistle-law.com>
**Cc:** Ellen Gusikoff <EllenG@rgrdlaw.com>; Brendan Brodeur
<bbrodeur@entwistle-law.com>; Faith E. Fleming
<ffleming@entwistle-law.com>; Luiggy Segura
<luiggy.segura@jndla.com>; Jenn Ventriglia
<jenn.ventriglia@jndla.com>
**Subject:** Re: Alta Mesa Resources Inc. Securities Class Action

EXTERNAL SENDER
Hi Robert,

Yes, this is correct - I confirm that I no longer wish to be
excluded from the Class.

Confirmed.

Thank you,
Travis Knudsen

On Thursday, May 23, 2024 at 12:32:12 PM EDT, Robert N.
Cappucci <rcappucci@entwistle-law.com> wrote:

Hi Mr. Knudsen,

I just wanted to follow-up on the email I sent yesterday.  Can you please respond "Confirmed" so we can update our files?

Thanks again.

Regards,
Robert

On May 22, 2024, at 3:31 PM, Robert N. Cappucci <rcappucci@Entwistle-Law.com> wrote:

Dear Mr. Knudsen,

Thank you for taking the time to speak with us yesterday regarding the Alta Mesa Resources Inc. Securities Class Action.  As discussed, we are pleased to consider your May 2, 2024 request for exclusion from the Class withdrawn.  To confirm that we understand correctly that you no longer wish to be excluded from the Class, please reply to this email stating: "Confirmed."

Best regards,
Robert Cappucci

Robert N. Cappucci
Partner | Entwistle & Cappucci LLP230 Park Avenue, New York, NY 10169
T +1 914 552 5530 I P +1 212 894 7200
rcappucci@entwistle-law.com
www.entwistle-law.com
New York ◆ Austin