# HEARING MINUTES

| | |
|---|---|
| Cause No: | 4:19-CV-957 |
| Style: | Camelot Event Driven Fund, A Series of Frank Funds Trust v. Alta Mesa Resources, Inc. f/k/a Silver Run Acquisition Corporation II et al |
| Hearing Type: | Pre-motion conference |

**Appearances:**

| Counsel | Representing |
|---|---|
| Christopher Darnell Porter | Don Dimitrievich; HPS Investment Partners, LLC |
| Courtney Whang | Don Dimitrievich; HPS Investment Partners, LLC |
| Christopher Tayback | Don Dimitrievich; HPS Investment Partners, LLC |
| Sheila Sadighi | Alyeska Plaintiffs; Orbis Plaintiffs |
| Michael J. Hampson | Alyeska Plaintiffs; Orbis Plaintiffs |
| Andrew J. Entwistle | FNY plaintiffs; Paul Burbach |
| James Christian Word | Alta Mesa Resources, Inc. and certain of its current and former officers and directors; Riverstone Holdings, Inc. |
| Trig R. Smith | Plumbers and Pipefitters National Pension Fund |
| Andrea Gordon | ARM Energy Holdings |
| Kenneth Alan Young | Bayou City Energy Management; William McMullen |

Date: May 15, 2024  
Time: 5:01 p.m.—5:48 p.m.

Court reporter: C. Hawkes  
Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

The Court held a pre-motion conference regarding docket entry 764. The Court will hold a status conference three days after it issues its ruling on the defendants' pending motions for summary judgment. The parties will submit their joint pretrial order within 14 days of the Court's ruling on the pending motions for summary judgment.