# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 (CONSOLIDATED)<br><br>JUDGE GEORGE C. HANKS, JR. |

## MOTION TO WITHDRAW
## MATTHEW A. PELLER AND BRANDON FIERRO AS COUNSEL

Pursuant to Local Rule 83.2, Plaintiffs Alyeska Master Fund, L.P., Alyeska Master Fund 2, L.P., and Alyeska Master Fund 3, L.P. (collectively, the "Alyeska Plaintiffs"), Orbis Global Equity LE Fund (Australia Registered), Orbis Global Equity Fund (Australia Registered), Orbis Global Balanced Fund (Australia Registered), Orbis SICAV, Orbis Institutional Global Equity L.P., Orbis Global Equity Fund Limited, Orbis Institutional Funds Limited, Allan Gray Australia Balanced Fund, Orbis OEIC, and Orbis Institutional U.S. Equity L.P. (collectively, the "Orbis Plaintiffs" and together with the Alyeska Plaintiffs, "Direct Action Plaintiffs"), by their attorneys respectfully request that the appearance of Matthew A. Peller and Brandon Fierro in this matter be withdrawn, and in support thereof, states as follows:

1. Mr. Peller's Motion for Admission *Pro Hac Vice* (ECF No. 41 in *Alyeska*, ECF No. 2 in *Orbis*) was granted on July 19, 2022 (ECF No. 42) in *Alyeska Master Fund, LP et al v. Alta Mesa Resources, Inc., et al*, Docket No. 4:22-cv-01189 and on September 1, 2022 (ECF No. 14) in *Orbis Global Equity LE Fund et al v. Alta Mesa Resources Inc., et al.,* Docket No. 4:22-cv-02590.

2. Mr. Fierro's Motion for Admission *Pro Hac Vice* (ECF No. 493) was granted on November 14, 2023 (ECF No. 494).

3. Mr. Peller and Mr. Fierro are no longer affiliated with Rolnick Kramer Sadighi LLP ("RKS") and no longer represent the Direct Action Plaintiffs.

4. Attorneys from RKS will continue to represent the Direct Action Plaintiffs.

5. No parties will be prejudiced by the withdrawal of Mr. Peller and Mr. Fierro.

WHEREFORE, the Direct Action Plaintiffs respectfully request that the appearance of Matthew A. Peller and Brandon Fierro in this matter be withdrawn.

Dated: June 27, 2024

Respectfully submitted

By: */s/ Richard A. Bodnar*
Richard A. Bodnar
Lawrence M. Rolnick *(admitted pro hac vice)*
Joseph Sparacio *(admitted pro hac vice)*
**ROLNICK KRAMER SADIGHI LLP**
1251 Avenue of the Americas
New York, New York 10020
Tel.: 212.507.2800

rbodnar@rksllp.com
lrolnick@rksllp.com
jsparacio@rksllp.com

## CERTIFICATE OF SERVICE

I certify that on June 27, 2024, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ Richard A. Bodnar*
Richard A. Bodnar
