# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 (CONSOLIDATED)<br><br>JUDGE GEORGE C. HANKS, JR. |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW MATTHEW A. PELLER AND BRANDON FIERRO AS COUNSEL

Upon consideration of the Motion to Withdraw Matthew A. Peller and Brandon Fierro as Counsel on behalf of Plaintiffs Alyeska Master Fund, L.P., Alyeska Master Fund 2, L.P., and Alyeska Master Fund 3, L.P. (collectively, the "Alyeska Plaintiffs"), Orbis Global Equity LE Fund (Australia Registered), Orbis Global Equity Fund (Australia Registered), Orbis Global Balanced Fund (Australia Registered), Orbis SICAV, Orbis Institutional Global Equity L.P., Orbis Global Equity Fund Limited, Orbis Institutional Funds Limited, Allan Gray Australia Balanced Fund, Orbis OEIC, and Orbis Institutional U.S. Equity L.P. (collectively, the "Orbis Plaintiffs" and together with the Alyeska Plaintiffs, "Direct Action Plaintiffs"), it is hereby ordered that:

1. The motion is GRANTED; and

2.      The clerk is ordered to reflect on the docket the termination of Matthew A. Peller and Brandon Fierro as counsel of record.

**IT IS HEREBY ORDERED.**

Signed on _____, 2024

_____
HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE