August 19, 2024

**VIA ECF**

Hon. George C. Hanks, Jr.
United States District Judge
Southern District of Texas
515 Rusk St., Room 6202
Houston, TX 77002

Re:   *In re Alta Mesa Resources, Inc. Securities Litigation*,
       4:19-cv-00957-GCH, 4:22-cv-01189, 4:22-cv-02590

Dear Judge Hanks:

At the May 15, 2024, pre-motion conference, the Court ordered that the "parties will submit their joint pretrial order within 14 days of the Court's ruling on the pending motions for summary judgment" and advised the parties that the Court would schedule a status conference within three days of the ruling.  (See Minute Entry, Dkt. 775).

The parties have met and conferred following the Court's August 12, 2024 rulings (Dkt. 778) and determined that they will not be in a position to file the joint pretrial order and related exhibits and filings on August 26, 2024 as anticipated by the Court's prior Minute Order, and they are discussing making pre-trial submissions beginning on September 13, 2024.  Accordingly, the parties seek Your Honor's guidance on the nature, scope and timing of the pre-trial submissions and the setting of a trial date, and ask that Your Honor schedule a conference at your earliest convenience.

We thank the Court for its attention to this matter and look forward to your further guidance.

                                        Respectfully submitted,

s/ *Andrew Entwistle*                    s/ *Christian Word*
Andrew J. Entwistle                      J. Christian Word
Attorney-in-Charge                       Attorney-in-Charge
State Bar No. 24038131                   D.C. Bar No. 461346

EC.00138672.1


Callie Crispin
Sal H. Lee
**ENTWISTLE & CAPPUCCI LLP**
500 West 2nd Street, Suite 1900
Austin, TX 78701
Tel: (512) 710-5960
Facsimile: (212) 894-7278

*Court-Appointed Co-Lead Counsel*

S.D. Tex. Bar No. 3398485
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington DC 2004
Tel.: (202) 637-2200
Fax: (202) 637-2201
Christian.Word@lw.com

*Counsel for Defendants Alta Mesa Resources, Inc., f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; James T. Hackett, Harlan H. Chappelle, William Gutermuth, Jeffrey H. Tepper, Diana J. Walters; Michael E. Ellis and Ronald Smith;*

s/ *Trig Smith*
Trig Smith (*pro hac vice*)
Tor Gronberg (*pro hac vice*)
John M. Kelley (*pro hac vice*)
Stephen Johnson (*pro hac vice*)

**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
Facsimile: (619) 231-7423

*Court-Appointed Co-Lead Counsel*

s/ *Karl Stern*
Karl S. Stern (attorney in charge SBN 19175665)
Christopher D. Porter (SBN 24070437)
**QUINN, EMANUEL, URQUHART & SULLIVAN, LLP**
700 Louisiana Street, Suite 3900
Houston, TX 77002
Telephone: 713-221-7000
karlstern@quinnemanuel.com
chrisporter@quinnemanuel.com

Michael B. Carlinsky (pro hac vice)
Jesse Bernstein (pro hac vice)
Courtney C. Whang (pro hac vice)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
michaelcarlinsky@quinnemanuel.com
jessebernstein@quinnemanuel.com
courtneywhang@quinnemanuel.com

Christopher Tayback (pro hac vice)
**QUINN EMANUEL URQUHART & SULLIVAN**
865 S. Figueroa, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
christayback@quinnemanuel.com

*Counsel for HPS Investment Partners, LLC*

| s/ *Walter Berger* | s/ *Kenneth Young* |
|---|---|
| Walter M. Berger | Kenneth A. Young |
| TX Bar No. 00798063 | Attorney-in-Charge |
| Attorney-in-Charge | Texas Bar No. 25088699 |
| Katherine A. Preston | S.D. Tex. No. 2506614 |
| TX Bar No. 24088255 | **KIRKLAND & ELLIS LLP** |
| **WINSTON & STRAWN LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 800 Capitol Street, Suite 2400 | 609 Main Street |
| Houston, TX 77002-2925 | Houston, Texas 77002 |
| Tel.: (713) 615-2699 | Tel.: (713) 836-3600 |
| Fax: (713) 651-2700 | Fax: (713) 836-3601 |
| cberger@winston.com | kenneth.young@kirkland.com |
| kpreston@winston.com | |
| | *Counsel for Bayou City Energy Management, LLC* |
| Of Counsel: | |
| John E. Schreiber (pro hac vice) | |
| CA Bar No. 261558 | |
| Aaron C. O'Dell (pro hac vice) | |
| CA Bar No. 281851 | |
| **WINSTON & STRAWN LLP** | |
| 333 S. Grand Ave., 38th Floor | |
| Los Angeles, CA 90071 | |
| Tel.: (213) 615-1700 | |
| Fax: (213) 615-1750 | |
| jschreiber@winston.com | |
| acodell@winston.com | |

*Co-Counsel for Harlan H. Chappelle, Michael E. Ellis*

| s/ *James Silliman* | s/ *Lawrence Rolnick* |
|---|---|
| James L. Silliman | Lawrence M. Rolnick |
| Attorney-in-Charge | Sheila Sadighi |

| | |
|---|---|
| TX Bar No. 24081416<br>Federal Bar No. 2365032<br>**EVERSHEDS SUTHERLAND LLP**<br>1001 Fannin Street, Suite 3700<br>Houston, Texas 77002<br>Tel.: (713) 470-6100<br>Fax: (713) 654-1301<br>jimsilliman@eversheds-sutherland.com<br><br>*Counsel for ARM Energy Holdings LLC* | Michael J. Hampson<br>Joseph R. Sparacio<br>Rolnick Kramer Sadighi LLP<br>1251 Avenue of the Americas<br>New York, New York 10020<br>(212) 597-2800<br>lrolnick@rksllp.com<br>ssadighi@rkllp.com<br>mhampson@rksllp.com<br>jsparacio@rksllp.com<br><br>*Counsel for the Alyeska and Orbis Plaintiffs* |

cc: All counsel (via ECF)