UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: ALTA MESA RESOURCES, INC. SECURITIES LITIGATION CAMELOT EVENT DRIVEN FUND, A SERIES OF FRANK FUNDS TRUST, et al.<br>       Plaintiff(s), <br><br>ALTA MESA RESOURCES, INC., et al.<br><br>       Defendant. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 4:19–cv–00957<br>§<br>§<br>§<br>§ |

## NOTICE OF RESETTING

A Status Conference has been set in this matter for 02:00 PM on 8/22/2024. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1607582150?pwd=iHFgtZtiJbxF9PsbykgaQ8a8w7YDhA.1*
Meeting phone number: 1–669–254–5252
Meeting ID: 160 758 2150
Meeting Password: 375583

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 8/20/2024                              Kimberly Picota
                                             cm4147@txs.uscourts.gov
                                             Case Manager to
                                             U.S. District Judge George C. Hanks, Jr.