UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>**CLASS ACTION**<br><br>[Lead Case] |
| ALYESKA MASTER FUND, L.P., ALYESKA MASTER FUND 2, L.P., and ALYESKA MASTER FUND 3, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ALTA MESA RESOURCES, INC., f/k/a SILVER RUN ACQUISITION CORPORATION II; RIVERSTONE HOLDINGS LLC; ARM ENERGY HOLDINGS LLC; BAYOU CITY ENERGY MANAGEMENT, LLC; HPS INVESTMENT PARTNERS, LLC; JAMES T. HACKETT, HARLAN H. CHAPPELLE, WILLIAM GUTERMUTH, JEFFREY H. TEPPER, DIANA J. WALTERS; MICHAEL E. ELLIS; and RONALD SMITH,<br><br>Defendants. | Civil Action No. 4:22-cv-001189<br><br>[Consolidated Case] |

| | |
|---|---|
| ORBIS GLOBAL EQUITY LE FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL EQUITY FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL BALANCED FUND (AUSTRALIA REGISTERED), ORBIS SICAV, ORBIS INSTITUTIONAL GLOBAL EQUITY L.P., ORBIS GLOBAL EQUITY FUND LIMITED, ORBIS INSTITUTIONAL FUNDS LIMITED, ALLAN GRAY AUSTRALIA BALANCED FUND, ORBIS OEIC, and ORBIS INSTITUTIONAL U.S. EQUITY L.P.,<br><br>                Plaintiffs,<br><br>   v.<br><br>ALTA MESA RESOURCES, INC., f/k/a SILVER RUN ACQUISITION CORPORATION II; RIVERSTONE HOLDINGS LLC; ARM ENERGY HOLDINGS LLC; BAYOU CITY ENERGY MANAGEMENT, LLC; HPS INVESTMENT PARTNERS, LLC; JAMES T. HACKETT, HARLAN H. CHAPPELLE, WILLIAM GUTERMUTH, JEFFREY H. TEPPER, DIANA J. WALTERS; MICHAEL E. ELLIS; and RONALD SMITH,<br><br>                Defendants. | Civil Action No. 4:22-cv-02590<br><br>[Consolidated Case] |

### DECLARATION OF CHRISTOPHER PORTER IN SUPPORT OF THE MOTION FOR A JUDGMENT ON THE PLEADINGS <u>ON BEHALF OF HPS INVESTMENT PARTNERS, LLC</u>

I, Christopher Porter, declare as follows:

1. I am a Partner at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant HPS Investment Partners, LLC ("HPS") in this action. I am a member of the Bar of the State of Texas and am admitted to practice before this Court. I respectfully submit this declaration in support of HPS's Motion for a Judgment on the Pleadings, and to put a relevant document before the Court. On information and belief, I understand the facts in this declaration to be true.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Ninth Circuit's decision in *In re: CCIV / Lucid Motors Sec. Litig.*, 2024 WL 3710186 (9th Cir. Aug. 8, 2024).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2024 in Houston, Texas.


Dated: August 21, 2024

                                                           /s/ *Christopher Porter*
                                                           By: Christopher Porter