# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | No. 4:19-cv-00957 |
| ALYESKA MASTER FUND, L.P., ALYESKA MASTER FUND 2, L.P., and ALYESKA MASTER FUND 3, L.P., <br><br>Plaintiffs,<br><br>v.<br><br>ALTA MESA RESOURCES, INC., *et al.*<br><br>Defendants. | Judge George C. Hanks, Jr.<br><br>No. 4:22-cv-01189 |
| ORBIS GLOBAL EQUITY LE FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL EQUITY FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL BALANCED FUND (AUSTRALIA REGISTERED), ORBIS SICAV, ORBIS INSTITUTIONAL GLOBAL EQUITY L.P., ORBIS GLOBAL EQUITY FUND LIMITED, ORBIS INSTITUTIONAL FUNDS LIMITED, ALLAN GRAY AUSTRALIA BALANCED FUND, ORBIS OEIC, and ORBIS INSTITUTIONAL U.S. EQUITY L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ALTA MESA RESOURCES, INC., *et al.*,<br><br>Defendants. | No. 4:22-cv-2590 |

# ORDER GRANTING BAYOU CITY'S 12(b)(1) MOTION TO DISMISS FOR LACK OF STANDING, OR, IN THE ALTERNATIVE, MOTION FOR JUDGMENT ON THE PLEADINGS

The Court having considered Bayou City Energy Management, LLC's 12(b)(1) Motion to Dismiss for Lack of Standing, or, In the Alternative, Motion for Judgment on the Pleadings, any opposition thereto, and the entire record herein, is of the opinion that the Motion should be granted.  It is therefore, ORDERED that the Motion to Dismiss is GRANTED with prejudice.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE