# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957 **CLASS ACTION** [Lead Case] |
| ALYESKA MASTER FUND, L.P., ALYESKA MASTER FUND 2, L.P., and ALYESKA MASTER FUND 3, L.P., Plaintiffs, v. ALTA MESA RESOURCES, INC., f/k/a SILVER RUN ACQUISITION CORPORATION II; RIVERSTONE HOLDINGS LLC; ARM ENERGY HOLDINGS LLC; BAYOU CITY ENERGY MANAGEMENT, LLC; HPS INVESTMENT PARTNERS, LLC; JAMES T. HACKETT, HARLAN H. CHAPPELLE, WILLIAM GUTERMUTH, JEFFREY H. TEPPER, DIANA J. WALTERS; MICHAEL E. ELLIS; and RONALD SMITH, Defendants. | Civil Action No. 4:22-cv-001189 [Consolidated Case] |

1

51563024.1

| | |
|---|---|
| ORBIS GLOBAL EQUITY LE FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL EQUITY FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL BALANCED FUND (AUSTRALIA REGISTERED), ORBIS SICAV, ORBIS INSTITUTIONAL GLOBAL EQUITY L.P., ORBIS GLOBAL EQUITY FUND LIMITED, ORBIS INSTITUTIONAL FUNDS LIMITED, ALLAN GRAY AUSTRALIA BALANCED FUND, ORBIS OEIC, and ORBIS INSTITUTIONAL U.S. EQUITY L.P., <br><br> Plaintiffs, <br><br> v. <br><br> ALTA MESA RESOURCES, INC., f/k/a SILVER RUN ACQUISITION CORPORATION II; RIVERSTONE HOLDINGS LLC; ARM ENERGY HOLDINGS LLC; BAYOU CITY ENERGY MANAGEMENT, LLC; HPS INVESTMENT PARTNERS, LLC; JAMES T. HACKETT, HARLAN H. CHAPPELLE, WILLIAM GUTERMUTH, JEFFREY H. TEPPER, DIANA J. WALTERS; MICHAEL E. ELLIS; and RONALD SMITH, <br><br> Defendants. | Civil Action No. 4:22-cv-02590 <br><br> [Consolidated Case] |

**ARM ENERGY HOLDINGS LLC'S JOINDER IN SUPPORT OF
HPS INVESTMENT PARTNERS, LLC'S RULE 12(c) MOTION**

ARM Energy Holdings LLC ("ARM Energy") hereby submits this joinder in support of the Motion of HPS Investment Partners, LLC for a Judgment on the Pleadings and Incorporated Memorandum of Law (the "12(c) Motion").  ECF No. 782.

2

In the interest of judicial economy, ARM Energy hereby joins the 12(c) Motion and respectfully requests that the Court, on the same basis, grant dismissal of ARM Energy for lack of statutory standing. ARM Energy adopts and incorporates by reference the 12(c) Motion. ARM Energy presents the arguments contained in the 12(c) Motion in support of dismissing ARM Energy, as if ARM Energy had filed the same 12(c) Motion. ARM Energy reserves all rights to be heard before this Court with respect to the 12(c) Motion.

WHEREFORE, PREMISES CONSIDERED, Defendant ARM Energy respectfully requests the Court grant the 12(c) Motion as to ARM Energy, dismiss this action with prejudice as to ARM Energy, and grant such other and further relief to which ARM Energy may be entitled.

Dated: August 21, 2024

Respectfully submitted,

*/s/ Jim L. Silliman*
Jim L. Silliman
Attorney-in-Charge
TX Bar No. 24081416
Federal Bar No. 2365032
EVERSHEDS SUTHERLAND LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Tel.: (713) 470-6100
Fax: (713) 654-1301
jimsilliman@eversheds-sutherland.com

Bruce M. Bettigole (*pro hac vice*)
The Grace Building, 40th Floor
1114 Avenues of the Americas
New York, NY 10023
Telephone: (212) 389-5000
Fax: (212) 389-5099
brucebettigole@eversheds-sutherland.com

>Adam C. Pollet (*pro hac vice*)
>Andrea Gordon (*pro hac vice*)
>700 Sixth Street N.W., Suite 700
>Washington, DC 20001
>Telephone: (202) 383-0100
>Fax: (202) 637-3593
>adampollet@eversheds-sutherland.com
>andreagordon@eversheds-sutherland.com
>
>**COUNSEL TO ARM ENERGY HOLDINGS, LLC**

## CERTIFICATE OF SERVICE

I certify that this Joinder has been served by the Court's ECF system to counsel for all parties on August 21, 2024.

>*/s/ Jim Silliman*
>By: Jim L. Silliman

## CERTIFICATE OF CONFERENCE

I certify that, on August 21, 2024, the undersigned counsel was copied on e-mail communication between counsel for all parties regarding the substance of HPS's 12(c) Motion to which ARM Energy herewith seeks joinder. Counsel for HPS and Plaintiffs exchanged positions regarding the grounds for the 12(c) Motion, with reference to those being applicable to ARM Energy, and were unable to obtain assent for the relief sought.

>*/s/ Jim Silliman*
>By: Jim L. Silliman