UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|

In re ALTA MESA RESOURCES, INC. SECURITIES LITIGATION

*versus*

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Andrew Clubok<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004-1304<br>(202) 637-2200; andrew.clubok@lw.com<br>District of Columbia Bar No. 446935<br>(See attached addendum for federal court admissions.) |
|---|---|

| Name of party applicant seeks to appear for: | Alta Mesa Resources, Inc., f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; James T. Hackett, Harlan H. Chappelle, William Gutermuth, Jeffrey H. Tepper, Diana J. Walters; Michael E. Ellis; Ronald Smith; Pierre F. Lapeyre, Jr.; David M. Leuschen; Donald Sinclair; Stephen Coats; and Thomas J. Walker |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/23/2024 | Signed: | /s/ Andrew Clubok |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____          _____

United States District Judge

## ADDENDUM TO MOTION FOR ADMISSION PRO HAC VICE
## OF ANDREW CLUBOK

### Case No. 4:19-cv-00957

**Federal Court Admissions:**

| | |
|---|---|
| U.S. Court of Appeals for the 1st Circuit (No. 1134109) | March 27, 2009 |
| U.S. Court of Appeals for the 2nd Circuit | June 21, 2013 |
| U.S. Court of Appeals for the 3rd Circuit | June 13, 2013 |
| U.S. Court of Appeals for the 6th Circuit | November 6, 2000 |
| U.S. Court of Appeals for the 7th Circuit | November 5, 2004 |
| U.S. Court of Appeals for the 9th Circuit | April 30, 2001 |
| U.S. Court of Appeals for the 11th Circuit | February 15, 2023 |
| U.S. Court of Appeals for the D.C. Circuit | January 31, 2005 |
| U.S. Court of Appeals for the Federal Circuit | November 3, 1997 |
| U.S. Court of Federal Claims | August 2, 1996 |
| U.S. District Court - District of Colorado | October 12, 2012 |
| U.S. District Court - District of Columbia (No. 446935) | March 5, 2001 |
| U.S. District Court - Eastern District of Michigan (No. 45465) | August 16, 2000 |
| U.S. District Court - Western District of Michigan  (No. 45465) | July 1, 2003 |
| U.S. District Court - Eastern District of New York | August 22, 2017 |
| U.S. District Court - Southern District of New York (No. AC2839) | June 13, 2012 |
| U.S. Supreme Court | October 20, 2003 |
| U.S. Tax Court (No. CA0484) | June 8, 2005 |