# HEARING MINUTES

Cause No:     4:19-CV-957

Style:        Camelot Event Driven Fund, A Series of Frank Funds Trust v. Alta Mesa Resources, Inc. f/k/a Silver Run Acquisition Corporation II et al

Hearing Type: Status conference

**Appearances:**

| Counsel | Representing |
|---|---|
| Christopher Darnell Porter | Don Dimitrievich; HPS Investment Partners, LLC |
| Courtney Whang | Don Dimitrievich; HPS Investment Partners, LLC |
| Christopher Tayback | Don Dimitrievich; HPS Investment Partners, LLC |
| Frank T.M. Catalina | Alyeska Plaintiffs; Orbis Plaintiffs |
| Andrew J. Entwistle | FNY plaintiffs; Paul Burbach |
| James Christian Word | Alta Mesa Resources, Inc. and certain of its current and former officers and directors; Riverstone Holdings, Inc. |
| Trig R. Smith | Plumbers and Pipefitters National Pension Fund |
| Andrea Gordon | ARM Energy Holdings |
| Kenneth Alan Young | Bayou City Energy Management; William McMullen |

Date:  August 22, 2024               Court reporter:  ERO
Time: 2:05 p.m.—2:55 p.m.            Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

The Court held a status conference at which the Court and the parties discussed trial logistics. The Court will hold another status conference **at 2:00 p.m. on August 23, 2024**.