# HEARING MINUTES

Cause No:      4:19-CV-957

Style:         Camelot Event Driven Fund, A Series of Frank Funds Trust v. Alta Mesa Resources, Inc. f/k/a Silver Run Acquisition Corporation II et al

Hearing Type:  Status conference

**Appearances:**

| Counsel | Representing |
|---|---|
| Christopher Darnell Porter | Don Dimitrievich; HPS Investment Partners, LLC |
| Christopher Tayback | Don Dimitrievich; HPS Investment Partners, LLC |
| Frank T.M. Catalina | Alyeska Plaintiffs; Orbis Plaintiffs |
| Andrew J. Entwistle | FNY plaintiffs; Paul Burbach |
| James Christian Word | Alta Mesa Resources, Inc. and certain of its current and former officers and directors; Riverstone Holdings, Inc. |
| Stephen D. Johnson, II | Plumbers and Pipefitters National Pension Fund |
| Andrea Gordon | ARM Energy Holdings |
| Kenneth Alan Young | Bayou City Energy Management; William McMullen |

Date:  August 23, 2024　　　　　　　　Court reporter:  ERO
Time: 2:05 p.m.—2:31 p.m.　　　　　　Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

The Court held a status conference at which the Court and the parties discussed trial logistics. Trial will begin **on October 7, 2024 at 1:30 p.m.** In the event that a backup trial date is needed, that backup date will be **December 10, 2024**.

The parties will submit their pretrial materials as discussed on the record **on or before September 23, 2024**. The Court will hold a final pretrial conference **on October 2, 2024 at 1:00 p.m.**