# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |

**[PROPOSED] ORDER GRANTING CLASS PLAINTIFFS' MOTION (1) THAT THE ELEMENTS OF THE FRAUD ON THE MARKET PRESUMPTION OF RELIANCE WERE ESTABLISHED BY THE CLASS CERTIFICATION ORDER AND/OR (2) TAKING JUDICIAL NOTICE THAT THE ELEMENTS OF THE FRAUD ON THE MARKET PRESUMPTION ARE MET IN THIS CASE**

The Court, having considered Class Plaintiffs' Motion (1) That The Elements of the Fraud on the Market Presumption of Reliance Were Established by the Class Certification Order and/or (2) Taking Judicial Notice that the elements of the Fraud on the Market Presumption Are Met in this Case ("Motion"), and all submissions submitted in support of and in opposition thereto, hereby GRANTS the Motion as follows:

1. The Court deems the following facts conclusively established as the law of the case and/or judicial notice:

(a) that the alleged misstatements were publicly known;

(b) that AMR securities traded in an efficient market; and

(c) that Class Members traded AMR securities between when the alleged misrepresentations were made and when the truth was revealed.

2. Class Plaintiffs are not required to present evidence of the forgoing at trial.

Signed this ___ day of _____ 2024.

_____
THE HON. GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE