UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-00957 |

**DECLARATION OF STEPHEN JOHNSON IN SUPPORT OF CLASS PLAINTIFFS' MOTION TO BIFURCATE AND TO PRECLUDE EVIDENCE AS TO INDIVIDUALIZED ISSUES, INCLUDING TESTIMONY BY CLASS REPRESENTATIVES, DURING THE CLASS-WIDE PHASE OF TRIAL**

I, Stephen Johnson, declare as follows:

1. I am a member of the State Bar of California and am admitted *pro hac vice* to practice before this Court. I am an attorney associated with the law firm of Robbins, Geller, Rudman & Dowd LLP, counsel for Class Plaintiffs and Court-Appointed Co-Class Counsel.

2. I respectfully submit this declaration in support of Class Plaintiffs' Motion to Bifurcate and to Preclude Evidence as to Individualized Issues, Including Testimony by Class Representatives, During the Class-Wide Phase of Trial ("Motion"), contemporaneously filed herewith.

3. I have personal knowledge of the facts set forth herein, and if called to testify as a witness thereto, could and would do so competently under oath.

4. Defendants, in confirming their opposition to this Motion, indicated their intent to call five Class Plaintiffs to the stand and to present evidence of Class Plaintiffs' trading history, including trading records.

5. Attached hereto are true and correct copies of the following documents:

Exhibit 1: Stipulation and Order Concerning Trial Procedures and Evidentiary Issues, *In re Twitter, Inc. Sec. Litig.*, No. 4:16-cv-05314, Dkt. 499 at 4 (N.D. Cal. May 8, 2020);

Exhibit 2: Transcript of Proceedings, *In re Longtop Fin. Techs. Ltd. Sec. Litig.*, Case No. 1:11-cv-03658, Dkt. 35 at 16-17 (S.D.N.Y. Oct. 29, 2014);

Exhibit 3: Order Regarding Reliance Issue, *In re Vesta Ins. Grp. Inc. Sec. Litig.*, No. 2:98-cv-01407, Dkt. 459 (N.D. Ala. Aug. 20, 2008);

Exhibit 4: Amended Minute Order, *In re JDS Uniphase Corp. Sec. Litig*, No. 4:02- cv-01486, Dkt. 1692 (N.D. Cal. Oct. 9, 2007);

Exhibit 5: Pretrial Conference Transcript, *Lawrence E. Jaffe Pension Plan v. Household Int'l, Inc.*, No. 1:02-cv-5893, Dkt. 2282 (N.D. Ill. Dec. 21, 2016); and

- 2 -

Exhibit 6:   Civil Minutes, *Hsu v. Puma Biotechnology, Inc.*, No. 8:15-cv-00865, Dkt. 614 at 5 (C.D. Cal. Oct. 24, 2018).

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 6, 2024, at San Diego, California.

                                               STEPHEN JOHNSON