UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-00957 |

**[PROPOSED] ORDER GRANTING CLASS PLAINTIFFS' MOTION TO BIFURCATE AND TO PRECLUDE EVIDENCE AS TO INDIVIDUALIZED ISSUES, INCLUDING TESTIMONY BY CLASS <u>REPRESENTATIVES, DURING THE CLASS-WIDE PHASE OF TRIAL</u>**

The Court, having considered Class Plaintiffs' Motion to Bifurcate and to Preclude Evidence as to Individualized Issues, Including Testimony by Class Representatives, During the Class-wide Phase of Trial ("Motion"), and all papers submitted in support thereof, and for good cause shown, hereby **GRANTS** Class Plaintiffs' Motion as follows:

1. The trial shall be bifurcated into two phases: Phase One concerning Class-wide issues of proof and Phase Two concerning any individualized issues concerning any individual Class members;

2. Evidence and argument regarding any individual member of the Class, including the Class Representatives, shall be precluded during Phase One of trial; and

3. Defendants are precluded from making any comment or argument regarding the Class Representatives or any other member of the Class's lack of testimony or absence from trial.

Signed this ___ day of _____, 2024.

_____
THE HON. GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE