**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-00957 |

**DECLARATION OF JOHN M. KELLEY IN SUPPORT OF CLASS PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS (DKTS. 782, 783, 784, 785)**

I, John M. Kelley, declare as follows:

1. I am a member of the State Bar of California and am admitted to practice before this Court. I am associated with the law firm of Robbins, Geller, Rudman & Dowd LLP, counsel for Class Plaintiffs and Court-Appointed Co-Class Counsel.

2. I respectfully submit this declaration in support of Class Plaintiffs' contemporaneously filed omnibus opposition to: (a) Motion of HPS Investment Partners, LLC For a Judgment on the Pleadings and Incorporated Memorandum of Law (Dkt. 782); (b) Bayou City's 12(b)(1) Motion to Dismiss for Lack of Standing, or, in the Alternative, Motion for Judgment on the Pleadings (Dkt. 783); (c) ARM Energy Holdings LLC's Joinder in Support of HPS Investment Partners LLC's Rule 12(c) Motion (Dkt. 784); and (d) Defendants Chappelle, Hackett, Gutermuth, Tepper, Walters, Ellis, Smith, Riverstone, and AMR's Joinder in Defendants HPS' and BCE's Motions Regarding the Pre-Business Combination Statements about AMH and KFM for Lack of Standing (Dkt. 785).

3. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

4. Attached hereto are true and correct copies of the following documents:

Exhibit A:  Silver Run II Form 8-K with attachments dated August 16, 2017;

Exhibit B:  Alta Mesa Holdings Form 8-K with attachments dated August 16, 2017;

Exhibit C:  Excerpts from Alta Mesa Holdings Form 8-K with attachments dated August 17, 2017; and

- 2 -

Exhibit D:   Excerpts from Silver Run II Form 8-K with attachments dated August 17, 2017.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 6, 2024, at San Diego, California.

<i>/s/ John M. Kelley</i><br>
JOHN M. KELLEY