- 1 -

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-00957 |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS, AND DENYING DEFENDANTS' REQUEST FOR INTERLOCUTORY APPEAL**

The Court, having received Defendants' motions to dismiss and for judgment on the pleadings, including joinders, Dkts. 782, 783, 784, 785 (the "Motions"), hereby **DENIES** the Motions and **DENIES** Defendants' requests for interlocutory appeal under 28 U.S.C. § 1292(b).

Signed this ___ day of _____, _____.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE