UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | § § § § § § | Civil Action No. 4:19-cv-00957<br><br>CLASS ACTION<br><br>Judge George C. Hanks, Jr. |

**PLAINTIFFS' NOTICE OF ISSUANCE
OF TRIAL SUBPOENAS**

- 1 -

TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

**PLEASE TAKE NOTICE** that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Lead Plaintiffs FNY Partners Fund LP, FNY Managed Accounts, LLC, Paul J. Burbach and United Association National Pension Fund (f/k/a Plumbers and Pipefitters National Pension Fund) and Plaintiff Camelot Event Driven Fund (collectively, "Plaintiffs"), by and through their attorneys, will serve the trial deposition subpoenas attached hereto on the following parties:

| Witness | Date/Time | Location |
| --- | --- | --- |
| John Baldauff | Oct. 7, 2024<br>1:30 PM | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 6202<br>Houston, TX 77002 |
| Kevin Bourque | Oct. 7, 2024<br>1:30 PM | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 6202<br>Houston, TX 77002 |
| John Campbell, Jr. | Oct. 7, 2024<br>1:30 PM | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 6202<br>Houston, TX 77002 |
| Mark Castiglione | Oct. 7, 2024<br>1:30 PM | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 6202<br>Houston, TX 77002 |
| Harlan H. Chappelle | Oct. 7, 2024<br>1:30 PM | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 6202<br>Houston, TX 77002 |
| Michael Christopher | Oct. 7, 2024<br>1:30 PM | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 6202<br>Houston, TX 77002 |

- 2 -

| Witness | Date/Time | Location |
|---|---|---|
| Homer "Gene" Cole | Oct. 7, 2024<br>1:30 PM | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 6202<br>Houston, TX 77002 |
| Craig Collins | Oct. 7, 2024<br>1:30 PM | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 6202<br>Houston, TX 77002 |
| Don Dimitrievich | Oct. 7, 2024<br>1:30 PM | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 6202<br>Houston, TX 77002 |
| Bo Dunne | Oct. 7, 2024<br>1:30 PM | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 6202<br>Houston, TX 77002 |
| Amy Dwyer | Oct. 7, 2024<br>1:30 PM | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 6202<br>Houston, TX 77002 |
| Michael E. Ellis | Oct. 7, 2024<br>1:30 PM | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 6202<br>Houston, TX 77002 |
| Scott Grandt | Oct. 7, 2024<br>1:30 PM | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 6202<br>Houston, TX 77002 |
| William D. Gutermuth | Oct. 7, 2024<br>1:30 PM | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 6202<br>Houston, TX 77002 |
| James T. Hackett | Oct. 7, 2024<br>1:30 PM | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 6202<br>Houston, TX 77002 |

4888-1084-8734.v1

| Witness | Date/Time | Location |
|---|---|---|
| Jeffrey Hostettler | Oct. 7, 2024<br>1:30 PM | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 6202<br>Houston, TX 77002 |
| Pierre F. Lapeyre, Jr. | Oct. 7, 2024<br>1:30 PM | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 6202<br>Houston, TX 77002 |
| David M. Leuschen | Oct. 7, 2024<br>1:30 PM | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 6202<br>Houston, TX 77002 |
| Randy Limbacher | Oct. 7, 2024<br>1:30 PM | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 6202<br>Houston, TX 77002 |
| William W. McMullen | Oct. 7, 2024<br>1:30 PM | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 6202<br>Houston, TX 77002 |
| Miles Palke | Oct. 7, 2024<br>1:30 PM | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 6202<br>Houston, TX 77002 |
| Tamara Sheils | Oct. 7, 2024<br>1:30 PM | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 6202<br>Houston, TX 77002 |
| Ronald J. Smith | Oct. 7, 2024<br>1:30 PM | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 6202<br>Houston, TX 77002 |
| Jeffrey H. Tepper | Oct. 7, 2024<br>1:30 PM | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 6202<br>Houston, TX 77002 |

| Witness | Date/Time | Location |
|---|---|---|
| Tim Turner | Oct. 7, 2024<br>1:30 PM | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 6202<br>Houston, TX 77002 |
| Diana J. Walters | Oct. 7, 2024<br>1:30 PM | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 6202<br>Houston, TX 77002 |

PLEASE TAKE FURTHER NOTICE that a witness may be held in contempt of court pursuant to Federal Rule of Civil Procedure 45(g) if they fails without adequate excuse to obey the subpoena served upon them and that the witness has certain legal rights in response to Plaintiffs' subpoena served upon him as provided in Federal Rules of Civil Procedure 45(c) and (d).[1]

DATED:  September 6, 2024                               Respectfully submitted,

Andrew J. Entwistle (attorney in charge)        Trig R. Smith (*pro hac vice*)
State Bar No. 24038131                                    Tor Gronborg (*pro hac vice*)
Callie Crispin                                                      John M. Kelley (*pro hac vice*)
State Bar No. 24104231                                    Stephen Johnson (*pro hac vice*)
Sal H. Lee                                                          **ROBBINS GELLER RUDMAN**
State Bar No. 24127308                                      **& DOWD LLP**
**ENTWISTLE & CAPPUCCI LLP**                 655 West Broadway, Suite 1900
500 West 2nd Street, Floor 19, Suite 140         San Diego, CA  92101
Austin, TX  78701                                              Telephone:  (619) 231-1058
Telephone:  (512) 710-5960                             Facsimile:  (619) 231-7423
Facsimile:  (212) 894-7278

---

[1]   These rights are reproduced in full at page three of the subpoena served upon the non-party.

- 4 -
4888-1084-8734.v1

- 5 -

– and –

Joshua K. Porter (*pro hac vice*)
Brendan J. Brodeur (*pro hac vice*)
Andrew M. Sher (*pro hac vice*)
**ENTWISTLE & CAPPUCCI LLP**
230 Park Avenue, 3rd Floor
New York, NY  10169
Telephone:  (212) 894-7200
Facsimile:  (212) 894-7278

*Court Appointed Co-Lead Counsel*

Carol C. Villegas (*pro hac vice*)
David Saldamando (*pro hac vice*)
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

*Counsel for Plaintiff Camelot Event Driven Fund, A Series of Frank Funds Trust*

Shawn A. Williams (*pro hac vice*)
Daniel J. Pfefferbaum (*pro hac vice*)
**ROBBINS GELLER RUDMAN**
  **& DOWD LLP**
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: (415) 288-4545
Facsimile:  (415) 288-4534 (fax)

*Court Appointed Co-Lead Counsel*

- 1 -

## DECLARATION OF SERVICE BY EMAIL

I, Trig R. Smith, not a party to the within action, hereby declare that on September 6, 2024, I served the attached LEAD PLAINTIFFS' NOTICE OF ISSUANCE OF TRIAL SUBPOENAS on the parties in the within action by email addressed as follows:

**COUNSEL FOR PLAINTIFFS**:

| NAME | FIRM | EMAIL |
|---|---|---|
| Trig R. Smith<br>Tor Gronborg<br>John M. Kelley<br>Stephen Johnson | ROBBINS GELLER RUDMAN & DOWD LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101 Telephone: 619/231-1058 619/231-7423 (fax)<br><br>*Co-Lead Counsel for Lead Plaintiffs and the Class* | trigs@rgrdlaw.com<br>torg@rgrdlaw.com<br>jkelley@rgrdlaw.com<br>sjohnson@rgrdlaw.com |
| Andrew J. Entwistle<br>Callie D. Crispin | ENTWISTLE & CAPPUCCI LLP<br>500 West 2nd Street, Suite 1900-16<br>Austin, TX 78701<br>Telephone: 512/710-5960<br><br>*Co-Lead Counsel for Lead Plaintiffs and the Class* | aentwistle@entwistle-law.com<br>ccrispin@entwistle-law.com |
| Robert N. Cappucci<br>Joshua K. Porter<br>Andrew M. Sher<br>Brendan J. Brodeur | ENTWISTLE & CAPPUCCI LLP<br>230 Park Avenue, 3rd Floor<br>New York, NY 10169<br>Telephone: 212/894-7200<br><br>*Co-Lead Counsel for Lead Plaintiffs and the Class* | rcappucci@entwistle-law.com<br>jporter@entwistle-law.com<br>asher@entwistle-law.com<br>bbrodeur@entwistle-law.com |
| Ira A. Schochet<br>David Schwartz | LABATON SUCHAROW LLP<br>140 Broadway, 34th Floor<br>New York, NY 10005<br>Telephone: 212/907-0650<br>212/818-0477 (fax)<br><br>*Additional Counsel for Lead Plaintiff* | ischochet@labaton.com<br>dschwartz@labaton.com |

- 1 -

**COUNSEL FOR DEFENDANTS**:

| NAME | FIRM | EMAIL |
|---|---|---|
| Herman H. Yue | LATHAM & WATKINS LLP<br>811 Main Street, Suite 3700<br>Houston, TX 77002<br>Telephone:  713/546-7443<br><br>*Counsel for Riverstone Holdings LLC, Harlan H. Chappelle, Michael E. Ellis, William D. Gutermuth, James T. Hackett, Ronald J. Smith, Jeffrey H. Tepper, and Diana J. Walters* | herman.yue@lw.com |
| J. Christian Word<br>Matthew Peters<br>Laura E. Bladow<br>Emani V. Walks<br>Morgan R. Hoffman<br>Chantel Y. Christian (Paralegal) | LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington DC 20004<br>Telephone:  202/637-2200<br><br>*Counsel for Riverstone Holdings LLC, Harlan H. Chappelle, Michael E. Ellis, William D. Gutermuth, James T. Hackett, Ronald J. Smith, Jeffrey H. Tepper, and Diana J. Walters* | christian.word@lw.com<br>matthew.peters@lw.com<br>laura.bladow@lw.com<br>emani.walks@lw.com<br>morgan.hoffman@lw.com<br>chantel.christian@lw.com |
| Heather A. Waller | LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>Telephone:  312/876-7700<br><br>*Counsel for Riverstone Holdings LLC, Harlan H. Chappelle, Michael E. Ellis, William D. Gutermuth, James T. Hackett, Ronald J. Smith, Jeffrey H. Tepper, and Diana J. Walters* | heather.waller@lw.com |
| Jonathan Fombonne<br>Kenneth Alan Young<br>Sydney Corry | KIRKLAND & ELLIS LLP<br>609 Main Street<br>Houston, TX 77002<br>Telephone:  713/836-3336<br><br>*Counsel for Bayou City Energy Management, LLC* | jonathan.fombonne@kirkland.com<br>kenneth.young@kirkland.com<br>sydney.corry@kirkland.com |
| Stefan Atkinson<br>Gianni Mascioli | KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Telephone:  212/446-4803<br><br>*Counsel for Bayou City Energy Management, LLC* | stefan.atkinson@kirkland.com<br>gianni.mascioli@kirkland.com |
| Bruce M. Bettigole<br>Adam Pollet<br>Andrea Gordon | EVERSHEDS SUTHERLAND LLP<br>700 6th Street NW<br>Suite 700<br>Washington DC 20001<br>Telephone:  202/383-0100<br><br>*Counsel for ARM Energy Holdings LLC* | brucebettigole@eversheds-sutherland.com<br>adampollet@eversheds-sutherland.com<br>andreagordon@eversheds-sutherland.com |

4888-1084-8734.v1

- 3 -

| NAME | FIRM | EMAIL |
|---|---|---|
| David A. Baay | EVERSHEDS SUTHERLAND LLP<br>1001 Fannin Street, Suite 3700<br>Houston, TX 77002-6760<br>Telephone: 713/470-6112<br><br>*Counsel for ARM Energy Holdings LLC* | davidbaay@eversheds-sutherland.com |
| Karl S. Stern | QUINN, EMANUEL, URQUHART<br>  & SULLIVAN, LLP<br>711 Louisiana Street, Suite 500<br>Houston, TX 77002<br>Telephone: 713/221-7000<br><br>*Counsel for HPS Investment Partners LLC* | karlstern@quinnemanuel.com |
| Christopher D. Porter<br>Michael B. Carlinsky<br>Jacob J. Waldman<br>Courtney C. Whang | QUINN, EMANUEL, URQUHART<br>  & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: 212/849-7000<br><br>*Counsel for HPS Investment Partners LLC* | christopherporter@quinnemanuel.com<br>michaelcarlinsky@quinnemanuel.com<br>jacobwaldman@quinnemanuel.com<br>courtneywhang@quinnemanuel.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 6, 2024, at San Diego, California.

*/s/ Trig R. Smith*
TRIG R. SMITH