## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: ALTA MESA RESOURCES, INC. SECURITIES LITIGATION CAMELOT EVENT DRIVEN FUND, A SERIES OF FRANK FUNDS TRUST, et al. | § § § § § § § § § | |
| Plaintiff(s), | | |
| | | CIVIL ACTION NO. 4:19–cv–00957 |
| ALTA MESA RESOURCES, INC., et al. | | |
| Defendant. | | |

## NOTICE OF SETTING

A Status Conference has been set in this matter for 10:30 AM on 9/9/2024. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1618984627?pwd=IK34KioVdpy5JqhD3bt4s0jDt62AMh.1*
Meeting phone number: 1–669–254–5252
Meeting ID: 161 898 4627
Meeting Password: 392347

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 9/6/2024

Kimberly Picota
cm4147@txs.uscourts.gov
Case Manager to
U.S. District Judge George C. Hanks, Jr.