United States District Court
Southern District of Texas

**ENTERED**
September 07, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|

| In re Alta Mesa Resources, Inc. Securities Litigation |
|---|
| *versus* |
|  |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Samantha N. Darnell<br>Eversheds Sutherland (US) LLP<br>999 Peachtree Street, NE Suite 2300<br>Atlanta, GA 30309-3996<br>404.853.8000 \|\| SamanthaDarnell@eversheds-sutherland.us<br>State of Georgia, 448253<br>United States District Court for the Northern District of Georgia, N/A |
|---|---|

| Name of party applicant seeks to appear for: | ARM Energy Holdings, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/28/2024 | Signed: /s/ Samantha Darnell |
|---|---|

| The state bar reports that the applicant's status is:   Active |
|---|
| Dated: 9/6/2024   Clerk's signature   *Kimberly Picota* |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: September 6, 2024

_____
George C. Hanks Jr.
United States District Judge