Case 4:19-cv-00957   Document 815   Filed on 09/06/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas

**ENTERED**
September 07, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|

In re Alta Mesa Resources, Inc. Securities Litigation

*versus*

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Jessica R. Rodgers<br>Eversheds Sutherland (US) LLP<br>700 Sixth Street NW, Suite 700<br>Washington, DC 20001<br>202.383.0152 \|\| JessicaRodgers@eversheds-sutherland.us<br>District of Columbia, 1719122; State of Maryland, 1912180114<br>United States District Court, District of Columbia, N/A |
|---|---|

| Name of party applicant seeks to appear for: | ARM Energy Holdings, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/28/2024 | Signed: | /s/ Jessica Rodgers |
|---|---|---|

The state bar reports that the applicant's status is:   Active

Dated: 9/6/2024      Clerk's signature   *Kimberly Picota*

**Order**

This lawyer is admitted *pro hac vice*.

Dated: ___September 6, 20264___            _____George C. Hanks, Jr._____
                                                                                    United States District Judge