# HEARING MINUTES

Cause No:       4:19-CV-957

Style:          Camelot Event Driven Fund, A Series of Frank Funds Trust v. Alta Mesa Resources, Inc. f/k/a Silver Run Acquisition Corporation II et al

Hearing Type:   Status conference

**Appearances:**

| Counsel | Representing |
|---|---|
| Christopher Darnell Porter | Don Dimitrievich; HPS Investment Partners, LLC |
| Christopher Tayback | Don Dimitrievich; HPS Investment Partners, LLC |
| Sheila A. Sadighi | Alyeska Plaintiffs; Orbis Plaintiffs |
| Andrew J. Entwistle | FNY plaintiffs; Paul Burbach |
| James Christian Word | Alta Mesa Resources, Inc. and certain of its current and former officers and directors; Riverstone Holdings, Inc. |
| Trig R. Smith | Plumbers and Pipefitters National Pension Fund |
| Adam Pollet | ARM Energy Holdings |
| Kenneth Alan Young | Bayou City Energy Management; William McMullen |

| | |
|---|---|
| Date: September 9, 2024 | Court reporter: ERO |
| Time: 11:08 a.m.—12:07 p.m. | Law Clerk: L. McKinney |

At the hearing, the following rulings were made as stated on the record:

The Court held a status conference at which the Court and the parties discussed trial logistics and the possibility of mediation.

If the parties obtain a date certain for a mediation and the mediator indicates to the Court that a short delay in trial preparation for the purpose of conducting a mediation might be beneficial, then the Court will consider a short continuance of the trial date.

The Court will set aside five weeks for trial.