# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re: Alta Mesa Resources, Inc.
Securities Litigation Camelot Event
Driven Fund, A Series of Frank Funds
Trust, et al.

v.  Case Number: 4:19−cv−00957

Alta Mesa Resources, Inc., et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

George C Hanks, Jr

**PLACE:**
Courtroom 600 in Houston
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 11/4/2024

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Jury Trial

Date:   September 13, 2024

Nathan Ochsner, Clerk