UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: ALTA MESA RESOURCES, INC. SECURITIES LITIGATION CAMELOT EVENT DRIVEN FUND, A SERIES OF FRANK FUNDS TRUST, et al. | § § § § | |
| Plaintiff(s), | § | |
| | § | CIVIL ACTION NO. 4:19–cv–00957 |
| | § | |
| ALTA MESA RESOURCES, INC., et al. | § § | |
| Defendant. | § | |

## NOTICE OF RESETTING

A Pretrial Conference has been set in this matter for 03:00 PM on 10/30/2024. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1607838464?pwd=cdVQJ76aDMPnVANbiYtt0oPJtrqr69.1*
Meeting phone number: 1–669–254–5252
Meeting ID: 160 783 8464
Meeting Password: 761360

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 9/16/2024

Kimberly Picota
cm4147@txs.uscourts.gov
Case Manager to
U.S. District Judge George C. Hanks, Jr.