| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|

In re Alta Mesa Resources, Inc. Securities Litigation

*versus*

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ian N. Jones<br>Eversheds Sutherland (US) LLP<br>999 Peachtree Street, NE, Suite 2300<br>Atlanta, GA 30309<br>T: 404-853-8051; ianjones@eversheds-sutherland.com<br>State of Georgia (437690)<br>United States District Court for the Northern District of Georgia (N/A) |
|---|---|

| Name of party applicant seeks to appear for: | ARM Energy Holdings, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 9/18/2024 | Signed: | /s/ Ian Jones |
|---|---|---|

The state bar reports that the applicant's status is:

Dated:          Clerk's signature

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                                 United States District Judge