United States District Court
Southern District of Texas

**ENTERED**
September 19, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|

| In re Alta Mesa Resources, Inc. Securities Litigation |
|---|
| *versus* |
|  |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ian N. Jones<br>Eversheds Sutherland (US) LLP<br>999 Peachtree Street, NE, Suite 2300<br>Atlanta, GA 30309<br>T: 404-853-8051; ianjones@eversheds-sutherland.com<br>State of Georgia (437690)<br>United States District Court for the Northern District of Georgia (N/A) |
|---|---|

| Name of party applicant seeks to appear for: | ARM Energy Holdings, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated:  9/18/2024 | Signed:               /s/ Ian Jones |
|---|---|

| The state bar reports that the applicant's status is:   Active |
|---|
| Dated:  9/19/2024      Clerk's signature  *Kimberly Picota* |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated:   9/19/2024

_____
United States District Judge