**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(713) 221-7007**

WRITER'S EMAIL ADDRESS
**chrisporter@quinnemanuel.com**

September 20, 2024

<u>**VIA ECF**</u>

Hon. George C. Hanks, Jr.
United States District Judge
Southern District of Texas
515 Rusk St., Room 6202
Houston, TX 77002

Re:       *In re Alta Mesa Resources, Inc. Securities Litigation*, 4:19-cv-00957 (S.D. Tex)

Dear Judge Hanks:

On behalf of HPS Investment Partners, LLC ("HPS"), I write respectfully to request a hearing in support of HPS's Motion For A Judgment On the Pleadings, Dkt. 782 (the "Motion").

Following Your Honor's Memorandum Opinion and Order on Defendants' summary judgment motions, the only remaining claims against HPS are Plaintiffs' secondary Section 20(a) claims arising from Harlan Chappelle's "statements regarding AMH and Kingfisher [made] before the SPAC transaction." Dkt. 778 at 52-53. As explained in the briefing submitted in support of HPS's Motion, a determination that Plaintiffs lack standing to maintain Section 10(b) claims based on these alleged misstatements would result in the dismissal of HPS (and other parties) from this action. *See* Mot. at 7-8; Dkt. 823 at 18.

Because HPS's Motion is now ripe for the Court's consideration, and in light of the approaching trial date, HPS respectfully requests that the Court schedule a hearing on HPS's Motion.

Respectfully submitted,


*/s/ Christopher Porter*
(signed by permission of Attorney-in-Charge)
Karl S. Stern (attorney in charge) (SBN 19175665)
Christopher D. Porter (SBN 24070437)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
711 Louisiana Street, Suite 500
Houston, TX 77002
Telephone:  (713) 221-7000
Facsimile:  (713) 221-7100
Email: karlstern@quinnemanuel.com
chrisporter@quinnemanuel.com

-**AND**-

Michael B. Carlinsky (*pro hac vice*)
Courtney C. Whang (*pro hac vice*)
Jesse Bernstein (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000 / Facsimile:  (212) 849-7100
Email: michaelcarlinsky@quinnemanuel.com
courtneywhang@quinnemanuel.com
jessebernstein@quinnemanuel.com

*Counsel to HPS Investment Partners, LLC*