United States District Court
Southern District of Texas
**ENTERED**
September 23, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | § § § § § § § § § § CIVIL ACTION NO. 4:19-CV-957 |

## ORDER

Pending before the Court in this consolidated securities class action is the class plaintiffs' motion to unseal two exhibits attached to Defendant William McMullen's motion for summary judgment. The motion (Dkt. 442) is respectfully **DENIED**.

SIGNED at Houston, Texas on September 23, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE