**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 (CONSOLIDATED)<br><br>JUDGE GEORGE C. HANKS, JR.<br><br>THIS DOCUMENT RELATES TO:<br><br>CASE NO. 4:22-CV-01189<br>CASE NO. 4:22-CV-02590 |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that, effective as of September 1, 2024, the law firm of

Rolnick Kramer Sadighi LLP will change the address of its New York office from 1251

Avenue of the Americas, New York, New York 10020 to:

Rolnick Kramer Sadighi LLP
PENN 1, Suite 3401
One Pennsylvania Plaza
New York, New York 10119

The telephone and facsimile numbers and e-mail addresses will remain the same.

Please revise your records accordingly.

Dated September 27, 2024

**ROLNICK KRAMER SADIGHI LLP**

By: */s/ Lawrence M. Rolnick*
Lawrence M. Rolnick
Michael J. Hampson
Richard A. Bodnar
Frank T.M. Catalina
Joseph Sparacio
PENN 1, Suite 3401

1

One Pennsylvania Plaza
New York, NY 10119
lrolnick@rksllp.com
mhampson@rksllp.com
rbodnar@rksllp.com
fcatalina@rksllp.com
jsparacio@rksllp.com

*and*

Sheila A. Sadighi
300 Executive Drive, Suite 275
West Orange, NJ 07052
ssadighi@rksllp.com

*Attorneys for the Alyeska and Orbis Plaintiffs*

2