# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |

### [PROPOSED] ORDER DENYING CLASS PLAINTIFFS' MOTION FOR AN ORDER THAT (1) THE ELEMENTS OF THE FRAUD ON THE MARKET PRESUMPTION OF RELIANCE WERE ESTABLISHED BY THE CLASS CERTIFICATION ORDER AND/OR (2) TAKING JUDICIAL NOTICE THAT THE ELEMENTS OF THE FRAUD ON THE MARKET PRESUMPTION ARE MET IN THIS CASE

The Court, having considered Class Plaintiffs' Motion for an Order that (1) The Elements of the Fraud on the Market Presumption of Reliance Were Established by the Class Certification Order and/or (2) Taking Judicial Notice that the Elements of the Fraud on the Market Presumption are Met in this Case, and all papers submitted in support thereof, and for good cause shown, hereby DENIES the Motion.

Signed this ___ day of _____, 2024.

_____
The Honorable George C. Hanks, Jr.
United States District Judge