**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |

**[PROPOSED] ORDER DENYING CLASS PLAINTIFFS' MOTION TO BIFURCATE AND TO PRECLUDE EVIDENCE AS TO INDIVIDUALIZED ISSUES, INCLUDING TESTIMONY BY CLASS REPRESENTATIVES, DURING THE CLASS-WIDE PHASE OF TRIAL**

The Court, having considered Class Plaintiffs' Motion to Bifurcate and to Preclude Evidence as to Individualized Issues, Including Testimony by Class Representatives, During the Class-Wide Phase of Trial, and all papers submitted in support thereof, and for good cause shown, hereby DENIES the Motion.

Signed this ___ day of _____, 2024.

_____
The Honorable George C. Hanks, Jr.
United States District Judge