| Robbins Geller Rudman & Dowd LLP | Chicago    Melville    Nashville    San Diego    Wilmington |
|---|---|
|  | Boca Raton    Manhattan    Philadelphia    San Francisco    Washington, D.C. |

Tor Gronborg
torg@rgrdlaw.com

October 1, 2024

VIA EMAIL

The Honorable George C. Hanks, Jr.
United States District Judge
  for the Southern District of Texas
515 Rusk Street, Room 6202
Houston, Texas  77002

      VRe: *In re Alta Mesa Resources, Inc. Securities Litigation*,
           No. 19-CV-00957 (S.D. Tex.) (consolidated)

Dear Judge Hanks:

      In accordance with the Court's Procedures, this letter is intended to notify the Court that defendants HPS Investment Partners, LLC and Donald Dimitrievich (together, the "HPS Settling Defendants") and Class Plaintiffs (FNY Partners Fund LP, FNY Managed Accounts, LLC, Paul J. Burbach, United Association National Pension Fund, and Camelot Event Driven Fund, a series of Frank Funds Trust) have reached a settlement in the above captioned litigation.  Accordingly, the HPS Settling Defendants and Class Plaintiffs respectfully request that the current court proceedings be suspended as to the Class Plaintiffs' claims against the HPS Settling Defendants only.

      This is a partial settlement and does not involve or compromise any claim made by the Class Plaintiffs against any defendant other than the HPS Settling Defendants and does not involve or compromise any claim made by the plaintiffs in *Alyeska Master Fund, L.P. et al. v. Alta Mesa Resources, Inc. et al.* and *Orbis Global Equity LE Fund (Australia Registered) et al. v. Alta Mesa Resources, Inc. et al.* against any defendant.  The settlement between the HPS Settling Defendants and Class Plaintiffs does not stay any court proceeding involving any other defendants and does not provide a basis for delaying the trial scheduled to commence on November 4, 2024.

      Class Plaintiffs and the HPS Settling Defendants are completing a Stipulation and Agreement of Settlement and Class Plaintiffs intend to file a motion for preliminary approval of the settlement within the next 30 days.

Robbins Geller
Rudman & Dowd LLP

The Honorable George C. Hanks, Jr.
October 1, 2024
Page 2

      Please let us know if the Court has any questions or if the Court would like to be provided with any additional information regarding the settlement between Class Plaintiffs and the HPS Settling Defendants.

Respectfully submitted,

Tor Gronborg
ROBBINS GELLER RUDMAN & DOWD LLP

*Co-Lead Counsel for the Class*

Andrew J. Entwistle
ENTWISTLE & CAPPUCCI LLP

*Co-Lead Counsel for the Class*

Christopher D. Porter
QUINN EMANUEL URQUHART & SULLIVAN LLP

*Counsel for HPS Settling Defendants*

4861-2459-2619.v1