**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 |

**DECLARATION OF ANDREW J. ENTWISTLE IN FURTHER SUPPORT OF
CLASS PLAINTIFFS' MOTION FOR AN ORDER (1) THAT ELEMENTS OF
THE FRAUD ON THE MARKET PRESUMPTION OF RELIANCE WERE
ESTABLISHED BY THE CLASS CERTIFICATION ORDER AND/OR (2)
TAKING JUDICIAL NOTICE THAT ELEMENTS OF THE FRAUD ON THE
<u>MARKET PRESUMPTION ARE MET IN THIS CASE</u>**

I, Andrew J. Entwistle, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner at the law firm of Entwistle & Cappucci LLP, Court-appointed Co-Lead Counsel in the above-captioned action.  I am admitted to practice law in the State of Texas and before this Court.

2.      I respectfully submit this declaration in further support of *Class Plaintiffs' Motion for an Order (1) That Elements of the Fraud on the Market Presumption of Reliance Were Established by the Class Certification Order and/or (2) Taking Judicial Notice That Elements of the Fraud on the Market Presumption Are Met in this Case*, dated September 6, 2024 (Dkt. 808).

3.      Attached hereto as Exhibit A is a true and correct copy of Excerpts of Deposition Transcript of Rene M. Stulz, Ph.D., dated November 15, 2023.

4.      Attached hereto for the Court's convenience as Exhibit B is a true and correct copy of Exhibit I to the *Expert Report of Dr. Hartzmark*: *Weekly Trading Volume and Turnover of Alta Mesa Resources, Inc. Class A Common Stock During the Class Period*, previously filed at Dkt. 188-1.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 4th day of October 2024

/s/ Andrew J. Entwistle
Andrew J. Entwistle