# EXHIBIT B

**Exhibit I**

**Weekly Trading Volume and Turnover of Alta Mesa Resources, Inc. Class A Common Stock During the Class Period**

*"Turnover measured by average weekly trading of 2% or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one; 1% would justify a substantial presumption." [Cammer v. Bloom, 711 F. Supp. 1264 (D.N.J. 1989) at 1293.]*

|   | Daily Volume | Weekly Volume | Shares Outstanding | Weekly Turnover |
|---|---:|---:|---:|---:|
| **Summary Statistics of Trading Volume and Turnover** | | | | |
| **Including All Days in the First Week of the Class Period** | | | | |
| Total | 798,684,172 | 798,684,172 | | |
| Average | 1,802,899 | 8,681,350 | 156,165,255 | 5.6% |
| Minimum | 3,647 | 251,886 | | 0.2% |
| Median | 1,160,398 | 6,535,024 | | 3.9% |
| Maximum | 28,913,257 | 58,566,558 | | 36.7% |
| **Summary Statistics of Trading Volume and Turnover** | | | | |
| **Excluding All Days in the First Week of the Class Period** | | | | |
| Total | 790,536,617 | 790,536,617 | | |
| Average | 1,804,878 | 8,687,216 | 156,743,994 | 5.6% |
| Minimum | 3,647 | 251,886 | | 0.2% |
| Median | 1,166,977 | 6,423,265 | | 3.9% |
| Maximum | 28,913,257 | 58,566,558 | | 36.7% |

**Notes:**

*See* Appendix F for daily and weekly statistics. The last week of the Class Period is a full week ending on a Friday. Total traded volume over the Class Period was 798,601,482 shares with average daily volume of 1,810,888 shares.