# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-00957 |

## DECLARATION OF STEPHEN JOHNSON IN SUPPORT OF CLASS PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE AND MOTION FOR AN <u>ORDER DEEMING CERTAIN ADMITTED FACTS ESTABLISHED</u>

I, Stephen Johnson, declare as follows:

1. I am a member of the State Bar of California and am admitted *pro hac vice* to practice before this Court. I am an attorney with the law firm of Robbins, Geller, Rudman & Dowd LLP, counsel for Class Plaintiffs and Court-Appointed Co-Class Counsel.

2. I respectfully submit this declaration in support of Class Plaintiffs' contemporaneously filed request for judicial notice and motion for an order deeming certain admitted facts established (the "Motion").

3. I have personal knowledge of the facts set forth herein and, if called to testify as a witness thereto, could and would do so competently under oath.

4. Attached hereto are true and correct copies of the following documents:

Exhibit A:  Defendant Alta Mesa Resources, Inc.'s Responses and Objections to Class Plaintiffs' First Set of Requests for Admission;

Exhibit B:  Defendant ARM Energy Holdings, LLC's Responses and Objections to Class Plaintiffs' First Set of Requests for Admission;

Exhibit C:  HPS Investment Partners, LLC's Responses to Plaintiffs' First Set of Requests for Admission;

Exhibit D:  Defendant Riverstone Holdings, LLC's Responses and Objections to Class Plaintiffs' First Set of Requests for Admission.

5. Attached as Appendices 1-3 to Exhibit A to the Motion are true and correct copies of information downloaded from a Bloomberg Terminal.

6.     Attached as Appendices 1-3 to Exhibit A to the [Proposed] Order Granting Class Plaintiffs' Request for Judicial Notice and Motion for an Order Deeming Certain Admitted Facts Established are true and correct copies of information downloaded from a Bloomberg Terminal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 11, 2024, at San Diego, California.

s/ Stephen Johnson<br>
STEPHEN JOHNSON