**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-00957 |

**CLASS PLAINTIFFS' UNOPPOSED MOTION TO SEAL (1) EXHIBIT C TO CLASS PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE AND MOTION FOR AN ORDER DEEMING CERTAIN ADMITTED FACTS ESTABLISHED, AND (2) EXHIBIT C TO THE DECLARATION OF STEPHEN JOHNSON IN SUPPORT OF CLASS PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE AND MOTION FOR AN ORDER DEEMING CERTAIN ADMITTED FACTS ESTABLISHED**

Class Plaintiffs in the above-captioned action respectfully request leave to file under seal unredacted copies of: (1) Exhibit C to Class Plaintiffs' Request for Judicial Notice and Motion for an Order Deeming Certain Admitted Facts Established, and (2) Exhibit C to the Declaration of Stephen Johnson in Support of Class Plaintiffs' Request for Judicial Notice and Motion for an Order Deeming Certain Admitted Facts Established (collectively, "Sealed "Documents").

As grounds for this motion, Class Plaintiffs state as follows:

1. On August 17, 2021, the Court entered the Stipulation and Protective Order ("PO"), which governs the handling of confidential information exchanged in discovery in this matter;

2. Pursuant to the PO, "[i]f any party submits Confidential Discovery Material or Confidential Attorney Eyes Only Discovery Material to the Court, the submission must be filed only under seal on CM/ECF if filed electronically[.]" PO at ¶ 24;

3. The Sealed Documents comprise and refer to non-public documents and information that have been designated by the parties as Confidential Discovery Material pursuant to the PO; and

4. On October 11, 2024, Class Plaintiffs filed the Sealed Documents under seal. Pursuant to ¶ 14 of the PO, Class Plaintiffs will meet and confer with the designating party to determine whether any or all of the Sealed Documents need to remain under seal no later than October 18, 2024.[1]

---

[1] Class Plaintiffs hereby certify, in accordance with Court Procedures § 6.C.2, that Class Plaintiffs met and conferred with HPS and HPS confirmed it does not oppose the motion.

- 1 -

4871-5494-5518.v1

- 2 -

THEREFORE, Class Plaintiffs request that the Court grant their request for leave to file under seal unredacted copies of the Sealed Documents.

DATED:  October 11, 2024    Respectfully submitted,

| | |
|---|---|
| s/ Andrew J. Entwistle | s/ Stephen Johnson |
| Andrew J. Entwistle (attorney in charge) | Tor Gronborg (*pro hac vice*) |
| State Bar No. 24038131 | Trig R. Smith (*pro hac vice*) |
| Callie Crispin | John M. Kelley (*pro hac vice*) |
| State Bar No. 24104231 | Stephen Johnson (*pro hac vice*) |
| Sal H. Lee | **ROBBINS GELLER RUDMAN** |
| State Bar No. 24127308 | **& DOWD LLP** |
| **ENTWISTLE & CAPPUCCI LLP** | 655 West Broadway, Suite 1900 |
| 500 West 2nd Street, Suite 1600 | San Diego, CA  92101 |
| Austin, TX  78701 | Telephone:  (619) 231-1058 |
| Telephone:  (512) 710-5960 | Facsimile:  (619) 231-7423 |
| Facsimile:  (212) 894-7278 | |
| | *Court Appointed Co-Lead Counsel* |
| – and – | |

Joshua K. Porter (*pro hac vice*)
Brendan J. Brodeur (*pro hac vice*)
Andrew M. Sher (*pro hac vice*)
**ENTWISTLE & CAPPUCCI LLP**
230 Park Avenue, 3rd Floor
New York, NY  10169
Telephone:  (212) 894-7200
Facsimile:  (212) 894-7278

*Court Appointed Co-Lead Counsel*

Carol C. Villegas (*pro hac vice*)
David Saldamando (*pro hac vice*)
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

*Counsel for Plaintiff Camelot Event Driven Fund, A Series of Frank Funds Trust*

## **CERTIFICATE OF SERVICE**

I certify that this motion has been served on counsel of record via the Court's ECF system on October 11, 2024.

                                                s/ Andrew J. Enwistle
                                                ANDREW J. ENTWISTLE