**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-00957 |

**[PROPOSED] ORDER GRANTING CLASS PLAINTIFFS' UNOPPOSED MOTION TO SEAL (1) EXHIBIT C TO CLASS PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE AND MOTION FOR AN ORDER DEEMING CERTAIN ADMITTED FACTS ESTABLISHED, AND (2) EXHIBIT C TO THE DECLARATION OF STEPHEN JOHNSON IN SUPPORT OF CLASS PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE AND MOTION FOR AN ORDER DEEMING CERTAIN ADMITTED FACTS ESTABLISHED**

- 1 -

Having considered Class Plaintiffs' Unopposed Motion to Seal (1) Exhibit C to Class Plaintiffs' Request for Judicial Notice and Motion for an Order Deeming Certain Admitted Facts Established, and (2) Exhibit C to the Declaration of Stephen Johnson in Support of Class Plaintiffs' Request for Judicial Notice and Motion for an Order Deeming Certain Admitted Facts Established, and for good cause shown, the motion to seal is **GRANTED**.

Class Plaintiffs are hereby given leave to file unredacted copies of the documents referenced above under seal.

Signed this _____ day of _____, 2024.

_____
THE HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE