**Andrew Clubok**
Direct Dial: +1.202.637.3323
Andrew.Clubok@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

**LATHAM & WATKINS LLP**

October 15, 2024

The Honorable George C. Hanks, Jr.
United States District Judge
United States Courthouse
515 Rusk Street, Room 6202
Houston, Texas 77002

Re: *In re Alta Mesa Resources, Inc. Securities Litigation*
Case No. 19-CV-00957 (S.D. Tex.) (consolidated)

Dear Judge Hanks:

In accordance with the Court's Procedures, this letter is intended to notify the Court of a settlement between Defendants Alta Mesa Resources, Inc., Riverstone Holdings LLC, Harlan H. Chappelle, Stephen S. Coats, Michael E. Ellis, William D. Gutermuth, James T. Hackett, Pierre F. Lapeyre, Jr., David M. Leuschen, Donald R. Sinclair, Ronald J. Smith, Jeffrey H. Tepper, Thomas J. Walker, and Diana J. Walters (collectively, "Settling Defendants") and the Independent Action Plaintiffs (Alyeska Master Fund, L.P., Alyeska Master Fund 2, L.P., Alyeska Master Fund 3, L.P., Orbis Global Equity LE Fund (Australia Registered), Orbis Global Equity Fund (Australia Registered), Orbis Global Balanced Fund (Australia Registered), Orbis SICAV, Orbis Institutional Global Equity L.P., Orbis Global Equity Fund Limited, Orbis Institutional Funds Limited, Allan Gray Australia Balanced Fund, Orbis OEIC, and Orbis Institutional U.S. Equity L.P.).  The settlement completely resolves the Individual Action Plaintiffs' claims against the Settling Defendants asserted in the cases *Alyeska Master Fund, L.P., et al. v. Alta Mesa Resources, Inc., et al.* (S.D. Tex. Case No. 22-cv-01189) and *Orbis Global Equity LE Fund (Australia Registered), et al. v. Alta Mesa Resources, Inc., et al.* (S.D. Tex. Case No. 22-cv-02590)—which are consolidated with the above-captioned litigation.  Accordingly, the Settling Defendants and Independent Action Plaintiffs respectfully request that the current court proceedings be suspended and stayed as to the Independent Action Plaintiffs' claims against the Settling Defendants only.  The settlement does not resolve the Individual Action Plaintiffs' claims asserted against Defendants Bayou City Energy Management, LLC, HPS Investment Partners, LLC, and ARM Energy Holdings LLC.

Settling Defendants and the Independent Action Plaintiffs intend to finalize and execute a Stipulation and Agreement of Settlement within the next ten business days, and the Independent Action Plaintiffs intend to file a stipulation of dismissal with prejudice of their claims against the Settling Defendants within five business days of the settlement becoming effective.

LATHAM&WATKINSLLP

      Please let us know if the Court has any questions or if the Court would like to be provided with any additional information regarding this settlement.

                              Respectfully submitted,

| | |
|---|---|
| Lawrence M. Rolnick<br>Marc B. Kramer<br>Michael J. Hampson<br>Richard A. Bodnar<br>(Texas Bar No. 24117249)<br>(S.D. Tex. Bar No. 3644512)<br>**ROLNICK KRAMER SADIGHI LLP**<br>One Pennsylvania Plaza<br>New York, New York 10119<br>(212) 597-2800<br>lrolnick@rksllp.com<br>mkramer@rksllp.com<br>mhampson@rksllp.com<br>rbodnar@rksllp.com<br><br>*Attorneys for the Alyeska and Orbis Plaintiffs* | Andrew Clubok<br>S.D. Tex No. 3891875<br>J. Christian Word<br>Attorney-in-Charge<br>D.C. Bar No. 461346<br>S.D. Tex. Bar No. 3398485<br>**LATHAM & WATKINS LLP**<br>555 Eleventh Street, NW, Suite 1000<br>Washington DC 20004<br>(202) 637-2200<br>Andrew.Clubok@lw.com<br>Christian.Word@lw.com<br><br>*Counsel for Riverstone Holdings LLC, Harlan H. Chappelle, Stephen S. Coats, Michael E. Ellis, William D. Gutermuth, James T. Hackett, Pierre F. Lapeyre, Jr., David M. Leuschen, Donald R. Sinclair, Ronald J. Smith, Jeffrey H. Tepper, Thomas J. Walker, and Diana J. Walters, and Alta Mesa Resources, Inc.* |