UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | No. 4:19-cv-00957 |
| ALYESKA MASTER FUND, L.P., ALYESKA MASTER FUND 2, L.P., and ALYESKA MASTER FUND 3, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> ALTA MESA RESOURCES, INC., *et al.* <br><br> Defendants. | Judge George C. Hanks, Jr. <br><br> No. 4:22-cv-01189 |
| ORBIS GLOBAL EQUITY LE FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL EQUITY FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL BALANCED FUND (AUSTRALIA REGISTERED), ORBIS SICAV, ORBIS INSTITUTIONAL GLOBAL EQUITY L.P., ORBIS GLOBAL EQUITY FUND LIMITED, ORBIS INSTITUTIONAL FUNDS LIMITED, ALLAN GRAY AUSTRALIA BALANCED FUND, ORBIS OEIC, and ORBIS INSTITUTIONAL U.S. EQUITY L.P., <br><br> Plaintiffs, <br><br> v. <br><br> ALTA MESA RESOURCES, INC., *et al.*, <br><br> Defendants. | No. 4:22-cv-2590 |

# ORDER GRANTING BAYOU CITY ENERGY MANAGEMENT, LLC'S OBJECTION TO TRIAL BY CONSENT AND MOTION TO EXCLUDE

The Court having considered Bayou City Energy Management, LLC's Objection to Trial by Consent and Motion to Exclude, any opposition thereto, and for good cause shown, is of the opinion that the Motion should be **GRANTED**.

Accordingly, **IT IS ORDERED** that Plaintiffs' sole Section 20(a) claim relating to pre-merger statements is not properly before the Court. All claims against BCE were therefore **DISMISSED WITH PREJUDICE** in the Court's summary judgment order.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE