# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | No. 4:19-cv-00957 |
| ALYESKA MASTER FUND, L.P., ALYESKA MASTER FUND 2, L.P., and ALYESKA MASTER FUND 3, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> ALTA MESA RESOURCES, INC., *et al.* <br><br> Defendants. | Judge George C. Hanks, Jr. <br><br> No. 4:22-cv-01189 |
| ORBIS GLOBAL EQUITY LE FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL EQUITY FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL BALANCED FUND (AUSTRALIA REGISTERED), ORBIS SICAV, ORBIS INSTITUTIONAL GLOBAL EQUITY L.P., ORBIS GLOBAL EQUITY FUND LIMITED, ORBIS INSTITUTIONAL FUNDS LIMITED, ALLAN GRAY AUSTRALIA BALANCED FUND, ORBIS OEIC, and ORBIS INSTITUTIONAL U.S. EQUITY L.P., <br><br> Plaintiffs, <br><br> v. <br><br> ALTA MESA RESOURCES, INC., *et al.*, <br><br> Defendants. | No. 4:22-cv-2590 |

**BAYOU CITY ENERGY MANAGEMENT, LLC'S**
**MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT C TO ITS**
**OBJECTION TO TRIAL BY CONSENT AND MOTION TO EXCLUDE**

Bayou City Energy Management, LLC ("BCE") respectfully requests leave to file an unredacted copy of Exhibit C to its Objection to Trial by Consent and Motion to Exclude under seal. The Sealed Document is a report marked confidential that was prepared at the direction of the AMH Trustee in connection with the bankruptcy proceedings. Because this report contains an identifier suggesting it contains confidential analysis, it meets the requirements of the protective order.[1] Out of an abundance of caution, BCE requests leave to file this Exhibit C under seal.[2]

For the reasons set forth herein, BCE requests that the Court issue an order, granting this Motion and such other relief as may be just and proper.

---

[1] The Court entered the Stipulation and Protective Order (the "Protective Order") on August 7, 2021. ECF No. 190. The Protective Order provides for a "Confidential" designation that may be applied to a document that "contains information that is proprietary, commercially sensitive, or composed of trade secrets or commercial information that is not publicly known, or other information required by law or agreement to be kept confidential." *Id.*, ¶ 4.

[2] BCE does not object to the Sealed Document being filed publicly.

DATED: October 16, 2024

/s/ *Kenneth A. Young*
Kenneth A. Young (*Attorney-in-Charge*)
Texas Bar No. 25088699 S.D. Tex. ID 2506614
Nick Brown
Texas Bar No. 24092182 S.D. Tex. ID 2725667
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
609 Main Street
Houston, Texas 77002
Phone:   (713) 836-3600
Fax:     (713) 836-3601
Emails:  kenneth.young@kirkland.com
         nick.brown@kirkland.com

*Counsel for Bayou City Energy Management, LLC and William McMullen*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served on all counsel of record via the Court's electronic filing system on October 16, 2024.

/s/ *Kenneth A. Young*
Kenneth A. Young