UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | No. 4:19-cv-00957 |
| ALYESKA MASTER FUND, L.P., ALYESKA MASTER FUND 2, L.P., and ALYESKA MASTER FUND 3, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ALTA MESA RESOURCES, INC., *et al.*<br><br>Defendants. | Judge George C. Hanks, Jr.<br><br>No. 4:22-cv-01189 |
| ORBIS GLOBAL EQUITY LE FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL EQUITY FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL BALANCED FUND (AUSTRALIA REGISTERED), ORBIS SICAV, ORBIS INSTITUTIONAL GLOBAL EQUITY L.P., ORBIS GLOBAL EQUITY FUND LIMITED, ORBIS INSTITUTIONAL FUNDS LIMITED, ALLAN GRAY AUSTRALIA BALANCED FUND, ORBIS OEIC, and ORBIS INSTITUTIONAL U.S. EQUITY L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ALTA MESA RESOURCES, INC., *et al.*,<br><br>Defendants. | No. 4:22-cv-2590 |

**[PROPOSED] ORDER GRANTING BAYOU CITY ENERGY MANAGEMENT, LLC'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT C TO ITS OBJECTION TO TRIAL BY CONSENT AND MOTION TO EXCLUDE**

Before the Court is Bayou City Energy Management, LLC's Motion for Leave to File Under Seal Exhibit C to its Objection to Trial by Consent and Motion to Exclude. For good cause shown, the motion for leave is **GRANTED**.

Bayou City Energy Management, LLC is hereby given leave to file an unredacted copy of Exhibit C to its Objection to Trial by Consent and Motion to Exclude under seal.

SIGNED this _____ day of _____, 2024.

_____
HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE