UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | No. 4:19-cv-00957 |
| ALYESKA MASTER FUND, L.P., ALYESKA MASTER FUND 2, L.P., and ALYESKA MASTER FUND 3, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> ALTA MESA RESOURCES, INC., *et al.* <br><br> Defendants. | Judge George C. Hanks, Jr. <br><br> No. 4:22-cv-01189 |
| ORBIS GLOBAL EQUITY LE FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL EQUITY FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL BALANCED FUND (AUSTRALIA REGISTERED), ORBIS SICAV, ORBIS INSTITUTIONAL GLOBAL EQUITY L.P., ORBIS GLOBAL EQUITY FUND LIMITED, ORBIS INSTITUTIONAL FUNDS LIMITED, ALLAN GRAY AUSTRALIA BALANCED FUND, ORBIS OEIC, and ORBIS INSTITUTIONAL U.S. EQUITY L.P., <br><br> Plaintiffs, <br><br> v. <br><br> ALTA MESA RESOURCES, INC., *et al.*, <br><br> Defendants. | No. 4:22-cv-2590 |

## ORDER GRANTING BAYOU CITY'S MOTION TO EXCLUDE JOINT WELL DEVELOPMENT PROGRAM AS EVIDENCE OF CONTROL

The Court having considered Bayou City Energy Management, LLC's ("BCE") Motion to Exclude Joint Well Development Program as Evidence of Control (the "Motion to Exclude"), any opposition thereto, and for good cause shown, is of the opinion that the Motion should be granted.

It is therefore, **ORDERED** that the Motion to Exclude is **GRANTED** and Plaintiffs shall make no reference to the Joint Well Development Program to further Plaintiffs' Section 20(a) control claims against BCE.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE