# KIRKLAND & ELLIS LLP

Kenneth A. Young
To Call Writer Directly:
+1 713 836 3636
kenneth.young@kirkland.com

609 Main Street
Houston, TX 77002
United States

+1 713 836 3600

www.kirkland.com

Facsimile:
+1 713 836 3601

October 18, 2024

**VIA ECF**
George C. Hanks, Jr.
United States District Judge
Southern District of Texas
515 Rusk St., Room 6202
Houston, TX 77002

Re:     *In re Alta Mesa Resources Securities Litigation*, 4:19-cv-00957-GCH

Dear Judge Hanks:

Bayou City Energy Management, LLC ("Bayou City") writes in accordance with the Court's procedures to notify the Court of a settlement in principle between Defendant Bayou City and the Individual Action Plaintiffs (Alyeska Master Fund, L.P., Alyeska Master Fund 2, L.P., Alyeska Master Fund 3, L.P., Orbis Global Equity LE Fund (Australia Registered), Orbis Global Equity Fund (Australia Registered), Orbis Global Balanced Fund (Australia Registered), Orbis SICAV, Orbis Institutional Global Equity L.P., Orbis Global Equity Fund Limited, Orbis Institutional Funds Limited, Allan  Gray Australia Balanced Fund, Orbis OEIC, and Orbis Institutional U.S. Equity L.P.). The settlement completely resolves the Individual Action Plaintiffs' claims against Bayou City as asserted in the cases *Alyeska Master Fund, L.P., et al. v. Alta Mesa Resources, Inc., et al.* (S.D. Tex. Case No. 22-cv-01189) and *Orbis Global Equity LE Fund (Australia Registered), et al. v. Alta Mesa Resources, Inc., et al.* (S.D. Tex. Case No. 22-cv-02590)—which are consolidated with the above-captioned litigation. Accordingly, Bayou City and Individual Action Plaintiffs respectfully request that the current court proceedings be suspended and stayed as to the Individual Action Plaintiffs' claims against Bayou City only. The settlement in principle does not resolve the Individual Action Plaintiffs' claims asserted against any other defendants.

Bayou City and the Individual Action Plaintiffs are working to finalize and execute a Stipulation and Agreement of Settlement, which we expect to be completed within thirty days. The Individual Action Plaintiffs also intend to file a stipulation of dismissal with prejudice of their claims against the Bayou City within five business days of the settlement becoming effective.

Please let us know if the Court has any questions or if the Court would like to be provided with any additional information regarding this settlement.

Austin   Bay Area   Beijing   Boston   Brussels   Chicago   Dallas   Frankfurt   Hong Kong   London   Los Angeles   Miami   Munich   New York   Paris   Riyadh   Salt Lake City   Shanghai   Washington, D.C.

KIRKLAND & ELLIS LLP

George C. Hanks, Jr.
September 24, 2024
Page 2


Respectfully,

DATED: October 18, 2024


/s/ Richard A. Bodnar
Richard A. Bodnar
Texas Bar No. 24117249
S.D. Tex. ID 3644512
Lawrence M. Rolnick
Marc B. Kramer
Michael J. Hampson
**ROLNICK KRAMER SADIGHI LLP**
One Pennsylvania Plaza
New York, New York 10119
(212) 597-2800
rbodnar@rksllp.com


*Attorneys for Alyeska and Orbis Plaintiffs*

/s/ Kenneth A. Young
Kenneth A. Young (*Attorney-in-Charge*)
Texas Bar No. 25088699
S.D. Tex. ID 2506614
Nick Brown
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
609 Main Street
Houston, Texas 77002
Phone: (713) 835-3600
Fax: (713) 836-3601
kenneth.young@kirkland.com


*Attorneys for Bayou City Energy Management, LLC*