# Exhibit A

# IN RE RESIDEO TECHNOLOGIES, INC. SECURITIES LITIGATION

## EXHIBIT A

## LODESTAR REPORT

FIRM: ENTWISTLE & CAPPUCCI LLP
REPORTING PERIOD: INCEPTION THROUGH DECEMBER 16, 2021

| PROFESSIONAL<br>Name | POSITION<br>Position | HOURLY RATE<br>Hourly Rate | HOURS<br>Hours | LODESTAR<br>Lodestar |
|---|---|---|---|---|
| Andrew Entwistle | Managing Partner | $1,575 | 1034.4 | $1,629,180.00 |
| Vincent Cappucci | Senior Partner | $1,575 | 350.9 | $552,667.50 |
| Arthur Nealon | Partner | $1,350 | 10.4 | $14,040.00 |
| Joshua Porter | Partner | $1,350 | 407.8 | $550,530.00 |
| Robert Cappucci | Partner | $1,250 | 189.0 | $236,250.00 |
| Jonathan Beemer | Partner | $1,250 | 16.7 | $20,875.00 |
| Brendan Brodeur | Partner | $1,250 | 920.7 | $1,150,875.00 |
| Rebecca Arnall | Associate | $750 | 10.4 | $7,800.00 |
| Jessica Margulis | Associate | $750 | 181.2 | $135,900.00 |
| Andrew Sher | Associate | $875 | 18.1 | $15,837.50 |
| Sean Riegert | Associate | $750 | 2550.6 | $1,912,950.00 |
| Neave Casey | Senior Litigation Paralegal | $425 | 333.2 | $141,610.00 |
| Faith Fleming | Paralegal | $375 | 219.4 | $82,275.00 |
| Hiliana Sarita | Paralegal | $325 | 71.9 | $23,367.50 |
| Tahmir Williams | Paralegal | $220 | 52.6 | $11,572.00 |
| Christy Halek | Paralegal | $175 | 39.5 | $6,912.50 |
| **TOTALS** | | | **6,406.80** | **$6,492,642.00** |

EC.00118094.3