# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | No. 4:19-cv-00957 |
| ALYESKA MASTER FUND, L.P., ALYESKA MASTER FUND 2, L.P., and ALYESKA MASTER FUND 3, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> ALTA MESA RESOURCES, INC., *et al.* <br><br> Defendants. | Judge George C. Hanks, Jr. <br><br> No. 4:22-cv-01189 |
| ORBIS GLOBAL EQUITY LE FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL EQUITY FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL BALANCED FUND (AUSTRALIA REGISTERED), ORBIS SICAV, ORBIS INSTITUTIONAL GLOBAL EQUITY L.P., ORBIS GLOBAL EQUITY FUND LIMITED, ORBIS INSTITUTIONAL FUNDS LIMITED, ALLAN GRAY AUSTRALIA BALANCED FUND, ORBIS OEIC, and ORBIS INSTITUTIONAL U.S. EQUITY L.P., <br><br> Plaintiffs, <br><br> v. <br><br> ALTA MESA RESOURCES, INC., *et al.*, <br><br> Defendants. | No. 4:22-cv-2590 |

**[PROPOSED] ORDER GRANTING BAYOU CITY'S EMERGENCY MOTION TO STAY TRIAL TO AVOID DUE PROCESS VIOLATION AND REQUEST FOR EXPEDITED BRIEFING SCHEDULE**

Pending before the Court is Bayou City Energy Management, LLC's ("Bayou City") Emergency Motion to Stay Trial to Avoid Due Process Violation and Request for Expedited Briefing Schedule. After due consideration, the motion is **GRANTED**.

1. Trial proceedings for claims against Bayou City are stayed and any related deadlines in the Court's scheduling order are vacated pending the Court's ruling on Bayou City's pending motions.

2. Any response to Bayou City's Motion to Dismiss for Lack of Standing, ECF No. 783; Objection to Trial By Consent, ECF No. 849; or Motion to Exclude Joint Well Development Program, ECF No. 852 is due by October 25, 2024. Any replies are due by October 29, 2024.

SIGNED at Houston, Texas on _____.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE