**Eversheds Sutherland (US) LLP**
700 Sixth Street, NW, Suite 700
Washington, DC 20001-3980

D: +1 713.470.6108
F: +1 202.637.3593

adampollet@
eversheds-sutherland.com

October 18, 2024

**Via ECF**
The Honorable George C. Hanks, Jr.
United States District Judge
United States Courthouse
515 Rusk Street, Room 6202
Houston, Texas 77002

Re:   *In re Alta Mesa Resources, Inc. Securities Litigation*, No. 4:19-cv-00957 (consolidated)

Dear Judge Hanks:

ARM Energy Holdings, LLC ("ARM Energy") writes in accordance with the Court's procedures to notify the Court of a settlement in principle between Defendant ARM Energy and the Individual Action Plaintiffs (Alyeska Master Fund, L.P., Alyeska Master Fund 2, L.P., Alyeska Master Fund 3, L.P., Orbis Global Equity LE Fund (Australia Registered), Orbis Global Equity Fund (Australia Registered), Orbis Global Balanced Fund (Australia Registered), Orbis SICAV, Orbis Institutional Global Equity L.P., Orbis Global Equity Fund Limited, Orbis Institutional Funds Limited, Allan Gray Australia Balanced Fund, Orbis OEIC, and Orbis Institutional U.S. Equity L.P.). The settlement completely resolves the Individual Action Plaintiffs' claims against ARM Energy as asserted in the cases *Alyeska Master Fund, L.P., et al. v. Alta Mesa Resources, Inc., et al.* (S.D. Tex. Case No. 22-cv-01189) and *Orbis Global Equity LE Fund (Australia Registered), et al. v. Alta Mesa Resources, Inc., et al.* (S.D. Tex. Case No. 22-cv-02590)—which are consolidated with the above-captioned litigation.

Accordingly, ARM Energy and Individual Action Plaintiffs respectfully request that the current court proceedings be suspended and stayed as to the Individual Action Plaintiffs' claims against ARM Energy only. The settlement in principle does not resolve the Individual Action Plaintiffs' claims asserted against any other defendants.

ARM Energy and the Individual Action Plaintiffs are working to finalize and execute a Stipulation and Agreement of Settlement, which we expect to be completed within thirty days. The Individual Action Plaintiffs also intend to file a stipulation of dismissal with prejudice of their claims against the ARM Energy within five business days of the settlement becoming effective.

Please let us know if the Court has any questions or if the Court would like to be provided with any additional information regarding this settlement.

Eversheds Sutherland (US) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland.  For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

51768403.1

Dated: October 18, 2024

Respectfully submitted,

/s/ Richard A. Bodnar
Richard a. Bodnar
Texas Bar No. 24117249
S.D. Tex ID 3644512
Lawrence M. Rolnick
Marc B. Kramer
Michael J. Hampson
Rolnick Kramer Sadighi LLP
One Pennsylvania Plaza
New York, New York 10119
212.597.2800
rbodnar@rksllp.com

**Attorneys for Alyeska and Orbis Plaintiffs**

/s/ Jim L. Silliman
Jim L. Silliman
Attorney-in-Charge
TX Bar No. 24081416
Federal Bar No. 2365032
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Tel.: (713) 470-6100
Fax: (713) 654-1301
jimsilliman@eversheds-sutherland.com

Adam Pollet (pro hac vice)
Andrea Gordon (pro hac vice)
Eversheds Sutherland (US) LLP
700 Sixth Street N.W., Suite 700
Washington, DC 20001
Telephone: 202.383.0100
Facsimile: 202.637.3593
adampollet@eversheds-sutherland.com
andreagordon@eversheds-sutherland.com

Bruce M. Bettigole (*pro hac vice*)
The Grace Building, 40th Floor
1114 Avenues of the Americas
New York, NY 10023
Telephone: (212) 389-5000
Fax: (212) 389-5099
brucebettigole@eversheds-sutherland.com

**COUNSEL TO ARM ENERGY HOLDINGS, LLC**

51768403.1