UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |

**JOINT STIPULATION REGARDING TIMING
OF MOTIONS IN LIMINE AND *DAUBERT* MOTIONS**

WHEREAS, on December 22, 2023, Class Plaintiffs and Defendants filed several motions to exclude the testimony of certain proposed expert witnesses (the "*Daubert* Motions"), *see* ECF Nos. 508-513, 516, 519, 525, 535, 537, 538, 539, 540, 541, and 543;

WHEREAS, on August 12, 2024, the Court denied the *Daubert* Motions "without prejudice to [them] being reasserted at trial," ECF No. 778 at 3;

WHEREAS, on September 17, 2024, the Court set the deadline for the parties' Joint Pretrial Order and other pretrial submissions, including *motions in limine*, as October 21, 2024;

WHEREAS, counsel have met and conferred regarding the briefing schedule for *motions in limine* and regarding the procedure for re-asserting the *Daubert* Motions.

THEREFORE, the parties respectfully request that the Court order that:

(1) For the *motions in limine* currently due on October 21, 2024, any responses shall be filed by October 28, 2024, and the parties may elect to file a reply prior to any ruling by the Court; and

(2) The parties may re-assert the *Daubert* Motions at trial, without the requirement that they be brought by October 21, 2024 as separate *motions in limine*.

| | |
|---|---|
| Dated: October 20, 2024 | Respectfully submitted, |
| /s/ J. Christian Word | /s/ Andrew J. Entwistle |
| J. Christian Word | Andrew J. Entwistle (attorney-in-charge) |
| Attorney-in-Charge for Defendants | State Bar No. 24038131 |
| S.D. Tex. Bar No. 3398485 | Callie Crispin |
| Andrew S. Clubok | State Bar No. 24104231 |
| S.D. Tex. Bar No. 3891875 | Sal H. Lee |
| Matthew J. Peters (*pro hac vice*) | State Bar No. 24127308 |
| Sarah M. Gragert (*pro hac vice*) | **ENTWISTLE & CAPPUCCI LLP** |
| Laura E. Bladow (*pro hac vice*) | 500 West 2nd Street, Suite 1900 |
| Henry Zaytoun III (*pro hac vice*) | Austin, TX 78701 |
| Jansen VanderMeulen (*pro hac vice*) | Telephone: (512) 710-5960 |
| William Tazewell Jones (*pro hac vice*) | Facsimile: (212) 894-7278 |
| **LATHAM & WATKINS LLP** | |
| 555 Eleventh Street, NW | -and- |
| Suite 1000 | |
| Washington, DC 20004 | Joshua K. Porter (*pro hac vice*) |
| (202) 637-2200 | Brendan J. Brodeur (*pro hac vice*) |
| christian.word@lw.com | Andrew M. Sher (*pro hac vice*) |
| andrew.clubok@lw.com | **ENTWISTLE & CAPPUCCI LLP** |
| matthew.peters@lw.com | 230 Park Avenue, 3rd Floor |
| sarah.gragert@lw.com | |
| laura.bladow@lw.com | *Court-Appointed Co-Lead Counsel* |
| henry.zaytoun@lw.com | |
| jansen.vandermeulen@lw.com | /s/ Tor Gronborg |
| taz.jones@lw.com | Trig Smith (*pro hac vice*) |
| | Tor Gronborg (*pro hac vice*) |
| Heather A. Waller | John Kelley (*pro hac vice*) |
| S.D. Tex. Bar No. 2886108 | Stephen Johnson (*pro hac vice*) |
| Kathryn George (*pro hac vice*) | **ROBBINS GELLER RUDMAN &** |
| Arthur F. Foerster (*pro hac vice*) | **DOWD LLP** |
| **LATHAM & WATKINS LLP** | 655 West Broadway, Suite 1900 |
| 330 North Wabash Avenue, Suite 2800 | San Diego, CA 92101 |
| Chicago, IL 60611 | Telephone: (619) 231-1058 |
| (312) 876-7700 | Facsimile: (619) 231-7423 |
| heather.waller@lw.com | |

| | |
|---|---|
| katie.george@lw.com<br>arthur.foerster@lw.com<br><br>Ashley Gebicke (*pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>12670 High Bluff Drive<br>San Diego, CA 92130<br>(828) 523-5400<br>ashley.gebicke@lw.com<br><br>*Counsel for Alta Mesa Resources, Inc., Harlan H. Chappelle, Michael E. Ellis, William D. Gutermuth, James T. Hackett, Ronald Smith, Jeffrey H. Tepper, Diana J. Walters, and Riverstone Holdings LLC* | -and-<br><br>Shawn A. Williams (*pro hac vice*)<br>Daniel J. Pfefferbaum (*pro hac vice*)<br>**ROBBINS GELLER RUDMAN & DOWD LLP**<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: (415) 288-4545<br>Facsimile: (415) 288-4534<br><br>*Court-Appointed Co-Lead Counsel* |

*/s/ Walter Berger*
Walter M. Berger
TX Bar No. 00798063
Attorney-in-Charge
Katherine A. Preston
TX Bar No. 24088255
**WINSTON & STRAWN LLP**
800 Capitol Street, Suite 2400
Houston, TX 77002-2925
Tel.: (713) 615-2699
Fax: (713) 651-2700
cberger@winston.com
kpreston@winston.com

John E. Schreiber (*pro hac vice*)
**WINSTON & STRAWN LLP**
333 S. Grand Ave., 38th Floor
Los Angeles, CA 90071
Tel.: (213) 615-1700
Fax: (213) 615-1750
JSchreiber@winston.com

*Co-counsel for Harlan H. Chappelle and Michael E. Ellis*

*/s/ Kenneth Young*
Kenneth A. Young (Attorney-in-Charge)

EC.00139431.1                                   3

Texas Bar No. 25088699
S.D. Tex. ID 2506614
Nick Brown
Texas Bar No. 24092182
S.D. Tex. ID 2725667
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
609 Main Street
Houston, Texas 77002
Phone: (713) 836-3600
Fax: (713) 836-3601
Emails:
kenneth.young@kirkland.com
nick.brown@kirkland.com

*Counsel for Bayou City Energy Management, LLC*


*/s/James Silliman*
James L. Silliman (attorney in charge)
(SBN 24081416)
**EVERSHEDS SUTHERLAND (US) LLP**
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Fax: (713) 654-1301
jimsilliman@eversheds-sutherland.com

Bruce M. Bettigole (*pro hac vice*)
**EVERSHEDS SUTHERLAND (US) LLP**
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, NY 10023
Telephone: (212) 389-5000
Fax: (212) 389-5099
brucebettigole@eversheds-sutherland.com

Adam C. Pollet (*pro hac vice*)
Andrea Gordon (*pro hac vice*)
Jessica R. Rodgers (*pro hac vice*)
**EVERSHEDS SUTHERLAND (US) LLP**
700 Sixth Street N.W., Suite 700
Washington, DC 20001
Telephone: (202) 383-0100
Fax: (202) 637-3593
adampollet@eversheds-sutherland.com
andreagordon@eversheds-sutherland.com
jessicarodgers@eversheds-sutherland.com

Samantha N. Darnell (*pro hac vice*)
Ian Jones (*pro hac vice*)
**EVERSHEDS SUTHERLAND (US) LLP**
999 Peachtree Street, NE, Suite 2300
Atlanta, Georgia 30309
Telephone: (404) 853-8004
Fax: (404) 853-8806
samanthadarnell@eversheds-sutherland.com
ianjones@eversheds-sutherland.com

*Counsel for ARM Energy Holdings, LLC*

SO ORDERED:

_____
Judge George C. Hanks, Jr.
United States District Judge