# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 |

## DECLARATION OF ANDREW J. ENTWISTLE IN OPPOSITION TO BAYOU CITY'S EMERGENCY MOTION TO STAY TRIAL AND FOR EXPEDITED BRIEFING SCHEDULE

I, Andrew J. Entwistle, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm of Entwistle & Cappucci LLP, Court-appointed Co-Lead Counsel in the above-captioned action. I am admitted to practice law in the State of Texas and before this Court.

2. I respectfully submit this declaration attaching materials cited in Class Plaintiffs' Opposition to Bayou City's Emergency Motion to Stay Trial and For Expedited Briefing Schedule, filed contemporaneously herewith.

3. Attached hereto as Exhibit A is a true and correct copy of a screenshot taken from Bayou City Energy's homepage, https://bayoucityenergy.com/, on October 20, 2024.

4.      Attached hereto as Exhibit B is a true and correct copy of the Form SC 13G filed by Mach Natural Resources LP on November 2, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 21st day of October 2024

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle