# EXHIBIT A



**OUR PORTFOLIO AT A GLANCE**

Flexible Structures, Industry Leading Returns

| ~$1.6B | 500+ | 13 | 25+ |
|---|---|---|---|
| Assets Under Management | Wells Drilled | U.S. Basins | Acquisitions & Investments |

EXPLORE OUR PORTFOLIO