## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE ALTA MESA RESOURCES, INC.
SECURITIES LITIGATION

Civil Action No. 4:19-cv-00957

## DECLARATION OF STEPHEN JOHNSON IN SUPPORT
## OF CLASS PLAINTIFFS' MOTION *IN LIMINE* NO 6:
## MOTION TO PRECLUDE CHARACTER EVIDENCE AND
## EVIDENCE OF RELIGIOUS BELIEFS, OPINIONS, AND ACTIVITIES

I, Stephen Johnson, declare as follows:

1.      I am a member of the State Bar of California and am admitted *pro hac vice* to practice before this Court. I am an attorney with the law firm of Robbins, Geller, Rudman & Dowd LLP, counsel for Class Plaintiffs and Court-Appointed Co-Class Counsel.

2.      I respectfully submit this declaration in support of Class Plaintiffs' Motion *in Limine* No. 6: Motion to Preclude Character Evidence and Evidence of Religious Beliefs, Opinions, and Activities ("Motion").

3.      I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

4.      On a meet and confer call held on May 7, 2024, counsel for Class Plaintiffs requested that the parties reach a stipulation precluding evidence of witnesses's good character and religious beliefs. Counsel for Class Plaintiffs asked counsel for Defendants whether – and why – Defendants intended to introduce Hackett's religious studies and beliefs. Counsel for Defendants, specifically J. Christian Word, confirmed that Defendants intend to introduce evidence of Hackett's religious beliefs and studies, clarifying that the purpose of such evidence would be, "telling Jim's story about how he ended up at Riverstone; what he was doing before. He was studying theology at Harvard." I typed Mr. Word's remarks contemporaneously, and referred to those notes when drafting the Motion.

5.      Attached are true and correct copies of the following exhibits:

Exhibit 1:    Christopher Helman, *He Sought God At Harvard, Now This CEO Is Back In The Oilpatch, Ready To Practice And 'Preach,'* Forbes Magazine, Aug. 21, 2017;

Exhibit 2:    Paul Massari, *Faith in Leadership*, Harvard Divinity School, Nov. 22, 2016;

- 1 -

Exhibit 3:    Interview with Jim Hackett, *Jim Hackett on Business, Faith, and Education*, Harvard Divinity School, Sept. 15, 2015; and

Exhibit 4:    Bradley Olson, *God and Oil at Harvard: A CEO Sees Faith as Capitalism's Savior*, June 30, 2015.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 21, 2024, at Houston, Texas.

s/ Stephen Johnson
_____
STEPHEN JOHNSON

4855-4887-2176.v1