# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-00957 |

### [PROPOSED] ORDER GRANTING CLASS PLAINTIFFS' MOTION IN LIMINE NO. 6: MOTION TO PRECLUDE CHARACTER EVIDENCE AND EVIDENCE OF RELIGIOUS BELIEFS, OPINIONS, AND ACTIVITIES

The Court, having considered Class Plaintiffs' Motion *in Limine* No. 6: Motion to Preclude Character Evidence and Evidence of Religious Beliefs, Opinions, and Activities ("Motion"), and all papers submitted in support thereof, and for good cause shown, hereby **GRANTS** Class Plaintiffs' Motion as follows:

1.      The parties are hereby precluded from introducing evidence of, or making any argument or comment upon in the presence of the jury, any party or any witness's character, either in the form of reputation, opinion, or past instances of good conduct, including charitable contributions.

2.      The parties are hereby precluded from introducing any evidence of, or making any argument or comment upon in the presence of the jury, any party or witness's religious affiliation, beliefs, or associated conduct.

3.      This order applies to trial as well as the jury selection process.

Signed this ____ day of _____, _____.


_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

- 1 -

4863-0941-7456.v1