# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-00957 |

## DECLARATION OF STEPHEN JOHNSON IN SUPPORT OF CLASS PLAINTIFFS' MOTION *IN LIMINE* NO. 7: MOTION AS TO GENERAL TRIAL PROCEDURES

4853-8827-8769.v1

I, Stephen Johnson, declare as follows:

1. I am a member of the State Bar of California and am admitted *pro hac vice* to practice before this Court. I am an attorney with the law firm of Robbins, Geller, Rudman & Dowd LLP, counsel for Class Plaintiffs and Court-Appointed Co-Class Counsel.

2. I respectfully submit this declaration in support of Class Plaintiffs' contemporaneously filed Motion *in Limine* No. 7: Motion as to General Trial Procedures.

3. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

4. In preparing the Motion, I reviewed the deposition transcripts of defendant Harlan H. Chappelle, defendant Michael E. Ellis, defendant James Hackett, and then-defendant Don Dimitrievich. During the depositions of Chappelle, Hackett, Ellis, and Dimitrievich, the witnesses claimed they "could not recall," or made statements to that effect, at least 153, 91, 117, and 95 times, respectively.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 21, 2024, at Houston, Texas.

s/ Stephen Johnson<br>STEPHEN JOHNSON