UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-00957 |

**[PROPOSED] ORDER GRANTING CLASS PLAINTIFFS' MOTION
*IN LIMINE* NO. 7: MOTION AS TO GENERAL TRIAL PROCEDURES**

4877-8207-7424.v1

The Court, having considered Class Plaintiffs' Motion *in Limine* No. 7: Motion as to General Trial Procedures ("Motion"), and all papers submitted in support thereof, and for good cause shown, hereby **GRANTS** Class Plaintiffs' Motion as follows:

1. All non-party fact witnesses shall be sequestered throughout trial. All parties, counsel, and witnesses, including their agents, representatives, or anyone acting on their behalf, are hereby prohibited from discussing the ongoing trial or any fact witness's testimony with any non-party fact witness prior to their testimony. All counsel are hereby ordered to instruct all parties, and witnesses that may be called by the parties those counsel represent, as to the terms of this Order.

2. All counsel are hereby prohibited from discussing any witness's testimony with the witness between the time that witness takes the stand and when that witness's testimony is complete.

3. Defendants are hereby precluded from calling any fact witness to present live testimony during their case-in-chief that was not made available to Class Plaintiffs during Class Plaintiffs' case-in-chief.

4. All testimony from witnesses that claimed they could not recall information during their depositions, as to the specific information that they claimed they could not recall, is hereby prohibited.

5. Class Plaintiffs will be permitted to question using leading questions any Defendant, or former defendant to this action, as well as the following witnesses identified with Defendants, if those witnesses are called during the Class Plaintiffs' case-in-chief:

    (a) Tim Turner;

- 2 -

  (b) Randy Limbacher;

  (c) Craig Collins;

  (d) Tamara Sheils;

  (e) Michael Christopher;

  (f) Scott Grandt;

  (g) Kevin Bourque;

  (h) Gene Cole;

  (i) Jeffrey Hostettler;

  (j) Bo Dunne;

  (k) Miles Palke;

  (l) Jeffrey Knupp;

  (m) Mark Castiglione;

  (n) John Campbell; and

  (o) Kaye Rasmusson.

Signed this ___ day of _____, _____.

                  _____
                    GEORGE C. HANKS, JR.
                  UNITED STATES DISTRICT JUDGE

4877-8207-7424.v1