UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|

In re ALTA MESA RESOURCES, INC. SECURITIES LITIGATION

*versus*

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Brittany M.J. Record<br>Latham & Watkins LLP<br>555 Eleventh Street, NW Suite 1000<br>Washington, D.C. 20004-1304<br>(202) 637-2200, brittany.record@lw.com<br>DC Bar No.1708396 VA Bar No. 93588<br>(see attached addendum for federal court admissions) |
|---|---|

| Name of party applicant seeks to appear for: | Alta Mesa Resources, Inc., f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; James T. Hackett, Harlan H. Chappelle, William Gutermuth, Jeffrey H. Tepper, Diana J. Walters; Michael E. Ellis; Ronald Smith; Pierre F. Lapeyre, Jr.; David M. Leuschen; Donald Sinclair; Stephen Coats; and Thomas J. Walker |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/21/2024 | Signed: | /s/ Brittany M.J. Record |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | | Clerk's signature |
|---|---|---|

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
                                                  United States District Judge

### ADDENDUM TO MOTION FOR ADMISSION PRO HAC VICE
### OF BRITTANY M.J. RECORD

### Case No. 4:19-cv-00957

**Federal Court Admissions:**

| | |
|---|---|
| U.S. Court of Appeals for the 10th Circuit | September 14, 2023 |
| U.S. Court of Appeals for the 4th Circuit | November 9, 2018 |
| U.S. Court of Appeals for the 5th Circuit | January 10, 2023 |