# APPENDIX 1

**Chart of Alleged False and Misleading Statements**

*In re Alta Mesa Resources, Inc. Securities Litigation*

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement (TAC ¶ )[1] |
|---|---|---|---|---|
| August 16, 2017 Press Release | Hackett<br><br>AMR | Section 10(b) | Riverstone, Hackett, Chappelle, Ellis, Smith, Gutermuth, Tepper, Walters | "We formed Silver Run II with the objective of acquiring-low breakeven, stacked-pay, oil-weighted assets, preferably with an integrated midstream platform." ¶ 190. |
| August 16, 2017 Press Release | Chappelle | Section 10(b) | Riverstone,  BCE, ARM Energy, Hackett, Ellis, Smith, Gutermuth, Tepper, Walters | "We see this as a tremendous way to continue our evolution as a low-cost, high-value producer in the STACK." ¶ 190. |
| August 16, 2017 Press Release | AMR | Section 10(b) | Riverstone, Hackett, Chappelle, Ellis, Smith, Gutermuth, Tepper, Walters | "With approximately 120,000 contiguous net acres and **about 4,200 gross identified drilling locations**, [AMH] is among the largest and most active operators in the STACK. Since 2012, Alta Mesa [AMH] has drilled to total-depth 205 STACK horizontal wells, in order to further delineate and de-risk its approximate 300 square mile position in the up-dip oil window of the STACK. To date, Alta Mesa [AMH] has completed 173 of these wells, with 167 on production. Based upon production through the second quarter of 2017, Alta Mesa [AMH] **expects EURs at year end to exceed 650 MBOE per well** or approximately 140 BOE per foot of lateral." [emphasis added]  ¶ 190. |

---

[1] Where emphasis is added, the emphasized portion of the statement is the only portion that Plaintiffs allege to be false or misleading.  Additionally, where Plaintiffs challenge particular statements or depictions within a larger slides or charts, the challenged portion is identified with a red box.

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement (TAC ¶ )[1] |
|---|---|---|---|---|
| August 17, 2017 Investor Conference Call and Investor Presentation | Hackett AMR | Section 10(b) | Riverstone, Hackett, Chappelle, Ellis, Smith, Gutermuth, Tepper, Walters | "First, we'll talk about the introduction.  When we went out to look for targets for [Alta Mesa], we had laid out investment criteria that are shown on slide 5.  And both individually as an Upstream and Midstream company and collectively as an integrated platform, this transaction satisfies those criteria." ¶ 192. |
| August 17, 2017 Investor Conference Call and Investor Presentation | AMR | Section 10(b) | Riverstone, Hackett, Chappelle, Ellis, Smith, Gutermuth, Tepper, Walters |  ¶ 192. |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement (TAC ¶)[1] |
|---|---|---|---|---|
| August 17, 2017 Investor Conference Call and Investor Presentation | AMR | Section 10(b) | Riverstone, Hackett, Chappelle, Ellis, Smith, Gutermuth, Tepper, Walters |  ¶¶ 196, 204. |
| August 17, 2017 Investor Conference Call and Investor Presentation | Chappelle | Section 10(b) | Riverstone, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Gutermuth, Tepper, Walters | "We have over 200 wells that we've drilled here and we've demonstrated the value, and we have confidence in the upside. As an illustration of that, at the end of the second quarter [of 2017], we drilled on the order of 200 wells; of those, over 160 were on production. And of that number, about 114 had sufficient production history to give us confidence that at the end of this year, our year-end reserves will reflect better than 650,000 BOE." ¶ 194. |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement (TAC ¶)[1] |
|---|---|---|---|---|
| August 17, 2017 Investor Presentation | AMR | Section 10(b) | Riverstone, Hackett, Chappelle, Ellis, Smith, Gutermuth, Tepper, Walters |  ¶¶ 196, 204. |
| August 17, 2017 Investor Presentation | AMR | Section 10(b) | Riverstone, Hackett, Chappelle, Ellis, Smith, Gutermuth, Tepper, Walters |  ¶ 196. |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement (TAC ¶ )[1] |
|---|---|---|---|---|
| January 19, 2018 Form DEFA 14A Proxy | Riverstone Hackett Gutermuth, Tepper Walters AMR | Section 14(a) | For Count IV (Control of Section 14(a) Proxy Claims): Riverstone, Hackett, Gutermuth, Tepper, Walters |  ¶¶ 109, 374. |
| January 19, 2018 Form DEFA 14A Proxy | Riverstone Hackett Gutermuth, Tepper Walters AMR | Section 14(a) | For Count IV (Control of Section 14(a) Proxy Claims): Riverstone, Hackett, Gutermuth, Tepper, Walters | "The unaudited financial projections of Alta Mesa and Kingfisher set forth in the forecasts included under 'Proposal No. 1—The Business Combination Proposal—Unaudited Financial Projections of Alta Mesa and Kingfisher' were not prepared with a view toward public disclosure or with a view toward complying with the guidelines established by the American Institute of Certified Public Accountants with respect to prospective financial information. In the view of Alta Mesa's management and Kingfisher's management, the **financial projections were prepared on a reasonable basis, reflected the best currently available estimates and judgments of Alta Mesa and Kingfisher, as applicable, and presented, to the best of their knowledge and belief, the expected course of action and the expected future financial performance of Alta Mesa and Kingfisher, respectively**. However, the financial projections are not fact. Further, none of the unaudited financial projections reflect any impact of the proposed transaction and have not been updated since the date of preparation." [emphasis added] ¶¶ 198, 207. |

5

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement (TAC ¶ )[1] |
|---|---|---|---|---|
| January 19, 2018 Form DEFA 14A Proxy | Riverstone Hackett Gutermuth, Tepper Walters AMR | Section 14(a) | For Count IV (Control of Section 14(a) Proxy Claims): Riverstone, Hackett, Gutermuth, Tepper, Walters | "As of September 2017, **[AMH] was operating six horizontal drilling rigs in the STACK with plans to continue to operate that number of rigs through the end of 2017.**" [emphasis added] ¶ 374.<br><br>In developing the unaudited financial projections set forth below, the principal quantifiable assumptions material to such projections include the following assumptions regarding pricing of crude oil and natural gas and average number of rigs in operation:<br><br><br><br>¶ 374. |
| January 19, 2018 Form DEFA 14A Proxy | Riverstone Hackett Gutermuth, Tepper Walters AMR | Section 14(a) | For Count IV (Control of Section 14(a) Proxy Claims): Riverstone, Hackett, Gutermuth, Tepper, Walters | "As of September 30, 2017, Alta Mesa has drilled more than 220 horizontal STACK wells, and currently has a multi-rig program, averaging six rigs in 2017. **Of the 220 wells drilled, over 183 were on production, and of that number, about 116 had sufficient production history to give Alta Mesa's management confidence that Alta Mesa's type well EUR is greater than 650 MBOE.**" [emphasis added] ¶¶ 105, 199, 289. |
| January 19, 2018 Form DEFA 14A Proxy | Riverstone Hackett Gutermuth, Tepper Walters AMR | Section 14(a) | For Count IV (Control of Section 14(a) Proxy Claims): Riverstone, Hackett, Gutermuth, Tepper, Walters | <br><br>¶¶ 201, 290, 373. |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement (TAC ¶ )[1] |
|---|---|---|---|---|
| January 19, 2018 Form DEFA 14A Proxy | Riverstone Hackett Gutermuth, Tepper Walters AMR | Section 14(a) | For Count IV (Control of Section 14(a) Proxy Claims): Riverstone, Hackett, Gutermuth, Tepper, Walters | "Based on Mr. Hackett's and Riverstone's review of the diligence materials, Mr. Hackett and Riverstone determined that ... (iv) Kingfisher had developed a strong, local midstream system underpinned by long-term acreage dedication contracts from multiple active producers, as well as firm takeaway contracts on key pipelines ... (v) [that] Kingfisher was well-positioned to benefit from increasing upstream development activity in an active and prolific basin with upside potential from further expansion projects ... [and that] (vii) there was significant upside in the completion of the Kingfisher system and the potential for a subsequent midstream initial public offering." ¶¶ 106, 374. |
| January 19, 2018 Form DEFA 14A Proxy | Riverstone Hackett Gutermuth, Tepper Walters AMR | Section 14(a) | For Count IV (Control of Section 14(a) Proxy Claims): Riverstone, Hackett, Gutermuth, Tepper, Walters |  ¶¶ 109, 206, 374. |
| January 19, 2018 Form DEFA 14A Proxy | Riverstone Hackett Gutermuth, Tepper Walters AMR | Section 14(a) | For Count IV (Control of Section 14(a) Proxy Claims): Riverstone, Hackett, Gutermuth, Tepper, Walters | "[AMH]'s policies and practices regarding internal controls over the recording of reserves are structured to objectively and accurately estimate its oil and gas reserves quantities and present values in compliance with rules, regulations and guidance provided by the SEC, as well as established industry practices used by independent engineering firms and its peers and in accordance with the 2007 Petroleum Resources |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement (TAC ¶ )[1] |
|---|---|---|---|---|
| | | | | Management System sponsored and approved by the Society of Petroleum Engineers, the World Petroleum Council, the American Association of Petroleum Geologists and the Society of Petroleum Evaluation Engineers. . . . <br><br> [AMH's]'s methodologies include reviews of production trends, material balance calculations, analogy to comparable properties and/or volumetric analysis." ¶¶ 111, 293. |
| February 21, 2018 EnerCom Dallas Conference Investor Presentation | AMR | Section 10(b) | Riverstone, Hackett, Chappelle, Ellis, Smith, Gutermuth, Tepper, Walters |  |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement (TAC ¶ )[1] |
|---|---|---|---|---|
| | | | | ¶ 209. |
| March 29, 2018 Press Release Announcing Earnings Results and Earnings Presentation | Chappelle AMR | Section 10(b) | Riverstone, Hackett, Chappelle, Ellis, Smith, Gutermuth, Tepper, Walters | "2017 was a year of significant progress for our company marked by several important milestones that we believe has set us up for success in 2018 and beyond. We achieved year-over-year growth in our production, reserves and EBITDAX; **we have de-risked our acreage with over 250 operated horizontal wells and a comprehensive scientific and engineering effort to begin systematic development with multi-well patterns**. Creating Alta Mesa Resources with the upstream assets of Alta Mesa Holdings and midstream assets of Kingfisher, we believe we have a strong balance sheet that will allow us to execute on our vision for years to come." [emphasis added]  ¶ 211. |
| March 29, 2018 Press Release Announcing Earnings Results and Earnings Presentation | AMR | Section 10(b) | Riverstone, Hackett, Chappelle, Ellis, Smith, Gutermuth, Tepper, Walters | "In [AMH's] STACK play, the company has assembled a highly contiguous leasehold position of over 130,000 net acres. In the fourth quarter of 2017, AMHLP completed 36 horizontal wells in the Osage and Meramec formations. AMHLP had 43 horizontal wells in progress as of the end of the fourth quarter, 22 of which were on production subsequent to the end of the quarter. AMHLP currently has seven rigs operating in the STACK play, with a contracted eighth rig arriving in April and plans to maintain this level for the balance of 2018. In total, AMHLP plans to drill between 170 and 180 gross wells during the year. **We expect drilling and completion costs on these wells to average $3.8 million and our type curve has been approximately 650 MBOE per well**." |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement (TAC ¶ )[1] |
|---|---|---|---|---|
| | | | | [emphasis added] ¶ 211. |
| March 29, 2018 Press Release Announcing Earnings Results and Earnings Presentation | AMR | Section 10(b) | Riverstone, Hackett, Chappelle, Ellis, Smith, Gutermuth, Tepper, Walters | <br>¶ 214. |
| March 29, 2018 Fourth Quarter 2017 Earnings Conference Call | Chappelle AMR | Section 10(b) | Riverstone, Hackett, Chappelle, Ellis, Smith, Gutermuth, Tepper, Walters | "Importantly, we have up to 90 million cubic feet a day available on wet gas offtake agreements in addition to our existing 260 million a day of operating plant capacity. So **despite setbacks in late 2017 and early 2018, with regard to [Kingfisher], our vision for growth remain [sic] strong**.<br><br>. . .<br><br>**We believe our margins are going to continue to expand as we build out critical infrastructure and expand production on existing wells** through artificial |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement (TAC ¶ )[1] |
|---|---|---|---|---|
| | | | | lift optimization. And again, the fanatical focus on production operations generally." [emphasis added] ¶ 216. |
| March 29, 2018 Fourth Quarter 2017 Earnings Conference Call | Chappelle AMR | Section 10(b) | Riverstone, Hackett, Chappelle, Ellis, Smith, Gutermuth, Tepper, Walters | "I'd like to start by reviewing highlights from 2017 and then follow with some key messages of our 2018 program. 2017 and, of course, early 2018 were literally transformational for Alta Mesa as we changed from a private upstream company to a publicly traded fully integrated midstream and upstream company. **During this time [2017 and early 2018]**, we fortified our balance sheet, **further de-risked and delineated our Kingfisher County acreage [in STACK]** and began a larger-scale development of our STACK assets in the normally pressured naturally fractured oil window. We have accelerated infrastructure investments to further reduce both our capital and our operating expenses and support our growth. . . . . **We have transitioned from spacing tests to development patterns.** As shown in the slide deck, we now have 4 multiwell patterns with more than 60 days of flowback and are systematically drilling, completing and bringing more multiwell patterns on production." [emphasis added] ¶ 213. |
| April 9, 2018 IPAA-OGIS Conference | Chappelle AMR | Section 10(b) | Riverstone, Hackett, Chappelle, Ellis, Smith, Gutermuth, Tepper, Walters | **"Now, here's one simple example of a well that we optimized with an ESP, obviously a very good outcome if you're producing on the order of 800 barrels a day** when in fact you are very, very low until |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement (TAC ¶ )[1] |
|---|---|---|---|---|
| and Investor Presentation | | | | you are able to put in the right solution. **But the point is there are opportunities like this.  We've got a lot of effort focused on that.**" [emphasis added] ¶ 222. |
| April 9, 2018 IPAA-OGIS Conference and Investor Presentation | AMR | Section 10(b) | Riverstone, Hackett, Chappelle, Ellis, Smith, Gutermuth, Tepper, Walters | <br>¶ 224. |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement (TAC ¶ )[1] |
|---|---|---|---|---|
| April 9, 2018 IPAA-OGIS Conference and Investor Presentation | Chappelle AMR | Section 10(b) | Riverstone, Hackett, Chappelle, Ellis, Smith, Gutermuth, Tepper, Walters | <br>¶ 224. |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement (TAC ¶ )[1] |
|---|---|---|---|---|
| May 14, 2018 First Quarter 2018 Investor Presentation | Chappelle AMR | Section 10(b) | Riverstone, Hackett, Chappelle, Ellis, Smith, Gutermuth, Tepper, Walters | <br>¶ 226. |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement (TAC ¶ )[1] |
|---|---|---|---|---|
| | | | | <br><br>When Chappelle showed this slide to investors, he stated: "I'd like to refer you to Slide 9 in our presentation for three recent examples of the gains we've seen in that lift optimization." ¶ 226. |
| May 14, 2018 First Quarter 2018 Investor Call | Chappelle AMR | Section 10(b) | Riverstone, Hackett, Chappelle, Ellis, Smith, Gutermuth, Tepper, Walters | "We are reaffirming our FY '18 guidance. We have confidence in presenting operating results such as production, revenue, expenses as those numbers will not change." ¶ 227. |
| May 21, 2018 First | Chappelle AMR | Section 10(b) | Riverstone, Hackett, Chappelle, Ellis, Smith, Gutermuth, Tepper, | ***Changes in Internal Control Over Financial Reporting***<br><br>Other than changes related to the succession (i.e., the |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement (TAC ¶)[1] |
|---|---|---|---|---|
| Quarter 2018 Form 10-Q | | | Walters | acquisition of Alta Mesa) and the acquisition of Kingfisher, there has been no change in our internal control over financial reporting during the three months ended March 31, 2018 that has materially affected, or is reasonably likely to materially affect, our internal control over financial reporting<br><br>¶ 233. |
| May 21, 2018 First Quarter 2018 Form 10-Q | Chappelle AMR | Section 10(b) | Riverstone, Hackett, Chappelle, Ellis, Smith, Tepper, Walters | **CERTIFICATION OF CHIEF EXECUTIVE OFFICER**<br><br>I, Harlan H. Chappelle, certify that:<br><br>1. I have reviewed this Quarterly Report on Form 10-Q of Alta Mesa Resources, Inc.;<br><br>2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;<br><br>3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of Alta Mesa Resources, Inc. as of, and for, the periods presented in |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement (TAC ¶ )[1] |
|---|---|---|---|---|
| | | | | this report;<br><br>4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rule 13a-15(f) and 15d-15(f)) for Alta Mesa Resources, Inc. and have:<br><br>a. Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to Alta Mesa Resources, Inc., including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;<br><br>b. Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;<br><br>c. Evaluated the effectiveness of Alta Mesa Resources, Inc.'s disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement (TAC ¶ )[1] |
|---|---|---|---|---|
| | | | | evaluation; and |
| | | | | d. Disclosed in this report any change in Alta Mesa Resources, Inc.'s internal control over financial reporting that occurred during Alta Mesa Resources, Inc.'s most recent fiscal quarter that has materially affected, or is reasonably likely to materially affect, Alta Mesa Resources, Inc.'s internal control over financial reporting. |
| | | | | 5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to Alta Mesa Resources, Inc.'s auditors and the audit committee of Alta Mesa Resources, Inc.'s board of directors (or persons performing the equivalent functions): |
| | | | | a. All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect Alta Mesa Resources, Inc.'s ability to record, process, summarize and report financial information; and |
| | | | | b. Any fraud, whether or not material, that involves management or other employees who have a significant role in Alta Mesa Resources, Inc.'s internal control over financial reporting. |
| | | | | ¶ 235. |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement (TAC ¶ )[1] |
|---|---|---|---|---|
| August 14, 2018 Second Quarter 2018 Earnings Call and Presentation | AMR | Section 10(b) | Riverstone, Hackett, Chappelle, Ellis, Smith, Tepper, Walters | <br>¶ 237. |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement (TAC ¶)[1] |
|---|---|---|---|---|
| August 14, 2018 Second Quarter 2018 Earnings Call and Presentation | AMR | Section 10(b) | Riverstone, Hackett, Chappelle, Ellis, Smith, Tepper, Walters | <br>¶ 237. |
| August 15, 2018 Second Quarter 2018 Form 10-Q | Chappelle AMR | Section 10(b) | Riverstone, Hackett, Chappelle, Ellis, Smith, Tepper, Walters | "Other than changes related to the succession (i.e., the acquisition of Alta Mesa) and the acquisition of Kingfisher, **there has been no change in our internal control over financial reporting** during the three months ended June 30, 2018 that has materially affected, or is reasonably likely to materially affect, our internal control over financial reporting." [emphasis added] ¶¶ 244-45. |
| August 15, 2018 Second Quarter 2018 Form 10-Q | Chappelle AMR | Section 10(b) | Riverstone, Hackett, Chappelle, Ellis, Smith, Tepper, Walters | **CERTIFICATION OF CHIEF EXECUTIVE OFFICER**<br>I, Harlan H. Chappelle, certify that:<br>1. I have reviewed this Quarterly Report on Form 10-Q of |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement (TAC ¶ )[1] |
|---|---|---|---|---|
| | | | | Alta Mesa Resources, Inc.;<br><br>2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;<br><br>3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of Alta Mesa Resources, Inc. as of, and for, the periods presented in this report;<br><br>4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rule 13a-15(f) and 15d-15(f)) for Alta Mesa Resources, Inc. and have:<br>a. Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to Alta Mesa Resources, Inc., |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement (TAC ¶ )[1] |
|---|---|---|---|---|
| | | | | including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared; |
| | | | | b. Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles; |
| | | | | c. Evaluated the effectiveness of Alta Mesa Resources, Inc.'s disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and |
| | | | | d. Disclosed in this report any change in Alta Mesa Resources, Inc.'s internal control over financial reporting that occurred during Alta Mesa Resources, Inc.'s most recent fiscal quarter that has materially affected, or is reasonably likely to materially affect, Alta Mesa Resources, Inc.'s internal control over financial reporting.<br><br>5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to Alta Mesa Resources, Inc.'s auditors and the audit committee of Alta Mesa Resources, Inc.'s board of directors (or persons |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement (TAC ¶ )[1] |
|---|---|---|---|---|
| | | | | performing the equivalent functions): |
| | | | | a. All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect Alta Mesa Resources, Inc.'s ability to record, process, summarize and report financial information; and |
| | | | | b. Any fraud, whether or not material, that involves management or other employees who have a significant role in Alta Mesa Resources, Inc.'s internal control over financial reporting. |
| | | | | ¶ 246. |
| August 15, 2018 Second Quarter 2018 Earnings Call | Chappelle AMR | Section 10(b) | Riverstone, Hackett, Chappelle, Ellis, Smith, Tepper, Walters | "I would like to start off by highlighting our announcement that the Board of Directors has approved a share buyback program. When the business combination of Alta Mesa Holdings, Kingfisher Midstream and Silver Run II was conceived, management and investors saw significant opportunity to capture and create long-term value in the STACK. Our belief in that has strengthened as we have integrated these businesses and continue to grow production and progress our knowledge of this incredible resource.

The opportunity to invest in our own high-quality acreage and integrated midstream business at recent trading levels **offers compelling long-term returns to our shareholders.**" [emphasis added]  ¶ 242. |
| September 6, 2018 | Chappelle AMR | Section 10(b) | Riverstone, Hackett, Chappelle, Ellis, Smith, Tepper, Walters | "During that 5-year period that preceded our becoming a public company, combining earlier this year with |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement (TAC ¶ )[1] |
|---|---|---|---|---|
| Barclays CEO Energy Power Conference | | | | Kingfisher Midstream and Silver Run, we drilled about 250 wells and we went through 4 generations of completions. We also engaged in 7 pattern tests. **That period established the basis for the development drilling with multi-well pads that we're engaged in today.**<br><br>. . . .<br><br>Now with regard to our future development, I just showed 5 years of progressive definition and delineation. We've got a large resource. It's in the normally pressured, naturally fractured Black-Oil Window. We've applied engineering and science in a very intensive way to affirm the multi-billion barrel resource that we have. We drilled over 250 wells, defined a mean well result for an original DSU well, in other words, the first well in the pattern being -- a lot of people would use the word the parent well. **During that period of time, we performed 7 pattern tests that gave us insight into the intensive multi-well patterns that we see as being necessary to produce all the economic oil that we have here.**<br><br>We found that 1,500 feet spacing between wells is a good base case from which to start. We tested the boundaries of those as well, and we had as narrow as 660 feet within a given bench or 330 feet, if you will, as you look at the staggered spacing between multiple benches. That literally would have been – **that would infer 24 wells per section**. We're not going with that, **but it does illustrate the potential for down spacing, and in fact, it gave us a lot of confidence because one of our** |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement (TAC ¶ )[1] |
|---|---|---|---|---|
| | | | | **strategic anchors is that we need to limit our downside.** That boundary condition of 660-foot spacing still gave us an economic pattern. So that gave us the confidence to move forward with this base case of 1,500-foot spacing." [emphasis added] ¶ 248. |
| September 6, 2018 Barclays CEO Energy Power Conference PowerPoint Presentation | AMR | Section 10(b) | Riverstone, Hackett, Chappelle, Ellis, Smith, Tepper, Walters | ¶ 250. |
| November 14, 2018 Third Quarter 2018 Form 10-Q | Chappelle AMR | Section 10(b) | Riverstone, Hackett, Chappelle, Ellis, Smith, Tepper, Walters | "As discussed in this quarterly report, on February 9, 2018, we completed the acquisition of Alta Mesa and Kingfisher. We are currently integrating these acquisitions into our control environment. In executing this integration, we are analyzing, evaluating and, where appropriate, making changes in controls and procedures in a manner commensurate with the size, complexity and scale of operations subsequent to the acquisitions. We |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement (TAC ¶ )[1] |
|---|---|---|---|---|
| | | | | expect to complete the Kingfisher integration in fiscal year 2019 and consequently expect to exclude Kingfisher from our assessment of internal control over financial reporting as of December 31, 2018. The evaluation of internal controls over financial reporting for the Company has required and will continue to require significant time and resources from management and other personnel.<br><br>. . . .<br><br>**Other than the changes described above, there have been no changes in our internal control over financial reporting during the three months ended September 30, 2018 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.**" [emphasis added] ¶ 256. |
| November 14, 2018 Third Quarter 2018 Form 10-Q | Chappelle AMR | Section 10(b) | Riverstone, Hackett, Chappelle, Ellis, Smith, Tepper, Walters | **CERTIFICATION OF CHIEF EXECUTIVE OFFICER**<br><br>I, Harlan H. Chappelle, certify that:<br><br>1. I have reviewed this Quarterly Report on Form 10-Q of Alta Mesa Resources, Inc.;<br><br>2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement (TAC ¶ )[1] |
|---|---|---|---|---|
| | | | | light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;<br><br>3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of Alta Mesa Resources, Inc. as of, and for, the periods presented in this report;<br><br>4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rule 13a-15(f) and 15d-15(f)) for Alta Mesa Resources, Inc. and have:<br><br>a. Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to Alta Mesa Resources, Inc., including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;<br><br>b. Designed such internal control over financial reporting, or caused such internal control over financial |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement (TAC ¶ )[1] |
|---|---|---|---|---|
| | | | | reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles; |
| | | | | c. Evaluated the effectiveness of Alta Mesa Resources, Inc.'s disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and |
| | | | | d. Disclosed in this report any change in Alta Mesa Resources, Inc.'s internal control over financial reporting that occurred during Alta Mesa Resources, Inc.'s most recent fiscal quarter that has materially affected, or is reasonably likely to materially affect, Alta Mesa Resources, Inc.'s internal control over financial reporting. |
| | | | | 5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to Alta Mesa Resources, Inc.'s auditors and the audit committee of Alta Mesa Resources, Inc.'s board of directors (or persons performing the equivalent functions): |
| | | | | a. All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement (TAC ¶ )[1] |
|---|---|---|---|---|
|  |  |  |  | Alta Mesa Resources, Inc.'s ability to record, process, summarize and report financial information; and<br><br>b. Any fraud, whether or not material, that involves management or other employees who have a significant role in Alta Mesa Resources, Inc.'s internal control over financial reporting.<br><br>¶ 257. |