# EXHIBIT B

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |

## JOINT TRIAL WORKSHEET[1]

To make efficient use of trial time, each party is to provide the following information:

**OPENING**

      Minutes Requested by Class Plaintiffs __60__
      Minutes Requested by Defendant BCE: __30__
      Minutes Requested by Defendants AMR, Riverstone,
      and the remaining Individual Defendants: __60__
      Minutes Requested by Defendant ARM Energy: __30__

**EVIDENCE**

      In the order that they will be called, list the witnesses to be called, the general subject matter to be covered with that witness, and the amount of time expected for direct and cross examination.

      Witnesses who will be called by written or recorded deposition should be included in this section.

---

[1] This is subject to change as a result of Court rulings. The order witnesses are listed in below is preliminary only and is subject to change as the pre-trial and trial develops. Class Plaintiffs do not currently anticipate that any listed witness will need to testify by deposition because we understand that all will be available for live testimony (all parties reserve all rights if a witness becomes unavailable). All other time allocated by the court will become part of an estimated reserve, which the class plaintiffs will allocate to cross examination or otherwise as circumstances may require.

Defendants' witnesses and time estimates are likewise subject to change based on, for example, the Court's rulings and the Class Plaintiffs' presentation of their case in chief.

## PRESENTATION OF THE CLASS CASE

**Witnesses Class Plaintiffs Intend to Call**:

| **Witness Name:** | P.J. Burbach |
|---|---|
| **Subject Matter:** | Investment in Silver Run II / AMR and related financial loss. |

| **Time for Direct:** | 1 hour | **Time for Cross:** | AMR/Riverstone: 30 min<br>BCE: 30 min;<br>ARM: 15 min |
|---|---|---|---|

| **Witness Name:** | Toni Inscoe (United Association National Pension Fund) |
|---|---|
| **Subject Matter:** | Investment in Silver Run II / AMR and related financial loss. |

| **Time for Direct:** | 1 hour | **Time for Cross:** | AMR/Riverstone: 30 min<br>BCE: 30 min;<br>ARM: 30 min |
|---|---|---|---|

| **Witness Name:** | Harold McGowen |
|---|---|
| **Subject Matter:** | Expert testimony regarding oil and gas issues, including but not limited to Alta Mesa' well spacing, use of ESPs and SEC reserves accounting. |

| **Time for Direct:** | 1.50 hours | **Time for Cross:** | AMR/Riverstone: 1 hour<br>BCE: 30 min<br>ARM: 15 min |
|---|---|---|---|

| **Witness Name:** | Frank Gagliardi |
|---|---|
| **Subject Matter:** | Expert testimony regarding the geology underlying Alta Mesa's STACK acreage, including but not limited to Alta Mesa's spacing tests, Alta Mesa's tests regarding wellbore interference. |

| **Time for Direct:** | 1 hour | **Time for Cross:** | AMR/Riverstone: 30 mins<br>BCE: 30 min;<br>ARM: 15 min |
|---|---|---|---|

| | |
|---|---|
| **Witness Name:** | Taylor Kirkland |
| **Subject Matter:** | Expert testimony regarding oil and gas reservoir engineering, including but not limited to type curves, well production data, spacing tests, and Alta Mesa's presentation of spacing tests to investors. |
| **Time for Direct:** 1.5 hours | **Time for Cross:** AMR/Riverstone: 1 hour; BCE: 30 min; ARM: 15 min |

| | |
|---|---|
| **Witness Name:** | Jim Johnson |
| **Subject Matter:** | Expert testimony regarding the oil and gas midstream business, including but not limited to Kingfisher's customers and potential customers, financial projections and operations. |
| **Time for Direct:** 1 hour | **Time for Cross:** AMR/Riverstone: 30 mins; BCE: 30 min; ARM: 30 min |

| | |
|---|---|
| **Witness Name:** | Craig Collins |
| **Subject Matter:** | Kingfisher Midstream (KFM); KFM's customers; KFM's financial projections; KFM's operation. |
| **Time for Direct:** 1 hour | **Time for Cross:** AMR/Riverstone: 30 min; BCE: 30 min; ARM: 30 min |

| | |
|---|---|
| **Witness Name:** | Tamara Sheils |
| **Subject Matter:** | Alta Mesa's financial projections; ESPs; control of the alleged misleading statements; Alta Mesa's internal controls. |
| **Time for Direct:** 2 hours | **Time for Cross:** AMR/Riverstone: 1.5 hours; BCE: 30 min; ARM: 60 min |

| **Witness Name:** | Tim Turner | | |
|---|---|---|---|
| **Subject Matter:** | Oil and gas issues; oil and gas data shown in public presentations and provided to auditors. | | |
| **Time for Direct:** | 1 hour | **Time for Cross:** | AMR/Riverstone: 3 hours<br>BCE: 30 min;<br>ARM: 30 min |

| **Witness Name:** | Hal Chappelle | | |
|---|---|---|---|
| **Subject Matter:** | Oil and gas issues; the Business Combination; public statements made by Mr. Chappelle and AMR during the Class Period; who controlled those public statements. | | |
| **Time for Direct:** | 7.5 hours | **Time for Cross:** | AMR/Riverstone: 6 hours<br>BCE: 1 hour;<br>ARM: 1 hour |

| **Witness Name:** | Michael Ellis | | |
|---|---|---|---|
| **Subject Matter:** | Oil and gas issues; the Business Combination; public statements made by AMR during the Class Period | | |
| **Time for Direct:** | 2 hours | **Time for Cross:** | AMR/Riverstone: 2 hours<br>BCE: 30 min;<br>ARM: 30 min |

| **Witness Name:** | Michael Christopher (ARM Energy) | | |
|---|---|---|---|
| **Subject Matter:** | ARM Energy's historical operation of KFM; KFM's accounting and financial results; public statements made to investors regarding KFM; ARM Energy's control of statements by Chappelle. | | |
| **Time for Direct:** | 1 hour | **Time for Cross:** | AMR/Riverstone: 1 hour<br>BCE: 30 min<br>ARM: 3 hours |

| | |
|---|---|
| **Witness Name:** | William McMullen |
| **Subject Matter:** | Bayou City's historical relationship with AMH; the Business Combination; Bayou City's control of alleged false and misleading statements by Mr. Chappelle. Bayou City's control of statements by Chapelle. |
| **Time for Direct:** 1 hour | **Time for Cross:** AMR/Riverstone: 30 min<br>BCE: 4 hours;<br>ARM: 30 min |

| | |
|---|---|
| **Witness Name:** | Pierre Lapeyre, Jr. |
| **Subject Matter:** | Riverstone; Silver Run II; the Business Combination; due diligence purportedly conducted in connection with the Business Combination; Riverstone's control of alleged false and misleading statements. |
| **Time for Direct:** 1 hour | **Time for Cross:** AMR/Riverstone: 1.5 hours<br>BCE: 30 min;<br>ARM: 30 min |

| | |
|---|---|
| **Witness Name:** | James Hackett |
| **Subject Matter:** | Riverstone; Silver Run II; the Business Combination; due diligence conducted in connection with the Business Combination; Riverstone's control of alleged false and misleading statements; Mr. Hackett's control of alleged false and misleading statements; Mr. Hackett's roles at Silver Run II and AMR; alleged false and misleading statements made by Mr. Hackett. |
| **Time for Direct:** 8 hours | **Time for Cross:** AMR/Riverstone: 5 hours<br>BCE: 30 min;<br>ARM: 30 min |

| | |
|---|---|
| **Witness Name:** | Ronald Smith |
| **Subject Matter:** | Alta Mesa's internal controls and financial reporting; Alta Mesa's financial projections. |
| **Time for Direct:** .5 hour | **Time for Cross:** AMR/Riverstone: 45 min<br>BCE: 30 min;<br>ARM: 30 min |

5

| **Witness Name:** | Paul Regan |
|---|---|
| **Subject Matter:** | Expert testimony regarding accounting issues, including but not limited to financial projections and internal controls. |

| **Time for Direct:** | 1 hour | **Time for Cross:** | AMR/Riverstone: 1 hour<br>BCE: 30 min;<br>ARM: 30 min |
|---|---|---|---|

| **Witness Name:** | Scott Grandt |
|---|---|
| **Subject Matter:** | Alta Mesa's public statements to investors; Alta Mesa's financial projections and internal controls; Alta Mesa's use of ESPs. |

| **Time for Direct:** | .5 hour | **Time for Cross:** | AMR/Riverstone: 30 min;<br>ARM: 30 min |
|---|---|---|---|

| **Witness Name:** | John Baldauff |
|---|---|
| **Subject Matter:** | Well spacing and drilling locations; artificial lift including ESPs; S-shaped drilling; Alta Mesa's weekly company and artificial lift meetings. |

| **Time for Direct:** | 1 hour | **Time for Cross:** | AMR/Riverstone: .5 hour<br>BCE: 30 min;<br>ARM: 15 min |
|---|---|---|---|

| **Witness Name:** | Amy Dwyer |
|---|---|
| **Subject Matter:** | Oil and gas issues including Alta Mesa's over-drilling and use of ESPs. |

| **Time for Direct:** | 1 hour | **Time for Cross:** | AMR/Riverstone: .5 hour<br>BCE: 30 min<br>ARM: 15 min |
|---|---|---|---|

| **Witness Name:** | Prof. Michael Hartzmark | | |
|---|---|---|---|
| **Subject Matter:** | Expert testimony regarding market efficiency and the class-wide presumption of reliance. | | |
| **Time for Direct:** | 1 hour | **Time for Cross:** | AMR/Riverstone: 30 minutes<br>BCE: 30 min;<br>ARM: 30 min |

| **Witness Name:** | Prof. Steven Feinstein | | |
|---|---|---|---|
| **Subject Matter:** | Expert testimony regarding loss causation and class-wide damages. | | |
| **Time for Direct:** | 2 hours | **Time for Cross:** | AMR/Riverstone: 1 hour<br>BCE: 30 min;<br>ARM: 30 min |

| **Witness Name:** | Adam Badawi—Expected Rebuttal Witness | | |
|---|---|---|---|
| **Subject Matter:** | Expert testimony in rebuttal to Defendants' experts Charles Whitehead and Steven Pully regarding the "good faith" defense. | | |
| **Time for Direct:** | 1 hour | **Time for Cross:** | AMR/Riverstone: .5 hour<br>BCE: 30 min;<br>ARM: 30 min |

**Witnesses Class Plaintiffs May Call**:

| **Witness Name:** | Jeffrey Tepper | | |
|---|---|---|---|
| **Subject Matter:** | Silver Run II; the Business Combination; public statements made by Silver Run II / AMR including the Proxy; control of public statements made by Silver Run II / AMR. | | |
| **Time for Direct:** | | **Time for Cross:** | |

| | |
|---|---|
| **Witness Name:** | Diana Walters |
| **Subject Matter:** | Silver Run II; the Business Combination; public statements made by Silver Run II / AMR including the Proxy; control of public statements made by Silver Run II / AMR; KPMG's audits of AMR. |
| **Time for Direct:** | **Time for Cross:** |

| | |
|---|---|
| **Witness Name:** | William Gutermuth |
| **Subject Matter:** | Silver Run II; the Business Combination; public statements made by Silver Run II / AMR including the Proxy; control of public statements made by Silver Run II / AMR. |
| **Time for Direct:** | **Time for Cross:** |

| | |
|---|---|
| **Witness Name:** | Donald Dimitrievich |
| **Subject Matter:** | HPS's historical ownership of AMH and KFM; HPS's proceeds from the Business Combination; HPS's control of alleged false and misleading statements by Mr. Chappelle |
| **Time for Direct:** | **Time for Cross:** |

| | |
|---|---|
| **Witness Name:** | Randy Limbacher (Meridian) |
| **Subject Matter:** | Meridian's engagement with Riverstone and Silver Run II; Meridian's technical review of Alta Mesa's in 2018; AMR's leadership transition in 2019. |
| **Time for Direct:** | **Time for Cross:** |

| | |
|---|---|
| **Witness Name:** | Homer "Gene" Cole |
| **Subject Matter:** | Oil and gas issues, including Alta Mesa's spacing tests and wells drilled per section. |
| **Time for Direct:** | **Time for Cross:** |

| | |
|---|---|
| **Witness Name:** | Kevin Bourque |
| **Subject Matter:** | Alta Mesa's oil and gas operations including well spacing and use of ESPs. |
| **Time for Direct:** | **Time for Cross:** |

| **Witness Name:** | David Leuschen |
|---|---|
| **Subject Matter:** | Riverstone; Silver Run II; the Business Combination; due diligence conducted in connection with the Business Combination; Riverstone's control of alleged false and misleading statements. |
| **Time for Direct:** | **Time for Cross:** |

| **Witness Name:** | Jeff Hostettler (HPS) |
|---|---|
| **Subject Matter:** | HPS's historical ownership of AMH and KFM; HPS's proceeds from the Business Combination; HPS's control of alleged false and misleading statements by Mr. Chappelle. |
| **Time for Direct:** | **Time for Cross:** |

| **Witness Name:** | Charles "Bo" Dunne (ARM Energy) |
|---|---|
| **Subject Matter:** | ARM Energy's operation of KFM prior to the Business Combination; KFM's financial projections and earnings; public statements related to KFM; ARM Energy's control of statements by Mr. Chappelle; ARM Energy's proceeds from the Business Combination. |
| **Time for Direct:** | **Time for Cross:** |

| **Witness Name:** | Miles Palke (Ryder Scott) |
|---|---|
| **Subject Matter:** | Ryder Scott's reserve audits for Alta Mesa. |
| **Time for Direct:** | **Time for Cross:** |

| **Witness Name:** | TPH 30(b)(6) (by deposition) |
|---|---|
| **Subject Matter:** | TPH's due diligence of Alta Mesa on behalf of Silver Run II / Riverstone in 2017. |
| **Time for Direct:** | **Time for Cross:** |

| **Witness Name:** | Mark Castiglione (Meridian) |
|---|---|
| **Subject Matter:** | Meridian's engagement with Riverstone and Silver Run II; Meridian's technical review of Alta Mesa's in 2018; AMR's leadership transition in 2019. |
| **Time for Direct:** | **Time for Cross:** |

| | |
|---|---|
| **Witness Name:** | John Campbell (Meridian) |
| **Subject Matter:** | Meridian's engagement with Riverstone and Silver Run II; Meridian's technical review of Alta Mesa's in 2018; AMR's leadership transition in 2019. |
| **Time for Direct:** | **Time for Cross:** |

| | |
|---|---|
| **Witness Name:** | Alexander Shamash (FNY) |
| **Subject Matter:** | FNY's investment in Silver Run II / AMR and related financial loss. |
| **Time for Direct:** | **Time for Cross:** |

| | |
|---|---|
| **Witness Name:** | Shawn Fischman (FNY) |
| **Subject Matter:** | FNY's investment in Silver Run II / AMR and related financial loss. |
| **Time for Direct:** | **Time for Cross:** |

| | |
|---|---|
| **Witness Name:** | Thomas Kirchner |
| **Subject Matter:** | Camelot's investment in Silver Run II / AMR and related financial loss. |
| **Time for Direct:** | **Time for Cross:** |

## PRESENTATION OF THE DEFENDANTS' CASE

Defendants Alta Mesa Resources, Inc., Riverstone Holdings LLC, HPS Investment Partners, LLC, ARM Energy Holdings LLC, Bayou City Energy Management LLC, Harlan H. Chappelle, Michael E. Ellis, Ronald Smith, William D. Gutermuth, James T. Hackett, Jeffrey H. Tepper, Diana J. Walters, (collectively "Defendants") incorporate the list of "intend to call," "will call," and "may call" witnesses set forth by the Class Plaintiffs as witnesses that the Defendants intend to call, except for Amy Dwyer, John Baldauff, Harold McGowen, Frank Gagliardi, Taylor Kirkland, Jim Johnson, Paul Regan, Steven Feinstein, Adam Badawi, Michael Hartzmark, Zachary Nye, and Paul J. Dudenas.

For each of those witnesses incorporated, the subject matters will be the same for the Defendants as with the Class Plaintiffs, the Defendants also intend to examine them about oil and gas issues; midstream operations; Alta Mesa's corporate governance; Alta Mesa's internal controls; Class Plaintiffs; Individual Action Plaintiffs, including issues of reliance; Riverstone; Silver Run II; financial projections and information, including earnings; and the Business Combination.

Defendants reserve all rights to call any witness on Class Plaintiffs' "intend to call" and "may call" lists, even in the event the Class Plaintiffs no longer wishes to call such witnesses, or if such witnesses later become unavailable. Further, Defendants reserve all rights to amend, modify, or supplement the Joint Trial Worksheet prior to filing and through trial, including as to any witness listed herein, the order in which they appear, or the timing for examinations.

**Witnesses Defendants Intend to Call**:

| **Witness Name:** | William Gutermuth | | |
|---|---|---|---|
| **Subject Matter:** | Silver Run II; the Business Combination; AMR | | |
| **Time for Direct:** | AMR/Riverstone: 1 hour<br>ARM: 15 min | **Time for Cross:** | .50 hour |

| **Witness Name:** | Jeffrey Tepper | | |
|---|---|---|---|
| **Subject Matter:** | Silver Run II; the Business Combination; AMR | | |
| **Time for Direct:** | AMR/Riverstone: 1 hour<br>ARM: 15 min | **Time for Cross:** | .50 hour |

11

| Witness Name: | Diana Walters | | |
|---|---|---|---|
| Subject Matter: | Silver Run II; the Business Combination; AMR. | | |
| Time for Direct: | AMR/Riverstone: 1 hour<br>ARM: 15 min | Time for Cross: | .50 hour |

| Witness Name: | Miles Palke (Ryder Scott) | | |
|---|---|---|---|
| Subject Matter: | Silver Run II; the Business Combination; AMR | | |
| Time for Direct: | AMR/Riverstone: 1 hour | Time for Cross: | 1 hour |

| Witness Name: | Jeffrey Knupp (TPH) | | |
|---|---|---|---|
| Subject Matter: | TPH's due diligence of Alta Mesa on behalf of Silver Run II / Riverstone in 2017. | | |
| Time for Direct: | AMR/Riverstone: 1 hour<br>ARM: 15 min | Time for Cross: | 1 hour |

| Witness Name: | John Campbell (Meridian) | | |
|---|---|---|---|
| Subject Matter: | Riverstone; Silver Run II; Meridian's technical review of Alta Mesa in 2018; AMR's leadership transition in 2019. | | |
| Time for Direct: | AMR/Riverstone: 30 min | Time for Cross: | 1 hour |

12

| **Witness Name:** | Kaye Rasmussen | | |
|---|---|---|---|
| **Subject Matter:** | KPMG's audit of Alta Mesa, AMH, and KFM | | |
| **Time for Direct:** | AMR/Riverstone: 1 hour | **Time for Cross:** | 1 hour |
| **Witness Name:** | Charles Whitehead | | |
| **Subject Matter:** | Expert testimony regarding corporate customs and practices; corporate structure; the Business Combination; due diligence conducted into the Business Combination; SPACs; and SEC disclosures. | | |
| **Time for Direct:** | AMR/Riverstone: 1 hour<br>BCE: 30 min;<br>ARM: 30 min | **Time for Cross:** | 1 hour |

| **Witness Name:** | Steven Pully | | |
|---|---|---|---|
| **Subject Matter:** | Expert testimony regarding corporate customs and practices; the Business Combination; SEC disclosures. | | |
| **Time for Direct:** | BCE: 30 min;<br>ARM: 30 min | **Time for Cross:** | .50 hour |

| **Witness Name:** | Danny Rea | | |
|---|---|---|---|
| **Subject Matter:** | Expert testimony regarding financial projections and information; oil and gas issues; Kingfisher Midstream; Alta Mesa; public statements made during the Class Period concerning Alta Mesa. | | |
| **Time for Direct:** | AMR/Riverstone: 1 hour<br>BCE: 30 min;<br>ARM: 30 min | **Time for Cross:** | 1 hour |

| **Witness Name:** | Jack Albers | | |
|---|---|---|---|
| **Subject Matter:** | Oil and gas issues, including but not limited forecasts, reserves, well spacing, and type curves; Alta Mesa; public statements made during the Class Period concerning Alta Mesa; the STACK. | | |
| **Time for Direct:** | AMR/Riverstone: 1 hour<br>BCE: 30 min; | **Time for Cross:** | 1 hour |

13

| | | | |
|---|---|---|---|
| | ARM: 15 min | | |

| | | | |
|---|---|---|---|
| **Witness Name:** | Robert Rasor | | |
| **Subject Matter:** | Expert testimony regarding oil and gas issues, including but not limited to Alta Mesa's well spacing and well count; the STACK; Alta Mesa's type curve; the timing of Alta Mesa's development; Alta Mesa's reserves estimates; and the actions of other STACK operators. | | |
| **Time for Direct:** | AMR/Riverstone: 2 hours<br>BCE: 30 min;<br>ARM: 15 min | **Time for Cross:** | 2 hours |

| | | | |
|---|---|---|---|
| **Witness Name:** | Eddie Fetkovich | | |
| **Subject Matter:** | Expert testimony regarding oil and gas issues, including but not limited Alta Mesa's well spacing, the STACK; oil and gas upstream operations; Alta Mesa's use of ESPs; deviated well bores; and the timing of Alta Mesa's development | | |
| **Time for Direct:** | AMR/Riverstone: 2 hours<br>BCE: 30 min;<br>ARM: 15 min | **Time for Cross:** | 2 hours |

| | | | |
|---|---|---|---|
| **Witness Name:** | John Fiebig | | |
| **Subject Matter:** | Expert testimony regarding accounting issues, including but not limited to financial projections and internal controls. | | |
| **Time for Direct:** | AMR/Riverstone: 1 hour<br>BCE: 30 min;<br>ARM: 30 min | **Time for Cross:** | 1 hour |

| | | | |
|---|---|---|---|
| **Witness Name:** | Eugene Khmelnik | | |
| **Subject Matter:** | Investment in Silver Run II / AMR and vote on Business Combination. | | |
| **Time for Direct:** | AMR/Riverstone: 30 min;<br>ARM: 15 min | **Time for Cross:** | |

14

| **Witness Name:** | Donald Dimitrievich (by deposition) | | |
|---|---|---|---|
| **Subject Matter:** | HPS; SRII; the Business Combination; AMR | | |
| **Time for Direct:** | AMR/Riverstone: 15 min<br>ARM: 15 min | **Time for Cross:** | TBD based on designation |

| **Witness Name:** | Jeff Hostettler (HPS) (by deposition) | | |
|---|---|---|---|
| **Subject Matter:** | HPS; SRII; the Business Combination; AMR | | |
| **Time for Direct:** | AMR/Riverstone: 15 min<br>ARM: 15 min | **Time for Cross:** | TBD based on designation |

| **Witness Name:** | Charles "Bo" Dunne (ARM Energy) | | |
|---|---|---|---|
| **Subject Matter:** | ARM Energy; SRII; the Business Combination; AMR | | |
| **Time for Direct:** | AMR/Riverstone: 1 hour<br>ARM: 3 hours | **Time for Cross:** | 1 hour |

| **Witness Name:** | Rene Stulz | | |
|---|---|---|---|
| **Subject Matter:** | Expert testimony regarding damages and loss causation. | | |
| **Time for Direct:** | AMR/Riverstone: 1 hour<br>BCE: 30 min<br>ARM: 30 min | **Time for Cross:** | 1 hour |

**Witnesses the Defendants May Call:**

| | |
|---|---|
| **Witness Name:** | Donald Sinclair |
| **Subject Matter:** | Oil and gas issues, including midstream issues and operations; AMR. |
| **Time for Direct:** | **Time for Cross:** |

| | |
|---|---|
| **Witness Name:** | Mark Castiglione (Meridian) |
| **Subject Matter:** | Riverstone; Silver Run II; Meridian's technical review of Alta Mesa in 2018; AMR's leadership transition in 2019. |
| **Time for Direct:** | **Time for Cross:** |

| | |
|---|---|
| **Witness Name:** | Randy Limbacher (Meridian) |
| **Subject Matter:** | Riverstone; Silver Run II; Meridian's technical review of Alta Mesa in 2018; AMR's leadership transition in 2019. |
| **Time for Direct:** | **Time for Cross:** |

| | |
|---|---|
| **Witness Name:** | Scott Grandt |
| **Subject Matter:** | AMR |
| **Time for Direct:** | **Time for Cross:** |

| | |
|---|---|
| **Witness Name:** | Kevin Wang (live or by deposition) |
| **Subject Matter:** | Riverstone; Silver Run II; the Business Combination; due diligence; financial projections; AMR. |
| **Time for Direct:** | **Time for Cross:** |

| Witness Name: | James Jackson (Citigroup) | | |
|---|---|---|---|
| Subject Matter: | Riverstone; Silver Run II; Alta Mesa; Kingfisher Midstream; the Business Combination; financial projections and information; due diligence conducted in connection with the Business Combination. | | |
| Time for Direct: | | Time for Cross: | |

| Witness Name: | David McClure (live or by deposition) | | |
|---|---|---|---|
| Subject Matter: | Oil and gas issues, including midstream issues and operations; Kingfisher Midstream; Alta Mesa Holdings; financial projections; AMR. | | |
| Time for Direct: | | Time for Cross: | |

| Witness Name: | Patrick Donovan (by deposition) | | |
|---|---|---|---|
| Subject Matter: | Alyeska; Alyeska's investment in Silver Run II / AMR, including Alyeska's meetings and calls with Defendants; the Business Combination; Riverstone; the alleged misrepresentations. | | |
| Time for Direct: | | Time for Cross: | |

| Witness Name: | Thomas Kirchner | | |
|---|---|---|---|
| Subject Matter: | Transactions in Alta Mesa securities, including transactions on behalf of Camelot Event Driven Fund, A Series of Frank Funds Trust; the Business Combination; Riverstone; Alta Mesa; the alleged misrepresentations. | | |
| Time for Direct: | | Time for Cross: | |

| Witness Name: | Alexander Shamash (FNY) | | |
|---|---|---|---|
| Subject Matter: | FNY's investment in Silver Run II / AMR and related financial loss. | | |
| Time for Direct: | | Time for Cross: | |

| | |
|---|---|
| **Witness Name:** | Shawn Fischman (FNY) |
| **Subject Matter:** | FNY's investment in Silver Run II / AMR and related financial loss. |

| | | | |
|---|---|---|---|
| **Time for Direct:** | | **Time for Cross:** | |

| | |
|---|---|
| **Witness Name:** | Don Dimitrievich (live or by deposition) |
| **Subject Matter:** | HPS's good faith defense to 20(a) liability. |

| | | | |
|---|---|---|---|
| **Time for Direct:** | | **Time for Cross:** | |

| | |
|---|---|
| **Witness Name:** | Jeff Hostettler (live or by deposition) |
| **Subject Matter:** | HPS's good faith defense to 20(a) liability. |

| | | | |
|---|---|---|---|
| **Time for Direct:** | | **Time for Cross:** | |

| | |
|---|---|
| **Witness Name:** | Audra Boone |
| **Subject Matter:** | Expert testimony regarding damages and loss causation. |

| | | | |
|---|---|---|---|
| **Time for Direct:** | | **Time for Cross:** | |

| | |
|---|---|
| **Witness Name:** | Thomas Walker (by deposition). |
| **Subject Matter:** | SEC filings by Silver Run II. |

| | | | |
|---|---|---|---|
| **Time for Direct:** | | **Time for Cross:** | |

## **CLOSING**

Minutes Requested by Plaintiffs: 150 minutes
Minutes Requested by Defendant BCE: <u>30 min</u>
Minutes Requested by Defendants AMR, Riverstone, and the remaining Individual Defendants: <u>     120 minutes     </u>
Minutes Requested by Defendant ARM: <u>30 min</u>

18

Provide any additional informational information that may impact the amount of time needed for trial of this case:

_____
_____
_____

Total Number of Hours and Minutes Estimated for Trial:

    by Plaintiffs  <u>39.5 hours for Direct, 15.5 hours for Cross (55 hours for witnesses), Plus 1 hour for Opening and an estimated 2.5 hours for Closing</u>

    By Defendants AMR, Riverstone, and the remaining Individual Defendants: <u>16.75 hours for Direct, 30.25 hours for Cross (47 hours for witnesses), Plus 1 hour for Opening and an estimated 2 hours for Closing</u>

    By Defendant ARM Energy: <u>8 hours for Direct, 13.25 hours for Cross (21.25 hours for witnesses), Plus 0.5 hour for Opening and an estimated 0.5 hours for Closing</u>

    By Defendant BCE: <u>4 hours for Direct, 15 hours for Cross (19 hours for witnesses), Plus 0.5 hour for Opening and an estimated 0.5 hours for Closing</u>

Date filed: _____

                                                _____
                                                COUNSEL FOR PLAINTIFFS

                                                _____
                                                COUNSEL FOR DEFENDANTS