# EXHIBIT D

*In re Alta Mesa Resources, Inc.*, Case No. 4:19-cv-00957
Defendants' Affirmative Deposition Designations

| Transcript Name | Designation | Duration | Start Page | Start Line | Start Time | Range | End Page | End Line | End Time | Transcript Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Collins, Craig | Defendants' Designation | 3.46 | 9 | 6 | 0:02:48.369 | 9:6 - 9:8 | 9 | 8 | 0:02:51.829 | 05/18/2023 |
| Collins, Craig | Defendants' Designation | 83.98 | 26 | 7 | 0:31:55.079 | 26:7 - 26:22 | 26 | 22 | 0:33:19.060 | 05/18/2023 |
| Collins, Craig | Defendants' Designation | 73.57 | 27 | 10 | 0:33:54.917 | 27:10 - 28:1 | 28 | 1 | 0:35:08.489 | 05/18/2023 |
| Collins, Craig | Defendants' Designation | 3.08 | 47 | 21 | 1:09:09.160 | 47:21 - 47:22 | 47 | 22 | 1:09:12.240 | 05/18/2023 |
| Collins, Craig | Defendants' Designation | 4.3 | 47 | 24 | 1:09:26.450 | 47:24 - 47:25 | 47 | 25 | 1:09:30.750 | 05/18/2023 |
| Collins, Craig | Defendants' Designation | 4.83 | 48 | 1 | 1:09:34.790 | 48:1 - 48:3 | 48 | 3 | 1:09:39.620 | 05/18/2023 |
| Collins, Craig | Defendants' Designation | 15.76 | 59 | 1 | 1:28:00.299 | 59:1 - 59:6 | 59 | 6 | 1:28:16.060 | 05/18/2023 |
| Collins, Craig | Defendants' Designation | 52.79 | 102 | 22 | 2:46:28.070 | 102:22 - 103:4 | 103 | 4 | 2:47:20.860 | 05/18/2023 |
| Collins, Craig | Defendants' Designation | 75.3 | 105 | 11 | 2:51:36.650 | 105:11 - 106:8 | 106 | 8 | 2:52:51.950 | 05/18/2023 |
| Dimitrievich, Don | Defendants' Designation | 21.87 | 16 | 15 | 0:07:41.760 | 16:15 - 16:25 | 16 | 25 | 0:08:03.630 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 16.41 | 17 | 2 | 0:08:04.559 | 17:2 - 17:9 | 17 | 9 | 0:08:20.970 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 3.75 | 17 | 20 | 0:08:56.119 | 17:20 - 17:22 | 17 | 22 | 0:08:59.869 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 14.12 | 39 | 14 | 0:35:09.010 | 39:14 - 39:19 | 39 | 19 | 0:35:23.129 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 13.17 | 157 | 2 | 3:20:33.790 | 157:2 - 157:6 | 157 | 6 | 3:20:46.959 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 6.89 | 161 | 2 | 3:25:30.400 | 161:2 - 161:4 | 161 | 4 | 3:25:37.290 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 15.88 | 161 | 7 | 3:25:44.849 | 161:7 - 161:11 | 161 | 11 | 3:26:00.730 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 6.41 | 176 | 21 | 3:47:12.759 | 176:21 - 176:23 | 176 | 23 | 3:47:19.169 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 1.8 | 177 | 24 | 3:48:34.839 | 177:24 - 177:25 | 177 | 25 | 3:48:36.639 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 6.78 | 178 | 2 | 3:48:39.450 | 178:2 - 178:4 | 178 | 4 | 3:48:46.230 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 12.83 | 178 | 7 | 3:48:54.709 | 178:7 - 178:12 | 178 | 12 | 3:49:07.540 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 14.03 | 178 | 14 | 3:49:11.410 | 178:14 - 178:19 | 178 | 19 | 3:49:25.440 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 12.59 | 178 | 21 | 3:49:28.089 | 178:21 - 178:25 | 178 | 25 | 3:49:40.679 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 0 | 179 | 2 | 3:49:42.684 | 179:2 - 179:2 | 179 | 2 | 3:49:42.684 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 24.81 | 179 | 4 | 3:49:46.430 | 179:4 - 179:12 | 179 | 12 | 3:50:11.240 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 25.71 | 179 | 14 | 3:50:16.589 | 179:14 - 179:23 | 179 | 23 | 3:50:42.299 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 0 | 179 | 25 | 3:50:48.169 | 179:25 - 179:25 | 179 | 25 | 3:50:48.169 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 65.29 | 180 | 2 | 3:50:49.440 | 180:2 - 180:19 | 180 | 19 | 3:51:54.730 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 10.76 | 180 | 22 | 3:51:59.009 | 180:22 - 180:25 | 180 | 25 | 3:52:09.769 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 0 | 181 | 2 | 3:52:13.349 | 181:2 - 181:2 | 181 | 2 | 3:52:13.349 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 54.11 | 181 | 4 | 3:52:15.290 | 181:4 - 181:16 | 181 | 16 | 3:53:09.400 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 40.76 | 182 | 7 | 3:53:57.719 | 182:7 - 182:18 | 182 | 18 | 3:54:38.480 | 03/07/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 3.1 | 11 | 20 | 0:04:58.730 | 11:20 - 11:22 | 11 | 22 | 0:05:01.829 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 12.56 | 25 | 17 | 0:19:02.430 | 25:17 - 25:21 | 25 | 21 | 0:19:14.990 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 17.49 | 26 | 3 | 0:19:32.550 | 26:3 - 26:9 | 26 | 9 | 0:19:50.040 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 22.38 | 26 | 14 | 0:20:06.979 | 26:14 - 26:19 | 26 | 19 | 0:20:29.359 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 0 | 26 | 22 | 0:20:36.489 | 26:22 - 26:22 | 26 | 22 | 0:20:36.489 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 32.27 | 27 | 6 | 0:21:10.420 | 27:6 - 27:10 | 27 | 10 | 0:21:42.689 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 2.07 | 93 | 7 | 2:13:21.330 | 93:7 - 93:8 | 93 | 8 | 2:13:23.399 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 9.3 | 93 | 10 | 2:13:29.490 | 93:10 - 93:13 | 93 | 13 | 2:13:38.790 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 2.08 | 93 | 14 | 2:13:45.450 | 93:14 - 93:16 | 93 | 16 | 2:13:47.529 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 13.28 | 93 | 18 | 2:13:52.540 | 93:18 - 93:21 | 93 | 21 | 2:14:05.825 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 6.81 | 93 | 22 | 2:14:06.319 | 93:22 - 93:24 | 93 | 24 | 2:14:13.129 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 4.48 | 94 | 2 | 2:14:20.209 | 94:2 - 94:4 | 94 | 4 | 2:14:24.689 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 8.97 | 107 | 12 | 2:42:28.030 | 107:12 - 107:14 | 107 | 14 | 2:42:37.000 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 18.15 | 107 | 16 | 2:42:44.959 | 107:16 - 107:22 | 107 | 22 | 2:43:03.110 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 4.81 | 107 | 23 | 2:43:06.440 | 107:23 - 107:25 | 107 | 25 | 2:43:11.250 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 81.76 | 108 | 2 | 2:43:13.559 | 108:2 - 108:25 | 108 | 25 | 2:44:35.320 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 9.74 | 110 | 16 | 2:47:08.110 | 110:16 - 110:19 | 110 | 19 | 2:47:17.853 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 3.32 | 110 | 22 | 2:47:22.198 | 110:22 - 110:23 | 110 | 23 | 2:47:25.519 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 0.44 | 110 | 24 | 2:47:48.599 | 110:24 - 110:25 | 110 | 25 | 2:47:49.040 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 34.16 | 111 | 2 | 2:48:02.980 | 111:2 - 111:12 | 111 | 12 | 2:48:37.139 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 3.28 | 111 | 21 | 2:49:04.030 | 111:21 - 111:23 | 111 | 23 | 2:49:07.309 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 31.97 | 112 | 13 | 2:50:06.790 | 112:13 - 112:25 | 112 | 25 | 2:50:38.759 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 0 | 113 | 2 | 2:50:43.740 | 113:2 - 113:2 | 113 | 2 | 2:50:43.740 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 30.26 | 116 | 19 | 2:55:40.019 | 116:19 - 116:25 | 116 | 25 | 2:56:10.280 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 38.5 | 117 | 2 | 2:56:12.719 | 117:2 - 117:16 | 117 | 16 | 2:56:51.219 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 13.15 | 119 | 6 | 3:00:49.389 | 119:6 - 119:8 | 119 | 8 | 3:01:02.540 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 51.32 | 119 | 11 | 3:01:07.009 | 119:11 - 119:19 | 119 | 19 | 3:01:58.329 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 15 | 129 | 9 | 3:18:58.580 | 129:9 - 129:14 | 129 | 14 | 3:19:13.583 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 32.6 | 225 | 12 | 6:10:23.349 | 225:12 - 225:19 | 225 | 19 | 6:10:55.949 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 40.61 | 286 | 14 | 8:00:01.093 | 286:14 - 286:25 | 286 | 25 | 8:00:41.699 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 76.58 | 287 | 2 | 8:00:53.179 | 287:2 - 287:24 | 287 | 24 | 8:02:09.759 | 04/18/2023 |