# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |

**PARTIES' AGREED PROPOSED *VOIR DIRE* QUESTIONS**

1. Describe your educational background. For example, what is your highest level of education? If you have a degree, what was your major field of study?

2. Describe your occupational background. For example, what is your occupation, including your job title and duties? If you are retired or currently unemployed, what was your most recent occupation?

3. Have you ever been an executive or officer of a company?

4. Have you ever served on the board of directors of a company?

5. Do you belong to or volunteer for any community service, charitable, civil, or social organizations? If yes, please name them.

6. Have you, or anyone in your household, ever owned their own business?

7. Have you ever started, bought or sold a business?

8. Do you watch financial news?

9. What is your primary source of learning about current events: local TV news, network news (e.g., ABC or NBC), cable news (e.g., CNN or Fox News), print news (e.g., Houston Chronicle), websites, or social media (e.g., Facebook)?

10. Have you, or anyone close to you, ever had any training or worked in law/legal field?

11. Have you, or anyone close to you, ever worked in the oil or gas industry?

12. Do you have any special knowledge, education, or interest in the oil or gas industry?

13. Have you, or anyone close to you, ever invested in any company in the oil or gas industry?

14. Do you have an opinion regarding whether oil and gas stocks are particularly risky investments?

15. Do you invest in the stock market?

16. Do you have any special knowledge, education, or interest in the stock market or investing in stocks?

17. Have you, or anyone close to you, ever worked in the securities industry, such as being a financial advisor, broker or banker involved in buying or selling stocks?

18. Have you ever worked for or with a private equity fund or hedge fund?

19. Do you have any opinions of private equity funds or hedge funds?

20. Have you, or an immediate family member, ever filed for bankruptcy?

21. Have you, or an immediate family member, ever worked for a company that filed for bankruptcy?

22. Have you ever been laid-off or fired because the company you worked for filed for bankruptcy or was otherwise in financial distress?

23. Have you ever served on the board of any type of organization—such as a hospital, sports club, community organization, etc.?

24. What do you do in your spare time? What are your hobbies and interests? Do you belong to any clubs or organizations?

25. Have you ever had any prior jury service?  If so, was it in a civil or criminal case?  Did the jury reach a verdict in the case?

26. Have you, or an immediate family member, ever filed a lawsuit against a company or served as a class representative?

27. Have you ever testified in a legal proceeding, such as a deposition, trial or arbitration?

28. Do you believe that simply because someone brings a lawsuit, that must mean that person deserves to get money?

29. Have you or a family member ever been the victim of a fraud or been accused of defrauding anyone?

30. Has any company you worked for ever been accused of committing fraud?

31. Have you ever felt that you were misled or deceived in any type of investment or business deal?

32. Have you ever lost a significant amount of money in an investment? What happened and who, if anyone, do you believe was at fault?

33. Have you ever lost a significant amount of money (aside from investments)? What happened and who, if anyone, do you believe was at fault?

34. Have you ever felt you were cheated out of a significant amount of money?

35. Have you, or any of your family members, ever worked for a company where there have been allegations of wrongdoing by corporate executives?

36. Do you know what a shell company is? If so, what are your opinions?

37. Do you think corporations should be treated the same as individuals in court?

38. Have you heard or read anything about this case before you came to this courtroom?

39. Do you have any reason to believe that anything in your life experience will make you partial to one side or the other in this case?

40. Do you have any ethical, religious, political, or other beliefs that may prevent you from serving as a juror?

41. This trial is estimated to last 5 weeks, beginning on November 4, 2024. There will be no proceedings on weekends or holidays. Do you have reason to believe that jury service of that length would cause a significant hardship for you?

42. Do you believe there is any reason you would not be able to serve as a fair and impartial juror in this matter?

43. Do you know anything about the people or entities listed in Appendix A (beyond recognizing the name)?

**Appendix A**

- Alta Mesa Resources, Inc. (or AMR)
- Alta Mesa Holdings, LP (or AMH)
- High Mesa Holdings, LP
- Kingfisher Midstream LLC (or KFM)
- Riverstone Holdings LLC
- ARM Energy Holdings LLC (or ARM)
- Bayou City Energy Management, LLC (or BCE)
- HPS Investment Partners, LLC
- Camelot Event Driven Fund, A Series of Frank Funds Trust
- United Association National Pension Fund
- FNY Partners Fund LP
- FNY Managed Accounts, LLC
- Paul J. Burbach
- Toni Inscoe
- Eugene Khmelnik
- Harold McGowen
- Taylor Kirkland
- Frank Gagliardi
- Jim Johnson
- Craig Collins
- Tamara Sheils
- Tim Turner
- Hal Chappelle
- Michael Ellis
- Michael Christopher
- William McMullen
- Pierre Lapeyre, Jr.
- James Hackett
- Ronald Smith
- Paul Regan
- John Baldauff
- Amy Dwyer
- Michael Hartzmark
- Steven Feinstein
- Adam Badawi
- Jeffrey Tepper

- Diana Walters
- William Gutermuth
- Donald Dimitrievich
- Randy Limbacher
- Homer "Gene" Cole
- Scott Grandt
- Kevin Bourque
- David Leuschen
- Jeff Hostettler
- Charles "Bo" Dunne
- Andrew Koehler
- Mark Stoner
- Zach Lee
- Miles Palke
- Ryder Scott Co.
- Mark Castiglione
- Meridian Energy LLC
- John Campbell
- Alexander Shamash
- Shawn Fischman
- Thomas Kirchner
- Kaye Rasmussen
- Charles Whitehead
- Steven Pully
- Danny Rea
- Jack Albers
- Robert Rasor
- Eddie Fetkovich
- John Fiebig
- Rene Stulz
- Donald Sinclair
- Kevin Wang
- James Jackson
- David McClure
- Audra Boone
- Jeffrey Knupp
- Tudor, Pickering, Holt & Co.
- Trig R. Smith

- John M. Kelley
- Stephen Johnson
- J. Christian Word
- Andrew Clubok
- Matthew J. Peters
- Sarah M. Gragert
- Laura E. Bladow
- Jansen M. VanderMeulen
- Henry Zaytoun III
- William Tazewell Jones
- Heather A. Waller
- Kathryn George
- Arthur F. Foerster
- Ashley Gebicke
- Walter M. Berger
- Katherine A. Preston
- John E. Schreiber
- Kenneth A. Young
- Nick Brown
- Grant Jones
- Sydney Corry
- James L. Silliman
- Bruce M. Bettigole
- Adam C. Pollet
- Andrea Gordon
- Jessica R. Rodgers
- Samantha N. Darnell
- Ian Jones
- Andrew J. Entwistle
- Callie Crispin
- Sal H. Lee
- Joshua K. Porter
- Brendan J. Brodeur
- Andrew M. Sher
- Carol C. Villegas
- David Saldamando