# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-00957 |

## [PROPOSED] ORDER GRANTING CLASS PLAINTIFFS' MOTION *IN LIMINE* NO. 5: MOTION TO PRECLUDE EVIDENCE OR ARGUMENT AS TO THE CLASS'S AGGREGATE DAMAGES

The Court, having considered Class Plaintiffs' Motion *in Limine* No. 5: Motion to Preclude Evidence or Argument as to the Class's Aggregate Damages ("Motion"), and all papers submitted in support thereof, and for good cause shown, hereby **GRANTS** Class Plaintiffs' Motion as follows:

1.      All witnesses are precluded from testifying at trial as to the damages, suffered or sought on behalf of the Class, on an aggregate basis.

2.      All argument, commentary, reference to, or suggestion of damages on an aggregate basis, in the presence of the jury, is precluded.

3.      This order applies to trial as well as the jury selection process.

Signed this ____ day of _____, _____.


_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

- 1 -

4895-7946-8784.v1