UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-00957 |

**DECLARATION OF STEPHEN JOHNSON IN SUPPORT OF CLASS PLAINTIFFS' MOTION *IN LIMINE* NO. 4: MOTION TO PRECLUDE EVIDENCE CONCERNING THE <u>INDIVIDUAL ACTION PLAINTIFFS' DAMAGES EXPERT</u>**

4888-4710-2960.v1

I, Stephen Johnson, declare as follows:

1. I am a member of the State Bar of California and am admitted *pro hac vice* to practice before this Court. I am an attorney with the law firm of Robbins, Geller, Rudman & Dowd LLP, counsel for Class Plaintiffs and Court-Appointed Co-Class Counsel.

2. I respectfully submit this declaration in support of Class Plaintiffs' contemporaneously filed Motion *in Limine* No. 4: Motion to Preclude Evidence Concerning the Individual Action Class Plaintiffs' Damages Expert.

3. Attached hereto are true and correct copies of the following documents:

Exhibit 1: Excerpts of the transcript of the deposition of Steven Feinstein taken in this action.

Exhibit 2: Excerpts of the transcript of the deposition of Zachary Nye taken in this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 21, 2024, at Houston, Texas.

*/s/ Stephen Johnson*
STEPHEN JOHNSON