# EXHIBIT 1

```
                                                    Page 1

 1                              VOLUME:    I
                                PAGES:     1-301
 2                              EXHIBITS:  D-79-D-83
                 UNITED STATES DISTRICT COURT
 3            FOR THE SOUTHERN DISTRICT OF TEXAS
                       HOUSTON DIVISION
 4            CIVIL ACTION NO. 4:19-cv-00957
     IN RE:
 5   ALTA MESA RESOURCES, INC.
     SECURITIES LITIGATION
 6   _____
 7   ALYESKA MASTER FUND, L.P., ALYESKA MASTER
 8   FUND 2, L.P., AND ALYESKA MASTER FUND 3, L.P.,
 9                  Plaintiffs,
10               vs.
11   ALTA MESA RESOURCES, INC., f/k/a SILVER RUN
12   ACQUISITION CORPORATION II; RIVERSTONE HOLDINGS,
13   LLC; ARM ENERGY HOLDINGS, LLC; BAYOU CITY ENERGY
14   MANAGEMENT, LLC; HPS INVESTMENT PARTNERS, LLC;
15   JAMES T. HACKETT; HARLAN H. CHAPPELLE; WILLIAM
16   GUTERMUTH; JEFFREY H. TEPPER; DIANA J. WALTERS;
17   MICHAEL E. ELLIS; RONALD SMITH; DON
18   DIMITRIEVICH; PIERRE F. LAPEYRE, JR.; DAVID M.
19   LEUSCHEN; WILLIAM W. McMULLEN; DONALD SINCLAIR;
20   STEPHEN COATS; and THOMAS J. WALKER,
21                  Defendants.
22   _____
23   VIDEOTAPED DEPOSITION OF STEVEN P. FEINSTEIN, PhD
24            FRIDAY, NOVEMBER 10, 2023
25                  8:56 AM (EST)
```

1    Q.   Okay.  Are you aware that the opt-out
2  plaintiffs also retained experts in this
3  litigation?
4    A.   Yes.
5    Q.   Did you have any interactions with any of
6  the opt-out plaintiffs' experts?
7    A.   No.
8    Q.   Are you familiar with Dr. Zachary Nye?
9    A.   I am.
10   Q.   Okay.  Did you have any interactions with
11 Doctor Nye?
12   A.   No.
13        MR. SMITH:  Object to form.  Asked and
14 answered.
15        Go ahead, sorry.
16   A.   No.
17   Q.   Did you read Doctor Nye's report?
18   A.   No.  No, I didn't.
19   Q.   And so other -- we talked earlier about
20 preparation for this deposition.  Other than
21 preparation for this deposition, have you performed
22 any additional work since your report, defense
23 Exhibit 79, was submitted in this case?
24   A.   Yes.
25   Q.   What work have you performed?

```
 1    Commonwealth of Massachusetts
 2    Middlesex, ss.
 3
 4
              I, P. Jodi Ohnemus, Notary Public
 5    in and for the Commonwealth of Massachusetts,
      do hereby certify that there came before me on the
 6    10th day of November, 2023, the deponent herein,
      who was duly sworn by me; that the ensuing
 7    examination upon oath of the said deponent was
      reported stenographically by me and transcribed
 8    into typewriting under my direction and control;
      and that the within transcript is a true record of
 9    the questions asked and answers given at said
      deposition.
10
11            I FURTHER CERTIFY that I am neither
      attorney nor counsel for, nor related to or
12    employed by any of the parties to the action
      in which this deposition is taken; and, further,
13    that I am not a relative or employee of any
      attorney or financially interested in the outcome
14    of the action.
15
              IN WITNESS WHEREOF I have hereunto set my
16    hand and affixed my seal of office this
      13th day of November, 2023, at Waltham.
17
18
19            [signature: Patricia Jodi Ohnemus]
20
21            P. Jodi Ohnemus, RPR, RMR, CRR,
              CSR, Notary Public,
22            Commonwealth
              of Massachusetts
23            My Commission Expires:
              3/3/2028
24
25
```