# EXHIBIT 2

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE SOUTHERN DISTRICT OF TEXAS
 3                    HOUSTON DIVISION
 4   IN RE:
 5   ALTA MESA RESOURCES, INC.    Case No. 4:19-cv-00957
 6   SECURITIES LITIGATION
     _____
 7
 8
 9
10
11
12      **CONFIDENTIAL UNDER THE PROTECTIVE ORDER**
13         Video Deposition of Zachary Nye, Ph.D.
14               Menlo Park, California
15             Tuesday, November 14, 2023
16
17
18
19
20
     STENOGRAPHICALLY REPORTED BY:
21   REBECCA L. ROMANO, RPR, CSR, CCR
     California CSR No. 12546
22   Nevada CCR No. 827
     Oregon CSR No. 20-0466
23   Washington CCR No. 3491
24   JOB NO. 6287773
25   PAGES 1 - 263
```

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 83

1   Q.   (By Ms. Bladow)  Are you familiar with
2   the class plaintiffs?
3          MR. BODNAR:  Object to form.
4          THE DEPONENT:  Yes, I'm aware there's a
5   class action involving the same or similar set of
6   defendants.
7   Q.   (By Ms. Bladow)  And are you aware that
8   class plaintiffs also retained experts in this
9   litigation?
10  A.   I am.
11  Q.   And did you have any interactions with
12  class plaintiffs' experts?
13  A.   No.
14  Q.   Do you know who Dr. Feinstein is?
15  A.   Steven Feinstein?
16  Q.   Yes.
17  A.   I've met his brother, actually, but I've
18  never met him.  But, yes, I'm aware of
19  Dr. Feinstein -- or Professor Feinstein.  Excuse
20  me.
21  Q.   I didn't realize being an economist was
22  such a family business.
23  A.   Just in my business, me and my dad.
24  Q.   So did you have -- I take it you didn't
25  have any interactions with Dr. Feinstein?

Page 84

```
 1        A.    None, no.
 2        Q.    Have you read Dr. Feinstein's report in
 3   the class action?
 4        A.    No, I have not.
 5        Q.    Are you aware that Dr. Feinstein was
 6   deposed on Friday?
 7        A.    Yes.  I -- I heard that.
 8        Q.    Okay.  And what did you hear about his
 9   deposition?
10        A.    Just that he was being deposed.
11        Q.    Okay.  Have you reviewed his transcript?
12        A.    No.
13        Q.    Since you submitted your report on
14   August 31st, 2023, have you performed any
15   additional work?
16        A.    I've reviewed Dr. Stulz and, I think,
17   Dr. Boone's reports.
18        Q.    Have you performed any other additional
19   work?
20        A.    Just preparing for this deposition.
21        Q.    And how much time did you spend reviewing
22   Dr. Stulz' report?
23        A.    I don't know.
24              I can't recall.
25              I read it a couple times.
```

1       I, Rebecca L. Romano, a Registered
2  Professional Reporter, Certified Shorthand
3  Reporter, Certified Court Reporter, do hereby
4  certify:
5       That the foregoing proceedings were taken
6  before me remotely at the time and place herein set
7  forth; that any deponents in the foregoing
8  proceedings, prior to testifying, were administered
9  an oath; that a record of the proceedings was made
10 by me using machine shorthand which was thereafter
11 transcribed under my direction; that the foregoing
12 transcript is true record of the testimony given.
13      Further, that if the foregoing pertains to the
14 original transcript of a deposition in a Federal
15 Case, before completion of the proceedings, review
16 of the transcript [ ] was [X] was not requested.
17      I further certify I am neither financially
18 interested in the action nor a relative or employee
19 of any attorney or any party to this action.
20      IN WITNESS WHEREOF, I have this date
21 subscribed my name.
22
23 Dated:    November 17,
24                           _____
                             Rebecca L. Romano, RPR, CCR
25                           CSR. No 12546