**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-00957 |

**[PROPOSED] ORDER GRANTING CLASS PLAINTIFFS' MOTION**
***IN LIMINE* NO. 4: MOTION TO PRECLUDE EVIDENCE CONCERNING THE**
**FORMER 2 INDIVIDUAL ACTION PLAINTIFFS' DAMAGES EXPERT**

The Court, having considered Class Plaintiffs' Motion *in Limine* No. 4: Motion to Preclude Evidence Concerning the Individual Action Plaintiffs' Damages Expert ("Motion"), and all papers submitted in support thereof, and for good cause shown, hereby **GRANTS** Class Plaintiffs' Motion as follows:

1.      The expert reports prepared by Zachary Nye in this action, the contents thereof, and related deposition testimony are hereby excluded.

2.      All parties are hereby precluded from introducing or eliciting testimony from any witness concerning Nye's reports, opinions, or deposition testimony.

Signed this ___ day of _____, _____.


_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

- 1 -