UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF THEIR <u>MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTIONS IN LIMINE</u>**

The Court having considered Defendants Alta Mesa Resources, Inc., Riverstone Holdings LLC, Harlan H. Chappelle, Michael E. Ellis, William D. Gutermuth, James T. Hackett, Ronald J. Smith, Jeffrey H. Tepper, and Diana J. Walters' ("Defendants") Motion to File Under Seal Certain Documents in Support of Their Defendants' Memorandum of Law in Support of Their Motions in Limine, and for good cause shown, HEREBY ORDERS THAT Defendants' Motion to Seal is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court is directed to place the unredacted versions of Defendants' Memorandum of Law in Support of Their Motions in Limine, Declaration of Matthew J. Peters, as well as the entirety of Exhibits 3-5 in support of the Motions under seal, without further order of the Court.

It is so ORDERED.

Signed on _____, 2024

_____
Honorable George C. Hanks, Jr.
United States District Judge

1