# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr |

## [PROPOSED] ORDER GRANTING DEFENDANT ARM ENERGY HOLDINGS, LLC'S UNOPPOSED MOTION TO FILE UNDER SEAL EXHIBITS TO ITS MOTIONS *IN LIMINE*

Before the Court is Defendant ARM Energy Holdings, LLC's Unopposed Motion to File Under Seal Exhibits to its Motions *in Limine* ("Motion"). Having considered the Motion, and for good cause shown, the Motion is **GRANTED**.

IT IS FURTHER ORDERED that the Clerk of Court is directed to place the unredacted versions of Exhibits A through D of Defendant ARM Energy Holdings, LLC's Motions *in Limine* under seal, without further order of the Court.

SIGNED this _____ day of _____, 2024.

_____
HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE