# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | No. 4:19-cv-00957 |
| ALYESKA MASTER FUND, L.P., ALYESKA MASTER FUND 2, L.P., and ALYESKA MASTER FUND 3, L.P., <br><br>Plaintiffs,<br><br>v.<br><br>ALTA MESA RESOURCES, INC., *et al.*<br><br>Defendants. | Judge George C. Hanks, Jr.<br><br>No. 4:22-cv-01189 |
| ORBIS GLOBAL EQUITY LE FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL EQUITY FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL BALANCED FUND (AUSTRALIA REGISTERED), ORBIS SICAV, ORBIS INSTITUTIONAL GLOBAL EQUITY L.P., ORBIS GLOBAL EQUITY FUND LIMITED, ORBIS INSTITUTIONAL FUNDS LIMITED, ALLAN GRAY AUSTRALIA BALANCED FUND, ORBIS OEIC, and ORBIS INSTITUTIONAL U.S. EQUITY L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ALTA MESA RESOURCES, INC., *et al.*,<br><br>Defendants. | No. 4:22-cv-2590 |

### ORDER GRANTING BAYOU CITY ENERGY MANAGEMENT, LLC'S MOTION IN LIMINE TO ENFORCE SUMMARY JUDGEMENT RULINGS

The Court having considered Bayou City Energy Management, LLC's Motion in Limine to Enforce Summary Judgement Rulings, any opposition thereto, and for good cause shown, is of the opinion that the Motion should be **GRANTED**.

Accordingly, **IT IS ORDERED** that:

1. The parties are hereby precluded from introducing evidence of, or making any argument or comment upon in the presence of the jury that BCE or McMullen allegedly controlled statements other than the two statements made by Chappelle in the August 16, 2017 press release and the August 17, 2017 investor presentation where Chappelle is listed as a defendant;

2. The parties are hereby precluded from introducing evidence of, or making any argument or comment upon in the presence of the jury that BCE or McMullen controlled AMH or KFM;

3. The parties are hereby precluded from introducing evidence of, or making any argument or comment upon in the presence of the jury that BCE or McMullen exercised control over Chappelle by providing or failing to provide edits either before or after the August 16, 2017 press release and the August 17, 2017 investor presentation;

4. The parties are hereby precluded from introducing evidence of, or making any argument or comment upon in the presence of the jury, that BCE is a "Control Entity Defendant";

5. The parties are hereby precluded from introducing evidence of, or making any argument or comment upon in the presence of the jury hearsay statements made by other defendants or non-parties offered as purported opposing-party statements against BCE; and

6. The parties are hereby precluded from introducing evidence of, or making any argument or comment upon in the presence of the jury that BCE or McMullen committed a primary violation of the securities laws.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE