United States District Court
Southern District of Texas

**ENTERED**
October 22, 2024
~~Nathan Ochsner~~, Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston ▼ | Case Number | 4:19-cv-00957 |
|---|---|---|---|

In re ALTA MESA RESOURCES, INC. SECURITIES LITIGATION

*versus*

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Brittany M.J. Record<br>Latham & Watkins LLP<br>555 Eleventh Street, NW Suite 1000<br>Washington, D.C. 20004-1304<br>(202) 637-2200, brittany.record@lw.com<br>DC Bar No.1708396 VA Bar No. 93588<br>(see attached addendum for federal court admissions) |

| Name of party applicant seeks to appear for: | Alta Mesa Resources, Inc., f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; James T. Hackett, Harlan H. Chappelle, William Gutermuth, Jeffrey H. Tepper, Diana J. Walters; Michael E. Ellis; Ronald Smith; Pierre F. Lapeyre, Jr.; David M. Leuschen; Donald Sinclair; Stephen Coats; and Thomas J. Walker |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/21/2024 | Signed: | /s/ Brittany M.J. Record |
|---|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: October 22, 2024 | Clerk's signature   *Kimberly Picota* |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____ October 22, 2024 _____

*George C. Hanks Jr*
United States District Judge