# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-00957 |

## STIPULATION AND [PROPOSED] ORDER
## REGARDING ORDER OF PROOF AT TRIAL

4874-1642-4178.v1

Court-appointed Class Plaintiffs and Class Representatives, FNY Partners Fund LP, FNY Managed Accounts, LLC, Paul J. Burbach, United Association National Pension Fund (f/k/a Plumbers and Pipefitters National Pension Fund) and Camelot Event Driven Fund, a series of Frank Funds Trust (collectively, "Plaintiffs") and Defendants James T. Hackett, Jeffrey H. Tepper, Diana J. Walters, Harlan H. Chappelle, Michael E. Ellis, Ronald Smith, Riverstone Holdings LLC, Bayou City Energy LLC, and ARM Energy Holdings LLC (collectively, "Defendants" and, together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby enter into this Stipulation regarding the order of proof at trial.

WHEREAS, the Parties have conferred regarding the order of proof in an effort to present the evidence in a manner least likely to cause confusion, duplication or prejudice to any party;

WHEREAS, Federal Rule of Evidence 611(a) allows the Court to "exercise reasonable control over the mode and order of examining witnesses and presenting evidence" and the order of proof at trial rests within the sound discretion of the trial court (*Rodriguez v. Olin Corp.*, 780 F.2d 491, 494 (5th Cir. 1986));

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties hereto, through their undersigned counsel and subject to the approval of the Court, as follows:

1.  In the interest of efficiency and to mitigate the need to call witnesses to testify more than once, Defendants will use their cross-examination of witnesses during the Plaintiffs' case-in-chief to develop Defendants' case-in-chief by asking questions that go beyond the scope of the Plaintiffs' direct examinations. However, a Defendant may elect to defer its direct examination of itself or any witness it controls until Defendants' case-in-

- 2 -

chief. To do so, the Defendant shall notify the Court and counsel for the Plaintiffs prior to their examination of such a witness that they are only cross-examining the witness in accordance with Federal Rule of Evidence 611(b) and the witness will be recalled by the Defendant in their case-in-chief for purposes of a direct examination. All witnesses other than those a Defendant controls who the Defendant elects to defer direct examination can only be recalled by the Defendant with leave of the Court for good cause. All witnesses a Defendant directly examines during Plaintiffs' case-in-chief can only be recalled by the Defendant in its case-in-chief with leave of the Court for good cause, which will include recalling a person the Defendant controls for the limited purpose of addressing testimony or evidence occurring after their prior testimony. The scope of the direct examination of any witness recalled by any party is restricted to matters that are non-cumulative.

2. With respect to those witnesses Defendants directly examined during Plaintiffs' case-in-chief, Defendants are entitled to re-direct examination of the witness following Plaintiffs' re-direct-examination/cross-examination provided it is non-cumulative. This is without waiver of the right of any party to seek additional non-cumulative cross-examination or re-direct examination of any witness.

3. For witnesses called by Defendants in their case-in-chief who were not previously called by Plaintiffs, Plaintiffs may use their cross-examination to directly examine the witnesses by asking questions that go beyond the scope of the Defendants' direct examinations with leave of the Court for good cause, which will include for the limited purpose of eliciting testimony or evidence pursuant to the Plaintiffs' rebuttal case. For any

- 2 -

such witness, Plaintiffs are entitled to re-direct examination of the witness following Defendants' re-direct-examination/cross-examination provided it is non-cumulative.

4. This stipulation does not apply to expert witnesses.

Dated: October 23, 2024

| s/ Andrew J. Entwistle | s/ J. Christian Word |
|---|---|
| Andrew J. Entwistle<br>Attorney-in-Charge<br>State Bar No. 24038131<br>Callie Crispin<br>State Bar No. 24104231<br>Sal H. Lee<br>State Bar No. 24127308<br>**ENTWISTLE & CAPPUCCI LLP**<br>500 West 2nd Street, Suite 1900<br>Austin, TX 78701<br>Tel: (512) 710-5960<br>Fax: (212) 894-7278<br>aentwistle@entwistle-law.com<br>ccrispin@entwistle-law.com<br>slee@entwistle-law.com<br><br>Joshua K. Porter (*pro hac vice*)<br>Brendan J. Brodeur (*pro hac vice*)<br>Andrew M. Sher (*pro hac vice*)<br>**ENTWISTLE & CAPPUCCI LLP**<br>230 Park Avenue, 3rd Floor<br>New York, NY 10169<br>Tel: (212) 894-7200<br>Fax: (212) 894-727<br>jporter@entwistle-law.com<br>bbrodeur@entwistle-law.com<br>asher@entwistle-law.com<br><br>*Court-Appointed Co-Lead Counsel* | J. Christian Word<br>Attorney-in-Charge<br>D.C. Bar No. 461346<br>S.D. Tex. Bar No. 3398485<br>**LATHAM & WATKINS LLP**<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington DC 2004<br>Tel: (202) 637-2200<br>Fax: (202) 637-2201<br>Christian.Word@lw.com<br><br>*Counsel for Defendants Alta Mesa Resources, Inc., f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; James T. Hackett, Harlan H. Chappelle, William Gutermuth, Jeffrey H. Tepper, Diana J. Walters; Michael E. Ellis; Ronald Smith* |

s/ Trig R. Smith

Trig Smith (*pro hac vice*)
Tor Gronborg (*pro hac vice*)
John M. Kelley (*pro hac vice*)

4874-1642-4178.v1

Stephen Johnson (*pro hac vice*)
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
Fax: (619) 231-7423
TrigS@rgrdlaw.com
TorG@rgrdlaw.com
JKelley@rgrdlaw.com
SJohnson@rgrdlaw.com

*Court-Appointed Co-Lead Counsel*

| | |
|---|---|
| S/ Walter M. Berger | s/ Kenneth A. Young |
| Walter M. Berger | Kenneth A. Young |
| Attorney-in-Charge | Attorney-in-Charge |
| TX Bar No. 00798063 | TX Bar No. 25088699 |
| Katherine A. Preston | S.D. Tex. No. 2506614 |
| TX Bar No. 24088255 | **KIRKLAND & ELLIS LLP** |
| **WINSTON & STRAWN LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 800 Capitol Street, Suite 2400 | 609 Main Street |
| Houston, TX 77002-2925 | Houston, Texas 77002 |
| Tel: (713) 615-2699 | Tel: (713) 836-3600 |
| Fax: (713) 651-2700 | Fax: (713) 836-3601 |
| cberger@winston.com | kenneth.young@kirkland.com |
| kpreston@winston.com | |
| | *Counsel for Bayou City Energy Management, LLC* |
| Of Counsel: | |
| John E. Schreiber (*pro hac vice*) | |
| CA Bar No. 261558 | |
| Aaron C. O'Dell (*pro hac vice*) | |
| CA Bar No. 281851 | |
| **WINSTON & STRAWN LLP** | |
| 333 S. Grand Ave., 38th Floor | |
| Los Angeles, CA 90071 | |
| Tel: (213) 615-1700 | |
| Fax: (213) 615-1750 | |
| jschreiber@winston.com | |
| acodell@winston.com | |

*Co-Counsel for Harlan H. Chappelle,*

- 4 -

- 5 -

*Michael E. Ellis*

s/ James L. Silliman
James L. Silliman
Attorney-in-Charge
TX Bar No. 24081416
Federal Bar No. 2365032
**EVERSHEDS SUTHERLAND LLP**
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Tel: (713) 470-6100
Fax: (713) 654-1301
jimsilliman@eversheds-sutherland.com

*Counsel for ARM Energy Holdings LLC*


SO ORDERED, this ___ day of _____ 2024.

THE HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE