UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | No. 4:19-cv-00957 |
| ALYESKA MASTER FUND, L.P., ALYESKA MASTER FUND 2, L.P., and ALYESKA MASTER FUND 3, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ALTA MESA RESOURCES, INC., *et al*.<br><br>Defendants. | Judge George C. Hanks, Jr.<br><br>No. 4:22-cv-01189 |
| ORBIS GLOBAL EQUITY LE FUND (AUSTRALIA REGISTERED), ORBIS GLOBAL BALANCED FUND (AUSTRALIA REGISTERED), ORBIS SICAV, ORBIS INSTITUTIONAL GLOVAL EQUITY L.P., ORBIS GLOBAL EQUITY FUND LIMITED, ALLAN GRAY AUSTRALIA BALANCED FUND, ORBIS OEIC, and ORBIS INSTITUTIONAL U.S. EQUITY L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ALTA MESA RESOURCES, INC., *et al*.<br><br>Defendants. | No. 4:22-cv-2590 |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that the undersigned appears as counsel for Defendant Bayou City Energy Management, LLC in this case. Defendants request that all notices and instruments filed in this case be served upon the undersigned at the following address:

Anna Swanson
Texas Bar No. 24100565
S.D. Tex. No. 2960545
KIRKLAND & ELLIS LLP
609 Main Street
Houston, Texas 77002
Telephone: (713) 836-3600
Facsimile: (713) 836-3601
Email: anna.swanson@kirkland.com

DATED: October 23, 2024

    Respectfully submitted,

    */s/ Anna Swanson*
    Anna Swanson
    Texas Bar No. 24100565
    S.D. Tex. No. 2960545
    **KIRKLAND & ELLIS LLP**
    **KIRKLAND & ELLIS INTERNATIONAL LLP**
    609 Main Street
    Houston, Texas 77002
    Telephone: (713) 836-3600
    Facsimile: (713) 836-3601
    Email: anna.swanson@kirkland.com

    ***Counsel for Bayou City Energy Management, LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2024, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel who have registered with this Court.

*/s/ Anna Swanson*
Anna Swanson
