United States District Court
Southern District of Texas
**ENTERED**
October 24, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|

In re ALTA MESA RESOURCES, INC. SECURITIES LITIGATION

versus

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Natalie R. Salazar<br>Latham & Watkins LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>(312) 777-7106; natalie.salazar@lw.com<br>Illinois Bar No. 6325845 |
| Name of party applicant seeks to appear for: | Alta Mesa Resources. Inc., f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; James T. Hackett, Harlan H. Chappelle, William Gutermuth, Jeffrey H. Tepper, Diana J. Walters; Michael E. Ellis; Ronald Smith; Pierre F. Lapeyre, Jr.; David M. Leuschen; Donald Sinclair; Stephen Coats; and Thomas J. Walker |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/23/2024 | Signed: | /s/ Natalie R. Salazar |
|---|---|---|

The state bar reports that the applicant's status is:  Active

| Dated: 10/24/2024 | Clerk's signature  *Kimberly Picota* |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated:  October 24, 2024

*George C. Hanks Jr*
United States District Judge