UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-00957 |

**DECLARATION OF TOR GRONBORG IN SUPPORT OF CLASS PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER PRELIMINARILY APPROVING SETTLEMENT WITH THE HPS DEFENDANTS**

I, Tor Gronborg, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner of the law firm Robbins Geller Rudman & Dowd LLP. I am admitted *pro hac vice* to practice before this Court. I submit this Declaration in Support of Class Plaintiffs' Unopposed Motion for an Order Preliminarily Approving Settlement with the HPS Defendants.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation and Agreement between Class Plaintiffs and HPS Investment Partners, LLC and Donald Dimitrievich dated October 16, 2024 ("Stipulation"), and the following exhibits to the Stipulation:

Exhibit A:  [Proposed] Order Preliminarily Approving Unopposed Partial Settlement Agreement.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 28th day of October 2024.

_____
TOR GRONBORG

- 1 -

4877-3167-0003.v1