**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr |
|---|---|

**DEFENDANT ARM ENERGY HOLDINGS, LLC'S OBJECTIONS AND COUNTER-DESIGNATIONS TO THE DESIGNATIONS OF THE DEPOSITION TESTIMONY OF JEFFREY HOSTETTLER**

Defendant ARM Energy Holdings, LLC ("ARM Energy") hereby submits these Objections and Counter-Designations to the Designations of the Deposition Testimony of Jeffrey Hostettler, taken on April 18, 2023.

ARM ENERGY HOLDINGS, LLC'S OBJECTIONS AND COUNTER-DESIGNATIONS

| Designations | ARM Energy Objections | ARM Energy Counter-Designations (in the alternative)[1] |
|---|---|---|
| 11:20 - 11:22 | | |
| 25:17 - 25:21 | | |
| 26:3 - 26:9 | | |
| 26:14 - 26:19 | | |
| 26:22 - 26:22 | | |
| 27:6 - 27:10 | | |
| 93:7 - 93:8 | | |
| 93:10 - 93:13 | | |
| 93:14 - 93:16 | | |
| 93:18 - 93:21 | | |
| 93:22 - 93:24 | | |
| 94:2 - 94:4 | | |
| 107:12 - 107:14 | | |
| 107:16 - 107:22 | | |
| 107:23 - 107:25 | | |

[1] If the Court sustains ARM Energy's objections, these counter-designations would be unnecessary.

| | | |
|---|---|---|
| 108:2 - 108:25 | Fed. R. Evid. 401, 402<br>Fed. R. Evid. 403 | 84:2 - 84:10, 84:14 - 84:19,<br>85:18 - 85:25, 86:2 - 86:4 |
| 110:16 - 110:19 | | |
| 110:22 - 110:23 | | |
| 110:24 - 110:25 | | |
| 111:2 - 111:12 | | |
| 111:21 - 111:23 | | |
| 112:13 - 112:25 | | |
| 113:2 - 113:2 | | |
| 116:19 - 116:25 | | |
| 117:2 - 117:16 | | |
| 119:6 - 119:8 | | |
| 119:11 - 119:19 | | |
| 129:9 - 129:14 | | |
| 225:12 - 225:19 | Fed. R. Evid. 401, 402<br>Fed. R. Evid. 403 | 251:25 - 251:25,<br>252:2 - 252:5, 252:7 - 252:9 |
| 286:14 - 286:25 | | |
| 287:2 - 287:24 | | |

Dated: October 28, 2024

Respectfully submitted,

**EVERSHEDS SUTHERLAND (US) LLP**

*/s/ James L. Silliman*
James L. Silliman (*Attorney-in-Charge*)
State Bar No. 24081416
Fed. ID No. 2365032
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Fax: (713) 654-1301
jimsilliman@eversheds-sutherland.com

Bruce M. Bettigole (*pro hac vice*)
The Grace Building, 40th Floor
1114 Avenues of the Americas
New York, NY 10023
Telephone: (212) 389-5000
Fax: (212) 389-5099
brucebettigole@eversheds-sutherland.com

Adam C. Pollet (*pro hac vice*)
Andrea Gordon (*pro hac vice*)
Jessica R. Rodgers (*pro hac vice*)
700 Sixth Street N.W., Suite 700
Washington, DC 20001
Telephone: (202) 383-0100
Fax: (202) 637-3593
adampollet@eversheds-sutherland.com
andreagordon@eversheds-sutherland.com
jessicarodgers@eversheds-sutherland.com

Samantha N. Darnell (*pro hac vice*)
Ian Jones (*pro hac vice*)
999 Peachtree Street, NE Suite 2300
Atlanta, GA 30309-3996
Telephone: (404) 853-8000
Fax: (404) 853-8806
samanthadarnell@eversheds-sutherland.com
ianjones@eversheds-sutherland.com

***Counsel for Defendant ARM Energy Holdings, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2024, a copy of the foregoing Objections and Counter-Designations to the Designations of the Deposition Testimony of Jeffrey Hostettler was electronically filed using the Court's CM/ECF system, which will send notification of such filing to all counsel and parties of record.

*/s/ James L. Silliman*
James L. Silliman (*Attorney-in-Charge*)