UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr |

**DEFENDANT ARM ENERGY HOLDINGS, LLC'S OBJECTIONS AND COUNTER-DESIGNATIONS TO CLASS PLAINTIFFS' DESIGNATIONS OF THE DEPOSITION TESTIMONY OF CRAIG COLLINS**

Defendant ARM Energy Holdings, LLC ("ARM Energy") hereby submits these Objections and Counter-Designations to Class Plaintiffs' Designations of the Deposition Testimony of Craig Collins, taken on May 18, 2023.

ARM ENERGY HOLDINGS, LLC'S OBJECTIONS AND COUNTER-DESIGNATIONS

| Designations | ARM Energy Objections | ARM Energy Counter-Designations (in the alternative)[1] |
|---|---|---|
| 14:13-17:2 | | |
| 18:2-18 | | |
| 19:5-20:13 | | |
| 22:18-23:10 | | |
| 23:16-22 | | |
| 24:9-23 | | |
| 25:3-16 | | |
| 27:1-9 | | |
| 28:2-30:5 | Fed. R. Evid. 401, 402<br>Fed. R. Evid. 403<br>Fed. R. Evid. 802 | 80:5-13 |
| 30:20-31:3 | | |
| 31:13-34:6 | | |
| 34:20-35:17 | | |
| 35:25-36:20 | | |

---

[1] If the Court sustains ARM Energy's objections, these counter-designations would be unnecessary.

1

| | | |
|---|---|---|
| 37:3-38:8 | | |
| 39:9-40:3 | | |
| 41:1-25 | | |
| 42:12-24 | | |
| 43:3-44:3 | | |
| 47:4-25 | | |
| 51:16-52:17 | Fed. R. Evid. 401, 402<br>Fed. R. Evid. 403<br>Fed. R. Evid. 802 | 80:5-13 |
| 52:24-53:19 | Fed. R. Evid. 401, 402<br>Fed. R. Evid. 403<br>Fed. R. Evid. 802 | 80:5-13 |
| 56:3-56:10 | | |
| 61:13--22 | | |
| 71:16-20 | | |
| 72:12-24 | | |
| 74:14-21 | | |
| 90:13-92:11 | | |
| 94:5-22 | | |
| 95:15-24 | | |
| 96:4-10 | | |
| 100:22-101:3 | | |
| 109:7-22 | | |
| 110:2-112:3 | | |
| 112:10-114:19 | | |
| 115:4-11 | | |
| 116:3-11 | | |
| 118:24-120:4 | | |
| 120:5-23 | | |
| 122:3-123:8 | | |
| 124:9-126:3 | | |
| 130:4-22 | | |
| 140:25-141:20 | | |

Dated: October 28, 2024

Respectfully submitted,

**EVERSHEDS SUTHERLAND (US) LLP**

<u>/s/ James L. Silliman</u>
James L. Silliman (*Attorney-in-Charge*)
State Bar No. 24081416
Fed. ID No. 2365032
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Fax: (713) 654-1301
jimsilliman@eversheds-sutherland.com

Bruce M. Bettigole (*pro hac vice*)
The Grace Building, 40th Floor
1114 Avenues of the Americas
New York, NY 10023
Telephone: (212) 389-5000
Fax: (212) 389-5099
brucebettigole@eversheds-sutherland.com

Adam C. Pollet (*pro hac vice*)
Andrea Gordon (*pro hac vice*)
Jessica R. Rodgers (*pro hac vice*)
700 Sixth Street N.W., Suite 700
Washington, DC 20001
Telephone: (202) 383-0100
Fax: (202) 637-3593
adampollet@eversheds-sutherland.com
andreagordon@eversheds-sutherland.com
jessicarodgers@eversheds-sutherland.com

Samantha N. Darnell (*pro hac vice*)
Ian Jones (*pro hac vice*)
999 Peachtree Street, NE Suite 2300
Atlanta, GA 30309-3996
Telephone: (404) 853-8000
Fax: (404) 853-8806
samanthadarnell@eversheds-sutherland.com
ianjones@eversheds-sutherland.com

***Counsel for Defendant ARM Energy Holdings, LLC***

## CERTIFICATE OF SERVICE

    I hereby certify that on October 28, 2024, a copy of the foregoing Objections and Counter-Designations to the Designations of the Deposition Testimony of Craig Collins was electronically filed using the Court's CM/ECF system, which will send notification of such filing to all counsel and parties of record.

                                                  */s/ James L. Silliman*
                                                  James L. Silliman (*Attorney-in-Charge*)