# Exhibit A

| | **Judicially Noticeable Facts Regarding Bankruptcy** | |
|---|---|---|
| **No.** | **Fact** | **Source** |
| 1 | In the Alta Mesa Resources, Inc. Bankruptcy, Judge Isgur commissioned an independent law firm to investigate possible wrongdoing by Bayou City. | *In re: Alta Mesa Resources, Inc. and Alta Mesa Holdings, LP*, Case No. 19-35133-H1-11 (S.D. Tex. Bankr.), Continued Sale Hearing Tr., Jan. 23, 2020 at 227:5–228:10. |
| 2 | The independent law firm commissioned by Judge Isgur to investigate possible wrongdoing by Bayou City provided the report to Judge Isgur reflected in Defendants Exhibit 147. | ECF 849, Ex. C, Robbins Russell Report on the Investigation Into Alta Mesa Holdings, LP's 2018 Drilling Program.. |
| 3 | On the basis of the report provided to Judge Isgur in Defendants Exhibit 147, Judge Isgur granted Bayou City a full and final release, holding that "he didn't see any claims that [he] thought had material value." | *In re: Alta Mesa Resources, Inc. and Alta Mesa Holdings, LP*, Case No. 19-35133-H1-11 (S.D. Tex. Bankr.), Continued Sale Hearing Tr., Jan. 23, 2020 at 227:5–228:10. |