# Exhibit 2

| | |
|---|---|
| **From:** | Andrew Sher |
| **To:** | "Christian.Word@LW.com"; *Heather.Waller@lw.com; "Matthew.Peters@lw.com"; emani.walks@lw.com; laura.bladow@lw.com; Corry, Sydney; Atkinson, Stefan; Young, Kenneth A.; Mascioli, Gianni; "brucebettigole@eversheds-sutherland.com"; "adampollet@eversheds-sutherland.com"; "andreagordon@eversheds-sutherland.com"; "davidbaay@eversheds-sutherland.com"; "karlstern@quinnemanuel.com"; "christopherporter@quinnemanuel.com"; *michaelcarlinsky@quinnemanuel.com; "jacobwaldman@quinnemanuel.com"; "rustyedgington@quinnemanuel.com"; "courtneywhang@quinnemanuel.com"; "kpreston@winston.com"; "jschreiber@winston.com"; "cberger@winston.com"; *ACODell@winston.com |
| **Cc:** | Andrew J. Entwistle; Joshua Porter; Brendan Brodeur; Callie Crispin; Robert N. Cappucci; "TrigS@rgrdlaw.com"; *lbrowne@rgrdlaw.com; "SMcGuire@rgrdlaw.com"; "ISchochet@labaton.com"; "Saldamando, David"; Neave Casey; Faith E. Fleming; Dawn Watts |
| **Subject:** | Alta Mesa - New Third Party Productions |
| **Date:** | Thursday, June 16, 2022 12:21:31 PM |

---

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Counsel –

Please find below a link containing additional documents provided to Plaintiffs by nonparties. Please note that certain documents in these productions have been designated by nonparties as Confidential pursuant to the Protective Order entered by the Court on August 17, 2021 (ECF No. 190).

Alta Mesa Third Party Productions 6/16/2022

The password will be circulated separately.

Andrew

**Andrew Sher**
Entwistle & Cappucci LLP
230 Park Avenue, 3rd Floor | New York, NY 10169
Office (212) 894-7262 | Mobile (314) 608-5470
asher@entwistle-law.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. Please notify the sender immediately if you have received this e-mail by mistake and delete it from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited

Entwistle & Cappucci llp has implemented 100% remote working due to COVID-19 and cannot accept physical mail delivery or service of legal papers. Entwistle & Cappucci will accept email service of all documents and will email copies of all correspondence, pleadings and other papers until further guidance is provided. Please email or phone any Entwistle & Cappucci attorney or staff for assistance.