# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr.<br><br>ORAL ARGUMENT REQUESTED |

**DEFENDANTS' MOTION TO FILE UNDER SEAL
DEFENDANTS' OPPOSITIONS TO CLASS PLAINTFFS' MOTIONS
*IN LIMINE* NOS. 1-6 AND THE SUPPORTING DECLARATIONS OF
MATTHEW J. PETERS AND ACCOMPANYING EXHIBITS
IN SUPPORT OF THEIR OPPOSITIONS TO
CLASS PLAINTIFFS' MOTIONS *IN LIMINE* NOS. 1, 2, 3, 4, 5 AND 6**

Pursuant to Rule 6 of the Administrative Procedures for Electronic Filing in Civil and Criminal Cases, Section (C)(7) of the Court's Procedures, and the Parties' Stipulation and Protective Order (ECF Nos. 174, 190), Defendants Alta Mesa Resources, Inc., Riverstone Holdings LLC, Harlan H. Chappelle, Michael E. Ellis, William D. Gutermuth, James T. Hackett, Ronald J. Smith, Jeffrey H. Tepper, and Diana J. Walters (together, "Defendants") hereby request leave of Court to file under seal the unredacted versions of the following: 1) Defendants' Opposition to Plaintiffs' Motion *in Limine* No. 1: Motion to Preclude Evidence or Argument Regarding Reliance on Undisclosed Third Parties, Declaration of Matthew J. Peters and accompanying Exhibits 1 - 29 in support of same; 2) Defendants' Opposition to Plaintiffs' Motion *in Limine* No. 2: Motion to Preclude Evidence or Argument Regarding Reliance on Advice of Counsel, Declaration of Matthew J. Peters and accompanying Exhibit 1 in support of same; 3) Defendants' Opposition to

1

Plaintiffs' Motions *in Limine* No. 3: Motion to Preclude Evidence or Argument Regarding the Post-Hoc Investigation and Conclusions of KPMG; 4) Defendants' Opposition to Plaintiffs' Motions *in Limine* No. 4: Motion to Preclude Evidence Concerning the Individual Action Plaintiffs' Damages Expert; and 5) Defendants' Opposition to Plaintiffs' Motion *in Limine* No. 5: Motion to Preclude Evidence or Argument as to the Class's Aggregate Damages, Declaration of Matthew J. Peters and accompanying Exhibits A - D in support of same; and 6) Defendants' Opposition to Class Plaintiffs' Motion *in Limine* No. 6: Motion to Preclude Character Evidence and Evidence of Religious Belief, Opinions and Activities, Declaration of Matthew J. Peters and accompanying Exhibit 1 in support of same.

## BACKGROUND

On June 1, 2021, the parties filed a Stipulation and Protective Order, which the Court approved on August 17, 2021 (the "Protective Order") (ECF Nos. 174, 190). The Protective Order allows the parties to designate certain sensitive materials as "Confidential" or "Confidential – Attorney's Eyes Only." ECF No. 190 ¶¶ 4-9. If a party later files a document that it has designated "Confidential" or "Confidential – Attorney's Eyes Only," the party must file a motion to file under seal pursuant to the Court's procedures the Protective Order. *Id.* ¶ 24.

On October 20, 2024, counsel for Defendants notified the parties who had designated as Confidential pursuant to the Protective Order documents that are exhibits to the Motions *in Limine*, about their intent to file their Motions *in Limine* and accompanying

declaration and exhibits under seal and listed the specific documents to be filed under seal in the attached Appendix. The designating parties do not object to the Motion to Seal.

The opposition briefs, declarations and accompanying exhibits to be filed under seal are listed in the attached Appendix.

The Motions *in Limine* Opposition deadline is October 28, 2024.

## ARGUMENT

Defendants' Oppositions to Class Plaintiffs' Motions *in Limine* Nos. 1-6 and the Supporting Declarations of Matthew J. Peters and accompanying exhibits of their Oppositions to Class Plaintiffs' Motions *in Limine* Nos. 1, 2, and 5 in support are confidential and sensitive documents subject to the Protective Order. This Court maintains "supervisory power" over its own docket and should act to deny public access to documents "where court files might . . . become a vehicle for improper purposes." *SEC v. Van Waeyenberghe*, 990 F.2d 845, 848 (5th Cir. 1993) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)). Courts routinely seal the sensitive business and financial information of parties, recognizing that such information is subject to use for "improper purposes." *See Udoewa v. Plus4 Credit Union*, 754 F. Supp. 2d 850, 884 (S.D. Tex. 2010) (granting a motion to seal where "[t]he excerpts from the [documents] at issue contain extensive financial information of a sort that is often kept confidential") (citing *Cooper Tire & Rubber Co. v. Farese*, 2009 WL 514071, at *1 (N.D. Miss. Feb. 27, 2009) (sealing "sensitive financial documents")).

## CONCLUSION

Pursuant to Paragraph 24 of the Protective Order, the Protected Materials "must be filed under seal on CM/ECF." Protective Order ¶ 24. Defendants therefore request that the Court grant this Motion to Seal and order the Protected Materials to remain sealed.

## APPENDIX OF MATERIALS TO BE SEALED

| Exhibit | Description |
| --- | --- |
| N/A | *Defendants' Opposition to Plaintiffs' Motion in Limine No. 1: Motion to Preclude Evidence or Argument Regarding Reliance on Undisclosed Third Parties* |
| N/A | *Appendix A to Defendants' Opposition to Plaintiffs' Motion in Limine No. 1: Motion to Preclude Evidence or Argument Regarding Reliance on Undisclosed Third Parties* |
| N/A | Declaration of Matthew J. Peters in Support of Defendants' Opposition to Plaintiffs' Motion *in Limine* No. 1: Motion to Preclude Evidence or Argument Regarding Reliance on Undisclosed Third Parties |
| 1 | Defendants' Supplemented Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) dated May 24, 2023 (PX 359) |
| 2 | Class Plaintiffs' Trial Subpoena Issued to BDO, USA LLP dated October 6, 2021 |
| 3 | Class Plaintiffs' Notice of Subpoena Issued to Ernst & Young LLP dated June 14, 2021 |
| 4 | Class Plaintiffs' Notice of Subpoena Issued to JP Morgan Securities LLC dated June 8, 2021 |
| 5 | Class Plaintiffs' Notice of Subpoena Issued to Schlumberger Limited (Schlumberger N.V.) dated February 9, 2022 |
| 6 | Class Plaintiffs' Deponent List dated November 18, 2022 |
| 7 | Excerpted Deposition Testimony of Charles Dunne dated June 8, 2023 |
| 8 | Excerpted Deposition Testimony of William Gutermuth dated May 9, 2023 |
| 9 | Defendant Michael Ellis' Amended Responses and Objections to Plaintiffs' First Interrogatories dated July 18, 2023 |
| 10 | Excerpted Deposition Testimony of Kevin Wang dated March 28, 2023 |
| 11 | Expert Report of James Johnson dated August 31, 2023 |
| 12 | Plaintiffs' Initial Disclosures dated June 15, 2021 |

| Exhibit | Description |
|---|---|
| 13 | Excerpted Deposition Testimony of Zachary Nye dated November 14, 2023 |
| 14 | Excerpted Deposition Testimony of Kaye Rasmusson dated February 7, 2023 |
| 15 | Expert Report of Paul Regan dated August 31, 2023 |
| 16 | Excerpted Deposition Testimony of Michael Christopher dated June 6, 2023 |
| 17 | Rebuttal Expert Report of Adam Badawi dated October 19, 2023 |
| 18 | Excerpted Deposition Testimony of Diana Walters dated April 14, 2023 |
| 19 | Excerpted Deposition Testimony of Robert Albergotti dated June 27, 2023 |
| 20 | Excerpted Deposition Testimony of Jim Hackett dated April 27, 2023 |
| 21 | Supplemental Expert Report Adam Badawi dated November 10, 2023 |
| 22 | Defendant William Gutermuth's Amended Responses and Objections to Plaintiffs' First Interrogatories dated July 18, 2023 |
| 23 | Excerpted Deposition Testimony of Paul Dudenas dated November 14, 2023 |
| 24 | Excerpted Deposition Testimony of Harlan Chappelle dated April 19, 2023 |
| 25 | Rebuttal Expert Report of Paul Dudenas dated October 19, 2023 |
| 26 | Expert Report of Frank Gagliardi dated August 31, 2024 |
| 27 | Excerpted Deposition Testimony of Mark Castiglione dated July 7, 2023 |
| 28 | Plaintiffs' Second Amended Initial Disclosures dated March 27, 2022 |
| 29 | Excerpted Deposition Testimony of John Fiebig dated November 16, 2023 |

| Exhibit | Description |
|---|---|
| N/A | Defendants' Opposition to Plaintiffs' Motion *in Limine* No. 2: Motion to Preclude Evidence or Argument Regarding Reliance on Advice of Counsel |
| N/A | Declaration of Matthew J. Peters in Support of Defendants' Opposition to Plaintiffs' Motion *in Limine* No. 2: Motion to Preclude Evidence or Argument Regarding Reliance on Advice of Counsel |
| 1 | Defendants' Supplemental Initial Disclosure Pursuant to Federal Rule of Civil Procedure 26(a)(1) dated May 24, 2023 |

| Exhibit | Description |
|---|---|
| N/A | *Defendants' Opposition to Plaintiffs' Motions in Limine No. 3: Motion to Preclude Evidence or Argument Regarding the Post-Hoc Investigation and Conclusions of KPMG* |

| Exhibit | Description |
|---|---|
| N/A | *Defendants' Opposition to Plaintiffs' Motions in Limine No. 4: Motion to Preclude Evidence Concerning the Individual Action Plaintiffs' Damages Expert* |

| Exhibit | Description |
|---|---|
| N/A | *Defendants' Opposition to Plaintiffs' Motion in Limine No. 5: Motion to Preclude Evidence or Argument as to the Class's Aggregate Damages* |
| N/A | Declaration of Matthew J. Peters in Support of Defendants' Opposition to Plaintiffs' Motion *in Limine* No. 5: Motion to Preclude Evidence or Argument as to the Class's Aggregate Damages |
| A | Min. Entry, *SeaWorld*, No. 14-cv-2129 (S.D. Cal. Jan. 21, 2020) |
| B | *Hsu v. Puma Biotech., Inc.*, 15-cv-865, ECF No. 614 at 5 (C.D. Cal. Oct. 24, 2018) |
| C | *Sjunde Ap-Fonden v. Gen. Elec. Co.*, No. 1:17-cv-8457, ECF No. 467 at 2 (S.D.N.Y. Sept. 18, 2024) |

| Exhibit | Description |
|---|---|
| D | *Shenwick v. Twitter, Inc.*, No. 16-cv-05314, ECF No. 497 at 23 (N.D. Cal. May 7, 2020) |

| Exhibit | Description |
|---|---|
| N/A | *Defendants' Opposition to Class Plaintiffs' Motion in Limine No. 6: Motion to Preclude Character Evidence and Evidence of Religious Believe, Opinions and Activities* |
| N/A | Declaration of Matthew J. Peters in Support of Defendants' Opposition to Plaintiffs' Motion *in Limine* No. 6: Motion to Preclude Character Evidence and Evidence of Religious Believe, Opinions and Activities |
| 1 | Email from Jim Hackett to William McMullen dated August 1, 2017 (Trial Exhibit 699) |

Dated: October 28, 2024

Respectfully submitted,

/s/ *J. Christian Word*
J. Christian Word
Attorney-in-Charge for Defendants
D.C. Bar No. 461346
S.D. Tex. Bar No. 3398485
Andrew S. Clubok
S.D. Tex. Bar No. 3891875
Matthew Peters (*pro hac vice*)
D.C. Bar No. 1015700
Laura E. Bladow (*pro hac vice*)
D.C. Bar No. 1740343
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington DC 20004
(202) 637-2200
Christian.Word@lw.com
Andrew.Clubok@lw.com
Matthew.Peters@lw.com
Laura.Bladow@lw.com

Of Counsel:
Heather A. Waller
IL Bar No. 6302537
S.D. Tex. Bar No. 2886108
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700
Fax: (312) 993-9767
Heather.Waller@lw.com

*Counsel for Defendants Alta Mesa Resources, Inc., f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; Harlan H. Chappelle; Michael E. Ellis; William D. Gutermuth; James T. Hackett; Ronald J. Smith; Jeffrey H. Tepper; and Diana J. Walters*

Walter M. Berger
TX Bar No. 00798063
Attorney-in-Charge
**WINSTON & STRAWN LLP**
800 Capitol Street, Suite 2400
Houston, TX 77002-2925
Tel.: (713) 615-2699
Fax: (713) 651-2700
cberger@winston.com

Of Counsel:
Katherine A. Preston
TX Bar No. 24088255
**WINSTON & STRAWN LLP**
800 Capitol Street, Suite 2400
Houston, TX 77002-2925
Tel.: (713) 615-2699
Fax: (713) 651-2700
kpreston@winston.com

John E. Schreiber (*pro hac vice*)
CA Bar No. 261558
**WINSTON & STRAWN LLP**
333 S. Grand Ave., 38th Floor

9

Los Angeles, CA 90071
Tel.: (213) 615-1700
Fax: (213) 615-1750
JSchreiber@winston.com
*Co-Counsel for Harlan H. Chappelle, Michael E. Ellis*

## **CERTIFICATE OF SERVICE**

I certify that on October 28, 2024, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ J. Christian Word*
J. Christian Word
