# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO SEAL THEIR OPPOSITIONS TO CLASS PLAINTIFFS' MOTIONS IN *LIMINE* NOS. 1-6, AND THE DECLARATIONS OF MATTHEW J. PETERS AND ACCOMPANYING EXHIBITS IN SUPPORT OF THEIR OPPOSITIONS TO CLASS PLAINTIFFS' MOTIONS IN *LIMINE* 1, 2, 3, 4, 5 AND 6**

The Court having considered Defendants Alta Mesa Resources, Inc., Riverstone Holdings LLC, Harlan H. Chappelle, Michael E. Ellis, William D. Gutermuth, James T. Hackett, Ronald J. Smith, Jeffrey H. Tepper, and Diana J. Walters' ("Defendants") Motion to File Under Seal their Oppositions to Class Plaintiffs' Motions *in Limine* Nos. 1-6, and the Declarations of Matthew J. Peters and accompanying exhibits in support of Defendants' Oppositions to Class Plaintiffs' Motions *in Limine* 1, 2, 5 and 6, and for good cause shown, HEREBY ORDERS THAT Defendants' Motion to Seal is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court is directed to place the unredacted versions of Defendants' Oppositions to Class Plaintiffs' Motions *in Limine* 1-6, and the Declarations of Matthew J. Peters and accompanying exhibits in support of Defendants' Oppositions to Class Plaintiffs' Motions *in Limine* 1, 2, 5, and 6 in support of the Oppositions under seal without further order of the Court.

It is so ORDERED.

Signed on _____, 2024

                                        Honorable George C. Hanks, Jr.
                                        United States District Judge