# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957 printer<br><br>Judge George C. Hanks, Jr. |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SEAL THEIR OPPOSITION TO CLASS PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE AND MOTION FOR AN ORDER DEEMING CERTAIN ADMITTED FACTS ESTABLISHED, APPENDIX A, AND THE SUPPORTING DECLARTION OF MATTHEW J. PETERS AND <u>ACCOMPANYING EXHIBITS IN SUPPORT OF SAME</u>**

The Court having considered Defendants Alta Mesa Resources, Inc., Riverstone Holdings LLC, Harlan H. Chappelle, Michael E. Ellis, William D. Gutermuth, James T. Hackett, Ronald J. Smith, Jeffrey H. Tepper, and Diana J. Walters' ("Defendants") Motion to File Under Seal Their Opposition to Plaintiffs' Request for Judicial Notice and Motion for an Order Deeming Certain Admitted Facts Established, Appendix A and the Declaration of Matthew J. Peters and accompanying Exhibits 1-3 in support of same, and for good cause shown, HEREBY ORDERS THAT Defendants' Motion to Seal is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court is directed to place the unredacted versions of Defendants' Opposition to Plaintiffs' Request for Judicial Notice and Motion for an Order Deeming Certain Admitted Facts Established, Appendix A and the Declaration of Matthew J. Peters as well as the entirety of Exhibits 1-3 in support of their Opposition under seal, without further order of the Court.

It is so ORDERED.

Signed on _____, 2024

_____
Honorable George C. Hanks, Jr.
United States District Judge