# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-00957 |

## UNOPPOSED MOTION TO WITHDRAW CLASS PLAINTIFFS' MOTION TO SET THE ORDER OF PROOF AT TRIAL (DKT. 810)

4862-0719-3843.v2

- 1 -

Co-Lead Plaintiffs FNY Partners Fund LP, FNY Managed Accounts, LLC, Paul J. Burbach, and Plumbers and Pipefitters National Pension Fund, and additional class representative Camelot Event Driven Fund ("Class Plaintiffs") hereby move to withdraw their Motion to Set the Order of Proof at Trial.  Dkt. 810.  The motion is moot in light of the Individual Action Plaintiffs' settlement and pending dismissal of their claims against all defendants and the pending Stipulation and Proposed Order Regarding Order of Proof at Trial (Dkt. 886) filed by Class Plaintiffs and defendants James T. Hackett, Jeffrey H. Tepper, Diana J. Walters, Harlan H. Chappelle, Michael E. Ellis, Ronald Smith, Riverstone Holdings LLC, Bayou City Energy LLC, and ARM Energy Holdings LLC on October 23, 2024.

This motion is unopposed.

DATED:  October 29, 2024

Respectfully submitted,

| | |
|---|---|
| s/ Andrew J. Entwistle | s/ Trig R. Smith |
| Andrew J. Entwistle (attorney in charge) | Tor Gronborg (*pro hac vice*) |
| State Bar No. 24038131 | Trig R. Smith (*pro hac vice*) |
| Callie Crispin | John M. Kelley (*pro hac vice*) |
| State Bar No. 24104231 | Stephen Johnson (*pro hac vice*) |
| Sal H. Lee | **ROBBINS GELLER RUDMAN** |
| State Bar No. 24127308 | **  & DOWD LLP** |
| **ENTWISTLE & CAPPUCCI LLP** | 655 West Broadway, Suite 1900 |
| 500 West 2nd Street, Floor 19, Suite 140 | San Diego, CA  92101 |
| Austin, TX  78701 | Telephone:  (619) 231-1058 |
| Telephone:  (512) 710-5960 | Facsimile:  (619) 231-7423 |
| Facsimile:  (212) 894-7278 | |
| | *Court Appointed Co-Lead Counsel* |

## CERTIFICATE OF SERVICE

I certify that this motion has been served on counsel of record via the Court's ECF system on October 29, 2024.

s/ Trig R. Smith  
TRIG R. SMITH