United States District Court
Southern District of Texas
**ENTERED**
October 29, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION § § § § § § § § § § | CIVIL ACTION NO. 4:19-CV-957 |

## ORDER

Pending before the Court in this consolidated securities class action is Defendants' request for a trial continuance until December 10, 2024. Defendants' request (Dkt. 853; Dkt. 857) is **GRANTED IN PART AND DENIED IN PART**.

Trial in this matter will begin **on November 6, 2024 at 1:30 p.m.** The Court will hold the final pretrial conference **on November 6, 2024 at 9:30 a.m.**

SIGNED at Houston, Texas on October 29, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE