**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Camelot Event Driven Fund, A Series of Frank Funds Trust, et al. | § § | |
| *versus* | § § | Case Number: 4:19−cv−00957 |
| Alta Mesa Resources, Inc., et al. | § § | |

# Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

    Canceled setting: Final Pretrial Conference

    Date and Time: October 30, 2024 at 3:00 pm

Date: October 29, 2024

                                                                                                    Nathan Ochsner, Clerk