UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |

**DEFENDANTS' AMENDED NOTICE OF ISSUANCE OF TRIAL SUBPOENAS**

**TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Defendants Alta Mesa Resources, Inc., f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; James T. Hackett, Harlan H. Chappelle, William Gutermuth, Jeffrey H. Tepper, Diana J. Walters; Michael E. Ellis; Ronald Smith (collectively, "Defendants"), by and through their attorneys, will serve the trial subpoenas attached hereto on the following parties:

| Witness | Date/Time | Location |
|---|---|---|
| John (Jack) Albers | November 6, 2024 1:30 p.m. | Bob Casey Federal Courthouse 515 Rusk Street Courtroom No. 9C Houston, TX 77002 |
| Kevin Bourque | November 6, 2024 1:30 p.m. | Bob Casey Federal Courthouse 515 Rusk Street Courtroom No. 9C Houston, TX 77002 |
| Paul Burbach | November 6, 2024 1:30 p.m. | Bob Casey Federal Courthouse 515 Rusk Street Courtroom No. 9C Houston, TX 77002 |
| Michael Christopher | November 6, 2024 1:30 p.m. | Bob Casey Federal Courthouse 515 Rusk Street Courtroom No. 9C Houston, TX 77002 |
| Homer Eugene (Gene) Cole, Jr. | November 6, 2024 1:30 p.m. | Bob Casey Federal Courthouse 515 Rusk Street Courtroom No. 9C Houston, TX 77002 |
| Charles Bo Dunne | November 6, 2024 1:30 p.m. | Bob Casey Federal Courthouse 515 Rusk Street Courtroom No. 9C Houston, TX 77002 |
| Shawn Fischman | November 6, 2024 1:30 p.m. | Bob Casey Federal Courthouse 515 Rusk Street Courtroom No. 9C Houston, TX 77002 |
| Toni Inscoe | November 6, 2024 1:30 p.m. | Bob Casey Federal Courthouse 515 Rusk Street Courtroom No. 9C |

| Witness | Date/Time | Location |
|---|---|---|
| | | Houston, TX 77002 |
| James Jackson | November 6, 2024<br>1:30 p.m. | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 9C<br>Houston, TX 77002 |
| Thomas Kirchner | November 6, 2024<br>1:30 p.m. | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 9C<br>Houston, TX 77002 |
| Jeffrey Knupp | November 6, 2024<br>1:30 p.m. | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 9C<br>Houston, TX 77002 |
| David McClure | November 6, 2024<br>1:30 p.m. | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 9C<br>Houston, TX 77002 |
| William McMullen | November 6, 2024<br>1:30 p.m. | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 9C<br>Houston, TX 77002 |
| Miles Palke | November 6, 2024<br>1:30 p.m. | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 9C<br>Houston, TX 77002 |
| Kaye Rasmusson | November 6, 2024<br>1:30 p.m. | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 9C<br>Houston, TX 77002 |
| Alexander Shamash | November 6, 2024<br>1:30 p.m. | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 9C<br>Houston, TX 77002 |
| Tamara Sheils | November 6, 2024<br>1:30 p.m. | Bob Casey Federal Courthouse<br>515 Rusk Street<br>Courtroom No. 9C<br>Houston, TX 77002 |

PLEASE TAKE FURTHER NOTICE that a witness may be held in contempt of court pursuant to Federal Rule of Civil Procedure 45(g) if they fail without adequate cause to obey the

subpoena served upon them and that the witness has certain legal rights in response to Defendants' subpoena served upon him as provided in Federal Rules of Civil Procedure 45(c) and (d).[1]

DATED: October 30, 2024

Respectfully submitted,

/s/ *J. Christian Word*
J. Christian Word
Attorney-in-Charge for Defendants
D.C. Bar No. 461346
S.D. Tex. Bar No. 3398485
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington DC 20004
Tel: (202) 637-2200
Fax: (202) 673-2201
Christian.Word@lw.com

Of Counsel:
Heather A. Waller
IL Bar No. 6302537
S.D. Tex. Bar No. 2886108
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700
Fax: (312) 993-9767
Heather.Waller@lw.com

Andrew Clubok
S.D. Tex No. 3891875
D.C. Bar No. 446935
N.Y. Bar No. 4867560
Ohio Bar No. 64273
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington DC 20004
Tel: (202) 637-2200
Fax: (202) 673-2201
Andrew.Clubok@lw.com

---

[1] These rights are reproduced in full at page three of the subpoena served upon the non-party.

*Counsel for Defendants Alta Mesa Resources, Inc., f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; Harlan H. Chappelle; Michael E. Ellis; William D. Gutermuth; James T. Hackett; Ronald J. Smith; Jeffrey H. Tepper; and Diana J. Walters*

## DECLARATION OF SERVICE BY EMAIL

I, Christian Word, hereby declare that on October 30, 2024, I served the attached Defendants' Notice of Issuance of Trial Subpoenas on the parties in the within action by email addressed as follows:

**COUNSEL FOR PLAINTIFFS:**

| NAME | FIRM | EMAIL |
|---|---|---|
| Trig R. Smith<br>Tor Gronborg<br>John M. Kelley<br>Stephen Johnson<br>Daniel J. Pfefferbaum<br>Stephen D. Johnson, II | ROBBINS GELLER RUDMAN & DOWD LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Tel.: (619) 231-1058<br><br>*Co-Lead Counsel for Lead Plaintiffs and the Class* | trigs@rgrdlaw.com<br>torg@rgrdlaw.com<br>jkelley@rgrdlaw.com<br>dpfefferbaum@rgrdlaw.com<br>sjohnson@rgrdlaw.com |
| David Avi Rosenfeld<br>Vincent Michael Serra<br>Samuel H. Rudman | ROBBINS GELLER RUDMAN & DOWD LLP<br>58 S Service Road Suite 200<br>Melville, NY 11747<br>Tel.: (631) 367-7100<br><br>*Co-Lead Counsel for Lead Plaintiffs and the Class* | drosenfeld@rgrdlaw.com<br>vserra@rgrdlaw.com<br>srudman@rgrdlaw.com |
| Daniel J. Pfefferbaum<br>Shawn Anthony Williams | ROBBINS GELLER RUDMAN & DOWD LLP<br>One Montgomery Street Suite 1800<br>San Francisco, CA 94104<br><br>*Co-Lead Counsel for Lead Plaintiffs and the Class* | dpfefferbaum@rgrdlaw.com<br>shawnw@rgrdlaw.com |
| Andrew J. Entwistle<br>Callie D. Crispin | ENTWISTLE & CAPPUCCI LLP<br>500 West 2nd Street Suite 1900<br>Austin, TX 78701<br>Tel.: (512) 710-5960<br><br>*Co-Lead Counsel for Lead* | aentwistle@entwistle-law.com<br>ccrispin@entwistle-law.com |

| | | |
|---|---|---|
| | *Plaintiffs and the Class* | |
| Andrew M. Sher<br>Brendan Brodeur<br>Joshua K. Porter<br>Robert N. Cappucci | ENTWISTLE & CAPPUCCI LLP<br>230 Park Avenue 3rd Floor<br>New York, NY 10169<br>Tel.: (212)-894-7200<br><br>*Co-Lead Counsel for Lead Plaintiffs and the Class* | asher@entwistle-law.com<br>bbrodeur@entwistle-law.com<br>jporter@entwistle-law.com<br>rcappucci@entwistle-law.com |
| Ira A. Schochet<br>David Schwartz<br>Jonathan Gardner<br>Alec Coquin<br>Carol C. Villegas<br>Christopher J Keller<br>David Saldamando<br>Francis P. McConville<br>Brendan Brodeur | LABATON KELLER SUCHAROW LLP<br>140 Broadway, 34th Floor<br>New York, NY 10005<br>Tel.: (212) 907-0700<br><br>*Additional Counsel for Lead Plaintiff* | ischochet@labaton.com<br>dschwartz@labaton.com<br>jgardner@labaton.com<br>acoquin@labaton.com<br>cvillegas@labaton.com<br>ckeller@labaton.com<br>dsaldamando@labaton.com<br>fmcconville@labaton.com<br>bbrodeur@entwistle-law.com |
| John Saul Edwards, Jr.<br>Thomas Robert Ajamie | Ajamie LLP<br>Pennzoil Place - South Tower<br>711 Louisiana, Suite 2150<br>Houston, TX 77002<br><br>*Additional Counsel for Class Plaintiffs* | jedwards@ajamie.com<br>tajamie@ajamie.com |
| Jason Anthony Richardson | McDowell Hetherington LLP<br>1001 Fannin St<br>Suite 2700<br>Houston, TX 77002<br>Tel: 713-337-5580<br><br>*Additional Counsel for Class Plaintiffs* | jason.richardson@mhllp.com |
| Jules Peter Slim | P.O. Box 140307<br>Irving, TX 75014-0307<br>Tel.: (214) 350-5183<br><br>*Counsel for Opt-Out Plaintiffs* | jslim@slimlawfirm.com |
| Joseph Riede Sparacio<br>Lawrence M. Rolnick<br>Michael J. Hampson<br>Richard Alexander Bodnar<br>Sheila A. Sadighi<br>Frank T. M. Catalina | Rolnick Kramer Sadighi LLP<br>1251 Avenue of the Americas<br>Floor 18<br>New York, NY 10020<br>Tel.: (212) 597-2800<br><br>*Counsel for Opt-Out Plaintiffs* | jsparacio@rksllp.com<br>lrolnick@rksllp.com<br>mhampson@rksllp.com<br>rbodnar@rksllp.com<br>ssadighi@rksllp.com<br>fcatalina@rksllp.com |

7

**COUNSEL FOR DEFENDANTS:**

| NAME | FIRM | EMAIL |
|------|------|-------|
| Jonathan Fombonne<br>Kenneth Alan Young<br>Sydney Corry<br>James Grant Jones, II<br>Nick M. Brown | KIRKLAND & ELLIS LLP<br>609 Main Street<br>Houston, TX 77002<br>Tel.: (713) 836-3336<br><br>*Counsel for Bayou City Energy Management, LLC* | jonathan.fombonne@kirkland.com<br>kenneth.young@kirkland.com<br>sydney.corry@kirkland.com<br>grant.jones@kirkland.com<br>nick.brown@kirkland.com |
| Stefan Atkinson<br>Gianni Mascioli | KIRKLAND & ELLIS LLP<br>601 Lexington Ave.<br>New York, NY 10022 Tel.: (212) 446-4803<br><br>*Counsel for Bayou City Energy Management, LLC* | stefan.atkinson@kirkland.com<br>gianni.mascioli@kirkland.com |
| Katherine A. Preston<br>Walter Moreau Berger | WINSTON & STRAWN LLP<br>800 Capitol St, Suite 2400<br>Houston, TX 77002<br>Tel.: (713) 651-2600<br><br>*Counsel for Michael E. Ellis and Harlan H. Chappelle* | kpreston@winston.com<br>cberger@winston.com |
| John E. Schreiber | WINSTON & STRAWN LLP<br>333 S Grand Ave<br>Los Angeles, CA 90071<br>Tel.: (213) 615-1999<br><br>*Counsel for Michael E. Ellis and Harlan H. Chappelle* | jschreiber@winston.com |
| Aaron C. O'Dell | WINSTON & STRAWN LLP<br>2121 N. Pearl Street<br>Suite 900<br>Dallas, TX 75201<br>Tel.: (214) 453-6500<br><br>*Counsel for Michael H. Ellis and Harlan Chappell* | acodell@winston.com |

| NAME | FIRM | EMAIL |
|---|---|---|
| Bruce M. Bettigole<br>Adam Pollet<br>Andrea Gordon | EVERSHEDS SUTHERLAND LLP<br>700 6th Street NW<br>Suite 700<br>Washington, DC 20001<br>Tel.: (202) 383-0100<br><br>*Counsel for ARM Energy Holdings LLC* | brucebettigole@eversheds-sutherland.com<br>adampollet@eversheds-sutherland.com<br>andreagordon@eversheds-sutherland.com |
| James Louis Silliman | EVERSHEDS SUTHERLAND LLP<br>1001 Fannin Street<br>Suite 3700<br>Houston, TX 77002<br>Tel.: (713) 470-6112<br><br>*Counsel for ARM Energy Holdings LLC* | jimsilliman@eversheds-sutherland.com |
| Samantha Darnell | EVERSHEDS SUTHERLAND LLP<br>999 Peachtree Street NE<br>Suite 2300<br>Atlanta, GA 30309<br>Tel.: (404) 853-8000<br><br>*Counsel for ARM Energy Holdings LLC* | samanthadarnell@eversheds-sutherland.us |
| Tanvi Shah | EVERSHEDS SUTHERLAND LLP<br>12255 El Camino Real<br>Suite 100<br>San Diego, CA 92130<br>Tel.: (858) 252-6502<br><br>*Counsel for ARM Energy Holdings LLC* | tanvishah@eversheds-sutherland.us |
| Karl S. Stem<br>Christopher Darnell Porter | QUINN, EMANUEL, URQUHART & SULLIVAN, LLP<br>711 Louisiana Street<br>Suite 500<br>Houston, TX 77002<br>Tel.: (713) 221-7000 | karlstem@quinnemanuel.com<br>chrisporter@quinnemanuel.com |

| NAME | FIRM | EMAIL |
|---|---|---|
|  | *Counsel for HPS Investment Partners LLC* |  |
| Michael B. Carlinsky<br>Jacob J. Waldman<br>Courtney C. Whang<br>Allison Silber<br>Amy Hood<br>Jesse Bernstein | QUINN, EMANUEL, URQUHART & SULLIVAN, LLP<br>51 Madison Avenue<br>22nd Floor<br>New York, NY 10010<br>Tel.: (212) 849-7000<br><br>*Counsel for HPS Investment Partners LLC* | michaelcarlinsky@quinnemanuel.com<br>jacobwaldman@quinnemanuel.com<br>courtneywhang@quinnemanuel.com<br>allisonsilber@quinnemanuel.com<br>amyhood@quinnemanuel.com<br>jessebernstein@quinnemanuel.com |
| Asher Benjamin Griffin<br>Emily Couture<br>John Franklin Bash, III | QUINN, EMANUEL, URQUHART & SULLIVAN, LLP<br>300 W. 6th Street<br>Suite 2010<br>Austin, TX 78701<br>Tel.: (737) 667-6100<br><br>*Counsel for HPS Investment Partners LLC* | ashergriffin@quinnemanuel.com<br>emilycouture@quinnemanuel.com<br>johnbash@quinnemanuel.com |
| Christopher Tayback | QUINN, EMANUEL, URQUHART & SULLIVAN, LLP<br>865 South Figueroa St<br>10th Floor<br>Los Angeles, CA 90017<br>Tel.: (213) 443-3000<br><br>*Counsel for HPS Investment Partners LLC* | christayback@quinnemanuel.com |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 30, 2024, at Washington, DC.

*J. Christian Word*
J. Christian Word