**Christian Word**
Direct Dial: +1.202.637.2223
christian.word@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

# LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

October 30, 2024

The Honorable George C. Hanks, Jr.
United States District Judge
United States Courthouse
515 Rusk Street, Room 6202
Houston, Texas 77002

Re:   *In re Alta Mesa Resources, Inc. Securities Litigation*
      Case No. 19-CV-00957 (S.D. Tex.) (consolidated)

Dear Judge Hanks:

We represent all remaining Defendants, except Bayou City Energy Management, LLC. In accordance with Ms. Picota's email dated October 30, 2024, we write to provide details regarding the requested Zoom technology that was discussed during the courtroom walk-through.

This case is scheduled to span five weeks, including over two federal holidays, and involves three corporate defendants, seven individual defendants, and over 70 attorneys of record. In addition, numerous parties and their representatives, not to mention the class members, have a vested interest in following these proceedings in real time. It will not be possible to have all of these people present in the courtroom each day, but it is imperative that they all have the ability to follow the trial daily as it progresses. This is especially true with regard to Andrew Clubok, who will not be able to attend trial due to his surgery but remains critical to Defendants' trial work. Defendants believe that streaming the trial over Zoom is the best way to achieve this objective.

As Your Honor may recall, the parties previously discussed livestreaming as a way to manage these issues, but we understand that is not an option in the courtroom designated for this trial with its current technology. Accordingly, we specifically request using Zoom technology as follows. If acceptable to Your Honor, the Court could open the Zoom each day. Cameras would be available to show the witness, the questioning attorney, and Your Honor. We will provide all necessary equipment. Ideally, the Court may make each party's "hot seat" technician a co-host so that they may display evidence or demonstratives as presented in the courtroom. This technology would be equally available to all parties, and Defendants have already contacted Plaintiffs to coordinate in that respect.

Please let us know if the Court has any questions or would like additional information regarding this request.

LATHAM&WATKINS LLP

Respectfully submitted,

/s/ *J. Christian Word*
J. Christian Word
Attorney-in-Charge
D.C. Bar No. 461346
S.D. Tex. Bar No. 3398485
Andrew Clubok
S.D. Tex No. 3891875
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington DC 20004
202-637-2223
Christian.Word@lw.com
Andrew.Clubok@lw.com

*Counsel for Defendants Alta Mesa Resources, Inc., f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; Harlan H. Chappelle; Michael E. Ellis; William D. Gutermuth; James T. Hackett; Ronald J. Smith; Jeffrey H. Tepper; and Diana J. Walters*