

**Richard A. Bodnar**
Partner

PENN 1
1 Pennsylvania Plaza
New York, NY 10119
212.597.2810
rbodnar@rksllp.com

October 30, 2024

**V**IA **ECF**

The Honorable George C. Hanks, Jr.
United States District Judge
United States Courthouse
515 Rusk Street, Room 6202
Houston, Texas 77002

Re: *In re Alta Mesa Resources, Inc. Securities Litigation*
Case No. 19-CV-00957 (S.D. Tex.) (consolidated); Case No. 22-cv-01189 (S.D. Tex.) (Alyeska Case); Case No. 22-cv-02590 (S.D. Tex.) (Orbis Case)

Dear Judge Hanks:

In accordance with the Court's Procedures, this letter is intended to notify the Court of a settlement between the Individual Action Plaintiffs (Alyeska Master Fund, L.P., Alyeska Master Fund 2, L.P., Alyeska Master Fund 3, L.P. (together "Alyeska"), Orbis Global Equity LE Fund (Australia Registered), Orbis Global Equity Fund (Australia Registered), Orbis Global Balanced Fund (Australia Registered), Orbis SICAV, Orbis Institutional Global Equity L.P., Orbis Global Equity Fund Limited, Orbis Institutional Funds Limited, Allan Gray Australia Balanced Fund, Orbis OEIC, and Orbis Institutional U.S. Equity L.P. (together, "Orbis") and Defendants HPS Investment Partners, LLC, and Donald Dimitrievich (together the "HPS Defendants"), with the parties having executed a binding term sheet. The settlement completely resolves the Individual Action Plaintiffs' claims against the HPS Defendants asserted in the cases *Alyeska Master Fund, L.P., et al. v. Alta Mesa Resources, Inc., et al.* (S.D. Tex. Case No. 22-cv-01189) and *Orbis Global Equity LE Fund (Australia Registered), et al. v. Alta Mesa Resources, Inc., et al.* (S.D. Tex. Case No. 22-cv-02590) – which are consolidated with the above-captioned litigation referenced as "consolidated" above.

Accordingly, the Individual Action Plaintiffs and the HPS Defendants respectfully request that the current court proceedings be suspended and stayed as to the Individual Action Plaintiffs' claims against the HPS Defendants. The Individual Action Plaintiffs and the HPS Defendants are working to finalize and execute a Stipulation and Agreement of Settlement, which we expect to be completed shortly. The Individual Action Plaintiffs also intend to file a stipulation of dismissal

with prejudice of their claims against the HPS Defendants within five business days of the settlement becoming effective.

By separate joint letters, all other Defendants have advised the court of settlements or settlements in principle with the Individual Action Plaintiffs. Thus, the Individual Action Plaintiffs request that all current court proceedings related to cases 22-cv-01189 (S.D. Tex.) (Alyeska Case); 22-cv-02590 (S.D. Tex.) (Orbis Case) be suspended.

By joint letter dated October 2, 2024 (ECF No. 841), the HPS Defendants notified the Court of their settlement with the Class. Thus, the HPS Defendants request that all current proceedings in the above-captioned consolidated proceedings be suspended as against them.

Please let us know if the Court has any questions or if the Court would like to be provided with any additional information regarding this settlement.

Respectfully submitted,

| /s/ *Richard A. Bodnar* | /s/ *Christopher D. Porter* <br> (signed by permission of Attorney-in-Charge) |
|---|---|
| Richard A. Bodnar <br> (Texas Bar No. 24117249) <br> (S.D. Tex. Bar No. 3644512) <br> **ROLNICK KRAMER SADIGHI LLP** <br> One Pennsylvania Plaza <br> New York, New York 10119 <br> (212) 597-2800 <br> rbodnar@rksllp.com <br><br> *Counsel for the Individual Action Plaintiffs* | Karl S. Stern (Attorney-in-Charge) (SBN 19175665) <br> Christopher D. Porter (SBN 24070437) <br> **QUINN EMANUEL URQUHART & SULLIVAN, LLP** <br> 700 Louisiana Street, Suite 3900 <br> Houston, TX 77002 <br> Telephone: (713) 221-7000 <br> Facsimile: (713) 221-7100 <br> Email: <br> karlstern@quinnemanuel.com <br> chrisporter@quinnemanuel.com <br><br> Michael B. Carlinsky (*pro hac vice*) <br> Courtney C. Whang (*pro hac vice*) <br> Jacob J. Waldman (*pro hac vice*) <br> 51 Madison Avenue, 22nd Floor <br> New York, NY 10010 <br> Telephone: (212) 849-7000 <br> Facsimile: (212) 849-7100 <br> Email: michaelcarlinsky@quinnemanuel.com <br> courtneywhang@quinnemanuel.com <br> jacobwaldman@quinnemanuel.com <br><br> *Counsel for HPS and Donald Dimitrievich* |