UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 (CONSOLIDATED)<br><br>JUDGE GEORGE C. HANKS, JR.<br><br>THIS DOCUMENT RELATES TO:<br><br>CASE NO. 4:22-CV-01189<br>CASE NO. 4:22-CV-02590 |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Alyeska Master Fund, L.P., Alyeska Master Fund 2, L.P., and Alyeska Master Fund 3, L.P. (the "Alyeska Plaintiffs"), Orbis Global Equity LE Fund (Australia Registered), Orbis Global Equity Fund (Australia Registered), Orbis Global Balanced Fund (Australia Registered), Orbis SICAV, Orbis Institutional Global Equity L.P., Orbis Global Equity Fund Limited, Orbis Institutional Funds Limited, Allan Gray Australia Balanced Fund, Orbis OEIC, and Orbis Institutional U.S. Equity L.P. (the "Orbis Plaintiffs" and, together with the Alyeska Plaintiffs, the "Individual Action Plaintiffs") and Defendants Alta Mesa Resources, Inc., Riverstone Holdings LLC, Harlan H. Chappelle, Stephen S. Coats, Michael E. Ellis, William D. Gutermuth, James T. Hackett, Pierre F. Lapeyre, David M. Leuschen, Donald R. Sinclair, Ronald J. Smith, Jeffrey H. Tepper, Thomas J. Walker, and Diana J. Walters (collectively, the "Settling Defendants"), through their undersigned counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Individual Action Plaintiffs hereby

1

dismiss Case Nos. 4:22-cv-01189 and 4:22-cv-02590, with prejudice, as to the Settling Defendants only, with each of the Individual Action Plaintiffs and the Settling Defendants to bear their own costs, expenses, and attorneys' fees.  For the avoidance of doubt, this stipulation does not affect the Individual Action Plaintiffs' claims against any defendant in Case Nos. 4:22-cv-01189 and 4:22-cv-02590 other than the Settling Defendants.


Dated:  October 31, 2024


/s/ Richard A. Bodnar
Lawrence M. Rolnick
Marc B. Kramer
Michael J. Hampson
Richard Bodnar
(Texas Bar No. 24117249)
(S.D. Tex. Bar No. 3644512)
**ROLNICK KRAMER SADIGHI LLP**
PENN 1, Suite 3401
One Pennsylvania Plaza
New York, NY 10119
(212) 597-2800
lrolnick@rksllp.com
mkramer@rksllp.com
mhampson@rksllp.com
rbodnar@rksllp.com

*Attorneys for the Individual Action Plaintiffs*


/s/ Andrew Clubok
Andrew Clubok
S.D. Tex. No. 3891875
J. Christian Word
Attorney-in-Charge
D.C. Bar No. 461346

Case 4:19-cv-00957   Document 921   Filed on 10/31/24 in TXSD   Page 3 of 3

S.D. Tex. Bar No. 3398485
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200
Andrew.Clubok@lw.com
Christian.Word@lw.com

*Counsel for Riverstone Holdings LLC, Harlan H. Chappelle, Stephen S. Coats, Michael E. Ellis, William D. Gutermuth, James T. Hackett, Pierre F. Lapeyre, David M. Leuschen, Donald R. Sinclair, Ronald J. Smith, Jeffrey H. Tepper, Thomas J. Walker, Diana J. Walters, and Alta Mesa Resources, Inc.*

3