| | |
|---|---|
| **ENTWISTLE & CAPPUCCI LLP**<br>500 WEST 2ND STREET, SUITE 1900<br>AUSTIN, TEXAS 78701<br>TELEPHONE: (512) 710-5960<br>FACSIMILE: (212) 894-7272 | **ROBBINS GELLER RUDMAN & DOWD LLP**<br>655 WEST BROADWAY, SUITE 1900<br>SAN DIEGO, CALIFORNIA 92101<br>TELEPHONE: (619) 231-1058<br>FACSIMILE: (619) 231-7423 |

October 31, 2024

<u>**VIA ECF**</u>

The Honorable George C. Hanks, Jr.
United States District Judge
United States Courthouse
515 Rusk Street, Room 6206
Houston, Texas 77002

      Re: *In re Alta Mesa Resources, Inc. Securities Litigation*,
           Case No. 4:19-cv-00957 (S.D. Tex.)

Dear Judge Hanks:

    We write on behalf of Class Plaintiffs in response to Ms. Picota's October 30, 2024 email request for a letter regarding the parties' position regarding Zoom and Defendants' letter (Dkt. 918) regarding the same.

    Class Plaintiffs believe the real-time transcript feed provided by the court reporter is sufficient to allow all persons necessary to follow the trial live as it progresses.

    To the extent the Court is inclined to permit the trial to be viewed by interested persons externally via Zoom, Class Plaintiffs respectfully request the Court minimize the possibility of delay, juror distraction, and interference with the orderly presentation of the trial in the courtroom. Specifically, Class Plaintiffs believe only a camera directed at the witness should be used. We see no need for live cameras directed at the Court, attorneys, or the courtroom generally.

    In any event, if Zoom is utilized, Class Plaintiffs request that the Court direct that (i) the trial proceedings will not be delayed or interrupted to resolve issues with the Zoom, screensharing, or real-time feeds; and (ii) any Zoom feed be locked to permit remote view only (i.e., those on the Zoom externally will not be allowed to interact with the Court so that we avoid potential disruption from those outside the view of the jury).

    Class Plaintiffs thank the Court for its attention to this matter and are pleased to discuss further with Your Honor or Ms. Picota as may be helpful.

                                  Respectfully submitted,

    */s/ Andrew J. Entwistle*                      */s/ Trig Smith*

                                *Co-Lead Counsel for the Class*