UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |

**DEFENDANTS' NOTICE OF ISSUANCE OF TRIAL SUBPOENA**

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

**PLEASE TAKE NOTICE** that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Defendants Harlan H. Chappelle and Michael Ellis (collectively, "Defendants"), by and through their attorneys, will serve the trial subpoena attached hereto on the following parties:

| Witness | Date/Time | Location |
|---|---|---|
| John Campbell | November 6, 2024 1:30 p.m. | Bob Casey Federal Courthouse 515 Rusk Street Courtroom No. 9(C) Houston, TX 77002 |
| Mark Castiglione | November 6, 2024 1:30 p.m. | Bob Casey Federal Courthouse 515 Rusk Street Courtroom No. 9(C) Houston, TX 77002 |
| Scott Grandt | November 6, 2024 1:30 p.m. | Bob Casey Federal Courthouse 515 Rusk Street Courtroom No. 9(C) Houston, TX 77002 |
| Randy Limbacher | November 6, 2024 1:30 p.m. | Bob Casey Federal Courthouse 515 Rusk Street Courtroom No. 9(C) Houston, TX 77002 |
| Donald Sinclair | November 6, 2024 1:30 p.m. | Bob Casey Federal Courthouse 515 Rusk Street Courtroom No. 9(C) Houston, TX 77002 |
| Kevin Wang | November 6, 2024 1:30 p.m. | Bob Casey Federal Courthouse 515 Rusk Street Courtroom No. 9(C) Houston, TX 77002 |

**PLEASE TAKE FURTHER NOTICE** that a witness may be held in contempt of court pursuant to Federal Rule of Civil Procedure 45(g) if they fail without adequate cause to obey the subpoena served upon them and that the witness has certain legal rights in response to Defendants' subpoena served upon him as provided in Federal Rules of Civil Procedure 45(c) and (d).[1]

---

[1] These rights are reproduced in full at page three of the subpoena served upon the non-party.

DATED: October 31, 2024                               Respectfully submitted,

/s/ *Walter M. Berger*
Walter M. Berger
TX Bar No. 00798063
Attorney-in-Charge
**WINSTON & STRAWN LLP**
800 Capitol Street, Suite 2400
Houston, TX 77002-2925
Tel.: (713) 615-2699
Fax: (713) 651-2700
cberger@winston.com

Of Counsel:
Katherine A. Preston
TX Bar No. 24088255
**WINSTON & STRAWN LLP**
800 Capitol Street, Suite 2400
Houston, TX 77002-2925
Tel.: (713) 615-2699
Fax: (713) 651-2700
kpreston@winston.com

John E. Schreiber (*pro hac vice*)
CA Bar No. 261558
**WINSTON & STRAWN LLP**
333 S. Grand Ave., 38th Floor
Los Angeles, CA 90071
Tel.: (213) 615-1700
Fax: (213) 615-1750
JSchreiber@winston.com

*Co-Counsel for Defendants Harlan H. Chappelle and Michael E. Ellis*

# DECLARATION OF SERVICE BY EMAIL

I, Walter Berger, hereby declare that on October 31, 2024, I served the attached Defendants' Notice of Issuance of Trial Subpoenas on the parties in the within action by email addressed as follows:

**COUNSEL FOR PLAINTIFFS:**

| NAME | FIRM | EMAIL |
|---|---|---|
| Trig R. Smith<br>Tor Gronborg<br>John M. Kelley<br>Daniel J. Pfefferbaum<br>Stephen D. Johnson, II | ROBBINS GELLER RUDMAN & DOWD LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Tel.: (619) 231-1058<br><br>*Co-Lead Counsel for Lead Plaintiffs and the Class* | trigs@rgrdlaw.com<br>torg@rgrdlaw.com<br>jkelley@rgrdlaw.com<br>dpfefferbaum@rgrdlaw.com<br>sjohnson@rgrdlaw.com |
| David Avi Rosenfeld<br>Vincent Michael Serra<br>Samuel H. Rudman | ROBBINS GELLER RUDMAN & DOWD LLP<br>58 S Service Road Suite 200<br>Melville, NY 11747<br>Tel.: (631) 367-7100<br><br>*Co-Lead Counsel for Lead Plaintiffs and the Class* | drosenfeld@rgrdlaw.com<br>vserra@rgrdlaw.com<br>srudman@rgrdlaw.com |
| Daniel J. Pfefferbaum<br>Shawn Anthony Williams | ROBBINS GELLER RUDMAN & DOWD LLP<br>One Montgomery Street<br>Suite 1800<br>San Francisco, CA 94104<br><br>*Co-Lead Counsel for Lead Plaintiffs and the Class* | dpfefferbaum@rgrdlaw.com<br>shawnw@rgrdlaw.com |
| Andrew J. Entwistle<br>Callie D. Crispin | ENTWISTLE & CAPPUCCI LLP<br>500 West 2nd Street<br>Suite 1900<br>Austin, TX 78701<br>Tel.: (512) 710-5960<br><br>*Co-Lead Counsel for Lead* | aentwistle@entwistle-law.com<br>ccrispin@entwistle-law.com |

| | *Plaintiffs and the Class* | |
|---|---|---|
| Andrew M. Sher<br>Brendan Brodeur<br>Joshua K. Porter<br>Robert N. Cappucci | ENTWISTLE &<br>CAPPUCCI LLP<br>230 Park Avenue 3rd Floor<br>New York, NY 10169<br>Tel.: (212)-894-7200<br><br>*Co-Lead Counsel for Lead Plaintiffs and the Class* | asher@entwistle-law.com<br>bbrodeur@entwistle-law.com<br>jporter@entwistle-law.com<br>rcappucci@entwistle-law.com |
| Ira A. Schochet<br>David Schwartz<br>Jonathan Gardner<br>Alec Coquin<br>Carol C. Villegas<br>Christopher J. Keller<br>David Saldamando<br>Francis P. McConville<br>Brendan Brodeur | LABATON KELLER<br>SUCHAROW LLP<br>140 Broadway, 34th Floor<br>New York, NY 10005<br>Tel.: (212) 907-0700<br><br>*Additional Counsel for Lead Plaintiff* | ischochet@labaton.com<br>dschwartz@labaton.com<br>jgardner@labaton.com<br>acoquin@labaton.com<br>cvillegas@labaton.com<br>ckeller@labaton.com<br>dsaldamando@labaton.com<br>fmcconville@labaton.com<br>bbrodeur@entwistle-law.com |
| John Saul Edwards, Jr.<br>Thomas Robert Ajamie | Ajamie LLP<br>Pennzoil Place - South Tower<br>711 Louisiana, Suite 2150<br>Houston, TX 77002<br><br>*Additional Counsel for Class Plaintiffs* | jedwards@ajamie.com<br>tajamie@ajamie.com |
| Jason Anthony Richardson | McDowell Hetherington LLP<br>1001 Fannin St<br>Suite 2700<br>Houston, TX 77002<br>Tel: 713-337-5580 | jason.richardson@mhllp.com |
| Jules Peter Slim | P.O. Box 140307<br>Irving, TX 75014-0307<br>Tel.: (214) 350-5183<br><br>*Counsel for Opt-Out Plaintiffs* | jslim@slimlawfirm.com |
| Joseph Riede Sparacio<br>Lawrence M. Rolnick<br>Michael J. Hampson<br>Richard Alexander Bodnar<br>Sheila A. Sadighi<br>Frank T. M. Catalina | Rolnick Kramer Sadighi LLP<br>1251 Avenue of the Americas<br>Floor 18<br>New York, NY 10020<br>Tel.: (212) 597-2800<br><br>*Counsel for Opt-Out Plaintiffs* | jsparacio@rksllp.com<br>lrolnick@rksllp.com<br>mhampson@rksllp.com<br>rbodnar@rksllp.com<br>ssadighi@rksllp.com<br>fcatalina@rksllp.com |

**COUNSEL FOR DEFENDANTS:**

| NAME | FIRM | EMAIL |
|---|---|---|
| Jonathan Fombonne<br>Kenneth Alan Young<br>Sydney Corry<br>James Grant Jones, II<br>Nick M. Brown | KIRKLAND & ELLIS LLP<br>609 Main Street<br>Houston, TX 77002<br>Tel.: (713) 836-3336<br><br>*Counsel for Bayou City Energy Management, LLC* | jonathan.fombonne@kirkland.com<br>kenneth.young@kirkland.com<br>sydney.corry@kirkland.com<br>grant.jones@kirkland.com<br>nick.brown@kirkland.com |
| Stefan Atkinson<br>Gianni Mascioli | KIRKLAND & ELLIS LLP<br>601 Lexington Ave.<br>New York, NY 10022 Tel.: (212) 446-4803<br><br>*Counsel for Bayou City Energy Management, LLC* | stefan.atkinson@kirkland.com<br>gianni.mascioli@kirkland.com |
| Bruce M. Bettigole<br>Adam Pollet<br>Andrea Gordon | EVERSHEDS SUTHERLAND LLP<br>700 6th Street NW<br>Suite 700<br>Washington, DC 20001<br>Tel.: (202) 383-0100<br><br>*Counsel for ARM Energy Holdings LLC* | brucebettigole@eversheds-sutherland.com<br>adampollet@eversheds-sutherland.com<br>andreagordon@eversheds-sutherland.com |
| James Louis Silliman | EVERSHEDS SUTHERLAND LLP<br>1001 Fannin Street<br>Suite 3700<br>Houston, TX 77002<br>Tel.: (713) 470-6112<br><br>*Counsel for ARM Energy Holdings LLC* | jimsilliman@eversheds-sutherland.com |
| Samantha Darnell | EVERSHEDS SUTHERLAND LLP<br>999 Peachtree Street NE<br>Suite 2300<br>Atlanta, GA 30309<br>Tel.: (404) 853-8000<br><br>*Counsel for ARM Energy* | samanthadarnell@eversheds-sutherland.us |

6

| NAME | FIRM | EMAIL |
|---|---|---|
| | *Holdings LLC* | |
| Tanvi Shah | EVERSHEDS SUTHERLAND LLP<br>12255 El Camino Real<br>Suite 100<br>San Diego, CA 92130<br>Tel.: (858) 252-6502<br><br>*Counsel for ARM Energy Holdings LLC* | tanvishah@eversheds-sutherland.us |
| Karl S. Stem<br>Christopher Darnell Porter | QUINN, EMANUEL, URQUHART & SULLIVAN, LLP<br>711 Louisiana Street<br>Suite 500<br>Houston, TX 77002<br>Tel.: (713) 221-7000<br><br>*Counsel for HPS Investment Partners LLC* | karlstem@quinnemanuel.com<br>chrisporter@quinnemanuel.com |
| Michael B. Carlinsky<br>Jacob J. Waldman<br>Courtney C. Whang<br>Allison Silber<br>Amy Hood<br>Jesse Bernstein | QUINN, EMANUEL, URQUHART & SULLIVAN, LLP<br>51 Madison Avenue<br>22nd Floor<br>New York, NY 10010<br>Tel.: (212) 849-7000<br><br>*Counsel for HPS Investment Partners LLC* | michaelcarlinsky@quinnemanuel.com<br>jacobwaldman@quinnemanuel.com<br>courtneywhang@quinnemanuel.com<br>allisonsilber@quinnemanuel.com<br>amyhood@quinnemanuel.com<br>jessebernstein@quinnemanuel.com |
| Asher Benjamin Griffin<br>Emily Couture<br>John Franklin Bash , III | QUINN, EMANUEL, URQUHART & SULLIVAN, LLP<br>300 W. 6th Street<br>Suite 2010<br>Austin, TX 78701<br>Tel.: (737) 667-6100<br><br>*Counsel for HPS Investment Partners LLC* | ashergriffin@quinnemanuel.com<br>emilycouture@quinnemanuel.com<br>johnbash@quinnemanuel.com |
| Christopher Tayback | QUINN, EMANUEL, URQUHART & SULLIVAN, LLP | christayback@quinnemanuel.com |

| NAME | FIRM | EMAIL |
|---|---|---|
|  | 865 South Figueroa St<br>10th Floor<br>Los Angeles, CA 90017<br>Tel.: (213) 443-3000<br><br>*Counsel for HPS Investment Partners LLC* |  |
| J. Christian Word<br>Andrew Clubok<br>Mathew Peters<br>Sarah Gragert<br>Laura Elizabeth Bladow<br>William Tazewell Jones<br>Emani Verlynne Walks<br>Eunice M. Kabuga<br>Jansen VanderMeulen<br>Henry Zaytoun<br>Morgan Rachel Hoffman<br>Roberto J. Borgert<br>Sarah A. Tomkowiak<br>Stephen T. Nasko | LATHAM & WATKINS LLP<br>555 Eleventh St. NW<br>Suite 1000<br>Washington, DC 20004<br>Tel: (202) 637-2200<br><br>*Counsel for Defendants Alta Mesa Resources, Inc., f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; Harlan H. Chappelle; Michael E. Ellis; William D. Gutermuth; James T. Hackett;. Ronald J. Smith; Jeffrey H. Tepper; Thomas J. Walker; and Diana J. Walters* | christan.word@lw.com<br>andrew.clubok@lw.com<br>matthew.peters@lw.com<br>sarah.gragert@lw.com<br>laura.bladow@lw.com<br>taz.jones@lw.com<br>emani.walks@lw.com<br>eunice.kabuga@lw.com<br>jansen.vandermeulen@lw.com<br>henry.zaytoun@lw.com<br>morgan.hoffman@lw.com<br>roberto.borgert@lw.com<br>sarah.tomkowiak@lw.com<br>stephen.nasko@lw.com |
| Arthur F. Foerster<br>Heather Waller<br>Daniel J. Robinson | LATHAM & WATKINS LLP<br>330 N. Wabash Ave.<br>Suite 2800<br>Chicago, IL 60611<br>Tel: (312) 876.7700<br><br>*Counsel for Defendants Alta Mesa Resources, Inc., f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; Harlan H. Chappelle; Michael E. Ellis; William D. Gutermuth; James T. Hackett;. Ronald J. Smith; Jeffrey H. Tepper; Thomas J. Walker; and Diana J. Walters* | arthur.foerster@lw.com<br>heather.waller@lw.com<br>daniel.robinson@lw.com |
| Ashley Gebicke | LATHAM & WATKINS LLP<br>12670 High Bluff Drive<br>San Diego, CA 92130<br>Tel.: (858) 523.5400 | ashley.gebicke@lw.com |

| NAME | FIRM | EMAIL |
|---|---|---|
|  | *Counsel for Defendants Alta Mesa Resources, Inc., f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; Harlan H. Chappelle; Michael E. Ellis; William D. Gutermuth; James T. Hackett;. Ronald J. Smith; Jeffrey H. Tepper; Thomas J. Walker; and Diana J. Walters* |  |
| Herman Heng Yue | LATHAM & WATKINS LLP 1271 Avenue of the Americas; New York, NY 10020 Tel: (202) 906-1200<br><br>*Counsel for Defendants Alta Mesa Resources, Inc., f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; Harlan H. Chappelle; Michael E. Ellis; William D. Gutermuth; James T. Hackett;. Ronald J. Smith; Jeffrey H. Tepper; Thomas J. Walker; and Diana J. Walters* | herman.yue@lw.com |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 31, 2024, at Houston, TX.

*Walter M. Berger*
Walter M. Berger