UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-00957 |

**CLASS PLAINTIFFS' UNOPPOSED MOTION TO SEAL CLASS PLAINTIFFS' REPLY IN SUPPORT OF MOTION *IN LIMINE* NO. 1: MOTION TO PRECLUDE EVIDENCE OR ARGUMENT REGARDING <u>RELIANCE ON UNDISCLOSED THIRD PARTIES</u>**

4868-9816-6773.v1

Class Plaintiffs in the above-captioned action respectfully request leave to file under seal an unredacted copy of Class Plaintiffs' Reply in Support of Motion *in Limine* No. 1: Motion to Preclude Evidence or Argument Regarding Reliance on Unidentified Third Parties (the "Sealed Document").

As grounds for this motion, Class Plaintiffs state as follows:

1. On August 17, 2021, the Court entered the Stipulation and Protective Order ("PO"), which governs the handling of confidential information exchanged in discovery in this matter;

2. Pursuant to the PO, "[i]f any party submits Confidential Discovery Material or Confidential Attorney Eyes Only Discovery Material to the Court, the submission must be filed only under seal on CM/ECF if filed electronically[.]" PO at ¶ 24;

3. The Sealed Document comprises and refers to non-public documents and information that have been designated by the parties as Confidential Discovery Material pursuant to the PO; and

4. On November 3, 2024, Class Plaintiffs filed the Sealed Document under seal. Pursuant to ¶ 14 of the PO, Class Plaintiffs will meet and confer with the designating party to determine whether any or all of the Sealed Documents need to remain under seal no later than November 10, 2024.[1]

---

[1] Class Plaintiffs hereby certify, in accordance with Court Procedures § 6.C.2, that Class Plaintiffs met and conferred with Defendants, and Defendants confirmed they do not oppose the motion.

- 2 -

THEREFORE, Class Plaintiffs request that the Court grant their request for leave to file under seal an unredacted copy of the Sealed Document.

| | |
|---|---|
| DATED:  November 4, 2024 | Respectfully submitted, |
| s/ Andrew J. Entwistle | s/ Trig R. Smith |
| Andrew J. Entwistle (attorney in charge)<br>State Bar No. 24038131<br>Callie Crispin<br>State Bar No. 24104231<br>Sal H. Lee<br>State Bar No. 24127308<br>**ENTWISTLE & CAPPUCCI LLP**<br>500 West 2nd Street, Floor 19, Suite 140<br>Austin, TX  78701<br>Telephone:  (512) 710-5960<br>Facsimile:  (212) 894-7278 | Tor Gronborg (*pro hac vice*)<br>Trig R. Smith (*pro hac vice*)<br>John M. Kelley (*pro hac vice*)<br>Stephen Johnson (*pro hac vice*)<br>**ROBBINS GELLER RUDMAN**<br>  **& DOWD LLP**<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  (619) 231-1058<br>Facsimile:  (619) 231-7423 |
| – and – | *Court Appointed Co-Lead Counsel* |

Joshua K. Porter (*pro hac vice*)
Brendan J. Brodeur (*pro hac vice*)
Andrew M. Sher (*pro hac vice*)
**ENTWISTLE & CAPPUCCI LLP**
230 Park Avenue, 3rd Floor
New York, NY  10169
Telephone:  (212) 894-7200
Facsimile:  (212) 894-7278

*Court Appointed Co-Lead Counsel*

Carol C. Villegas (*pro hac vice*)
David Saldamando (*pro hac vice*)
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

*Counsel for Plaintiff Camelot Event Driven*
*Fund, A Series of Frank Funds Trust*

## CERTIFICATE OF SERVICE

I certify that this motion has been served on counsel of record via the Court's ECF system on November 4, 2024.

                                          s/ Trig R. Smith
                                          TRIG R. SMITH