# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-00957 |

**[PROPOSED] ORDER GRANTING CLASS PLAINTIFFS' UNOPPOSED MOTION TO SEAL CLASS PLAINTIFFS' REPLY IN SUPPORT OF MOTION *IN LIMINE* NO. 1: MOTION TO PRECLUDE EVIDENCE OR ARGUMENT <u>REGARDING RELIANCE ON UNDISCLOSED THIRD PARTIES</u>**

- 1 -

Having considered Class Plaintiffs' Unopposed Motion to Seal Class Plaintiffs' Reply in Support of Motion *in Limine* No. 1: Motion to Preclude Evidence or Argument Regarding Reliance on the Undisclosed Third Parties, and for good cause shown, the motion to seal is GRANTED.

Class Plaintiffs are hereby given leave to file an unredacted copy of the document referenced above under seal.

Signed this _____ day of _____, 2024.

DATED: _____     _____
                                           GEORGE C. HANKS, JR.
                                           UNITED STATES DISTRICT JUDGE

4861-3853-9253.v1