**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-00957 |

**DECLARATION OF JOHN M. KELLEY IN SUPPORT OF CLASS PLAINTIFFS' REPLY IN SUPPORT OF MOTION *IN LIMINE* NO. 2: MOTION TO PRECLUDE EVIDENCE OR ARGUMENT REGARDING <u>RELIANCE ON THE ADVICE OF COUNSEL</u>**

4853-7360-3061.v1

I, John M. Kelley, declare as follows:

1. I am an Associate at the law firm Robbins, Geller, Rudman & Dowd LLP, counsel for Class Plaintiffs and Court-Appointed Co-Class Counsel. I am a member of the State Bar of California and am admitted to practice before this Court.

2. I respectfully submit this declaration in support of Class Plaintiffs' contemporaneously filed Reply in Support of Motion *in Limine* No. 2: Motion to Preclude Evidence or Argument Regarding Reliance on the Advice of Counsel.

3. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

4. Attached hereto are true and correct copies of the following documents:

Exhibit A:   Excerpts from *United States v. Shea*, No. 20 Cr 412 (S.D.N.Y.), Dkt. 245 (May 31, 2022 Trial Transcript).

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 4, 2024, at Houston, Texas.

_____
JOHN M. KELLEY