UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00957 |
|---|---|---|---|

In re ALTA MESA RESOURCES, INC. SECURITIES LITIGATION

*versus*

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Joseph Serino, Jr.<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>(212) 906-1717; joseph.serino@lw.com<br>New York Bar No. 2407492<br>Illinois Bar No. 6198646<br>(see attached addendum for Federal Court admissions) |
| Name of party applicant seeks to appear for: | Alta Mesa Resources. Inc., f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; James T. Hackett, Harlan H. Chappelle, William Gutermuth, Jeffrey H. Tepper, Diana J. Walters; Michael E. Ellis; Ronald Smith; Pierre F. Lapeyre, Jr.; David M. Leuschen; Donald Sinclair; Stephen Coats; and Thomas J. Walker |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/4/2024 | Signed: | /s/ Joseph Serino, Jr. |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**        **This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                                                    United States District Judge

## ADDENDUM TO MOTION FOR ADMISSION PRO HAC VICE
## OF JOSEPH SERINO, JR.

### Case No. 4:19-cv-00957

**Federal Court Admissions:**

| | |
|---|---|
| U.S. Court of Appeals for the 10th Circuit | April 15, 2010 |
| U.S. Court of Appeals for the 11th Circuit | July 21, 2015 |
| U.S. Court of Appeals for the 2nd Circuit | March 22, 2007 |
| U.S. Court of Appeals for the 3rd Circuit | August 16, 2012 |
| U.S. Court of Appeals for the 6th Circuit | May 1, 2003 |
| U.S. Court of Appeals for the 9th Circuit | January 30, 2009 |
| U.S. Court of Appeals for the D.C. Circuit | March 15, 2011 |
| U.S. District Court - District of Colorado | May 21, 2007 |
| U.S. District Court - Eastern District of Michigan | June 1, 2006 |
| U.S. District Court - Eastern District of New York | September 3, 1991 |
| U.S. District Court - Northern District of Illinois - General Bar | January 11, 1989 |
| U.S. District Court - Northern District of New York | May 28, 1993 |
| U.S. District Court - Southern District of New York | September 3, 1991 |