# EXHIBIT C

*In re Alta Mesa Resources, Inc.*, Case No. 4:19-cv-00957 (S.D. Tex.)
Collins, Craig – May 18, 2023

| PLAINTIFFS' DIRECT DESIGNATIONS | Defendants' Objections | Defendants' Counter-Designations | PLAINTIFFS' OBJECTIONS TO COUNTERS | PLAINTIFFS' COUNTER-COUNTER DESIGNATIONS | Defendants' Objections |
|---|---|---|---|---|---|
| 14:13-17:2 | | | | | |
| 18:2-18 | | | | | |
| 19:5-20:13 | | | | | |
| 22:18-23:10 | | | | | |
| 23:16-22 | | | | | |
| 24:9-23 | | | | | |
| 25:3-16 | | | | | |
| 27:1-9 | | | | | |
| 28:2-30:5 | | | | | |
| 30:20-31:3 | | | | | |
| 31:13-34:6 | | | | | |
| 34:20-35:17 | | | | | |
| 35:25-36:20 | | | | | |
| 37:3-38:8 | | | | | |
| 39:9-40:3 | | | | | |
| 41:1-25 | | | | | |
| 42:12-24 | | | | | |
| 43:3-44:3 | | | | | |
| 47:4-25 | | | | | |
| 51:16-52:17 | | | | | |
| 52:24-53:19 | | | | | |
| 56:3-56:10 | | | | | |
| 61:13--22 | | | | | |
| 71:16-20 | | | | | |
| 72:12-24 | | | | | |
| 74:14-21 | | | | | |
| 90:13-92:11 | | | | | |
| 94:5-22 | | | | | |

1

*In re Alta Mesa Resources, Inc.*, Case No. 4:19-cv-00957 (S.D. Tex.)

Collins, Craig – May 18, 2023

| PLAINTIFFS' DIRECT DESIGNATIONS | Defendants' Objections | Defendants' Counter-Designations | PLAINTIFFS' OBJECTIONS TO COUNTERS | PLAINTIFFS' COUNTER-COUNTER DESIGNATIONS | Defendants' Objections |
|---|---|---|---|---|---|
| 95:15-24 | | | | | |
| 96:4-10 | | | | | |
| 100:22-101:3 | | | | | |
| 109:7-22 | | | | | |
| 110:2-112:3 | | | | | |
| 112:10-114:19 | | | | | |
| 115:4-11 | | | | | |
| 116:3-11 | | | | | |
| 118:24-120:4 | | | | | |
| 120:5-23 | | | | | |
| 122:3-123:8 | | | | | |
| 124:9-126:3 | | | | | |
| 130:4-22 | | | | | |
| 140:25-141:20 | | | | | |

2