# EXHIBIT G

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-00957 |

## CLASS PLAINTIFFS' PROPOSED VERDICT FORM

## VERDICT FORM

## PART I – §14(a) Claim

Please answer the following questions by checking the appropriate fields below:

**Question 1:**   Have Class Plaintiffs proved their §14(a) claim as to the following defendants:  Alta Mesa; Riverstone; Hackett; Gutermuth; Tepper; and/or Walters?

____   Yes for all defendants listed above.
____   Yes for the following defendants (if not all, check each defendant who Class Plaintiffs proved their §14(a) claim as to):
  ____ Alta Mesa   ____ Riverstone   ____ Hackett
  ____ Gutermuth   ____ Tepper   ____ Walters
____   No.

**Question 2:**   For each of the individual defendants for whom you answered "Yes"  to Question 1, have Class Plaintiffs proved the defendant acted knowingly?

| | | |
|---|---|---|
| Alta Mesa | ____ Yes | ____ No |
| Riverstone | ____ Yes | ____ No |
| Hackett | ____ Yes | ____ No |
| Gutermuth | ____ Yes | ____ No |
| Tepper | ____ Yes | ____ No |
| Walters | ____ Yes | ____ No |

**Question 3:**   Select which proposed damages quantification reasonably estimates Class Plaintiffs' per share damages (check only one):

____   Class Plaintiffs' benefit-of-the-bargain quantification ($8.17 per share)
     (Check this only if you answered "Yes" for any defendant in Question 2.)
____   Class Plaintiffs' out-of-pocket quantification (up to $4.10 per share)
____   Other

If you selected "Other," please identify the per share damages, if any, you found Class Plaintiffs proved for their §14(a) claim:
$_____ per share.

**Question 4:**  *If you answered "Yes" for all Defendants in Question 2, skip this question.*  Otherwise, for each defendant you found violated §14(a), identify the percentage of responsibility of that defendant.  Only fill in a number next to a defendant you found violated §14(a).  The total must add up to 100%.

|  |  |
|---|---|
| Alta Mesa | ____% |
| Riverstone | ____% |
| Hackett | ____% |
| Gutermuth | ____% |
| Tepper | ____% |
| Walters | ____% |
| **Total** | **100%** |

**Question 5:**  For the Proxy Statement, have Class Plaintiffs proved their §20(a) control person claim as to the following defendants:  Riverstone; Hackett; Gutermuth; Tepper; Walters?

____ Yes for all defendants listed above.

____ Yes for the following defendants (if not all, check each defendant who Class Plaintiffs proved their §20(a) claim as to):

    ____ Riverstone      ____ Hackett      ____ Gutermuth

    ____ Tepper      ____ Walters

____ No.

## PART II – §10(b) Claim

Please answer the following questions by checking the appropriate fields below:

### August 16, 2017 Press Release
### (Exhibit ###)

**Question 6:**  Have Class Plaintiffs proved their §10(b) Claim for the following statement in the August 16, 2017 Press Release?

> *AMH had identified "about 4,200 gross identified drilling locations" and based on its currently producing wells AMH "expects EURs at year end to exceed 650 MBOE per well."*

___ Yes.

___ No.

**Question 7:**  If you answered "Yes" to Question 6, which defendant(s) are liable for this statement in the August 16, 2017 Press Release? (If you check Chappelle or Hackett, you must also check Alta Mesa.)

| | |
|---|---|
| ___ Alta Mesa | ___ Chappelle |
| ___ Hackett | |

**Question 8:**  For each defendant you found liable in Question 7, did the defendant act knowingly or recklessly?  (You must choose one.)

| | | |
|---|---|---|
| Alta Mesa | ___ Knowingly | ___ Recklessly |
| Chappelle | ___ Knowingly | ___ Recklessly |
| Hackett | ___ Knowingly | ___ Recklessly |

## August 17, 2017 Investor Conference Call
## (Exhibit ###)

**Question 9:**  Have Class Plaintiffs proved their §10(b) Claim for the following statement in the August 17, 2017 Investor Conference Call?

> *"We have over 200 wells that we've drilled here and we've demonstrated the value, and we have confidence in the upside.  As an illustration of that, at the end of the second quarter [of 2017], we drilled on the order of 200 wells; of those, over 160 were on production. And of that number, about 114 had sufficient production history to give us confidence that at the end of this year, our year-end reserves will reflect better than 650,000 BOE."*

\_\_\_ Yes.
\_\_\_ No.

**Question 10:**  If you answered "Yes" to Question 9, which defendant(s) are liable for this statement in the August 17, 2017 Investor Conference?  (If you check Chappelle and/or Hackett, you must also check Alta Mesa.)

\_\_\_ Alta Mesa                    \_\_\_ Chappelle
\_\_\_ Hackett

**Question 11:**  For each of defendant you found liable in Question 10, did the defendant act knowingly or recklessly?  (You must choose one.)

| | | |
|---|---|---|
| Alta Mesa | \_\_\_ Knowingly | \_\_\_ Recklessly |
| Chappelle | \_\_\_ Knowingly | \_\_\_ Recklessly |
| Hackett | \_\_\_ Knowingly | \_\_\_ Recklessly |

#       #       #

**Question 12:**  Have Class Plaintiffs proved their §10(b) Claim for the information in the following slide regarding Projected 2018 and 2019 EBITDA in the August 17, 2017 Investor Conference?



___ Yes.

___ No.

**Question 13:**  If you answered "Yes" to Question 12, which defendant(s) are liable for this information in the August 17, 2017 Investor Conference?  (If you check Chappelle and/or Hackett, you must also check Alta Mesa.)

___ Alta Mesa                                    ___ Chappelle

___ Hackett

**Question 14:**  For each of defendant you found liable in Question 13, did the defendant act knowingly or recklessly?  (You must choose one.)

Alta Mesa  ___ Knowingly  ___ Recklessly
Chappelle  ___ Knowingly  ___ Recklessly
Hackett  ___ Knowingly  ___ Recklessly

## January 19, 2018 Proxy Statement
## (Exhibit ###)

**Question 15:**  Have Class Plaintiffs proved their §10(b) Claim for the information in the following table regarding Alta Mesa's Adjusted EBITDAX in the January 19, 2018 Proxy?

**Alta Mesa Projections**

| | Year Ending December 31, | | |
| | 2017E | 2018E | 2019E |
| --- | --- | --- | --- |
| | ($ in millions) | | |
| Average Net Daily Production (Boe/d)(1) | 20,841 | 38,510 | 68,900 |
| Adjusted EBITDAX(2) | $  155 | $  358 | $  701 |
| Capital Expenditures | $  349 | $  552 | $  611 |
| Free Cash Flow | $  (237) | $  (233) | $  51 |

(1)   Includes 549 boe/d, 1,698 boe/d and 2,003 boe/d for 2017, 2018 and 2019, respectively, attributable to the Bayou City DrillCo joint venture.

(2)   Alta Mesa defines Adjusted EBITDAX as net income (loss) before interest expense, loss on extinguishment of debt, exploration expense, depletion, depreciation and amortization, impairment expense, accretion expense, provision (benefit) for income taxes, (gain)/loss on sale of assets and (gain)/loss on derivative contracts. See "Selected Historical Financial Information of Alta Mesa—Non-GAAP Financial Measure."

\_\_\_   Yes.

\_\_\_   No.

**Question 16:**  If you answered "Yes" to Question 15, which defendant(s) are liable for this information in the January 19, 2018 Proxy?  (If you check Hackett you must also check Alta Mesa.)

\_\_\_   Alta Mesa                          \_\_\_   Hackett

**Question 17:**  For each of defendant you found liable in Question 16, did the defendant act knowingly or recklessly?  (You must choose one.)

| | | | |
| --- | --- | --- | --- |
| Alta Mesa | \_\_\_   Knowingly | \_\_\_   Recklessly |
| Hackett | \_\_\_   Knowingly | \_\_\_   Recklessly |

#          #          #

CLASS PLAINTIFFS' PROPOSED VERDICT FORM

**Question 18:**  Have Class Plaintiffs proved their §10(b) Claim for the information in the following table regarding Kingfisher's 2018 and 2019 Adjusted EBITDA in the January 19, 2018 Proxy?

**Kingfisher Projections**

|  | Year Ending December 31, | | |
|---|---|---|---|
|  | 2017E | 2018E | 2019E |
|  | ($ in millions) | | |
| Adjusted EBITDA(1)(2) | $ 42 | $ 185 | $ 318 |
| Capital Expenditures(2) | $ 124 | $ 373 | $ 174 |
| Free Cash Flow | $ (83) | $ (189) | $ 144 |

(1)   Kingfisher defines Adjusted EBITDA as net income (loss) before interest expense, income taxes, depreciation and amortization, acquisition and divestiture transaction expense and impairments. See "Selected Historical Financial Information of Kingfisher— Non-GAAP Financial Measure."

(2)   Adjusted EBITDA includes projected results derived from Alta Mesa's upstream development program.

___  Yes.

___  No.

**Question 19:**  If you answered "Yes" to Question 18, which defendant(s) are liable for this information in the January 19, 2018 Proxy?  (If you check Hackett you must also check Alta Mesa.)

___  Alta Mesa                        ___  Hackett

**Question 20:**  For each of defendant you found liable in Question 19, did the defendant act knowingly or recklessly?  (You must choose one.)

Alta Mesa      ___  Knowingly          ___  Recklessly
Hackett        ___  Knowingly          ___  Recklessly

#      #      #

CLASS PLAINTIFFS' PROPOSED VERDICT FORM

**Question 21:**  Have Class Plaintiffs proved their §10(b) Claim for the following statements in the January 19, 2018 Proxy?

> *The Proxy contains "financial projections . . . prepared on a reasonable basis" and "reflected the best currently available estimates and judgments of [AMH] and Kingfisher, as applicable." The Proxy represents that the financial figures are "presented, to the best of their knowledge and belief, the expected course of action and the expected future financial performance of Alta Mesa and Kingfisher, respectively."*

\_\_\_ Yes.
\_\_\_ No.

**Question 22:**  If you answered "Yes" to Question 21, which defendant(s) are liable for these statements in the January 19, 2018 Proxy?  (If you check Hackett you must also check Alta Mesa.)

\_\_\_ Alta Mesa                     \_\_\_ Hackett

**Question 23:**  For each of defendant you found liable in Question 22, did the defendant act knowingly or recklessly?  (You must choose one.)

Alta Mesa      \_\_\_ Knowingly           \_\_\_ Recklessly
Hackett        \_\_\_ Knowingly           \_\_\_ Recklessly

#      #      #

**Question 24:**  Have Class Plaintiffs proved their §10(b) Claim for the following statement in the January 19, 2018 Proxy?

> *"Of the 220 wells drilled, over 183 were on production, and of that number, about 116 had sufficient production history to give Alta Mesa's management confidence that [AMH's] type well EUR is greater than 650 MBOE."*

\_\_\_ Yes.
\_\_\_ No.

**Question 25:**  If you answered "Yes" to Question 24, which defendant(s) are liable for this statement in the January 19, 2018 Proxy?  (If you check Hackett you must also check Alta Mesa.)

___ Alta Mesa                                    ___ Hackett

**Question 26:**  For each defendant you found liable in Question 25, did the defendant act knowingly or recklessly?  (You must choose one.)

Alta Mesa     ___ Knowingly            ___ Recklessly
Hackett       ___ Knowingly            ___ Recklessly

#      #      #

**Question 27:**  Have Class Plaintiffs proved their §10(b) Claim for the information in the following table relating to Alta Mesa's Projected Average Net Daily Production in the January 19, 2018 Proxy?

**Alta Mesa Projections**

| | Year Ending December 31, | | |
| | 2017E | 2018E | 2019E |
| | | ($ in million) | |
| Average Net Daily Production (Boe/d)(1) | 20,841 | 38,510 | 68,900 |
| Adjusted EBITDAX(2) | $ 155 | $ 358 | $ 701 |
| Capital Expenditures | $ 349 | $ 552 | $ 611 |
| Free Cash Flow | $ (237) | $ (233) | $ 51 |

(1)   Includes 549 boe/d, 1,698 boe/d and 2,003 boe/d for 2017, 2018 and 2019, respectively, attributable to the Bayou City DrillCo joint venture.

(2)   Alta Mesa defines Adjusted EBITDAX as net income (loss) before interest expense, loss on extinguishment of debt, exploration expense, depletion, depreciation and amortization, impairment expense, accretion expense, provision (benefit) for income taxes, (gain)/loss on sale of assets and (gain)/loss on derivative contracts. See "Selected Historical Financial Information of Alta Mesa—Non-GAAP Financial Measure."

___ Yes.
___ No.

**Question 28:**  If you answered "Yes" to Question 27, which defendant(s) are liable for this information in the January 19, 2018 Proxy?  (If you check Hackett you must also check Alta Mesa.)

___ Alta Mesa                                    ___ Hackett

CLASS PLAINTIFFS' PROPOSED VERDICT FORM                              - 10 -

**Question 29**:  For each of defendant you found liable in Question 28, did the defendant act knowingly or recklessly?  (You must choose one.)

| | | |
|---|---|---|
| Alta Mesa | ___ Knowingly | ___ Recklessly |
| Hackett | ___ Knowingly | ___ Recklessly |

#     #     #

**Question 30**:  Have Class Plaintiffs proved their §10(b) Claim for the following statement in the January 19, 2018 Proxy?

> *Alta Mesa's deep inventory includes over 4,000 primary gross locations and over 12,000 possible locations from down spacing, as well as additional zone penetration.*

___ Yes.
___ No.

**Question 31**:  If you answered "Yes" to Question 30, which defendant(s) are liable for this statement in the January 19, 2018 Proxy?  (If you check Hackett you must also check Alta Mesa.)

___ Alta Mesa                    ___ Hackett

**Question 32**:  For each of defendant you found liable in Question 31, did the defendant act knowingly or recklessly?  (You must choose one.)

| | | |
|---|---|---|
| Alta Mesa | ___ Knowingly | ___ Recklessly |
| Hackett | ___ Knowingly | ___ Recklessly |

CLASS PLAINTIFFS' PROPOSED VERDICT FORM                                          - 11 -

**February 21, 2018 EnerCom Conference**
**(Exhibit ###)**

**Question 33:**  Have Class Plaintiffs proved their §10(b) Claim for the following slide presented at the February 21, 2018 EnerCom Conference?



**Alta Mesa: Sustainable STACK Development**
*Integrated upstream & midstream with fully funded growth and low leverage*

- **Disciplined Operations with 10+ year Horizon in STACK Oil Window, growing to 10-12 rig cadence**
  - Highly contiguous ~130,000 net acres; infrastructure a key competitive advantage
  - Low cost operator, resilient well economics in low commodity price environment, low leverage development plan
  - Kingfisher Midstream (KFM) purpose built and highly synergistic; flow assurance de-risks production growth
  - KFM initial 60 MMCFD plant full, additional volumes bridged via offtake agreements
  - KFM 200 MMCFD expansion in startup; 350 MMCFD total system capacity at completion

- **2012-2017 Execution and Results De-Risk Investment**
  - 250+ horizontal STACK wells drilled by Alta Mesa across entirety of Kingfisher acreage
  - Multi-well development projects initiated in 2017; previous pattern tests validate approach
  - Consistency and geographic breadth of well results underscores repeatable development

- **Experienced Management Team Aligned with Shareholders**
  - Alta Mesa Resources, Inc. (AMR) management team remain large shareholders
  - Demonstrated discipline to sustain and grow the enterprise through cyclical downturns

- **Comprehensive Application of Best Practices and Technology**
  - Efficient, scalable drilling team currently managing 6 rig program delivering > 2 wells per month per rig
  - Geoscience team applying full suite of tools including 3-D seismic and geosteering to optimize development
  - Completions team providing top-tier design and execution of hydraulic fracture stimulations
  - Production team enhances individual well performance by daily managing compression and artificial lift

3

\_\_\_ Yes.
\_\_\_ No.

**Question 34:**  If you answered "Yes" to Question 33, which defendant(s) are liable for this slide presented at the February 21, 2018 EnerCom Conference?  (If you check Chappelle, you must also check Alta Mesa.)

\_\_\_ Alta Mesa                    \_\_\_ Chappelle

**Question 35:**  For each of defendant you found liable in Question 34 did the defendant act knowingly or recklessly?  (You must choose one.)

Alta Mesa    ___   Knowingly       ___   Recklessly

Chappelle    ___   Knowingly       ___   Recklessly

#  #  #

**Question 36:**  Have Class Plaintiffs proved their §10(b) Claim for the following slide presented at the February 21, 2018 EnerCom Conference?



___ Yes.

___ No.

**Question 37:**  If you answered "Yes" to Question 36, which defendant(s) are liable for this slide presented at the February 21, 2018 EnerCom Conference?  (If you check Chappelle, you must also check Alta Mesa.)

____ Alta Mesa                              ____ Chappelle

**Question 38:**  For each of defendant you found liable in Question 37, did the defendant act knowingly or recklessly?  (You must choose one.)

Alta Mesa     ____ Knowingly          ____ Recklessly
Chappelle     ____ Knowingly          ____ Recklessly

**March 29, 2018 Press Release**
**(Exhibit ###)**

**Question 39:**  Have Class Plaintiffs proved their §10(b) Claim for the following statement in the March 29, 2018 Press Release?

> *"we have de-risked our acreage with over 250 operated horizontal wells and a comprehensive scientific and engineering effort to begin systematic development with multi-well patterns."*

___ Yes.
___ No.

**Question 40:**  If you answered "Yes" to Question 39, which defendant(s) are liable for this statement in the March 29, 2018 Press Release?  (If you check Chappelle and/or Hackett, you must also check Alta Mesa.)

___ Alta Mesa                    ___ Chappelle
___ Hackett

**Question 41:**  For each of defendant you found liable in Question 40, did the defendant act knowingly or recklessly?  (You must choose one.)

| | | |
|---|---|---|
| Alta Mesa | ___ Knowingly | ___ Recklessly |
| Chappelle | ___ Knowingly | ___ Recklessly |
| Hackett | ___ Knowingly | ___ Recklessly |

#     #     #

**Question 42:**  Have Class Plaintiffs proved their §10(b) Claim for the following statement in the March 29, 2018 Press Release?

> *"We expect drilling and completion costs on these wells to average $3.8 million and our type curve has been approximately 650 MBOE per well."*

___ Yes.
___ No.

**Question 43:**  If you answered "Yes" to Question 42, which defendant(s) are liable for this statement in the March 29, 2018 Press Release?  (If you check Chappelle and/or Hackett, you must also check Alta Mesa.)

___  Alta Mesa                         ___  Chappelle
___  Hackett

**Question 44:**  For each of defendant you found liable in Question 43, did the defendant act knowingly or recklessly?  (You must choose one.)

Alta Mesa       ___  Knowingly         ___  Recklessly
Chappelle       ___  Knowingly         ___  Recklessly
Hackett         ___  Knowingly         ___  Recklessly

**March 29, 2018 Investor Presentation and Conference Call**
**(Exhibit ###)**

**Question 45:**  Have Class Plaintiffs proved their §10(b) Claim for the following slide presented at the March 29, 2018 Investor Presentation and Conference Call?



   \_\_\_  Yes.
   \_\_\_  No.

**Question 46:**  If you answered "Yes" to Question 45, which defendant(s) are liable for this slide presented at the March 29, 2018 Investor Presentation and Conference Call?  (If you check Chappelle and/or Hackett, you must also check Alta Mesa.)

   \_\_\_  Alta Mesa            \_\_\_  Chappelle
   \_\_\_  Hackett

**Question 47:**  For each of defendant you found liable in Question 46, did the defendant act knowingly or recklessly?  (You must choose one.)

| Alta Mesa | ___ Knowingly | ___ Recklessly |
|-----------|---------------|----------------|
| Chappelle | ___ Knowingly | ___ Recklessly |
| Hackett   | ___ Knowingly | ___ Recklessly |

#     #     #

**Question 48:**  Have Class Plaintiffs proved their §10(b) Claim for the following statement during the March 29, 2018 Investor Presentation and Conference Call?

> *"During [2017 and early 2018] we … further de-risked and delineated our Kingfisher County acreage [in STACK]…. We have transitioned from spacing tests to development patterns."*

___ Yes.
___ No.

**Question 49:**  If you answered "Yes" to Question 48, which defendant(s) are liable for this statement during the March 29, 2018 Investor Presentation and Conference Call?  (If you check Chappelle, and/or Hackett, you must also check Alta Mesa.)

| ___ Alta Mesa | ___ Chappelle |
|---------------|---------------|
| ___ Hackett   |               |

**Question 50:**  For each of defendant you found liable in Question 49, did the defendant act knowingly or recklessly?  (You must choose one.)

| Alta Mesa | ___ Knowingly | ___ Recklessly |
|-----------|---------------|----------------|
| Chappelle | ___ Knowingly | ___ Recklessly |
| Hackett   | ___ Knowingly | ___ Recklessly |

#     #     #

CLASS PLAINTIFFS' PROPOSED VERDICT FORM

**Question 51:**  Have Class Plaintiffs proved their §10(b) Claim for the following statement during the March 29, 2018 Investor Presentation and Conference Call?

> *"Most significantly, large third party producers have delayed drilling on dedicated acreage, and these customers have begun to shift their activity back to acreage we serve, again we believe only on order of six months' shift in completed wells into our system."*

\_\_\_ Yes.
\_\_\_ No.

**Question 52:**  If you answered "Yes" to Question 51, which defendant(s) are liable for this statement during the March 29, 2018 Investor Presentation and Conference Call?  (If you check Chappelle and/or Hackett, you must also check Alta Mesa.)

\_\_\_ Alta Mesa                          \_\_\_ Chappelle
\_\_\_ Hackett

**Question 53:**  For each of defendant you found liable in Question 52, did the defendant act knowingly or recklessly?  (You must choose one.)

| | | |
|---|---|---|
| Alta Mesa | \_\_\_ Knowingly | \_\_\_ Recklessly |
| Chappelle | \_\_\_ Knowingly | \_\_\_ Recklessly |
| Hackett | \_\_\_ Knowingly | \_\_\_ Recklessly |

**April 9, 2018 IPAA-OGIS Conference and Presentation**
**(Exhibit ###)**

**Question 54:**  Have Class Plaintiffs proved their §10(b) Claim for the following statement and accompanying slide presented at the April 9, 2018 IPAA-OGIS Conference and Presentation?

> *"Now, here's one simple example of a well that we optimized with an ESP, obviously a very good outcome if you're producing on the order of 800 barrels a day…. But the point is there are opportunities like this.  We've got a lot of effort focused on that."*




____  Yes.
____  No.

**Question 55:**  If you answered "Yes" to Question 54, which defendant(s) are liable for this statement and accompanying slide presented at the April 9, 2018 IPAA-OGIS Conference and Presentation?  (If you check Chappelle and/or Hackett, you must also check Alta Mesa.)

____  Alta Mesa                              ____  Chappelle
____  Hackett

**Question 56:**  For each of defendant you found liable in Question 55, did the defendant act knowingly or recklessly?  (You must choose one.)

| | | |
|---|---|---|
| Alta Mesa | ___ Knowingly | ___ Recklessly |
| Chappelle | ___ Knowingly | ___ Recklessly |
| Hackett | ___ Knowingly | ___ Recklessly |

#       #       #

**Question 57:**  Have Class Plaintiffs proved their §10(b) Claim for the following slide presented at the April 9, 2018 IPAA-OGIS Conference and Presentation?





___ Yes.

___ No.

**Question 58:**  If you answered "Yes" to Question 57, which defendant(s) are liable for this slide presented at the April 9, 2018 IPAA-OGIS Conference and Presentation?  (If you check Chappelle and/or Hackett, you must also check Alta Mesa.)

___ Alta Mesa                    ___ Chappelle
___ Hackett

**Question 59:**  For each of defendant you found liable in Question 58, did the defendant act knowingly or recklessly?  (You must choose one.)

Alta Mesa     ___ Knowingly        ___ Recklessly
Chappelle     ___ Knowingly        ___ Recklessly
Hackett       ___ Knowingly        ___ Recklessly

**<u>May 14, 2018 Investor Presentation</u>**
**<u>(Exhibit ###)</u>**

**<u>Question 60</u>:**  Have Class Plaintiffs proved their §10(b) Claim for the following statement in the May 14, 2018 Investor Presentation?

*"**Multi-well development pattern results across field are favorable.**"*

___ Yes.
___ No.

**<u>Question 61</u>:**  If you answered "Yes" to Question 60, which defendant(s) are liable for this statement in the May 14, 2018 Investor Presentation?  (If you check Chappelle and/or Hackett, you must also check Alta Mesa.)

___ Alta Mesa                    ___ Chappelle
___ Hackett

**<u>Question 62</u>:**  For each of defendant you found liable in Question 61, did the defendant act knowingly or recklessly?  (You must choose one.)

Alta Mesa   ___ Knowingly          ___ Recklessly
Chappelle   ___ Knowingly          ___ Recklessly
Hackett     ___ Knowingly          ___ Recklessly

\#       \#       \#

**Question 63:**  Have Class Plaintiffs proved their §10(b) Claim for the following slide presented at the May 14, 2018 Investor Presentation?



___ Yes.

___ No.

**Question 64:**  If you answered "Yes" to Question 63, which defendant(s) are liable for this slide presented at the May 14, 2018 Investor Presentation?  (If you check Chappelle and/or Hackett, you must also check Alta Mesa.)

___ Alta Mesa                          ___ Chappelle

___ Hackett

**Question 65:**  For each of defendant you found liable in Question 64, did the defendant act knowingly or recklessly?  (You must choose one.)

Alta Mesa       ___ Knowingly          ___ Recklessly

Chappelle       ___ Knowingly          ___ Recklessly

Hackett          ___ Knowingly          ___ Recklessly

CLASS PLAINTIFFS' PROPOSED VERDICT FORM                          - 24 -

## <u>May 14, 2018 Investor Call</u>
## <u>(Exhibit ###)</u>

**Question 66:**  Have Class Plaintiffs proved their §10(b) Claim for the following statement in the May 14, 2018 Investor Call?

> *"We are reaffirming our FY '18 guidance. We have confidence in presenting operating results such as production, revenue, expenses as those numbers will not change."*

\_\_\_ Yes.
\_\_\_ No.

**Question 67:**  If you answered "Yes" to Question 66, which defendant(s) are liable for this statement in the May 14, 2018 Investor Presentation?  (If you check Chappelle and/or Hackett, you must also check Alta Mesa.)

\_\_\_ Alta Mesa                          \_\_\_ Chappelle
\_\_\_ Hackett

**Question 68:**  For each of defendant you found liable in Question 67, did the defendant act knowingly or recklessly?  (You must choose one.)

Alta Mesa      \_\_\_ Knowingly           \_\_\_ Recklessly
Chappelle      \_\_\_ Knowingly           \_\_\_ Recklessly

**<u>May 21, 2018 Form 10-Q</u>**
**<u>(Exhibit ###)</u>**

**<u>Question 69</u>:**  Have Class Plaintiffs proved their §10(b) Claim for the following statement in the May 21, 2018 Form 10-Q?

> *"Based on that evaluation, our Chief Executive Officer and Chief Financial Officer concluded that our disclosure controls and procedures were effective as of March 31, 2018 to provide reasonable assurance that information required to be disclosed in our reports filed or submitted under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the Securities and Exchange Commission's rules and forms."*

___  Yes.
___  No.

**<u>Question 70</u>:**  If you answered "Yes" to Question 69, which defendant(s) are liable for this statement in the May 21, 2018 Form 10-Q?  (If you check Chappelle you must also check Alta Mesa.)

___   Alta Mesa                    ___   Chappelle

**<u>Question 71</u>:**  For each of defendant you found liable in Question 70, did the defendant act knowingly or recklessly?  (You must choose one.)

Alta Mesa     ___  Knowingly          ___  Recklessly
Chappelle     ___  Knowingly          ___  Recklessly

#       #       #

**Question 72:**  Have Class Plaintiffs proved their §10(b) Claim for the following statement in the May 21, 2018 Form 10-Q?

> ***"The information contained in this Report fairly presents, in all material respects, the financial condition and results of operations of Alta Mesa Resources, Inc."***

\_\_\_  Yes.
\_\_\_  No.

**Question 73:**  If you answered "Yes" to Question 72, which defendant(s) are liable for this statement in the May 21, 2018 Form 10-Q?  (If you check Chappelle you must also check Alta Mesa.)

\_\_\_   Alta Mesa                    \_\_\_   Chappelle

**Question 74:**  For each of defendant you found liable in Question 73, did the defendant act knowingly or recklessly?  (You must choose one.)

Alta Mesa     \_\_\_  Knowingly          \_\_\_  Recklessly
Chappelle     \_\_\_  Knowingly          \_\_\_  Recklessly

**August 14, 2018 Investor Presentation
(Exhibit ###)**

**Question 75:**  Have Class Plaintiffs proved their §10(b) Claim for the following slide presented during the August 14, 2018 Earnings Call:



___ Yes.
___ No.

**Question 76:**  If you answered "Yes" to Question 75, which defendant(s) are liable for this slide presented during the August 14, 2018 Earnings Call?  (If you check Chappelle and/or Hackett, you must also check Alta Mesa.)

___ Alta Mesa                              ___ Chappelle
___ Hackett

**Question 77:**  For each of defendant you found liable in Question 76, did the defendant act knowingly or recklessly?  (You must choose one.)

Alta Mesa    ___ Knowingly        ___ Recklessly
Chappelle    ___ Knowingly        ___ Recklessly
Hackett      ___ Knowingly        ___ Recklessly

## **August 14, 2018 Investor Call**
## **(Exhibit ###)**

**Question 78:**  Have Class Plaintiffs proved their §10(b) Claim the following statement during the August 14, 2018 Earnings Call?

> *"The opportunity to invest in our own high quality acreage in integrated midstream business at recent trading levels offers compelling long term returns to our shareholders."*

\_\_\_ Yes.
\_\_\_ No.

**Question 79:**  If you answered "Yes" to Question 78, which defendant(s) are liable for this statement during the August 14, 2018 Earnings Call?  (If you check Chappelle and/or Hackett, you must also check Alta Mesa.)

\_\_\_ Alta Mesa                     \_\_\_ Chappelle
\_\_\_ Hackett

**Question 80:**  For each of defendant you found liable in Question 79, did the defendant act knowingly or recklessly?  (You must choose one.)

Alta Mesa     \_\_\_ Knowingly     \_\_\_ Recklessly
Chappelle     \_\_\_ Knowingly     \_\_\_ Recklessly
Hackett       \_\_\_ Knowingly     \_\_\_ Recklessly

## September 6, 2018 Barclays Conference
## (Exhibit ###)

**Question 81**:  Have Class Plaintiffs proved their §10(b) Claim for the following statement at the September 6, 2018 Barclays Conference?

> *"During that period of time, we performed 7 pattern tests that gave us insight into the intensive multi-well patterns that we see as being necessary to produce all the economic oil that we have here. . . . That literally would have been -- that would infer 24 wells per section. We're not going with that, but it does illustrate the potential for down spacing, and in fact, it gave us a lot of confidence because one of our strategic anchors is that we need to limit our downside."*

___  Yes.
___  No.

**Question 82**:  If you answered "Yes" to Question 81, which defendant(s) are liable for this statement at the September 6, 2018 Barclays Conference?  (If you check Chappelle you must also check Alta Mesa.)

___  Alta Mesa                    ___  Chappelle

**Question 83**:  For each of defendant you found liable in Question 82, did the defendant act knowingly or recklessly?  (You must choose one.)

Alta Mesa      ___  Knowingly          ___  Recklessly
Chappelle      ___  Knowingly          ___  Recklessly

## November 14, 2018 Form 10-Q
## (Exhibit ###)

**Question 84:**  Have Class Plaintiffs proved their §10(b) Claim for the following statement in the November 14, 2018 Form 10-Q?

> *"Based on that evaluation, our Chief Executive Officer and Chief Financial Officer concluded that our disclosure controls and procedures were effective as of March 31, 2018 to provide reasonable assurance that information required to be disclosed in our reports filed or submitted under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the Securities and Exchange Commission's rules and forms. . . .  Other than the changes described above, there have been no changes in our internal control over financial reporting during the three months ended September 30, 2018 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting."*

___  Yes.

___  No.

**Question 85:**  If you answered "Yes" to Question 84, which defendant(s) are liable for this statement in the November 14, 2018 Form 10-Q?  (If you check Chappelle you must also check Alta Mesa.)

___  Alta Mesa                    ___  Chappelle

**Question 86:**  For each of defendant you found liable in Question 85, did the defendant act knowingly or recklessly?  (You must choose one.)

| | | | |
|---|---|---|---|
| Alta Mesa | ___  Knowingly | ___  Recklessly |
| Chappelle | ___  Knowingly | ___  Recklessly |

#       #       #

**Question 87:**  Have Class Plaintiffs proved their §10(b) Claim for the following statement in the November 14, 2018 Form 10-Q?

> *"The information contained in this Report fairly presents, in all material respects, the financial condition and results of operations of Alta Mesa Resources, Inc."*

\_\_\_  Yes.
\_\_\_  No.

**Question 88:**  If you answered "Yes" to Question 87, which defendant(s) are liable for this statement in the November 14, 2018 Form 10-Q?  (If you check Chappelle you must also check Alta Mesa.)

\_\_\_  Alta Mesa                    \_\_\_  Chappelle

**Question 89:**  For each of defendant you found liable in Question 88, did the defendant act knowingly or recklessly?  (You must choose one.)

Alta Mesa       \_\_\_  Knowingly          \_\_\_  Recklessly
Chappelle       \_\_\_  Knowingly          \_\_\_  Recklessly

## PART III – §10(b) Claim Damages and §20(a) Liability

If you found any defendant liable for any statements above in Part II of the verdict form, please proceed to the questions below.  If you did not find any defendant liable for any statement above in Part II of the verdict form, the verdict form is complete and you should proceed to the final page to sign and date the form.

**Question 90:**  Select which proposed damages quantification reasonably estimates Class Plaintiffs' common stock damages on a per-share basis (check only one):

___   Class Plaintiffs' per-share damages quantification (Exhibit [[XXX]])
___   Other

If you selected "Other," please fill in the amount of loss per common stock share, if any, for each day on Table A, beginning on the date of the earliest statement for which you found Class Plaintiffs proved their §10(b) Claim.

**Question 91:**  Select which proposed damages quantification reasonably estimates Class Plaintiffs' warrant damages on a per-warrant basis (check only one):

___   Class Plaintiffs' per-warrant damages quantification (Exhibit [[XXX]])
___   Other

If you selected "Other," please fill in the amount of loss per warrant, if any, for each day on Table A, beginning on the date of the earliest statement for which you found Class Plaintiffs proved their §10(b) Claim.

**Question 92:**  For each defendant you found violated §10(b), identify the percentage of responsibility of that defendant.  Only fill in a number next to a defendant you found violated §10(b).  The total must add up to 100%.

| | |
|---|---|
| Alta Mesa | ____% |
| Chappelle | ____% |
| Hackett | ____% |
| **Total** | **100%** |

**Question 93:**  For the statements you found were false or omitted material information in §II above, have Class Plaintiffs proved their §20(a) control person claim as to any of the following defendants:  Riverstone; Hackett; Chappelle; Ellis; Smith; Gutermuth; Tepper; Walters; BCE?

\_\_\_\_     Yes for the following defendants (check each defendant who Class Plaintiffs proved their §20(a) claim as to):
\_\_\_   Riverstone
\_\_\_   Chappelle
\_\_\_   Hackett
\_\_\_   Ellis
\_\_\_   Gutermuth
\_\_\_   Smith
\_\_\_   Tepper
\_\_\_   Walters
\_\_\_   BCE (only for August 16, 2017 and/or August 17, 2017 statements)
\_\_\_     No.

**Question 94:**  If you answered "Yes" in response to Question 93 as to any defendant, have any of those defendants proved a Good Faith Defense?

\_\_\_\_     Yes for the following defendants (check each defendant who proved their Good Faith Defense to the §20(a) claim):
\_\_\_   Riverstone
\_\_\_   Chappelle
\_\_\_   Hackett
\_\_\_   Ellis
\_\_\_   Gutermuth
\_\_\_   Smith
\_\_\_   Tepper
\_\_\_   Walters
\_\_\_   BCE
\_\_\_     No.

CLASS PLAINTIFFS' PROPOSED VERDICT FORM

## PART IV – Signature

Once the form is completed, the foreperson for the jury must sign and date it below:


Dated:_____   Signed:_____
                                            Jury Foreperson



   DATED:  [Insert Date]                          Respectfully submitted,

# TABLE A

| Date | Amount of Loss (Per Share) | Amount of Loss (Per Warrant) | Date | Amount of Loss (Per Share) | Amount of Loss (Per Warrant) |
|---|---|---|---|---|---|
| August 16, 2017 | $ | $ | October 2, 2017 | $ | $ |
| August 17, 2017 | $ | $ | October 3, 2017 | $ | $ |
| August 18, 2017 | $ | $ | October 4, 2017 | $ | $ |
| August 19, 2017 | $ | $ | October 5, 2017 | $ | $ |
| August 20, 2017 | $ | $ | October 6, 2017 | $ | $ |
| August 21, 2017 | $ | $ | October 7, 2017 | $ | $ |
| August 22, 2017 | $ | $ | October 8, 2017 | $ | $ |
| August 23, 2017 | $ | $ | October 9, 2017 | $ | $ |
| August 24, 2017 | $ | $ | October 10, 2017 | $ | $ |
| August 25, 2017 | $ | $ | October 11, 2017 | $ | $ |
| August 26, 2017 | $ | $ | October 12, 2017 | $ | $ |
| August 27, 2017 | $ | $ | October 13, 2017 | $ | $ |
| August 28, 2017 | $ | $ | October 14, 2017 | $ | $ |
| August 29, 2017 | $ | $ | October 15, 2017 | $ | $ |
| August 30, 2017 | $ | $ | October 16, 2017 | $ | $ |
| August 31, 2017 | $ | $ | October 17, 2017 | $ | $ |
| September 1, 2017 | $ | $ | October 18, 2017 | $ | $ |
| September 2, 2017 | $ | $ | October 19, 2017 | $ | $ |
| September 3, 2017 | $ | $ | October 20, 2017 | $ | $ |
| September 4, 2017 | $ | $ | October 21, 2017 | $ | $ |
| September 5, 2017 | $ | $ | October 22, 2017 | $ | $ |
| September 6, 2017 | $ | $ | October 23, 2017 | $ | $ |
| September 7, 2017 | $ | $ | October 24, 2017 | $ | $ |
| September 8, 2017 | $ | $ | October 25, 2017 | $ | $ |
| September 9, 2017 | $ | $ | October 26, 2017 | $ | $ |
| September 10, 2017 | $ | $ | October 27, 2017 | $ | $ |
| September 11, 2017 | $ | $ | October 28, 2017 | $ | $ |
| September 12, 2017 | $ | $ | October 29, 2017 | $ | $ |
| September 13, 2017 | $ | $ | October 30, 2017 | $ | $ |
| September 14, 2017 | $ | $ | October 31, 2017 | $ | $ |
| September 15, 2017 | $ | $ | November 1, 2017 | $ | $ |
| September 16, 2017 | $ | $ | November 2, 2017 | $ | $ |
| September 17, 2017 | $ | $ | November 3, 2017 | $ | $ |
| September 18, 2017 | $ | $ | November 4, 2017 | $ | $ |
| September 19, 2017 | $ | $ | November 5, 2017 | $ | $ |
| September 20, 2017 | $ | $ | November 6, 2017 | $ | $ |
| September 21, 2017 | $ | $ | November 7, 2017 | $ | $ |
| September 22, 2017 | $ | $ | November 8, 2017 | $ | $ |
| September 23, 2017 | $ | $ | November 9, 2017 | $ | $ |
| September 24, 2017 | $ | $ | November 10, 2017 | $ | $ |
| September 25, 2017 | $ | $ | November 11, 2017 | $ | $ |
| September 26, 2017 | $ | $ | November 12, 2017 | $ | $ |
| September 27, 2017 | $ | $ | November 13, 2017 | $ | $ |
| September 28, 2017 | $ | $ | November 14, 2017 | $ | $ |
| September 29, 2017 | $ | $ | November 15, 2017 | $ | $ |
| September 30, 2017 | $ | $ | November 16, 2017 | $ | $ |
| October 1, 2017 | $ | $ | November 17, 2017 | $ | $ |

| Date | Amount of Loss (Per Share) | Amount of Loss (Per Warrant) | Date | Amount of Loss (Per Share) | Amount of Loss (Per Warrant) |
|---|---|---|---|---|---|
| November 18, 2017 | $ | $ | January 13, 2018 | $ | $ |
| November 19, 2017 | $ | $ | January 14, 2018 | $ | $ |
| November 20, 2017 | $ | $ | January 15, 2018 | $ | $ |
| November 21, 2017 | $ | $ | January 16, 2018 | $ | $ |
| November 22, 2017 | $ | $ | January 17, 2018 | $ | $ |
| November 23, 2017 | $ | $ | January 18, 2018 | $ | $ |
| November 24, 2017 | $ | $ | January 19, 2018 | $ | $ |
| November 25, 2017 | $ | $ | January 20, 2018 | $ | $ |
| November 26, 2017 | $ | $ | January 21, 2018 | $ | $ |
| November 27, 2017 | $ | $ | January 22, 2018 | $ | $ |
| November 28, 2017 | $ | $ | January 23, 2018 | $ | $ |
| November 29, 2017 | $ | $ | January 24, 2018 | $ | $ |
| November 30, 2017 | $ | $ | January 25, 2018 | $ | $ |
| December 1, 2017 | $ | $ | January 26, 2018 | $ | $ |
| December 8, 2017 | $ | $ | January 27, 2018 | $ | $ |
| December 9, 2017 | $ | $ | January 28, 2018 | $ | $ |
| December 10, 2017 | $ | $ | January 29, 2018 | $ | $ |
| December 11, 2017 | $ | $ | January 30, 2018 | $ | $ |
| December 12, 2017 | $ | $ | January 31, 2018 | $ | $ |
| December 13, 2017 | $ | $ | February 1, 2018 | $ | $ |
| December 14, 2017 | $ | $ | February 2, 2018 | $ | $ |
| December 15, 2017 | $ | $ | February 3, 2018 | $ | $ |
| December 16, 2017 | $ | $ | February 4, 2018 | $ | $ |
| December 17, 2017 | $ | $ | February 5, 2018 | $ | $ |
| December 18, 2017 | $ | $ | February 6, 2018 | $ | $ |
| December 19, 2017 | $ | $ | February 7, 2018 | $ | $ |
| December 20, 2017 | $ | $ | February 8, 2018 | $ | $ |
| December 21, 2017 | $ | $ | February 9, 2018 | $ | $ |
| December 22, 2017 | $ | $ | February 10, 2018 | $ | $ |
| December 23, 2017 | $ | $ | February 11, 2018 | $ | $ |
| December 24, 2017 | $ | $ | February 12, 2018 | $ | $ |
| December 25, 2017 | $ | $ | February 13, 2018 | $ | $ |
| December 26, 2017 | $ | $ | February 14, 2018 | $ | $ |
| December 27, 2017 | $ | $ | February 15, 2018 | $ | $ |
| December 28, 2017 | $ | $ | February 16, 2018 | $ | $ |
| December 29, 2017 | $ | $ | February 17, 2018 | $ | $ |
| December 30, 2017 | $ | $ | February 18, 2018 | $ | $ |
| December 31, 2017 | $ | $ | February 19, 2018 | $ | $ |
| January 1, 2018 | $ | $ | February 20, 2018 | $ | $ |
| January 2, 2018 | $ | $ | February 21, 2018 | $ | $ |
| January 3, 2018 | $ | $ | February 22, 2018 | $ | $ |
| January 4, 2018 | $ | $ | February 23, 2018 | $ | $ |
| January 5, 2018 | $ | $ | February 24, 2018 | $ | $ |
| January 6, 2018 | $ | $ | February 25, 2018 | $ | $ |
| January 7, 2018 | $ | $ | February 26, 2018 | $ | $ |
| January 8, 2018 | $ | $ | February 27, 2018 | $ | $ |
| January 9, 2018 | $ | $ | February 28, 2018 | $ | $ |
| January 10, 2018 | $ | $ | March 1, 2018 | $ | $ |
| January 11, 2018 | $ | $ | March 2, 2018 | $ | $ |
| January 12, 2018 | $ | $ | March 3, 2018 | $ | $ |

CLASS PLAINTIFFS' PROPOSED VERDICT FORM

| Date | Amount of Loss (Per Share) | Amount of Loss (Per Warrant) | Date | Amount of Loss (Per Share) | Amount of Loss (Per Warrant) |
|---|---|---|---|---|---|
| March 4, 2018 | $ | $ | April 23, 2018 | $ | $ |
| March 5, 2018 | $ | $ | April 24, 2018 | $ | $ |
| March 6, 2018 | $ | $ | April 25, 2018 | $ | $ |
| March 7, 2018 | $ | $ | April 26, 2018 | $ | $ |
| March 8, 2018 | $ | $ | April 27, 2018 | $ | $ |
| March 9, 2018 | $ | $ | April 28, 2018 | $ | $ |
| March 10, 2018 | $ | $ | April 29, 2018 | $ | $ |
| March 11, 2018 | $ | $ | April 30, 2018 | $ | $ |
| March 12, 2018 | $ | $ | May 1, 2018 | $ | $ |
| March 13, 2018 | $ | $ | May 2, 2018 | $ | $ |
| March 14, 2018 | $ | $ | May 3, 2018 | $ | $ |
| March 15, 2018 | $ | $ | May 4, 2018 | $ | $ |
| March 16, 2018 | $ | $ | May 5, 2018 | $ | $ |
| March 17, 2018 | $ | $ | May 6, 2018 | $ | $ |
| March 18, 2018 | $ | $ | May 7, 2018 | $ | $ |
| March 19, 2018 | $ | $ | May 8, 2018 | $ | $ |
| March 20, 2018 | $ | $ | May 9, 2018 | $ | $ |
| March 21, 2018 | $ | $ | May 10, 2018 | $ | $ |
| March 22, 2018 | $ | $ | May 11, 2018 | $ | $ |
| March 23, 2018 | $ | $ | May 12, 2018 | $ | $ |
| March 24, 2018 | $ | $ | May 13, 2018 | $ | $ |
| March 25, 2018 | $ | $ | May 14, 2018 | $ | $ |
| March 26, 2018 | $ | $ | May 15, 2018 | $ | $ |
| March 27, 2018 | $ | $ | May 16, 2018 | $ | $ |
| March 28, 2018 | $ | $ | May 17, 2018 | $ | $ |
| March 29, 2018 | $ | $ | May 18, 2018 | $ | $ |
| March 30, 2018 | $ | $ | May 19, 2018 | $ | $ |
| March 31, 2018 | $ | $ | May 20, 2018 | $ | $ |
| April 1, 2018 | $ | $ | May 21, 2018 | $ | $ |
| April 2, 2018 | $ | $ | May 22, 2018 | $ | $ |
| April 3, 2018 | $ | $ | May 23, 2018 | $ | $ |
| April 4, 2018 | $ | $ | May 24, 2018 | $ | $ |
| April 5, 2018 | $ | $ | May 25, 2018 | $ | $ |
| April 6, 2018 | $ | $ | May 26, 2018 | $ | $ |
| April 7, 2018 | $ | $ | May 27, 2018 | $ | $ |
| April 8, 2018 | $ | $ | May 28, 2018 | $ | $ |
| April 9, 2018 | $ | $ | May 29, 2018 | $ | $ |
| April 10, 2018 | $ | $ | May 30, 2018 | $ | $ |
| April 11, 2018 | $ | $ | May 31, 2018 | $ | $ |
| April 12, 2018 | $ | $ | June 1, 2018 | $ | $ |
| April 13, 2018 | $ | $ | June 2, 2018 | $ | $ |
| April 14, 2018 | $ | $ | June 3, 2018 | $ | $ |
| April 15, 2018 | $ | $ | June 4, 2018 | $ | $ |
| April 16, 2018 | $ | $ | June 5, 2018 | $ | $ |
| April 17, 2018 | $ | $ | June 6, 2018 | $ | $ |
| April 18, 2018 | $ | $ | June 7, 2018 | $ | $ |
| April 19, 2018 | $ | $ | June 8, 2018 | $ | $ |
| April 20, 2018 | $ | $ | June 9, 2018 | $ | $ |
| April 21, 2018 | $ | $ | June 10, 2018 | $ | $ |
| April 22, 2018 | $ | $ | June 11, 2018 | $ | $ |

CLASS PLAINTIFFS' PROPOSED VERDICT FORM

| Date | Amount of Loss (Per Share) | Amount of Loss (Per Warrant) | Date | Amount of Loss (Per Share) | Amount of Loss (Per Warrant) |
|---|---|---|---|---|---|
| June 12, 2018 | $ | $ | August 1, 2018 | $ | $ |
| June 13, 2018 | $ | $ | August 2, 2018 | $ | $ |
| June 14, 2018 | $ | $ | August 3, 2018 | $ | $ |
| June 15, 2018 | $ | $ | August 4, 2018 | $ | $ |
| June 16, 2018 | $ | $ | August 5, 2018 | $ | $ |
| June 17, 2018 | $ | $ | August 6, 2018 | $ | $ |
| June 18, 2018 | $ | $ | August 7, 2018 | $ | $ |
| June 19, 2018 | $ | $ | August 8, 2018 | $ | $ |
| June 20, 2018 | $ | $ | August 9, 2018 | $ | $ |
| June 21, 2018 | $ | $ | August 10, 2018 | $ | $ |
| June 22, 2018 | $ | $ | August 11, 2018 | $ | $ |
| June 23, 2018 | $ | $ | August 12, 2018 | $ | $ |
| June 24, 2018 | $ | $ | August 13, 2018 | $ | $ |
| June 25, 2018 | $ | $ | August 14, 2018 | $ | $ |
| June 26, 2018 | $ | $ | August 15, 2018 | $ | $ |
| June 27, 2018 | $ | $ | August 16, 2018 | $ | $ |
| June 28, 2018 | $ | $ | August 17, 2018 | $ | $ |
| June 29, 2018 | $ | $ | August 18, 2018 | $ | $ |
| June 30, 2018 | $ | $ | August 19, 2018 | $ | $ |
| July 1, 2018 | $ | $ | August 20, 2018 | $ | $ |
| July 2, 2018 | $ | $ | August 21, 2018 | $ | $ |
| July 3, 2018 | $ | $ | August 22, 2018 | $ | $ |
| July 4, 2018 | $ | $ | August 23, 2018 | $ | $ |
| July 5, 2018 | $ | $ | August 24, 2018 | $ | $ |
| July 6, 2018 | $ | $ | August 25, 2018 | $ | $ |
| July 7, 2018 | $ | $ | August 26, 2018 | $ | $ |
| July 8, 2018 | $ | $ | August 27, 2018 | $ | $ |
| July 9, 2018 | $ | $ | August 28, 2018 | $ | $ |
| July 10, 2018 | $ | $ | August 29, 2018 | $ | $ |
| July 11, 2018 | $ | $ | August 30, 2018 | $ | $ |
| July 12, 2018 | $ | $ | August 31, 2018 | $ | $ |
| July 13, 2018 | $ | $ | September 1, 2018 | $ | $ |
| July 14, 2018 | $ | $ | September 2, 2018 | $ | $ |
| July 15, 2018 | $ | $ | September 3, 2018 | $ | $ |
| July 16, 2018 | $ | $ | September 4, 2018 | $ | $ |
| July 17, 2018 | $ | $ | September 5, 2018 | $ | $ |
| July 18, 2018 | $ | $ | September 6, 2018 | $ | $ |
| July 19, 2018 | $ | $ | September 7, 2018 | $ | $ |
| July 20, 2018 | $ | $ | September 8, 2018 | $ | $ |
| July 21, 2018 | $ | $ | September 9, 2018 | $ | $ |
| July 22, 2018 | $ | $ | September 10, 2018 | $ | $ |
| July 23, 2018 | $ | $ | September 11, 2018 | $ | $ |
| July 24, 2018 | $ | $ | September 12, 2018 | $ | $ |
| July 25, 2018 | $ | $ | September 13, 2018 | $ | $ |
| July 26, 2018 | $ | $ | September 14, 2018 | $ | $ |
| July 27, 2018 | $ | $ | September 15, 2018 | $ | $ |
| July 28, 2018 | $ | $ | September 16, 2018 | $ | $ |
| July 29, 2018 | $ | $ | September 17, 2018 | $ | $ |
| July 30, 2018 | $ | $ | September 18, 2018 | $ | $ |
| July 31, 2018 | $ | $ | September 19, 2018 | $ | $ |

CLASS PLAINTIFFS' PROPOSED VERDICT FORM

| Date | Amount of Loss (Per Share) | Amount of Loss (Per Warrant) | Date | Amount of Loss (Per Share) | Amount of Loss (Per Warrant) |
|---|---|---|---|---|---|
| September 20, 2018 | $ | $ | November 9, 2018 | $ | $ |
| September 21, 2018 | $ | $ | November 10, 2018 | $ | $ |
| September 22, 2018 | $ | $ | November 11, 2018 | $ | $ |
| September 23, 2018 | $ | $ | November 12, 2018 | $ | $ |
| September 24, 2018 | $ | $ | November 13, 2018 | $ | $ |
| September 25, 2018 | $ | $ | November 14, 2018 | $ | $ |
| September 26, 2018 | $ | $ | November 15, 2018 | $ | $ |
| September 27, 2018 | $ | $ | November 16, 2018 | $ | $ |
| September 28, 2018 | $ | $ | November 17, 2018 | $ | $ |
| September 29, 2018 | $ | $ | November 18, 2018 | $ | $ |
| September 30, 2018 | $ | $ | November 19, 2018 | $ | $ |
| October 1, 2018 | $ | $ | November 20, 2018 | $ | $ |
| October 2, 2018 | $ | $ | November 21, 2018 | $ | $ |
| October 3, 2018 | $ | $ | November 22, 2018 | $ | $ |
| October 4, 2018 | $ | $ | November 23, 2018 | $ | $ |
| October 5, 2018 | $ | $ | November 24, 2018 | $ | $ |
| October 6, 2018 | $ | $ | November 25, 2018 | $ | $ |
| October 7, 2018 | $ | $ | November 26, 2018 | $ | $ |
| October 8, 2018 | $ | $ | November 27, 2018 | $ | $ |
| October 9, 2018 | $ | $ | November 28, 2018 | $ | $ |
| October 10, 2018 | $ | $ | November 29, 2018 | $ | $ |
| October 11, 2018 | $ | $ | November 30, 2018 | $ | $ |
| October 12, 2018 | $ | $ | December 1, 2018 | $ | $ |
| October 13, 2018 | $ | $ | December 2, 2018 | $ | $ |
| October 14, 2018 | $ | $ | December 3, 2018 | $ | $ |
| October 15, 2018 | $ | $ | December 4, 2018 | $ | $ |
| October 16, 2018 | $ | $ | December 5, 2018 | $ | $ |
| October 17, 2018 | $ | $ | December 6, 2018 | $ | $ |
| October 18, 2018 | $ | $ | December 7, 2018 | $ | $ |
| October 19, 2018 | $ | $ | December 8, 2018 | $ | $ |
| October 20, 2018 | $ | $ | December 9, 2018 | $ | $ |
| October 21, 2018 | $ | $ | December 10, 2018 | $ | $ |
| October 22, 2018 | $ | $ | December 11, 2018 | $ | $ |
| October 23, 2018 | $ | $ | December 12, 2018 | $ | $ |
| October 24, 2018 | $ | $ | December 13, 2018 | $ | $ |
| October 25, 2018 | $ | $ | December 14, 2018 | $ | $ |
| October 26, 2018 | $ | $ | December 15, 2018 | $ | $ |
| October 27, 2018 | $ | $ | December 16, 2018 | $ | $ |
| October 28, 2018 | $ | $ | December 17, 2018 | $ | $ |
| October 29, 2018 | $ | $ | December 18, 2018 | $ | $ |
| October 30, 2018 | $ | $ | December 19, 2018 | $ | $ |
| October 31, 2018 | $ | $ | December 20, 2018 | $ | $ |
| November 1, 2018 | $ | $ | December 21, 2018 | $ | $ |
| November 2, 2018 | $ | $ | December 22, 2018 | $ | $ |
| November 3, 2018 | $ | $ | December 23, 2018 | $ | $ |
| November 4, 2018 | $ | $ | December 24, 2018 | $ | $ |
| November 5, 2018 | $ | $ | December 25, 2018 | $ | $ |
| November 6, 2018 | $ | $ | December 26, 2018 | $ | $ |
| November 7, 2018 | $ | $ | December 27, 2018 | $ | $ |
| November 8, 2018 | $ | $ | December 28, 2018 | $ | $ |

CLASS PLAINTIFFS' PROPOSED VERDICT FORM

| Date | Amount of Loss (Per Share) | Amount of Loss (Per Warrant) | Date | Amount of Loss (Per Share) | Amount of Loss (Per Warrant) |
|---|---|---|---|---|---|
| December 29, 2018 | $ | $ | February 17, 2019 | $ | $ |
| December 30, 2018 | $ | $ | February 18, 2019 | $ | $ |
| December 31, 2018 | $ | $ | February 19, 2019 | $ | $ |
| January 1, 2019 | $ | $ | February 20, 2019 | $ | $ |
| January 2, 2019 | $ | $ | February 21, 2019 | $ | $ |
| January 3, 2019 | $ | $ | February 22, 2019 | $ | $ |
| January 4, 2019 | $ | $ | February 23, 2019 | $ | $ |
| January 5, 2019 | $ | $ | February 24, 2019 | $ | $ |
| January 6, 2019 | $ | $ | February 25, 2019 | $ | $ |
| January 7, 2019 | $ | $ | February 26, 2019 | $ | $ |
| January 8, 2019 | $ | $ | February 27, 2019 | $ | $ |
| January 9, 2019 | $ | $ | February 28, 2019 | $ | $ |
| January 10, 2019 | $ | $ | March 1, 2019 | $ | $ |
| January 11, 2019 | $ | $ | March 2, 2019 | $ | $ |
| January 12, 2019 | $ | $ | March 3, 2019 | $ | $ |
| January 13, 2019 | $ | $ | March 4, 2019 | $ | $ |
| January 14, 2019 | $ | $ | March 5, 2019 | $ | $ |
| January 15, 2019 | $ | $ | March 6, 2019 | $ | $ |
| January 16, 2019 | $ | $ | March 7, 2019 | $ | $ |
| January 17, 2019 | $ | $ | March 8, 2019 | $ | $ |
| January 18, 2019 | $ | $ | March 9, 2019 | $ | $ |
| January 19, 2019 | $ | $ | March 10, 2019 | $ | $ |
| January 20, 2019 | $ | $ | March 11, 2019 | $ | $ |
| January 21, 2019 | $ | $ | March 12, 2019 | $ | $ |
| January 22, 2019 | $ | $ | March 13, 2019 | $ | $ |
| January 23, 2019 | $ | $ | March 14, 2019 | $ | $ |
| January 24, 2019 | $ | $ | March 15, 2019 | $ | $ |
| January 25, 2019 | $ | $ | March 16, 2019 | $ | $ |
| January 26, 2019 | $ | $ | March 17, 2019 | $ | $ |
| January 27, 2019 | $ | $ | March 18, 2019 | $ | $ |
| January 28, 2019 | $ | $ | March 19, 2019 | $ | $ |
| January 29, 2019 | $ | $ | March 20, 2019 | $ | $ |
| January 30, 2019 | $ | $ | March 21, 2019 | $ | $ |
| January 31, 2019 | $ | $ | March 22, 2019 | $ | $ |
| February 1, 2019 | $ | $ | March 23, 2019 | $ | $ |
| February 2, 2019 | $ | $ | March 24, 2019 | $ | $ |
| February 3, 2019 | $ | $ | March 25, 2019 | $ | $ |
| February 4, 2019 | $ | $ | March 26, 2019 | $ | $ |
| February 5, 2019 | $ | $ | March 27, 2019 | $ | $ |
| February 6, 2019 | $ | $ | March 28, 2019 | $ | $ |
| February 7, 2019 | $ | $ | March 29, 2019 | $ | $ |
| February 8, 2019 | $ | $ | March 30, 2019 | $ | $ |
| February 9, 2019 | $ | $ | March 31, 2019 | $ | $ |
| February 10, 2019 | $ | $ | April 1, 2019 | $ | $ |
| February 11, 2019 | $ | $ | April 2, 2019 | $ | $ |
| February 12, 2019 | $ | $ | April 3, 2019 | $ | $ |
| February 13, 2019 | $ | $ | April 4, 2019 | $ | $ |
| February 14, 2019 | $ | $ | April 5, 2019 | $ | $ |
| February 15, 2019 | $ | $ | April 6, 2019 | $ | $ |
| February 16, 2019 | $ | $ | April 7, 2019 | $ | $ |

CLASS PLAINTIFFS' PROPOSED VERDICT FORM

| Date | Amount of Loss (Per Share) | Amount of Loss (Per Warrant) |
|---|---|---|
|  |  |  |
| April 8, 2019 | $ | $ |
| April 9, 2019 | $ | $ |
| April 10, 2019 | $ | $ |
| April 11, 2019 | $ | $ |
| April 12, 2019 | $ | $ |
| April 13, 2019 | $ | $ |
| April 14, 2019 | $ | $ |
| April 15, 2019 | $ | $ |
| April 16, 2019 | $ | $ |
| April 17, 2019 | $ | $ |
| April 18, 2019 | $ | $ |
| April 19, 2019 | $ | $ |
| April 20, 2019 | $ | $ |
| April 21, 2019 | $ | $ |
| April 22, 2019 | $ | $ |
| April 23, 2019 | $ | $ |
| April 24, 2019 | $ | $ |
| April 25, 2019 | $ | $ |
| April 26, 2019 | $ | $ |
| April 27, 2019 | $ | $ |
| April 28, 2019 | $ | $ |
| April 29, 2019 | $ | $ |
| April 30, 2019 | $ | $ |
| May 1, 2019 | $ | $ |
| May 2, 2019 | $ | $ |
| May 3, 2019 | $ | $ |
| May 4, 2019 | $ | $ |
| May 5, 2019 | $ | $ |
| May 6, 2019 | $ | $ |
| May 7, 2019 | $ | $ |
| May 8, 2019 | $ | $ |
| May 9, 2019 | $ | $ |
| May 10, 2019 | $ | $ |
| May 11, 2019 | $ | $ |
| May 12, 2019 | $ | $ |
| May 13, 2019 | $ | $ |
| May 14, 2019 | $ | $ |
| May 15, 2019 | $ | $ |
| May 16, 2019 | $ | $ |
| May 17, 2019 | $ | $ |

CLASS PLAINTIFFS' PROPOSED VERDICT FORM