# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |

### DECLARATION OF MATTHEW J. PETERS IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTIONS IN LIMINE

I, Matthew J. Peters, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney of the law firm of Latham & Watkins LLP, 555 Eleventh Street, NW, Suite 1000, Washington, D.C., 20004. I am admitted to the Bars of the State of Maryland and the District of Columbia. I am admitted *pro hac vice* to practice before this Court in the above-captioned litigation as counsel for Alta Mesa Resources, Inc., Harlan H. Chappelle, Michael E. Ellis, William D. Gutermuth, James T. Hackett, Ronald Smith, Jeffrey H. Tepper, Diana J. Walters, and Riverstone Holdings LLC (collectively, "Defendants"). I submit this declaration, together with the attached exhibits in support of Defendants' Reply Memorandum of Law in Further Support of Their Motions *in Limine*.

2. Attached hereto as Exhibit 1 is a true and correct copy of a letter from counsel for Defendants to counsel for Class Plaintiffs dated October 25, 2024, with attached chart comparing Defendants' Verdict Form and Plaintiffs' Verdict Form.

1

1.      Attached hereto as <u>Exhibit 2</u> is a true and correct copy of excerpts of the Supplemental Responses and Objections to the Propounding Defendants' First Set of Interrogatories to FNY Partners Fund LP, FNY Managed Accounts, LLC, Paul J. Burbach, United Association National Pension Fund, and Camelot Event Driven Fund and Exhibit A thereto, served on March 30, 2023.

2.      Attached hereto as <u>Exhibit 3</u> is a true and correct copy of excerpts of the Second Supplemental Responses and Objections to the Propounding Defendants' First Set of Interrogatories to FNY Partners Fund LP, FNY Managed Accounts, LLC, Paul J. Burbach, United Association National Pension Fund, and Camelot Event Driven Fund, and Exhibit A thereto served on July 18, 2023.

3.      Attached hereto as <u>Exhibit 4</u> is a true and correct copy of Class Plaintiffs' Demonstrative Chart of Alleged False and Misleading Statements for Use at Oral Argument on April 24, 2024, emailed by counsel for Class Plaintiffs to Kimberly Picota, Case Manager to the Honorable George C. Hanks, Jr. on April 22, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 4, 2024.

<i>/s/ Matthew J. Peters</i><br>
Matthew J. Peters

## CERTIFICATE OF SERVICE

I certify that on November 4, 2024, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ Matthew J. Peters*
Matthew J. Peters