# EXHIBIT 4

# IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION

Case No. 4:19-CV-00957

Class Plaintiffs' Demonstrative Chart of Alleged False and Misleading Statements for Use at Oral Argument on April 24, 2024

**Andrew J. Entwistle**
ENTWISTLE & CAPPUCCI LLP
500 West 2nd Street, Suite 1900
Austin, TX 78701

**Trig Smith**
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

**Chart of Alleged False and Misleading Statements**

*In re Alta Mesa Resources, Inc. Securities Litigation*

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement |
|---|---|---|---|---|
| August 16, 2017 Press Release | AMR, Hackett, Chappelle, Walker | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Coats, Walker | "We formed [Alta Mesa] with the objective of acquiring-low breakeven, stacked-pay, oil-weighted assets, preferably with an integrated midstream platform." (¶190). |
| August 16, 2017 Press Release | AMR, Hackett, Chappelle, Walker | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Coats, Walker | "We see this as a tremendous way to continue our evolution as a low-cost, high-value producer in the STACK." (¶190). |
| August 16, 2017 Press Release | AMR, Hackett, Chappelle, Walker | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Coats, Walker | AMH had identified "about 4,200 gross identified drilling locations" and based on its currently producing wells AMH "expects EURs at year end to exceed 650 MBOE per well." (¶190). |
| August 17, 2017 Investor Conference Call and Investor Presentation | AMR, Hackett, Chappelle | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Coats, Walker | "First, we'll talk about the introduction. When we went out to look for targets for [Alta Mesa], we had laid out investment criteria that are shown on slide 5. And both individually as an Upstream and Midstream company and collectively as an integrated platform, this transaction satisfies those criteria." (¶192). |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement |
|---|---|---|---|---|
| August 17, 2017 Investor Conference Call and Investor Presentation | AMR, Hackett, Chappelle | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Coats, Walker | The STACK was a "[h]igh margin core basin with low field break-evens [with] deep inventory." (¶192). |
| August 17, 2017 Investor Conference Call and Investor Presentation | AMR, Hackett, Chappelle | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Coats, Walker | "We have over 200 wells that we've drilled here and we've demonstrated the value, and we have confidence in the upside. As an illustration of that, at the end of the second quarter [of 2017], we drilled on the order of 200 wells; of those, over 160 were on production. And of that number, about 114 had sufficient production history to give us confidence that at the end of this year, our year-end reserves will reflect better than 650,000 BOE." (¶194). |
| August 17, 2017 Investor Presentation | AMR, Hackett, Chappelle | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Coats, Walker | Kingfisher was "rapidly expanding" and "positioned to capture volume growth from the STACK." (¶196). |
| August 17, 2017 Investor Presentation | AMR, Hackett, Chappelle | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Coats, Walker | Kingfisher was "well positioned to serve other operators" and take advantage of the "[e]xpansion opportunities in [the] rapidly growing basin." (¶196). |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement |
|---|---|---|---|---|
| August 17, 2017 Investor Presentation | AMR, Hackett, Chappelle | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Coats, Walker | Alta Mesa was estimated to achieve $358 million in EBITDA in 2018 and $701 million in EBITDA in 2019. (¶109) |
| August 17, 2017 Investor Presentation | AMR, Hackett, Chappelle | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Coats, Walker | Kingfisher was estimated to have achieved $42 million in 2017 EBITDA, and was expected to increase its 2018 EBITDA to $185 million and its 2019 EBITDA to $318 million. (¶196). |
| August 17, 2017 Investor Presentation | AMR, Hackett, Chappelle | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Coats, Walker | Kingfisher was "rapidly expanding" and "positioned to capture volume growth from the STACK." Kingfisher was "well positioned to serve other operators" and take advantage of the "[e]xpansion opportunities in [the] rapidly growing basin." Alta Mesa further stated that there was an opportunity to monetize Kingfisher and fund upstream capital needs through spinning off Kingfisher as a master limited partnership (MLP) IPO. (¶204). |
| January 19, 2018 Form DEFM14A Proxy | AMR, Hackett, Riverstone, Gutermuth, Tepper, Walters | Sections 10(b) and 14(a) | For Count II (Control of Section 10(b) Fraud Claims): Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Coats, Walker<br><br>For Count IV (Control of Section 14(a) Proxy Claims): Riverstone, HPS, BCE, ARM Energy, Hackett, Gutermuth, Tepper, Walters | AMH had achieved 2017 adjusted EBITDAX of $155 million and was expected to increase its 2018 adjusted EBITDAX to $358 million and its 2019 adjusted EBITDAX to $701 million. (¶¶109, 374). |

- 3 -

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement |
|---|---|---|---|---|
| January 19, 2018 Form DEFM14A Proxy | AMR, Hackett, Riverstone, Gutermuth, Tepper, Walters | Sections 10(b) and 14(a) | For Count II (Control of Section 10(b) Fraud Claims): Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Coats, Walker<br><br>For Count IV (Control of Section 14(a) Proxy Claims): Riverstone, HPS, BCE, ARM Energy, Hackett, Gutermuth, Tepper, Walters | The Proxy contained "financial projections . . . prepared on a reasonable basis" and "reflected the best currently available estimates and judgments of [AMH] and Kingfisher, as applicable." The Proxy represented that its financial figures "presented, to the best of their knowledge and belief, the expected course of action and the expected future financial performance of Alta Mesa and Kingfisher, respectively." (¶¶198, 207). |
| January 19, 2018 Form DEFM14A Proxy | AMR, Hackett, Riverstone, Gutermuth, Tepper, Walters | Sections 10(b) and 14(a) | For Count II (Control of Section 10(b) Fraud Claims): Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Coats, Walker<br><br>For Count IV (Control of Section 14(a) Proxy Claims): Riverstone, HPS, BCE, ARM Energy, Hackett, Gutermuth, Tepper, Walters | As of September 2017, [AMH] was operating six horizontal drilling rigs in the STACK with plans to continue to operate that number of rigs through the end of 2017. (¶374). The Proxy further stated that AMH planned to increase the average number of rigs in operation to 10 in 2018, and to 11 in 2019. (¶374). |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement |
|---|---|---|---|---|
| January 19, 2018 Form DEFM14A Proxy | AMR, Hackett, Riverstone, Gutermuth, Tepper, Walters | Sections 10(b) and 14(a) | For Count II (Control of Section 10(b) Fraud Claims): Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Coats, Walker<br><br>For Count IV (Control of Section 14(a) Proxy Claims): Riverstone, HPS, BCE, ARM Energy, Hackett, Gutermuth, Tepper, Walters | "Of the 220 wells drilled, over 183 were on production, and of that number, about 116 had sufficient production history to give Alta Mesa's management confidence that [AMH's] type well EUR is greater than 650 MBOE." (¶¶105, 199, 289). |
| January 19, 2018 Form DEFM14A Proxy | AMR, Hackett, Riverstone, Gutermuth, Tepper, Walters | Sections 10(b) and 14(a) | For Count II (Control of Section 10(b) Fraud Claims): Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Coats, Walker<br><br>For Count IV (Control of Section 14(a) Proxy Claims): Riverstone, HPS, BCE, ARM Energy, Hackett, Gutermuth, Tepper, Walters | AMH had achieved an estimated 2017 average net daily production of 20.8 MBOE/d and was expected to increase its 2018 average net daily production to 38.5 MBOE/d and its 2019 average net daily production to 68.9 MBOE/d. (¶¶201, 290, 373). |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement |
|---|---|---|---|---|
| January 19, 2018 Form DEFM14A Proxy | AMR, Hackett, Riverstone, Gutermuth, Tepper, Walters | Sections 10(b) and 14(a) | For Count II (Control of Section 10(b) Fraud Claims): Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Coats, Walker<br><br>For Count IV (Control of Section 14(a) Proxy Claims): Riverstone, HPS, BCE, ARM Energy, Hackett, Gutermuth, Tepper, Walters | AMH's deep inventory includes over 4,000 primary gross locations and over 12,000 possible locations from down spacing, as well as additional zone penetration. (¶¶105, 378). |
| January 19, 2018 Form DEFM14A Proxy | AMR, Hackett, Riverstone, Gutermuth, Tepper, Walters | Sections 10(b) and 14(a) | For Count II (Control of Section 10(b) Fraud Claims): Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Coats, Walker<br><br>For Count IV (Control of Section 14(a) Proxy Claims): Riverstone, HPS, BCE, ARM Energy, Hackett, Gutermuth, Tepper, Walters | Kingfisher had developed a strong, local midstream system underpinned by long-term acreage dedication contracts from multiple active producers, as well as firm takeaway contracts on key pipelines, Kingfisher was well-positioned to benefit from increasing upstream development activity in an active and prolific basin with upside potential from further expansion projects, . . . and there was significant upside in the completion of the Kingfisher system and the potential for a subsequent midstream initial public offering. (¶¶106, 374). |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement |
|---|---|---|---|---|
| January 19, 2018 Form DEFM14A Proxy | AMR, Hackett, Riverstone, Gutermuth, Tepper, Walters | Sections 10(b) and 14(a) | For Count II (Control of Section 10(b) Fraud Claims): Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Coats, Walker<br><br>For Count IV (Control of Section 14(a) Proxy Claims): Riverstone, HPS, BCE, ARM Energy, Hackett, Gutermuth, Tepper, Walters | "Silver Run believes that Kingfisher offers a unique opportunity to own a rapidly expanding midstream business underpinned by 10 to 15 year acreage dedications early in their term and that Kingfisher also has the potential for a subsequent midstream initial public offering." (¶105). |
| January 19, 2018 Form DEFM14A Proxy | AMR, Hackett, Riverstone, Gutermuth, Tepper, Walters | Sections 10(b) and 14(a) | For Count II (Control of Section 10(b) Fraud Claims): Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Coats, Walker<br><br>For Count IV (Control of Section 14(a) Proxy Claims): Riverstone, HPS, BCE, ARM Energy, Hackett, Gutermuth, Tepper, Walters | Kingfisher was estimated to have achieved $42 million in 2017 EBITDA and was expected to increase its 2018 EBITDA to $185 million and its 2019 EBITDA to $318 million. (¶¶ 109, 206, 374). |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement |
|---|---|---|---|---|
| January 19, 2018 Form DEFM14A Proxy | AMR, Hackett, Riverstone, Gutermuth, Tepper, Walters | Sections 10(b) and 14(a) | For Count II (Control of Section 10(b) Fraud Claims): Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Coats, Walker<br><br>For Count IV (Control of Section 14(a) Proxy Claims): Riverstone, HPS, BCE, ARM Energy, Hackett, Gutermuth, Tepper, Walters | [AMH]'s policies and practices regarding internal controls over the recording of reserves are structured to objectively and accurately estimate its oil and gas reserves quantities and present values in compliance with rules, regulations and guidance provided by the SEC, as well as established industry practices used by independent engineering firms and its peers and in accordance with the 2007 Petroleum Resources Management System sponsored and approved by the Society of Petroleum Engineers, the World Petroleum Council, the American Association of Petroleum Geologists and the Society of Petroleum Evaluation Engineers. . . .<br><br>[AMH's]'s methodologies include reviews of production trends, material balance calculations, analogy to comparable properties and/or volumetric analysis. (¶¶ 111, 293). |
| February 21, 2018 EnerCom Dallas Conference Investor Presentation | AMR, Chappelle, Ellis | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Sinclair | "2012-2017 Execution and Results De-Risk [the] Investment"<br><br>"Multi-well development projects initiated in 2017; previous pattern tests validate approach"<br><br>"Consistency and geographic breadth of well results underscores repeatable development"<br><br>"Spacing test pilots establish basis for development approach" (¶209). |
| March 29, 2018 Press Release Announcing Earnings Results and Earnings Presentation | AMR, Chappelle, Ellis, Hackett | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Sinclair | We have de-risked our acreage with over 250 operated horizontal wells and a comprehensive scientific and engineering effort to begin systematic development with multi-well patterns. (¶211). |

- 8 -

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement |
|---|---|---|---|---|
| March 29, 2018 Press Release Announcing Earnings Results and Earnings Presentation | AMR, Chappelle, Ellis, Hackett | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Sinclair | We expect drilling and completion costs on these wells to average $3.8 million and our type curve has been approximately 650 MBOE per well. (¶211). |
| March 29, 2018 Press Release Announcing Earnings Results and Earnings Presentation | AMR, Chappelle, Ellis, Hackett | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Sinclair | Slide 6 of the Fourth Quarter Earnings Presentation suggested that an 8-to-10 well density per section was optimal for the STACK. (¶214). |
| March 29, 2018 Fourth Quarter 2017 Earnings Conference Call | AMR, Chappelle, Ellis, Hackett | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Sinclair | With respect to its Kingfisher midstream business, Alta Mesa stated that "despite setbacks in late 2017 and early 2018, with regard to [Kingfisher], our vision for growth remain [sic] strong . . . . We believe our margins are going to continue to expand as we build up critical infrastructure and expand production on existing wells . . . ." (¶216). |
| March 29, 2018 Fourth Quarter 2017 Earnings Conference Call | AMR, Chappelle, Ellis, Hackett | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Sinclair | "During [2017 and early 2018] we … further de-risked and delineated our Kingfisher County acreage [in STACK]…. We have transitioned from spacing tests to development patterns." (¶213). |

- 9 -

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement |
|---|---|---|---|---|
| March 29, 2018 Fourth Quarter 2017 Earnings Conference Call | AMR, Chappelle, Ellis, Hackett | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Sinclair | Defendant Chappelle, the CEO of the combined business (and former CEO of AMH), stated that multiple "large third-party producers" had delayed drilling on acreage served by Kingfisher (¶ 140)<br><br>See also: ¶ 18. ("While announcing these previously known-but-undisclosed defects in March and August 2018, Alta Mesa repeatedly characterized the problems as merely temporary delays and continued to advertise that the Company was poised for substantial growth. However, in truth Alta Mesa was drilling too many wells and deploying expensive ESP pumps to temporarily inflate its short-term oil production because it knew the Company's acreage could not produce the advertised amounts of oil in the long term.") |
| March 29, 2018 2017 Form 10-K | AMR, Chappelle, Ellis, Dimitrievich, Gutermuth, Hackett, Lapeyre, Leuschen, McMullen, Sinclair, Smith, Tepper, Walters | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Sinclair | Risk Factor that, "*If* third-party pipelines or other midstream facilities interconnected to our gathering, processing, storage or transportation systems become partially or fully unavailable, or if the volumes we gather, process, store or transport do not meet the quality requirements of the pipelines or facilities to which we connect, our gross profit and cash flow could be adversely affected." (¶217). |
| March 29, 2018 2017 Form 10-K | AMR, Chappelle, Ellis, Dimitrievich, Gutermuth, Hackett, Lapeyre, Leuschen, McMullen, Sinclair, Smith, Tepper, Walters | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Sinclair | Alta Mesa's 2017 Form 10-K stated that that "there [had] been no change in [its] internal control over financial reporting" in Item [9A] Controls and Procedures. (¶219). |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement |
|---|---|---|---|---|
| March 29, 2018 2017 Form 10-K | AMR, Chappelle | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Sinclair | SOX certifications attested to the accuracy of the Company's financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting, and the disclosure of all fraud. (¶220). |
| April 9, 2018 IPAA-OGIS Conference and Investor Presentation | AMR, Chappelle, Hackett | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Sinclair | With regard to utilizing ESPs in the STACK, Chappelle stated while discussing a slide titled "Production Optimization," that "[n]ow, here's one simple example of a well that we optimized with an ESP, obviously a very good outcome if you're producing on the order of 800 barrels a day…. But the point is there are opportunities like this. We've got a lot of effort focused on that." (¶222). |
| April 9, 2018 IPAA-OGIS Conference and Investor Presentation | AMR, Chappelle, Hackett | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Sinclair | Slide 8 of Chapelle's presentation at the IPAA Conference stated the STACK was generating "[c]onsistent [w]ell [r]esults [with] [d]urable economics over time across acreage position." (¶224). |
| April 9, 2018 IPAA-OGIS Conference and Investor Presentation | AMR, Chappelle, Hackett | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Sinclair | Slide 9 of the IPAA Conference presentation touted ESP utilization as a method to "maximize ROI, EBITDA and optimize reserves:" (¶224). |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement |
|---|---|---|---|---|
| May 14, 2018 First Quarter 2018 Investor Presentation | AMR, Chappelle, Hackett | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Sinclair | Slide 6 of the presentation stated: "Multi-well development pattern results across field are favorable." Slide 9 of the presentation showed a well life-cycle implying that ESPs added to the STACK net daily production numbers and that utilization of ESPs continued to make economic sense. When Chappelle showed this slide to investors, he stated: "I'd like to refer you to Slide 9 in our presentation for three recent examples of the gains we've seen in that lift optimization." (¶226). |
| May 14, 2018 First Quarter 2018 Investor Call | AMR, Chappelle | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Sinclair | Defendant Chappelle also stated: "We are reaffirming our FY '18 guidance. We have confidence in presenting operating results such as production, revenue, expenses as those numbers will not change." (¶227). |
| May 21, 2018 First Quarter 2018 Form 10-Q | AMR, Chappelle, Ellis, Dimitrievich, Gutermuth, Hackett, Lapeyre, Leuschen, McMullen, Sinclair, Smith, Tepper, Walters | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Sinclair | Incorporated Risk Factors from 2017 Form 10-K, including the assertion that its business "involves the use of the latest available horizontal drilling, completion and production technology, which involve risks and uncertainties in their application" and that its business "depend[s] on successful exploration, exploitation, development and acquisitions to maintain reserves and revenue in the future." (¶229). |
| May 21, 2018 First Quarter 2018 Form 10-Q | AMR, Chappelle, Ellis, Dimitrievich, Gutermuth, Hackett, Lapeyre, Leuschen, McMullen, Sinclair, Smith, Tepper, Walters | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Sinclair | The Incorporated Risk Factors from 2017 Form 10-K, included the following statement: "If third-party pipelines or other midstream facilities interconnected to our gathering, processing, storage or transportation systems become partially or fully unavailable, or if the volumes we gather, process, store or transport do not meet the quality requirements of the pipelines or facilities to which we connect, our gross profit and cash flow could be adversely affected." (¶231). |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement |
|---|---|---|---|---|
| May 21, 2018 First Quarter 2018 Form 10-Q | Chappelle, AMR | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Gutermuth, Tepper, Walters, Sinclair | Item 4 represented that the Company's internal controls over financial reporting were effective and required no change. (¶233).<br><br>SOX certifications attested the accuracy of the Company's financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting, and the disclosure of all fraud. (¶235). |
| August 14, 2018 Second Quarter 2018 Earnings Call and Presentation | Hackett, Chappelle, AMR | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Tepper, Walters, Sinclair | Slide 9 of the PowerPoint presentation made available for all participants stated: "Multi-well development pattern results continue to be favorable." (¶237). |
| August 14, 2018 Second Quarter 2018 Earnings Call and Presentation | Hackett, Chappelle, AMR | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Tepper, Walters, Sinclair | Slide 17 of the presentation showed a well life-cycle implying that ESPs added to the STACK's net daily production numbers and that utilization of ESPs continued to make economic sense. (¶237). |
| August 15, 2018 Second Quarter 2018 Form 10-Q | AMR, Chappelle, Ellis, Dimitrievich, Hackett, Lapeyre, Leuschen, McMullen, Sinclair, Smith, Tepper, Walters | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Tepper, Walters, Sinclair | Alta Mesa's Second Quarter Form 10-Q incorporated by reference each of the "Risk Factors" in its 2017 Form 10-K. These included the assertion that Alta Mesa's business "involves the use of the latest available horizontal drilling, completion and production technology, which involve risks and uncertainties in their application" and that its business "depend[s] on successful exploration, exploitation, development and acquisition to maintain reserves and revenue in the future." (¶239). |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement |
|---|---|---|---|---|
| August 15, 2018 Second Quarter 2018 Form 10-Q | AMR, Chappelle, Ellis, Dimitrievich, Hackett, Lapeyre, Leuschen, McMullen, Sinclair, Smith, Tepper, Walters | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Tepper, Walters, Sinclair | Alta Mesa's Second Quarter Form 10-Q incorporated the risk factors from the 2017 Form 10-K. These included the Company's assertion that "If third-party pipelines or other midstream facilities interconnected to our gathering, processing, storage or transportation systems become partially or fully unavailable, or if the volumes we gather, process, store or transport do not meet the quality requirements of the pipelines or facilities to which we connect, our gross profit and cash flow could be adversely affected." (¶241). |
| August 15, 2018 Second Quarter 2018 Form 10-Q | AMR, Chappelle | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Tepper, Walters, Sinclair | "The Company also discussed its disclosure controls and internal controls in Item 4 Controls and Procedures in the 2018 Second Quarter Form 10-Q." (¶244). |
| August 15, 2018 Second Quarter 2018 Form 10-Q | AMR, Chappelle | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Tepper, Walters, Sinclair | The Company's 2018 Second Quarter Form 10-Q stated "there [had] been no change in [its] internal control over financial reporting" and included signed certifications by Defendant Chappelle and Alta Mesa's CFO McCabe pursuant to Section 302 of SOX, attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting, and the disclosure of all fraud. (¶¶245-246). |
| August 15, 2018 Second Quarter 2018 Earnings Call | Hackett, Chappelle, AMR | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Tepper, Walters, Sinclair | Despite Kingfisher only achieving $9.2 million in EBITDA during the first six months of 2018 (compared to the Proxy's projection of $185 million for 2018), Defendant Chappelle assured investors that although Alta Mesa missed estimates yet again, the Company still "offer[ed] compelling long-term returns to [its] shareholders." (¶242). |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement |
|---|---|---|---|---|
| September 6, 2018 Barclays CEO Energy Power Conference | AMR, Chappelle | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Tepper, Walters, Sinclair | "During that period of time, we performed 7 pattern tests that gave us insight into the intensive multi-well patterns that we see as being necessary to produce all the economic oil that we have here. . . . [T]hat would infer 24 wells per section. We're not going with that, but it does illustrate the potential for down spacing, and in fact, it gave us a lot of confidence because one of our strategic anchors is that we need to limit our downside." (¶248). |
| September 6, 2018 Barclays CEO Energy Power Conference PowerPoint Presentation | AMR, Chappelle | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Tepper, Walters, Sinclair | Slide 21 showed a STACK well life-cycle implying that ESPs added to the STACK's net daily production numbers and that utilization of ESPs continued to make economic sense. (¶250). |
| November 14, 2018 Third Quarter 2018 Form 10-Q | AMR, Chappelle, Ellis, Dimitrievich, Hackett, Lapeyre, Leuschen, McMullen, Sinclair, Smith, Tepper, Walters | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Tepper, Walters, Sinclair | The Company's Third Quarter 10-Q incorporated by reference each of the "Risk Factors" in its 2017 Form 10-K, including that its business "involves the use of the latest available horizontal drilling, completion and production technology, which involve risks and uncertainties in their application" and that its business "depend[s] on successful exploration, exploitation, development and acquisition to maintain reserves and revenue in the future." (¶252) |

| Date and Source | Defendant(s) for Primary Violation | Statutory Claim(s) for Primary Violation | Defendants for Section 20(a) Control Violation | Alleged Misstatement |
|---|---|---|---|---|
| November 14, 2018 Third Quarter 2018 Form 10-Q | AMR, Chappelle, Ellis, Dimitrievich, Hackett, Lapeyre, Leuschen, McMullen, Sinclair, Smith, Tepper, Walters | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Tepper, Walters, Sinclair | Alta Mesa incorporated the "Risk Factors" from its 2017 Form 10-K in its Third Quarter Form 10-Q, including that "If third-party pipelines or other midstream facilities interconnected to our gathering, processing, storage or transportation systems become partially or fully unavailable, or if the volumes we gather, process, store or transport do not meet the quality requirements of the pipelines or facilities to which we connect, our gross profit and cash flow could be adversely affected." (¶254). |
| November 14, 2018 Third Quarter 2018 Form 10-Q | Chappelle, AMR | Section 10(b) | Riverstone, HPS, BCE, ARM Energy, Hackett, Chappelle, Ellis, Smith, Dimitrievich, McMullen, Lapeyre, Leuschen, Tepper, Walters, Sinclair | "Other than the changes described above, there have been no changes in our internal control over financial reporting during the three months ended September 30, 2018 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting." (¶256). The 10-Q also contained SOX certifications that attested to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting, and the disclosure of all fraud. (¶257). |