# EXHIBIT D

In re Alta Mesa Resources, Inc., Case No. 4:19-cv-00957
Defendants' Affirmative Deposition Designations

| Transcript Name | Designation | Duration | Start Page | Start Line | Start Time | Range | End Page | End Line | End Time | Transcript Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Collins, Craig | Defendants' Designation | 3.46 | 9 | 6 | 0:02:48.369 | 9:6 - 9:8 | 9 | 8 | 0:02:51.829 | 05/18/2023 |
| Collins, Craig | Defendants' Designation | 83.98 | 26 | 7 | 0:31:55.079 | 26:7 - 26:22 | 26 | 22 | 0:33:19.060 | 05/18/2023 |
| Collins, Craig | Defendants' Designation | 73.57 | 27 | 10 | 0:33:54.917 | 27:10 - 28:1 | 28 | 1 | 0:35:08.489 | 05/18/2023 |
| Collins, Craig | Defendants' Designation | 3.08 | 47 | 21 | 1:09:09.160 | 47:21 - 47:22 | 47 | 22 | 1:09:12.240 | 05/18/2023 |
| Collins, Craig | Defendants' Designation | 4.3 | 47 | 24 | 1:09:26.450 | 47:24 - 47:25 | 47 | 25 | 1:09:30.750 | 05/18/2023 |
| Collins, Craig | Defendants' Designation | 4.83 | 48 | 1 | 1:09:34.790 | 48:1 - 48:3 | 48 | 3 | 1:09:39.620 | 05/18/2023 |
| Collins, Craig | Defendants' Designation | 15.76 | 59 | 1 | 1:28:00.299 | 59:1 - 59:6 | 59 | 6 | 1:28:16.060 | 05/18/2023 |
| Collins, Craig | Defendants' Designation | 52.79 | 102 | 22 | 2:46:28.070 | 102:22 - 103:4 | 103 | 4 | 2:47:20.860 | 05/18/2023 |
| Collins, Craig | Defendants' Designation | 75.3 | 105 | 11 | 2:51:36.650 | 105:11 - 106:8 | 106 | 8 | 2:52:51.950 | 05/18/2023 |
| Dimitrievich, Don | Defendants' Designation | 21.87 | 16 | 15 | 0:07:41.760 | 16:15 - 16:25 | 16 | 25 | 0:08:03.630 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 16.41 | 17 | 2 | 0:08:04.559 | 17:2 - 17:9 | 17 | 9 | 0:08:20.970 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 3.75 | 17 | 20 | 0:08:56.119 | 17:20 - 17:22 | 17 | 22 | 0:08:59.869 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 14.12 | 39 | 14 | 0:35:09.010 | 39:14 - 39:19 | 39 | 19 | 0:35:23.129 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 13.17 | 157 | 2 | 3:20:33.790 | 157:2 - 157:6 | 157 | 6 | 3:20:46.959 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 6.89 | 161 | 2 | 3:25:30.400 | 161:2 - 161:4 | 161 | 4 | 3:25:37.290 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 15.88 | 161 | 7 | 3:25:44.849 | 161:7 - 161:11 | 161 | 11 | 3:26:00.730 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 6.41 | 176 | 21 | 3:47:12.759 | 176:21 - 176:23 | 176 | 23 | 3:47:19.169 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 1.8 | 177 | 24 | 3:48:34.839 | 177:24 - 177:25 | 177 | 25 | 3:48:36.639 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 6.78 | 178 | 2 | 3:48:39.450 | 178:2 - 178:4 | 178 | 4 | 3:48:46.230 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 12.83 | 178 | 7 | 3:48:54.709 | 178:7 - 178:12 | 178 | 12 | 3:49:07.540 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 14.03 | 178 | 14 | 3:49:11.410 | 178:14 - 178:19 | 178 | 19 | 3:49:25.440 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 12.59 | 178 | 21 | 3:49:28.089 | 178:21 - 178:25 | 178 | 25 | 3:49:40.679 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 0 | 179 | 2 | 3:49:42.684 | 179:2 - 179:2 | 179 | 2 | 3:49:42.684 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 24.81 | 179 | 4 | 3:49:46.430 | 179:4 - 179:12 | 179 | 12 | 3:50:11.240 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 25.71 | 179 | 14 | 3:50:16.589 | 179:14 - 179:23 | 179 | 23 | 3:50:42.299 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 0 | 179 | 25 | 3:50:48.169 | 179:25 - 179:25 | 179 | 25 | 3:50:48.169 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 65.29 | 180 | 2 | 3:50:49.440 | 180:2 - 180:19 | 180 | 19 | 3:51:54.730 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 10.76 | 180 | 22 | 3:51:59.009 | 180:22 - 180:25 | 180 | 25 | 3:52:09.769 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 0 | 181 | 2 | 3:52:13.349 | 181:2 - 181:2 | 181 | 2 | 3:52:13.349 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 54.11 | 181 | 4 | 3:52:15.290 | 181:4 - 181:16 | 181 | 16 | 3:53:09.400 | 03/07/2023 |
| Dimitrievich, Don | Defendants' Designation | 40.76 | 182 | 7 | 3:53:57.719 | 182:7 - 182:18 | 182 | 18 | 3:54:38.480 | 03/07/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 3.1 | 11 | 20 | 0:04:58.730 | 11:20 - 11:22 | 11 | 22 | 0:05:01.829 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 12.56 | 25 | 17 | 0:19:02.430 | 25:17 - 25:21 | 25 | 21 | 0:19:14.990 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 17.49 | 26 | 3 | 0:19:32.550 | 26:3 - 26:9 | 26 | 9 | 0:19:50.040 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 22.38 | 26 | 14 | 0:20:06.979 | 26:14 - 26:19 | 26 | 19 | 0:20:29.359 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 0 | 26 | 22 | 0:20:36.489 | 26:22 - 26:22 | 26 | 22 | 0:20:36.489 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 32.27 | 27 | 6 | 0:21:10.420 | 27:6 - 27:10 | 27 | 10 | 0:21:42.689 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 2.07 | 93 | 7 | 2:13:21.330 | 93:7 - 93:8 | 93 | 8 | 2:13:23.399 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 9.3 | 93 | 10 | 2:13:29.490 | 93:10 - 93:13 | 93 | 13 | 2:13:38.790 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 2.08 | 93 | 14 | 2:13:45.450 | 93:14 - 93:16 | 93 | 16 | 2:13:47.529 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 13.28 | 93 | 18 | 2:13:52.540 | 93:18 - 93:21 | 93 | 21 | 2:14:05.825 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 6.81 | 93 | 22 | 2:14:06.319 | 93:22 - 93:24 | 93 | 24 | 2:14:13.129 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 4.48 | 94 | 2 | 2:14:20.209 | 94:2 - 94:4 | 94 | 4 | 2:14:24.689 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 8.97 | 107 | 12 | 2:42:28.030 | 107:12 - 107:14 | 107 | 14 | 2:42:37.000 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 18.15 | 107 | 16 | 2:42:44.959 | 107:16 - 107:22 | 107 | 22 | 2:43:03.110 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 4.81 | 107 | 23 | 2:43:06.440 | 107:23 - 107:25 | 107 | 25 | 2:43:11.250 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 81.76 | 108 | 2 | 2:43:13.559 | 108:2 - 108:25 | 108 | 25 | 2:44:35.320 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 9.74 | 110 | 16 | 2:47:08.110 | 110:16 - 110:19 | 110 | 19 | 2:47:17.853 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 3.32 | 110 | 22 | 2:47:22.198 | 110:22 - 110:23 | 110 | 23 | 2:47:25.519 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 0.44 | 110 | 24 | 2:47:48.599 | 110:24 - 110:25 | 110 | 25 | 2:47:49.040 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 34.16 | 111 | 2 | 2:48:02.980 | 111:2 - 111:12 | 111 | 12 | 2:48:37.139 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 3.28 | 111 | 21 | 2:49:04.030 | 111:21 - 111:23 | 111 | 23 | 2:49:07.309 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 31.97 | 112 | 13 | 2:50:06.790 | 112:13 - 112:25 | 112 | 25 | 2:50:38.759 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 0 | 113 | 2 | 2:50:43.740 | 113:2 - 113:2 | 113 | 2 | 2:50:43.740 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 30.26 | 116 | 19 | 2:55:40.019 | 116:19 - 116:25 | 116 | 25 | 2:56:10.280 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 38.5 | 117 | 2 | 2:56:12.719 | 117:2 - 117:16 | 117 | 16 | 2:56:51.219 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 13.15 | 119 | 6 | 3:00:49.389 | 119:6 - 119:8 | 119 | 8 | 3:01:02.540 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 51.32 | 119 | 11 | 3:01:07.009 | 119:11 - 119:19 | 119 | 19 | 3:01:58.329 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 15 | 129 | 9 | 3:18:58.580 | 129:9 - 129:14 | 129 | 14 | 3:19:13.583 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 32.6 | 225 | 12 | 6:10:23.349 | 225:12 - 225:19 | 225 | 19 | 6:10:55.949 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 40.61 | 286 | 14 | 8:00:01.093 | 286:14 - 286:25 | 286 | 25 | 8:00:41.699 | 04/18/2023 |
| Hostettler, Jeffrey | Defendants' Designation | 76.58 | 287 | 2 | 8:00:53.179 | 287:2 - 287:24 | 287 | 24 | 8:02:09.759 | 04/18/2023 |
| Khmelnik, Eugene | Defendants' Designation | 5.77 | 13 | 21 | 0:04:38.529 | 13:21 - 13:23 | 13 | 23 | 0:04:44.299 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 9.3 | 22 | 22 | 0:16:46.039 | 22:22 - 23:2 | 23 | 2 | 0:16:55.340 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 147.13 | 23 | 17 | 0:17:50.560 | 23:17 - 25:10 | 25 | 10 | 0:20:17.689 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 117.19 | 26 | 22 | 0:23:02.410 | 26:22 - 27:25 | 27 | 25 | 0:24:59.599 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 191.91 | 29 | 11 | 0:27:50.109 | 29:11 - 31:8 | 31 | 8 | 0:31:02.020 | 12/07/2021 |

In re Alta Mesa Resources, Inc. , Case No. 4:19-cv-00957
Defendants' Affirmative Deposition Designations

| Transcript Name | Designation | Duration | Start Page | Start Line | Start Time | Range | End Page | End Line | End Time | Transcript Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Khmelnik, Eugene | Defendants' Designation | 17.43 | 31 | 20 | 0:31:34.689 | 31:20 - 31:25 | 31 | 25 | 0:31:52.119 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 72.21 | 32 | 2 | 0:31:59.869 | 32:2 - 32:22 | 32 | 22 | 0:33:12.079 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 0 | 32 | 24 | 0:33:16.000 | 32:24 - 32:24 | 32 | 24 | 0:33:16.000 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 99.49 | 33 | 1 | 0:33:21.420 | 33:1 - 34:2 | 34 | 2 | 0:35:00.909 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 124.32 | 34 | 13 | 0:35:47.360 | 34:13 - 35:15 | 35 | 15 | 0:37:51.679 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 134.98 | 35 | 25 | 0:38:40.979 | 35:25 - 37:4 | 37 | 4 | 0:40:55.959 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 79.75 | 37 | 9 | 0:41:19.659 | 37:9 - 38:3 | 38 | 3 | 0:42:39.409 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 108.3 | 41 | 1 | 0:47:24.840 | 41:1 - 42:1 | 42 | 1 | 0:49:13.139 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 91.25 | 42 | 9 | 0:49:42.191 | 42:9 - 43:7 | 43 | 7 | 0:51:13.439 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 3.25 | 48 | 21 | 1:00:07.219 | 48:21 - 48:24 | 48 | 24 | 1:00:10.469 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 174.73 | 50 | 6 | 1:02:22.010 | 50:6 - 52:4 | 52 | 4 | 1:05:16.739 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 15.24 | 52 | 11 | 1:05:40.709 | 52:11 - 52:13 | 52 | 13 | 1:05:55.949 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 79.57 | 53 | 17 | 1:07:45.020 | 53:17 - 54:12 | 54 | 12 | 1:09:04.589 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 106.66 | 54 | 22 | 1:09:52.290 | 54:22 - 55:24 | 55 | 24 | 1:11:38.950 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 351.52 | 56 | 14 | 1:12:08.961 | 56:14 - 59:21 | 59 | 21 | 1:18:00.481 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 43.06 | 59 | 22 | 1:18:05.341 | 59:22 - 60:5 | 60 | 5 | 1:18:48.401 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 0 | 60 | 7 | 1:18:51.541 | 60:7 - 60:7 | 60 | 7 | 1:18:51.541 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 10.36 | 60 | 9 | 1:18:53.812 | 60:9 - 60:11 | 60 | 11 | 1:19:04.171 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 134.12 | 61 | 2 | 1:20:07.102 | 61:2 - 62:7 | 62 | 7 | 1:22:21.222 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 113 | 62 | 9 | 1:22:39.602 | 62:9 - 63:12 | 63 | 12 | 1:24:32.602 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 19.74 | 63 | 14 | 1:24:38.731 | 63:14 - 63:20 | 63 | 20 | 1:24:58.472 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 139.07 | 63 | 22 | 1:25:05.481 | 63:22 - 65:4 | 65 | 4 | 1:27:24.551 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 13.11 | 65 | 13 | 1:27:58.972 | 65:13 - 65:16 | 65 | 16 | 1:28:12.082 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 6.56 | 65 | 18 | 1:28:17.062 | 65:18 - 65:20 | 65 | 20 | 1:28:23.622 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 26.57 | 65 | 22 | 1:28:27.352 | 65:22 - 66:2 | 66 | 2 | 1:28:53.921 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 3.26 | 66 | 4 | 1:28:58.821 | 66:4 - 66:5 | 66 | 5 | 1:29:02.082 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 4.17 | 66 | 7 | 1:29:07.211 | 66:7 - 66:8 | 66 | 8 | 1:29:11.381 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 9.47 | 66 | 10 | 1:29:15.401 | 66:10 - 66:11 | 66 | 11 | 1:29:24.872 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 23.32 | 66 | 20 | 1:29:48.981 | 66:20 - 67:1 | 67 | 1 | 1:30:12.301 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 21.12 | 67 | 4 | 1:30:30.642 | 67:4 - 67:8 | 67 | 8 | 1:30:51.762 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 92.72 | 67 | 14 | 1:31:07.921 | 67:14 - 68:13 | 68 | 13 | 1:32:40.642 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 88.87 | 69 | 2 | 1:33:33.671 | 69:2 - 69:21 | 69 | 21 | 1:35:02.541 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 44.23 | 70 | 1 | 1:35:14.832 | 70:1 - 70:14 | 70 | 14 | 1:35:59.062 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 11.84 | 70 | 20 | 1:36:22.611 | 70:20 - 70:23 | 70 | 23 | 1:36:34.452 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 21.44 | 72 | 9 | 1:38:37.532 | 72:9 - 72:14 | 72 | 14 | 1:38:58.972 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 68.94 | 72 | 20 | 1:39:21.631 | 72:20 - 73:13 | 73 | 13 | 1:40:30.571 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 70.82 | 73 | 14 | 1:40:36.762 | 73:14 - 74:10 | 74 | 10 | 1:41:47.582 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 160.53 | 75 | 8 | 1:43:09.722 | 75:8 - 76:20 | 76 | 20 | 1:45:50.251 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 60.67 | 76 | 22 | 1:45:54.262 | 76:22 - 77:13 | 77 | 13 | 1:46:54.932 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 2.22 | 77 | 15 | 1:47:01.182 | 77:15 - 77:16 | 77 | 16 | 1:47:03.402 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 29.92 | 78 | 25 | 1:49:16.461 | 78:25 - 79:7 | 79 | 7 | 1:49:46.381 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 19.47 | 79 | 8 | 1:49:50.102 | 79:8 - 79:13 | 79 | 13 | 1:50:09.571 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 84.63 | 79 | 14 | 1:50:20.881 | 79:14 - 80:7 | 80 | 7 | 1:51:45.512 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 16.87 | 81 | 1 | 1:53:31.571 | 81:1 - 81:6 | 81 | 6 | 1:53:48.441 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 70.11 | 82 | 23 | 1:55:55.912 | 82:23 - 83:13 | 83 | 13 | 1:57:06.021 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 22.01 | 83 | 15 | 1:57:15.211 | 83:15 - 83:19 | 83 | 19 | 1:57:37.222 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 8.94 | 83 | 23 | 1:57:44.082 | 83:23 - 84:2 | 84 | 2 | 1:57:53.021 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 18.54 | 84 | 5 | 1:57:59.092 | 84:5 - 84:10 | 84 | 10 | 1:58:17.631 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 127.83 | 87 | 5 | 2:03:28.182 | 87:5 - 88:3 | 88 | 3 | 2:05:36.012 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 142.45 | 88 | 7 | 2:05:54.032 | 88:7 - 89:13 | 89 | 13 | 2:08:16.481 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 43.52 | 89 | 21 | 2:08:41.481 | 89:21 - 90:6 | 90 | 6 | 2:09:25.001 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 16.49 | 91 | 1 | 2:10:54.631 | 91:1 - 91:5 | 91 | 5 | 2:11:11.122 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 54.29 | 92 | 4 | 2:12:31.731 | 92:4 - 92:15 | 92 | 15 | 2:13:26.021 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 13.15 | 93 | 11 | 2:15:09.592 | 93:11 - 93:15 | 93 | 15 | 2:15:22.742 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 73.12 | 94 | 8 | 2:16:41.742 | 94:8 - 95:1 | 95 | 1 | 2:17:54.861 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 53.1 | 95 | 4 | 2:18:00.582 | 95:4 - 95:17 | 95 | 17 | 2:18:53.681 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 16.5 | 95 | 19 | 2:19:04.561 | 95:19 - 95:23 | 95 | 23 | 2:19:21.061 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 7.51 | 95 | 25 | 2:19:23.601 | 95:25 - 96:2 | 96 | 2 | 2:19:31.111 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 11.78 | 96 | 4 | 2:19:35.221 | 96:4 - 96:7 | 96 | 7 | 2:19:47.001 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 26.13 | 96 | 9 | 2:19:51.852 | 96:9 - 96:16 | 96 | 16 | 2:20:17.982 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 42.82 | 96 | 23 | 2:20:34.102 | 96:23 - 97:8 | 97 | 8 | 2:21:16.921 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 11.55 | 97 | 23 | 2:21:53.382 | 97:23 - 98:1 | 98 | 1 | 2:22:04.932 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 18.7 | 98 | 3 | 2:22:11.022 | 98:3 - 98:6 | 98 | 6 | 2:22:29.722 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 71 | 99 | 21 | 2:24:43.242 | 99:21 - 100:14 | 100 | 14 | 2:25:54.242 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 0 | 100 | 16 | 2:25:56.472 | 100:16 - 100:16 | 100 | 16 | 2:25:56.472 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 5.12 | 100 | 18 | 2:26:00.962 | 100:18 - 100:20 | 100 | 20 | 2:26:06.082 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 14.67 | 100 | 23 | 2:26:12.468 | 100:23 - 101:1 | 101 | 1 | 2:26:27.142 | 12/07/2021 |

| Transcript Name | Designation | Duration | Start Page | Start Line | Start Time | Range | End Page | End Line | End Time | Transcript Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Khmelnik, Eugene | Defendants' Designation | 12 | 101 | 5 | 2:26:43.282 | 101:5 - 101:9 | 101 | 9 | 2:26:55.282 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 27.66 | 101 | 11 | 2:27:03.482 | 101:11 - 101:17 | 101 | 17 | 2:27:31.142 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 26.51 | 101 | 19 | 2:27:35.492 | 101:19 - 101:25 | 101 | 25 | 2:28:02.001 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 1.64 | 102 | 2 | 2:28:07.461 | 102:2 - 102:3 | 102 | 3 | 2:28:09.102 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 89.67 | 102 | 9 | 2:28:24.251 | 102:9 - 103:5 | 103 | 5 | 2:29:53.921 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 44.3 | 103 | 7 | 2:29:59.632 | 103:7 - 103:16 | 103 | 16 | 2:30:43.932 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 12.37 | 106 | 5 | 2:36:17.123 | 106:5 - 106:8 | 106 | 8 | 2:36:29.492 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 10.59 | 106 | 13 | 2:36:50.732 | 106:13 - 106:16 | 106 | 16 | 2:37:01.322 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 72.58 | 106 | 25 | 2:37:39.182 | 106:25 - 107:21 | 107 | 21 | 2:38:51.761 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 3.73 | 107 | 23 | 2:38:56.112 | 107:23 - 107:24 | 107 | 24 | 2:38:59.841 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 55.3 | 108 | 1 | 2:39:04.942 | 108:1 - 108:14 | 108 | 14 | 2:40:00.242 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 22.75 | 108 | 16 | 2:40:05.712 | 108:16 - 108:21 | 108 | 21 | 2:40:28.462 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 13.95 | 108 | 23 | 2:40:31.652 | 108:23 - 109:2 | 109 | 2 | 2:40:45.602 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 2.74 | 109 | 5 | 2:40:49.022 | 109:5 - 109:6 | 109 | 6 | 2:40:51.761 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 5.85 | 109 | 8 | 2:40:59.572 | 109:8 - 109:10 | 109 | 10 | 2:41:05.421 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 18.31 | 109 | 12 | 2:41:11.402 | 109:12 - 109:18 | 109 | 18 | 2:41:29.712 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 32.79 | 109 | 25 | 2:41:58.712 | 109:25 - 110:6 | 110 | 6 | 2:42:31.502 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 12.39 | 110 | 12 | 2:42:48.552 | 110:12 - 110:15 | 110 | 15 | 2:43:00.942 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 13.99 | 110 | 25 | 2:44:12.171 | 110:25 - 111:3 | 111 | 3 | 2:44:26.162 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 13.67 | 111 | 15 | 2:45:24.352 | 111:15 - 111:18 | 111 | 18 | 2:45:38.022 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 7.67 | 112 | 7 | 2:46:23.992 | 112:7 - 112:9 | 112 | 9 | 2:46:31.662 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 11.54 | 112 | 11 | 2:46:37.192 | 112:11 - 112:13 | 112 | 13 | 2:46:48.732 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 77.18 | 112 | 15 | 2:46:56.432 | 112:15 - 113:12 | 113 | 12 | 2:48:13.612 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 72.92 | 113 | 15 | 2:48:23.052 | 113:15 - 114:7 | 114 | 7 | 2:49:35.972 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 29.64 | 114 | 16 | 2:49:56.082 | 114:16 - 114:22 | 114 | 22 | 2:50:25.722 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 6.1 | 114 | 24 | 2:50:30.712 | 114:24 - 115:1 | 115 | 1 | 2:50:36.811 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 18.12 | 115 | 3 | 2:50:41.322 | 115:3 - 115:7 | 115 | 7 | 2:50:59.443 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 3.36 | 115 | 9 | 2:51:12.082 | 115:9 - 115:10 | 115 | 10 | 2:51:15.442 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 13.21 | 115 | 12 | 2:51:22.492 | 115:12 - 115:16 | 115 | 16 | 2:51:35.703 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 149.18 | 117 | 1 | 2:53:31.011 | 117:1 - 118:1 | 118 | 1 | 2:56:00.192 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 15.11 | 118 | 23 | 2:57:03.692 | 118:23 - 119:2 | 119 | 2 | 2:57:18.802 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 3.45 | 119 | 18 | 2:58:19.636 | 119:18 - 119:21 | 119 | 21 | 2:58:23.091 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 110.11 | 120 | 1 | 2:59:28.811 | 120:1 - 121:7 | 121 | 7 | 3:01:18.921 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 18.59 | 121 | 25 | 3:02:48.732 | 121:25 - 122:4 | 122 | 4 | 3:03:07.322 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 184.99 | 122 | 12 | 3:03:49.591 | 122:12 - 123:23 | 123 | 23 | 3:06:54.582 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 27.49 | 124 | 9 | 3:08:16.622 | 124:9 - 124:12 | 124 | 12 | 3:08:44.112 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 205.57 | 124 | 15 | 3:08:50.012 | 124:15 - 126:7 | 126 | 7 | 3:12:15.583 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 106.27 | 126 | 12 | 3:12:42.122 | 126:12 - 127:12 | 127 | 12 | 3:14:28.392 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 168.69 | 128 | 8 | 3:16:20.252 | 128:8 - 129:20 | 129 | 20 | 3:19:08.942 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 113.14 | 130 | 9 | 3:20:00.492 | 130:9 - 131:13 | 131 | 13 | 3:21:53.632 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 10.45 | 133 | 20 | 3:26:38.042 | 133:20 - 133:22 | 133 | 22 | 3:26:48.497 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 11.34 | 133 | 25 | 3:26:49.955 | 133:25 - 134:3 | 134 | 3 | 3:27:01.292 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 47.89 | 134 | 4 | 3:27:06.972 | 134:4 - 134:16 | 134 | 16 | 3:27:54.862 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 4.96 | 134 | 18 | 3:27:57.232 | 134:18 - 134:19 | 134 | 19 | 3:28:02.192 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 29.92 | 134 | 21 | 3:28:13.902 | 134:21 - 135:3 | 135 | 3 | 3:28:43.822 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 42.57 | 135 | 4 | 3:28:50.992 | 135:4 - 135:9 | 135 | 9 | 3:29:33.561 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 29.29 | 135 | 15 | 3:30:08.892 | 135:15 - 135:22 | 135 | 22 | 3:30:38.182 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 88.72 | 138 | 9 | 3:34:48.212 | 138:9 - 138:21 | 138 | 21 | 3:36:16.932 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 143.37 | 138 | 25 | 3:36:30.932 | 138:25 - 140:5 | 140 | 5 | 3:38:54.302 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 68.74 | 140 | 7 | 3:38:55.703 | 140:7 - 140:20 | 140 | 20 | 3:40:04.442 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 33.37 | 141 | 4 | 3:40:37.722 | 141:4 - 141:13 | 141 | 13 | 3:41:11.092 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 310.91 | 141 | 25 | 3:41:45.392 | 141:25 - 145:4 | 145 | 4 | 3:46:56.302 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 83.03 | 145 | 24 | 3:48:15.012 | 145:24 - 146:13 | 146 | 13 | 3:49:38.042 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 118.4 | 147 | 9 | 3:51:02.737 | 147:9 - 148:9 | 148 | 9 | 3:53:01.132 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 12.09 | 148 | 12 | 3:53:02.672 | 148:12 - 148:16 | 148 | 16 | 3:53:14.762 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 32.75 | 149 | 14 | 3:54:33.552 | 149:14 - 149:18 | 149 | 18 | 3:55:06.302 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 11.14 | 149 | 20 | 3:55:10.212 | 149:20 - 149:22 | 149 | 22 | 3:55:21.352 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 4.07 | 149 | 24 | 3:55:23.782 | 149:24 - 149:25 | 149 | 25 | 3:55:27.852 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 0 | 150 | 2 | 3:55:34.072 | 150:2 - 150:2 | 150 | 2 | 3:55:34.072 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 1.79 | 150 | 4 | 3:55:35.672 | 150:4 - 150:5 | 150 | 5 | 3:55:37.462 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 17.92 | 150 | 10 | 3:55:49.192 | 150:10 - 150:15 | 150 | 15 | 3:56:07.112 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 100.34 | 150 | 24 | 3:56:30.472 | 150:24 - 151:22 | 151 | 22 | 3:58:10.808 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 25.04 | 151 | 24 | 3:58:27.182 | 151:24 - 152:6 | 152 | 6 | 3:58:52.222 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 4.29 | 152 | 13 | 3:59:27.061 | 152:13 - 152:14 | 152 | 14 | 3:59:31.352 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 41.03 | 152 | 20 | 3:59:57.632 | 152:20 - 153:8 | 153 | 8 | 4:00:38.662 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 48.25 | 153 | 10 | 4:00:40.032 | 153:10 - 153:21 | 153 | 21 | 4:01:28.282 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 104.85 | 154 | 3 | 4:01:56.882 | 154:3 - 154:25 | 154 | 25 | 4:03:41.732 | 12/07/2021 |

*In re Alta Mesa Resources, Inc.* , Case No. 4:19-cv-00957
Defendants' Affirmative Deposition Designations

| Transcript Name | Designation | Duration | Start Page | Start Line | Start Time | Range | End Page | End Line | End Time | Transcript Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Khmelnik, Eugene | Defendants' Designation | 28.1 | 155 | 2 | 4:03:48.442 | 155:2 - 155:8 | 155 | 8 | 4:04:16.542 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 26.29 | 155 | 10 | 4:04:19.882 | 155:10 - 155:16 | 155 | 16 | 4:04:46.172 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 79.69 | 155 | 24 | 4:05:03.502 | 155:24 - 156:20 | 156 | 20 | 4:06:23.192 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 0 | 156 | 22 | 4:06:24.662 | 156:22 - 156:22 | 156 | 22 | 4:06:24.662 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 12.86 | 156 | 24 | 4:06:26.262 | 156:24 - 157:3 | 157 | 3 | 4:06:39.122 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 39.91 | 157 | 8 | 4:06:56.292 | 157:8 - 157:18 | 157 | 18 | 4:07:36.203 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 0 | 157 | 20 | 4:07:42.872 | 157:20 - 157:20 | 157 | 20 | 4:07:42.872 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 8.72 | 157 | 22 | 4:07:53.412 | 157:22 - 157:24 | 157 | 24 | 4:08:02.132 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 5.94 | 158 | 1 | 4:08:04.232 | 158:1 - 158:2 | 158 | 2 | 4:08:10.172 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 102.64 | 158 | 4 | 4:08:19.492 | 158:4 - 159:1 | 159 | 1 | 4:10:02.132 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 125.25 | 160 | 4 | 4:11:16.842 | 160:4 - 161:5 | 161 | 5 | 4:13:22.092 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 234.38 | 161 | 17 | 4:14:04.332 | 161:17 - 163:19 | 163 | 19 | 4:17:58.712 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 24.18 | 163 | 23 | 4:18:30.792 | 163:23 - 164:2 | 164 | 2 | 4:18:54.972 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 54.18 | 164 | 13 | 4:20:08.783 | 164:13 - 165:4 | 165 | 4 | 4:21:02.962 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 86.64 | 165 | 12 | 4:22:47.453 | 165:12 - 166:4 | 166 | 4 | 4:24:14.092 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 12.26 | 166 | 6 | 4:24:18.832 | 166:6 - 166:9 | 166 | 9 | 4:24:31.092 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 47.99 | 166 | 11 | 4:24:33.332 | 166:11 - 166:24 | 166 | 24 | 4:25:21.322 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 86.71 | 167 | 4 | 4:25:34.724 | 167:4 - 167:21 | 167 | 21 | 4:27:01.432 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 10.4 | 171 | 13 | 4:33:13.901 | 171:13 - 171:17 | 171 | 17 | 4:33:24.302 | 12/07/2021 |
| Khmelnik, Eugene | Defendants' Designation | 38.17 | 171 | 21 | 4:33:39.642 | 171:21 - 172:6 | 172 | 6 | 4:34:17.815 | 12/07/2021 |