# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-00957 |

## DECLARATION OF TOR GRONBORG IN SUPPORT OF CLASS PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER PRELIMINARILY APPROVING SETTLEMENT WITH ARM ENERGY HOLDINGS, LLC

4857-9440-6902.v1

I, Tor Gronborg, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner of the law firm Robbins Geller Rudman & Dowd LLP. I am admitted *pro hac vice* to practice before this Court. I submit this Declaration in Support of Class Plaintiffs' Unopposed Motion for an Order Preliminarily Approving Settlement with ARM Energy Holdings, LLC.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation and Agreement between Class Plaintiffs and ARM Energy Holdings, LLC dated October 29, 2024 ("Stipulation"), and the following exhibit to the Stipulation:

Exhibit A:   [Proposed] Order Preliminarily Approving Unopposed Partial Settlement Agreement.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 5th day of November 2024.

_____
TOR GRONBORG

- 1 -