| | |
|---|---|
| **ENTWISTLE & CAPPUCCI LLP** | **ROBBINS GELLER RUDMAN & DOWD LLP** |
| 500 WEST 2ND STREET, SUITE 1900 | 655 WEST BROADWAY, SUITE 1900 |
| AUSTIN, TEXAS 78701 | SAN DIEGO, CALIFORNIA 92101 |
| TELEPHONE: (512) 710-5960 | TELEPHONE: (619) 231-1058 |
| FACSIMILE: (212) 894-7272 | FACSIMILE: (619) 231-7423 |

November 5, 2024

**VIA ECF**

The Honorable George C. Hanks, Jr.
United States District Judge
United States Courthouse
515 Rusk Street, Room 6206
Houston, Texas 77002

Re:   *In re Alta Mesa Resources, Inc. Securities Litigation*,
        Case No. 4:19-cv-00957 (S.D. Tex.)

Dear Judge Hanks:

Bayou City's letter of November 5, 2024 (Dkt. 936) requires no response from Class Plaintiffs except to note confidential-mediated settlement discussions have no place in a publicly filed letter. Beyond that, the other matters argued are fully briefed and Class Plaintiffs reserve all rights.

Respectfully submitted,

/s/ Andrew J. Entwistle            /s/ Trig Smith

*Co-Lead Counsel for the Class*