November 6, 2024

<u>VIA EMAIL</u>

The Honorable George C. Hanks, Jr.
United States District Judge
  for the Southern District of Texas
515 Rusk Street, Room 6202
Houston, Texas 77002

      Re:    *In re Alta Mesa Resources, Inc. Securities Litigation*,
             No. 19-CV-00957 (S.D. Tex.) (consolidated)

Dear Judge Hanks:

      In accordance with the Court's Procedures, this letter is intended to notify the Court that defendants Bayou City Energy Management LLC ("Bayou City") and William McMullen (collectively, "Bayou City Defendants") and Class Plaintiffs (FNY Partners Fund LP, FNY Managed Accounts, LLC, Paul J. Burbach, United Association National Pension Fund, and Camelot Event Driven Fund, a series of Frank Funds Trust) have reached a settlement in the above captioned litigation. Accordingly, Bayou City and Class Plaintiffs respectfully request that the current court proceedings be suspended as to the Class Plaintiffs' claims against Bayou City only.

      This is a partial settlement and does not involve or compromise any claim made by the Class Plaintiffs against any defendant other than the Bayou City Defendants and does not involve or compromise any claim made by the plaintiffs in *Alyeska Master Fund, L.P. et al. v. Alta Mesa Resources, Inc. et al.* and *Orbis Global Equity LE Fund (Australia Registered) et al. v. Alta Mesa Resources, Inc. et al.* against any defendant. The settlement between Bayou City and Class Plaintiffs does not stay any court proceeding involving any other defendants and does not provide a basis for delaying the trial.

      Class Plaintiffs and the Bayou City Defendants are completing a Stipulation and Agreement of Settlement and Class Plaintiffs intend to file a motion for preliminary approval of the settlement within the next 15 days.

The Honorable George C. Hanks, Jr.
November 6, 2024
Page 2

    Please let us know if the Court has any questions or if the Court would like to be provided with any additional information regarding the settlement between Class Plaintiffs and the Bayou City Defendants.

Respectfully submitted,

_____
Kenneth A. Young
KIRKLAND & ELLIS LLP

*Counsel for Bayou City*

_____
Trig Smith
ROBBINS GELLER RUDMAN & DOWD LLP

*Co-Lead Counsel for the Class*

_____
Andrew J. Entwistle
ENTWISTLE & CAPPUCCI LLP

*Co-Lead Counsel for the Class*