# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-00957 |

# DECLARATION OF TOR GRONBORG IN SUPPORT OF CLASS PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER PRELIMINARILY APPROVING SETTLEMENT WITH BAYOU CITY <u>ENERGY MANAGEMENT LLC AND WILLIAM McMULLEN</u>

I, Tor Gronborg, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner of the law firm Robbins Geller Rudman & Dowd LLP. I am admitted *pro hac vice* to practice before this Court. I submit this Declaration in Support of Class Plaintiffs' Unopposed Motion for an Order Preliminarily Approving Settlement with Bayou City Energy Management LLC and William McMullen.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation and Agreement between Class Plaintiffs and Bayou City Energy Management LLC and William McMullen dated November 8, 2024 ("Stipulation"), and the following exhibit to the Stipulation:

Exhibit A: [Proposed] Order Preliminarily Approving Unopposed Partial Settlement Agreement.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 15th day of November 2024.

TOR GRONBORG

- 1 -