**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-00957 |

**MOTION TO WITHDRAW DANIEL PFEFFERBAUM AS COUNSEL**

4891-7256-4979.v1

- 1 -

Pursuant to Local Rule 83.2, Co-Lead Plaintiff United Association National Pension Fund (f/k/a Plumbers and Pipefitters National Pension Fund) ("Plaintiff"), by its attorneys, respectfully requests that the appearance of Daniel Pfefferbaum in this matter be withdrawn, and in support thereof, states as follows:

1. Mr. Pfefferbaums's Motion for Admission *Pro Hac Vice* (ECF 741) was granted on April 23, 2024 (ECF 750).

2. Mr. Pfefferbaum no longer represents Plaintiff in this matter.

3. Plaintiff will continue to be represented by attorneys from Robbins Geller Rudman & Dowd LLP.

4. No parties will be prejudiced by Mr. Pfefferbaum's withdrawal.

WHEREFORE, Plaintiff respectfully requests that the appearance of Daniel Pfefferbaum in this matter be withdrawn.

DATED: November 18, 2024

s/ Trig R. Smith

| | |
|---|---|
| Tor Gronborg (*pro hac vice*) | Andrew J. Entwistle (attorney in charge) |
| Trig R. Smith (*pro hac vice*) | State Bar No. 24038131 |
| John M. Kelley (*pro hac vice*) | Callie Crispin |
| Stephen Johnson (*pro hac vice*) | State Bar No. 24104231 |
| **ROBBINS GELLER RUDMAN & DOWD LLP** | Sal H. Lee |
| 655 West Broadway, Suite 1900 | State Bar No. 24127308 |
| San Diego, CA  92101 | **ENTWISTLE & CAPPUCCI LLP** |
| Telephone:  (619) 231-105 | 500 West 2nd Street, Floor 19, Suite 140 |
| Facsimile:  (619) 231-7423 | Austin, TX  78701 |
| | Telephone:  (512) 710-5960 |
| *Court Appointed Co-Lead Counsel* | Facsimile:  (212) 894-7278 |

- 2 -

– and –

Joshua K. Porter (*pro hac vice*)
Brendan J. Brodeur (*pro hac vice*)
Andrew M. Sher (*pro hac vice*)
**ENTWISTLE & CAPPUCCI LLP**
230 Park Avenue, 3rd Floor
New York, NY 10169
Telephone: (212) 894-7200
Facsimile: (212) 894-7278

*Court Appointed Co-Lead Counsel*

Carol C. Villegas (*pro hac vice*)
David Saldamando (*pro hac vice*)
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Plaintiff Camelot Event Driven Fund, A Series of Frank Funds Trust*

- 2 -

## **CERTIFICATE OF SERVICE**

I certify that this motion has been served on counsel of record via the Court's ECF system on November 18, 2024.

s/ Trig R. Smith
TRIG R. SMITH

4891-7256-4979.v1