**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-00957 |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW DANIEL PFEFFERBAUM AS COUNSEL**

- 1 -

Upon consideration of Plaintiff's Motion for Withdrawal of Attorney Daniel Pfefferbaum (the "Motion"), it is hereby ordered that:

1. The Motion is GRANTED; and

2. The clerk is ordered to reflect on the docket the termination of attorney Daniel Pfefferbaum as counsel of record for Plaintiff.

IT IS SO ORDERED.

DATED: _____   _____
                                                      THE HONORABLE GEORGE C. HANKS, JR.
                                                      UNITED STATES DISTRICT JUDGE