AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| Camelot Event Driven Fund, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:19-cv-00957 |
| Alta Mesa Resources, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Additional Counsel for Defendants Harlan H. Chappelle and Michael E. Ellis.

Date: 11/18/2024

/s/ Robine K. Morrison
*Attorney's signature*

Robine K. Morrison (Tx. Bar No. 24099736)
*Printed name and bar number*

Winston & Strawn LLP
800 Capitol Street, Suite 2400
Houston, Texas 77002
*Address*

RMorrison@winston.com
*E-mail address*

(713) 651-2609
*Telephone number*

(713) 651-2700
*FAX number*