UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAMELOT EVENT DRIVEN FUND, A SERIES OF FRANK FUNDS TRUST, *et al.*, | § § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-00957 |
| ALTA MESA RESOURCES, INC., *et al.*, Defendants. | § § § § | |

## **ORDER**

The Court will provide the breakfast meal daily for the jury during the remainder of trial. This order directs the Financial Section of the Clerk's Office to reimburse costs to provide the meal.

SIGNED at Houston, Texas on November 21, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

1 / 1