## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-00957 |

## DECLARATION OF ERIC A. NORDSKOG REGARDING DEFENDANTS' NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715(b)

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury as follows:

1. I am a Director of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin. I am over 21 years of age and I am not a party to the above-captioned litigation. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Pursuant to the Stipulation and Agreement Between Class Plaintiffs and HPS Investment Partners, LLC and Donald Dimitrievich (the "Stipulation") (ECF No. 945), notice was required to be served on certain government officials pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715 et seq. ("CAFA") no later than ten (10) calendar days following the November 13, 2024 filing of the Stipulation with the Court.

3. On November 14, 2024, A.B. Data caused fifty-six (56) CAFA Notices to be sent via the United States Postal Service ("USPS") Priority Mail or Certified Mail (where Priority Mail was not available) or email if requested by the government office, to the United States Attorney General, the Attorneys General of each of the 50 States and the District of Columbia, the Attorneys General of the recognized U.S. Territories, and the Securities Exchange Commission. The CAFA Notices included a link and a QR code, each of which includes all documents and information as required by CAFA. A copy of the CAFA Notice is attached as Exhibit A.

4. As of the date of this declaration, none of the CAFA Notices have been returned to A.B. Data by the USPS as undeliverable.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 25, 2024.

_____
Eric A. Nordskog

2