UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 (CONSOLIDATED)<br><br>JUDGE GEORGE C. HANKS, JR.<br><br>THIS DOCUMENT RELATES TO:<br><br>CASE NO. 4:22-CV-01189<br>CASE NO. 4:22-CV-02590 |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Alyeska Master Fund, L.P., Alyeska Master Fund 2, L.P., and Alyeska Master Fund 3, L.P. (the "Alyeska Plaintiffs"), Orbis Global Equity LE Fund (Australia Registered), Orbis Global Equity Fund (Australia Registered), Orbis Global Balanced Fund (Australia Registered), Orbis SICAV, Orbis Institutional Global Equity L.P., Orbis Global Equity Fund Limited, Orbis Institutional Funds Limited, Allan Gray Australia Balanced Fund, Orbis OEIC, and Orbis Institutional U.S. Equity L.P. (the "Orbis Plaintiffs" and, together with the Alyeska Plaintiffs, the "Individual Action Plaintiffs") and Defendants HPS Investment Partners, LLC and Donald Dimitrievich (collectively, the "Settling Defendants"), through their undersigned counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Individual Action Plaintiffs hereby dismiss Case Nos. 4:22-cv-01189 and 4:22-cv-02590, with prejudice, as to the Settling Defendants only, with each of the Individual Action Plaintiffs and the Settling Defendants to bear their own costs, expenses, and attorneys' fees. For the

1

avoidance of doubt, this stipulation does not affect the Individual Action Plaintiffs' claims against any defendant in Case Nos. 4:22-cv-01189 and 4:22-cv-02590 other than the Settling Defendants.

Dated: December 3, 2024

*/s/ Lawrence M. Rolnick*
Lawrence M. Rolnick
Marc B. Kramer
Michael J. Hampson
Richard Bodnar
(Texas Bar No. 24117249)
(S.D. Tex. Bar No. 3644512)
**ROLNICK KRAMER SADIGHI LLP**
PENN 1, Suite 3401
One Pennsylvania Plaza
New York, NY 10119
(212) 597-2800
lrolnick@rksllp.com
mkramer@rksllp.com
mhampson@rksllp.com
rbodnar@rksllp.com

*Attorneys for the Individual Action Plaintiffs*


*/s/ Karl S. Stern*
Karl S. Stern (Attorney-in-Charge) (SBN 19175665)
Christopher D. Porter (SBN 24070437)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
700 Louisiana Street, Suite 3900
Houston, TX 77002
(713) 221-7000
karlstern@quinnemnauel.com
chrisporter@quinnemanuel.com

2

Michael B. Carlinsky
Courtney C. Whang
Jacob J. Waldman
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
michaelcarlinsky@quinnemanuel.com
courtneywhang@quinnemanuel.com
jacobwaldman@quinnemanuel.com

*Counsel for HPS Investment Partners, LLC and Donald Dimitrievch*