## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 (CONSOLIDATED) <br><br> JUDGE GEORGE C. HANKS, JR. <br><br> THIS DOCUMENT RELATES TO: <br><br> CASE NO. 4:22-CV-01189 |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Alyeska Master Fund, L.P., Alyeska Master Fund 2, L.P., and Alyeska Master Fund 3, L.P. (the "Alyeska Plaintiffs") and Defendant ARM Energy Holdings LLC ("ARM"), through their undersigned counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Alyeska Plaintiffs hereby dismiss Case No. 4:22-cv-01189, with prejudice, as to ARM with each party to bear their own costs, expenses and attorneys' fees.

As ARM is the sole remaining Defendant in the case, this stipulation dismisses Case number 22-CV-01189 in its entirety.

Dated:  December 4, 2024


*/s/ Lawrence M. Rolnick*
Lawrence M. Rolnick
Marc B. Kramer
Michael J. Hampson
Richard Bodnar
(Texas Bar No. 24117249)

1

(S.D. Tex. Bar No. 3644512)
**ROLNICK KRAMER SADIGHI LLP**
PENN 1, Suite 3401
One Pennsylvania Plaza
New York, NY 10119
(212) 597-2800
lrolnick@rksllp.com
mkramer@rksllp.com
mhampson@rksllp.com
rbodnar@rksllp.com

*Counsel for the Alyeska Plaintiffs*


/s/ James Silliman
James Silliman
**EVERSHEDS SUTHERLAND (US) LLP**
1001 Fannin Street, Suite 3700
Houston, TX 77002
(713) 470-6100
jimsilliman@eversheds-sutherland.com

*Counsel for ARM Energy Holdings, LLC*