# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | CASE NO. 4:19-CV-00957 (CONSOLIDATED) <br><br> JUDGE GEORGE C. HANKS, JR. <br><br> THIS DOCUMENT RELATES TO: <br><br> CASE NO. 4:22-CV-02590 |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Orbis Global Equity LE Fund (Australia Registered), Orbis Global Equity Fund (Australia Registered), Orbis Global Balanced Fund (Australia Registered), Orbis SICAV, Orbis Institutional Global Equity L.P., Orbis Global Equity Fund Limited, Orbis Institutional Funds Limited, Allan Gray Australia Balanced Fund, Orbis OEIC, and Orbis Institutional U.S. Equity L.P. (the "Orbis Plaintiffs") and Defendant ARM Energy Holdings LLC ("ARM"), through their undersigned counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Orbis Plaintiffs hereby dismiss Case No. 4:22-cv-02590, with prejudice, as to ARM with each party to bear their own costs, expenses and attorneys' fees.

As ARM was the last remaining Defendant in the action, this stipulation dismisses case number 22-CV-02590 its entirety.

Dated:  December 4, 2024

*/s/ Lawrence M. Rolnick*
Lawrence M. Rolnick
Marc B. Kramer
Michael J. Hampson
Richard Bodnar
(Texas Bar No. 24117249)
(S.D. Tex. Bar No. 3644512)
**ROLNICK KRAMER SADIGHI LLP**
PENN 1, Suite 3401
One Pennsylvania Plaza
New York, NY 10119
(212) 597-2800
lrolnick@rksllp.com
mkramer@rksllp.com
mhampson@rksllp.com
rbodnar@rksllp.com

*Counsel for the Orbis Plaintiffs*


*/s/ James Silliman*
James Silliman
**EVERSHEDS SUTHERLAND (US) LLP**
1001 Fannin Street, Suite 3700
Houston, TX 77002
(713) 470-6100
jimsilliman@eversheds-sutherland.com

*Counsel for ARM Energy Holdings, LLC*