December 9, 2024

*In Re: Alta Mesa Securities Litigation*, No. 4:19-cv-00957

Dear Judge Hanks:

Counsel for the Class and the remaining Defendants are pleased to report that, with the assistance of Judge Phillips, Class Plaintiffs and all remaining Defendants have reached an agreement to settle this action.

The parties have executed a term sheet reflecting the terms of the settlement and will file the motion for preliminary approval by January 6, 2025, if not earlier.

We are prepared to appear on Tuesday at 1:30 pm as previously scheduled.

In the meantime, the Parties are prepared to attend the courthouse at Your Honor's convenience to break down the tech and to remove all exhibits and other materials from the courtroom and the conference rooms.

Respectfully,

s/ Andrew J. Entwistle
Andrew J. Entwistle
(Attorney In Charge)
ENTWISTLE & CAPPUCCI LLP

s/ Trig R. Smith
Trig Smith
ROBBINS GELLER RUDMAN & DOWD LLP

*Co-Lead Counsel for the Class*

s/ J. Christian Word
J. Christian Word
(Attorney in Charge)
LATHAM & WATKINS LLP

*Counsel for Defendants Alta Mesa Resources, Inc., f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; James T. Hackett, Harlan H. Chappelle, William Gutermuth, Jeffrey H. Tepper; Diana J. Walters; Michael E. Ellis; Ronald Smith*