**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-00957 (CONSOLIDATED) <br><br> THIS DOCUMENT RELATES TO: <br><br> CASE NO. 4:22-CV-01189 <br> CASE NO. 4:22-CV-02590 |

## NOTICE OF CHANGE OF ADDRESS

To All Counsel of Record and the Clerk of Court:

PLEASE TAKE NOTICE that, effective as of December 9, 2024, the law firm of Quinn Emanuel Urquhart & Sullivan, LLP will change the address of its New York Office from 51 Madison Ave., 22nd Floor, New York, NY 10010 to:

**Quinn Emanuel Urquhart & Sullivan, LLP**
**295 Fifth Avenue**
**New York, NY 10016**

The telephone and facsimile numbers and e-mail addresses will remain the same. Please revise your records accordingly.

Dated:   December 11, 2024

Respectfully submitted,

/s/ *Christopher Porter*
(signed by permission of Attorney-in-Charge)
Karl S. Stern (attorney in charge) (SBN 19175665)
Christopher D. Porter (SBN 24070437)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
700 Louisiana Street, Suite 3900
Houston, TX 77002
Telephone:  (713) 221-7000 / Facsimile:   (713) 221-7100
Email: karlstern@quinnemanuel.com
chrisporter@quinnemanuel.com

**-AND-**

Michael B. Carlinsky (*pro hac vice*)
Courtney C. Whang (*pro hac vice*)
Jesse Bernstein (*pro hac vice*)
Allison Silber (*pro hac vice*)
Amy Hood (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN**
295 Fifth Avenue
New York, NY 10016
Telephone:  (212) 849-7000 / Facsimile:  (212) 849-7100
Email: michaelcarlinsky@quinnemanuel.com
courtneywhang@quinnemanuel.com
jessebernstein@quinnemanuel.com
allisonsilber@quinnemanuel.com
amyhood@quinnemanuel.com

Christopher Tayback (pro hac vice)
**QUINN EMANUEL URQUHART & SULLIVAN**
865 S. Figueroa, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000 / Facsimile: (213) 221-7100
Email: christayback@quinnemanuel.com

**COUNSEL TO HPS INVESTMENT PARTNERS, LLC AND DONALD DIMITRIEVICH**

2

## CERTIFICATE OF SERVICE

I certify that, on December 11, 2024, a true and correct copy of the foregoing document was served through the Court's Electronic Case Filing system of the United States District Court for the Southern District of Texas.

*/s/ Christopher D. Porter*
Christopher D. Porter