UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | | Case Number | 4:19-cv-00957 |
|---|---|---|---|---|

In re Alta Mesa Resources, Inc. Securities Litigation

*versus*

| Lawyer's Name | Ellen Gusikoff Stewart |
|---|---|
| Firm | Robbins Geller Rudman & Dowd LLP |
| Street | 655 West Broadway, Suite 1900 |
| City & Zip Code | San Diego, CA 92101 |
| Telephone & Email | 619-231-1058; elleng@rgrdlaw.com |
| Licensed: State & Number | California - 144892 |
| Federal Bar & Number | Southern District of California - N/A |

| Name of party applicant seeks to appear for: | Co-Lead Plaintiff United Association National Pension Fund (f/k/a Plumbers and Pipefitters National Pension Fund) |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 12/11/2024   Signed: /s/ Ellen Gusikoff Stewart

The state bar reports that the applicant's status is:

Dated: _____ Clerk's signature

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____

_____
United States District Judge