UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | § § § § § § § § | Civil Action No. 4:19-cv-00957<br><br>CLASS ACTION<br><br>Judge George C. Hanks, Jr. |

# DECLARATION OF ELLEN GUSIKOFF STEWART

I, ELLEN GUSIKOFF STEWART, declare as follows:

1. In accordance with §5.G. of Your Honor's Rules of Courtroom Procedure, I hereby declare that I have familiarized myself with the Local Rules of the Southern District of Texas and the Court's Procedures.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 11, 2024, at San Diego, California.

_____
ELLEN GUSIKOFF STEWART