United States District Court
Southern District of Texas
**ENTERED**
December 27, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-00957 |

## ORDER GRANTING MOTION TO WITHDRAW SHAWN WILLIAMS AS COUNSEL

4881-9109-7843.v1

- 1 -

Upon consideration of Plaintiff's Motion for Withdrawal of Attorney Shawn Williams (the "Motion"), it is hereby ordered that:

1. The Motion is GRANTED; and

2. The clerk is ordered to reflect on the docket the termination of attorney Shawn Williams as counsel of record for Plaintiff.

IT IS SO ORDERED.

DATED: December 27, 2024

_____
THE HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE