United States District Court
Southern District of Texas
**ENTERED**
December 27, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-00957 |

## ORDER GRANTING MOTION TO WITHDRAW DANIEL PFEFFERBAUM AS COUNSEL

4891-9275-0067.v1

Upon consideration of Plaintiff's Motion for Withdrawal of Attorney Daniel Pfefferbaum (the "Motion"), it is hereby ordered that:

1. The Motion is GRANTED; and

2. The clerk is ordered to reflect on the docket the termination of attorney Daniel Pfefferbaum as counsel of record for Plaintiff.

IT IS SO ORDERED.

DATED:   December 27, 2024              _____
                                         THE HONORABLE GEORGE C. HANKS, JR.
                                         UNITED STATES DISTRICT JUDGE

- 1 -