# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION

Civil Action No. 4:19-cv-00957

## DECLARATION OF TOR GRONBORG IN SUPPORT OF CLASS PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER PRELIMINARILY APPROVING THE SETTLEMENT WITH DEFENDANTS <u>AND PROVIDING FOR NOTICE</u>

I, Tor Gronborg, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner of the law firm Robbins Geller Rudman & Dowd LLP. I am admitted *pro hac vice* to practice before this Court. I submit this Declaration in Support of Class Plaintiffs' Unopposed Motion for an Order Preliminarily Approving Settlement with Defendants and Providing for Notice.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the previously-filed Stipulation and Agreement between Class Plaintiffs and HPS Investment Partners, LLC and Donald Dimitrievich dated October 16, 2024 (ECF 891-3).

3.      Attached hereto as Exhibit 2 is a true and correct copy of the previously-filed Stipulation and Agreement between Class Plaintiffs and Arm Energy Holdings, LLC dated October 29, 2024 (ECF 937-3).

4.      Attached hereto as Exhibit 3 is a true and correct copy of the previously-filed Stipulation and Agreement between Class Plaintiffs and Bayou City Energy Management LLC and William McMullen dated November 8, 2024 (ECF 946-3).

5.      Attached hereto as Exhibit 4 is a true and correct copy of the Stipulation and Agreement between Class Plaintiffs and Defendants Alta Mesa Resources, Inc., Harlan H. Chappelle, Stephen S. Coats, Michael E. Ellis, William D. Gutermuth, James T. Hackett, Pierre F. Lapeyre, Jr., David M. Leuschen, Donald R. Sinclair, Ronald Smith, Jeffrey H. Tepper, Thomas J. Walker, Diana J. Walters, and Riverstone Holdings LLC dated January 6, 2025.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 6th day of January 2025.

_____
TOR GRONBORG