United States District Court
Southern District of Texas
**ENTERED**
January 17, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. § <br> SECURITIES LITIGATION § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 4:19-CV-957 |

## ORDER ADMINISTRATIVELY CLOSING CASE

The Class Plaintiffs' unopposed motion for preliminary approval of the parties' settlement (Dkt. 1019) is **GRANTED**. The Court will sign the proposed order submitted by the parties at docket entry 1019-1. The claims administration process will be conducted according to the following schedule:

| Event | Date |
|---|---|
| Deadline for mailing/e-mailing the Postcard Notice to Class Members (which date shall be the "Notice Date") and posting the Notice and Proof of Claim on the Settlement website | February 6, 2025 |
| Deadline for publishing the Summary Notice | February 13, 2025 |
| Deadline for filing papers in support of final approval of the Settlement, Plan of Allocation, and Class Counsel's motion for attorneys' fees and expenses | March 26, 2025 |
| Deadline for receipt of objections | April 9, 2025 |
| Deadline for filing reply papers | April 23, 2025 |

| Settlement Hearing | April 30, 2025 at 11:00 a.m. |
|---|---|
| Deadline for Proofs of Claim to be postmarked/submitted electronically | May 7, 2025 |

This case is **ADMINISTRATIVELY CLOSED**. All other pending motions are **DENIED AS MOOT**.

SIGNED at Houston, Texas, on January 17, 2025.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE