# EXHIBIT 3

**Exhibit 3**

**Summary of Plaintiffs' Counsel Lodestar**

| *FIRM NAME* | *HOURS* | *LODESTAR* |
|---|---|---|
| Entwistle & Cappucci LLP | 43,849.00 | $ 46,319,530.00 |
| Robbins Geller Rudman & Dowd LLP | 28,585.90 | $ 17,292,934.00 |
| Labaton Keller Sucharow LLP | 10,488.90 | $ 6,964,337.50 |
| *TOTAL:* | *82,923.80* | *$ 70,576,801.50* |

# Exhibit 3

## Summary of Plaintiffs' Counsel Expenses

| CATEGORY | Robbins Geller Rudman & Dowd LLP | Entwistle & Cappucci LLP | Labaton Keller Sucharow LLP | Litigation Expense Fund | Total Amount |
|---|---|---|---|---|---|
| Filing and Attorney Service Fees | $ 4,639.80 | $ 760.92 | $ 100.00 | | $ 5,500.72 |
| Business Wire | $ 2,402.50 | $ 1,785.00 | $ 558.53 | | $ 4,746.03 |
| Transportation, Hotels, and Meals | $ 894,427.90 | $ 95,116.07 | $ 38,010.95 | | $ 1,027,554.92 |
| Telephone, Travel Internet Access, Zoom | $ 425.11 | $ | $ 369.78 | | $ 794.89 |
| Messenger, Overnight Delivery | $ 21,396.12 | $ 319.85 | $ 1,305.31 | | $ 23,021.28 |
| Case/Trial Office Expenses | $ 20,352.85 | $ 143,311.48 | | | $ 163,664.33 |
| Transcripts, Reporting, and Videography | $ 70,339.90 | $ 305,173.57 | | $ 16,450.64 | $ 391,964.11 |
| Experts, Consultants, and Investigators | $ 159,303.36 | $ 29,936.25 | | $ 2,548,947.73 | $ 2,738,187.34 |
| Outside Bankruptcy Counsel | $ 120,091.30 | | | | $ 120,091.30 |
| Outside Counsel for CWs | $ 3,500.00 | | | | $ 3,500.00 |
| Photocopies (Outside and In-House) | $ 404.90 | $ 5,421.03 | $ 14,363.22 | | $ 20,189.15 |
| Online Legal and Financial Research | $ 18,682.62 | $ 116,303.06 | $ 15,539.57 | | $ 150,525.25 |
| eDiscovery Database Hosting/Collection | $ 949,493.43 | $ 7,550.00 | $ 5,647.17 | $ 60,772.85 | $ 1,023,463.45 |
| Class Action Notices and Administration | | | | $ 112,881.30 | $ 112,881.30 |
| Counsel for confidential witnesses | | | | $ 100,873.28 | $ 100,873.28 |
| Mediation Fees | $ 32,091.10 | $ 37,340.90 | | $ 109,380.59 | $ 178,812.59 |
| Miscellaneous | $ 1,950.69 | | | | $ 1,950.69 |
| Litigation Expense Fund Contributions | $ 1,180,000.00 | $ 1,180,000.00 | $ 590,000.00 | | n/a |
| Litigation Expense Fund Balance[1] | | | | $ 693.61 | $ 693.61 |
| TOTAL | $ 3,479,501.58 | $ 1,923,018.13 | $ 665,894.53 | $ 2,950,000.00 | $ 6,068,414.24 |

---

[1] Any Litigation Expense Fund remaining balance at the time of final approval will be returned to the Settlement Fund.