# EXHIBIT 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957 |

DECLARATION OF SHAWN FISCHMAN IN SUPPORT OF FINAL APPROVAL OF PLAINTIFFS' PROPOSED CLASS ACTION SETTLEMENT

I, Shawn Fischman, declare as follows:

1. I am the General Counsel and Chief Compliance Officer of FNY Investment Advisers, LLC, investment advisor to FNY Partners Fund LP and FNY Managed Accounts, LLC (collectively, "FNY"). As General Counsel, I have overseen FNY's participation in this Action. I respectfully submit this declaration in support of final approval of the proposed settlements (the "Settlements").

2. FNY has participated in and monitored the progress of this Action since it commenced. FNY first contacted counsel at Entwistle & Cappucci LLP ("Lead Counsel") to investigate potential wrongdoing following the February 2019 disclosure of Alta Mesa's $3.1 billion write down. Since then, FNY has filed a complaint, moved for a leadership position on behalf of the Class, overseen the development of the claims, including the filing of amended complaints, reviewed pleadings and motions filed with the Court, responded to discovery requests, including producing thousands of internal documents, provided testimony at deposition, prepared to give testimony at trial, and participated in mediation and settlement discussions.

3. As part of its duties as a Lead Plaintiff and Class Representative, FNY was committed to optimizing the outcome of this Action. FNY believes that the proposed Settlement Amount of $126.3 million represents an outstanding result for the Class and the proposed Settlements merit the Court's approval.

4. While FNY understands that the determination of attorneys' fees is left to the Court, FNY supports Lead Counsel's application for 33% of the Settlement Amount and expenses in an amount not to exceed $7 million, plus the interest earned thereon. FNY believes the request is fair, reasonable and appropriate as the Settlements would not have been possible without the diligent efforts of Lead Counsel, which vigorously litigated for nearly five years and through three weeks of a highly contested jury trial.

5. FNY also understands that payment of class representatives' time and reasonable expenses is authorized under the private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(4). Accordingly, FNY seeks reimbursement for the time its employees spent on this Action, time that we otherwise would have devoted to the daily operation of FNY. A summary of the minimum time expended by FNY employees is as follows:

| Name | Hours |
|---|---|
| Shawn Fischman, General Counsel | 69 hours |
| | Initial investigation, retention of counsel, overseeing lead plaintiff application, review pleadings and other court filings, monthly monitoring of action, directing and overseeing production of discoverable material, preparing for and providing deposition testimony, preparing for potential trial testimony, oversee settlement negotiations and mediation |
| Alex Shamash, Portfolio Manager | 14 hours |
| | Initial investigation, preparing for and providing deposition testimony, preparing for potential trial testimony |
| Katie Troia, Compliance Onboarding Specialist | 11 hours |
| | Coordinate collection of documents in response to discovery requests |
| Sandro Polverino, Chief Technology Officer | 4 hours |
| | Coordinate electronic searches for documents in response to discovery requests |
| **TOTAL** | **98 hours** |

6. FNY respectfully requests that the Court grant final approval of the Settlements and approve Lead Counsel's application for an award of attorneys' fees and expenses. FNY also respectfully requests that the Court approve payment of $50,000 to FNY, which, based upon the 98 hours expended by FNY employees in this Action, represents a blended average rate of approximately $510 per hour, which is commensurate with the experience and skill level of the FNY employees that dedicated time to this matter.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of March, 2025, at New York, New York.

SHAWN FISCHMAN