# EXHIBIT 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957 |

DECLARATION OF PAUL J. BURBACH IN SUPPORT OF FINAL APPROVAL OF PLAINTIFFS' PROPOSED CLASS ACTION SETTLEMENT

I, Paul J. Burbach, declare as follows:

1. I am former investor in Alta Mesa and served in this litigation as a lead plaintiff and class representative. I respectfully submit this declaration in support of final approval of the proposed settlements (the "Settlements").

2. I have personally participated in and monitored the progress of this Action since moving for appointment as a lead plaintiff in April 2019. I have overseen the prosecution of the Action, reviewed pleadings and motions filed with the Court, responded to discovery requests including producing my own personal documents, provided testimony at deposition, provided testimony at trial in Houston, Texas, and participated in mediation and settlement discussions.

3. As part of my duties as a Lead Plaintiff and Class Representative, I was committed to optimizing the outcome of this Action. I believe that the proposed Settlement Amount of $126.3 million represents an outstanding result for the Class and the proposed Settlements merit the Court's approval.

4. While I understand that the determination of attorneys' fees is left to the Court, I support Lead Counsel's application for 33% of the Settlement Amount and expenses in an amount not to exceed $7 million, plus the interest earned on both amounts. I believe the request is fair,

reasonable and appropriate as the Settlement would not have been possible without the diligent efforts of Lead Counsel, which vigorously litigated for nearly five years and through three weeks of the jury trial.

5. I also understand that payment of class representatives' time and reasonable expenses is authorized under the private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(4). Accordingly, I seek reimbursement for the time spent on this Action, time that we otherwise would have been devoted to my real estate business. A summary of the time I expended is as follows:

| Name | Hours |
|---|---|
| Paul J. Burbach | 112 hours |
| | Retaining counsel, identifying and reviewing trading records, overseeing lead plaintiff application, reviewing pleadings and other court filings, regular monitoring of action, directing and overseeing production of discoverable material, preparing for and providing deposition testimony, preparing for and providing trial testimony in Houston, Texas, overseeing settlement negotiations and mediation |

6. I respectfully request that the Court grant final approval of the Settlement and approve Lead Counsel's application for an award of attorneys' fees and expenses. I also respectfully request that the Court approve payment of $50,000, which, based upon the 112 hours I expended in this Action, represents an average rate of approximately $446.42 per hour which is commensurate with my skills and experience.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of March, 2025, at Milwaukee, Wisconsin.

PAUL J. BURBACH