# EXHIBIT 6

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-00957 |

**DECLARATION OF TONI INSCOE IN SUPPORT OF FINAL APPROVAL OF**
**<u>PLAINTIFFS' PROPOSED CLASS ACTION SETTLEMENT</u>**

I, Toni Inscoe, declare as follows:

1.      I am the Fund Administrator for the United Association National Pension Fund (f/k/a Plumbers and Pipefitters National Pension Fund) (the "Pension Fund").  As Fund Administrator of the Pension Fund, I have overseen the Pension Fund's participation in this matter since January 2019, when the Pension Fund moved to be named as a lead plaintiff in this Action.  I respectfully submit this declaration in support of final approval of the proposed settlement (the "Settlement").

2.      The Pension Fund is a defined benefit (pension) plan established under the authority based in Alexandria, Virginia to provide retirement benefits to employees, their families, and other eligible beneficiaries.

3.      The Pension Fund has participated in and monitored the progress of this Action since it became involved.  Specifically, the Pension Fund has participated in numerous meetings and conference calls with Robbins Geller Rudman & Dowd LLP ("Lead Counsel"), closely followed the procedural developments in the case, reviewed motions and briefs with the Court, responded to discovery requests, prepared for and provided testimony at deposition and trial, and participated in settlement discussions.

4.      As part of its duties as a Lead Plaintiff and Class Representative, the Pension Fund was committed to optimizing the outcome of this Action.  The Pension Fund believes that the proposed Settlement Amount of $126.3 million represents an outstanding result for the Class and the proposed Settlement merits the Court's approval.

5.      While the Pension Fund understands that the determination of attorneys' fees is left to the Court, the Pension Fund supports Lead Counsel's application for 33% of the

Settlement Amount and expenses in an amount not to exceed $7 million. The Pension Fund believes the request is fair, reasonable and appropriate as this Settlement would not have been possible without the diligent efforts of Lead Counsel, which vigorously litigated for nearly five years and through three weeks of trial.

6. The Pension Fund also understands that payment of class representatives' reasonable expenses is authorized under the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(4). Accordingly, the Pension Fund seeks reimbursement for: (1) the cost of my flights from Washington, D.C. to Houston for purposes of my testimony at trial ($1,087.96); (2) the cost of my rental car in Houston ($204.55); and (3) the time spent by myself and Ben Franke, the Pension Fund's Director of Information Services, on this Action, including the time we spent in oversight and direction of the Action that we would otherwise have devoted to the daily operation of the Pension Fund. Although other employees, including support staff and outside counsel, were also involved in discovery and monitoring of this case, the Pension Fund has limited its request for reimbursement for the time expended by me and Ben Franke. A summary of the minimum time expended by the Pension Fund is as follows:

| **Names** | **Hours** |
|---|---|
| Toni Inscoe | 43.2 hours |
| Fund Administrator for the United Association National Pension Fund | Review of pleadings, relevant documents, prepare for and provide deposition testimony, prepare for and provide trial testimony, correspondence, meetings and discussions regarding case strategy and oversight and settlement negotiations. |
| Ben Franke | |
| Director of Information Services for the United Association National Pension Fund | |

7. The Pension Fund respectfully requests that the Court grant final approval of the Settlement and approve Lead Counsel's application for an award of attorneys' fees and

- 3 -

expenses.  The Pension Fund also respectfully requests that the Court approve payment of $8,940.24 to the Pension Fund, which, based upon Ben Franke and my compensation during the period of the Action, represents an average rate of $206.95 per hour for the time we expended representing class members in this Action, and payment of $1,292.51 for travel expenses related to my trial testimony for a total payment of $10,232.75.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this  24th  day of    March   , 2025, at New Alexandria, Virginia.

_____
TONI INSCOE