# EXHIBIT 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-00957 |

**DECLARATION OF THOMAS KIRCHNER IN SUPPORT OF FINAL APPROVAL OF PLAINTIFFS' PROPOSED CLASS ACTION SETTLEMENT**

I, Thomas Kirchner, declare as follows:

1. I am the Portfolio Manager for the Camelot Event Driven Fund, a Series of Frank Funds Trust (the "Camelot Fund"). As Portfolio Manager of the Camelot Fund, I participate in, and oversee decisions regarding the administration of the Camelot Fund. I have overseen the Camelot Fund's participation in this matter since January 2020, when (i) the Camelot Fund was appointed as additional Class Representative to the Class; (ii) Labaton Keller Sucharow LLP was appointed as additional Plaintiffs' Counsel; and (iii) Robbins Geller Rudman & Dowd LLP and Entwistle & Cappucci LLP were appointed as Co-Lead Counsel. ECF No. 54. I respectfully submit this declaration in support of final approval of the proposed settlement (the "Settlement").

2. The Camelot Fund is a mutual fund that invests in securities and allows investors to purchase participation in those investments.

3. The Camelot Fund has participated in and monitored the progress of this Action since it became involved. Specifically, the Camelot Fund has participated in numerous meetings and conference calls with Labaton Keller Sucharow LLP, closely followed the procedural developments in the case, reviewed motions and briefs filed with the Court, responded to discovery requests, prepared for and provided testimony at deposition, prepared for trial, and participated in settlement discussions.

4. As part of its duties as a Class Representative, the Camelot Fund was committed to optimizing the outcome of this Action. The Camelot Fund believes that the proposed Settlement Amount of $126.3 million represents an outstanding result for the Class and the proposed Settlement merits the Court's approval.

5. While the Camelot Fund understands that the determination of attorneys' fees is left to the Court, the Camelot Fund supports Co-Lead Counsels' application for 33% of the Settlement Amount and expenses in an amount not to exceed $7 million. The Camelot Fund believes the request is fair, reasonable and appropriate as this Settlement would not have been possible without the diligent efforts of Labaton Keller Sucharow LLP and Co-Lead Counsel, which vigorously litigated for nearly five years and through three weeks of trial.

6. The Camelot Fund also understands that payment of class representatives' reasonable expenses is authorized under the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(4).

7. The Camelot Fund respectfully requests that the Court grant final approval of the Settlement and approve Co-Lead Counsels' application for an award of attorneys' fees and expenses. The Camelot Fund also respectfully requests that the Court approve payment of $10,000.00 USD to the Camelot Fund, which, based upon my compensation during the period of the Action, represents an average rate of $400.00 USD per hour for the time I expended representing class members in this Action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25th day of March, 2025, at London, England.

Signed by:

Thomas Kirchner

—8A723CA9210A432...

Thomas Kirchner