UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |

**PROOF OF SERVICE OF NOTICE OF SETTLEMENT**
**UNDER CLASS ACTION FAIRNESS ACT**

Defendants Alta Mesa Resources, Inc. (f/k/a Silver Run Acquisition Corporation II), Riverstone Holdings LLC, Harlan H. Chappelle, Stephen S. Coats, Michael E. Ellis, William D. Gutermuth, James T. Hackett, Pierre F. Lapeyre, David M. Leuschen, Donald R. Sinclair, Ronald J. Smith, Jeffrey H. Tepper, Thomas J. Walker, and Diana J. Walters, pursuant to this Court's Order Preliminarily Approving Settlement and Providing for Notice (the "Order") (ECF No. 1020) and through their respective undersigned counsel, submit this Proof of Service of Notice of Settlement Under Class Action Fairness Act, and state as follows:

1. On January 17, 2025, The Court entered an Order and required Defendants to submit "proof by affidavit or declaration" of compliance with the notice requirements of the Class Action Fairness Act (the "Act"). *See* 28 U.S.C. § 1715.

2. Pursuant to the Court's Order, the Declaration of J. Christian Word is attached as Exhibit 1. Mr. Word's Declaration confirms that on January 14, 2025, the

appropriate federal and state government officials were sent notice of the settlement of this action as required by the Act.

Dated: April 21, 2025　　　　　　　　　　　　Respectfully submitted,

/s/ *J. Christian Word*
J. Christian Word
Attorney-in-Charge for Defendants
D.C. Bar No. 461346
S.D. Tex. Bar No. 3398485
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Christian.Word@lw.com

*Of Counsel:*
Andrew S. Clubok
D.C. Bar No. 446935
S.D. Tex. Bar No. 3891875
Laura E. Bladow (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Andrew.Clubok@lw.com
Laura.Bladow@lw.com

Heather A. Waller
IL Bar No. 6302537
S.D. Tex. Bar No. 2886108
Kathryn George (pro hac vice)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700

2

Facsimile: (312) 993-9767
Heather.Waller@lw.com
Katie.George@lw.com

*Counsel for Defendants Alta Mesa Resources, Inc., f/k/a Silver Run Acquisition Corporation II; Riverstone Holdings LLC; Harlan H. Chappelle; Stephen S. Coats; Michael E. Ellis; William D. Gutermuth; James T. Hackett; Pierre F. Lapeyre; David M. Leuschen; Donald R. Sinclair; Ronald J. Smith; Jeffrey H. Tepper; Thomas J. Walker; and Diana J. Walters*

Walter M. Berger
TX Bar No. 00798063
Attorney-in-Charge
Katherine A. Preston
TX Bar No. 24088255
**WINSTON & STRAWN LLP**
800 Capitol Street, Suite 2400
Houston, TX 77002-2925
Telephone: (713) 651-2699
Facsimile: (713) 651-2700
cberger@winston.com
kpreston@winston.com

John E. Schreiber (*pro hac vice*)
**WINSTON & STRAWN LLP**
333 S. Grand Ave., 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750
JSchreiber@winston.com

*Co-Counsel for Harlan H. Chappelle and Michael E. Ellis*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served via ECF on all counsel of record on this 21st day of April, 2025.

*/s/ J. Christian Word*
J. Christian Word