# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Case No. 4:19-cv-00957<br><br>Judge George C. Hanks, Jr. |

### DECLARATION OF J. CHRISTIAN WORD

I, J. Christian Word, declare the following pursuant to 28 U.S.C. § 1746:

1. I am an attorney with the law firm of Latham & Watkins L.L.P., which is counsel of record for Defendants Alta Mesa Resources, Inc. (f/k/a Silver Run Acquisition Corporation II), Riverstone Holdings LLC, Harlan H. Chappelle, Stephen S. Coats, Michael E. Ellis, William D. Gutermuth, James T. Hackett, Pierre F. Lapeyre, David M. Leuschen, Donald R. Sinclair, Ronald J. Smith, Jeffrey H. Tepper, Thomas J. Walker, and Diana J. Walters, in the above-captioned action.

2. I am legally competent to make this declaration. I have personal knowledge and am familiar with the matters stated in this declaration, and all of the facts and statements contained herein are true and correct.

3. On January 14, 2025, Latham & Watkins LLP sent 57 CAFA Notice Packages ("Notice"). The Notice was sent by certified mail or email to 57 officials, including to the Attorney General of the United States and the Attorneys General for each of the 50 states, the District of Columbia and the U.S. Territories.

4. The materials sent to the Attorneys General included a cover letter which provided notice of the proposed settlement of the above-captioned case. The cover letter sent to the Attorney General of the United States is attached hereto as **Attachment 1** and includes the CAFA Notice List.

5. The cover letter was accompanied by a CD, which included the following:

   a. Class Action Complaint, ECF No. 1.

   b. Amended Complaint, ECF No. 59.

   c. Corrected Amended Complaint, ECF No. 60.

   d. Second Corrected Amended Complaint, ECF No. 69.

   e. Third Amended Complaint, ECF No. 218.

   f. Class Plaintiffs' Unopposed Motion For An Order Preliminarily Approving The Settlement With Defendants And Providing For Notice, ECF No. 1019.

   g. Declaration Of Tor Gronborg In Support Of Class Plaintiffs' Unopposed Motion For An Order Preliminarily Approving The Settlement With Defendants And Providing For Notice, ECF No. 1019-2.

   (1) Ex. 4, Stipulation And Agreement Of Settlement Between Class Plaintiffs and Defendants Alta Mesa Resources, Inc., Harlan H. Chappelle, Stephen S. Coats, Michael E. Ellis, William D. Gutermuth, James T. Hackett, Pierre F. Lapeyre, Jr., David M. Leuschen, Donald R. Sinclair, Ronald Smith, Jeffrey H. Tepper, Thomas J. Walkers, Diana J. Walters, and Riverstone Holdings LLC, dated Jan. 6, 2025, ECF No. 1019-6, which includes:

      (a) Ex. A, [Proposed] Final Judgment and Order of Dismissal with Prejudice;

      (b) Ex. B, Notice of Proposed Settlement of Class Action;

      (c) Ex. C, [Proposed] Order Preliminarily Approving Settlement and Providing for Notice;

      (d) Ex. D, Proof of Claim and Release;

(e) Ex. E, Summary Notice; and

(f) Ex. F, Postcard Notice.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 21, 2025.

/s/ *J. Christian Word*<br>
J. Christian Word

3

# ATTACHMENT 1

# LATHAM & WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

January 14, 2025

**VIA FIRST CLASS MAIL**
U.S. Attorney General Merrick B. Garland
Office of the Attorney General
U. S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

The Honorable State Attorneys General
on the Enclosed Service List

Re:  Notice of Proposed Class Action Settlement
*In re Alta Mesa Resources, Inc. Securities Litigation*, Case No. 4:19-cv-00957 (S.D. Tex.)

To Whom It May Concern:

I write on behalf of Alta Mesa Resources, Inc. (f/k/a Silver Run Acquisition Corporation II), Riverstone Holdings LLC, Harlan H. Chappelle, Stephen S. Coats, Michael E. Ellis, William D. Gutermuth, James T. Hackett, Pierre F. Lapeyre, David M. Leuschen, Donald R. Sinclair, Ronald J. Smith, Jeffrey H. Tepper, Thomas J. Walker, and Diana J. Walters (collectively, the "Defendants") regarding the proposed class action settlement (the "Settlement") in the matter of *In re Alta Mesa Resources, Inc. Securities Litigation*, Case No. 4:19-cv-00957 (S.D. Tex.) (the "Action"), pending in the U.S. District Court for the Southern District of Texas.  In compliance with the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA"), the Defendants hereby serve upon you notice of the Settlement.

In compliance with CAFA, the following documents referenced below relating to the Settlement are included in the compact disc accompanying this letter:

1. Class Action Complaint, ECF No. 1.

2. Amended Complaint, ECF No. 59.

3. Corrected Amended Complaint, ECF No. 60.

4. Second Corrected Amended Complaint, ECF No. 69.

5. Third Amended Complaint, ECF No. 218.

LATHAM&WATKINS LLP

6. Class Plaintiffs' Unopposed Motion For An Order Preliminarily Approving The Settlement With Defendants And Providing For Notice, ECF No. 1019.

7. Declaration Of Tor Gronborg In Support Of Class Plaintiffs' Unopposed Motion For An Order Preliminarily Approving The Settlement With Defendants And Providing For Notice, ECF No. 1019-2.

   A. Ex. 4, Stipulation And Agreement Of Settlement Between Class Plaintiffs and Defendants Alta Mesa Resources, Inc., Harlan H. Chappelle, Stephen S. Coats, Michael E. Ellis, William D. Gutermuth, James T. Hackett, Pierre F. Lapeyre, Jr., David M. Leuschen, Donald R. Sinclair, Ronald Smith, Jeffrey H. Tepper, Thomas J. Walkers, Diana J. Walters, and Riverstone Holdings LLC, dated Jan. 6, 2025, ECF No. 1019-6,[1] which includes:

      (1) Ex. A, [Proposed] Final Judgment and Order of Dismissal with Prejudice;

      (2) Ex. B, Notice of Proposed Settlement of Class Action;

      (3) Ex. C, [Proposed] Order Preliminarily Approving Settlement and Providing for Notice;

      (4) Ex. D, Proof of Claim and Release;

      (5) Ex. E, Summary Notice; and

      (6) Ex. F, Postcard Notice.

The hearing for preliminary approval of the Settlement has not yet been scheduled, but will be heard before the Honorable George C. Hanks Jr. in the U.S. District Court for the Southern District of Texas. The Court has not yet entered a final judgment or a notice of dismissal in the Action with respect to Class Plaintiffs. The documents filed by the Class Plaintiffs seeking

---

[1] In addition to the settlement papers supplied herein, there is a confidential Supplemental Agreement relating to the threshold for requests for exclusion from the class that would trigger the Defendants' right to terminate the Settlement, which was reached contemporaneously between class counsel and counsel for the Defendants. This confidential Supplemental Agreement provides that it will not be filed with the Court unless and until the Court requires the Supplemental Agreement to be filed or its terms disclosed. It is customary for agreements of this nature to remain confidential because, as explained by a leading treatise dealing with such litigation, "[k]nowledge of the specific number of opt outs that will vitiate a settlement might encourage third parties to solicit class members to opt out." FED. JUDICIAL CTR., MANUAL FOR COMPLEX LITIGATION (4th ed.) § 21.631. Other than the Stipulation made between class counsel and counsel for the Defendants (and a term sheet that predated the Stipulation and preliminarily laid out the settlement terms eventually agreed to in the Stipulation) and the Supplemental Agreement made between class counsel and counsel for the Defendants, there are no other agreements contemporaneously made concerning the Settlement of the Action.

LATHAM&WATKINS LLP

approval of the Settlement include a Proposed Final Judgment (ECF No. 1019-6).  The Court also has not entered any written judicial opinions relating to the Settlement as of the date of this letter.

Defendants have committed to assist Class Plaintiffs' counsel and the claims administrator with identifying members of the putative class.  However, many securities are held in the name of a nominee who purchased securities on someone else's behalf; it is therefore, not feasible to identify all members of the putative class at this time.  It is not possible to provide the estimated proportionate share of the claims of putative class members residing in a state to the entire settlement at this time because the portion of the settlement fund each class member will receive depends on whether and when they sold their shares, as well as the number and nature of claims submitted by other class members.  *See* 28 U.S.C. § 1715(b)(7).  Much of this information will become available to Class Plaintiffs if the Court approves the Settlement and class members submit proofs of claim.

Please do not hesitate to contact me if you have any questions.

Respectfully,

*[signature]*

J. Christian Word
of Latham & Watkins

**SERVICE LIST**

Steve Marshall
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36104

Treg Taylor
Attorney General
State of Alaska Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501-1994

Kris Mayes
Office of the Attorney General
State of Arizona
2005 N. Central Ave.
Phoenix, AZ 85004-2926

Tim Griffin
Office of the Attorney General
State of Arkansas
323 Center Street, Suite 200
Little Rock, AR 72201-2610

CAFA Coordinator
Office of the Attorney General
Consumer Protection Section
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

Phil Weiser
Office of the Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203

William Tong
Office of the Attorney General
State of Connecticut
AG.CAFA@CT.GOV

Kathy Jennings
Office of the Attorney General
Delaware Department of Justice
Carvel State Building
820 N. French Street
Wilmington, DE 19801

Brian Schwalb
Office of the Attorney General
District of Columbia
400 6th Street NW
Washington, DC 20001

Ashley Moody
Office of the Attorney General
State of Florida
The Capital PL-01
Tallahassee, FL 32399-1050

Christopher M. Carr
Office of the Attorney General
State of Georgia
40 Capitol Square, SW
Atlanta, GA 30334

Douglas Moylan
Office of the Attorney General
ITC Building
590 S. Marine Corps Dr., Ste. 901
Tamuning, Guam 96913

Anne Lopez
Department of the Attorney General
State of Hawaii
425 Queen Street
Honolulu, HI 96813

Raúl Labrador
State of Idaho
Office of the Attorney General
700 W. Jefferson Street
P.O. Box 83720
Boise, ID 83720-0010

Kwame Raoul
State of Illinois
Office of the Attorney General
500 South Second Street
Springfield, IL 62701

Todd Rokita
Indiana Attorney General's Office
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204

Brenna Bird
Office of the Attorney General of Iowa
Hoover State Office Building
1305 E. Walnut Street
Des Moines, IA 50319

Kris Kobach
Office of the Attorney General
State of Kansas
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612

Russell Coleman
Office of the Attorney General
Commonwealth of Kentucky
700 Capitol Avenue, Suite 118
Frankfort, KY 40601-3449

Louisiana Attorney General's Office
Consumer Protection Section
1885 N. Third St., 4th Floor
Baton Rouge, LA 70802

Aaron Frey
Office of the Attorney General
State of Maine
6 State House Station
Augusta, ME 04333

Anthony G. Brown
Office of the Attorney General
State of Maryland
200 St. Paul Place
Baltimore, MD 21202

Office of Massachusetts Attorney General
Andrea Joy Campbell
ATTN: CAFA Coordinator/General Counsel's Office
One Ashburton Place
Boston, MA 02108

Dana Nessel
Michigan Department of Attorney General
P.O. Box 30212
525 W. Ottawa Street
Lansing, MI 48909

Keith Ellison
Office of the Attorney General
State of Minnesota
445 Minnesota Street, Suite 1400
St. Paul, MN 55101

Lynn Fitch
Office of the Attorney General
State of Mississippi
PO Box 220
Jackson, MS 39205

Andrew Bailey
Office of the Attorney General
State of Missouri
207 W. High St.
P.O. Box 899
Jefferson City, MO 65102

Austin Knudsen
Office of the Attorney General
Montana Department of Justice
215 N. Sanders St.
Helena, MT 59601

Mike Hilgers
Nebraska Attorney General's Office
PO Box 98290
Lincoln, NE 68509-8920

CAFA Coordinator
Office of the Nevada Attorney General
Bureau of Consumer Protection
100 N. Carson Street\
Carson City, NV 89701
NVAGCAFAnotices@ag.nv.gov

John Formella
Office of the Attorney General
NH Department of Justice
1 Granite Place South
Concord, NH 03301

Matthew J. Platkin
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street
PO Box 080
Trenton, NJ 08625-0080

Raul Torrez
Office of the Attorney General
408 Galisteo Street
Villagra Building
Santa Fe, NM 87501

CAFA Coordinator
Office of the New York State Attorney General
28 Liberty Street, 15th Floor
New York NY 10005

Joshua Stein
Office of the Attorney General
State of North Carolina
9001 Mail Service Center
Raleigh, NC 27699-9001

Drew Wrigley
Office of the Attorney General
State of North Dakota
600 East Boulevard Avenue
Department 125
Bismarck, ND 58505-0040

Dave Yost
Office of the Attorney General
State of Ohio
30 E. Broad St., 14th Floor
Columbus, OH 43215

Gentner Drummond
Office of the Attorney General
State of Oklahoma
313 NE 21st Street
Oklahoma City, OK 73105

Ellen F. Rosenblum
Office of the Attorney General
Oregon Department of Justice
1162 Court St. NE
Salem, OR 97301-4096

Michelle A. Henry
Pennsylvania Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

Domingo Emanuelli Hernández
Secretary of Justice
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, PR 00902-0192

Peter F. Neronha
Office of Attorney General
State of Rhode Island
150 South Main Street
Providence, RI 02903

Edward Manibusan
Office of the Attorney General
Commonwealth of the Northern Mariana Islands
Administrative Building
P.O. Box 10007
Saipan MP 96950-8907

Alan Wilson
Office of Attorney General
State of South Carolina
PO Box 11549
Columbia, SC 29211

Marty Jackley
Office of Attorney General
State of South Dakota
1302 E Hwy 14, Suite 1
Pierre, SD 57501-8501

Jonathan Skrmetti
Office of Attorney General and Reporter
State of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

Ken Paxton
Office of Attorney General
State of Texas
P.O. Box 12548
Austin, TX 78711-2548

Sean Reyes
Office of Attorney General
Utah State Capitol Complex
350 North State Street, Suite 230
Salt Lake City, UT 84114-2320

Charity R. Clark
Office of Attorney General
State of Vermont
109 State Street
Montpelier, VT 05609-1001

Gordon C. Rhea
Office of Attorney General
Department of Justice
3438 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, VI 00802

Jason Miyares
Office of Attorney General
Commonwealth of Virginia
202 North Ninth Street
Richmond, VA 23219

Robert Ferguson
Office of Attorney General
State of Washington
1125 Washington Street SE
P.O. Box 40100
Olympia, WA 98504

Patrick Morrisey
Office of Attorney General
State of West Virginia
State Capitol Complex, Bldg 1, R E-26
1900 Kanawha Blvd. E.
Charleston, WV 25305

Josh Kaul
Office of Attorney General
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI  53707-7857

Bridget Hill
Office of Attorney General
State of Wyoming
Kendrick Building
2320 Capitol Avenue
Cheyenne, WY 82002

Fainu'ulelei Falefatu Ala'ilima-Utu
Department of Legal Affairs
Office of the Attorney General
Executive Office Bldg., 3rd Floor
P.O. Box 7
Pago Pago, AS 96799

Merrick B. Garland
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001