# EXHIBIT 1

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-00957 |

**SUPPLEMENTAL DECLARATION OF LUIGGY SEGURA REGARDING: (A) CONTINUED NOTICE DISSEMINATION; (B) UPDATE ON CALL CENTER SERVICES AND WEBSITE; AND (C) REQUESTS FOR <u>EXCLUSION AND OBJECTIONS RECEIVED TO DATE</u>**

I, Luiggy Segura, declare as follows:

1. I am the Vice President of Securities Operations for JND Legal Administration ("JND"). Pursuant to paragraph 6 of the Court's Order Preliminarily Approving Settlement and Providing for Notice (ECF 1020) (the "Preliminary Approval Order"), JND was authorized to act as the Claims Administrator in connection with the above-captioned action (the "Action"). [1] I submit this Declaration as a supplement to my previously filed declaration, the Declaration of Luiggy Segura Regarding: (A) Notice Dissemination; (B) Publication/Transmission of the Summary Notice; and (C) Continuation of Call Center Services and Website, dated March 24, 2025 (ECF 1024-2) (the "Initial Mailing Declaration").

2. The following statements are based on my personal knowledge and information provided to me by other experienced JND employees, and, if called as a witness, I could and would testify competently thereto.

**I.   CONTINUED NOTICE DISSEMINATION**

3. Since the execution of the Initial Mailing Declaration, JND has continued to disseminate copies of the settlement Postcard Notices in response to additional requests from potential Class Members and nominees. As of the date of this Declaration, an additional 445 Postcard Notices have been disseminated. In aggregate, a total of 21,797 settlement Postcard Notices have been disseminated to potential Class Members and nominees.

**II.   UPDATE ON CALL CENTER SERVICES AND WEBSITE**

4. JND continues to maintain the toll-free telephone helpline (1-855-208-4124) and interactive voice response system to accommodate inquiries from potential Class Members. JND

---

[1] All terms with initial capitalization not otherwise defined herein shall have the meanings ascribed in each of the Stipulations of Settlement ("Stipulations") against Defendants.

also continues to maintain the website dedicated to the Settlement, www.AltaMesaSecuritiesLitigation.com (the "Settlement Website"), to assist potential Class Members. On April 1, 2025, JND posted to the Settlement Website copies of the papers filed in support of Plaintiffs' Motion for Final Approval of Settlements and Approval of Plan of Allocation and Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and Awards to Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4). JND will continue to maintain and, as appropriate, update the Settlement Website and toll-free telephone helpline until the conclusion of this administration.

### III.   REPORT ON EXCLUSION REQUESTS AND OBJECTIONS

5. Pursuant to paragraph 15 of the Preliminary Approval Order, no further exclusion opportunity is necessary or appropriate in connection with the Settlement. A Class Member wishing to be excluded from the Class had to submit to the Claims Administrator a request for exclusion by first-class mail, or otherwise hand-deliver it, such that it was postmarked no later than May 17, 2024, to the address listed in the notice of class certification disseminated pursuant to the Court's Order Granting Class Representatives' Uncontested Motion for Entry of an Order Approving Notice of Pendency of Class Action, Notice Procedures and Appointment of Notice Administrator (ECF 721). As further described in the First Declaration of Luiggy Segura Regarding (A) Notice Dissemination; (B) Publication/Transmission of Summary Notice; and (C) Requests for Exclusion Received to Date (ECF 774), JND received three (3) valid requests for exclusion by the May 17, 2024 deadline. One additional request was received after the deadline.

6. Pursuant to paragraph 16 of the Preliminary Approval Order, objections to the Settlement or any of the separate Stipulations that comprise the Settlement, the Plan of Allocation, or Class Counsel's request for an award of attorneys' fees and expenses, including awards to Class

Plaintiffs pursuant to 15 U.S.C. §78u-4(a)(4), were required to be filed with the Court and served upon Class Counsel and Defendants' Counsel by April 9, 2025. JND understands that neither Class Counsel nor Defendants' Counsel have received any objection, nor has any objection been filed with the Court. Moreover, JND, itself, has not received and is not otherwise aware of any objection in this matter.

I declare under penalty of perjury that the above is true and correct.

Executed on April 23, 2025 at New Hyde Park, New York.

_____
Luiggy Segura