# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: ALTA MESA RESOURCES, INC. SECURITIES LITIGATION CAMELOT EVENT DRIVEN FUND, A SERIES OF FRANK FUNDS TRUST, et al.<br>　　Plaintiff(s),<br><br>ALTA MESA RESOURCES, INC., et al.<br><br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 4:19–cv–00957 |

## NOTICE OF SETTING

A Motion Hearing has been set in this matter for 11:00 AM on 4/30/2025. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1611928303?pwd=6sW4VWkGaisHE6faWvaw5uO4X22N3T.1*
Meeting phone number: 1–669–254–5252
Meeting ID: 161 192 8303
Meeting Password: 675348

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 4/23/2025

Kimberly Picota
cm4147@txs.uscourts.gov
Case Manager to
U.S. District Judge George C. Hanks, Jr.