# HEARING MINUTES

Cause No:        4:19-CV-957

Style:           Camelot Event Driven Fund, A Series of Frank Funds Trust v. Alta Mesa Resources, Inc. f/k/a Silver Run Acquisition Corporation II et al

Hearing Type:    Settlement approval hearing

**Appearances:**

| Counsel | Representing |
|---|---|
| Andrew J. Entwistle | FNY plaintiffs; Paul Burbach |
| James Christian Word | Alta Mesa Resources, Inc. and certain of its current and former officers and directors; Riverstone Holdings, Inc. |
| Trig R. Smith | Plumbers and Pipefitters National Pension Fund |
| Carol C. Villegas | Camelot Event Driven Fund |
| Ellen Gusikoff Stewart | Plumbers and Pipefitters National Pension Fund |

Date: April 30, 2025                    Court reporter: ERO
Time: 11:02 a.m.—11:09 a.m.             Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

The Court held a settlement approval hearing. Plaintiffs' motions for final approval of the settlements and for an award of attorney's fees, costs, and expenses [Dkt. 1022; Dkt. 1023] are **GRANTED**.

The Court will sign the orders located at docket entries 1026-2, 1026-3, and 1026-4.