# UNITED STATES DISTRICT & BANKRUPTCY COURT
Southern District of Texas


20250509-109

Jessica Leigh Bengels
Latham & Watkins, LLP
885 Third Avenue, Suite 1000
New York, NY 10022

515 Rusk Street
Houston, TX 77002
713-250-5500
https://www.txs.uscourts.gov/

United States Courts
Southern District of Texas
FILED
MAY 27 2025
Nathan Ochsner, Clerk of Court

Date: Friday, May 9, 2025
Case Number: 4:19-cv-00957
Document Number: 1035 (1 page)
Notice Number: 20250509-109
Notice: The attached order has been entered.

NOTICE:
Federal courts will never use a phone call or email to request personal or financial information, or to threaten recipients who don't comply. If you receive a threatening phone call or email, do not disclose any information. These types of phone calls and emails are fraudulent and are not connected with the federal courts.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

FIRST-CLASS

US POSTAGE
ZIP 77002
02 7W
0008035818

United States Courts
Southern District of Texas
FILED

MAY 27 2025

Nathan Ochsner, Clerk of Court

NIXIE    100   FE 1       0005/21/25
        RETURN TO SENDER
  NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

BC: 77208101010    *1365-11239-13-4