# EXHIBIT A



Claim ID:

Alta Mesa Securities Litigation
c/o JND Legal Administration
PO Box 91218
Seattle, WA 98111

Email: info@AltaMesaSecuritiesLitigation.com
Toll-Free Number: 855-208-4124
Settlement Website: www.AltaMesaSecuritiesLitigation.com

Mailing Date:

Response Due Date:
Claim ID:

Eligible Securities: Alta Mesa / Silver Run II common stock, Alta Mesa / Silver Run II warrants, and/or Silver Run II Units

Class Period: August 16, 2017, through May 17, 2019, inclusive

## NOTICE OF DEFICIENT/INELIGIBLE CLAIM SUBMISSION

Dear Claimant:

We received and processed the Proof of Claim and Release Form ("Claim" or "Claim Form") you submitted in the above-referenced securities litigation settlement. We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies, you must submit a written response with any required documentation, as specified below, postmarked no later than the response due date printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response due date set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

Reason for deficiency/ineligibility (please see below for explanation):

- CLAIM DOES NOT CALCULATE TO A RECOGNIZED CLAIM UNDER THE PLAN OF ALLOCATION

Claim ID:

**Explanation of Deficiency or Ineligibility:**

**CLAIM DOES NOT CALCULATE TO A RECOGNIZED CLAIM UNDER THE PLAN OF ALLOCATION**

In accordance with the Court approved Plan of Allocation set forth in the Settlement Notice, the Claim referenced does not calculate to a Recognized Loss and is, therefore, ineligible to receive a payment from the Net Settlement Fund.

**How to Fix:**

You can resolve this condition of ineligibility only by submitting additional purchase transactions of Alta Mesa securities (Alta Mesa/Silver Run II common stock, Alta Mesa/Silver Run II warrants, and/or Silver Run II Units) during the Class Period (August 16, 2017 through May 17, 2019, inclusive), or holdings of Alta Mesa common stock or units on January 22, 2018, that were not previously reflected in your Claim and which make your Claim calculate to a Recognized Claim. You must also support any additional transactions with acceptable documentation.

Acceptable documentation includes securities broker's confirmation slips, month- and year-end account statements or similar documentation (self-generated documents are not acceptable).



Claim ID:

**Please note, even if you cure the noted deficiencies, your Claim must then calculate to a Recognized Claim under the Plan of Allocation set forth in the Notice of Proposed Settlement of Class Action in order to be included in the list of eligible Claims presented to the Court for approval.** If you disagree with our decision regarding your claim, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review, you must send a letter to the Claims Administrator at the address indicated above no later than the response deadline set forth above. Your letter, which must be signed, must: (1) specifically state that you "request that the Court review the full or partial rejection of your Claim"; (2) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (3) include any and all documentation supporting your argument(s). A copy of this letter must be included with your request for Court review.

**PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM. SPECIFICALLY, COURT REVIEW SHOULD BE REQUESTED ONLY IF YOU BELIEVE THE DETERMINATION OF YOUR CLAIM IS DUE TO THE INCORRECT PROCESSING OR CALCULATION OF YOUR CLAIM. COURT REVIEW SHOULD NOT BE REQUESTED ON THE BASIS THAT YOU DISAGREE WITH THE TERMS OF THE PLAN OF ALLOCATION. IF YOU REQUEST COURT REVIEW, YOUR CLAIM AND THE SUPPORTING DOCUMENTATION WILL BE SUBMITTED TO THE COURT FOR CONSIDERATION AND WILL BECOME PART OF THE PUBLIC RECORD. YOUR CLAIM FORM AND SUPPORTING DOCUMENTATION WILL BE PARTIALLY REDACTED TO PROTECT YOUR PRIVACY.**

If you have any questions about this notice or any of the noted deficiencies, or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the telephone number or email address noted above.

Sincerely,

JND Legal Administration



Claim ID:

Alta Mesa Securities Litigation
c/o JND Legal Administration
PO Box 91218
Seattle, WA 98111

Email: info@AltaMesaSecuritiesLitigation.com
Toll-Free Number: 855-208-4124
Settlement Website: www.AltaMesaSecuritiesLitigation.com

Mailing Date:

Response Due Date:
Claim ID:

Eligible Securities: Alta Mesa / Silver Run II common stock, Alta Mesa / Silver Run II warrants, and/or Silver Run II Units

Class Period: August 16, 2017, through May 17, 2019, inclusive

## NOTICE OF DEFICIENT/INELIGIBLE CLAIM SUBMISSION

Dear Claimant:

We received and processed the Proof of Claim and Release Form ("Claim" or "Claim Form") you submitted in the above-referenced securities litigation settlement. We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies, you must submit a written response with any required documentation, as specified below, postmarked no later than the response due date printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response due date set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

Reason for deficiency/ineligibility (please see below for explanation):

- NO PURCHASE(S) OR ELIGIBLE HOLDINGS WERE CLAIMED IN THE CLASS PERIOD

Claim ID:

**Explanation of Deficiency or Ineligibility:**

**NO PURCHASE(S) OR ELIGIBLE HOLDINGS WERE CLAIMED IN THE CLASS PERIOD**

This Claim does not contain holdings of Alta Mesa/Silver Run II common stock and/or Silver Run II units on January 22, 2018 or any purchases/acquisitions of Alta Mesa/Silver Run II common stock, Alta Mesa/Silver Run II warrants, or Silver Run Units during the Class Period, i.e., from August 16, 2017 through May 17, 2019, inclusive.

**How to Fix:**

You can only resolve this ineligibility by submitting documentation supporting holdings of Alta Mesa/Silver Run II common stock and/or Silver Run II Units on January 22, 2018 and/or purchases of Alta Mesa securities during the Class Period, i.e. from August 16, 2017 through May 17, 2019, inclusive.

Please Note: If you have holdings or purchases of Alta Mesa securities during the Class Period, you must also provide documentation supporting those transactions and all the other information and supporting documentation called for in the Proof of Claim and Release Form with respect to your holdings of and transactions of these Alta Mesa securities.



Claim ID:

**Please note, even if you cure the noted deficiencies, your Claim must then calculate to a Recognized Claim under the Plan of Allocation set forth in the Notice of Proposed Settlement of Class Action in order to be included in the list of eligible Claims presented to the Court for approval.** If you disagree with our decision regarding your claim, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review, you must send a letter to the Claims Administrator at the address indicated above no later than the response deadline set forth above. Your letter, which must be signed, must: (1) specifically state that you "request that the Court review the full or partial rejection of your Claim"; (2) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (3) include any and all documentation supporting your argument(s). A copy of this letter must be included with your request for Court review.

**PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM. SPECIFICALLY, COURT REVIEW SHOULD BE REQUESTED ONLY IF YOU BELIEVE THE DETERMINATION OF YOUR CLAIM IS DUE TO THE INCORRECT PROCESSING OR CALCULATION OF YOUR CLAIM. COURT REVIEW SHOULD NOT BE REQUESTED ON THE BASIS THAT YOU DISAGREE WITH THE TERMS OF THE PLAN OF ALLOCATION. IF YOU REQUEST COURT REVIEW, YOUR CLAIM AND THE SUPPORTING DOCUMENTATION WILL BE SUBMITTED TO THE COURT FOR CONSIDERATION AND WILL BECOME PART OF THE PUBLIC RECORD. YOUR CLAIM FORM AND SUPPORTING DOCUMENTATION WILL BE PARTIALLY REDACTED TO PROTECT YOUR PRIVACY.**

If you have any questions about this notice or any of the noted deficiencies, or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the telephone number or email address noted above.

Sincerely,

JND Legal Administration