# EXHIBIT B

From: ATASecurities@JNDLA.com
Subject: Alta Mesa Securities Litigation Deficiency Notification (JND ID xx)

# First Email:

Dear Electronic Claim Filer:

Your Claim submission for the Alta Mesa Securities Litigation Settlement has been reviewed by the Claims Administrator and one or more Claims contained in your submission were found to be deficient/ineligible. A list of each Claim, transaction(s), and our determination(s) is found on the attachment. A deficiency/ineligibility key has also been enclosed to further describe each Claim/transaction status and provide insight on ways to cure your Claim(s), if possible.

**You have 20 calendar days from the date of this email to provide your deficiency response. If no response is provided, your Claim(s) will be presented to the Court in the current status.**

If you disagree with the decision regarding your Claim(s), you may contact us for assistance and/or request Court review of our administrative determination(s) regarding your Claim(s). To request Court review, you must send an email to the Claims Administrator. Your email must: (1) specifically state that you "request that the Court review the full or partial rejection of your Claim"; (2) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (3) include any and all documentation supporting your argument(s).

**PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM. SPECIFICALLY, COURT REVIEW SHOULD BE REQUESTED ONLY IF YOU BELIEVE THE DETERMINATION OF YOUR CLAIM IS DUE TO THE INCORRECT PROCESSING OR CALCULATION OF YOUR CLAIM. COURT REVIEW SHOULD NOT BE REQUESTED ON THE BASIS THAT YOU DISAGREE WITH THE TERMS OF THE PLAN OF ALLOCATION. IF YOU REQUEST COURT REVIEW, YOUR CLAIM AND THE SUPPORTING DOCUMENTATION WILL BE SUBMITTED TO THE COURT FOR CONSIDERATION AND WILL BECOME PART OF THE PUBLIC RECORD. YOUR CLAIM FORM AND SUPPORTING DOCUMENTATION WILL BE REDACTED AS NEEDED TO PROTECT YOUR PRIVACY.**

Please submit all documentation to cure your deficient and/or ineligible Claim(s) via email to ATASecurities@jndla.com.

Please reply to this email if you have any questions regarding your deficiency or Claim submission.

The attached spreadsheet is password protected. A follow-up email with the password will be sent shortly.


Regards,
Claims Administrator
Alta Mesa Securities Litigation

From: ATASecurities@JNDLA.com
Subject: Alta Mesa Securities Litigation Deficiency Notification (JND ID xx)

(855) 208-4124
www.AltaMesaSecuritiesLitigation.com

## Second Email:

Dear Filer,

The password is

Regards,

Claims Administrator
Alta Mesa Securities Litigation
(855) 208-4124
www.AltaMesaSecuritiesLitigation.com

| JND ID | Claim ID | Account | Account Name | Deficiency |
|---|---|---|---|---|
| XX | XXX | XX | XXXXXX | XX |
| XXX | XXX | XXXX | XXXX | X |
| XX | X | XX | XX | XX |

| JND ID | Claim ID | Account | Account Name | Security Type | Transaction Type | Transaction Date | Quantity | Share Price | Total Price | Deficiency |
|---|---|---|---|---|---|---|---|---|---|---|
| XX | XXXX | XX | XX | X | X | X | X | X | X | XX |
| XX | XXXX | XX | XX | X | X | X | XX | XX | XXX | XX |
| XXX | XXXXX | XX | XX | X | X | X | X | X | XXX | XX |
| X | XX | XX | XX | X | X | X | XX | XX | XX | XX |
| X | X | XX | XX | X | X | X | X | X | X | XX |

| | | **Claim Level Deficiency** | |
|---|---|---|---|
| Deficiency ID | Deficiency Name | Deficiency Description | How to Fix |
| XX | CLAIM DOES NOT BALANCE - COMMON STOCK | The Claim as submitted was not a balanced Claim with respect to Common Stock. The beginning holdings as of the close of trading on August 15, 2017, plus purchases/acquisitions of Alta Mesa/Silver Run II common stock from August 16, 2017 through and including the close of trading on August 16, 2019 do not equal sales from August 16, 2017 through August 16, 2019 inclusive plus the number of shares held at close of trading on August 16, 2019. The total number of shares entered in sections A and C must equal the total number of shares entered in sections D and E of Part II the Schedule of Transactions in Alta Mesa/Silver Run II common stock.  Please note that any Alta Mesa units held on or after January 22, 2018, are assumed to have been separated into their underlying component securities (one share of common stock and 1/3 of a warrant) and are automatically included in this calculation. | You can resolve this deficiency by supplying all the called-for share amounts in Part II of the Claim Form together with the required data file.  Any shares received as a result of a unit separation (prior to or as part of the Business Combination) should be reported as an AQ on the date the units were split and the shares/warrants were received. (To be clear, the receipt of these shares should not be reported as a transfer nor a purchase/sale transaction.) |

| | | | |
|---|---|---|---|
| XX | CLAIM DOES NOT BALANCE - WARRANTS | The Claim as submitted was not a balanced Claim with respect to Warrants. The beginning holdings plus purchases/acquisitions of Alta Mesa/Silver Run II warrants do not equal sales plus the number of warrants held at close of trading on August 16, 2019. The total number of warrants entered in sections A and C must equal the total number of warrants entered in sections D and E of the Schedule of Transactions in Alta Mesa/Silver Run II warrants. Please note that any Alta Mesa units held on or after January 22, 2018, are assumed to have been separated into their underlying component securities (one share of common stock and 1/3 of a warrant) and are automatically included in this calculation. | You can resolve this deficiency by supplying all the called-for warrant amounts in Part II of the Claim Form together with the required data file. Any warrants received as a result of a unit separation (prior to or as part of the Business Combination) should be reported as an AQ on the date the units were split and the shares/warrants were received. (To be clear, the receipt of these warrants should not be reported as a transfer nor a purchase/sale transaction.) |
| XX | CLAIM SUBMITTED WAS FOR AN INELIGIBLE SECURITY | The securities listed in your Claim are not eligible securites. Alta Mesa/Silver Run II common stock, Alta Mesa/Silver Run II warrants, and Silver Run II Units are the only securities eligible under this Settlement. | You can only resolve this ineligibility by submitting revised data supporting holdings of Alta Mesa/Silver Run II common stock and/or Silver Run II Units on January 22, 2018 and/or purchases of Alta Mesa/Silver Run II common stock, Alta Mesa/Silver Run II warrants, and/or Silver Run II Units during the Class Period, i.e. from August 16, 2017 through May 17, 2019, inclusive. **Please Note:** If you have holdings or purchases of Alta Mesa/Silver Run II common stock, Alta Mesa/Silver Run II warrants, and/or Silver Run II Units during the Class Period, you must also provide data supporting those transactions and all the other information called for in the Claim Form with respect to your holdings of and transactions of these Alta Mesa securities. |
| XX | NO PURCHASE(S) OR ELIGIBLE HOLDINGS WERE CLAIMED IN THE CLASS PERIOD | This Claim does not contain holdings of Alta Mesa/Silver Run II common stock and/or Silver Run II units on January 22, 2018 or any purchases/acquisitions of Alta Mesa/Silver Run II common stock, Alta Mesa/Silver Run II warrants, and/or Silver Run Units during the Class Period, i.e., from August 16, 2017 through May 17, 2019, inclusive. | You can only resolve this ineligibility by submitting revised data supporting holdings of Alta Mesa/Silver Run II common stock and/or Silver Run II Units on January 22, 2018 and/or purchases of Alta Mesa securities during the Class Period, i.e. from August 16, 2017 through May 17, 2019, inclusive. **Please Note:** If you have holdings or purchases of Alta Mesa securities during the Class Period, you must also |

| | | | |
|---|---|---|---|
| | | | provide data supporting those transactions and all the other information called for in the Claim Form with respect to your holdings of and transactions of these Alta Mesa securities. |
| XX | NO PURCHASE(S) OR ELIGIBLE HOLDINGS WERE CLAIMED IN THE CLASS PERIOD FOR COMMON STOCK | This Claim does not contain any shares of Alta Mesa/Silver Run II common stock purchased during the Class Period, i.e., from August 16, 2017 through May 17, 2019, inclusive. | You can only resolve this ineligibility by submitting revised data supporting holdings of Alta Mesa/Silver Run II common stock and/or Silver Run II Units on January 22, 2018, and/or purchases of Alta Mesa/Silver Run II common stock and/or Silver Run II Units during the Class Period, i.e. from August 16, 2017 through May 17, 2019, inclusive.<br>**Please Note:** If you have holdings or purchases of Alta Mesa/Silver Run II common stock (or Silver Run II Units during the Class Period, you must also provide data supporting those transactions and all the other information called for in the Claim Form with respect to your holdings of and transactions of these Alta Mesa securities. |
| XX | NO PURCHASE(S) WERE CLAIMED IN THE CLASS PERIOD FOR WARRANTS | This Claim does not contain any Alta Mesa/Silver Run II warrants purchased during the Class Period, i.e., from August 16, 2017 through May 17, 2019, inclusive. Any warrants received as a result of a unit separation (prior to or as part of the Business Combination) or held before August 16, 2017, are not eligible to participate in the Settlement. | You can only resolve this ineligibility by submitting revised data supporting purchases of Alta Mesa/Silver Run II warrants or Silver Run II Units during the Class Period, i.e. from August 16, 2017 through May 17, 2019, inclusive.<br>**Please Note:** If you have purchases of Alta Mesa/Silver Run II warrants or Silver Run II Units during the Class Period, you must also provide data supporting those transactions and all the other information called for in the Claim Form with respect to your holdings of and transactions of these Alta Mesa securities. |

| | | | |
|---|---|---|---|
| XX | DUPLICATE CLAIM FILED | The Claim referenced is duplicative of another Claim filed directly by a beneficial owner or another institution that has submitted an authorization with a more recent date. | You can only resolve this condition of ineligibility if you can demonstrate that this Claim is not a duplicate of the previously submitted Claim ("Primary Claim"). You must send an email explaining why you believe this Claim should not be deemed a duplicate along with acceptable documentation to support your position. If you acknowledge that this Claim is a duplicate of the Primary Claim but wish this Claim to be the operative Claim and the Primary Claim to be rejected, a signed, notarized letter from the beneficial owner of the securities stating that this Claim should be considered and that the Primary Claim should be withdrawn must be submitted. |
| XX | CLAIM SUBMITTED BY OR ON BEHALF OF AN EXCLUDED PERSON OR ENTITY | The person or entity on whose behalf this Claim was filed is an excluded person or entity under the terms of this Settlement | Excluded from the Class are: (i) Defendants; (ii) the officers and directors of Alta Mesa, Silver Run II, AMH, KFM, and the Control Entity Defendants during the Class Period (the "Excluded Officers and Directors"); (iii) members of the immediate families of the Individual Defendants and of the Excluded Officers and Directors; (iv) any entity in which any Defendant, any of the Excluded Officers and Directors or any of their respective immediate family members has and/or had during the Class Period a controlling interest; (v) Defendants' liability insurance carriers; (vi) any affiliates, parents, or subsidiaries of Alta Mesa, Silver Run II, AMH, KFM, or the Control Entity Defendants; (vii) all Alta Mesa, Silver Run II, AMH, KFM, and Control Entity Defendants' plans that are covered by ERISA; and (viii) the legal representatives, heirs, agents, affiliates, successors-in-interest or assigns of any excluded person or entity, in their respective capacity as such. Anyone who previously validly excluded themselves (by May 17, 2024) from the class certified by the Court is not a member of the Class. Also excluded from the Class are plaintiffs in Alyeska Master Fund, L.P., et al. v. Alta Mesa Resources, Inc., et |

| | | | |
|---|---|---|---|
| | | | al., Case No. 4:22-cv-01189 and in Orbis Global Equity LE Fund (Australia Registered), et al. v. Alta Mesa Resources, Inc., et al., Case No. 4:22-cv-02590.<br>If you believe that the person or entity on whose behalf this Claim was filed was incorrectly identified as an Excluded Person, please contact or call the Claims Administrator at 1-855-208-4124 or email info@altamesasecuritieslitigation.com. |
| XX | CLAIM DOES NOT CALCULATE TO A RECOGNIZED CLAIM UNDER THE PLAN OF ALLOCATION | In accordance with the Court approved Plan of Allocation set forth in the Settlement Notice, the Claim referenced does not calculate to a Recognized Claim and is, therefore, ineligible to receive a payment from the Net Settlement Fund. | You can resolve this condition of ineligibility only by submitting revised data supporting additional purchase transactions of Alta Mesa securities (Alta Mesa/Silver Run II common stock, Alta Mesa/Silver Run II warrants, and/or Silver Run II Units) during the Class Period (August 16, 2017 through May 17, 2019, inclusive), or holdings of Alta Mesa common stock or units on January 22, 2018, that were not previously reflected in your Claim and which make your Claim calculate to a Recognized Claim. |
| XX | WARRANTS DO NOT CALCULATE TO A RECOGNIZED LOSS UNDER THE PLAN OF ALLOCATION | In accordance with the Court approved Plan of Allocation set forth in the Settlement Notice, the warrants in the Claim referenced do not calculate to a Recognized Loss and are, therefore, not included in your Recognized Claim. | You can resolve this condition of ineligibility only by submitting revised data supporting purchases of Alta Mesa/Silver Run II warrants or Silver Run II Units during the Class Period, i.e. from August 16, 2017 through May 17, 2019, inclusive, that were not previously reflected in your Claim and which make the warrant portion of your claim calculate to a Recognized Loss. |
| XX | COMMON STOCK DO NOT CALCULATE TO A RECOGNIZED LOSS UNDER THE PLAN OF ALLOCATION | In accordance with the Court approved Plan of Allocation set forth in the Settlement Notice, the common stock in the Claim referenced does not calculate to a Recognized Loss and is, therefore, not included in your Recognized Claim. | You can resolve this condition of ineligibility only by submitting revised data supporting holdings of Alta Mesa/Silver Run II common stock and/or Silver Run II Units on January 22, 2018, and/or purchases of Alta Mesa/Silver Run II common stock and/or Silver Run II Units during the Class Period, i.e. from August 16, 2017 through May 17, 2019, inclusive; that were not previously reflected in your Claim and which make your common stock |

| | | | |
|---|---|---|---|
| | | | portion of your claim calculate to a Recognized Loss. |
| XX | MISSING TRANSACTION INFORMATION | The information as entered on your submission did not include all details for the transaction(s). | You can resolve this deficiency by supplying all the called-for transactional information in a revised data file. |
| XX | PLACEHOLDER CLAIM | Your previous correspondence included submission(s) without information or data related to the Settlement fo the Alta Mesa Securities Litigation. | Please submit the data for the submission(s) within 20 days of this email. If you do not submit the data within the 20 days, the submission(s) will be rejected, and any further submission(s) will be considered late. Please note that we cannot guarantee the acceptance of any late Claim(s). |

| | Transaction Level Deficiency | | |
|---|---|---|---|
| Deficiency ID | Deficiency Name | Deficiency Description | How to Fix |
| XX | TRANSACTION(S) IS/ARE TRANSFER IN(S) | The Claim referenced above contains one or more transactions that were presented or identified as a gift or transfer into your account (also called a "free receipt") between August 16, 2017 through August 16, 2019 inclusive. The documentation submitted, however, does not reflect when the securities were purchased or acquired. | In order for the Claim to be properly calculated, you must submit revised data that provides information regarding the **original** purchase/acquisition of the securities in the noted transactions before they were transferred into the account. Specifically, you must submit, with respect to each transaction, revised data that reflects the date on which the securities in each transaction were purchased/acquired, and the price paid for each security. |
| XX | PRICE PER SHARE OUT OF RANGE | The Price Per Share or the Net Amount (i.e., the Price Per Share X Share Quantity) is outside of the normal range for that day. Please check the dates and data for the transaction. If you submitted a transaction in a foreign currency, the Price Per Share and Net Amount have been converted to US Dollars, therefore, the transaction information will not appear as it was submitted. | Please review your data to confirm the Price Per Share of the transaction. If the data is correct, provide an adequate data file substantiating the Price Per Share and/or Net Amount. |

| | | | |
|---|---|---|---|
| XX | NET AMOUNT OUT OF RANGE | The price X quantity is outside of the normal range. Please check dates and data. If you submitted a transaction in a foreign currency, the Price Per Share and Net Amount have been converted to US Dollars, therefore, the transaction information will not appear as it was submitted. | Please review your data to confirm the net amount of the transaction. If the data is correct, provide an adequate data file substantiating net amount. |
| XX | INELIGIBLE SECURITY(IES) CLAIMED FOR CERTAIN TRANSACTION(S) | The security claimed for the transaction(s) set forth is not the eligible security for this Settlement. | The only securites eligible in this Settlement are Alta Mesa securities (Alta Mesa/Silver Run II common stock, Alta Mesa/Silver Run II warrants, and/or Silver Run II Units). If you did not purchase Alta Mesa securities during the Class Period, i.e., August 16, 2017 through and including May 17, 2019, inclusive, and/or hold Alta Mesa/Silver Run II common stock and/or Silver Run II Units on January 22, 2018, you are not eligible to participate in this Settlement. |
| XX | TRANSACTION(S) IS/ARE OUTSIDE CLASS PERIOD | The purchase Transaction(s) set forth did not occur during the Class Period (i.e., from August 16, 2017 through May 17, 2019, inclusive) or does not reflect Alta Mesa/Silver Run II common stock and/or Silver Run II Units held on January 22, 2018. Unless the date(s) originally submitted is/are incorrect, then the transaction(s) will not be included in your Claim. | You can only resolve this ineligibility by submitting documentation supporting holdings of Alta Mesa/Silver Run II common stock and/or Silver Run II Units on January 22, 2018 and/or purchases of Alta Mesa securities during the Class Period, i.e. from August 16, 2017 through May 17, 2019, inclusive. Please Note: If you have purchases of thes Alta Mesa securities during the Class Period, you must also provide data supporting those transactions and all the other information called for in the Claim Form with respect to your holdings of and transactions in Alta Mesa securities. |

| | | | |
|---|---|---|---|
| XX | TRANSACTION(S) IS/ARE TRANSFER(S) OUT | The Claim referenced contains one or more transactions that were presented or identified as a transfer out of your account (also called a "free delivery") between August 16, 2017 through August 16, 2019 inclusive. The data submitted, however, does not reflect the date and means of final disposition of the shares. | In order to include these securities in the calculation of the Claim, you must submit revised data demonstrating that the final sale of those securities subsequent to the transfer out of the account occurred during the period from August 16, 2017 through and including August 16, 2019. Specifically, if the securities identified as a "Transfer Out" were ultimately sold, you must submit, with respect to each transaction, data that reflects the date of the final sale of the securities. Alternatively, you may provide data showing that the shares continued to be held (in a different account) as of August 16, 2019 or later. |
| XX | MISSING TRANSACTION INFORMATION | The information as entered on your submission did not include all details for the transaction(s). | You can resolve this deficiency by supplying all the called-for transactional information in a revised data file. |