# EXHIBIT D



# ALTA MESA SECURITIES LITIGATION
# LATE BUT OTHERWISE ELIGIBLE CLAIMS

**TOTAL CLAIMS: 10**
**TOTAL RECOGNIZED CLAIMS: $5,594,932.12**

| CLAIM | RECOGNIZED CLAIM | CLAIM | RECOGNIZED CLAIM |
|---|---|---|---|
| D9CS2R765U | $ 211,473.72 | DUET9K2LXF | $ 1,392,679.83 |
| DJ65E3UPFH | $ 1,551,281.12 | DWKSFZUQ9D | $ 137,964.22 |
| DP4R7Y3J6F | $ 2,282,901.32 | P3G8RBFHXJ | $ 122.00 |
| DPNQ7ARUYV | $ 3,533.58 | PQCPK27UAJ | $ 7,474.53 |
| DT432GLKEM | $ 7,206.80 | PRE7BJFCVP | $ 295.00 |