# EXHIBIT F



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/24/2024 | 171536 |

**BILL TO**

Robbins Geller Rudman & Dowd LLP
655 WEST BROADWAY
SAN DIEGO, CA 92101

| PROJECT | TERMS |
|---------|-------|
| ATA - ALTA MESA RESOURCES, INC. SECURITIE | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (Inception - March 31, 2024) | | |
| | | | |
| | FEES: | | |
| 1 | Case Start-Up | 7,500.00 | 7,500.00 |
| 11.5 | Working with Brokers | 148.60 | 1,708.90 |
| 2 | Monthly Call Center Fees | 175.00 | 350.00 |
| 2 | Website Monthly Fee | 155.00 | 310.00 |
| 3.25 | Live Operators Hours | 60.70 | 197.28 |
| 10.25 | Informational Website | 118.90 | 1,218.73 |
| 61.25 | Project Management | 185.30 | 11,349.63 |
| | | | |
| | EXPENSES: | | |
| 2 | PO Box | 175.00 | 350.00 |
| 413 | Electronic Storage | 0.006 | 2.48 |
| | Domain Charges | 691.60 | 691.60 |
| | Broker Reimbursement | 900.00 | 900.00 |

| | **Invoice Total** | **$24,578.62** |
|---|---|---|



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/28/2024 | 171673 |

**BILL TO**

Robbins Geller Rudman & Dowd LLP
655 WEST BROADWAY
SAN DIEGO, CA 92101

| PROJECT | TERMS |
|---------|-------|
| ATA - ALTA MESA RESOURCES, INC. SECURITIE | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (April 1 - 30, 2024) | | |
| | | | |
| | FEES: | | |
| 1 | Publications: National Newsline | 2,970.00 | 2,970.00 |
| 1 | Publications: Wall Street Journal and Investor's Business Daily | 23,350.00 | 23,350.00 |
| 37,000 | Notice Postcard Printing | 0.30 | 11,100.00 |
| 73 | Working with Brokers | 125.40 | 9,154.20 |
| 1 | Monthly Call Center Fees | 175.00 | 175.00 |
| 321.51 | IVR Minutes | 0.32 | 102.88 |
| 1 | Website Monthly Fee | 155.00 | 155.00 |
| 14.25 | Live Operators Hours | 115.50 | 1,645.88 |
| 7 | Email Responses | 82.30 | 576.10 |
| 4 | Informational Website | 185.00 | 740.00 |
| 79.5 | Project Management | 162.70 | 12,934.65 |
| | | | |
| | EXPENSES: | | |
| 1 | PO Box | 175.00 | 175.00 |
| 3,860 | Electronic Storage | 0.006 | 23.16 |
| 159 | Copies | 0.25 | 39.75 |
| | FedEx | 538.21 | 538.21 |
| | Postage | 6,781.36 | 6,781.36 |
| | Broker Reimbursement | 73.58 | 73.58 |

| | Invoice Total | $70,534.77 |
|---|---|---|



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/26/2024 | 171912 |

**BILL TO**

Robbins Geller Rudman & Dowd LLP
655 WEST BROADWAY
SAN DIEGO, CA 92101

| PROJECT | TERMS |
|---------|-------|
| ATA - ALTA MESA RESOURCES, INC. SECURITIE | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (May 1 - 31, 2024) | | |
| | | | |
| | FEES: | | |
| 7.5 | Working with Brokers | 125.17 | 938.78 |
| 3 | Communication with Class Members | 100.00 | 300.00 |
| 1 | Monthly Call Center Fees | 175.00 | 175.00 |
| 51.88 | IVR Minutes | 0.32 | 16.60 |
| 1 | Website Monthly Fee | 155.00 | 155.00 |
| 3.5 | Live Operators Hours | 65.00 | 227.50 |
| 5.25 | Email Responses | 78.33 | 411.23 |
| 42.5 | Project Management | 158.53 | 6,737.53 |
| | | | |
| | EXPENSES: | | |
| 1 | PO Box | 175.00 | 175.00 |
| 4,392 | Electronic Storage | 0.006 | 26.35 |
| 564 | Copies | 0.25 | 141.00 |
| | FedEx | 53.20 | 53.20 |
| | Postage | 11.48 | 11.48 |
| | Broker Reimbursement | 6,037.84 | 6,037.84 |

| | **Invoice Total** | **$15,406.51** |
|---|---|---|



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA 98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/31/2024 | 172198 |

| BILL TO |
|---------|
| Robbins Geller Rudman & Dowd LLP<br>655 WEST BROADWAY<br>SAN DIEGO, CA 92101 |

| PROJECT | TERMS |
|---------|-------|
| ATA - ALTA MESA RESOURCES, INC. SECURITIE | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|-------------|-------------|------|--------|
| | Billing Period (June 1 - 30, 2024) | | |
| | | | |
| | FEES: | | |
| 2 | Working with Brokers | 136.88 | 273.76 |
| 1 | Monthly Call Center Fees | 175.00 | 175.00 |
| 2.4 | IVR Minutes | 0.32 | 0.77 |
| 1 | Website Monthly Fee | 155.00 | 155.00 |
| 4.75 | Project Management | 200.26 | 951.24 |
| 229 | Process Undeliverables | 0.25 | 57.25 |
| | | | |
| | EXPENSES: | | |
| 1 | PO Box | 175.00 | 175.00 |
| 4,620 | Electronic Storage | 0.006 | 27.72 |
| | Postage | 6.34 | 6.34 |
| | Broker Reimbursement | 108.04 | 108.04 |

| | Invoice Total | $1,930.12 |
|--|---------------|-----------|



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA 98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/22/2024 | 172314 |

**BILL TO**

Robbins Geller Rudman & Dowd LLP
655 WEST BROADWAY
SAN DIEGO, CA 92101

| PROJECT | TERMS |
|---------|-------|
| ATA - ALTA MESA RESOURCES, INC. SECURITIE | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|-------------|-------------|------|--------|
| | Billing Period (July 1 - 31, 2024) | | |
| | | | |
| | FEES: | | |
| 1 | Live Operators Hours | 65.00 | 65.00 |
| 0.25 | Email Responses | 65.00 | 16.25 |
| 1 | Monthly Call Center Fees | 175.00 | 175.00 |
| 4.76 | IVR Minutes | 0.32 | 1.52 |
| 1 | Website Monthly Fee | 155.00 | 155.00 |
| 2 | Project Management | 116.88 | 233.76 |
| 1 | Remail Undeliverables | 0.25 | 0.25 |
| | | | |
| | EXPENSES: | | |
| 1 | PO Box | 175.00 | 175.00 |
| 4,714 | Electronic Storage | 0.006 | 28.28 |

| | **Invoice Total** | $850.06 |
|---|-------------------|---------|



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA 98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/24/2024 | 172921 |

**BILL TO**

Robbins Geller Rudman & Dowd LLP
655 WEST BROADWAY
SAN DIEGO, CA 92101

| PROJECT | TERMS |
|---------|-------|
| ATA - ALTA MESA RESOURCES, INC. SECURITIE | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (August 1 - September 30, 2024) | | |
| | FEES: | | |
| 1.25 | Live Operators Hours | 124.00 | 155.00 |
| 2 | Monthly Call Center Fees | 175.00 | 350.00 |
| 0.91 | IVR Minutes | 0.32 | 0.29 |
| 2 | Website Monthly Fee | 155.00 | 310.00 |
| 1.5 | Project Management | 138.33 | 207.50 |
| | | | |
| | EXPENSES: | | |
| 2 | PO Box | 175.00 | 350.00 |
| 9,450 | Electronic Storage | 0.006 | 56.70 |

| | Invoice Total | $1,429.49 |
|---|---|---|



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA 98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/27/2024 | 173138 |

**BILL TO**

Robbins Geller Rudman & Dowd LLP
655 WEST BROADWAY
SAN DIEGO, CA 92101

| PROJECT | TERMS |
|---------|-------|
| ATA - ALTA MESA RESOURCES, INC. SECURITIE | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|-------------|-------------|------|--------|
| | Billing Period (October 1 - 31, 2024) | | |
| | | | |
| | FEES: | | |
| 1.75 | Live Operators Hours | 92.00 | 161.00 |
| 1 | Monthly Call Center Fees | 175.00 | 175.00 |
| 1 | Website Monthly Fee | 155.00 | 155.00 |
| 1.25 | Project Management | 133.00 | 166.25 |
| | | | |
| | EXPENSES: | | |
| 1 | PO Box | 175.00 | 175.00 |
| 4,732 | Electronic Storage | 0.006 | 28.39 |

| | Invoice Total | $860.64 |
|--|---------------|---------|



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA 98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/16/2024 | 173205 |

**BILL TO**

Robbins Geller Rudman & Dowd LLP
655 WEST BROADWAY
SAN DIEGO, CA 92101

| PROJECT | TERMS |
|---------|-------|
| ATA - ALTA MESA RESOURCES, INC. SECURITIE | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|-------------|-------------|------|--------|
| | Billing Period (November 1 - 30, 2024) | | |
| | | | |
| | FEES: | | |
| 1 | Monthly Call Center Fees | 175.00 | 175.00 |
| 1 | Website Monthly Fee | 155.00 | 155.00 |
| 0.25 | Informational Website | 65.00 | 16.25 |
| | | | |
| | EXPENSES: | | |
| 1 | PO Box | 175.00 | 175.00 |
| 4,732 | Electronic Storage | 0.006 | 28.39 |

| | **Invoice Total** | $549.64 |
|--|-------------------|---------|



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 1/28/2025 | 174024 |

**BILL TO**

Robbins Geller Rudman & Dowd LLP
655 WEST BROADWAY
SAN DIEGO, CA 92101

| PROJECT | TERMS |
|---------|-------|
| ATA - ALTA MESA RESOURCES, INC. SECURITIE | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|-------------|-------------|------|--------|
| | Billing Period (December 1 - 31, 2024) | | |
| | | | |
| | FEES: | | |
| 1 | Monthly Call Center Fees | 175.00 | 175.00 |
| 1 | Website Monthly Fee | 155.00 | 155.00 |
| 6.5 | Project Management | 210.00 | 1,365.00 |
| | | | |
| | EXPENSES: | | |
| 1 | PO Box | 175.00 | 175.00 |
| 4,732 | Electronic Storage | 0.006 | 28.39 |
| | Broker Reimbursement | 463.01 | 463.01 |

| | **Invoice Total** | $2,361.40 |
|--|-------------------|-----------|



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/20/2025 | 174417 |

**BILL TO**

Robbins Geller Rudman & Dowd LLP
655 WEST BROADWAY
SAN DIEGO, CA 92101

| PROJECT | TERMS |
|---------|-------|
| ATA - ALTA MESA RESOURCES, INC. SECURITIE | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (January 1 - February 28, 2025) | | |
| | FEES: | | |
| 2 | Monthly Call Center Fees | 175.00 | 350.00 |
| 2 | Live Operators Hours | 69.38 | 138.76 |
| 76.49 | IVR Minutes | 0.32 | 24.48 |
| 2 | Website Monthly Fee | 155.00 | 310.00 |
| 63.5 | Website Setup & Design | 197.13 | 12,517.76 |
| 1 | Toll-Free Number Setup | 1,900.00 | 1,900.00 |
| 78.75 | Project Management | 138.11 | 10,876.16 |
| 4.75 | Receive and Enter Returned Mail Into Database | 150.26 | 713.74 |
| 11.5 | Working on Media Releases | 260.00 | 2,990.00 |
| 55.5 | Working with Brokers | 131.13 | 7,277.72 |
| 11.25 | Other Class Member Communications | 87.11 | 979.99 |
| 2.25 | Data Entry & Clerical Support | 75.00 | 168.75 |
| 51.5 | Account Executive | 209.85 | 10,807.28 |
| 14.5 | Senior Management | 367.24 | 5,324.98 |
| 4,074 | Broker Packets | 0.43 | 1,751.82 |
| 34,253 | 4 x 6 Postcards | 0.16 | 5,480.48 |
| 79 | Processing Undeliverables | 0.25 | 19.75 |
| 1 | Publication: Wall Street Journal | 16,750.00 | 16,750.00 |
| 1 | Publication: US1 National Newsline | 2,430.00 | 2,430.00 |
| 161 | Address Search | 0.20 | 32.20 |
| | EXPENSES: | | |
| 2 | PO Box | 175.00 | 350.00 |

| | Invoice Total |
|---|---|



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/20/2025 | 174417 |

**BILL TO**

Robbins Geller Rudman & Dowd LLP
655 WEST BROADWAY
SAN DIEGO, CA 92101

| PROJECT | TERMS |
|---------|-------|
| ATA - ALTA MESA RESOURCES, INC. SECURITIE | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|-------------|-------------|------|--------|
| 9,570 | Electronic Storage | 0.006 | 57.42 |
| | Broker Reimbursement | 35.03 | 35.03 |
| 116 | Copy Charges | 0.25 | 29.00 |
| | Postage | 7,365.50 | 7,365.50 |

| | Invoice Total | $88,680.82 |
|--|---------------|------------|



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/28/2025 | 174699 |

**BILL TO**

Robbins Geller Rudman & Dowd LLP
655 WEST BROADWAY
SAN DIEGO, CA 92101

| PROJECT | TERMS |
|---------|-------|
| ATA - ALTA MESA RESOURCES, INC. SECURITIE | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (March 1 - 31, 2025) | | |
| | | | |
| | FEES: | | |
| 1 | Monthly Call Center Fees | 175.00 | 175.00 |
| 6.25 | Live Operators Hours | 65.00 | 406.25 |
| 2 | Email Responses | 65.00 | 130.00 |
| 352.09 | IVR Minutes | 0.32 | 112.67 |
| 1 | Website Monthly Fee | 155.00 | 155.00 |
| 91.75 | Project Management | 184.70 | 16,946.23 |
| 37.5 | Working with Brokers | 144.20 | 5,407.50 |
| 6.75 | Other Class Member Communications | 100.00 | 675.00 |
| 38.25 | Systems and Programming | 207.52 | 7,937.64 |
| 1,208 | Notices: 4 x 6 Postcards | 0.16 | 193.28 |
| 210 | Address Search | 0.20 | 42.00 |
| | | | |
| | EXPENSES: | | |
| 1 | PO Box | 195.00 | 195.00 |
| 6,131 | Electronic Storage | 0.006 | 36.79 |
| | Broker Reimbursement | 2,138.64 | 2,138.64 |
| 2,706 | Copy Charges | 0.25 | 676.50 |
| | Postage | 84.38 | 84.38 |
| | FedEx | 93.57 | 93.57 |

| | **Invoice Total** | **$35,405.45** |
|---|---|---|



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/20/2025 | 174796 |

**BILL TO**

Robbins Geller Rudman & Dowd LLP
655 WEST BROADWAY
SAN DIEGO, CA 92101

| PROJECT | TERMS |
|---------|-------|
| ATA - ALTA MESA RESOURCES, INC. SECURITIE | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (April 1 - 30, 2025) | | |
| | | | |
| | FEES: | | |
| 1 | Monthly Call Center Fees | 175.00 | 175.00 |
| 6 | Live Operators Hours | 65.00 | 390.00 |
| 7.25 | Email Responses | 100.00 | 725.00 |
| 295.76 | IVR Minutes | 0.32 | 94.64 |
| 1 | Website Monthly Fee | 155.00 | 155.00 |
| 34.5 | Informational Website | 207.50 | 7,158.75 |
| 29.75 | Project Management | 144.58 | 4,301.26 |
| 13.75 | Data Entry & Clerical Support | 78.45 | 1,078.69 |
| 5.25 | Account Executive | 210.00 | 1,102.50 |
| 4 | Senior Management | 365.63 | 1,462.52 |
| 5 | Working with Brokers | 158.75 | 793.75 |
| 15.5 | Other Class Member Communications | 115.48 | 1,789.94 |
| 21.75 | Electronic Claims – format and load | 149.48 | 3,251.19 |
| 19.5 | Systems and Programming | 148.53 | 2,896.34 |
| 179 | Processing Undeliverables | 0.25 | 44.75 |
| 108 | Remails | 0.25 | 27.00 |
| 747 | Claims (1 - 10,000) | 4.95 | 3,697.65 |
| | | | |
| | EXPENSES: | | |
| 1 | PO Box | 195.00 | 195.00 |
| 1 | Box Storage | 2.50 | 2.50 |
| 8,768 | Electronic Storage | 0.006 | 52.61 |
| | Broker Reimbursement | 870.86 | 870.86 |

| | Invoice Total |
|--|--|



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA 98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/20/2025 | 174796 |

**BILL TO**

Robbins Geller Rudman & Dowd LLP
655 WEST BROADWAY
SAN DIEGO, CA 92101

| PROJECT | TERMS |
|---------|-------|
| ATA - ALTA MESA RESOURCES, INC. SECURITIE | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|-------------|-------------|------|--------|
| 214 | Copy Charges | 0.25 | 53.50 |

| | Invoice Total | $30,318.45 |
|--|--------------|-----------|



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/26/2025 | 175069 |

**BILL TO**

Robbins Geller Rudman & Dowd LLP
655 WEST BROADWAY
SAN DIEGO, CA 92101

| PROJECT | TERMS |
|---------|-------|
| ATA - ALTA MESA RESOURCES, INC. SECURITIE | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (May 1 - 31, 2025) | | |
| | | | |
| | FEES: | | |
| 1 | Monthly Call Center Fees | 175.00 | 175.00 |
| 8.25 | Live Operators Hours | 79.55 | 656.29 |
| 4 | Email Responses | 100.00 | 400.00 |
| 334.8 | IVR Minutes | 0.32 | 107.14 |
| 1 | Website Monthly Fee | 155.00 | 155.00 |
| 6.5 | Informational Website | 164.04 | 1,066.26 |
| 20.75 | Project Management | 137.11 | 2,845.03 |
| 7 | Data Entry & Clerical Support | 75.71 | 529.97 |
| 5.25 | Claims Analyst | 105.00 | 551.25 |
| 4.25 | Account Executive | 194.71 | 827.52 |
| 4.25 | Senior Management | 398.53 | 1,693.75 |
| 1.5 | Working with Brokers | 160.00 | 240.00 |
| 14 | Other Class Member Communications | 132.41 | 1,853.74 |
| 45.25 | Electronic Claims – format and load | 165.30 | 7,479.83 |
| 16 | Systems and Programming | 194.53 | 3,112.48 |
| 5,709 | Claims (1 - 10,000) | 4.95 | 28,259.55 |
| | | | |
| | EXPENSES: | | |
| 1 | PO Box | 195.00 | 195.00 |
| 1 | Box Storage | 2.50 | 2.50 |
| 18,269 | Electronic Storage | 0.006 | 109.61 |
| | Broker Reimbursement | 107.04 | 107.04 |
| 313 | Copy Charges | 0.25 | 78.25 |

| | | **Invoice Total** | $50,445.21 |
|---|---|---|---|



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/29/2025 | 175293 |

**BILL TO**

Robbins Geller Rudman & Dowd LLP
655 WEST BROADWAY
SAN DIEGO, CA 92101

| PROJECT | TERMS |
|---|---|
| ATA - ALTA MESA RESOURCES, INC. SECURITIE | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (June 1 - 30, 2025) | | |
| | | | |
| | FEES: | | |
| 1 | Monthly Call Center Fees | 175.00 | 175.00 |
| 3.25 | Live Operators Hours | 69.23 | 225.00 |
| 1.25 | Email Responses | 65.00 | 81.25 |
| 83.83 | IVR Minutes | 0.32 | 26.83 |
| 1 | Website Monthly Fee | 155.00 | 155.00 |
| 24.5 | Project Management | 140.36 | 3,438.82 |
| 0.5 | Data Entry & Clerical Support | 105.00 | 52.50 |
| 2 | Claims Analyst | 86.88 | 173.76 |
| 3.25 | Account Executive | 210.00 | 682.50 |
| 0.75 | Senior Management | 541.67 | 406.25 |
| 1 | Working with Brokers | 160.00 | 160.00 |
| 5 | Other Class Member Communications | 130.00 | 650.00 |
| 3 | Electronic Claims – format and load | 160.00 | 480.00 |
| 1.5 | Systems and Programming | 193.33 | 290.00 |
| 76 | Acknowledgement Postcards | 0.08 | 6.08 |
| | | | |
| | EXPENSES: | | |
| 1 | PO Box | 195.00 | 195.00 |
| 1 | Box Storage | 2.50 | 2.50 |
| 20,042 | Electronic Storage | 0.006 | 120.25 |
| 152 | Copy Charges | 0.25 | 38.00 |
| | Postage | 48.01 | 48.01 |

| | **Invoice Total** | **$7,406.75** |
|---|---|---|



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/27/2025 | 175453 |

**BILL TO**

Robbins Geller Rudman & Dowd LLP
655 WEST BROADWAY
SAN DIEGO, CA 92101

| PROJECT | TERMS |
|---------|-------|
| ATA - ALTA MESA RESOURCES, INC. SECURITIE | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (July 1 - 31, 2025) | | |
| | | | |
| | FEES: | | |
| 1 | Monthly Call Center Fees | 175.00 | 175.00 |
| 2.5 | Live Operators Hours | 72.00 | 180.00 |
| 2 | Email Responses | 65.00 | 130.00 |
| 61.84 | IVR Minutes | 0.32 | 19.79 |
| 1 | Website Monthly Fee | 155.00 | 155.00 |
| 11 | Project Management | 164.23 | 1,806.53 |
| 3.25 | Other Class Member Communications | 110.77 | 360.00 |
| 4.5 | Electronic Claims – format and load | 137.78 | 620.01 |
| 53 | Claims Audit and Quality Assurance | 123.77 | 6,559.81 |
| 1.75 | Defective Claims Processing | 160.00 | 280.00 |
| 16.25 | Preparation and Distribution of Deficiency/Denial notices | 164.23 | 2,668.74 |
| | | | |
| | EXPENSES: | | |
| 1 | PO Box | 195.00 | 195.00 |
| 1 | Box Storage | 2.50 | 2.50 |
| 20,095 | Electronic Storage | 0.006 | 120.57 |

| | Invoice Total | $13,272.95 |
|---|---|---|



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA 98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/22/2025 | 175606 |

**BILL TO**

Robbins Geller Rudman & Dowd LLP
655 WEST BROADWAY
SAN DIEGO, CA 92101

| PROJECT | TERMS |
|---------|-------|
| ATA - ALTA MESA RESOURCES, INC. SECURITIE | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (August 1 - 31, 2025) | | |
| | | | |
| | FEES: | | |
| 1 | Monthly Call Center Fees | 175.00 | 175.00 |
| 6 | Live Operators Hours | 81.88 | 491.28 |
| 4.25 | Email Responses | 91.18 | 387.52 |
| 131.3 | IVR Minutes | 0.32 | 42.02 |
| 1 | Website Monthly Fee | 155.00 | 155.00 |
| 3 | Data Entry & Clerical Support | 76.25 | 228.75 |
| 14 | Claims Analyst | 130.00 | 1,820.00 |
| 25.5 | Account Manager | 137.70 | 3,511.35 |
| 4.5 | Account Executive | 195.00 | 877.50 |
| 4 | Senior Management | 406.25 | 1,625.00 |
| 2.25 | Other Class Member Communications | 133.33 | 299.99 |
| 3.5 | Electronic Claims – format and load | 154.29 | 540.02 |
| 32.5 | Claims Audit and Quality Assurance | 190.35 | 6,186.38 |
| 16.75 | Process Deficiency/Denial Responses | 155.00 | 2,596.25 |
| 3 | Claims (1 - 10,000) | 4.95 | 14.85 |
| | | | |
| | EXPENSES: | | |
| 1 | PO Box | 195.00 | 195.00 |
| 1 | Box Storage | 2.50 | 2.50 |
| 20,097 | Electronic Storage | 0.006 | 120.58 |
| 368 | Copy Charges | 0.25 | 92.00 |
| | Broker Reimbursement | 76.56 | 76.56 |
| | Supplies | 69.86 | 69.86 |
| | | **Invoice Total** | |



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/22/2025 | 175606 |

**BILL TO**

Robbins Geller Rudman & Dowd LLP
655 WEST BROADWAY
SAN DIEGO, CA 92101

| PROJECT | | TERMS |
|---------|---|-------|
| ATA - ALTA MESA RESOURCES, INC. SECURITIE | | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|-------------|-------------|------|--------|
| | Postage | 49.94 | 49.94 |

| | **Invoice Total** | $19,557.35 |
|---|---|---|



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA 98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/1/2025 | 175716 |

**BILL TO**

Robbins Geller Rudman & Dowd LLP
655 WEST BROADWAY
SAN DIEGO, CA 92101

| PROJECT | TERMS |
|---------|-------|
| ATA - ALTA MESA RESOURCES, INC. SECURITIE | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (September 1 - 30, 2025) | | |
| | | | |
| | FEES: | | |
| 1 | Monthly Call Center Fees | 175.00 | 175.00 |
| 9 | Live Operators Hours | 97.32 | 875.88 |
| 7.75 | Email Responses | 127.10 | 985.03 |
| 391.54 | IVR Minutes | 0.32 | 125.29 |
| 1 | Website Monthly Fee | 155.00 | 155.00 |
| 11.25 | Data Entry & Clerical Support | 85.11 | 957.49 |
| 131.5 | Project Manager | 179.85 | 23,650.28 |
| 16 | Other Class Member Communications | 102.31 | 1,636.96 |
| 129.75 | Claims Audit and Quality Assurance | 187.44 | 24,320.34 |
| 119.25 | Process Deficiency/Denial Responses | 146.90 | 17,517.83 |
| | | | |
| | EXPENSES: | | |
| 1 | PO Box | 195.00 | 195.00 |
| 1 | Box Storage | 2.50 | 2.50 |
| 21,508 | Electronic Storage | 0.006 | 129.05 |
| | Brokerage Discount Extended by Brokerage Firms | -230.37 | -230.37 |

| | **Invoice Total** | **$70,495.28** |
|---|---|---|



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/16/2025 | 175546 |

**BILL TO**

Robbins Geller Rudman & Dowd LLP
655 WEST BROADWAY
SAN DIEGO, CA 92101

| PROJECT | TERMS |
|---------|-------|
| ATA - ALTA MESA RESOURCES, INC. SECURITIE | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Distribution Estimate (Assumes 9 Months) | | |
| | **FEES** | | |
| 900 | Check Printing, including reissues | 0.21 | 189.00 |
| 35 | Coordinate Wire Disbursement | 150.00 | 5,250.00 |
| 5 | Senior Management | 325.00 | 1,625.00 |
| 30 | Systems and Programming | 210.00 | 6,300.00 |
| 15 | Technical Support | 160.00 | 2,400.00 |
| 60 | Account Manager | 135.00 | 8,100.00 |
| 13 | Senior Claims Analyst | 135.00 | 1,755.00 |
| 20 | Claims Analyst | 100.00 | 2,000.00 |
| 25 | Data Entry & Clerical Support | 90.00 | 2,250.00 |
| 30 | Bank Account Reconciliation | 160.00 | 4,800.00 |
| 500 | IVR Minutes | 0.32 | 160.00 |
| 15 | Live Operator Hours | 65.00 | 975.00 |
| 9 | IVR Maintenance Fee | 175.00 | 1,575.00 |
| 9 | Website Monthly Maintanence Fee | 155.00 | 1,395.00 |
| 1 | OFAC Search | 5,000.00 | 5,000.00 |
| | **EXPENSES** | | |
| 900 | Check Postage, including reissues | 0.74 | 666.00 |
| 181,000 | Electronic Storage | 0.006 | 1,086.00 |
| 9 | Box Storage | 2.50 | 22.50 |
| | Supplies | 500.00 | 500.00 |
| | FedEx | 250.00 | 250.00 |
| | Copy Charges | 150.00 | 150.00 |

| | Invoice Total |
|---|---|
| | |



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/16/2025 | 175546 |

| BILL TO |
|---------|
| Robbins Geller Rudman & Dowd LLP<br>655 WEST BROADWAY<br>SAN DIEGO, CA 92101 |

| PROJECT | TERMS |
|---------|-------|
| ATA - ALTA MESA RESOURCES, INC. SECURITIE | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|-------------|-------------|------|--------|
| 1 | Document Destruction | 2,500.00 | 2,500.00 |
| 9 | PO Box | 207.00 | 1,863.00 |

| | Invoice Total | $50,811.50 |
|--|---------------|------------|