| | |
|---|---|
| **ENTWISTLE & CAPPUCCI LLP**<br>500 WEST 2ND STREET, SUITE 1900<br>AUSTIN, TEXAS 78701<br>TELEPHONE: (512) 710-5960<br>FACSIMILE: (212) 894-7272 | **ROBBINS GELLER RUDMAN & DOWD LLP**<br>655 WEST BROADWAY, SUITE 1900<br>SAN DIEGO, CALIFORNIA 92101<br>TELEPHONE: (619) 231-1058<br>FACSIMILE: (619) 231-7423 |

October 20, 2025

**VIA ECF**

Hon. George C. Hanks, Jr.
United States District Judge
Southern District of Texas
515 Rusk St., Room 6202
Houston, TX 77002

  Re: *In re Alta Mesa Resources, Inc. Securities Litigation,*
     C.A. No. 19-cv-00957 (S.D. Tex.)

Dear Judge Hanks:

  On behalf of counsel for plaintiffs in the above-captioned action, we write regarding the issue raised in ECF Nos. 1038-1042. Counsel respectively request that the Court schedule a conference to address the matter raised in counsel's letters. We will make ourselves available for a conference at the Court's convenience.

                    Respectfully,

  */s/ Andrew J. Entwistle*         */s/ Trig Smith*

cc:
Kimberly Picota, Case Manager to Judge George C. Hanks, Jr.
Jonathan Gardner, Additional Plaintiffs' Counsel, Labaton Keller Sucharow LLP