**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: ALTA MESA RESOURCES, INC. SECURITIES LITIGATION CAMELOT EVENT DRIVEN FUND, A SERIES OF FRANK FUNDS TRUST, et al.<br>    Plaintiff(s),<br><br>ALTA MESA RESOURCES, INC., et al.<br><br>    Defendant. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 4:19–cv–00957<br>§<br>§<br>§<br>§ |

## NOTICE OF SETTING

A Status Conference has been set in this matter for 03:30 PM on 10/30/2025. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1611067567?pwd=Q1MUzkWdbMk69xm7Gcj5y2KvOaQwf6.1*
Meeting phone number: 1–669–254–5252
Meeting ID: 161 106 7567
Meeting Password: 816265

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 10/22/2025                             Kimberly Picota
                                             cm4147@txs.uscourts.gov
                                             Case Manager to
                                             U.S. District Judge George C. Hanks, Jr.