# UNITED STATES DISTRICT & BANKRUPTCY COURT
Southern District of Texas

```
20251022-24
```
Jessica Leigh Bengels
Latham & Watkins, LLP
885 Third Avenue, Suite 1000
New York, NY 10022

United States Courts
Southern District of Texas
F I L E D

NOV -3 2025

Nathan Ochsner, Clerk of Court

515 Rusk Street
Houston, TX 77002
713-250-5500
https://www.txs.uscourts.gov/

Date: Wednesday, October 22, 2025
Case Number: 4:19-cv-00957
Document Number: 1046 (1 page)
Notice Number: 20251022-24
Notice: The attached order has been entered.

NOTICE:
Federal courts will never use a phone call or email to request personal or financial information, or to threaten recipients who don't comply. If you receive a threatening phone call or email, do not disclose any information. These types of phone calls and emails are fraudulent and are not connected with the federal courts.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

HOUSTON TX RPDC

23 OCT 2025 PM 5

US POSTAGE — PITNEY BOWES

ZIP 77002
02 7W
0008035818 OCT. 23 2025
$ 000.74⁰

Nathan Ochsner, Clerk of Court

United States Courts
Southern District of Texas
FILED
NOV - 3 2025

NIXIE     100  FE 1       8010/28/25
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 77208101010     *2233-03445-23-39

77208>1010
10022-48749