# HEARING MINUTES

| | |
|---|---|
| Cause No: | 4:19-CV-957 |
| Style: | Camelot Event Driven Fund, A Series of Frank Funds Trust v. Alta Mesa Resources, Inc. f/k/a Silver Run Acquisition Corporation II et al |
| Hearing Type: | Status conference |

**Appearances:**

| **Counsel** | **Representing** |
|---|---|
| Andrew J. Entwistle | FNY plaintiffs; Paul Burbach |
| Trig R. Smith | Plumbers and Pipefitters National Pension Fund |
| Ellen Gusikoff Stewart | Plumbers and Pipefitters National Pension Fund |
| Tor Gronborg | Plumbers and Pipefitters National Pension Fund |
| Darren Robbins | Plumbers and Pipefitters National Pension Fund |
| Carol C. Villegas | Camelot Event Driven Fund |
| David Saldamando | Camelot Event Driven Fund |

Date: November 20, 2025  Court reporter: ERO
Time: 3:59 p.m.—4:13 p.m.  Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

The Court held a status conference at which the Court and the parties discussed the fee dispute raised in docket entries 1038–1042. The Court will hold another status conference on **December 22, 2025 at 3:00 p.m.**