# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: ALTA MESA RESOURCES, INC. SECURITIES LITIGATION CAMELOT EVENT DRIVEN FUND, A SERIES OF FRANK FUNDS TRUST, et al.<br>　　Plaintiff(s),<br><br>ALTA MESA RESOURCES, INC., et al.<br><br>　　Defendant. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 4:19–cv–00957<br>§<br>§<br>§<br>§ |

## NOTICE OF SETTING

A Status Conference has been set in this matter for 03:00 PM on 12/22/2025. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1615042431?pwd=gQIh7g1b4TJ2gtIjk0Z0igxQTg25Q2.1*
Meeting phone number: 1–669–254–5252
Meeting ID: 161 504 2431
Meeting Password: 530006

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 12/1/2025                                      Kimberly Picota
                                                     cm4147@txs.uscourts.gov
                                                     Case Manager to
                                                     U.S. District Judge George C. Hanks, Jr.