United States District Court
Southern District of Texas

**ENTERED**
December 31, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-CV-00957 |
|---|---|---|---|

IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION

*versus*

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Jake Bissell-Linsk<br>Labaton Keller Sucharow LLP<br>140 Broadway<br>New York, NY 10005<br>(212) 907-0700, jbissell-linsk@labaton.com<br>NY 5445911 |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiff Camelot Event Driven Fund, A Series of Frank Funds Trust |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/22/2025 | Signed: *Jake BL* |
|---|---|

The state bar reports that the applicant's status is:   Active

Dated: December 31, 2025   Clerk's signature  *K. Picota*

## Order

This lawyer is admitted *pro hac vice*.

Dated:  December 31, 2025

*George C. Hanks Jr*
United States District Judge