# HEARING MINUTES

| | |
|---|---|
| Cause No: | 4:19-CV-957 |
| Style: | Camelot Event Driven Fund, A Series of Frank Funds Trust v. Alta Mesa Resources, Inc. f/k/a Silver Run Acquisition Corporation II et al |
| Hearing Type: | Status conference |

**Appearances:**

| Counsel | Representing |
|---|---|
| Andrew J. Entwistle | FNY plaintiffs; Paul Burbach |
| Tor Gronborg | Plumbers and Pipefitters National Pension Fund |
| Carol C. Villegas | Camelot Event Driven Fund |
| Jake Bissell-Linsk | Camelot Event Driven Fund |

| | |
|---|---|
| Date: December 22, 2025 | Court reporter: ERO |
| Time: 3:03 p.m.—3:10 p.m. | Law Clerk: L. McKinney |

At the hearing, the following rulings were made as stated on the record:

The Court held a status conference at which the Court and the parties discussed the fee dispute raised in docket entries 1038–1042. The parties may submit additional briefing **on or before January 5, 2026**.