UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: ALTA MESA RESOURCES, INC. SECURITIES LITIGATION CAMELOT EVENT DRIVEN FUND, A SERIES OF FRANK FUNDS TRUST, et al. | § § § § § § § § § | |
| Plaintiff(s), | | |
| | | CIVIL ACTION NO. 4:19–cv–00957 |
| ALTA MESA RESOURCES, INC., et al. | | |
| Defendant. | | |

## NOTICE OF SETTING

    A Miscellaneous Hearing has been set in this matter for 01:15 PM on 1/16/2026. The hearing will be conducted using the ZoomGov.com videoconferencing program.

    Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1601703358?pwd=flRXXi8mcLOg9deQ6IHbqQVKd2yb2K.1*
Meeting phone number: 1–669–254–5252
Meeting ID: 160 170 3358
Meeting Password: 949608

    Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 1/15/2026

Kimberly Picota
cm4147@txs.uscourts.gov
Case Manager to
U.S. District Judge George C. Hanks, Jr.