United States District Court
Southern District of Texas
**ENTERED**
January 28, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE ALTA MESA RESOURCES, INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-00957 |

## ORDER REINSTATING ATTORNEY FEE ORDER

On January 20, 2026, Plaintiffs' Counsel Entwistle & Cappucci LLP, Robbins Geller Rudman & Dowd LLP and Labaton Keller Sucharow LLP jointly submitted a letter (Dkt. No. 1073) advising the Court that counsel have resolved the fee allocation dispute.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. This Court's January 15, 2026 Order (Dkt. No. 1071) rescinding the Court's order awarding attorneys' fees is WITHDRAWN.

2. The Court's May 5, 2025 Order (Dkt. No. 1030) Awarding Attorneys' Fees and Expenses and Awards to Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4) is fully REINSTATED.

SO ORDERED this ___28th___ day of ___January___ 2026.

_____
The Honorable George C. Hanks
United States District Judge