# HEARING MINUTES

Cause No:       4:19-CV-957

Style:          Camelot Event Driven Fund, A Series of Frank Funds Trust v. Alta Mesa Resources, Inc. f/k/a Silver Run Acquisition Corporation II et al

Hearing Type:   Status conference

**Appearances:**

| Counsel | Representing |
|---|---|
| Andrew J. Entwistle | FNY plaintiffs; Paul Burbach |
| Tor Gronborg | Plumbers and Pipefitters National Pension Fund |
| Carol C. Villegas | Camelot Event Driven Fund |

Date: January 16, 2026               Court reporter: ERO
Time: 1:34 p.m.—1:48 p.m.            Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

The Court held a status conference at which the Court and the parties discussed the fee dispute raised in docket entries 1038–1042 and the Court's January 15, 2026 order [Dkt. 1071] regarding that fee dispute.